No. 25-5327

# United States Court of Appeals for the Ninth Circuit

―――――――――――――――――

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, CALIFORNIA CHAMBER OF COMMERCE, AMERICAN FARM BUREAU FEDERATION, LOS ANGELES COUNTY BUSINESS FEDERATION, CENTRAL VALLEY BUSINESS FEDERATION, and WESTERN GROWERS ASSOCIATION,

*Plaintiffs-Appellants*,

v.

LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board, STEVEN S. CLIFF, in his official capacity as the Executive Officer of the California Air Resources Board, and ROBERT A. BONTA, in his official capacity as Attorney General of California,

*Defendants-Appellees*.

―――――――――――――――――

On Appeal from an order of the
United States District Court for the Central District of California,
Case No. 2:24-cv-801, Judge Otis D. Wright, II

## EXCERPTS OF RECORD – INDEX VOLUME

Stephanie A. Maloney
Kevin Palmer
CHAMBER OF COMMERCE OF THE
   UNITED STATES OF AMERICA
1615 H St., N.W.
Washington, DC 20062
(202) 659-6000

*Counsel for Plaintiff-Appellant Chamber of Commerce of the United States of America*

Eugene Scalia
Jonathan C. Bond
Brian A. Richman
GIBSON, DUNN & CRUTCHER LLP
1700 M St., N.W.
Washington, DC 20036
(202) 955-8500
EScalia@gibsondunn.com

Bradley J. Hamburger
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave.
Los Angeles, CA 90071
(213) 229-7000

*Counsel for Plaintiffs-Appellants*

# INDEX TO EXCERPTS OF RECORD

| Volume 1 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Order Denying Plaintiffs' Motion for Preliminary Injunction | 112 | 1 |

| Volume 2 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Order Denying Motion for Injunction Pending Appeal | 125 | 44 |
| Supplemental Declaration of Edward J. Shoen | 122-3 | 49 |
| Ex. A to Declaration of Martin Durbin in Support of Plaintiffs' Reply in Support of Motion for Injunction Pending Appeal | 122-2 | 56 |
| Declaration of Martin Durbin | 122-1 | 103 |
| Plaintiffs' Reply in Support of Motion for Injunction Pending Appeal | 122 | 111 |
| Defendants' Opposition to Plaintiffs' Motion for Injunction Pending Appeal | 120 | 128 |
| Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Injunction Pending Appeal | 116-1 | 155 |
| Plaintiffs' Notice of Motion and Motion for Injunction Pending Appeal | 116 | 176 |

| Volume 2 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Transcript of July 1, 2025 Hearing Re Motion for Preliminary Injunction | 106 | 180 |
| Plaintiffs' Response to Defendants' Objections to Evidence Submitted in Support of Motion for Preliminary Injunction | 97-1 | 227 |
| Reply in Support of Plaintiffs' Motion for Preliminary Injunction | 97 | 255 |
| Exhibit 29 to Declaration of Thomas Lyon | 90-29 | 272 |
| Exhibit 28 to Declaration of Thomas Lyon | 90-28 | 284 |
| Declaration of Thomas Lyon in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 90 | 297 |
| Declaration of Angel Hsu, Ph.D. in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 89-18 | 330 |

| Volume 3 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Exhibit 2 to Declaration of Caitlan McLoon | 89-5 | 341 |

| Volume 3 | | |
|---|---|---|
| **Document** | Dkt. No. | ER Page No. |
| Defendants' Objections to Plaintiffs' Evidence Submitted in Support of Their Motion for Preliminary Injunction | 89-1 | 354 |
| Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 89 | 370 |
| Defendants' Answer to Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief | 85 | 401 |
| Exhibit A to the Declaration of Bradley J. Hamburger in Support of Plaintiffs' Motion for Preliminary Injunction | 78-6 | 429 |
| Declaration of Thomas Quaadman | 78-4 | 432 |
| Declaration of Edward J. Shoen | 78-3 | 437 |
| Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Preliminary Injunction | 78-1 | 448 |
| Plaintiffs' Notice of Motion and Motion for Preliminary Injunction | 78 | 477 |
| Order Granting Defendants' Motion to Dismiss Plaintiffs' Second and Third Causes of Action | 77 | 482 |
| Order Granting Defendants' Motion to Deny or Defer Plaintiffs' Motion for Summary Judgment and Denying Plaintiffs' Motion for Summary Judgment | 73 | 506 |
| Notice of Amendments to Senate Bills 253 and 261 | 72 | 519 |

| Volume 3 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Defendants' Supplemental Brief Re: *X Corp.* Submitted in Opposition to Plaintiffs' Motion for Summary Judgment | 70 | 532 |
| Plaintiffs' Supplemental Brief Regarding *X Corp. v. Bonta* | 69 | 538 |
| Plaintiffs' Response to Defendants' Sur-Reply | 66 | 544 |
| Defendants' Sur-Reply to Plaintiffs' Motion for Summary Judgment | 64 | 549 |
| Reply in Support of Defendants' Motion to Deny or Defer Plaintiffs' Motion for Summary Judgment on Claim I Under Rule 56(d) | 61 | 554 |
| Memorandum of Points and Authorities in Opposition to Defendants' Motion to Deny or Defer Plaintiffs' Motion for Summary Judgment on Claim I Under Rule 56(d) | 60 | 569 |
| Plaintiffs' Response to Defendants' Objections to Plaintiffs' Statement of Uncontroverted Facts | 59-2 | 587 |

| Volume 4 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Reply in Support of Statement of Uncontroverted Facts | 59-1 | 611 |

| Volume 4 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Reply Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment on Claim I | 59 | 772 |
| Defendants' Motion to Deny or Defer Plaintiffs' Motion for Summary Judgment on Claim I Under Rule 56(d) | 57-1 | 789 |
| Defendants' Notice of Motion to Deny or Defer Plaintiffs' Motion for Summary Judgment on Claim I Under Rule 56(d) | 57 | 807 |
| Ex 49 to Declaration of Thomas Lyon | 56-49 | 811 |
| Declaration of Thomas P. Lyon in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 56 | 828 |

| Volume 5 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Exhibit 18 to Elizabeth Scheehle Declaration | 55-18 | 857 |

| Volume 6 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Exhibit 18 to Elizabeth Scheehle Declaration (Continued) | 55-18 | 1157 |

| Volume 7 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Exhibit 18 to Elizabeth Scheehle Declaration (Continued) | 55-18 | 1457 |
| Exhibit 2 to James P. Burton Declaration | 53-2 | 1491 |
| Declaration of Peter Cashion in Support of Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 52-5 | 1608 |
| Defendants' Objections to Plaintiffs' Statement of Uncontroverted Facts | 52-2 | 1618 |
| Defendants' Separate Statement of Genuine Disputes of Material Facts | 52-1 | 1633 |

| Volume 8 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 52 | 1753 |

| Volume 8 | | |
|---|---|---|
| **Document** | Dkt. No. | ER Page No. |
| Reply Memo in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief | 49 | 1785 |
| Declaration of Michael White | 48-32 | 1804 |
| Declaration of Garrett Hawkins | 48-31 | 1808 |
| Exhibit 25 to Bradley J. Hamburger Declaration | 48-28 | 1811 |
| Exhibit 20 to Bradley J. Hamburger Declaration | 48-23 | 1813 |
| Exhibit 19 to Bradley J. Hamburger Declaration | 48-22 | 1888 |
| Exhibit 12 to Bradley J. Hamburger Declaration | 48-15 | 1914 |
| Exhibit 9 to Bradley J. Hamburger Declaration | 48-12 | 1916 |
| Exhibit 7 to Bradley J. Hamburger Declaration | 48-10 | 1920 |
| Exhibit 6 to Bradley J. Hamburger Declaration | 48-9 | 1941 |
| Exhibit 4 to Bradley J. Hamburger Declaration | 48-7 | 1971 |
| Exhibit 2 to Bradley J. Hamburger Declaration | 48-5 | 1982 |
| Exhibit 1 to Bradley J. Hamburger Declaration | 48-4 | 2034 |
| Declaration of Bradley J. Hamburger in Support of Plaintiffs' Motion for Summary Judgment on Claim I | 48-3 | 2037 |

| Volume 9 | | |
|---|---|---|
| **Document** | **Dkt. No.** | **ER Page No.** |
| Plaintiffs' Separate Statement of Uncontroverted Facts in Support of Its Motion for Summary Judgment on Claim I | 48-2 | 2045 |
| Memorandum of Points and Authorities in Support of Plaintiffs' Motion for Summary Judgment on Claim I | 48-1 | 2075 |
| Plaintiffs' Notice of Motion and Motion for Summary Judgment on Claim I | 48 | 2106 |
| Plaintiffs' Opposition to Defendants' Partial Motion to Dismiss | 43 | 2111 |
| Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief | 38-1 | 2142 |
| Notice of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint for Declaratory and Injunctive Relief | 38 | 2176 |
| First Amended Complaint | 28 | 2180 |
| Complaint | 1 | 2211 |
| Notice of Appeal | 114 | 2241 |
| District Court Docket | - | 2289 |