No. 25-5327

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs-Appellants*,

v.

LIANE M. RANDOLPH, IN HER OFFICIAL CAPACITY AS CHAIR OF THE CALIFORNIA AIR RESOURCES BOARD, *et al.*,

*Defendants-Appellees*.

———————

**On Appeal from the United States District Court
for the Central District of California**
No. 2:24-cv-00801-ODW-PVC

———————

**SUPPLEMENTAL EXCERPTS OF RECORD
INDEX VOLUME**

———————

| | |
|---|---|
| ROB BONTA | CAITLAN MCLOON |
| *Attorney General of California* | KATHERINE GAUMOND |
| ANNADEL A. ALMENDRAS | EMILY HAJARIZADEH |
| *Senior Assistant Attorney General* | M. ELAINE MECKENSTOCK |
| LAURA ZUCKERMAN | DYLAN REDOR |
| MYUNG J. PARK | ELIZABETH SONG |
| *Supervising Deputy Attorneys General* | *Deputy Attorneys General* |
| | CALIFORNIA DEPARTMENT OF JUSTICE |
| | 300 South Spring Street, Suite 1702 |
| | Los Angeles, CA 90013-1230 |
| | Telephone: (213) 269-6438 |
| | Caitlan.McLoon@doj.ca.gov |
| October 16, 2025 | *Attorneys for Defendants-Appellees* |

1

# Index to Supplemental Excerpts of Record

| VOLUME 1 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Defendants' Objection to Plaintiffs' Evidence Submitted in Reply ISO Motion for Injunction Pending Appeal | 9/4/25 | 123 | SER 2 |
| Declaration of Caitlan McLoon ISO Defendants' Opposition to Plaintiffs' Motion for Injunction Pending Appeal | 8/29/25 | 120-1 | SER 6 |
| Exhibit 39 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-39 | SER 9 |
| Exhibit 36 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-36 | SER 46 |
| Exhibit 31 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-31 | SER 63 |
| Exhibit 30 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-30 | SER 114 |
| Exhibit 12 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-12 | SER 129 |
| Exhibit 11 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-11 | SER 142 |
| Exhibit 8 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-8 | SER 51 |
| Exhibit 7 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-7 | SER 173 |

# Index to Supplemental Excerpts of Record

| VOLUME 1 (Continued) | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 4 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 90-4 | SER 221 |
| Exhibit 19 to Declaration of Angel Hsu ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-37 | SER 266 |

| VOLUME 2 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 14 to Declaration of Angel Hsu ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-32 | SER 324 |
| Exhibit 13 to Declaration of Angel Hsu ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-31 | SER 340 |
| Exhibit 9 to Declaration of Angel Hsu ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-27 | SER 389 |
| Exhibit 7 to Declaration of Angel Hsu ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-25 | SER 426 |
| Exhibit 6 to Declaration of Angel Hsu ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-24 | SER 590 |

# Index to Supplemental Excerpts of Record

| VOLUME 3 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 11 Declaration of James Burton ISO Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-17 | SER 595 |
| Exhibit 6 Declaration of James Burton ISO Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-12 | SER 756 |
| Exhibit 1 Declaration of James Burton ISO Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-7 | SER 759 |

| VOLUME 4 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Declaration of James Burton ISO Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction | 4/7/25 | 89-6 | SER 986 |
| Exhibit 56 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-56 | SER 1006 |
| Exhibit 55 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-55 | SER 1049 |
| Exhibit 54 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-54 | SER 1095 |
| Exhibit 53 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-53 | SER 1135 |
| Exhibit 39 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-39 | SER 1171 |

# Index to Supplemental Excerpts of Record

| VOLUME 5 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 36 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-36 | SER 1201 |
| Exhibit 33 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-33 | SER 1280 |
| Exhibit 32 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-32 | SER 1300 |
| Exhibit 21 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-21 | SER 1332 |
| Exhibit 20 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-20 | SER 1346 |
| Exhibit 19 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-19 | SER 1369 |
| Exhibit 17 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-17 | SER 1389 |
| Exhibit 14 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-14 | SER 1407 |
| Exhibit 13 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-13 | SER 1421 |
| Exhibit 12 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-12 | SER 1449 |
| Exhibit 9 to Declaration of Thomas Lyon ISO Opposition to Plaintiffs' Motion for Preliminary Injunction | 7/24/24 | 56-9 | SER 1466 |

# Index to Supplemental Excerpts of Record

| VOLUME 6 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Declaration of Elizabeth Scheehle ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 55 | SER 1501 |
| Exhibit 33 to Declaration of Professor George S. Georgiev ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 54-33 | SER 1514 |
| Exhibit 32 to Declaration of Professor George S. Georgiev ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 54-32 | SER 1563 |
| Exhibit 4 to Declaration of Professor George S. Georgiev ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 54-4 | SER 1574 |
| Declaration of Professor George S. Georgiev ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 54 | SER 1671 |
| Exhibit 22 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-22 | SER 1705 |

| VOLUME 7 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 21 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-21 | SER 1829 |
| Exhibit 20 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-20 | SER 1887 |

# Index to Supplemental Excerpts of Record

| VOLUME 7 (Continued) | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 12 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-12 | SER 1930 |
| Exhibit 11 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-11 | SER 1938 |

| VOLUME 8 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 9 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-9 | SER 1979 |

| VOLUME 9 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 9 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-9 *(Continued)* | SER 2109 |
| Exhibit 8 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-8 | SER 2143 |
| Exhibit 7 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-7 | SER 2192 |
| Exhibit 4 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-4 | SER 2212 |

# Index to Supplemental Excerpts of Record

| VOLUME 9 (Continued) | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 3 to Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53-3 | SER 2333 |
| Declaration of James P. Burton ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment on Claim I | 7/24/24 | 53 | SER 2341 |
| Exhibit 4 to Declaration of Caitlan McLoon ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 52-10 | SER 2369 |
| Exhibit 3 to Declaration of Caitlan McLoon ISO Defendants' Opposition to Plaintiffs' Motion for Summary Judgment | 7/24/24 | 52-9 | SER 2372 |
| Exhibit 23 to Decl. of B. Hamburger ISO Motion for Summary Judgment on Claim I | 5/24/24 | 48-26 | SER 2383 |
| Exhibit 22 to Decl. of B. Hamburger ISO Motion for Summary Judgment on Claim I | 5/24/24 | 48-25 | SER 2397 |

| VOLUME 10 | | | |
|---|---|---|---|
| **Description** | **Date** | **Docket No.** | **Page** |
| Exhibit 17 to Declaration of Bradley J. Hamburger ISO Plaintiffs' Motion for Summary Judgment on Claim I | 5/24/24 | 48-20 | SER 2409 |
| Exhibit 14 to Decl. of B. Hamburger ISO Motion for Summary Judgment on Claim I | 5/24/24 | 48-17 | SER 2562 |
| Exhibit 8 to Decl. of B. Hamburger ISO Motion for Summary Judgment on Claim I | 5/24/24 | 48-11 | SER 2568 |
| Exhibit 3 to Decl. of B. Hamburger ISO Motion for Summary Judgment on Claim I | 5/24/25 | 48-6 | SER 2581 |