No. 25-5327

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

———————————

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs-Appellants*,

v.

LIANE M. RANDOLPH, IN HER OFFICIAL CAPACITY AS CHAIR OF THE CALIFORNIA AIR RESOURCES BOARD, *et al.*,

*Defendants-Appellees*.

———————————

**On Appeal from the United States District Court
for the Central District of California**
No. 2:24-cv-00801-ODW-PVC

———————————

## SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME 3 OF 10

———————————

| | |
|---|---|
| ROB BONTA | CAITLAN MCLOON |
| *Attorney General of California* | KATHERINE GAUMOND |
| ANNADEL A. ALMENDRAS | EMILY HAJARIZADEH |
| *Senior Assistant Attorney General* | M. ELAINE MECKENSTOCK |
| LAURA ZUCKERMAN | DYLAN REDOR |
| MYUNG J. PARK | ELIZABETH SONG |
| *Supervising Deputy Attorneys* | *Deputy Attorneys General* |
| *General* | CALIFORNIA DEPARTMENT OF JUSTICE |
| | 300 South Spring Street, Suite 1702 |
| | Los Angeles, CA 90013-1230 |
| | Telephone: (213) 269-6438 |
| | Caitlan.McLoon@doj.ca.gov |
| October 16, 2025 | *Attorneys for Defendants-Appellees* |

| | |
|---|---|
| **Proceed** | Take immediate action through all available pathways toward achieving (net) zero, consistent with delivering your interim targets. Where relevant, contribute to sectoral breakthroughs. | Explain what actions you will take to empower other stakeholders in your community and beyond to achieve their own targets, embracing the spirit of radical collaboration. Include how you will support the Sustainable Development Goals. Identify in your plan how you will help build the resilience of, and drive funding to, developing countries to achieve a just, inclusive transition. |
| | | **Contribute beyond your own territory / value chain** |
| | | In addition to following a science-aligned net zero pathway to reduce your own emissions and neutralise any residual emissions that remain, contribute toward global (net) zero through beyond value chain / territorial mitigation efforts, such as the purchase and retirement of high-quality carbon credits (emission reductions, avoidance or removals) that do not substitute for nor delay emissions reductions necessary to meet the Pledge. |
| | | **Prioritise emissions-intensive sectors** |
| | | Take immediate action to protect standing forests and avoid and reduce emissions in the most GHG-intensive activities and sectors, while not neglecting longer-term efforts. Align to the 2030 Breakthroughs sectoral targets. |
| | | **Scale up climate solutions** |
| | | Proactively grow activities that contribute to the achievement of global net zero, such as new technologies, business models, policy approaches, and community practices. |
| | | **Empower your ecosystem** |
| | | Empower those in your ecosystem to implement Race to Zero plans, including through financing, capacity building, knowledge-sharing, and access to resources. In particular for financial institutions, scale-up investment in emerging markets and developing countries. |
| **Publish** | Report publicly progress against both interim and longer-term targets, as well as the actions being taken, at least annually. Report in a standardised, open format, and via platforms that feed into the UNFCCC Global Climate Action Portal. | **Report on progress in and beyond your value chain or territory** |
| | | Outline progress both regarding within-value-chain / territorial emissions reductions and investment made / action taken outside of your value chain / territory. Report on how you have allocated resources and capacities to achieve the short-term and longer-term targets. |
| **Persuade** | Within 12 months of joining, align external policy and engagement, including membership in associations, to the goal of halving emissions by 2030 and reaching global (net) zero by 2050. | **Activate the ambition loop** |
| | | Proactively advocate for your peers, stakeholders, and governments to align their goals and actions to 1.5C. Demonstrate how the implementation of your own ambitious targets creates opportunities for others to follow. |
| | | **Mainstream (net) zero alignment** |
| | | Advocate for appropriate regulation and facilitating measures to ensure that alignment to 1.5C becomes the default for all actors. |

Exhibit 6 to Decl. of Angel Hsu

145

# Exhibit 11
# to Declaration of James Burton

# Impact Report 2023, Tesla

Exhibit 11 to Decl. of James Burton
399
**SER 595**

Case 2:24-cv-00801-ODW-PVC      Document 89-17      Filed 04/07/25      Page 2 of 161      Page
ID #:8473



Exhibit 11 to Decl. of James Burton
400

# Contents

## 01

| | |
|---|---|
| Governance | 4 |
| **1.1** Our Mission | 5 |
| **1.2** Overview | 6 |
| **1.3** Materiality and TCFD Alignment | 8 |
| **1.4** Privacy and Security | 13 |

## 02

| | |
|---|---|
| Environment | 18 |
| **2.1** Displacing Fossil Fuels | 19 |
| **2.2** Carbon Impact of Our Products | 27 |
| **2.3** Carbon Impact of Our Operations | 36 |
| **2.4** Water, Circularity and Biodiversity | 47 |

## 03

| | |
|---|---|
| Product & Safety | 52 |
| **3.1** Making EVs Affordable | 53 |
| **3.2** Freedom to Travel | 57 |
| **3.3** Maximizing Safety | 61 |
| **3.4** Building the Grid of the Future | 71 |

## 04

| | |
|---|---|
| People & Community | 77 |
| **4.1** Preparing the Workforce for a Sustainable Energy Future | 78 |
| **4.2** Centering Safety and Engagement | 85 |
| **4.3** Developing Our Leaders Internally | 91 |
| **4.4** Social Impact | 101 |

Exhibit 11 to Decl. of James Burton
401

# Contents

## 05

| | | | |
|---|---|---|---|
| Supply Chain | 103 | | |
| 5.1 Supply Chain Decarbonization | 107 | | |
| 5.2 Recycling | 110 | | |
| 5.3 Responsible Sourcing of Battery Materials | 113 | | |
| 5.4 Responsible Sourcing of Other Priority Materials | 127 | | |
| 5.5 Tools | 131 | | |

## 06

| | |
|---|---|
| Appendix | 141 |
| 6.1 TCFD | 142 |
| 6.2 SASB | 143 |
| 6.3 United Nations SDG Alignment | 144 |
| 6.4 Key Metrics | 146 |
| 6.5 Management Assertion | 152 |

Exhibit 11 to Decl. of James Burton
402

Case 2:24-cv-00801-ODW-PVC     Document 89-17     Filed 04/07/25     Page 5 of 161     Page
ID #:8476

Impact Report 2023     Governance

# Governance

## Sustainability is Core to Our Mission

| | |
|---|---|
| Our Mission | 05 |
| Overview | 06 |
| Assessments | 08 |
| Privacy and Security | 13 |

4

Exhibit 11 to Decl. of James Burton
403

Impact Report 2023

Governance

5

# Our mission is to accelerate the world's transition to sustainable energy

Since Tesla's inception, our goals have centered on the opportunities presented by the sustainable energy transition. We have developed a clean energy ecosystem that addresses the energy generation, energy storage and transportation sectors. Through our zero direct emission electric vehicles and energy products, we are accelerating the world's transition to sustainable energy.

Exhibit 11 to Decl. of James Burton

404

Impact Report 2023          Governance

# Governance Overview

**Management Involvement**

At Tesla, sustainability is everyone's job. Our Sustainability and Impact team, in collaboration with leaders from across the company, ensures the collection, preparation and analysis of data for content within this report.

Material issues and themes related to sustainability are presented to Tesla's Board of Directors (BoD) for review.

For more information on Tesla's corporate governance, refer to our 2024 Proxy Statement.

Exhibit 11 to Decl. of James Burton
405

Impact Report 2023          Governance

7

# Board of Directors Overview

The BoD serves as a prudent fiduciary for shareholders and oversees Tesla's mission, purpose and strategy, as well as the effectiveness of our impact priorities, initiatives and programs. With those responsibilities in mind, the Board sets the highest standards for ethical behavior, corporate citizenship and corporate governance.

The BoD oversees risks related to environmental, social and governance ("ESG") issues, both at the full-board and committee levels. In particular, our Audit Committee oversees ESG risks as part of overall Enterprise Risk Management, including, among others, risks relating to climate, data privacy, cybersecurity, human rights and supply chain issues.

The Audit Committee also oversees our Impact Report and, as deemed appropriate, other ESG-related disclosures.

Our Compensation Committee oversees human capital management, employee engagement and relations and our compensation philosophy and programs designed to align compensation to the performance of our company and success of our mission to accelerate the world's transition to sustainable energy.

Our Nominating and Corporate Governance Committee oversees our governance framework and practices, board composition and diversity and engagement on ESG issues with shareholders.

Our BoD continuously evaluates its composition, seeking to ensure the right mix of skills, experience, background and diversity to ensure the exceptional leadership necessary to fulfill our mission. We periodically add new, highly qualified independent directors to the BoD, such as Larry Ellison and Kathleen Wilson-Thompson in 2018, Hiromichi Mizuno in 2020, Joe Gebbia in 2022 and JB Straubel in 2023.

Exhibit 11 to Decl. of James Burton
406

Impact Report 2023          Governance

8

# Sustainability Assessment

In 2023, we conducted a sustainability assessment to determine areas material to the business and salient to society and the environment. This assessment resulted in the identification of 20 focus areas listed in the chart on this page.

We started by surveying key global stakeholders, asking them to quantify the impact of certain topics on Tesla. Where appropriate, this was followed up with in-depth interviews with participants to contextualize quantitative scores.

Throughout the process, we partnered with a third-party expert. We will continue to evaluate the saliency of these risks and opportunities periodically to inform our overall strategy.

Note: the following focus areas are ranked relative to each other and not relative to overall importance. We also recognize this as a snapshot in time. As we continue to grow and the world changes, the degree of impact could naturally shift.



Final Findings    ▬ Our Employees    ▬ Our Supply Chain    ▬ Our Environment    Our Governance

Air Quality & Reducing Toxic Emissions
Child Labor & Forced Labor
Climate Change & Risk Management

Water Use & Management
Occupational Health & Safety
Responsible Sourcing

Inclusive Energy Transition
Waste Management & Recycling, Circularity
Talent Management & Employee Wellbeing

Biodiversity
Renewable Energy & Energy Efficiency
Respectful Workplace & Equal Opportunities

Responsible AI
Responsible Data & Cybersecurity
Product Quality & Safety

Business Ethics & Anti-Corruption
Employee Engagement
Government Relations Policy

Grievance Mechanisms & Access to Remedy
External Stakeholder Engagement

Impact on The Business

Impact on The Environment & Society

Exhibit 11 to Decl. of James Burton

407

Impact Report 2023          Governance

# TCFD Alignment

We have been aligning this report with Task Force on
Climate-Related Financial Disclosures (TCFD) since 2022.

While the focus of this report is to communicate the
substantial positive impact Tesla is having on the world, we
understand the importance of discussing both the
opportunities and risks presented by a changing climate.

Our dedicated governance strategy allows Tesla to assess,
manage and act on its own climate-related risks. This
strategy is based on recommendations from the TCFD.

9

Exhibit 11 to Decl. of James Burton
408

Impact Report 2023          Governance

10

# Managing Climate Risk

The Sustainability and Impact team works with executives from across Tesla to make decisions affecting the business with consideration to our climate change strategy. The Vice President of Environmental, Health, Safety and Security (EHS&S) leads these interactions and is responsible for our GHG emissions strategy, its implementation and TCFD alignment.

The Sustainability and Impact team at Tesla reports directly to the VP of EHS&S and meets regularly with stakeholders from Engineering and Design, Finance, Investor Relations, Legal, Policy, Supply Chain, among others to present megatrends and climate change updates. The VP of EHS&S reports events directly to the BoD.

Tesla conducts an annual Enterprise Risk Assessment (ERA) that integrates ESG-related risks by engaging in interviews and surveys with members of management across the organization, including key stakeholders in sustainability. Through this exercise, climate-related risks would be flagged to the relevant leadership team for management.

Beginning with Gigafactory Berlin–Brandenburg and Gigafactory Texas in 2021, we initiated site-specific reviews to identify physical climate-related risks that were then addressed during the design process of those factories. In 2022, this was followed by a systematic assessment of our entire manufacturing portfolio and any new locations.

Today, we continue to ensure that our current and future sites are prepared for the potential physical impacts of climate change by integrating assessments into considerations for site design and future expansion plans.

Using the results from these analyses, Tesla is actively working to harden our current and planned manufacturing portfolio against medium and long-term climate impacts. Over time, we will begin to evaluate other assets such as our Sales, Service and Delivery network as well as our charging infrastructure and other relevant assets.

As regulations around GHG emissions management evolve, we may need to make further capital investments that are different from or accelerated relative to existing plans, which may impact profitability. Policy changes may impact certain practices or infrastructure, potentially reducing installed capacity because the technology used—such as with die casting or the paint shop—cannot be fully decarbonized.

Exhibit 11 to Decl. of James Burton
409

Impact Report 2023          Governance

11

# Physical Climate Risk Assessment

Tesla performs physical climate risk assessments for our manufacturing and support locations, including for any new manufacturing sites.

We assessed these sites using the following scenarios, which incorporate the science from the latest IPCC report: Business as usual, Emissions peak in 2040 and Paris–aligned—a combined approach using the latest Shared Socioeconomic Pathways (SSPs) and the Representative Concentration Pathways (RCPs).

This includes physical risks related to combined physical risk, flooding, wind risk, heat stress, wildfire, precipitation risk and drought. We assess these hazards against the three scenarios across short– (2025), medium– (2030) and long-term (2050) time horizons.

Given the low likelihood of reaching a Paris-aligned scenario, we report results on business as usual and emissions peaking in 2040.

In the short term, drought poses the biggest risk to our manufacturing portfolio and, in the long term, heat stress will become the more severe climate hazard.

Exhibit 11 to Decl. of James Burton
410

Impact Report 2023    Governance

12

# Human Rights Are Core to Our Mission

The ethical treatment of all people and regard for human rights is core to our mission of accelerating a sustainable future. Our Global Human Rights Policy is the formalization of our commitment to uphold, respect and embed human rights and the values they represent throughout our business.

We endorse and base our definition of human rights on the United Nation's Universal Declaration for Human Rights (UDHR). The UDHR focuses on dignity, respect and equality, without discrimination, for all people. We also utilize the United Nation's Guiding Principles on Business and Human Rights (UNGPs) and the Organization for Economic Cooperation and Development (OECD) Guidelines for Multinational Enterprises.

We are committed to upholding and respecting all internationally recognized human rights throughout our direct operations and supply chain—including with respect to our employees, customers, shareholders, suppliers and the communities in which we live and operate. Tesla's Global Human Rights Policy outlines the company's salient human rights issues.

We seek to avoid causing or contributing to actual or potentially adverse human rights impacts, and we expect our suppliers to support and promote these values in their own operations and those of their suppliers.

To learn more about our efforts in our supply chain, see pages 113–151.

Assessing and addressing human rights risks is an ongoing effort that involves engaging with and incorporating input from external stakeholders, including those impacted by our operations and our supply chain, as well as reviewing and updating our policies and procedures where necessary.

We seek to remedy adverse impacts, track and measure our progress and report our findings in our disclosures where appropriate.

Exhibit 11 to Decl. of James Burton
411

13

Impact Report 2023          Governance

# Cybersecurity and Data Privacy

We build products with privacy and security at their core

Our privacy-first policies ensure personal data is in customers' hands, letting them decide what information they want to share and when. We believe that responsible data management and transparency is a prerequisite for continuous innovation. Read more about our company-wide approach in our Privacy Overview.

Data privacy is a shared responsibility that every employee and Board member is expected to uphold. Tesla has a large and diverse team of privacy and security professionals across our legal, engineering and product organizations who are dedicated to protecting customer data. Additionally, the Audit Committee of the Tesla BoD is regularly briefed on incidents, emerging trends, controls and corrective actions taken by Tesla to ensure we are living up to our obligations and Privacy Principles.

Exhibit 11 to Decl. of James Burton
412

Impact Report 2023    Governance

14

# Our Privacy Principles



**We build privacy into our products from start to finish**

We ensure privacy across all our products and services, from inception to roll out and beyond.



**We always give customers choices about their data**

We put individuals in control by giving them clear and transparent ways to access, review, manage and delete their data.



**We maintain trust through transparency**

We are clear about the personal data we collect and how we use or share it.



**We safeguard personal data**

We implement rigorous controls and standards designed to protect the security, confidentiality and integrity of Tesla's data environment.

Exhibit 11 to Decl. of James Burton
413

Impact Report 2023          Governance

# Privacy From Day One

Tesla's Privacy Principles and commitments are illustrated throughout all our products. For Tesla vehicles, customers' personal data is protected from the moment they take delivery, ensuring that by default the vehicle data generated when driving is not associated with their account or vehicle identification number. We put customers in the driver's seat when it comes to data sharing by providing a dedicated in-vehicle menu to adjust preferences at any time. Additionally, energy products are designed to protect customer privacy. We aim to collect as little personal data as is required to provide an engaging in-app energy experience. To maximize transparency, Tesla has developed a seamless way for customers to download and access their energy and vehicle data at any time directly from the Tesla app.



Exhibit 11 to Decl. of James Burton
414

**SER 610**

Impact Report 2023    Governance

# Engaging the Security Community

We are also focused on ensuring that our vehicles are the most secure on the road. Our team of world-class engineers continuously improve our systems to ensure they are always as secure as possible. And while some of the best security engineers work at Tesla, we believe that in order to design and build inherently secure systems, we must work closely with the security research community and learn from their collective expertise and diversity of thought.



16

Exhibit 11 to Decl. of James Burton

415

Impact Report 2023    Governance

17

# Embedding Security and Privacy

To uphold rigorous standards regarding the security, confidentiality and integrity of customer and employee data, Tesla maintains a global privacy program as well as an information security program (based on the industry-recognized ISO 27001 framework), which includes written policies, processes and standards designed to protect and secure Tesla's data environment.

Tesla maintains a current ISO/IEC 27001 certification that sets user security standards, for which we undergo yearly audits. We evaluate the health and effectiveness of our information security and privacy program through ongoing assessments, monitoring and testing.

## Global Privacy Program

Guides product development and business practices across Tesla to ensure regulatory compliance by maintaining effective and standardized controls across vehicle and energy products as well as insurance and financial services

## Third-Party Risk Management

Identify, mitigate and monitor risks from third parties such as vendors, suppliers and other business partners, including those in our supply chain who may require certain Tesla data to conduct operations

## Product Security

A comprehensive approach to managing product vulnerabilities including conducting design and code reviews, building defense in depth protections, testing, maintaining security policies, monitoring, partnering with external security researchers and financially rewarding people outside the company who find and report vulnerabilities

## Infrastructure Security

Prevention, detection and response to IT outages, security incidents or acts of nature to provide availability of underlying critical services and continuity of operations

Exhibit 11 to Decl. of James Burton
416

**SER 612**

Impact Report 2023          Environment

18

# Environment
## The Future is Electric

Displacing Fossil Fuels                          19

Carbon Impact of Our Products                    27

Carbon Impact of Our Operations                  36

Water, Circularity and Biodiversity              47

Exhibit 11 to Decl. of James Burton
417

19

Impact Report 2023

Environment

# In 2023, Our Customers Avoided Releasing Over 20 Million Metric Tons of CO₂e into Our Atmosphere

In 2023, the global fleet of Tesla vehicles, energy storage and solar panels enabled our customers to avoid emitting over 20 million metric tons of CO₂e. That's equal to about 51 billion miles of driving an internal combustion engine (ICE) vehicle.

Exhibit 11 to Decl. of James Burton
418

Impact Report 2023    Environment

20

# The More Products We Deliver,
# the Faster We Accelerate Our Mission



**Electric Vehicles Produced**

Source: EV-volumes.com; microcars not included. Tesla data are production volumes; other OEMs' sales and delivery volumes are assumed to approximate their production for the year.

Exhibit 11 to Decl. of James Burton
419

**SER 615**

Impact Report 2023          Environment

21

# Tesla Produced and Delivered Over 1.8 Million EVs Globally in 2023

Although we are focused on our own deliveries, electric vehicle (EV) sales by all automakers need to increase. We hope that every vehicle manufacturer will strive to produce hundreds of thousands of EVs per year, as significant reductions in emissions will only be achieved with an industry-wide shift.

Emissions credit revenue is used for EV capacity expansion, which in turn displaces internal combustion engine (ICE) vehicles. In 2023, we generated almost $1.8 billion in revenue selling zero-emission regulatory credits to other OEMs. While it is common practice today for ICE vehicle OEMs to purchase regulatory credits from other companies (such as Tesla) to offset their emissions, it is not a sustainable strategy. In order to meet increasingly strict regulatory requirements across the world, OEMs will be forced to develop truly competitive EVs.

To support our mission, we are making it as easy as possible for drivers to own and charge an EV. We opened our charging connector design to the world in 2022 and opened our Supercharger network in North America to more EVs starting in 2024. We are also sharing charge port technology with other OEMs to assist the transition of their vehicle designs to be compatible with the North American Charging Standard (NACS). This follows the opening of our network in other regions, including Europe and China.

Exhibit 11 to Decl. of James Burton
420

Impact Report 2023          Environment

22

# Current Emissions Frameworks Weren't Built for a Company Like Tesla

We continue to drive the reduction of greenhouse gas emissions (GHG) from energy and transport through use of our products by our customers—this will continue to be the most impactful thing we can do to achieve our mission. The popular frameworks for measuring and reducing GHG emissions continue to not recognize this impact. They were written by and developed for well-established companies with polluting products. These frameworks do not account for the impact of emissions that are avoided through the sale of zero direct emission products (referred to in this report as "avoided emissions").

As we continue to grow, Tesla will need to build many more factories to support production of our products. Each one of these products will avoid many tons of $CO_2e$ throughout its life.

Even as Tesla constructs more efficient factories with maximum renewable energy utilization, there will undoubtedly be incremental emissions from our growing factory footprints in the near term as we work to decarbonize all industrial processes and supply chain inputs.

There is a lot of work left to do to build a GHG-accounting system that holds polluters accountable and highlights the work being done by companies to build zero direct emission products and achieve the goal of decarbonizing the economy.

Exhibit 11 to Decl. of James Burton
421



Impact Report 2023          Environment

## We Make Products That Displace Fossil Fuel Alternatives

We design and manufacture a fully integrated ecosystem for energy and transportation. Our products work together to maximize their impact.

Solar

Energy Storage

Autobidder

Battery Cells

Charging

Maximizing Utilization Through Software

Electric Vehicles

Full Self-Driving

Robotaxi

Exhibit 11 to Decl. of James Burton

422



Impact Report 2023          Environment

24

# Air Pollution From Burning Fossil Fuels Leads to Premature Deaths

Pollution from burning fossil fuels leads to eight million premature deaths globally each year—that accounts for one-in-five premature deaths worldwide. Our products are not just about the future of our planet, but also about addressing preventable deaths today. This is a major advantage of zero direct emission products that is often forgotten.



**Air Quality**

- Good
- Moderate
- Unhealthy (for sensitive groups)
- Unhealthy
- Very Unhealthy

Exhibit 11 to Decl. of James Burton
423

Impact Report 2023          Environment

25

# Each Tesla on the Road Avoids About 51 Tons of $CO_2e$

After approximately three years of driving, a Tesla EV's lifetime emissions are lower than those of a comparable ICE vehicle. While EVs today still emit more GHGs during the manufacturing phase, including emissions from the supply chain, it takes about three years' worth of driving for the total emissions from a Tesla vehicle to fall below that of a comparable ICE vehicle.

After 17 years of driving—the average life of a vehicle in the U.S.—a single Tesla vehicle will avoid about 51 tons of $CO_2e$. This number is conservative for two reasons: it assumes no improvement in grid emissions over time and an ICE vehicle maintains its fuel efficiency throughout its lifetime.

This year, we updated our avoided emissions calculation methodology using a global model with more primary GHG emissions data collected from our suppliers.



**EV Emissions Avoided Over Time** (U.S.; mt $CO_2e$)

EV Emissions    ICE Emissions    Cumulative Emissions Avoided



Exhibit 11 to Decl. of James Burton

424

Impact Report 2023    Environment

26

# NEDC, WLTP or EPA Testing Cycles Do Not Represent Real-World Fuel or Electricity Consumption

We used real-world energy consumption by Model 3 and Model Y to analyze EV energy consumption. For ICE fuel consumption, we used data provided by Consumer Reports, which reports model year 2023 mid-size premium vehicles achieve 24.9 MPG on average. This translates to approximately 400 grams of $CO_2e$ per mile once we account for emissions generated through the extraction, refining and shipment of oil.



Exhibit 11 to Decl. of James Burton

425

Impact Report 2023          Environment

27

# Lifecycle Analysis Glossary

By examining every stage of a product's lifecycle, from raw extraction to disposal, a lifecycle assessment (LCA) helps identify environmentally taxing hotspots, allows for targeted improvements and enables resource use efficiencies. The per-mile lifecycle emissions of our vehicles include emissions from upstream supply chain, electricity consumption and direct emissions from manufacturing and use-phase emissions when charged from a grid with a generation mix that reflects the geographic distribution of Model 3 and Model Y deliveries in the U.S., Europe and China. This year, we are presenting the standard-range RWD versions of Model 3 and Model Y and have significantly improved GHG emissions data accuracy. As we strive to get more real and granular data, we will continue to update our long-range and other product LCAs for future reports.

To the right are the scenarios and assumptions we're using for our analysis.

SCENARIOS

**Model 3/Y\***

**Personal Use    Grid Charged**

Emissions per mile of Model 3/Y principally charged at home from the grid

**Personal Use    Solar Charged**

Emissions per mile of Model 3/Y principally charged at home using a solar system and energy storage

**Average Premium ICE**

Based on an average of mid-size premium sedans and mid-size premium crossover SUVs, with a real-world fuel economy of 24.9 MPG

\*In 2023, we followed the same methodology as 2022 to present the LCA as a weighted average of Model 3 and Model Y based on production share for each vehicle (for manufacturing-phase emissions) and delivery volumes in each region (for use-phase emissions). Given that Model 3 and Model Y have 70%-plus parts commonality and share many manufacturing processes, their GHG emissions are very similar.

ASSUMPTIONS

Lifecycle Emissions

Lifecycle Emissions using solar panels and Powerwall exclusively to charge Model 3/Y adds emissions to the manufacturing phase and reduces use-phase emissions to as low as zero.

No additional renewable energy capacity on the grid during the life of the vehicle—the shape of the renewable energy adoption curve is still up for debate.

Manufacturing-phase emissions for Model 3/Y in the U.S. represent a Fremont-made vehicle, while manufacturing-phase emissions in Europe and China represent a China-made vehicle.

Exhibit 11 to Decl. of James Burton
426

Impact Report 2023    Environment

28

# Average Lifecycle Emissions



### United States gCO₂e/mi*

Model 3/Y  Standard Range (RWD)

Personal Use
Solar Charged — 72

Personal Use
Grid Charged — 116

Average
Premium ICE
Vehicle — 445

● Manufacturing Phase and Supply Chain    ● Use Phase



### New York gCO₂e/mi*

Shift to Greener Grid

Personal Use
Solar Charged — 72

Personal Use
Grid Charged — 108

Average
Premium ICE
Vehicle — 445

*gCO₂e/mi = grams of CO₂e emissions per mile driven

Exhibit 11 to Decl. of James Burton

427

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 30 of 161
Page ID #:8501

Impact Report 2023    Environment    29

# Average Lifecycle Emissions



Europe gCO₂e/mi*

Model 3/Y  Standard Range (RWD)

Personal Use
Solar Charged    114

Personal Use
Grid Charged    139

Average
Premium ICE
Vehicle    459

France gCO₂e/mi*

Shift to Greener Grid

Personal Use
Solar Charged    114

Personal Use
Grid Charged    113

Average
Premium ICE
Vehicle    459

● Manufacturing Phase and Supply Chain    ● Use Phase

*gCO₂e/mi = grams of CO₂e emissions per mile driven

Exhibit 11 to Decl. of James Burton
428



Impact Report 2023          Environment

30

# Average Lifecycle Emissions

### China gCO₂e/mi*

Model 3/Y  Standard Range (RWD)



Personal Use
Solar Charged          114

Personal Use
Grid Charged          231

Average
Premium ICE
Vehicle          466

### Sichuan Province gCO₂e/mi*

Shift to Greener Grid

Personal Use
Solar Charged          114

Personal Use
Grid Charged          134

Average
Premium ICE
Vehicle          466

● Manufacturing Phase and Supply Chain     ● Use Phase

*gCO₂e/mi = grams of CO₂e emissions per mile driven

Exhibit 11 to Decl. of James Burton
429

**SER 625**

Impact Report 2023          Environment

31

# The Carbon Impact of ICE Vehicles Remains the Same Every Year of Use

The LCAs we have presented assume the same emissions per mile for our vehicles throughout their lifetime. This assumption is conservative given the grid keeps getting cleaner. While emissions per mile for EVs will improve with the grid, emissions per mile for ICE vehicles will not.

Based on publicly available sales and fleet data, we estimate that an average vehicle in the U.S. is scrapped after 17 years and slightly less than 200,000 miles of driving. As an ICE vehicle ages, its fuel efficiency only remains stable if serviced properly. Meanwhile, electricity generation to charge EVs has become "greener" over time with the addition of cleaner energy sources to the grid. EV drivers can increase their renewable energy mix by installing solar energy generation or storage systems on their homes.

**U.S. Electricity Grid Generation Mix**
(Conservative Estimate)



— Zero-Emission Sources

Exhibit 11 to Decl. of James Burton
430

SER 626

Impact Report 2023          Environment

32

# Greater Efficiency Than a Prius, Performance of a Porsche

More efficient vehicles equals less lifetime energy use. Tesla vehicles are among the most efficient EVs built to date. Model Y All-Wheel Drive (AWD) achieves 3.8 EPA miles/kWh, making it the most efficient electric SUV ever made. While achieving the best-in-class energy efficiency, our AWD models also provide impressive acceleration and speed.

**Model Y**
Long Range AWD

**4.8s** 0-60mph

**135mph** Top Speed

**Model 3**
Long Range AWD

**4.2s** 0-60mph

**125mph** Top Speed



Exhibit 11 to Decl. of James Burton
431

**SER 627**

Impact Report 2023          Environment

33

## We Make the Most Efficient Electric SUV on the Road

**EV Powertrain Efficiency**
(EPA rated mi/kWh)

| Model Y | Kia EV6 | Ford Mustang Mach-E | Hyundai IONIQ 5 | Audi e-tron | VW ID.4 | Jaguar I-PACE |
|---------|---------|---------------------|-----------------|-------------|---------|---------------|
| 3.8 | 3.6 | 3.4 | 3.4 | 3.1 | 3.1 | 2.7 |

Exhibit 11 to Decl. of James Burton

432

SER 628

34

Impact Report 2023    Environment

## Electrifying Heavy-Duty Trucks is Critical to Our Mission

Combination trucks account for about 16% of U.S. vehicle emissions—Semi helps change that. With less than 2 kWh per mile of energy consumption, Semi can travel up to 500 miles on a single charge, fully loaded. Charging with electricity is approximately 2 times cheaper per mile than refueling with diesel. Operators can see estimated fuel savings of up to $150,000 within their first three years of ownership.* With remote diagnostics, over-the-air software updates and fewer moving parts to maintain, operators will spend less time at service centers and more time on the road.

*Based on average Q1 2024 diesel prices in California and latest electricity rates.

% of U.S. Vehicle Fleet     — Combination Trucks     — Rest of Fleet



1.1%

98.9%

% of U.S. Vehicle Emissions



16.4%



83.6%

Exhibit 11 to Decl. of James Burton
433

**SER 629**

Impact Report 2023          Environment

35

# Our Batteries are Designed for 200K+ Miles of Driving

Vehicle battery production can result in over six metric tons of GHG emissions, so it's important that the battery lasts as long as the vehicle. Which is why we often get asked: Will I need to replace my battery at some point in the future? The answer is no. Since we've been selling EVs for over a decade, we have a reliable data set that shows us battery degradation over time. We estimate that a vehicle gets scrapped after approximately 200,000 miles of usage in the U.S. and roughly 150,000 miles in Europe. Even after 200,000 miles of usage, our batteries in Model 3 and Model Y lose just 15% of their capacity on average, while batteries in Model S and Model X lose just 12% of their capacity on average.



**Model 3/Y Long Range**
Battery Retention per Distance Traveled

● Retention      ○ ± Standard Deviation

100%

80%

50%

0%

0          50K          100K          150K          200K Miles



Exhibit 11 to Decl. of James Burton
434

36

Impact Report 2023     Environment

# We minimize the carbon impact of our operations with our decarbonization strategy

Unlike ICE vehicles, it is possible to fully decarbonize the manufacturing and lifetime use of EVs

Electric vehicles and sustainable energy products have a far better environmental impact than fossil fuel alternatives. This includes the full lifecycle: raw material mining, manufacturing, product use and disposal.

Exhibit 11 to Decl. of James Burton
435

Impact Report 2023    Environment

37

# Decarbonization at Tesla

Tesla strives to achieve net-zero GHG emissions across our full product lifecycle, from mining and production through use and end of life recycling. While we have made progress in reducing our emissions intensity in the near term and made meaningful progress on building a plan to achieve net-zero emissions as soon as possible, there remains work to do to finalize this plan. Our goal is to set a target that is both meaningful and thoughtful.

With a mission to accelerate the world's transition to sustainable energy, decarbonization is at the heart of everything we do. An ambitious stance on GHG emissions reduction is necessary to continue moving the world toward a sustainable energy economy.

We are prepared to continue our decarbonization journey, acknowledging the constantly changing landscape of technological advancements and sustainable energy markets. As we evolve, we strongly believe that starting with an ambitious strategy is not just wise, but necessary. With the sustainable energy sector ascendant, we anticipate a rising demand for zero direct emission products across energy and transportation. Despite this, our dedication to

meticulously tracking and reducing our GHG emissions remains unwavering, alongside our commitment to nurturing innovation—a fundamental aspect of our organizational identity.

In addition, we aim to transition our operational electricity load to 100% renewable electricity well before we achieve our net-zero emissions goal and to continue matching 100% of our Supercharger electricity load annually with renewable electricity.

For more information, please see our supply chain decarbonization strategy starting on page 107.

 Net-zero GHG emissions as soon as possible

 100% operational renewable electricity achieved ahead of net-zero emissions

Exhibit 11 to Decl. of James Burton
436

Impact Report 2023          Environment

38

# Our Data-Driven Approach to Measure and Track Our Emissions

Tesla has been measuring the GHG emissions from our full value chain in accordance with the GHG Protocol for several years, starting with our supply chain and manufacturing processes through our Sales, Service and Delivery activities. Each year, our data collection process becomes increasingly refined, prioritizing the collection of primary data over database estimates that don't accurately reflect our emissions. We've built an in-house data collection system with integrated controls that will evolve over time with our business.

We're evolving the standard approach to Scope 3 GHG emissions management

Scope 3 GHG emissions calculations are often highly academic—even when they conform to popular frameworks like the GHG Protocol. They rely on large estimations and assumptions that often lead to figures that don't reflect the true impact. Tesla is in a unique position for two reasons: we obtain primary data from the use of our products and our high level of vertical integration and direct sourcing relationships enable us to collect primary data from upstream activities, such as sourcing.

We use primary data to calculate emissions from our products

With data from over six million vehicles on the road and a fleet of solar and storage products, we can calculate our emissions at a much higher level of accuracy than most manufacturers and can therefore develop emissions-reduction solutions accordingly. This also means that we can measure our use-of-product emissions year-over-year instead of estimating their lifetime value.

Exhibit 11 to Decl. of James Burton
437

Impact Report 2023          Environment

39

## Our Data-Driven Approach to Measure and Track Our Emissions (Cont'd)

We advance innovative approaches to end-of-life emissions

Our approach to understanding the end-of-life impact of our products goes beyond standard frameworks and emission factors. Our circular solutions programming offers an avenue to obtain primary data for the end-of-life of our products. This includes gathering data on the carbon footprint of our recycling processes, allowing for more precise calculations of emissions compared to relying solely on standard global carbon footprint methodologies for battery recycling. Recognizing that our products will reach their end-of-life far in the future, we also forecast regional grid mixes to accurately model future energy scenarios.

This innovative methodology ensures that we reflect the true environmental impact of our products, setting a higher standard for GHG emissions management in the industry.

Continuously enhancing the granularity of our data collection processes across all Scope 3 categories is a priority. Given that Scope 3 emissions make up most of an OEMs' total footprint, leveraging real and accurate data empowers us to begin implementing impactful emissions reduction strategies.



Exhibit 11 to Decl. of James Burton
438

Impact Report 2023          Environment

40

# Powering Our Supercharger Network With Renewables

We're powering our vehicles with renewable energy

Our global Supercharger network was 100% renewable again in 2023, achieved through a combination of on-site resources and annual renewable electricity matching. We also continue to match some of our customers' home charging in California with 100% renewable electricity, matching annually.

 For 3 years in a row, our global Supercharger network was 100% renewable



Exhibit 11 to Decl. of James Burton

439

Impact Report 2023    Environment

41

# Generating More Energy Than is Consumed

In 2023, Tesla solar owners generated enough zero-emissions electricity to power all Tesla locations, including manufacturing, support, research, sales, service and delivery locations—more than three times.

**3X** the power needed for Tesla locations generated by owners of Tesla solar panels



Exhibit 11 to Decl. of James Burton

440

Impact Report 2023      Environment

42

# Building Sustainability into Facility Design

We continue to build each new factory to be better and more sustainable than the last. For example, at Gigafactory Texas, we chose highly efficient, insulated, low-emissivity windows to reduce building heating and cooling demand. The incorporation of waste heat recovery from compressors alone will offset over 1 MW of natural gas consumption for process heating. Our efforts are not limited to Gigafactory Texas; Gigafactory Shanghai stands as a testament to our progress, using 35% less energy per vehicle than Fremont Factory. As we continue building out new manufacturing sites, places like Gigafactory Berlin-Brandenburg and Gigafactory Texas will see further enhancements. Learnings from these sites will be integrated into future construction projects. These ongoing improvements underscore our unwavering commitment to sustainable facility design.



Model 3  @ Fremont Factory



Model 3  @ Gigafactory Shanghai

Exhibit 11 to Decl. of James Burton

441

Impact Report 2023     Environment     43

# Natural Gas Reductions Across Operations

We also maintain an ongoing commitment to enhancing the efficiency of our manufacturing processes across existing factories, with a focus on natural gas consumption. In 2023, we implemented optimization controls in our plastics and body paint shops at Gigafactory Texas, aimed at increasing the efficiency of natural gas usage and thereby curbing overall consumption. Additionally, strategic adjustments to temperature, fan speed and nozzle placements in our Gigafactory Texas paint shop ovens have yielded natural gas reductions. This proactive approach extends beyond Gigafactory Texas. The evaluation and efficiency of natural gas usage across our global operations will continue to be a priority as we work to reduce emissions from this energy source.



Exhibit 11 to Decl. of James Burton
442

Impact Report 2023     Environment

44

# Increasing Our Operational Renewable Electricity Load

In addition to achieving 100% renewable energy for our Supercharger electricity load, we aim to source 100% renewable electricity across our operations. We've already begun this journey through the design of new factories covered with solar panels. By year-end 2023, we had installed 46,500 kW of solar at our factories, with the largest installation at Gigafactory Texas. We will continue to add more renewable energy to serve our Tesla sites.

**Procuring More Renewables for Operations**

In addition to on-site renewable electricity, we are matching our operational energy usage through the procurement of more renewables. We buy electricity directly from a mix of renewable energy projects through long-term Power Purchase Agreements ("PPAs") on the grids where we operate. Spanning California, Texas and Germany, we've secured almost 140 MW of clean energy generation capacity with a majority coming online between 2023 and 2024.

As we expand our operations and footprint, we plan to match remaining operational energy consumption through renewable energy purchases.

**100%** of Gigafactory Berlin-Brandenburg's energy usage was matched with renewable electricity in 2023

**100%** operational renewable electricity achieved ahead of net-zero emissions

Exhibit 11 to Decl. of James Burton
443

Impact Report 2023          Environment

45

## Greening Our Fleet and Logistics

As a company that produces inherently sustainable products, we see an opportunity to deploy Tesla vehicles to help reduce Tesla's carbon footprint. In 2020, EVs made up ~65% of our Mobile Service fleet. By year-end 2023, we increased this figure to almost 90%. We also added 300 Tesla-owned EVs to our operational fleet in 2023.

We've started to expand our product use into upstream and downstream logistics as well. In 2023, we began using our Semis to deliver inbound battery packs from Reno to supply Fremont Factory. The lifetime internal fleet miles has reached approximately 800,000 miles, which has allowed us to avoid emitting almost 650 metric tons of $CO_2$e into the atmosphere. We aim to grow the integration of our Semis for the delivery of our products to customers.

**~90%** of Tesla's Mobile Service fleet were EVs by year-end 2023



Exhibit 11 to Decl. of James Burton

444

**SER 640**

Impact Report 2023    Environment

46

# Reducing Our Carbon Footprint Even Further

## Dynamic Controls for Energy Efficiency

In 2023, AI Control for HVAC was expanded from Nevada and Texas to now include our factories in Berlin and California. Additionally, the number of controls in Nevada increased to nearly half of the total HVAC infrastructure. The AI Control policy enables HVAC systems within each Gigafactory to work together to process sensor data, model Gigafactory dynamics and apply control actions that safely minimize the energy required to support production. AI Control is primarily deployed on systems that heat or cool critical Gigafactory production spaces and equipment. To ensure safe operation, AI Control continuously communicates with the preexisting standard control logic of each system. In the event of any AI Control error, each system seamlessly reverts to standard control. As a result, as of 2023, there have been zero safety incidents or production interruptions related to AI Control.

## Optimizing Battery Cell Manufacturing

In order to reduce the cost of our vehicles and batteries, we also need to use less energy to produce them. Tesla has an innovative approach to manufacturing cells using a dry electrode process. Current electrode production processes involve mixing liquids with cathode or anode powders and using massive machinery to coat and dry the electrode. Since this process involves large ovens, today's cell production consumes a lot of energy. The dry electrode process allows for the direct transition from a cathode or anode powder to an electrode film, reducing energy consumption in the overall cell manufacturing phase by more than 70% based on our latest analysis.

Exhibit 11 to Decl. of James Burton
445

Impact Report 2023 Environment

47

Case 2:24-cv-00801-ODW-PVC   Document 89-17   Filed 04/07/25   Page 48 of 161
Page ID #:8519

# We Minimize Water Usage Throughout Our Operations

Water is becoming increasingly scarce as the climate changes

We are reducing our water usage throughout our operations as much as possible, prioritizing direct use in manufacturing. In the following section, we outline initiatives we are taking at Gigafactory Berlin-Brandenburg and Gigafactory Texas to reduce water consumption per vehicle (including in the production of battery cells).

Producing an EV requires less water than producing an ICE vehicle

Each automaker may draw their boundaries slightly differently, depending on how vertically integrated they are. According to the latest publicly available figures, Tesla withdrew less water at facilities dedicated to vehicle manufacturing per vehicle produced than the majority of established automakers.

Tesla is a very small industrial water consumer in Brandenburg

Gigafactory Berlin-Brandenburg was designed to consume as little water as possible. Compared to other industrial companies near the factory in East Brandenburg, Tesla consumes very little water, despite producing hundreds of thousands of vehicles per year. In fact, while Tesla has a contractual allowance to consume 1.4 million cubic meters of water per year, we only consumed a fraction of that—0.45 million cubic meters—in 2023. We continue to find ways to minimize our water usage, including through the launch of an industrial water recovery and recycling plant onsite that recycles up to 100% of the factory process waste water. See our latest video for more information.

**Global Water Use per Vehicle Produced by Tesla Is Coming Down Over Time**

m³ of Water per Vehicle Produced

| 3.37 | 3.27 | 2.48 |
|------|------|------|
| Industry Avg (Latest) | Tesla (2018) | Tesla (2023) |

**Selected Industrial Water Consumption Local to Gigafactory Berlin-Brandenburg**

mm³/yr



● Actual Water Consumption    ○ Contractual Allowance

Opencast Mining LEAG
Disposal Company EEW
Oil Refinery PCK
Paper Mill Leipa
Steel Production Arcelor Mittal
Tesla

0    15    30    45

Source: Environmental Ministry of Brandenburg (August 2023); Tesla

Exhibit 11 to Decl. of James Burton
446

Impact Report 2023        Environment

48

# Setting a New Standard for Water Use per Vehicle

## Water-Intensive Process Optimization

We are constantly optimizing or eliminating water-intensive production processes across our operations. At Gigafactory Berlin–Brandenburg, we implemented hybrid cooling towers, eliminated quench tanks in casting and introduced cascade rinsing systems in the paint shop and battery can wash process. In 2023, we introduced various efficiency processes within our water-intensive paint shops to reduce overall water consumption at Gigafactory Texas.

## Rainwater and Condensate Harvesting and Reuse

We are planning to capture at least 25% of roof runoff in a central underground storage system in Gigafactory Texas. Rainwater will be recycled for use in the cooling of manufacturing equipment. In an average year, such systems should save an estimated 14 million gallons of potable city water. Additionally, as hot, humid outdoor air is conditioned, water condenses out of the air. Typically, this condensate is discarded as wastewater. At Gigafactory Texas, we plan to use this condensate in our cooling towers and process water systems to offset incoming site water. Based off latest estimates, this could result in 13.6 million gallons of water conserved annually.

A note about water usage and power generation

It's important to note the dual benefits of our solar energy products in reducing GHGs and minimizing water consumption. While the impact of power generation on emissions is widely recognized, its effect on water usage often goes unnoticed. Power generation ranks among the top causes of water withdrawal in the U.S., as water for thermoelectric power

## Reclaimed and Recycled Water

The "cooling tower makeup" is the single biggest contributor to water usage in a vehicle factory after paint operations. As water that cools machinery evaporates, it needs to be topped up regularly. The total cooling tower makeup could be offset entirely by non-potable sources such as rainwater or wastewater. Using locally treated wastewater could result in offsetting the entire annual "cooling tower makeup" water demand with non-drinkable uses. We have started using reclaimed water for our landscape irrigation needs at Gigafactory Texas. Once fully deployed, we expect this to save just under 150 million gallons of potable city water annually.

is used to generate electricity with steam-driven turbine generators and to cool power-producing equipment. This means that every kilowatt-hour of clean solar energy produced not only lowers GHG emissions, but also lowers water consumption.

Exhibit 11 to Decl. of James Burton
447

**SER 643**

Impact Report 2023    Environment

49

# As We Build More Efficient Factories, Our Waste per Vehicle Decreases

Our legacy manufacturing operations at Fremont Factory will always produce more waste per vehicle than our newly designed factories. First, because the automotive supply chain doesn't have a strong presence on the West Coast of the U.S., many components need to be shipped from long distances to our Fremont Factory, requiring excessive packaging and creating more waste than necessary. Second, modern factories are better designed for material flow. Trailer entry points surround the whole factory, which means that components can be offloaded precisely at the part of the factory where they are needed.

**Waste per Vehicle Produced at
Gigafactory Shanghai vs. Fremont Factory**

kg of Waste per Vehicle Produced

161
Gigafactory
Shanghai

413
Fremont
Factory

Exhibit 11 to Decl. of James Burton
448

Impact Report 2023    Environment

50

# Circular Solutions

We are driving circularity across our value chain

In our commitment to circularity within our value chain, we prioritize recycling materials to minimize waste. The vast majority of generated waste—such as paper, plastics metals and even water—is recyclable. At Gigafactory Shanghai, for example, just 6% of total waste generated in 2023 was not recycled.

At Gigafactory Texas, we initiated a recycling program aimed at optimizing the reuse of scrap metals in our manufacturing processes. Particularly, we recycle aluminum scrap for use in our castings in Model Y. Model Y castings can use primary aluminum and a diversified feedstock of recycled aluminum, including scrap from our operations as well as recycled components from non-Tesla vehicles, such as aluminum wheels.

Central to our circularity efforts is a strategic focus on battery recycling. We continue to enhance our measurement and tracking of minerals from extraction to the end-of-life of our products. As our operations expand, we will strategically identify additional recycling opportunities.

We know that collaboration with external stakeholders is crucial to our circular solutions journey. We partner with stakeholders outside Tesla to increase accuracy around the carbon impact of our materials.

See page 108 for more information on supplier engagement.

See pages 110–112 for more information on our battery recycling efforts.

## 90%
of manufacturing waste recycled in 2023

At Gigafactory Texas, all battery manufacturing waste (from cell to battery pack) was recycled in 2023

Exhibit 11 to Decl. of James Burton
449

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 52 of 161
Page ID #:8523

Impact Report 2023        Environment

51

# Biodiversity

We work to preserve the natural environments around our Gigafactories. At Gigafactories Texas, Nevada and Berlin-Brandenburg we've taken steps to improve the surrounding ecosystems while minimizing our own footprint. Initiatives have focused on reintroduction of native species in areas previously disrupted at our sites.

In Texas, for example, the land now used for our factory was previously a sand and gravel mine dating back to the 1970's. Following mining operations, the land was left with vast areas devoid of vegetation. The land required significant reclamation to restore the area to a more stable and ecologically functional state.

Current initiatives at Gigafactory Texas are focused on fostering diverse plant and animal life and restoring ecological balance to allow for the natural recovery of the site.

Gigafactory Nevada partnered with a team of ecologists at the University of Nevada, Las Vegas to conduct habitat surveys to better understand and manage biodiversity on site. We recognize the need to continue taking action to restore, maintain and enhance our local ecosystems.

At Gigafactory Texas, over 30 native plant species were planted

## 300

native seedlings were planted in areas around Gigafactory Nevada previously disturbed by construction

Exhibit 11 to Decl. of James Burton
450

Impact Report 2023    Product & Safety

# Product & Safety
## Better in Every Way

Making EVs Affordable ................................ 53

Freedom to Travel ...................................... 57

Maximizing Safety ...................................... 61

Building the Grid of the Future .................... 71

52

Exhibit 11 to Decl. of James Burton
451

53

Impact Report 2023                    Product & Safety

# We make products that people love

Consumers are unlikely to buy products just because they have a low lifetime carbon footprint. They need to be better in every way—safer, more affordable, faster and more fun. We are not just trying to build "green" products; we are committed to building the best products, period.

Exhibit 11 to Decl. of James Burton
452

Impact Report 2023    Product & Safety

54

# Model Y is Priced Below the Average New Vehicle in the U.S.

The accessibility of our products is fundamental to our mission. Model Y is priced on par with premium ICE vehicle equivalents and below the average new car selling price in the U.S. Unfortunately, most other EVs on the market today are often priced at over a $10,000 premium compared to their direct ICE vehicle equivalents. Even our most affordable Model 3 comes standard with superior equipment and software—such as Autopilot, over-the-air software updates, 4G connectivity and, in our view, the best infotainment system on the market.

**Starting Price**
(Before incentives)

## Model Y
Long Range (RWD)

$44,990



**Average New Vehicle**

$47,244



Exhibit 11 to Decl. of James Burton
453

Impact Report 2023          Product & Safety

# Model Y Total Cost of Ownership per Mile is Similar to Mass-Market ICE Vehicles

While the "sticker price" of Model Y is similar to an equivalent BMW or Audi, the lifetime running costs of EVs are lower than those of ICE vehicles due to lower maintenance costs and cheaper electricity.

Electric vehicles are less expensive to fuel than gasoline powered vehicles. The cost of electricity to power Model Y is up to 3 times lower than a comparable ICE vehicle. This results in approximately $7,000 of fuel savings over 5 years and 60,000 miles.

For more information, visit Tesla.com/ModelY

**Total Cost per Mile**
(5 Years, 60,000 Miles)

## Model Y
Long Range (RWD)

$0.70



BMW X3
$1.17

Honda CR-V
$0.68

Toyota RAV4
$0.68

Exhibit 11 to Decl. of James Burton
454

55

**SER 650**

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 57 of 161    Page ID #:8528

Impact Report 2023

Product & Safety

56

## Making EVs Even More Affordable

Our goal is to displace fossil fuels by selling as many Tesla products as possible. To achieve this goal, we need to make our products even more accessible. Affordability begins with how much it costs us to produce our vehicles. We were able to reduce the cost to build a single vehicle by almost 50% since 2018 with the introduction of Model 3 and Model Y as well as the deployment of new, more efficient factories. And we aren't done yet. During 2023 Investor Day, we outlined our goal of reducing costs even further with the introduction of new vehicle and manufacturing technologies.

## 50%

reduction in the cost to build a single vehicle since 2018



Exhibit 11 to Decl. of James Burton

455

Impact Report 2023     Product & Safety

57

# People Use Their Tesla as Their Primary Vehicle

Our data shows that our customers drive Tesla vehicles more than the average vehicle in the U.S., suggesting that they use their Tesla as their primary vehicle. Surveys show that range and charging concerns (real or perceived) are a key reason why many people do not replace their ICE vehicle with an EV. The more confident owners are that their EV can be used for errands, commuting and long road trips, the less they will feel the need to supplement their EV with an ICE vehicle.

**Average Annual Miles Driven**
(United States)

13,768
Model Y

11,142
Average Vehicle



Exhibit 11 to Decl. of James Burton

456

**SER 652**

Impact Report 2023          Product & Safety

58

# Freedom of Travel is the Reason People Buy Vehicles in the First Place

Consumers do not buy a vehicle that can meet most of their driving needs—they buy a vehicle that meets all of their driving needs. Since its introduction in 2012, we have increased the range of Model S by over 50%—from 265 miles to 402 miles of range for the long-range version. Our focus on energy efficiency—achieving superior range from the same sized battery—has allowed us to continue to increase range while keeping the battery size relatively stable.



Exhibit 11 to Decl. of James Burton
457

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 60 of 161
Page ID #:8531

59

Impact Report 2023          Product & Safety

# Incredibly Fast Charging Times
# for V3 and V4 Superchargers

Superchargers can
recover up to

# 200
miles of range

In about

# 15
minutes of charging

Exhibit 11 to Decl. of James Burton
458



Impact Report 2023

Prudent & Safety

## Chargers That Just Work

**Average Uptime of Supercharger Sites***

*Uptime of Supercharger sites reflects the average
percentage of sites globally that had at least 50% of their
daily capacity functional for the year.

| 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| 99.90% | 99.74% | 99.96% | 99.95% | 99.97% |

60

Exhibit 11 to Decl. of James Burton
459

Impact Report 2023        Product & Safety

61

# We Design Our Vehicles to Be as Safe as Possible

**All Tesla safety features come standard**

Tesla vehicles are engineered to be some of the safest in the world. Our vehicles are equipped with specifically designed crumple zones, airbags and pretensioning seatbelts—among many other technologies. Beyond the star ratings, we push ourselves to learn more and more about passive and active safety from our fleet. Our safety principles are:

Safety is our core customer experience

The safest crash is no crash

Safety optimization is fleet data driven and deployed at scale

All Tesla vehicles built since October 2016 come with a suite of external cameras, additional sensors and onboard computing that enable advanced safety features like Automatic Emergency Braking, Lane Departure Warning, Forward and Side Collision Warning, Obstacle-Aware Acceleration, blind spot warnings, vulnerable road-user detection and more—all of which continue to improve over time through over-the-air software updates. We deploy these updates to our vehicles at our customers' convenience without a trip to a Service Center. Connectivity is a hallmark of Tesla ownership and software updates continually enhance the customer experience.

Exhibit 11 to Decl. of James Burton
460

Impact Report 2023        Product & Safety

62

# Not All Active Safety Systems are Created Equal

Our active safety features are powered by cameras, a neural-net computer and learnings from our fleet of over six million vehicles with billions of miles driven. Built on a deep neural network, Tesla Vision deconstructs the vehicle's environment at greater levels of reliability than classical vision processing techniques can. The system also continually improves over time with accumulated fleet miles.

## Safety Assist Rating

| | Model X | Model 3 | Model Y | Model S |
|---|---|---|---|---|
| Euro NCAP | 94% * | 94% * | 98% * | 98% * |
| IIHS | Not Rated | Superior | Superior | Not Rated |

* 2019 Safety Assist Ratings   * 2022 Safety Assist Ratings

## Euro NCAP Safety Assist Rating 2020–2022

| | |
|---|---|
| Tesla Model Y | 98% |
| Tesla Model S | 98% |
| NIO ET7 | 95% |
| WEY Coffee 01 | 94% |
| ORA Funky Cat | 93% |
| Nissan Ariya | 93% |
| WEY Coffee 02 | 93% |
| BMW 2 Series AT | 92% |
| BMW X1 | 92% |
| Lexus NX | 91% |
| Subaru Solterra | 91% |
| Toyota bZ4X | 91% |

Exhibit 11 to Decl. of James Burton
461

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 64 of 161
Page ID #:8535

Impact Report 2023     Product & Safety

63

# Exceeding Safety Standards
## Across Four Continents

| | NHTSA | IIHS LDI | EURO NCAP | ANCAP | CIAST |
|---|---|---|---|---|---|
| Model 3 | ★★★★★ 2018 | 2022 TOP SAFETY PICK 2022 | Best In Class ★★★★★ 2019 | Top Performer ★★★★★ 2019 | Top Rating Occupant Safety Active Safety 2021 |
| Model Y | ★★★★★ 2020 | 2023 TOP SAFETY PICK 2023 | Best In Class ★★★★★ 2022 | Top Performer ★★★★★ 2022 | Top Rating Occupant Safety Pedestrian Safety Active Safety 2021 |
| Model S | ★★★★★ 2013 | | Best In Class ★★★★★ 2022 | ★★★★★ 2004 | |
| Model X | ★★★★★ 2007 | | Best In Class ★★★★★ 2019 | Top Performer ★★★★★ 2019 | |

Exhibit 11 to Decl. of James Burton
462

Impact Report 2023          Product & Safety

64

## Exceeding Safety Standards Across Four Continents (Cont'd)

Model Y is our latest vehicle to earn a five-star safety rating from the European New Car Assessment Programme (Euro NCAP). As part of this assessment, Model Y received the highest overall score among any vehicle tested under Euro NCAP. Model S and Model Y both received the highest overall safety scores among every vehicle tested by Euro NCAP in 2022.

In the updated and tougher IIHS Side MDB 2.0 crash test (involves 82% more energy than the original 1.0 version of this crash model), the 2023 Model Y secured a Top Safety Pick+ Rating for overall crash safety from the Insurance Institute for Highway Safety (IIHS) despite more stringent eligibility.



### Model Y

5-Star Safety Euro NCAP, 2022
Top Safety Pick+ Rating IIHS, 2023

★★★★★

Exhibit 11 to Decl. of James Burton
463



Exhibit 11 to Decl. of James Burton
464

Impact Report 2023          Product & Safety

66

# Safety Score Incentivizes Safe Driving

Customers who choose to be part of our Tesla Insurance program receive a Safety Score™. Instead of determining a driver's insurance premium from demographic information (gender, age, education, or marital status) and financial history (credit score), our algorithm calculates Safety Score™ based on actual driving behavior. Our data shows a lower rate of collision for the cohort of customers who have enabled Safety Score™. As the vehicle's Safety Score™ increases, the number of collisions per mile decreases and insurance premiums reduce. The behaviors we monitor include:

- Forward Collision Warnings
- Hard Braking
- Aggressive Turning
- Unsafe Following (Tailgating)

- Forced Autopilot Disengagement
- Late-Night Driving
- Excessive Speeding
- Unbuckled Driving

**Safer Driving, Higher Safety Scores, Fewer Collisions**



| Safety Score™ | Collision Rate |
| --- | --- |
| 91–100 | |
| 81–90 | |
| 71–80 | |
| 61–70 | |
| 0–60 | |

0

Exhibit 11 to Decl. of James Burton
465



Exhibit 11 to Decl. of James Burton

466

Impact Report 2023          Product & Safety

68

# Using New Data to Improve Pre-Crash Safety

## We can learn from any crash

Whether simulated or real, we can learn from any crash to help optimize the protection of occupants and reduce the likelihood of injury. This fundamental philosophy is one of the reasons our vehicles perform at industry-leading levels in regulatory and consumer crash tests globally. Because our vehicles are connected to Tesla, we can further leverage this philosophy by deploying new safety capabilities and improvements over-the-air as a software update.

## Injury Studies

We leverage our ever-growing data set to help ensure occupants receive the best possible restraints (such as seat belts and airbags) for the impact they are involved in and design innovative restraint systems. Our safety analysis engineers evaluate simulation studies to enhance our understanding of the complex impacts that occur in the field. The pace with which we can conduct these studies has accelerated by automating our data pipelines and leveraging machine learning to analyze large data sets. As the capability of driver assistance advances, the nature of the crash exposure to our fleet will change.

## Moving to Tesla Vision increases performance

In 2021, we removed radar from our sensor suite. This improved safety while simultaneously simplifying engineering by removing a noisy signal. Model 3 scored better in both pedestrian (including nighttime tests) and urban crash avoidance scenarios under the Euro NCAP protocols with Tesla Vision only.

Exhibit 11 to Decl. of James Burton
467

69

Impact Report 2023          Product & Safety

# Over-The-Air Software Updates Allow for Low-Touch Continuous Improvement

Tesla pioneered the concept of vehicles that improve and become more capable over time by ensuring that every Tesla vehicle made since 2012 can accept over-the-air software updates. These updates have introduced new features and functionality that have made our vehicles smarter, safer and more enjoyable to drive. We have also used the over-the-air system to ensure that our vehicles are not only as secure as possible when they are delivered, but that they continue to stay as secure as possible throughout their lifetime.

Furthermore, 99% of "recalls" of Tesla vehicles in 2023 were handled via over-the-air software updates—allowing our customers to skip a visit to our Service Centers, maximizing convenience and saving time.

## 99%

of vehicles recalled globally in 2023 didn't require a trip to a Service Center

Exhibit 11 to Decl. of James Burton

468

**SER 664**

Impact Report 2023      Product & Safety

70

# Leading the Industry in Fire Safety

We have always designed our batteries in a way that minimizes the chance of thermal runaway. Our battery packs are industry leading because they are designed to stop a cell runaway event from spreading to a fire. This is one of the many reasons why our rate of vehicle fires is about ten times less likely than an average vehicle. To support a safe transition to sustainable energy, we share safety techniques with the industry.

We publish updated fire safety statistics in our Vehicle Safety Report as they become available. As we rely on non-digital information for some of these cases, there can be a delay between when an incident occurs, when we are notified and when it is included in our statistics. We have developed new and improved methods of identifying and reporting incidents, which will be reflected starting with our 2022 report.

For more information about our methodology, see our Vehicle Safety Report.

Vehicle Fires Per Billion Miles Traveled In the U.S.

● Tesla    ● U.S. Average



2022

2021

2020

2019

2018

0          10          60

Exhibit 11 to Decl. of James Burton
469

Impact Report 2023          Product & Safety

71

# Grid Stability is Required for Decarbonization

As we decarbonize the economy and electrify everything, grid expansion and stability will be more important than ever. Pairing renewables with energy storage is the best way to stabilize and grow the grid while simultaneously making the required GHG emissions reductions needed to avoid the worst outcomes of climate change. Electrical disturbances in the U.S. are becoming more common, predominantly due to weather and natural disasters. According to the U.S. Department of Energy, electrical disturbances cost businesses $150 billion per year. It is not surprising that homeowners and businesses are increasingly turning to backup power supply options.

**Reported Electrical Disturbances**
In the U.S.

● Weather or Natural Disaster   ● Vandalism, Attack or Sabotage   ○ Other



2005

2008

2011

2014

2017

2020

2023

0            200            400

Exhibit 11 to Decl. of James Burton
470

Impact Report 2023        Product & Safety

## An Entire Ecosystem

We have an entire ecosystem of energy products including hardware and software across generation and storage. We also have project management capabilities and a strong deployment track record of getting projects done on time. Our energy products can serve many purposes, including reducing emissions, helping to prevent grid outages and acting as backup power if the grid does go down.

Renewable energy paired with battery storage will become the cheapest option available

We are committed to reducing the cost of our products to foster mass adoption. Ultimately, using renewable energy (such as solar and wind) with battery storage will become the cheapest energy option available, regardless of location. This is already the case in many locations around the world. As costs continue to decline, more customers will be able to financially benefit from turning to renewable energy.







72

Exhibit 11 to Decl. of James Burton
471

Impact Report 2023        Product & Safety

73

# Renewables and Energy Storage Are Already Cost Competitive

Megapack is cheaper per MWh than many fossil fuel alternatives. A single Megapack XL has almost 4 MWh worth of battery storage capacity, and given its scalability, enables projects over 1,000 MWh. In 2022, in order to meet demand that is well in excess of supply for energy storage products, Tesla completed a new production facility, called Megafactory, capable of producing 40,000 MWh of energy storage per year. We also announced another Megafactory in China in early 2023.

The largest energy storage projects deployed in 2023 approached 1,000 MWh in size. Today, Tesla is working with its customers on projects upwards of 3,000 MWh and expects total deployments in 2024 to grow by at least 75% compared to 2023.

**Levelized Cost of Energy Comparison for Megapack and Conventional Resources**

● Subsidized   ◐ Un-subsidized

Solar PV + Megapack 2 XL

Natural Gas Peaker Plant

Nuclear Power Plant

Coal Plant

Combined-Cycle Natural Gas

($/MWh)  0    50    100    150    200    250

Source: Lazard April 2023 analysis. Megapack 2 XL figures are for our 4-hour duration product and are based on Tesla estimates.

Exhibit 11 to Decl. of James Burton

472

74

Impact Report 2023          Product & Safety

# Autobidder Enhances Economic Return for Our Customers

Since launching in 2017, Autobidder—our real-time trading platform for grid-scale battery storage—has generated more than $350 million in revenue for Tesla and its customers. Autobidder has consistently been named the #1 energy storage optimization software in the markets where we operate. In 2022 and 2023, Autobidder was ranked the top energy storage optimization software in the U.K. by Modo Energy. Gambit was ranked the top performing storage site in Texas in 2022 and 2023 by Modo Energy and Aurora Energy Research. And Hornsdale Power Reserve has been the top-performing energy storage asset in Australia for 6 years in a row.

**ERCOT (TX) Energy Storage Projects Annualized Revenues**
(Top 10 $/MW)



Exhibit 11 to Decl. of James Burton

473

**SER 669**

Impact Report 2023          Product & Safety

75

# Tesla Energy Products Set the Bar for Safety and Reliability

Tesla meets and exceeds many industry safety standards and code requirements, as demonstrated through rigorous testing. The hardware and software safety features in Powerwall and Megapack work in tandem to prevent system faults and maximize product uptime. Continuous monitoring allows for detection, diagnosis and troubleshooting of system warnings and faults— enabling timely and appropriate responses to all safety events involving Tesla products and ensuring the safety of first responders.



Exhibit 11 to Decl. of James Burton
474

Impact Report 2023   Product & Safety

76

## Zero Direct Emissions

Unlike fossil fuel peaker plants, battery storage has zero direct emissions

## Exceeds Standards

Safety is our top priority, and we continuously review, test and update our requirements and procedures

## Built-In Safety

Our energy storage products are manufactured with hardware and software safety features

## Proactive Fire Control

Designed to prevent battery fires (thermal runaway) and be resilient if they occur

## 24/7 Monitoring

Early detection, diagnosis and troubleshooting of system errors and Live Support for safety events

## Best-In-Class Performance

Leading energy and power density, upwards of 400 MWh per acre

Exhibit 11 to Decl. of James Burton
475

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 78 of 161
Page ID #:8549

Impact Report 2023    People & Community

77

# People & Community

## Our Employees Are Critical to Achieving Our Mission

Preparing the Workforce for a Sustainable Energy Future    78

Centering Safety and Engagement    85

Developing Our Leaders Internally    91

Social Impact    101

Exhibit 11 to Decl. of James Burton
476

SER 672

79

Impact Report 2023    People & Community

# Preparing the workforce for a sustainable energy future

To sustain our pace of innovation, we must ensure we attract, develop and retain a talented workforce with ample opportunity to contribute to our mission and grow professionally.

We are committed to providing a workplace where our employees feel respected, satisfied and appreciated. Our policies are designed to promote fairness and respect for everyone. We hire, evaluate and promote employees based on their skills and performance.

Exhibit 11 to Decl. of James Burton
477

Impact Report 2023          People & Community

79

# We Are Focused on Developing the Best Talent

### Hiring Events

A core principle of our recruiting strategy is that the best talent doesn't always come from the established recruiting channels. We are focused on attracting and developing diverse talent and supporting their growth into leadership roles, regardless of their background.

Our recruiting efforts focus on providing opportunities for the strongest candidates, regardless of their age, gender identity, sexual orientation, country of origin and other immutable characteristics.

We support organizations and conferences in addition to community engagement and work focused on developing a diverse pipeline of the best candidates.

In 2023, we participated in over 200 recruiting events with universities, the military and other organizations. This helped us cast a wide recruiting net, enabling groups who have not traditionally been included in our hiring pipeline to learn about Tesla and apply for a position.



## 5.9M

job applications received in 2023

Exhibit 11 to Decl. of James Burton
478

Impact Report 2023          People & Community

80

# Inspiring the Next Generation of Tesla Leaders

Our education outreach is centered on taking a hands-on approach to inspiring young people through STEM-based programs and events designed to spark curiosity and foster creativity. By providing access to learning opportunities for underrepresented communities, we are preparing even more people for the careers of the future.

## Investments in Education

The investments we make in education aims to equip students with the skills and knowledge to be successful in school and at work. By supporting those who live near our factories, we are investing in the long-term health of our communities.

Nevada: In April of 2023, we completed a five-year, $375M investment in K–12 education in the state as part of our commitment to build Gigafactory Nevada. Tesla's investment has supported thousands of students from all levels in robotics, sustainability and STEM programs. As a result of this investment, over 50% of middle and high schools in Nevada now have an active robotics team.

Texas: At Gigafactory Texas, we continued to support Robotics and Workforce Development programs at Del Valle Independent School District (DVISD) and began work on starting the first Gigafactory Texas High School Robotics lab to support DVISD's upcoming Pathways in Technology Manufacturing program. In 2023, Tesla invested over $840,000 to support community organizations across Central Texas.

Exhibit 11 to Decl. of James Burton
479

Impact Report 2023          People & Community

81

# Inspiring the Next Generation of Tesla Leaders (Cont'd)

### Introduce a Girl to Engineering Day

During Engineering Week, Tesla celebrates Introduce a Girl to Engineering Day, a national movement focused on encouraging girls to see engineering as a desirable and impactful career path. Tesla first became involved in 2018 at Gigafactory Nevada and now holds an annual event across many Tesla sites with the goal of creating a fun, engaging learning experience for middle school girls. As a part of the day, students receive a behind-the-scenes tour of a Tesla facility, meet some of the women working at Tesla and participate in hands-on STEM activities with employee volunteers. This year's event was both in-person and virtual, with over 3,000 registrants across 4-5 states and 42 countries, hosted at 17 factories, offices and showrooms across the U.S., Canada and Germany.

### Manufacturing Day

Tesla celebrates Manufacturing Day each year on the first Friday of October to inspire young people to explore careers in manufacturing. Students and teachers are invited to Tesla factories across North America to learn about our advanced manufacturing. Leaders highlighted Tesla's mission and students got the chance to experience the Tesla ecosystem through factory tours and interactive trainings. In 2023, events took place at Fremont Factory, Gigfactory Nevada, Gigafactory New York, Gigafactory Texas and Tesla Toronto Automation with over 200 participants from middle and high schools, community colleges and local nonprofits.

### Robotics

Tesla's support for robotics programs serves as a dynamic platform that fosters innovation and equips students with essential STEM skills for the future. Through robotics, students are empowered to work together to explore creative ways to solve problems. Tesla helps support schools through funding, providing Tesla employees as in-classroom volunteers and hosting events. We continue to invest in programs in California, Nevada, New Mexico and Texas. In 2023, Tesla hosted our first Robotics Scrimmage at Fremont Factory for schools from Oakland, California.

Exhibit 11 to Decl. of James Burton
480

Impact Report 2023        People & Community

82

# Creating Pathways to Career Opportunities in Sustainable Energy

Our workforce development programming is crucial to our success and to bringing in the best talent along the way. It is essential for Tesla to create pathways to cultivate the skills needed for the opportunities in the sustainable energy economy, and we do this through a variety of programs.

**START (Manufacturing and Service)**

Tesla START is an intensive training program that equips individuals with the skills needed for a successful technician role at Tesla. We partner with colleges nationwide to integrate Tesla START into automotive and manufacturing classroom locations. In 2023, Tesla donated advanced manufacturing equipment and expanded START Manufacturing into new campuses across California, Nevada and the U.K. The first cohort achieved a 100% pass rate and now operate on full-time contracts with Tesla.

**Manufacturing Development Program**

Our Manufacturing Development Program is designed to provide graduating high school seniors with the financial resources, coursework and experience they need to start a successful manufacturing career at Tesla. We hired 373 graduates through this program in 2023 with a goal of significant growth in 2024 across our Fremont Factory, Gigafactory Nevada, Gigafactory Texas and Gigafactory New York.

Exhibit 11 to Decl. of James Burton
481

Impact Report 2023        People & Community        83

# Creating Pathways to Career Opportunities in Sustainable Energy (Cont'd)

## Technician Trainee Program (Service)

The Tesla Technician Trainee Program provides on-the-job automotive maintenance training at Tesla's Service Centers. Targeted at individuals already in the industry but with limited experience, the program prepares trainees for employment as entry-level service technicians or for advanced training with Tesla's START program.

## Apprenticeships

In the U.S., the Tesla Apprenticeship is a four-year program combining academic and on-the-job training that prepares specialists in skilled trades. In 2023, we launched additional apprenticeships in partnership with local government at Gigafactory Berlin-Brandenburg with 240 apprenticeships combining theoretical study, applied learning and on-the-job experience. At Gigafactory Shanghai, a program focusing on apprenticeship and educational opportunities engages frontline workers to establish skills and continue their technical knowledge building with a feeder exam and program into Shanghai University of Electricity Power. Between 2022 and 2023, the cohort enrollment grew from 534 to 800 participants. We've also rolled out an EV technician training curriculum with partnerships in government and industry associations in Australia, New Zealand, Korea and Hong Kong.

## Future Talent Program

Piloted in the U.K. and Ireland, this traineeship pathway is designed for early careers and career changes with a fast track 12-month program to rotate around all Tesla core Sales, Service and Delivery departments with eight-week rotations. Each trainee is supported by a rotational supervisor and a dedicated line manager. During their final eight weeks, trainees select an elective rotation that correlates with the department they would like to pursue as a full-time position upon graduation. Upon completion, we hired 76% of graduates from the first cohort into full-time roles.

Exhibit 11 to Decl. of James Burton
482

84

Impact Report 2023       People & Community

# Creating Pathways to Career Opportunities in Sustainable Energy (Cont'd)

## Internships

Our internship program is an important channel for finding talented individuals who are passionate about sustainable energy. When there is a business need, we hire university and community college students from around the world for internships across the U.S. We provide our interns with the opportunity to engage in meaningful work from day one, with the goal of offering full-time positions when their internship is complete.

## Military Fellowship Program

Tesla's Fellowship program, in partnership with the U.S. Chamber of Commerce Foundation's Hire Our Heroes, offers exiting military service members corporate industry experience. The program aims to convert high-performing individuals to full-time roles and create a veteran talent pipeline. In 2023, our Military Transition Program in EMEA consulted with over 1,000 individuals formerly in the service in Germany, U.K., Netherlands and Belgium on potential careers in Tesla.

## Employee Education Assistance Program

This year, we launched an Employee Education Assistance Program—providing 70,000 employees in the U.S. with tuition-free or partially funded access to over 400 learning and skills training programs. Focused on providing opportunities to our frontline workforce, it includes virtual, self-paced education options, enabling employees to pursue new qualifications or expand their knowledge while advancing their careers. 80% of eligible employees work on the factory line or in the field.

Exhibit 11 to Decl. of James Burton
483

85

Impact Report 2023          People & Community

# We Center the Safety and Engagement of Our Employees

The safety and health of our employees is a core value

Everyone across Tesla works to ensure a healthy and safe workplace. We actively engage employees to identify risks before incidents occur and base our programming on three pillars: do the basics right, engage and empower stakeholders and reduce risk. We take a systems-thinking approach and focus on training, collaboration and direct engagements with the people doing the work to build our products.

We want to measure the most critical incidents. While we still report and track OSHA metrics, we've continued to utilize the international standard on American Society for Testing and Materials 2920-19 (ASTM) to track and manage safety incidents over time.

**Workplace Injuries in 2023**
ASTM 2920 Global Standard

2.51
ASTM Rate

368,650,973
Hours

**Workplace Injuries in 2022**
ASTM 2920 Global Standard

2.86
ASTM Rate

255,950,012
Hours

Exhibit 11 to Decl. of James Burton
484

Impact Report 2023          People & Community                                                86

# We Listen to Our Employees

We empower our employees to identify improvements. Take Charge—our internal improvement suggestion module—allows employees to submit improvements in environment, health, safety, security, people and more. Promoting a company-wide culture of improvement, Take Charge is used across all departments and regions where Tesla operates. Executive leaders have adopted and been trained in Take Charge. Submissions can be made anonymously and be owned at a cross-functional level.

Take Charge works as a leading indicator for safety and engages those closest to the work—as well as their supervisors—to establish a process to address issues proactively. Since its launch in 2021, we've seen a 30% reduction in global injury rate. To ensure integration across our operations, submissions are categorized into Safety, People, Accuracy, Rates and Cost (SPARC):

**91%**

of our employees agreed they knew how to report safety and security events

**Take Charge**
Submissions (January 2021–January 2024)

**1,097,468**
Submissions

**89,296**
Submitters

**44**
Countries

**1579**
Locations

**Take Charge**
Breakdown of Submissions by Category

**46%**
Safety

**12%**
People

**11%**
Accuracy
(Quality)

**8%**
Rate

**5%**
Cost

**18%**
Other

Exhibit 11 to Decl. of James Burton
485

Impact Report 2023      People & Community

87

# We Empower Our Employees
# to Build the Safest Operations

We actively engage employees to identify risks before
incidents occur and base our programming on three pillars:
do the basics right, engage and empower stakeholders and
reduce risk. As we've increased employee engagement,
we've seen our work-related injury rate come down over the
same period.

**Safety Improvement Suggestions
by Employees Are Increasing**

| | |
|---|---|
| 2021 | 49,000 |
| 2022 | 333,000 |
| 2023 | 660,000 |

Industry Avg.

*The data is taken from companies participating
ORCHSE/NSC for 2022

**While Our Global Work-Related
Injury Rate Is Decreasing** (ASTM)

| | |
|---|---|
| | 3.57 |
| | 2.86 |
| | 2.51 |
| | 6.96* |

Exhibit 11 to Decl. of James Burton
486

Impact Report 2023          People & Community

88

# Human and Organizational Performance (HOP) Principles Shape Our Safety Journey

The HOP mission is to accelerate progress through operational learning, increased capacity and systems thinking. HOP enables Tesla to learn quickly and develop robust systems that can tolerate errors and fail safely. It prioritizes making it easy for workers to do the right thing. We develop tools and programs to integrate HOP principles into daily work.

In 2023, we rolled out the Essential Safeguards program, a focused effort on fatality and serious injury prevention by strengthening our preventative and mitigative safeguards.

**24,195**
people completed an online HOP Intro course

**6,500**
leaders and EHS&S professionals learned the HOP principles

**56**
Essential Safeguards identified to ensure the safety of employees

**1,512**
leaders and EHS&S professionals learned the basics of Essential Safeguards

**50%**
increase in the number of certified HOP trainers

**34**
new Learning Team Facilitators trained across the globe

**51**
Learning Teams completed in 2023

**3,234**
events where HOP principles were used to learn

Exhibit 11 to Decl. of James Burton

487

Impact Report 2023          People & Community

89

# The Safety of Our Contractors is as Important as Our Own Employees

Our safety focus is not only for our employees but also for those we contract with. To enhance visibility and management of production operations with contractors, we've deployed a global contractor onboarding and management system called Workforce Management. This enables coordination of work, identification of critical impacts, assessments of risk and communication of essential safeguards to elevate the environmental, safety and health performance of our onsite contractors and suppliers. We've integrated the core HOP principles along with access to event reporting tools including Take Charge.

We also developed a field verification inspection tool and conduct regular inspections to confirm Pre-Work Risk Assessments (PWRA) and Pre-Task Plans (PTP), mobile equipment inspections and permits are completed prior to each shift. In 2023, over 9,000 field verifications were completed. We will continue to integrate this work throughout our global factories and customize tools to fit the needs of our Sales, Service and Delivery (SSD) and Energy business channels.



**Workforce Management**

| | |
|---|---|
| Pre-Work Risk Assessments | 86% |
| Pre-Task Plans | 95% |
| Mobile Equipment | 92% |
| Other Permits | 84% |

Exhibit 11 to Decl. of James Burton
488

Impact Report 2023        People & Community

90

# We Track Employee Sentiment Annually

In 2023, we continued to gather employee sentiment around work, culture, the leadership team, job satisfaction and career growth opportunities through our Employee Engagement Survey. In the company-wide engagement feedback, over 80% of respondents agreed or strongly agreed that they are overall satisfied with working at Tesla, there are clear pathways for growth with feedback from management, they feel respected and accepted by their team, they feel safe at work and know how to report incidents, they are supported by their manager, are satisfied with benefits at Tesla and they know how to raise HR/People-related concerns.

We develop our leaders and their team management skills throughout their time at Tesla by offering specific leadership training, enhancing our performance management tools and continuing to broaden employee recognition. This helps us drive a culture of accountability, collaboration and continuous improvement, which is essential for organizational growth. Our teams are better as a result, and over 80% of employees strongly agreed or agreed that their manager helps their team succeed.





Exhibit 11 to Decl. of James Burton
489

Impact Report 2023        People & Community

91

# We Continue to Invest in Our Leaders' Development

## Leadership: Growth and Development Training

We launched an Upward Feedback program to engage leadership across the company as part of performance management and gauging employee sentiment. Our programmatic approach to leadership development includes a robust training series from new leader onboarding fundamentals to continued learning, which focuses on:

- Leadership essentials
- Driving development
- Emotional intelligence
- Growth mindset
- Communication that counts
- Feedback
- Leading through transitions

- Leading peers
- Servant leadership
- Working with cross-functional teams
- Coaching
- Recognition
- Interviewing with Intention

## Performance Management

Tesla's comprehensive performance management framework is designed to enhance performance evaluation, formal feedback, goal setting and support mechanisms. It encompasses crucial components such as personal and professional goal setting, ongoing coaching, performance evaluation and a bi-annual review conversations. These elements align employee development with organizational objectives, resulting in heightened performance and overall success. In 2023, Tesla saw:

- 1.5x increase in documented coaching
- 100% completion rate for bi-annual evaluation cycles
- 30,000+ goals developed between employees and their manager, with 96% meeting their goals

## Engagement: Shout Outs

Recognizing exceptional work is important. We've continued to see tremendous growth in utilization of our Shout Outs tool, with usage up 138% in 2023. This enables employees to recognize the achievements, contributions or impact of their colleagues. Bringing this visibility to excellent work gives direct feedback to employees and their managers and enables leaders to see the impact their teams are having. As part of this program, we also highlight engagement in key programs such as safety improvements or vehicle delivery volunteering and track career milestones.

Exhibit 11 to Decl. of James Burton
490

Impact Report 2023          People & Community

92

# We Investigate Concerns and Complaints

An employee can raise concerns or complaints to any member of management, Human Resources (HR) or Employee Relations (ER). If they prefer to report another way, the Integrity Line is available 24 hours a day, seven days a week and allows employees to report concerns anonymously and without fear of retaliation. Concerns are investigated promptly and impartially in a manner appropriate to the circumstances. The ER team engages in feedback loops with leaders and HR to provide guidance on any appropriate follow-up actions, which range from additional communication and training to corrective action and discipline up to termination of employment.

In 2023, when asked through our company-wide Employee Engagement Survey, 81% of employees strongly agreed or agreed they know where to raise HR/People related concerns or suggestions so that they can be reviewed and addressed.

Types of Concerns and Complaints

64% Human Resources / Employee Relations

31% Business Integrity

3% Environmental, Health and Safety

2% Misuse of Corporate Assets

Exhibit 11 to Decl. of James Burton
491

**SER 687**

Impact Report 2023          People & Community

93

# Process for Investigating Allegations Received Through Integrity Line



**Allegation is Reported To Hotline**

Allegations can be made anonymously

**Allegation is Routed to Appropriate Team**

Compliance
Legal
Infosec
HR/Employee Relations
EHS&S
Other

**Allegation is Investigated**

**Investigation Determines:** Substantiated or Unsubstantiated

**Appropriate Action Is Taken**

Potential actions include:

- Employee training
- Process, policy or program updates
- Disciplinary action, up to and including termination
- Other appropriate actions

Exhibit 11 to Decl. of James Burton
492

SER 688

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 95 of 161
Page ID #:8566

Impact Report 2023          People & Community

94

# We Do Not Tolerate Harassment or Discrimination

**Nearly 100% of Tesla employees completed COBE training in 2023**

Our policies are designed to promote fairness and respect for everyone. We hire, evaluate and promote employees based on their skills and performance. As we grow, we continue to address challenges head on. From day one in New Hire Orientation, employees learn about Tesla's respectful workplace. As part of prevention, we set clear expectations with annual Code of Business Ethics and Anti-Harassment (COBE) trainings globally. These trainings are not only included during the onboarding process, but throughout duration of employment with Tesla. Management regularly checks completion rates and follows up to ensure each employee completes all required trainings. In 2023, 97% of Tesla employees completed COBE training.



Exhibit 11 to Decl. of James Burton
493

Case 2:24-cv-00801-ODW-PVC     Document 89-17     Filed 04/07/25     Page 96 of 161
Page ID #:8567

Impact Report 2023          People & Community

95

# Innovation Through Constructive Conflict

At Tesla, our employees are passionate about making a difference in the world and for each other. We remain unwavering in our demand that our factories, offices, sales locations and Service Centers are places where our employees feel respected and appreciated. Everyone is expected to be trustworthy, demonstrate excellence in their performance and collaborate with others. Innovation and excellence go hand in hand, and we've created psychologically safe environments where people are comfortable with raising new ideas in constructive conflict. In 2023, 91% of employees agreed that we treat each other with respect, even when we have different points of view.





Exhibit 11 to Decl. of James Burton
494

Impact Report 2023       People & Community

96

## Nearly Two-Thirds of Our People Leaders Come From Internal Promotions

We offer internal career development to our employees and the ability to make a meaningful contribution to a sustainable future. As of the end of 2023, 65% of our managers were promoted from an internal, non-manager position and the average tenure of senior management was over nine years.

**65%**

of managers come from internal promotions



Exhibit 11 to Decl. of James Burton

495

Impact Report 2023          People & Community

97

## Our Programs Support
## Employee Wellbeing Holistically

Our health programs promote employee wellbeing by offering no-cost paycheck contributions for medical, dental and vision plan options for employees and family members—plus employer-paid life insurance, short- and long-term disability, confidential counseling for employees and their families, employee assistance programs and voluntary benefit programs. Employees can also access student loan and debt consolidation services, transportation subsidies and $0 cost shuttles, backup childcare, discount programs and tools and resources to support growing families. We have student loan refinancing options, 401(k) contribution matching and a benefits concierge service for LGBTQ+ employees.



Exhibit 11 to Decl. of James Burton
496

Impact Report 2023                People & Community                                                                                                                        08

# We Offer Competitive Pay and Benefits

We continue to attract the best and brightest with our
competitive pay and benefits package. We offer
employees the opportunity to receive equity during their
employment and share in the success of Tesla. Shared
ownership of the company is one of the most essential
attributes of working at Tesla.

### SafetyNet

Limited financial assistance for employees
experiencing temporary hardship

### Back-Up Care

Five days of back-up daycare, tutoring
and distance learning assistance

### Employee Perks

Preferred pricing on gym memberships,
financial services, childcare and travel
as well as savings on Tesla products

### Rethink

Resources at no cost to tools and
resources for families including those with
developmental and learning challenges

### 16 Weeks of Paid
### Family Leave

Employees spending time with their family
after the birth or adoption of a child

### Family Services

Including fertility services, adoption
and third-party reproduction services

Exhibit 11 to Decl. of James Burton
497

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 100 of 161
Page ID #:8571

Impact Report 2023    People & Community

99

# Employee Stock Purchase Plan (ESPP)

Our employees can purchase Tesla stock at a discount through the ESPP. Enrollment in ESPP is easy with an internal site, stock admin team and support through the administrator. In 2023, we increased efforts around education for how to use this benefit. We want to ensure increased financial health and literacy is something everyone at Tesla can benefit from regardless of role or seniority.



Exhibit 11 to Decl. of James Burton
498

Impact Report 2023    People & Community

100

# Our Pay Equity Program

Our program is designed to assess whether similarly situated employees are paid in a similar manner after accounting for variables such as:

Geographic Zone

Tenure

Average Performance Score

Job Function

Management Level and Role

HR also offers a Pay Equity and Pay Transparency educational course to everyone in the People Organization, with a focus on HR partners and recruiters. This course details what pay equity is, why it is important, how unconscious bias affects pay and hiring, best practices for hiring and compensation and how each person can be an effective partner in helping the company achieve and maintain pay equity.

Exhibit 11 to Decl. of James Burton
499

Impact Report 2023          People & Community                                                                                                                                        101

# Community Engagement

## Supporting the Communities We Work In

We are committed to positively impacting and strengthening the communities in which we live and work. We have created programs and partnerships in the regions where we operate to ensure communities benefit from our presence. Through our sustainability initiatives, we strive to support the natural environment by harnessing the power of our people, products and programs.

## Tesla Impact

Since launching in 2020, participation in our employee volunteer program has more than doubled. In 2023, we implemented a user-friendly volunteer and giving platform, facilitating easy volunteer sign-ups, donations and engagement in major initiatives like Earth Day, Week of Service and Season for Giving, as well as various one-off volunteer events on-site or in our communities. Tesla volunteers continue to make a significant impact through their dedicated efforts.

- Nearly 1,800 employees volunteered or donated
- Over 8,000 volunteer hours
- Over 100 non-profits impacted

## EV Charging and Energy Donations

The goal of our EV Charging donations program is to increase access to charging and remove barriers to EV adoption by building infrastructure in communities with little-to-no access to charging. We do this by partnering with community-based organizations and donating Tesla Level 2 Wall Connectors to be installed in publicly accessible areas.

In 2023, we launched a Solar and Energy Storage donation program to help support energy resiliency in communities most impacted by climate change.

Exhibit 11 to Decl. of James Burton
500

Impact Report 2023          People & Community

102

# Disaster Relief

We've been able to help communities around the world
to restore power during crises by deploying Mobile
Powerwall Units (MPUs):

**Maui** ⬤

In Maui, Tesla supported wildfire relief efforts
with two direct zero-cost loans of MPUs. We also
provided technical support to NGO partners and
Certified Installers for the rapid build and
deployments to relief camps.

**Florida** ⬤

After Hurricane Ida, Tesla deployed an MPU to
power a relief center.

**Puerto Rico** ⬤

Tesla pre-positioned five MPUs with a partner
organization for crucial fire stations that support
operations for most of the year. We also provided
engineering support for custom mobile Powerwall
trailer designs.

**Australia** ⬤

Tesla deployed two MPUs to community centers in
New South Wales after loss of power that resulted
from unprecedented flooding.

**Mississippi** ⬤

Tesla deployed two MPUs after a tornado in
Mississippi to support disaster relief efforts
at a central health clinic.

Exhibit 11 to Decl. of James Burton
501

Impact Report 2023     Supply Chain

103

# Supply Chain

## Accelerating Sustainability Through Our Sourcing

| | |
|---|---|
| Supply Chain Decarbonization | 107 |
| Battery Recycling | 110 |
| Responsible Sourcing of Battery Materials | 113 |
| Responsible Sourcing of Other Priority Materials | 127 |
| Tools | 131 |

Exhibit 11 to Decl. of James Burton
502

104

Impact Report 2023        Supply Chain

# EV supply chains present more opportunities for positive impact than ICE vehicle supply chains

EVs have clear benefits during the use-phase; however, some critics say they rely disproportionately on raw material extraction and as a result have a higher environmental impact up front. In reality, the unique raw materials, manufacturing processes and structure of our supply chain aims to maximize positive environmental and social impact.

Exhibit 11 to Decl. of James Burton
503

Impact Report 2023          Supply Chain                                    105

## ICE Supply Chain

**Typically lacks control and transparency in the upstream supply chain**

**Typically relies on secondary GHG data estimates**

**Relies on single-use fossil fuels**

**Typically focuses on manufacturing**

**Needs more raw material extraction than a sustainable energy economy**

## Tesla EV Supply Chain

**We leverage our market power to make mining and refining better**

We source the critical minerals needed for our products directly from mines, refiners and smelters. This allows for increased leverage to make mining and processing a better, less GHG-intensive industry with greater traceability. In 2023, we completed more audits in this part of the supply chain than ever before. We made improvements in GHG emissions, water and air quality, mine waste, biodiversity and community and civil society engagement, including in Indonesia and the Democratic Republic of Congo.

**We are set up for supplier-specific decarbonization**

Bolstered by our direct relationships with suppliers for up the supply chain, in 2023, we collected more primary and precise GHG data from suppliers in prior years, setting the stage for supplier-specific decarbonization.

**We optimize the recyclability of battery inputs**

EV battery inputs are highly recyclable. In 2023, at our in-house recycling facilities, Tesla processed enough recovered material for 9,000+ Model Y RWD vehicles. This will continue to massively scale as batteries begin to return to us in meaningful quantities over the next decade.

**We innovate through vertical integration**

Our vertical integration enables new innovations that are better for people and the planet. For example, at our lithium refinery in Texas, we replaced toxic materials with a reusable compound.

**We'll need less mining for a fully sustainable energy future**

As demonstrated in Tesla's Master Plan Part 3, a fully sustainable energy future, including producing the number of EVs needed for it, will require less mining than one based on fossil fuels. Fossil fuels currently account for 15.5G of material extracted from the earth each year.* In a sustainable energy economy, material extraction will decrease by 10.8G*—with most fossil fuel extraction being replaced by 3.3Gt of renewable material extraction. Over time, this will further decrease as recycling becomes more prevalent.

*Based on data from the Circularity Gap Report

Exhibit 11 to Decl. of James Burton
504

Impact Report 2023          Supply Chain

106

# Priority Engagement Areas and Materials

Our efforts are guided by our commitments and the supplier expectations included in our Responsible Sourcing Policy, Global Human Rights Policy, Supplier Code of Conduct and international frameworks like the OECD Guidelines for Multinational Enterprises, OECD Due Diligence Guidance for Responsible Business Conduct, OECD Due Diligence Guidance for Responsible Minerals, the Universal Declaration of Human Rights and the United Nations Guiding Principles on Business and Human Rights.

Additional information on our responsible sourcing efforts can be found in our Modern Slavery Statement and Conflict Minerals Report.

We identified several priority raw materials and engagement areas for our responsible sourcing efforts using business criteria (demand, criticality) and potential adverse impacts:

**Priority Engagement Areas**

Combatting forced labor
Decarbonization
Improving water quality
Preventing child labor
Protecting forests and biodiversity
Protecting human rights

**Priority Raw Materials**

Lithium, Nickel, Cobalt
Batteries, particularly
in the cathode

Aluminum
Body structure, chassis, some
components of the battery system

Tin, Tantalum, Tungsten,
and Gold (3TG)
Various electronic components
within the vehicle, such as sensors,
circuitry and connectors.

Ferrous Metals
(Steel & Iron)
Frame, body panels
and motor castings.

Exhibit 11 to Decl. of James Burton
505

Impact Report 2023          Supply Chain

107

# More Primary Data Than Ever to Inform Supply Chain Decarbonization

We're working to accelerate the world's transition to sustainable energy not only through our products and operations, but also through our supply chain. To get there, we need accurate emissions data.

Historically, emissions have been underestimated due to limited data and generalized methodologies. That's why we prioritize gathering high-quality and primary data directly from our suppliers.

See page 147 for a full disclosure of our Scope 3 GHG emissions, including supply chain.

In 2023:

**345**

GHG datapoints were collected directly from our suppliers through our GHG survey or LCAs disclosed by suppliers

▶‖ We used a process-based model for steel and aluminum for the first time

❯ We moved to more regionally representative numbers

〜 We collected significantly more primary data for the battery calculations



**Tesla Commodity Supply Chain Emissions**

- Batteries 23.26%
- Aluminum 11.45%
- Steel 6.48%
- Glass 1.03%
- Capex 10.19%
- Other 46.33%
- Logistics 1.27%

Exhibit 11 to Decl. of James Burton
506

Impact Report 2023      Supply Chain

108

# In the Battery Supply Chain: Reducing Emissions Through Supplier Engagement

In 2021 and 2022, we were the first downstream company to disclose an analysis of carbon emissions hotspots methodology in our battery supply chain using LCA methodology. This enables us to address critical areas within our supply chain more effectively.

Tesla requests all suppliers in the battery supply chain to provide annual GHG emissions footprints, either through our GHG Survey, an ISO-certified facility footprint or an ISO-certified and third-party reviewed LCA. We also provided supplier-facing guidelines for Life Cycle Inventory Analysis (LCIA). In 2023, we also began requiring suppliers to provide GHG reduction plans and progress updates, with science-aligned reduction targets set at the cell, cathode, and refining/smelting levels.

In addition to getting primary data from suppliers, we create process-specific estimates of remaining emissions data. These were identified as hotspots through prior analyses.

In 2024, Tesla will work closely with suppliers to develop GHG reduction targets and roadmaps.

Based on the supplier data we will continue to collect, we aim to work with suppliers to develop site-specific decarbonization plans, while designing and sourcing for low-impact cells and increasing the share of recycled material. This will be guided by an overall reduction target for the battery supply chain as well as science-aligned targets set by suppliers.

**In 2023:**

**35** suppliers disclosed facility GHG data

**18** suppliers disclosed product LCAs

**9** suppliers set science-aligned GHG reduction targets

Exhibit 11 to Decl. of James Burton

507

Impact Report 2023          Supply Chain

109

# Building on the World's First Battery Passport

In 2022, Tesla was one of two EV producers to publish the world's first battery passport. This pilot leveraged blockchain technology to enable digital traceability of shipments of cobalt and collected GHG emissions and human rights data from mine to our Gigafactory in Shanghai.

In 2023, we leveraged the lessons learned from this pilot and continued to work toward a scalable Battery Passport to help Tesla owners understand the carbon footprint and supply chain sustainability of their vehicles.



Cybertruck 4680

RES122913454021
Battery Passport ID

| Cathode Chemistry | Number of Cells Per Battery | Total Number of Audits Per Material |
| --- | --- | --- |
| NCM(4680) Nickel-Cobalt-Manganese | 3364 | 1 Lithium   5 Cobalt   3 Nickel |

| Vehicle MFG Location | Technical Details | GHG Footprint (Status of Data Collection/ % of GHG Data or Count) |
| --- | --- | --- |
| Austin, TX United States | 123 kWh Total Energy   800 V DC Voltage | 24 GHG Datapoints   13 LCAs   9 Reduction Targets |

Countries of Origin for Battery Minerals

721 kg
Battery Weight

271 kWh/kg
Energy Density

Canada

Argentina

Australia

DRC

Indonesia

New Caledonia

% of Mines, Refiners and Smelters Audited

Of Source or Count

Lithium  33%

Cobalt

Nickel

Material Traceability

Cathode and anode active material traced to raw material sources

Lithium  33%

Cobalt  100%

Nickel  88%

Exhibit 11 to Decl. of James Burton
508

SER 704

Impact Report 2023          Supply Chain          110

# We Optimize the Recyclability of Battery Materials In-House

While ICE vehicles rely on single-use fossil fuels, recovered battery inputs like nickel, cobalt, copper and lithium can be reused for new products. As a leading global manufacturer of EVs and energy products, we are well positioned to safely recover our products and efficiently reclaim battery metals to replace a substantial share of primary mined materials in our batteries with recycled content.

We recycle battery materials using the methods described on the right.



Tesla recycling facility in Austin, Texas

**Collection**

We typically only know that our products are no longer operational if a customer alerts us. To enhance our collection of end-of-life products for recycling, we expanded the Tesla Operating System to include recovery of end-of-life vehicles and battery packs and continued to track 100% of manufacturing scrap generated at each of our production facilities.

**Processing**

We continued to invest in and scale our efforts to process recovered materials at Gigafactory Nevada, and our remanufacturing facilities in California and at Gigafactory New York. In addition, we also provide material to third-party recyclers.

**Reincorporation**

Once the battery materials have been extracted from end-of-life products and refined into battery-quality raw materials, we then reincorporate them into new products.

Exhibit 11 to Decl. of James Burton
509

Case 2:24-cv-00801-ODW-PVC     Document 89-17     Filed 04/07/25     Page 112 of 161
Page ID #:8583

Impact Report 2023          Supply Chain

## Battery Recycling: 2023 Key Achievements

**2023 Grand Total Recovered (mt)**

### 2,431
Nickel

### 117
Cobalt

### 860
Copper

### 329
Lithium

For more information about our operational
decarbonization strategy, see pages 36–45 and 50.

111

Exhibit 11 to Decl. of James Burton
510

Impact Report 2023          Supply Chain                                                          112

## Battery Recycling:
## Key 2023 Achievements



Wet shredded cell material at Tesla's Gigafactory Nevada

**>90%**
of materials recovered from returned or end-of-life products and manufacturing scrap are recycled

**500+MT**
per month battery recycling throughput at Gigafactory Nevada in Q4

**650MWh**
of battery materials processed at our battery shredding facility, which is enough for 9,000+ Model Y RWD vehicles

**3GWh**
of battery materials sent to our recycling partners, which is enough for 43,000+ Model Y RWD vehicles

Exhibit 11 to Decl. of James Burton
511

Impact Report 2023    Supply Chain

113

# Combatting Forced Labor in Our Supply Chain

Forced labor is a complex issue that affects supply chains in all industries and regions and requires both global and targeted local responses. In 2023, we committed more human and legal resources to combat forced labor risk in our supply chain. Our efforts are informed by International Labor Organization (ILO) guidance, including principles to cease harm and provide remedy, and regulatory frameworks relevant to our global operations.

Our Process:

1. Require suppliers to acknowledge our Supplier Code of Conduct at onboarding, which includes forced labor provisions, and make commitments to avoid forced labor in supplier contracts

2. Prioritize mapping high-risk supply chains to raw materials

3. Screen our partners using a combination of resources, including reputable third-party tools and experts, including legal advisors

4. Conduct audits that assess the following indicators:
   - Supplier sites where working hours exceed the 60-hour weekly threshold
   - Share of foreign migrant workers
   - Supplier sites with dispatch/contract workers
   - Worker accommodation
   - Use of third-party labor agencies
   - Evidence of working hours document falsification, passport withholding, withheld wages, recruitment fees and inhumane treatment

5. Incorporation of NGO and other stakeholder reports (including feedback) to assess risk and inform business decisions

6. Where violations are identified, work with suppliers to review root causes, approve plans to improve and remediate issues and monitor evidence of improvement and worker engagement. We may pause sourcing from a supplier until identified issues are remediated or transition away from a relationship when a violation is not resolved

Exhibit 11 to Decl. of James Burton
512

**SER 708**

Impact Report 2023        Supply Chain

114

# Combatting Forced Labor in Our Supply Chain: 2023 Key Achievements

**13,018**
suppliers screened using industry leading third-party tools

**5,400**
workers reimbursed over $150,000 after we identified instances where workers were charged recruitment or other fees for employment

- 984 supplier facilities surveyed on ILO forced labor indicators through Tesla's Self-Assessment Questionnaire
- 156 suppliers completed audits (covering indicators listed on prior page), including 3,645 worker interviews
- 96% of audited suppliers demonstrate effective grievance mechanisms with the remainder working on corrective actions
- Launched ability to restrict purchasing on our supply chain management portal if potential risks are identified and not mitigated
- Over 1,000 staff covered in monthly trainings for entire procurement team on how to identify potential forced labor risks when visiting suppliers and a December Human Rights Day training—honoring the 75th anniversary of the Universal Declaration of Human Rights—on how Tesla's mission is linked to human rights in the supply chain. Requested suppliers to complete similar trainings for their staff

Exhibit 11 to Decl. of James Burton
513

Impact Report 2023        Supply Chain

115

# Combatting Forced Labor in Our Supply Chain: 2023 Case Studies

Tesla actively combats forced labor in our supply chain to address risks and remedy any potential harm. The following cases highlight the importance of continually engaging and collaborating with suppliers to foster a culture of accountability:

**Interiors**

We became aware of a potential violation of our Supplier Code of Conduct in our interiors supply chain related to recruitment practices of a labor broker. We quickly commissioned and participated in-person in two independent audits, and, upon confirmation of the risk, the supplier terminated the relationship with its labor broker, while giving contract workers the option to continue working for the supplier under new management. For mitigating future risks, our supplier established new due diligence processes for contracting partners and upstream suppliers, reimbursed all identified recruitment-related health exam fees to workers, established processes to eliminate fees paid by workers in future recruitment paths and created a new sustainability function with dedicated staff.

**Battery**

In 2023, we conducted detailed chain of custody pilot exercises to verify material traceability for high-risk inputs from battery cell to mine site. We worked hand-in-hand with cross-functional supplier teams to ensure management systems and documentation logs were updated to meet regulatory requirements. As a result of our engagement, suppliers increased material traceability and are strengthening their documentation processes to improve chain of custody.

Exhibit 11 to Decl. of James Burton
514

Impact Report 2023    Supply Chain

116

# Combatting Forced Labor in Our Supply Chain: 2023 Case Studies

 Interiors Accessories

During a supplier's first audit, worker interviews cross-checked against the supplier's records confirmed that workers paid fees to obtain employment, faced involuntary wage deductions and were unable to access passports held by the employer—all of which are violations of Tesla's Supplier Code of Conduct. Tesla worked with the supplier to formulate a comprehensive corrective action plan covering immediate and long-term actions, resulting in the immediate return of all 10 workers' passports to enable freedom of movement, a company-wide investigation to understand root causes of fees paid by workers, fee repayment, an end to involuntary wage deduction and management and employee trainings. The case highlighted the importance of continually engaging and collaborating with suppliers to foster a culture of accountability.

Aluminum

We continue to comprehensively map our aluminum supply chain in more detail—with thorough coverage of all manufacturers, traders, transportation providers and other key entities—and completed chain of custody exercises to work toward full material traceability. For example, in one supply line, we were able to map completely upstream and determine that two mines in that supply chain are certified by the Aluminum Stewardship Initiative (ASI) Certification Performance Standard, which includes criteria on forced labor, with one mine also certified by the ASI Chain of Custody Standard, which evaluates a supplier's traceability management systems—ultimately enabling the assessment of forced labor risk in the most upstream part of this supply chain.

Exhibit 11 to Decl. of James Burton
515

**SER 711**

Impact Report 2023        Supply Chain        117

# New Levels of Transparency for Child Labor-Free Cobalt

## At large-scale mines:

To build our batteries, we use several different cathode chemistries. Our nickel-based cathodes (NMC and NCA) contain cobalt, but others, like our iron-based cathodes (LFP), do not. While our nickel-based cathodes will continue to need cobalt, they contain less cobalt than similar cathode chemistries in the industry, and we are increasing our use of cobalt-free iron-based batteries, particularly for energy storage and standard range products.

By mapping our supply chain, we know where our cobalt comes from—and we only purchase cobalt from large-scale mines. Our direct suppliers undergo third-party audits to ensure no child labor happens at these mines and no material from unauthorized sources enters our supply chain. Four audits were conducted in 2023* and found no instances of child labor at our direct suppliers' sites. Our suppliers took action on all the social performance findings of the audits and either completed the corrective action plan or have a detailed plan in progress.

In addition, we worked with our supplier Glencore to launch a publicly available satellite monitoring system of its Kamoto Copper Company (KCC) operation located in the DRC. High-resolution images are updated monthly and allow for anyone to see what the operations look like down to 0.5 meters of resolution, thus providing a good picture of what is happening at the mine. Users can also compare these images with images of artisanal operations, which are typically at higher risk of child labor, to identify differences in production methods. This is the first time this level of transparency was achieved as a result of a collaboration between supplier and customer in the battery minerals supply chain.

*Including against the International Council on Mining and Metals (ICMM) Performance Expectations and the Responsible Minerals Initiative (RMI) Responsible Minerals Assurance Process (RMAP). Both include provisions on child labor.



Screenshot from satellite monitoring system launched in collaboration with Tesla supplier Glencore

Exhibit 11 to Decl. of James Burton
516

Impact Report 2023        Supply Chain

118

# New Levels of Transparency
# for Child Labor–Free Cobalt

**In artisanal mining communities:**

While all of Tesla's sources are industrial mines, we continue to co-fund the Fair Cobalt Alliance (FCA) working with artisanal and small-scale mining (ASM) communities in the DRC. We remain committed to staying engaged in the DRC to improve conditions for stakeholders impacted by cobalt mining.

In 2023, the FCA accomplished the following:

**18** — children who were found working in ASM enrolled in a comprehensive remediation program that includes re-integration to education, living stipends, and health and psycho-social support

**21** — local community savings and loans groups deployed

**5,206** — artisanal miners trained on safety standards

Exhibit 11 to Decl. of James Burton
517

**SER 713**

Impact Report 2023    Supply Chain

119

# Cobalt: Risk Identification and Mitigation Summary



Tesla staff during a visit to an industrial cobalt mine and processing site in the DRC in late 2023

**>55%** of cobalt sourced directly from mines and refiners in 2023

For materials that we do not direct source, we apply the same supply chain mapping and due diligence requirements.

## Risk Identification

- 11 cobalt suppliers completed an audit against a Tesla-preferred international standard covering environmental and social risks
- 100% of our direct cobalt suppliers (mines and refiners) completed an audit
- 3 cobalt suppliers completed an LCA
- Regular engagement with NGOs

## Examples of Risk Mitigation Actions Completed by Suppliers

- Developed air quality management and water quality management plans
- Conducted a comprehensive third-party human rights risk assessment
- Developed a closure plan that meets international requirements
- Developed a procedure to gather, review and respond to community requests
- Assessed grievance mechanisms against expectations laid out in the United Nations Guiding Principles for Business and Human Rights

## Direct Supplier Status

● Complete    ◐ In Progress    ⊖ Commitment    ● No Commitment

| Supplier | Tier | Locations | Audit Status* | LCA Status |
|---|---|---|---|---|
| Kamoto Copper Company (Glencore) | Mine | DR Congo | ● [1] [2] | ● |
| Mutanda Mining (Glencore) | Mine | DR Congo | ● [1] [2] | ● |
| Huayou | Refiner | China | ● [2] | ● |
| CNGR | Refiner | China | ● [2] | ● |

[1] International Council on Mining and Metals (ICMM) Performance Expectations; [2] Responsible Minerals Initiative (RMI) Responsible Minerals Assurance Process (RMAP)
Committed = written commitment to complete an asset-specific, 3rd party verified LCA within the calendar year; Completed = 3rd party verified LCA published within the past 2 years.

Exhibit 11 to Decl. of James Burton
518

Impact Report 2023      Supply Chain

120

# Nickel: Reducing the Environmental and Social Impacts in Indonesia

In 2023, 13% of Tesla's nickel came from Indonesia. We understand that Indonesian production is scaling significantly and the share of Indonesian nickel in global EV supply chains will increase. The transition to EVs will not be possible by only relying on non-Indonesian nickel. Key risks in this context relate to GHG emissions, deforestation, water pollution, indigenous and community rights and worker health and safety in the country. We invested significant resources to address these head-on with our suppliers, NGOs and the Indonesian and U.S. governments. In December 2023, a Tesla delegation focused on environmental and social impact visited mines, smelters and industrial parks in Indonesia and met with government stakeholders (this is the second Tesla visit focusing on these topics after a first visit in 2022).



Tesla staff during visit to nickel mines and smelters in Indonesia in 2023

Exhibit 11 to Decl. of James Burton

519

Impact Report 2023        Supply Chain

121

# Nickel: Reducing the Environmental and Social Impacts in Indonesia

## GHG Emissions

- Requested and received four facility and production specific LCAs and GHG footprints, covering mines and smelters, with more expected in 2024
- Asked suppliers to set decarbonization targets and move away from captive coal
- Pursuing lower-carbon processing options like High-Pressure Acid Leaching (HPAL) (as opposed to higher-emitting pyrometallurgical processes)

## Environmental Protection

- Engaged with NGOs, government and suppliers to promote safer mine waste practices such as dry stack tailings; we have a zero tolerance for tailings disposal into oceans

## Indigenous Rights

- Engaged with NGOs, government and suppliers to explore the need for the establishment of a no-go zone for mining to protect Indigenous and human rights, particularly those of uncontacted communities, in addition to supplier engagement to reinforce our commitment to protect the right of Indigenous People to grant or withhold Free, Prior and Informed Consent (FPIC)

## Traceability

- One supplier built a pipeline for full traceability of nickel ore directly from a mine to a smelter

## Audits

- Three identified mine sites were audited against international mining standards, with three smelters scheduled to undergo the Responsible Minerals Initiative (RMI)'s Responsible Minerals Assurance Process (RMAP) in early 2024; Tesla's expectation is that all Indonesian suppliers are audited to international standards

Exhibit 11 to Decl. of James Burton
520

Impact Report 2023    Supply Chain

122

# Nickel: Risk Identification and Mitigation Summary

## >50%
of nickel sourced directly from mines and refiners in 2023

For materials that we do not direct source, we apply the same supply chain mapping and due diligence requirements.

### Risk Identification

- 18 nickel suppliers completed an audit against a Tesla-preferred international standard covering environmental and social risks
- 70% of our direct nickel suppliers (mines and refiners) completed an audit
- 5 nickel suppliers or facilities completed or scheduled an LCA
- NGO engagement

### Examples of Risk Mitigation Actions Completed by Suppliers

- Established detailed stakeholder mapping (communities of interest identification under some frameworks)
- Published robust human rights policies and supplier code of conduct
- Invested considerable resources to improving tailings storage facilities to bring them into conformance with international standards
- Evaluated dewatering tailings storage to reduce water withdrawals

### Industry Groups

- Tesla chairs the Nickel Working Group in the Responsible Minerals Initiative (RMI)

### Direct Supplier Status

● Complete    ◐ In Progress    ◓ Committed    ● No Commitment

| Supplier | Tier | Locations | Audit Status* | LCA Status |
|---|---|---|---|---|
| Sudbury (Vale) | Mine + Refiner | Canada | ● (3) | ◐ |
| Prony Resources | Mine | New Caledonia | ● (4) | ● |
| Nickel West (BHP) | Mine | Australia | ● (1) | ◐ |
| Murrin-Murrin (Glencore) | Mine | Australia | ● (2) | ● |
| CNGR | Refiner | China | ● (2) | ◐ |
|  | Refiner | Indonesia | ◐ (2) | ◐ |
| Huayou | Refiner | China | ● (2) | ◐ |
|  | Refiner | Indonesia | ◐ (2) | ● |

(1) International Council on Mining and Metals (ICMM) Performance Expectations; (2) Responsible Minerals Initiative (RMI) Responsible Minerals Assurance Process (RMAP); (3) Towards Sustainable Mining (TSM); (4) International Finance Corporation (IFC) Performance Standard
*Committed = written commitment to complete an asset-specific, 3rd party verified LCA within the calendar year. Completed = 3rd party verified LCA published within the past 2 years.

Exhibit 11 to Decl. of James Burton
521

Impact Report 2023     Supply Chain     123

# Innovations in Lithium Sourcing

Lithium is a critical input to all our batteries and another priority for responsible sourcing. Our supply chain team works closely with our own lithium refinery in Corpus Christi, Texas:

**Plant Design**

- Use of low-toxicity industrial reagents instead of sulfuric acid and sodium hydroxide, generating a byproduct that can be used in construction materials, instead of a hazardous byproduct with residual acid that must be disposed of
- Alkaline reagent leach process uses ~35% less natural gas compared to the traditional processes
- Additional energy optimization and heat integration reduces the plant heating load by >14 MW

**Community Engagement**

- Active engagement with regional educational and workforce development institutions in advisory board capacities to inform and equip the local labor market to meet the demands of technologically intensive industries
- Investments in municipal improvements and close partnerships with the regional economic development corporation to seed further economic development and growth in the region

For more information on our circular solutions programming within our own operations, please see page 50.



Tesla's lithium refinery in Corpus Christi, Texas, currently under construction.

Exhibit 11 to Decl. of James Burton
522

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 125 of 161
Page ID #:8596

Impact Report 2023      Supply Chain

124

# Across Our Lithium Supply Chain

In 2023, our responsible sourcing teams participated in on-site visits with current and prospective lithium suppliers in Chile and Australia. These visits helped the team better understand suppliers' current environmental and human rights practices, as well as decarbonization roadmaps.

Two of our direct lithium suppliers also completed or are in the process of completing an independent third-party audit against the Initiative for Responsible Mining Assurance (IRMA) Standard, Tesla's preferred mining standard. IRMA is a multi-stakeholder-led organization with the most comprehensive mining certification system and transparent reporting of results available. Its focus on continuous improvement allows suppliers to improve their results over time. Tesla has been an IRMA member since late 2021. Our goal is to encourage the uptake of IRMA across our supply chain.

## 5

mines completed or committed to date to an IRMA audit across our lithium, nickel and graphite supply chains



Tesla staff during a visit to a lithium processing facility in Australia in 2023

Exhibit 11 to Decl. of James Burton
523

Impact Report 2023     Supply Chain

125

# Lithium: Risk Identification Summary

## >75%

of lithium sourced directly
from mines and refiners
in 2023

For materials that we do not direct source, we apply the same
supply chain mapping and due diligence requirements.

**Risk Identification**

- 100% of our direct lithium suppliers (mines and
  refiners) completed or committed to an audit
  against a Tesla-preferred international standard
  covering environmental and social risks
- 4 lithium suppliers completed an LCA
- Reviewed NGO reports



Tesla staff during a visit to a lithium processing
facility in Australia in 2023

Exhibit 11 to Decl. of James Burton
524

Impact Report 2023    Supply Chain

126

# Lithium: Risk Mitigation Summary

**Examples of Risk Mitigation Actions Completed by Suppliers**

- Established effective engagement with local indigenous groups and responded to allegations of lack of FPIC regarding their operations
- Tesla provided technical feedback and comment to supplier's decarbonization plan and LCA roadmap
- Thorough limnological study completed by group of experts to evaluate local aquatic ecosystems, including biological, chemical and physical properties
- Considering options to install solar energy on top of old tailings storage facilities

**Examples of Risk Mitigation Actions Completed by Suppliers as a Result of an IRMA Audit**

- Suppliers substantially or fully met all critical requirements
- Suppliers currently closing gaps identified during audits, including: (1)Develop a differential approach for engaging with women and children, (2)Establish a process for a community grievance mechanism and monitor trends, (3)Establish a target for hiring local residents and (4)Operationalize a biodiversity management plan

**Industry Groups**

Tesla chairs the Lithium Working Group in the Responsible Minerals Initiative (RMI)

**Direct Supplier Status**

● Complete    ◐ In Progress    ◔ Commitment    ○ No Commitment

| Supplier | Tier | Locations | Audit Status* | LCA Status |
|---|---|---|---|---|
| Albemarle | Mine | Chile | (3) | ● |
| | Mine | Australia | (3) | ● |
| | Refinery | Chile | ○ (2)(3) | ● |
| | Refinery | China | ● (2)(3) | ● |
| Arcadium | Mine | Argentina | (3) | ● |
| | Refinery | China | ● (2)(3) | ● |
| | Refinery | USA | ● (2)(3) | ● |
| Ganfeng | Refinery | China | ◐ (2)(3) | ● |
| Yahua | Refinery | China | ● (2)(3) | ● |

(1) Responsible Minerals Initiative (RMI), Responsible Minerals Assurance Process (RMAP); (2) Initiative for Responsible Mining Assurance (IRMA) Standard; (3) Responsible Minerals Initiative (RMI) ESG Standard
Committed = written commitment to complete an asset-specific, 3rd party verified LCA within the calendar year.
Completed = 3rd party verified LCA published within the next 2 years.

Exhibit 11 to Decl. of James Burton
525

**SER 721**

Impact Report 2023     Supply Chain     127

# Aluminum: Pushing for the Industry to Respect Rights and Lower Emissions

We prioritize aluminum because of the high prevalence of human rights and environmental impacts across the aluminum supply chain—including bauxite mining and the carbon emissions linked to aluminum refining and smelting. We buy aluminum in the form of sheet, ingot, castings, extrusions, forgings and foil. It shows up in many systems in the car—from Tesla's body Gigacastings to the batteries. Most of our aluminum is alloyed — meaning it is mixed with other elements to optimize engineering properties. The rising total demand for aluminum means that increased recycling is not enough to reach a truly sustainable aluminum sector. Therefore, we engage with producers of both recycled and primary material.

## Direct Sourcing and Supply Chain Mapping

We source much of the aluminum used in our vehicles directly from smelters/secondary aluminum producers —sending the material to Tesla plants or to our Tier 1 suppliers. This, combined with our efforts of mapping upstream material sources where we don't directly source the raw material, enables increased visibility and ability to conduct due diligence.

In 2024, Tesla committed to the ASI for our aluminum foundry in Lathrop, CA

## Certification

As a pre-requisite for being awarded new business, Tesla continues to ask its suppliers to certify to the Aluminium Stewardship Initiative's (ASI) Performance Standard. As of the first quarter of 2024, 92% of Cybertruck aluminum suppliers are certified or working towards this certification. Over 80% of all aluminum Tier 1 suppliers are similarly certified or working towards this certification.

ASI is one of the key industry organizations developing credible decarbonization roadmaps for the aluminum industry. We appreciate that no certification replaces due diligence. We continue to work with ASI, suppliers, and stakeholders to address and reduce risks in our aluminum supply chain in recognition of its outsized impact.

## Confirmed Upstream Supplier Locations

- Bauxite Mining: Australia, China, Guinea, Iceland, Indonesia, Solomon Islands*
- Smelting: Australia, Canada, China, Germany, Norway, Malaysia, UAE, U.S.

*The purchase of bauxite from the Solomon Islands occurred before 2020. We include it in this list for transparency, but our strategy is to not further procure bauxite from the Solomon Islands.

## Other Risk Mitigation Efforts

In 2023, we directly engaged key mid-tier, direct-sourced smelters, including visits of senior leadership representatives to two of the world's largest smelters, during which we evaluated the decarbonization roadmaps of all smelters in our European supply base and aligned on strategies to decarbonize. Tesla also participated in a data pilot as part of RMI's Horizon Zero working group on aluminum which focused on capturing embedded emissions data for aluminum, automating data transfer processes of environmental data, and capturing additional pertinent data such as percentage of post-industrial and post-consumer scrap percentages.

Exhibit 11 to Decl. of James Burton
526

Impact Report 2023        Supply Chain

128

# Ferrous Metals (Steel and Iron):
# Risk Identification and Mitigation Summary

We prioritize identifying and addressing risks in our ferrous materials supply chain because of the high prevalence of environmental impacts across the steel and iron supply chains—steel is a significant factor of Tesla's supply chain GHG emissions. We buy ferrous materials in the form of sheet, castings and forgings. Steel is a primary component of many systems of the car, but shows up prominently in the body, chassis and powertrain of the vehicle as well as the structure of our energy products. Most of our ferrous materials are alloyed—meaning iron is mixed with other elements to optimize engineering properties. The rising total demand for iron and steel means that increased recycling is not enough for a truly sustainable steel sector. Therefore, we engage with producers of both recycled and primary material.

### Direct Sourcing and Supply Chain Mapping

· We source much of the steel used in our vehicles directly from mills—sending the material to Tesla plants or to our Tier 1 suppliers. This direct sourcing strategy, combined with our efforts of mapping upstream material sources where we don't directly source the raw material, enables increased visibility and ability to conduct due diligence.
· Sourcing country breakdown, based on identified sources:

Mill Country Locations: Austria, Belgium, China, France, Germany, Sweden, U.S.

### Other Risk Mitigation Efforts

· In order to understand the carbon footprint of steel suppliers inside our supply chain, as well as those we don't work with, we continued to work with Climate TRACE, a coalition of researchers and NGOs, with a mission to have an open-source global emissions inventory. Tesla worked with Climate TRACE members on how to make industrial data sets most useful for large steel purchasers. This innovative data-stream enables Tesla not only account more accurately for our current emissions, but also to perform scenarios of future sourcing strategies.
· This year, Tesla engaged with more than a dozen steel producers across multiple continents on their decarbonization strategies.

Exhibit 11 to Decl. of James Burton

527

Impact Report 2023          Supply Chain

129

# 3TG (Tin, Tantalum, Tungsten and Gold):
## Risk Identification and Mitigation Summary

Mining communities in the Democratic Republic of the Congo (DRC) and other upstream 3TG sourcing regions are essential to the production of Tesla products. Mining in conflict-affected contexts has a history of negative impacts on communities, including human rights abuses. Our due diligence process includes supplier engagement, visiting 3TG production regions with the purpose of observing on-the-ground conditions, meeting with local stakeholders and exploring opportunities for positive impact. Through these efforts, we aim to avoid contributing to human rights abuses, conflict, and instability through our sourcing, with the ultimate aim to improve on-the-ground conditions in and around 3TG mining communities.





Tesla staff at a 3TG mine visit in Peru

Exhibit 11 to Decl. of James Burton
528

**SER 724**

130

# 3TG:
## 2023 Key Achievements

### Robust Requirements

- Communicated enhanced requirements to tier-1 suppliers and smelters/refiners (SORs)
- Surveyed tier-1 suppliers to identify SORs that process 3TG in products supplied to Tesla and country of origin of minerals
- Encouraged removal of certain actors from supply chain due to infeasibility of improvements

### Stakeholder Engagement

- Solicited program feedback from NGOs, such as actors in the DRC and groups seeking to advance the rights of indigenous peoples
- Chaired the Responsible Minerals Initiative (RMI) Gold Team Working Group

*"The assessment provided me an opportunity to confirm that our internal procedures and policies are aligned with the standards, and the assessment will allow us to improve more quickly."*

— Oscar, Compliance Officer

### Audits

- Funded three Responsible Minerals Assurance Program (RMAP) assessments to increase compliant SORs in Tesla's supply chain via contributions to the RMI Audit Fund
- Proposed concrete suggested improvements to industry audit program

### Upstream Engagement

- Visited two artisanal mines and two processing facilities in a gold production region in Peru
- Engaged one gold aggregator to become Peru's 1st RMAP-audited gold aggregator

### Impact

- Initiated "Tesla Tech for Good" product donation project aimed at mitigating adverse human rights impacts of mining while simultaneously driving GHG reductions

More information is available in our Conflict Minerals Report and our Responsible Sourcing Policies.

### Impact (Continued)

- Supported the expansion of the Better Mining Supply Chain Due Diligence Monitoring, Corrective Action Plans and 3T minerals traceability program in the DRC and Rwanda to two additional 3T mine sites, enabling on one hand a substantial increase in volume of Better Mining-assured 3T minerals, and on the other hand, an increase of the number of impacted workers by 44.5% in these three most upstream positions of the global minerals supply chain.

*"Through constant on-site presence and the development of innovative technology, Better Mining brings necessary transparency to conditions on artisanal- and small-scale mine sites, supporting continual improvements and bridging the ethical and accountability gap from consumers towards the ASM operators and their local communities, which are vital for the achievement of the downstream's sustainability goals. I am very proud of the proven realizability and continued impact and growth of our program over the years, and I am grateful for the commitment of our supporters in this journey."*

— Emmanuel Nguiyanoupka, Director of RCS Global Better Mining Programme

Exhibit 11 to Decl. of James Burton
529

Impact Report 2023     Supply Chain

131

## Tesla Tech for Good:
## A Case Study in Applying Technology
## to Remedy Harm Associated With
## Supply Chain Activities

Although critical to the EV transition, mining operations can cause a range of potential adverse impacts, for example related to health and safety and the environment. Tesla believes that accelerating the world's transition to sustainable energy should not cause additional harm. The Democratic Republic of the Congo (DRC), a country of particular relevance to the mineral trade, has been in conflict for almost three decades, sustained through the trade of minerals. Too often the minerals leave the country but don't come back—a one way street. In acknowledging the consequences of mining operations, we initiated our Tesla Tech for Good product donation project, aimed at mitigating adverse human rights impacts of mining while simultaneously driving GHG reductions. During a 2022 trip to East Africa, Tesla pursued opportunities to apply our technology to mitigate adverse impacts of supply chain operations, provide remedy for harm caused, and maximize positive impact for people and the planet.

We met with Panzi Hospital & Foundation, a center of excellence in the DRC that provides holistic treatment for survivors of sexual violence—a tactic used by armed actors to perpetuate conflict, gain greater access to resources and control smuggling routes.

Panzi has touched the lives of more than 80,000 survivors of sexual violence, including those affected by wartime, and another 25,000 women with serious gyneological injuries. In collaboration with Panzi and based on their renewable energy strategy, in early 2024 Tesla donated ten Powerwalls and hardware accessories to be installed at one of Panzi's clinics in the DRC.

Tesla and Panzi share the belief that everyone should have access to sustainable, modern, and clean energy to meet their decarbonization goals and address energy insecurity —especially those who are providing life-saving healthcare.

The Powerwalls will enable Panzi to work even in times of energy loss and avoid costs associated with running diesel-fuel generators. In recognition that many social impact initiatives fail to provide long-term solutions, to support sustaining impact of the project, we have committed to fund maintenance costs on the equipment for the next ten years.

Tesla continues to seek opportunities to collaborate with organizations close to mining communities to find transformative solutions and address harm associated with supply chain activities. A sustainable future is one in which the rights of everyone are respected and included in a just energy transition.

Exhibit 11 to Decl. of James Burton
530

Impact Report 2023          Supply Chain                                                                                                                          132

# Proactive Supplier Engagement & Risk Analysis

## Global Standard

In alignment with the Organization for Economic Co-operation and Development (OECD) Due Diligence Guidance for Responsible Business Conduct, risk analysis and identification is a foundational pillar of Tesla's Responsible Sourcing framework to understand human rights and environment-related risks and violations in its supply chain.

## Responsible Sourcing Teams

Tesla's Responsible Sourcing teams lead risk analysis efforts globally across all sourcing scopes while developing and implementing fit-for-purpose plans to prevent or mitigate actual or potential adverse impacts. Teams are strategically embedded within the supply chain organization, ensuring that environmental and social impacts of our suppliers are monitored and addressed in collaboration with supply chain leadership and buyers directly responsible for sourcing parts, materials and services along with managing supplier relationships and performance.

Collaboration with legal and compliance teams ensures cross-functional alignment. This overall structure encourages a proactive approach to identify and act on both supply chain risks and opportunities to have a positive impact globally as our operational footprint grows.

## Risk-Based Approach

Tesla teams leverage the Supplier Self-Assessment Questionnaire (SAQ), Corporate Social Responsibility (CSR) audits and the Tesla Integrity Line to monitor alignment with our Supplier Code of Conduct as well as our Global Human Rights and Responsible Sourcing policies, driving a risk-based due diligence approach that informs when and where to allocate additional resources to prevent, mitigate and report adverse impacts on people, the environment and society. When the likelihood and severity of an adverse impact is high, then due diligence is more extensive.

## Supplier Selection Guidelines

In 2023, we added responsible sourcing due diligence to Tesla's internal Global Procurement Policy supplier selection guidelines to include social and environmental criteria in sourcing decisions before awarding business to any supplier, including but not limited to, CSR audit scores, SAQ results, complaints submitted via Tesla's Integrity Line and greenhouse gas (GHG) emissions.

Exhibit 11 to Decl. of James Burton
531

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 134 of 161
Page ID #:8605

Impact Report 2023    Supply Chain

133

# Supplier Self-Assessment Questionnaire (SAQ)

The Supplier Self-Assessment Questionnaire (SAQ) pushes Tesla sourcing efforts beyond generalized risk associated with certain commodities and countries by requiring each unique location providing production parts, materials or services to Tesla to submit a response to the SAQ. Suppliers affirm that they have policies, processes and controls at the manufacturing site level consistent with all Supplier Code of Conduct topic areas: labor, health and safety, environment, ethics and supply chain responsibility. This systematic process to identify risk at scale based on actual practices enables Tesla teams to proactively prioritize more extensive due diligence for high-risk suppliers based on the extent of potential impact on workers' health, safety or fundamental human rights and number of workers/ employees impacted at the supplier site.

In 2023, we scaled our SAQ program from pilots to full launch reaching nearly 1,000 supplier sites and will continue our outreach in 2024. Follow-up with suppliers includes communication of risks identified and best practices along with development of supplier specific improvement plans, such as guidance on how to close policy gaps and building supply chain mapping capabilities. Additionally, we will communicate results to supply chain leadership and buyers.

Exhibit 11 to Decl. of James Burton
532

**SER 728**

Impact Report 2023          Supply Chain

134

# Supplier Self-Assessment Questionnaire (SAQ)

| | |
|---|---|
| Year Initiated | 2022 |
| Response rate | 68% |
| Total number of supplier manufacturing site submissions | 984 |
| Number of impacted workers/employees | 1.5 million |
| Number of countries represented | 40 |
| % of suppliers with a social responsibility policy | 85% |

| | |
|---|---|
| % of suppliers with an environmental policy | 87% |
| % of suppliers with a health and safety policy | 93% |
| % of suppliers with a Supplier Code of Conduct | 81% |
| % of suppliers that have conducted a supply chain mapping exercise to identify upstream (e.g., Tier 2, Tier 3, Tier 4) suppliers | 61% |

**Supply Chains Assessed**

All direct supplier categories, including batteries, aluminum, chemicals, etc.

Indirect materials/services
Service centers, construction and on-site contractors

Exhibit 11 to Decl. of James Burton
533

Impact Report 2023    Supply Chain

135

# Grievance Mechanisms

We receive concerns related to responsible sourcing through a variety of grievance channels. 2023 was the first full year the Tesla Integrity Line was available to external parties to raise a potential concern. There is a clear process, detailed and publicly available here. Tesla Integrity Line was added to the Tesla Supplier Portal in 2023 to make it more accessible to supply chain workers with access to the Portal.

| Grievance Channel | Number of Concerns Related to Responsible Sourcing |
|---|---|
| Tesla Integrity Line | 1 |
| Responsible Business Alliance | 1 |
| Responsible Minerals Initiative's Minerals Grievance Platform | 2 |
| Total | 4 |

Exhibit 11 to Decl. of James Burton
534

Impact Report 2023        Supply Chain

# Grievance Mechanisms

Below are three examples of concerns received and how we acted on them:

| Supply Chain | Category of Concern | Process to Address Concern | Outcome |
|---|---|---|---|
| Battery | Alleged improper use of funds | Engaged with involved parties, launched investigation with compliance team and external counsel, reviewed documents and process | Found no breach of contract and worked with the partner to improve processes |
| Gold | Alleged deforestation, forced labor, human rights concerns | Engaged with audit programs, engaged directly with gold refiners, sought to understand concerns of impacted stakeholders by engaging directly with an organization that seeks to advance the rights of Indigenous peoples | Encouraged removal of certain actors from Tesla's upstream supply chain |
| Tier 2 Interior lighting | Alleged worker-paid recruitment fees | Engaged directly with Tier 1 supplier to launch investigation | Engaged Tier 1 supplier with audit programs |

In addition to promoting supply chain use of the Tesla Integrity Line, as part of our CSR Audit Program, we assess suppliers' conformance with our Supplier Code of Conduct expectation to maintain a grievance mechanism of their own. This is assessed through site observation, records review and interviews of management and workers. In 2023, 96% of supplier facilities demonstrated conformance with this expectation.*

We also act on concerns raised through avenues such as via NGOs, investors, customers and employees, among others. For continual improvement we are exploring opportunities to improve supplier awareness of Tesla's Integrity Line. In the future, we seek to incorporate input from affected-stakeholders on our grievance-handling process, including representatives from vulnerable groups and human rights defenders with the goal to ensure that our mechanism is responsive to the needs of affected stakeholders.

*Based on Initial Audits conducted during 2023 against Tesla's Supplier Code of Conduct

136

Exhibit 11 to Decl. of James Burton
535

Impact Report 2023     Supply Chain

137

# Sourcing for Social Impact

We invest in communities where we operate—not just in our direct operations but in our supply chain as well to ensure that investments in a sustainable future are equitable. Sourcing for Social Impact programs promote purchasing policies, programs and processes that contribute to socio-economic benefits where Tesla suppliers operate. We operate and source from all types of communities and want to make sure that everyone has access to economic development opportunities in the sustainable energy future.

## Programs

Specific programs promote inclusive sourcing from suppliers that traditionally would not have access to procurement opportunities.

We established a Gigafactory Texas Historically Underutilized Business (HUB) program in 2020 as part of our Economic Agreement with Travis County with a focus on identifying suppliers in construction materials and services to support ongoing factory expansion.

More broadly, the purpose of the agreement is to stimulate and encourage business and commercial activity in Travis County as Tesla invests in new construction of Gigafactory Texas operating facilities. Since 2020, Tesla has spent over $100 million with qualified HUB program suppliers, supporting the growth of small-, minority- and women-owned businesses in Texas.

### External Stakeholder Engagement

Held face-to-face meetings with six different Austin-area minority supplier and small business chambers of commerce/councils for in-depth learning sessions on their capabilities and how to leverage them to increase HUB supplier participation.

Became a corporate member of the Southwest Minority Supplier Development Council (SMSDC). SMSDC is a multi-stakeholder organization headquartered in Austin focused on minority-owned business (MBE) advocacy, development, certification and connection. Joining SMSDC as a corporate member supports ongoing efforts to identify and increase spend with HUB suppliers.

Moreover, ongoing corporate member training services will further strengthen Tesla's Sourcing for Social Impact program to be in alignment with best practices while building relationships with Austin-area stakeholders.

### Internal Stakeholder Engagement

Led sourcing organization wide training on Sourcing for Social Impact—covering three learning objectives: 1) explain why sourcing for impact matters, 2) identify resources to search for suppliers and track spend and 3) commit to at least one action which contributes to Tesla's Sourcing for Social Impact program.

Launched Sourcing for Social Impact Steering Committee comprised of buyers, supply chain leadership and global sustainability teams to provide stakeholder advisory support, guidance and strategic oversight of the program to ensure its success by embedding initiative objectives across sourcing teams.

Exhibit 11 to Decl. of James Burton
536

Impact Report 2023     Supply Chain

138

# Sourcing for Social Impact

## $1.4B
Inclusive spend
since 2021

## 32%
of year-over-year
inclusive spend increase

## 45%
of year-over-year increase in
number of impacted suppliers

Exhibit 11 to Decl. of James Burton
537

**SER 733**

Impact Report 2023        Supply Chain        139

# Corporate Social Responsibility Audits

In 2023, our Corporate Social Responsibility (CSR) audit program continued to be a key component of how we identify and mitigate risks at our suppliers' sites. It provides us with the ability to have an independent assessment of our direct supplier's performance to our Supplier Code of Conduct. Our requirement of Corrective Action Plans for non-conformances identified during the audit also means we are contributing to tangible improvements in the lives of workers at our suppliers' facilities, regardless of being employees or contract workers, as well the processes and management systems at supplier facilities. Our own audit team continued to attend a large portion of on-site audits, including 50% of initial audits, to stress the importance of the program and ensure Tesla's quality expectations were met.

We strengthened our already stringent expectations of suppliers for what is considered sufficient to pass an audit. Until 2023, this included only the requirement of zero priority non-conformances to avoid a closure audit. In 2023 we added the expectation that suppliers have a score of 60% or higher, otherwise they must undergo a complete re-audit of their facility within one year.

As part of our quality assurance process, Tesla implemented an auditor training program, reviewing Tesla's process and requirements with auditors approved to conduct audits for Tesla. These trainings involved 134 auditors and included a comprehension test at its conclusion.

We also began incorporating upstream supplier audit results into our CSR audit program, a recognition that our responsibility does not stop at tier 1 suppliers and that we must continue to promote best practices throughout the supply chain. We hold these audits to the same standard: audits conducted to the RBA's audit checklist and by an independent firm approved by the RBA.

| | |
|---|---|
| Initial Audits | 156 |
| Closure Audits | 73 |
| Workers Impacted by Audits | 73,065 |
| Countries included in audits | 11 |

Exhibit 11 to Decl. of James Burton
538

Impact Report 2023          Supply Chain

140

# Corporate Social Responsibility Audits

Tesla bases its selection of tier-1 suppliers for CSR audit on the following criteria:

| Risk Component | Weighting |
|---|---|
| Country | 30% |
| Spend | 25% |
| SAQ | 20% |
| Product | 15% |
| Supplier Impact | 10% |

Supplier Audit Findings (2019–2023)

| | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|
| Audits Conducted (Initial+Closure) | 109 | 79 | 55 | 170 | 229 |
| Average Non-Conformance per Audit* | 24 | 20 | 15 | 20 | 19 |
| Labor | 30.5% | 30.2% | 37.6% | 33.0% | 31.9% |
| Health & Safety | 29.1% | 35.5% | 31.3% | 31.5% | 33.9% |
| Environment | 13.2% | 14.6% | 13.0% | 14.2% | 13.0% |
| Ethics | 3.8% | 0.6% | 0.5% | 1.8% | 1.4% |
| Management Systems | 23.5% | 19.0% | 17.7% | 19.5% | 19.8% |

* Breakdown for initial audits only

Exhibit 11 to Decl. of James Burton
539

Impact Report 2023    Appendix

141

# Appendix
## Supporting Materials

TCFD                                142

SASB                                143

United Nations SDG Alignment        144

Key Metrics                         146

Management Assertion                152

Exhibit 11 to Decl. of James Burton
540

**SER 736**

Impact Report 2023    Appendix    142

## TCFD

| Topic | Accounting Metric | Response |
|---|---|---|
| Governance | Describe the Board's oversight of climate-related risks and opportunities. | Please see "Governance: Overview" and "Managing Climate Risk" on pages 6 and 10 of this report. |
| | Describe management's role in assessing and managing climate-related risks and opportunities. | Risks: Please see "TCFD: Physical Climate Risk Assessment" on page 11 of this report. Please see "Sustainability Assessment" on page 8 of this report. Opportunities: Please see "Our Mission" on page 5 of this report. Please see "Sustainability Assessment" on page 8 of this report. |
| Strategy | Describe the climate-related risks and opportunities the organization has identified over the short, medium, and long term. | Opportunity: Please see "Our Mission" on page 5 of this report. Transition Risks: Please see "Governance: Managing Climate Risk" on page 10 of this report for climate-related procurement risks. Please see "Governance: Managing Climate Risk" on page 10 of this report for other climate-related transition risks. Please see "Sustainability Assessment" on page 8 of this report. Physical Risk: Please see "TCFD: Physical Climate Risk Assessment" on page 11 of this report. |
| | Describe the impact of climate-related risks and opportunities on the organization's businesses, strategy and financial planning. | Analysis of financial-related impacts from climate-related risks is ongoing. Opportunities: Please see "Our Mission" on page 5 of this report. |
| | Describe the resilience of the organization's strategy, taking into consideration different climate-related scenarios, including a 2°C or lower scenario. | Please see "TCFD: Physical Climate Risk Assessment" on page 11 of this report. Additionally, Tesla's Responsible Sourcing Team works closely with critical suppliers to ensure they are hardening their operations against future climate risk. See Supply Chain section, pages 113-130. |
| Risk Management | Describe the organization's processes for identifying and assessing climate-related risks. | Please see "Governance: Overview" and "Managing Climate Risk" on pages 6 and 10 of this report, and "TCFD: Physical Climate Risk Assessment" on page 11 of this report. |
| | Describe the organization's processes for managing climate-related risks. | Tesla's Responsible Sourcing Team works closely with our suppliers to ensure they are operating in a way that mitigates future climate risk. For further discussion of these efforts, please see page 113 of this report. |
| | Describe how processes for identifying, assessing and managing climate-related risks are integrated into the organization's overall risk management. | Please see "Governance: Managing Climate Risk" on page 10 of this report. |
| Metrics & Targets | Disclose the metrics used by the organization to assess climate-related risks and opportunities in line with its strategy and risk management process. | Please see more information on our GHG emissions on page 10 and "TCFD: Physical Climate Risk Assessment" on page 11 of this report. |
| | Disclose Scope 1, Scope 2 and, if appropriate, Scope 3 greenhouse gas (GHG) emissions, and the related risks. | Please see "Key Metrics: GHG Emissions" on pages 145-147 of this report. |
| | Describe the targets used by the organization to manage climate-related risks and opportunities and performance against targets. | Please see "Decarbonization at Tesla" on pages 37-46 of this report. Please see "TCFD: Physical Climate Risk Assessment" on page 11 of this report. |

Exhibit 11 to Decl. of James Burton
541

Impact Report 2023     Appendix

143

## SASB

| Topic | Accounting Metric | Response |
|---|---|---|
| Product Safety | Percentage of models rated by NCAP programs with overall 5-star safety ratings, by region. | Please see pages 61–70 for our discussion of vehicle safety. Please see page 83 for specifics related to our 5-star safety ratings. |
| | Number of safety-related defect complaints, percentage investigated. | Tesla reviews 100% of NHTSA VOQ complaints filed for any and all Tesla vehicles produced. |
| | Number of vehicles recalled (percentage conducted with OTA software update*). | Number of U.S. recalls in 2023 (how many of those were software only): 13 (46%) / Number of U.S. vehicles affected in 2023 (how many of those were software only): 2,690,571 (99%) / Number of Global recalls in 2023 (how many of those were software only): 17 (41%) / Number of Global vehicles affected in 2023 (how many of those were software only): 5,739,212 (99%) |
| Labor Practices | Percentage of active workforce covered under collective bargaining agreements. | No Tesla employees in the U.S. are covered by a collective bargaining agreement. Some Tesla employees outside of the U.S. are covered by collective bargaining agreements only to the extent required by law. |
| | (1) Number of work stoppages and (2) total days idle. | 0/0 |
| Fuel Economy and Use-Phase Emissions | Sales-weighted average passenger fleet fuel economy, by region. | Please see pages 28–30 for discussion/data. |
| | Number of (1) zero emission vehicles (ZEV), (2) hybrid vehicles and (3) plug-in hybrid vehicles sold. | Tesla only sells zero-emission vehicles. In 2023, we delivered 1,808,581 vehicles. |
| | Discussion of strategy for managing fleet fuel economy and emissions risks and opportunities. | Please see page 27 for a discussion on fleet fuel economy. Please see Sustainability Assessment on page 8 for a discussion on climate-related risks and opportunities. |
| Materials Sourcing | Description of the management of risks associated with the use of critical materials. | Please see Supply Chain section, pages 112–150. |
| Materials Efficiency and Recycling | Total amount of waste from manufacturing, percentage recycled. | Please see Key Metrics on page 148. |
| | Weight of end-of-life material recovered, percentage recycled. | We make the best effort to recycle every battery pack we can. Please see pages 50 for a discussion on our circular solutions programming. Please see page 39 for a discussion on our end-of-life methodology. Please see Key Metrics on page 149 for our 2022 and 2023 end of life emissions. |
| | Average recyclability of vehicles sold. | Please see page 50 for a discussion on our circular solutions programming. |
| Number of Vehicles Manufactured | | 1,845,985 |
| Number of Vehicles Sold | | 1,808,581 |

Exhibit 11 to Decl. of James Burton
542

Impact Report 2023          Appendix                                                              144

# United Nations SDG Alignment

The United Nations defined a blueprint of 17 sustainable development goals to meet the urgent environmental, social, political and economic challenges facing our world. We understand that companies can play a critical role in providing solutions to these challenges. Our mission to accelerate the world's transition to sustainable energy directly addresses some of these challenges—our products and services have helped to create industry demand for sustainable energy products.

In 2023, we conducted a sustainability assessment to determine strategic focus areas both material to the business and salient to the society and the environment (please see page 8 for more information). On the next page, we've mapped our focus areas to the most relevant Sustainable Development Goals (UN SDGs).

Exhibit 11 to Decl. of James Burton
543

Impact Report 2023          Appendix

## United Nations SDG Alignment Goals

| UN SDGs | Focus Areas |
|---|---|
| No Poverty | Responsible Sourcing |
| Zero Hunger | Child Labor & Forced Labor |
| Good Health and Well-Being | Waste Management & Recycling, Circularity<br>Product Quality & Safety<br>Responsible Sourcing |
| Quality Education | External Stakeholder Engagement |
| Gender Equality | Respectful Workplace & Equal Opportunities |
| Clean Water and Sanitation | Water Use & Management |
| Affordable and Clean Energy | Inclusive Energy Transition |
| Decent Work and Economic Growth | Product Quality & Safety<br>Responsible Sourcing<br>Grievance Mechanisms & Access to Remedy<br>Responsible Data & Cybersecurity<br>Responsible AI<br>Inclusive Energy Transition<br>Occupational Health & Safety<br>Talent Management & Employee Wellbeing<br>Employee Engagement<br>External Stakeholder Engagement<br>Respectful Workplace & Equal Opportunities |
| Industry, Innovation and Infrastructure | Government Relations Policy |

| UN SDGs | Focus Areas |
|---|---|
| Reduced Inequalities | Government Relations Policy<br>Inclusive Energy Transition |
| Sustainable Cities and Communities | Talent Management and Employee Wellbeing |
| Responsible Consumption and Production | Waste Management & Recycling, Circularity<br>Air Quality & Reducing Toxic Emissions<br>Product Quality & Safety<br>Responsible Data & Cybersecurity<br>Responsible AI<br>Occupational Health & Safety |
| Climate Action | Biodiversity<br>Climate Change & Risk Management<br>Renewable Energy & Energy Efficiency<br>Inclusive Energy Transition |
| Life Below Water | Biodiversity<br>Waste Management & Recycling, Circularity |
| Life on Land | Waste Management & Recycling, Circularity |
| Peace, Justice and Strong Institutions | Business Ethics & Anti-Corruption<br>Government Relations Policy<br>Grievance Mechanisms & Access to Remedy<br>Child Labor & Forced Labor<br>Respectful Workplace & Equal Opportunities |
| Partnerships for the Goals | Government Relations Policy |

145

Exhibit 11 to Decl. of James Burton
544

Impact Report 2023        Appendix

146

# Key Metrics

As we consistently monitor and refine our carbon footprint reporting, it's inevitable that we'll need to update emissions data from previous years. Our methodologies have only gotten more precise as we have been able to gather more real, granular, and regionalized data.

Please refer to the most recent Impact Report for accurate GHG emission figures for historical years.

## Scope 1 and Scope 2 GHG Emissions (mtCO₂e)

**2021**

| GHG Emissions (mtCO₂e) | Scope 1 | Scope 2 (Location Based) |
| --- | --- | --- |
| Manufacturing + Support | 124,000 | 342,000 |
| SSD | 31,000 | 35,000 |
| Other | 30,000 | 26,000 |
| Totals | 185,000 | 403,000 |
| | | 588,000 |

**2022**

| GHG Emissions (mtCO₂e) | Scope 1 | Scope 2 (Location Based) |
| --- | --- | --- |
| Manufacturing + Support | 148,000 | 305,000 |
| SSD | 27,000 | 74,000 |
| Other | 27,000 | 29,000 |
| Totals | 202,000 | 408,000 |
| YoY Manufacturing GHG Emissions (mtCO₂e/vehicle) | -29% | |

**2023**

| GHG Emissions (mtCO₂e) | Scope 1 | Scope 2 (Location Based) |
| --- | --- | --- |
| Manufacturing + Support | 151,000 | 331,000 |
| SSD | 29,000 | 98,000 |
| Other | 31,000 | 37,000 |
| Totals | *211,000 | *466,000 |
| YoY Manufacturing GHG Emissions (mtCO₂e/vehicle) | -10% | |
| | | 677,000 |

*Third-party assurance provider performed an attest engagement on the Scope 1 and 2 GHG emission totals but did not evaluate emissions by attribute.
Please see the assurance letter at the end of this report.

Exhibit 11 to Decl. of James Burton
545

Case 2:24-cv-00801-ODW-PVC    Document 89-17    Filed 04/07/25    Page 148 of 161
Page ID #:8619

Impact Report 2023    Appendix

147

# Scope 3 GHG Emissions (mtCO₂e)

| Scope 3 Categories | 2023 GHG Emissions (mtCO₂e) | 2022 GHG Emissions (mtCO₂e) |
|---|---|---|
| Category 1 | 39,020,000 | 30,701,000* |
| Category 2 | 4,490,000 | 4,267,000 |
| Category 3 | 247,000 | 227,000 |
| Category 4 | 558,000 | 557,000 |
| Category 5 | 255,000 | 478,000 |
| Category 6 | 53,000 | 37,000 |
| Category 7 | 389,000 | 608,000 |
| Category 8 | 75,000 | 77,000 |
| Category 9 | 314,000 | 389,000* |
| Category 11 | 3,207,000 | 3,409,000 |
| Category 12 | 766,000 | 421,000 |

*Restated 2022 values are due to increase in data sources capability.

Exhibit 11 to Decl. of James Burton
546

**SER 742**

Impact Report 2023     Appendix     148

# Key Metrics

**Vehicle Safety**

| Number of Vehicular Accidents Per Million Miles Driven (2022) | 2023 | 2022 | 2021 |
|---|---|---|---|
| Autopilot Engaged | 0.18 | 0.18 | |
| FSD Engaged | 0.21 | 0.31 | |
| No Active Safety | 0.81 | 0.68 | |
| Total US Vehicle Fleet | 1.49 | 1.53 | |

**Health & Safety**

| | 2023 | 2022 | 2021 |
|---|---|---|---|
| ASTM Level One Rate | 2.51 | 2.86 | 3.57 |
| Fatalities | 1* | 0 | 1 |

*Unfortunately, Tesla experienced an employee fatality in China in February of 2023.

**Uptime of Tesla Supercharger Sites**

| Uptime of Supercharger Sites* | 2023 | 2022 | 2021 |
|---|---|---|---|
| Uptime | 99.97% | 99.95% | 99.96% |

*Uptime of Supercharger sites reflects the average percentage of sites globally that had at least 50% of their daily capacity functional for the year.

**Energy Consumption (kWh)**

| | 2023 |
|---|---|
| Electricity Consumption (non-renewable) | 1,129,864,000 |
| Electricity Consumption (renewable) | 420,083,000 |
| Fuel Consumption | 1,029,221,000 |

**Waste Generated in Manufacturing (metric tons)**

| | 2023 | 2022* | 2021 |
|---|---|---|---|
| Recycled Hazardous Waste | 6,273 | 6,641 | 13,092 |
| Recycled Non-Hazardous Waste | 347,304 | 286,518 | 230,916 |
| Disposed Hazardous Waste | 4,345 | 20,471 | 18,599 |
| Disposed Non-Hazardous Waste | 29,307 | 38,737 | 14,244 |
| Incinerated Hazardous Waste | 7,567 | n/a | n/a |
| Incinerated Non-Hazardous Waste | 2,415 | n/a | n/a |
| Total | 397,211 | 352,366 | 276,851 |
| YoY Reduction Total Waste/Vehicle | -6.3% | -5.42% | |

Waste numbers have previously been reported in short tons—all numbers have been stated (for 2021 and 2022, restated) in metric tons and will be reported here on out in metric tons.

*Restated 2022 values are due to increase in data accuracy capability.

**Water Withdrawal for Manufacturing (cubic meters)**

| | 2023 | 2022 | 2021 |
|---|---|---|---|
| Total Freshwater Withdrawal | 3,871,927 | 3,363,398 | 2,874,904 |
| YoY Reduction Total Water/Vehicle | -2.4% | -15% | |

Exhibit 11 to Decl. of James Burton
547

Impact Report 2023        Appendix

149

# Average Lifecycle Emissions

**United States (g CO₂e/mi)**

| Model 3/Y (Standard Range RWD) | Manufacturing Phase & Supply Chain | Use Phase | Total |
|---|---|---|---|
| Personal Use (solar charged) | 72 | 0 | 72 |
| Personal Use (grid charged) | 62 | 54 | 116 |
| ICE | 48 | 397 | 445 |

**Europe**

| Model 3/Y (Standard Range RWD) | Manufacturing Phase & Supply Chain | Use Phase | Total |
|---|---|---|---|
| Personal Use (solar charged) | 114 | 0 | 114 |
| Personal Use (grid charged) | 103 | 37 | 139 |
| ICE | 64 | 396 | 459 |

**China (g CO₂e/mi)**

| Model 3/Y (Standard Range RWD) | Manufacturing Phase & Supply Chain | Use Phase | Total |
|---|---|---|---|
| Personal Use (solar charged) | 114 | 0 | 114 |
| Personal Use (grid charged) | 103 | 129 | 231 |
| ICE | 65 | 400 | 466 |

| United States (kgCO₂e/kWh) | Manufacturing Phase & Supply Chain | | |
|---|---|---|---|
| Megapack 2XL* | 114 | | |

**New York (g CO₂e/mi)**

| Model 3/Y (Standard Range RWD) | Manufacturing Phase & Supply Chain | Use Phase | Total |
|---|---|---|---|
| Personal Use (solar charged) | 72 | 0 | 72 |
| Personal Use (grid charged) | 62 | 46 | 108 |
| ICE | 48 | 397 | 445 |

**France (g CO₂e/mi)**

| Model 3/Y (Standard Range RWD) | Manufacturing Phase & Supply Chain | Use Phase | Total |
|---|---|---|---|
| Personal Use (solar charged) | 114 | 0 | 114 |
| Personal Use (grid charged) | 103 | 11 | 113 |
| ICE | 64 | 396 | 459 |

**Sichuan Province (g CO₂e/mi)**

| Model 3/Y (Standard Range RWD) | Manufacturing Phase & Supply Chain | Use Phase | Total |
|---|---|---|---|
| Personal Use (solar charged) | 114 | 0 | 114 |
| Personal Use (grid charged) | 103 | 32 | 134 |
| ICE | 65 | 400 | 466 |

*Use phase emissions from our energy storage systems calculations are in progress, including development of methodologies and the refining of real-time data.

Exhibit 11 to Decl. of James Burton
548

Impact Report 2023        Appendix                                                                    150

# Awards and Certifications

## EHS Awards

- Tesla Global Energy—The National Safety Council Innovation Award Runner Up for the creation and implementation of the leadership engagement tool used to verify and validate essential safeguards
- Gigafactory Texas—Austin Water Excellence in pretreatment Award
- Fremont Factory—True CBCI Gold Certified zero waste
- Gigafactory Shanghai—UL 2999 Zero Waste to Landfill Platinum Award
- Gigafactory Shanghai—China National Green Factory Award
- Fremont Factory—Certificate of Merit Award–Union Sanitary District for "exceeding USD's standards for compliance, working in a collaborative relationship with USD's Environmental Compliance team, and working with USD in protecting our communities and SF Bay"

## Certifications

- Gigafactory Nevada, Gigafactory New York, Gigafactory Shanghai—ISO 14001 and ISO 45001 certified
- Tesla, Inc. Information Security, Cybersecurity, and Privacy Protection ISO/IEC 27001 certified
- Australia Energy–EHS management system certification from the OFSC, Office of the Federal Safety Commission

Exhibit 11 to Decl. of James Burton
549

**SER 745**

Impact Report 2023        Appendix

## Diversity EEO-1 Table

*Data only includes U.S. employees (Active/On Leave as of 12/31/2022) who identified their Gender as Male or Female, and also identified Race in their profile

| Job Categories | Total | | | | | | | | Male | | | | | | | | Female | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | White | Hispanic or Latino | Black or African American | Native Hawaiian | Asian | American Indian | Two or More Races | Overall Totals | White | Hispanic or Latino | Black or African American | Native Hawaiian | Asian | American Indian | Two or More Races | Total Male | White | Hispanic or Latino | Black or African American | Native Hawaiian | Asian | American Indian | Two or More Races | Total Female |
| Service Workers | 33% | 30% | 14% | 3% | 13% | 2% | 4% | 100% | 24% | 19% | 8% | 3% | 11% | 1% | 3% | 69% | 9% | 12% | 6% | 0% | 2% | 0% | 1% | 31% |
| Laborers & Helpers | 29% | 44% | 13% | 3% | 5% | 0% | 6% | 100% | 28% | 42% | 12% | 2% | 4% | 0% | 5% | 92% | 2% | 2% | 1% | 0% | 1% | 0% | 1% | 8% |
| Operatives | 18% | 38% | 22% | 3% | 14% | 2% | 5% | 100% | 13% | 26% | 15% | 2% | 10% | 1% | 3% | 71% | 4% | 11% | 6% | 1% | 4% | 0% | 2% | 29% |
| Craft Workers | 39% | 41% | 8% | 2% | 7% | 1% | 5% | 100% | 38% | 40% | 8% | 2% | 6% | 1% | 3% | 98% | 1% | 1% | 1% | 0% | 0% | 0% | 0% | 2% |
| Administrative Support | 42% | 28% | 10% | 1% | 14% | 1% | 5% | 100% | 23% | 20% | 6% | 1% | 10% | 0% | 3% | 69% | 13% | 8% | 3% | 0% | 5% | 0% | 2% | 31% |
| Sales Workers | 39% | 28% | 13% | 1% | 13% | 1% | 6% | 100% | 23% | 19% | 9% | 1% | 9% | 1% | 4% | 71% | 10% | 9% | 4% | 0% | 4% | 0% | 2% | 29% |
| Technicians | 32% | 36% | 8% | 2% | 17% | 1% | 4% | 100% | 30% | 32% | 7% | 2% | 14% | 1% | 4% | 90% | 2% | 3% | 1% | 0% | 2% | 0% | 0% | 10% |
| Professionals | 40% | 13% | 3% | 0% | 39% | 0% | 3% | 100% | 32% | 10% | 2% | 0% | 29% | 0% | 2% | 77% | 8% | 3% | 1% | 0% | 11% | 0% | 1% | 23% |
| First/Mid Officials & Mgrs | 47% | 23% | 7% | 2% | 17% | 1% | 3% | 100% | 39% | 19% | 6% | 2% | 13% | 1% | 2% | 82% | 8% | 4% | 2% | 0% | 4% | 0% | 1% | 18% |
| Exec/Sr. Officials & Mgrs | 55% | 7% | 3% | 0% | 33% | 1% | 3% | 100% | 44% | 7% | 2% | 0% | 27% | 1% | 1% | 82% | 11% | 0% | 1% | 0% | 6% | 0% | 1% | 18% |
| Total | 29% | 32% | 13% | 2% | 18% | 1% | 4% | 100% | 24% | 25% | 10% | 2% | 14% | 1% | 3% | 77% | 5% | 7% | 4% | 0% | 5% | 0% | 1% | 23% |

151

Exhibit 11 to Decl. of James Burton
550

Impact Report 2023    Management Assertion

152

pwc

# Report of Independent Accountants

To the Board of Directors of Tesla Inc.

We have reviewed the accompanying management assertion of Tesla, Inc. (Tesla) that the greenhouse gas (GHG) emissions metrics for the year ended December 31, 2023, in management's assertion are presented in accordance with the assessment criteria set forth in management's assertion. Tesla's management is responsible for its assertion and for the selection of the criteria, which management believes provide an objective basis for measuring and reporting on the GHG emissions metrics. Our responsibility is to express a conclusion on management's assertion based on our review.

Our review was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants (AICPA) in AT-C section 105, Concepts Common to All Attestation Engagements, and AT-C section 210, Review Engagements. Those standards require that we plan and perform the review to obtain limited assurance about whether any material modifications should be made to management's assertion in order for it to be fairly stated. The procedures performed in a review vary in nature and timing from, and are substantially less in extent than, an examination, the objective of which is to obtain reasonable assurance about whether management's assertion is fairly stated, in all material respects, in order to not to express an opinion. Accordingly, we do not express such an opinion.

Because of the limited nature of the engagement, the level of assurance obtained in a review is substantially lower than the assurance that would have been obtained had an examination been performed. We believe that the review evidence obtained is sufficient and appropriate to provide a reasonable basis for our conclusion.

We are required to be independent and to meet our other ethical responsibilities in accordance with relevant ethical requirements related to the engagement.

The firm applies the Statements on Quality Control Standards established by the AICPA.

The procedures we performed were based on our professional judgment. In performing our review, we performed inquiries, performed tests of mathematical accuracy of computations on a sample basis, read relevant policies to understand terms related to relevant information about the GHG emissions metrics, reviewed supporting documentation in regard to the completeness and accuracy of the data in the GHG emissions metrics on a sample basis, and performed analytical procedures.

GHG emissions quantification is subject to significant inherent measurement uncertainty because of such things as GHG emissions factors that are used in mathematical models to calculate GHG emissions, and the inability of these models, due to incomplete scientific knowledge and other factors, to accurately measure under all circumstances the relationship between various inputs and the resultant GHG emissions. Environmental and energy use data used in GHG emissions calculations are subject to inherent limitations, given the nature and the methods used for measuring such data. The selection by management of different but acceptable measurement techniques could have resulted in materially different amounts or metrics being reported.

As discussed in management's assertion, Tesla has estimated GHG emissions for certain emissions sources for which no primary usage data is available.

Based on our review, we are not aware of any material modifications that should be made to Tesla's management assertion in order for it to be fairly stated.

PricewaterhouseCoopers LLP

San Jose, California
April 25, 2024

Exhibit 11 to Decl. of James Burton
551

**SER 747**

Impact Report 2023         Management Assertion                                                                    153

# Management Assertion
## Scope 1 & 2 GHG Emissions

### Overview

With respect to the greenhouse gas (GHG) emissions
metrics for the year ended December 31, 2023,
presented in table 2 below, which are also included in
this Tesla Impact Report 2023 as identified by the "**"
symbol, management of Tesla, Inc. (Tesla) asserts that
the GHG emissions metrics are presented in accordance
with the assessment criteria set forth below.

Management is responsible for the selection of the
criteria, which management believes provide an
objective basis for measuring and reporting on the GHG
emissions metrics, and for the completeness, accuracy,
and validity of the GHG emissions metrics. Tesla's GHG
emissions are rounded up to the nearest thousand.

### Organizational Boundary

Tesla uses the operational control approach to account for
and report its global Scope 1 and Scope 2 GHG emissions.
This includes sites engaged in manufacturing; sales,
service, and delivery; and other activities described below.
Data Centers (leased locations that house Tesla computer
systems and associated components), Superchargers
(electric vehicle fast charging stations), and beginning in
2023, malls (leased retail storefront within shopping malls
for Tesla products) are not included in our boundary as
Tesla determined they do not have operational control over
emissions from these sites. Data for new or acquired sites
are included once the site has been operating for at least a
year at the beginning of the reporting period. Conversely,
sites that closed or ceased operations during the reporting
period are not included in Tesla's organizational boundary.

Exhibit 11 to Decl. of James Burton
552

**SER 748**

Impact Report 2023    Management Assertion

154

# Management Assertion
## Scope 1 & 2 GHG Emissions

Table 1: Description of Tesla Sites

| Site Type | Site Activities |
| --- | --- |
| Manufacturing | • Manufacture Tesla products, including vehicles, Superchargers, solar tiles, and energy storage products.<br>• Support manufacturing through the design and manufacture of equipment and tools used at manufacturing sites or by storing manufacturing materials, parts, or finished products. |
| Sales, Service, and Delivery (SSD) | • Sell products, provide vehicle service, store parts for vehicle service, and deliver vehicles. |
| Other | • Conduct research & development, administration, energy product warehousing and deployment, and other mixed-use warehousing. |

Table 2: Metrics – GHG Emissions

| GHG Emissions and Assessment Criteria [1,2,3] | Quantity |
| --- | --- |
| Scope 1 GHG Emissions[4]<br>Direct GHG emissions occurring from stationary combustion, mobile combustion, refrigerant losses, and process emissions. | 211,000 Metric Tons CO₂e |
| Scope 2 GHG Emissions (location-based)[5]<br>Indirect GHG emissions from the generation of electricity and district heating purchased by Tesla for site operations. | 466,000 Metric Tons CO₂e |

Exhibit 11 to Decl. of James Burton
553

Impact Report 2023          Management Assertion

155

# Management Assertion
## Scope 1 & 2 GHG Emissions

### GHG Emissions Disclosure

(1) Tesla considers the principles and guidance of the World Resources Institute (WRI) and the World Business Council for Sustainable Development's (WBCSD) Greenhouse Gas Protocol Initiative's A Corporate Accounting and Reporting Standard, Revised Edition, and GHG Protocol Scope 2 Guidance, An Amendment to the GHG Protocol Corporate Standard (together the "GHG Protocol") to guide the criteria to assess, calculate and report GHG emissions.

(2) GHG emissions quantification is subject to significant inherent measurement uncertainty because of such things as GHG emissions factors that are used in mathematical models to calculate GHG emissions, and the inability of these models, due to incomplete scientific knowledge and other factors, to accurately measure under all circumstances the relationship between various inputs and the resultant GHG emissions. Environmental and energy use data used in GHG emissions calculations are subject to inherent limitations, given the nature and the methods used for measuring such data. The selection by management of different but acceptable measurement techniques could have resulted in materially different amounts or metrics being reported.

(3) Carbon dioxide equivalent (CO₂e) emissions are inclusive of carbon dioxide (CO₂), nitrous oxide (N₂O), methane (CH₄), and industrial gases such as hydrofluorocarbons (HFCs) and sulfur hexafluoride (SF₆), Perfluorocarbons (PFCs) and nitrogen trifluoride (NF₃) are not emitted by Tesla's sites. Emissions data by individual gas is not disclosed as a majority of CO₂e in Table 1 relates to CO₂. These carbon dioxide equivalent emissions utilize Global Warming Potentials (GWPs) defined by the Intergovernmental Panel on Climate Change's (IPCC) Fifth Assessment Report (AR6 – 100 year), unless a different Assessment Report is already embedded in the emission factor source. Carbon dioxide equivalent emissions are calculated by multiplying actual or estimated energy and fuel usage, refrigerant gas loss or process emissions by the relevant emission factor and GWP. All emission factors are updated annually where applicable.

Exhibit 11 to Decl. of James Burton
554

Impact Report 2023    Management Assertion    158

# Management Assertion
# Scope 1 & 2 GHG Emissions

## GHG Emissions Disclosure

(4) **Related to Scope 1 GHG emissions:**

**a.** Stationary combustion (natural gas):
- Combustion from stationary equipment and machinery.
- Global natural gas usage data was collected from monthly utility invoices obtained from third-party providers.
- If usage data was not available, Tesla estimated the natural gas usage by determining an annual natural gas usage rate per square foot based on actual 2023 monthly natural gas usage data for sites in a similar geographic location and type of site. This rate was then multiplied by the square footage of the site building space.
- Emission factors: United States (U.S.) Environmental Protection Agency (EPA) Emission Factors for Greenhouse Gas Inventories 2023.

**b.** Stationary and mobile combustion (propane, diesel, and gasoline):
- Combustion from emergency and portable generators, powered industrial vehicles (e.g., forklifts), temporary space heaters, and other portable equipment (e.g., landscaping equipment).
- Propane, diesel, and gasoline usage data was collected from invoices and fuel reports obtained from third-party providers.
- Emission factors: U.S. EPA Emission Factors for Greenhouse Gas Inventories 2023.

**c.** Emissions from refrigerant loss to the atmosphere:
- Fugitive emissions from refrigeration, air conditioning, or similar equipment resulting from leakage and service over the operational life of the equipment.
- Loss data was collected from invoices and vendor reports for refrigerant refills purchased and/or installed.
- Emission factors from refrigerant loss: U.S. EPA Emission Factors for Greenhouse Gas Inventories 2023; United Kingdom (UK): UK database published by the Department for Environment Food & Rural Affairs (DEFRA) 2023; IPCC Fifth Assessment Report 2013.

**d.** Fleet mobile combustion (diesel and gasoline):
- Combustion from the operation of Tesla's on-road and non-road vehicles.
- Diesel and gasoline usage (volume) was collected from fuel cards issued by Tesla's fleet management partner. Vehicle miles driven by Tesla on-road vehicles was collected from odometer readings and real time telemetrics on each vehicle.
- Tesla classified vehicles by type: diesel medium and heavy-duty vehicles, gasoline passenger cars, gasoline light-duty trucks, gasoline heavy-duty vehicles, and non-road
- Industrial/commercial equipment. Temporary light duty fleet additions for operational use were categorized as 'other', for which only $CO_2$ emissions are calculated, because Tesla does not have detailed information on what type of vehicles were rented and miles driven.
- $CO_2$ emissions were calculated by multiplying the relevant emission factor by the volume of diesel and gasoline used by Tesla's on-road and non-road vehicles for the year ended December 31, 2023.

Exhibit 11 to Decl. of James Burton
555

Impact Report 2023          Management Assertion

157

# Management Assertion
## Scope 1 & 2 GHG Emissions

**GHG Emissions Disclosure**

- CH₄ and N₂O emissions were calculated by multiplying the relevant emission factor (depending on vehicle type and age) by the miles driven by Tesla's on-road vehicles, and by the volume of diesel and gasoline used by Tesla's non-road vehicles for the year ended December 31, 2023.
- Emission factors: U.S. EPA Emission Factors for Greenhouse Gas Inventories 2023.

e. Process emissions:
- Lithium-ion battery cell recycling:
  - Emissions from processing manufacturing scrap lithium-ion cells at the Gigafactory Nevada cell recycling site.
  - The concentration of CO₂ and CH₄ in emissions (emission rates) were measured during two emissions source tests. GHG emissions were calculated by multiplying the quantity of manufacturing scrap processed, as recorded by the recycling plant operations team, by the CO₂ and CH₄ emission rates developed based on the emissions source tests.

- Emission of CO₂ resulting from cleaning plastic parts with liquid CO₂:
  - CO₂ emissions were assumed to equal the mass of liquid CO₂ used in the cleaning process as measured by liquid CO₂ sensors on the tank.
- Combustion of volatile organic compounds (VOCs) emitted to thermal oxidizers at manufacturing sites:
  - The quantity of VOCs emitted to thermal oxidizers was estimated by calculating the potential to emit or by a continuous emissions monitoring system.
  - The CO₂ equivalent emissions were calculated using the number of carbon atoms in the VOCs, the molecular weight and the mass of the VOC exhausted to the thermal oxidizers and multiplied by the destruction efficiency of the thermal oxidizer.

f. Estimated emissions from the sources above account for approximately 3.8% of Scope 1 GHG emissions.

g. Excluded Scope 1 GHG emissions: Tesla excluded the following sources of GHG emissions, which are estimated to represent less than 1 percent of Tesla's reported Scope 1 GHG emissions:
- GHG emissions from emergency stabilization of damaged and potentially damaged lithium-ion cells.
- GHG emissions resulting from the chemical reaction of two-part polyurethane foam adhesives.
- GHG emissions resulting from oxy-acetylene welding used to maintain sites and equipment.

Exhibit 11 to Decl. of James Burton
556

Impact Report 2023        Management Assertion

157

# Management Assertion
## Scope 1 & 2 GHG Emissions

### GHG Emissions Disclosure

⑤ Related to Scope 2 GHG emissions (location-based):

- GHG emissions from the generation of electricity purchased by Tesla for site operations. For sites that include Superchargers, Tesla did not include electricity procured for customer use through the Supercharger stations as those emissions are included in Scope 3, Category 11 Use of Sold Products. For purchased electricity relative to Data Centers, those emissions are included in Scope 3, Category 8 Upstream Leased Assets.
- Global electricity usage data was collected from monthly utility invoices obtained from third-party providers.

- If monthly usage data was not available:
  - For sites with less than 12 months of usage data, Tesla estimated the electricity usage by extrapolating the average consumption for the available months in the reporting period.
  - Tesla estimated the electricity usage by determining an annual electricity usage rate per area based on 2023 monthly electricity usage data for sites in a similar geographic location and type of site. This rate was then multiplied by the area of the site building space.
  - If cost data was available without the associated usage, Tesla used local unit costs to calculate usage.
- District Heating usage data was collected from invoices obtained from third-party providers. If usage data was not available, Tesla estimated the usage by extrapolating the average consumption for the available months. If no data was reported, usage was based on sites in a similar geographic location and type of site.

- The WRI and WBCSD issued additional guidance for Scope 2 emissions in 2015 (in GHG Protocol Scope 2 Guidance, An Amendment to the GHG Protocol Corporate Standard), which sets forth reporting under both location-based and market-based methodologies, where the prior version of the GHG Protocol only addressed a location-based methodology. The location-based method applies average emission factors that correspond to the grid where the consumption occurs, whereas the market-based method applies emission factors that correspond to energy purchased through contractual instruments. Where contractual instruments were not purchased, the market-based emission factors represent either the residual mix, where available, or the location grid-average factors. This management assertion only includes Tesla's location-based Scope 2 GHG emissions as Tesla is continuing to implement its processes to measure and report its market-based Scope 2 GHG emissions.

Exhibit 11 to Decl. of James Burton
557

**SER 753**

Impact Report 2023          Management Assertion

158

# Management Assertion
## Scope 1 & 2 GHG Emissions

GHG Emissions Disclosure

- Emission factors:
  - Electricity:
    - Canada: Environment Canada. 2023 National Inventory report: greenhouse gas sources and sinks in Canada.
    - U.S.: U.S. EPA Emission Factors for Greenhouse Gas Inventories 2023.
    - Shanghai: Shanghai Municipal Bureau of Ecology and Environment 2022.
    - China: China Regional Power Grids 2022.
    - All other countries: International Energy Agency (IEA) Emissions Factors 2023.
  - District Heating: U.S. EPA Emission Factors for Greenhouse Gas Inventories 2023.
- Estimated emissions from the source above account for approximately 8.8% of Scope 2 GHG emissions.

Exhibit 11 to Decl. of James Burton
558

Impact Report 2023          Feedback

159

# Feedback on This Report

Tesla aspires to do the right thing, and we are constantly looking for ways to do better. If you have suggestions about how our company can improve in any way, feel free to send your ideas to impactreport@tesla.com.

The statements made in this report speak only as of the date on which they are made. We do not assume any obligation to update or revise any statements, whether as a result of new information, future events or otherwise, except as required by law.



Exhibit 11 to Decl. of James Burton
559

# Exhibit 6
# to Declaration of James Burton

# Sustainability Vision and Goals, UHHC

Exhibit 6 to Decl. of James Burton
379
**SER 756**

**Sustainability Commitment**

Vision & Goals (/Articles/Sustainability /Vision-Goals-198/)

Our History - The U-Haul Story (/Articles/Sustainability /Our-History-The-U-Haul-Story-376/)

News and Recognition (/Articles/Sustainability /News-And-Recognition-350/)

**Initiatives and Innovations**

Truck and Trailer Sharing (/Articles/Sustainability /Truck-And-Trailer-Sharing-11582/)

Box sharing and green products (/Articles/Sustainability /Box-Sharing-And-Green-Products-112/)

Neighborhood Dealerships (/Articles/Sustainability /Neighborhood-Dealerships-364/)

Technology & Efficiency (/Articles/Sustainability /Technology-Efficiency-363/)

Reuse Programs (/Articles/Sustainability

Home (https://www.uhaul.com/) ›

Sustainability (https://www.uhaul.com/Sustainability/)    ›    Vision & Goals

# Vision & Goals

## Our Vision

At U-Haul, we are committed to sustainability through environmental protection, social responsibility and economic efficiency.  We embrace our responsibility to act as a good corporate citizen by continually improving the sustainable performance of our products, services and activities.  We work to meet the needs of the  people today without  diminishing the ability of future generations to meet their own needs.

## Our Strategies

The long-term success of U-Haul depends on our ability to integrate corporate sustainability and citizenship into our core business. This company was founded on the fundamental philosophy that "the division of use and specialization of ownership" was good for both our customers and the environment. The rental sharing concept is one of conscientious management of the Earth's resources, while making these resources available to the Earth's inhabitants. Our sustainability practice is to increase the shared use of our resources and promote sustainable local communities by helping more families move with U-Haul products and services.

We are accountable to our customers, employees, and all other stakeholders in the communities in which we live and serve. Our commitment to corporate social responsibility is consistent with long-established U-Haul Core Value Beliefs: *We work at never forgetting that our quality self-move, self-storage and closely related services and products are to improve human lives.* U-Haul is committed to integrating responsible environmental practices into our daily operations in a manner that delivers leading environmental, health and safety performance.

We remain committed to sustainability leadership through product and service innovation, creating mutual benefits for society and the long-term health of the Company. Since 1945, the U-Haul System has recognized the importance of operating with economy and effectiveness (E&E). More than 40 years ago, we began encouraging our customers to evaluate cost, not just price. "E&E" and "lowest cost" are concepts integral to corporate sustainability. It is our Primary Service Objective *to provide a better and better product and service to more and more people at a lower and lower cost.*

## Our Goals

We believe the primary responsibility of U-Haul is to develop products and services to help people move and store their household and commercial goods in an economically, environmentally and socially responsible manner. To accomplish this, we:

Exhibit 6 to Decl. of James Burton

380

**SER 757**

/Reuse-Programs-368/)

**Environmental, Health and Safety Policy (/Articles/Sustainability /Environmental-Health- And-Safety-Policy-76/)**

## Partnerships

**Arizona Forward (/Articles/Sustainability /Arizona-Forward-874/)**

**Tree Planting Partnerships (/Articles/Sustainability /Tree-Planting- Partnerships-369/)**

**National League of Cities (/Articles/Sustainability /National-League-Of- Cities-356/)**

## Company Info

U-Haul International
2727 N. Central Ave.
Phoenix, AZ 85004

sustainability@uhaul.com (mailto:sustainability@uhaul.com? cc=allan_yang@uhaul.com;alexis_spell@uhaul.com)

**Dr. Allan Yang**

Chief Sustainability Officer and Scientist

**Alexis Spell**

Sustainability Community Advocate

- Continually improve the environmental, social, and economic performance of our products, services and activities.
- Pursue proactive solutions to pollution prevention, energy conservation and waste reduction in accordance with our principles to reduce, adaptively-reuse and recycle materials.
- Provide a safe, healthy and supportive environment that helps build a high-performing, diverse workforce.
- Integrate environmentally-friendly technologies and innovations into product and service lifecycle management.
- Develop and implement comprehensive climate-change strategies to manage and mitigate our greenhouse gas (GHG) emissions.
- Promote sustainable local communities through operational responsibility, social investment, and philanthropic programs in accordance with our principles of availability, accessibility, affordability, and accountability.
- Enhance stakeholder engagement through active and effective communications to our customers, employees, dealers, shareholders, governments and communities, and business partners and suppliers.

We conduct business in a sustainable manner. We owe it to our children and grandchildren to take the long-term view of our operations, not just the quarterly or annual profit and loss statement. Short-term gains may result in long-term losses, both in terms of profitability and in terms of future generations being able to meet their needs. How carefully we utilize the resources, tools, equipment and facilities we have today determines our tomorrow.

Sustainability home (/About/Sustainability/)

More sustainability articles (/Archives/1/)

Exhibit 6 to Decl. of James Burton
381

**SER 758**

# Exhibit 1
# to Declaration of James Burton

# UHHC 2024 10-K

Exhibit 1 to Decl. of James Burton
21
SER 759



# U-HAUL HOLDING CO /NV/

## FORM 10-K
### (Annual Report)

## Filed 05/30/24 for the Period Ending 03/31/24

| | |
|---|---|
| Address | 5555 KIETZKE LANE STE 100 |
| | RENO, NV, 89511 |
| Telephone | 7756886300 |
| CIK | 0000004457 |
| Symbol | UHAL |
| SIC Code | 7510 - Services-Auto Rental and Leasing (No Drivers) |
| Industry | Ground Freight & Logistics |
| Sector | Industrials |
| Fiscal Year | 03/31 |

Powered By EDGAR Online
https://www.edgar-online.com

© Copyright 2025, EDGAR Online LLC, a subsidiary of OTC Markets Group. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online LLC, a subsidiary of OTC Markets Group, Terms of Use.

Exhibit 1 to Decl. of James Burton

# United States Securities and Exchange Commission
### Washington, D.C. 20549

# Form 10-K

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

For the fiscal year ended March 31, 2024

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934.

For the transition period from _____ to _____

Commission File Number 001-11255

| State or other jurisdiction of incorporation or organization | Registrant, State of Incorporation Address and Telephone Number | I.R.S. Employer Identification No. |
|---|---|---|
| Nevada | | 88-0106815 |

**U-HAUL HOLDING COMPANY**

**U-Haul Holding Company**

(A Nevada Corporation)

5555 Kietzke Lane, Ste. 100

Reno, Nevada 89511

Telephone (775) 688-6300

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of each exchange on which registered |
|---|---|---|
| Common stock, $0.25 par value | UHAL | New York Stock Exchange |
| Series N Non-Voting Common Stock, $0.001 par value | UHAL B | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.  Yes ☒  No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Securities Act.  Yes ☐ No ☒

Indicate by check mark whether the registrant  (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒  No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large Accelerated Filer ☒  Accelerated Filer ☐

Non-accelerated Filer ☐  Smaller Reporting Company ☐

Emerging Growth Company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐ No ☒

The aggregate market value of U-Haul Holding Company common stock held by non-affiliates on September 30, 2023 was $5,109,248,015. The aggregate market value was computed using the closing price for the common stock trading on NYSE on such date. Shares held by executive officers, directors and persons owning directly or indirectly more than 5% of the outstanding common stock have been excluded from the preceding number because such persons may be deemed to be affiliates of the registrant. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

19,607,788 shares of Common Stock, $0.25 par value, were outstanding as of May 29, 2024.

176,470,092 shares of Series N Non-Voting Common Stock, $0.001 par value, were outstanding as of May 29, 2024.

Documents incorporated by reference: portions of U-Haul Holding Company's definitive proxy statement for the 2023 annual meeting of stockholders, to be filed within 120 days after U-Haul Holding Company's fiscal year ended March 31, 2024, are incorporated by reference into Part III of this report.

Exhibit 1 to Decl. of James Burton

23

**SER 761**

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 2 |
| Item 1A. | Risk Factors | 7 |
| Item 1B. | Unresolved Staff Comments | 14 |
| Item 1C. | Cybersecurity | 14 |
| Item 2. | Properties | 15 |
| Item 3. | Legal Proceedings | 15 |
| Item 4. | Mine Safety Disclosures | 15 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 15 |
| Item 6. | [Reserved] | 17 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 18 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 44 |
| Item 8. | Consolidated Financial Statements and Supplementary Data | 45 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 45 |
| Item 9A. | Controls and Procedures | 45 |
| Item 9B. | Other Information | 49 |
| Item 9C. | Disclosure Regarding Foreign Jurisdictions that Prevent Inspections | 49 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 49 |
| Item 11. | Executive Compensation | 49 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 49 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 49 |
| Item 14. | Principal Accountant Fees and Services | 49 |
| **PART IV** | | |
| Item 15. | Exhibits; Financial Statement Schedules | 49 |
| Item 16. | Form 10-K Summary | 56 |

Exhibit 1 to Decl. of James Burton
24

### Cautionary Statement Regarding Forward-Looking Statements

This Annual Report contains "forward-looking statements" regarding future events and our future results of operations. We may make additional written or oral forward-looking statements from time to time in filings with the SEC or otherwise. We believe such forward-looking statements are within the meaning of the safe-harbor provisions of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). Such statements may include, but are not limited to:

- the risk associated with COVID-19 or similar events on system members or customers;
- the impact of the economic environment on demand for our products and the cost and availability of debt and capital;
- estimates of capital expenditures;
- plans for future operations, products or services, financing needs, and strategies; our perceptions of our legal positions and anticipated outcomes of government investigations and pending litigation against us;
- liquidity and the availability of financial resources to meet our needs, goals and strategies;
- plans for new business, storage occupancy, growth rate assumptions, pricing, costs, and access to capital and leasing markets;
- the impact of our compliance with environmental laws and cleanup costs;
- our beliefs regarding our sustainability practices;
- our used vehicle disposition strategy;
- the sources and availability of funds for our rental equipment and self-storage expansion and replacement strategies and plans;
- our plan to expand our U-Haul® storage affiliate program;
- that additional leverage can be supported by our operations and business;
- the availability of alternative vehicle manufacturers;
- the availability and economics of electric vehicles for our rental fleet;
- our estimates of the residual values of our equipment fleet;
- our plans with respect to off-balance sheet arrangements;
- our plans to continue to invest in the U-Box® program;
- the impact of interest rate and foreign currency exchange rate changes on our operations;
- the sufficiency of our capital resources;
- the sufficiency of capital of our insurance subsidiaries;
- inflationary pressures that may challenge our ability to maintain or improve upon our operating margin;
- our belief that we have the financial resources needed to meet our business plans;
- our belief that we will maintain a high level of real estate capital expenditures in fiscal 2025;
- expectations regarding the potential impact to our information technology infrastructure and on our financial performance and business operations of technology, cybersecurity or data security breaches, including any related costs, fines or lawsuits, and our ability to continue ongoing operations and safeguard the integrity of our information technology infrastructure, data, and employee, customer and vendor information, as well as assumptions relating to the foregoing;
- our ability to increase transaction volume and improve pricing, product, and utilization for self-moving equipment rentals;

1

Exhibit 1 to Decl. of James Burton

25

**SER 763**

- our ability to maintain or increase adequate levels of new investment for our truck fleet;

- our ability to complete current projects, increase occupancy in our existing portfolio of locations, and acquire new locations;

- our ability to expand our Life Insurance segment in the senior market;

- our ability to grow our agency force, expand our product offerings, and pursue business acquisition opportunities in our Life Insurance segment;

- our belief that fiscal 2025 investments will be funded largely through debt financing, external lease financing and cash from operations; and

- our plan to expand owned storage properties and our belief that such development projects will be funded through a combination of internally generated funds, corporate debt and with borrowings against existing properties as they operationally mature.

The words "believe," "expect," "anticipate," "plan," "may," "will," "could," "estimate," "project" and similar expressions identify forward-looking statements, which speak only as of the date the statement was made.

Forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified. Factors that could significantly affect results include, without limitation, the risk factors enumerated below under the heading "Risk Factors" and other factors described in this Annual Report or the other documents we file with the SEC. These factors, the following disclosures, as well as other statements in this Annual Report and in the Notes to Consolidated Financial Statements, could contribute to or cause such risks or uncertainties, or could cause our stock price to fluctuate dramatically. Consequently, the forward-looking statements should not be regarded as representations or warranties by us that such matters will be realized. We assume no obligation to update or revise any of the forward-looking statements, whether in response to new information, unforeseen events, changed circumstances or otherwise, except as required by law.

## PART I

### Item 1. Business

### Company Overview

We are North America's largest "do-it-yourself" moving and storage operator through our subsidiary U-Haul International, Inc. ("U-Haul"). U-Haul is synonymous with "do-it-yourself" moving and storage and is a leader in supplying products and services to help people move and store their household and commercial goods. Our primary service objective is to "provide a better and better product and service to more and more people at a lower and lower cost." Unless the context otherwise requires, the terms "U-Haul Holding Company," "Company," "we," "us," or "our" refer to U-Haul Holding Company, a Nevada corporation, and all of its legal subsidiaries, on a consolidated basis.

We were founded in 1945 as a sole proprietorship under the name "U-Haul Trailer Rental Company" and have rented trailers ever since. Starting in 1959, we rented trucks on a one-way and in-town basis exclusively through independent U-Haul® dealers. In 1973, we began developing our network of U-Haul® managed retail stores, through which we rent our trucks and trailers, self-storage units and portable moving and storage units and sell moving and self-storage products and services to complement our independent dealer network.

We rent our distinctive orange and white U-Haul® trucks and trailers, and orange door self-storage units, through a network of over 2,300 Company-operated retail moving stores and over 21,000 independent U-Haul® dealers. We also sell U-Haul® brand boxes, tape and other moving and self-storage products and services to "do-it-yourself" moving and storage customers at all of our distribution outlets and through our uhaul.com® website and mobile app.

We believe U-Haul® is the most convenient supplier of products and services addressing the needs of the United States and Canada's "do-it-yourself" moving and storage markets. Our broad geographic coverage throughout the United States and Canada and our extensive selection of U-Haul® brand moving equipment rentals, self-storage units, portable moving and storage units and related moving and storage products and services provide our customers with convenient "one-stop" shopping.

Since 1945, U-Haul® has incorporated sustainable practices into its everyday operations. We believe that our basic business premise of equipment sharing helps reduce greenhouse gas emissions and reduces the inventory of total large capacity vehicles. We continue to look for ways to reduce waste within our business and are dedicated to manufacturing

2

Exhibit 1 to Decl. of James Burton

26

**SER 764**

reusable components and recyclable products. We believe that our commitment to sustainability, through our products and services and everyday operations has helped us to reduce our impact on the environment.

Through Repwest Insurance Company ("Repwest") and ARCOA Risk Retention Group ("ARCOA"), our property and casualty insurance subsidiaries, we manage the property, liability and related insurance claims processing for U-Haul®. Oxford Life Insurance Company ("Oxford"), our life insurance subsidiary, sells life insurance, Medicare supplement insurance, annuities and other related products to the senior market.

**Available Information**

U-Haul Holding Company[SM] and U-Haul® are each incorporated in Nevada. The internet address for U-Haul is uhaul.com. On U-Haul Holding Company's investor relations website, investors.uhaul.com, we post the following filings as soon as practicable after they are electronically filed with or furnished to the United States Securities and Exchange Commission ("SEC"): our Annual Report on Form 10-K, our Quarterly Reports on Form 10-Q, our Current Reports on Form 8-K, proxy statements related to meetings of our stockholders, and any amendments to those reports or statements filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act. We also use our investor relations website as a means of disclosing material information and for complying with our disclosure obligations under Regulation FD. All such filings on our website are available free of charge. Additionally, you will find these materials on the SEC's website at sec.gov.

**Products and Rental Equipment**

Our customers are primarily "do-it-yourself" household movers. U-Haul® moving equipment is specifically designed, engineered and manufactured for the "do-it-yourself" household mover. These "do-it-yourself" movers include individuals and families moving their belongings from one home to another, college students moving their belongings, vacationers and sports enthusiasts needing extra space or having special towing needs, people trying to save on home furniture and home appliance delivery costs, and "do-it-yourself" home remodeling and gardening enthusiasts who need to transport materials.

As of March 31, 2024, our rental fleet consisted of approximately 188,700 trucks, 139,400 trailers and 43,700 towing devices. This equipment and our U-Haul® brand of self-moving products and services are available through our network of managed retail moving stores and independent U-Haul dealers. Independent U-Haul® dealers receive rental equipment from the Company, act as rental agents and are paid a commission based on gross revenues generated from their U-Haul® rentals.

Our rental truck chassis are engineered by domestic truck manufacturers. These chassis are joined with the U-Haul® designed and manufactured van boxes primarily at U-Haul® operated manufacturing and assembly facilities strategically located throughout the United States. U-Haul® rental trucks feature our proprietary Lowest Deck[SM], which provides our customers with extra ease of loading. The loading ramps on our trucks are the widest in the industry, which reduces the effort needed to move belongings. Our trucks are fitted with convenient rub rails with tie downs on every interior wall. Our Gentle Ride Suspension[SM] helps our customers safely move delicate and prized possessions. Also, the engineers at our U-Haul Technical Center determined that the softest ride in our trucks was at the front of the van box. Consequently, we designed the part of the van box that hangs over the front cab of the truck to be the location for our customers to place their most fragile items during their move. We call this area Mom's Attic®.

Our distinctive trailers are also manufactured at these same U-Haul® operated manufacturing and assembly facilities. These trailers are well suited to the low profile of many of today's newly manufactured automobiles, including electric vehicles. Our engineering staff is committed to making our trailers easy to tow, safe, aerodynamic and fuel efficient.

To provide our self-move customers with added value, our rental trucks and trailers are designed with fuel efficiency in mind. Many of our trucks are equipped with fuel economy gauges, another tool that assists our customers in conserving fuel. To help make our rental equipment more reliable, we routinely perform extensive preventive maintenance and repairs.

We also provide customers with equipment to transport their vehicles. We provide two towing options: auto transport, in which all four wheels are off the ground, and a tow dolly, in which the front wheels of the towed vehicle are off the ground.

To help our customers load their boxes and larger household appliances and furniture, we offer several accessory rental items. Our utility dolly has a lightweight design and is easy to maneuver. Another rental accessory is our four wheel dolly, which provides a large, flat surface for moving dressers, wall units, pianos and other large household items. U-Haul® appliance dollies provide the leverage needed to move refrigerators, freezers, washers and dryers easily and safely. These utility, furniture and appliance dollies, along with the low decks and the wide loading ramps on U-Haul® trucks and trailers, are designed for easy loading and unloading of our customers' belongings.

The total package U-Haul® offers to the "do-it-yourself" household mover doesn't end with trucks, trailers and accessory rental items. Our moving supplies include a wide array of affordably priced U-Haul® brand boxes, tape and packing materials. We also provide specialty boxes for dishes, computers, flat screen television and sensitive electronic equipment, as well as tape, security locks, and packing supplies. U-Haul® brand boxes are specifically sized to make loading easier.

3

---

Exhibit 1 to Decl. of James Burton

27

**SER 765**

We estimate that U-Haul is North America's largest seller and installer of hitches and towing systems. In addition to towing U-Haul® equipment, these hitching and towing systems can tow jet skis, motorcycles, boats, campers and toy haulers. Each year, millions of customers visit our locations for expertise on complete towing systems, trailer rentals and the latest in towing accessories.

U-Haul has one of North America's largest propane refilling networks, with over 1,200 locations providing this convenient service. We employ trained, certified personnel to refill propane cylinders and alternative fuel vehicles. Our network of propane dispensing locations is one of the largest automobile alternative refueling networks in North America.

Our self-storage business was a natural outgrowth of our self-moving operations. Conveniently located U-Haul® self-storage rental facilities provide clean, dry and secure space for storage of household and commercial goods. Storage units range in size from 6 square feet to over 1,000 square feet. As of March 31, 2024, we operate 1,962 self-storage locations in the United States and Canada, with nearly 1,004,000 rentable storage units comprising 86.8 million square feet of rentable storage space. Our self-storage centers feature a wide array of security measures, ranging from electronic property access control gates to individually alarmed storage units. At many centers, we offer climate-controlled storage units to protect temperature sensitive goods.

Another extension of our strategy to make "do-it-yourself" moving and storage easier is our U-Box® program. A U-Box® portable moving and storage unit is delivered to a location of our customer's choosing either by the customers themselves through the use of a U-Box® trailer, with the assistance of our Moving Help® program, or by Company personnel. Once the U-Box® portable moving and storage unit is filled, it can be stored at the customer's location, or taken to one of our Company operated locations, a participating independent dealer, or moved to a location of the customer's choice.

Additionally, we offer moving and storage protection packages such as Safemove® and Safetow®. These programs provide moving and towing customers with a damage waiver, cargo protection and medical and life insurance coverage. Safestor® provides protection for storage customers from loss on their goods in storage. Safestor Mobile® provides protection for customers' stored belongings when using our U-Box® portable moving and storage units. For our customers who desire additional coverage over and above the standard Safemove® protection, we also offer our Safemove Plus® product. This package provides the rental customer with a layer of primary liability protection.

We believe that through our website, uhaul.com, and the U-Haul® app, we have aggregated the largest network of customers and independent businesses in the self-moving and self-storage industry. In particular, our Moving Help® program connects "do-it-yourself" movers with thousands of independent service providers in the United States and Canada to assist our customers in packing, loading, unloading, cleaning and performing other services.

Through the U-Haul Storage Affiliates® program, independent storage businesses can join one of the world's largest self-storage reservation systems. Self-storage customers making a reservation through uhaul.com or the U-Haul app can access all of the U-Haul® self-storage centers and all of our independent storage affiliate partners for even greater convenience to meet their self-storage needs. For the independent storage operator, our network gives them access to products and services allowing them to compete with larger operators more cost effectively.

We own numerous trademarks and service marks that contribute to the identity and recognition of our Company and its products and services. Certain of these marks are integral to the conduct of our business, a loss of any of which could have a material adverse effect on our business. We consider the trademark "U-Haul®" to be of material importance to our business in addition, but not limited to, the U.S. trademarks and service marks "AMERCO®", "U-Haul Holding Company℠", "eMove℠", "Gentle Ride Suspension℠", "In-Town®", "Lowest Decks℠", "Moving made Easier®", "Make Moving Easier®", "Mom's Attic®", "Moving Help®", "Moving Helper®", "Safemove®", "Safemove Plus®", "Safestor®", "Safestor Mobile®", "Safetow®", "U-Box®", "uhaul.com®", "U-Haul Investors Club®", "U-Haul Truck Share®", "U-Haul Truck Share 24/7®", "collegeboxes®", "U-Haul Ready-To-Go Box®", "U-Note®", "WebSelfStorage®", and "U-Haul SmartMobilityCenter®", among others, for use in connection with the moving and storage business.

**Description of Operating and Reportable Segments**

U-Haul Holding Company's three operating and reportable segments are:

- Moving and Storage, comprised of U-Haul Holding Company℠, U-Haul®, and Amerco Real Estate Company ("Real Estate"), and the subsidiaries of U-Haul® and Real Estate,

- Property and Casualty Insurance, comprised of Repwest and its subsidiaries and ARCOA, and

- Life Insurance, comprised of Oxford and its subsidiaries.

Financial information for each of our operating and reportable segments is included in the Notes to Consolidated Financial Statements as part of Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report on Form 10-K.

4

Exhibit 1 to Decl. of James Burton

28

**SER 766**

*Moving and Storage Operating Segment*

Our Moving and Storage operating segment ("Moving and Storage") consists of the rental of trucks, trailers, portable moving and storage units, specialty rental items and self-storage spaces primarily to the household mover as well as sales of moving supplies, towing accessories and propane. Operations are conducted under the registered trade name U-Haul® throughout the United States and Canada.

Net revenue from Moving and Storage was approximately 94.0%, 98.8% and 94.0% of consolidated net revenue in fiscal 2024, 2023 and 2022, respectively.

The total number of rental trucks in the fleet decreased from fiscal 2023. The availability of new trucks for purchase has improved allowing us to increase the number of older trucks that we have retired and rotated out of the fleet in fiscal 2024.

Within our truck and trailer rental operation, we are focused on expanding our independent dealer network to provide added convenience for our customers. U-Haul® maximizes vehicle utilization by managing distribution of the truck and trailer fleets among the over 2,300 Company-operated stores and nearly 21,000 independent dealers. Utilizing its proprietary reservations management system, our centers and dealers electronically report their inventory in real-time, which facilitates matching equipment to customer demand. Over half of all U-Move® rental revenue originated from our Company operated centers.

At our owned and operated retail stores, we are implementing new initiatives to improve customer service. These initiatives include expanding the capabilities of our U-Haul® app, improving management of our rental equipment to provide our retail centers with the right type of rental equipment, at the right time and at the most convenient location for our customers, effectively marketing our broad line of self-moving related products and services, expanding accessibility to provide more convenience to our customers, and enhancing our ability to properly staff locations during our peak hours of operations by attracting and retaining "moonlighters" (part-time U-Haul® system members with full-time jobs elsewhere) during our peak hours of operation. U-Haul offers U-Haul Truck Share 24/7® to our entire network in the United States and Canada. This allows our customers to rent equipment through a mobile device any time of the day without having to visit the counter. U-Haul currently has several U.S. and Canadian Patents granted or pending on its U-Haul Truck Share 24/7® system.

Our self-moving related products and services, such as boxes, pads and insurance, help our customers have a better moving experience and help them to protect their belongings from potential damage during the moving process. We are committed to providing a complete line of products selected with the "do-it-yourself" moving and storage customer in mind.

Our self-storage business operations consist of the rental of self-storage units, portable moving and storage units, sales of self-storage related products, the facilitation of sales of services, and the management of self-storage facilities owned by others.

U-Haul® is one of the largest North American operators of self-storage and has been a leader in the self-storage industry since 1974. U-Haul® operates nearly 1,004,000 rentable storage units, comprising 86.8 million square feet of rentable storage space with locations in 50 states and 10 Canadian provinces. Our owned and managed self-storage facility locations range in size up to 309,000 square feet of storage space, with individual storage units in sizes ranging from 6 square feet to over 1,000 square feet.

The primary market for storage units is the storage of household goods. We believe that our self-storage services provide a competitive advantage through such things as Max Security, an electronic system that monitors the storage facility 24 hours a day, climate control in select units, individually alarmed units, extended hours access, interior load and unload at selected locations, mobile device enabled rentals and an internet-based customer reservation and account management system.

Moving Help® and U-Haul Storage Affiliates® on uhaul.com are online marketplaces that connect consumers to independent Moving Help® service providers and thousands of independent Self-Storage Affiliates. Our network of customer-rated Moving Help® and storage affiliates provide pack and load help, cleaning help, self-storage and similar services all over the United States and Canada. Our goal is to further utilize our web-based technology platform, including our U-Haul® app, to increase service to consumers and businesses in the moving and storage market.

Compliance with environmental requirements of federal, state, provincial and local governments affects our business. Our truck and trailer rental business is subject to regulation by various federal, state, provincial and local regulations in the United States and Canada. Specifically, the U.S. Department of Transportation and various state, federal and Canadian agencies exercise broad powers over our motor carrier operations, safety, and the generation, handling, storage, treatment and disposal of waste materials. In addition, our storage business is also subject to federal, state, provincial and local laws

5

Exhibit 1 to Decl. of James Burton

29

**SER 767**

and regulations relating to environmental protection and human health and safety. Environmental laws and regulations are complex, change frequently and could become more stringent in the future.

Moving and Storage business is seasonal and our results of operations and cash flows fluctuate significantly from quarter to quarter. Historically, revenues have been stronger in the first and second fiscal quarters due to the overall increase in moving activity during the spring and summer months. The fourth fiscal quarter is generally our weakest.

### Property and Casualty Insurance Operating Segment

Our Property and Casualty Insurance operating segment ("Property and Casualty Insurance") provides loss adjusting and claims handling for U-Haul through regional offices across the United States and Canada. Property and Casualty Insurance also underwrites components of the Safemove®, Safetow®, Safemove Plus®, Safestor Mobile® and Safestor® protection packages to U-Haul customers. We attempt to price our products to be a good value to our customers. The business plan for Property and Casualty Insurance includes offering property and casualty products in other U-Haul related programs.

Net revenue from Property and Casualty Insurance was approximately 2.1%, 1.7% and 1.9% of consolidated net revenue in fiscal 2024, 2023 and 2022, respectively.

### Life Insurance Operating Segment

Life Insurance provides life and health insurance products primarily to the senior market through the direct writing and reinsuring of life insurance, Medicare supplement and annuity policies.

Net revenue from Life Insurance was approximately 3.9%, 3.5% and 4.1% of consolidated net revenue in fiscal 2024, 2023 and 2022, respectively.

### Human Capital

We work at never forgetting that our quality self-move, self-storage, and closely related services and products are meant to improve human lives and serve the do-it-yourself moving public.  We believe our workforce is a reflection of, and as diverse as the customers we serve. Discrimination based on race, gender, religion, age, ethnicity, disability familial status or any other form of discrimination prohibited by applicable law in the acquisition, promotion, compensation, management or retention of talent is not accepted.  We do not use a single or fixed set of measures or objectives as part of our recruitment and talent acquisition process or human resource management.

### System Members

As of March 31, 2024, we employed approximately 32,200 people in the United States and approximately 2,100 in Canada with approximately 99% of these system members working within Moving and Storage and approximately 52% of these system members working on a full-time basis.

The Company operates over 2,300 retail locations, 11 manufacturing and assembly facilities, 153 fixed-site repair facilities, a distribution center and our corporate offices.  We hire system members from the communities in which we are located and prefer to promote from within our team.

### Benefits

We focus on our system members' wellness over the course of their life, from physical and emotional to financial.

Our health benefit program provides medical, dental and vision benefits.  Participation in the health benefit program also includes access to our Healthier You wellness program that offers system members tools to enable them to live a healthier lifestyle.  This wellness program encompasses nutritional guidance, smoking cessation and fitness alternatives.  We also make available a system members assistance program focusing on mental health called You Matter, which offers counseling, work-life solutions and legal guidance.

We encourage a work-life balance for our system members and their families through paid time off and various leave options as well as special benefits, including a healthy pregnancy program and a 24/7 doctor-on-call program for their children.

Financial benefits are a critical component of our system members' wellness.  These benefits include competitive salaries, participation in our Employee Stock Ownership Plan ("ESOP") and 401(k) plan, life and disability insurance, health savings accounts, and the SmartDollar® financial literacy program.

### Education and Development

The Company encourages life-long personal and professional development for our system members.  We do this by offering our system members and our independent dealers free access to our on-line U-Haul University courses that are

6

---

Exhibit 1 to Decl. of James Burton
30
# SER 768

helpful for the development of specialized industry knowledge and to the safety of our team. To support more generalized education for our system members, we also provide a tuition reimbursement program.

**Community**

We value our relationship with the communities in which we do business. We offer community outreach through volunteer opportunities for our system members, as well as in-kind donations of equipment, products, and services. We are a strong supporter of military members and their families by way of employment opportunities as well as partnering with military and veteran organizations to support and honor those who have served.

**Sales and Marketing**

We promote U-Haul® brand awareness through direct and co-marketing arrangements. Our direct marketing activities consist of web-based initiatives, print and social media as well as trade events, movie and television cameos of our rental fleet and boxes, television commercials, and industry and consumer communications. We believe that our rental equipment is our best form of advertisement. We support our independent U-Haul® dealers through marketing U-Haul® moving and self-storage rentals, products and services.

Our marketing plan focuses on maintaining our leadership position in the "do-it-yourself" moving and storage industry by continually improving the ease of use and economy of our rental equipment, by providing added convenience to our retail centers, through independent U-Haul dealers, and by expanding the capabilities of our U-Haul® websites and U-Haul® app.

A significant portion of rental transaction volume is our utilization of an online reservation and sales system, through uhaul.com®, the U-Haul app and our 24-hour 1-800-GO-U-HAUL telephone reservations system. These points of contact are prominently featured and are a major driver of customer lead sources.

**Competition**

**Moving and Storage Operating Segment**

The truck rental industry is highly competitive and includes a number of significant national, regional and local competitors. Generally speaking, we consider there to be two distinct users of rental trucks: commercial and "do-it-yourself" residential users. We primarily focus on the "do-it-yourself" residential user. Within this segment, we believe the principal competitive factors are convenience of rental locations, availability of quality rental moving equipment, breadth of essential products and services, and total cost to the user. Our major national competitors in both the in-town and one-way moving equipment rental market include Avis Budget Group, Inc. and Penske Truck Leasing. We have numerous competitors throughout the United States and Canada who compete with us in the in-town market including Enterprise Truck Rental, Turo, Fluid, Lugg, GoShare and others.

The self-storage market is large and fragmented. We believe the principal competitive factors in this industry are convenience of storage rental locations, cleanliness, security and price. Our largest competitors in the self-storage market are Public Storage Inc., CubeSmart, and Extra Space Storage, Inc.

**Insurance Operating Segments**

The insurance industry is highly competitive. In addition, the marketplace includes financial services firms offering both insurance and financial products. Some of the insurance companies are owned by stockholders and others are owned by policyholders. Many competitors have been in business for a longer period of time or possess substantially greater financial resources and broader product portfolios than our insurance companies. We compete in the insurance business based upon price, product design, and services rendered to agents and policyholders.

**Financial Data of Segment and Geographic Areas**

For financial data of our segments and geographic areas please see Note 21, Reportable Segment Information and Note 22, Financial Information by Geographic Area, of the Notes to Consolidated Financial Statements.

**Item 1A. Risk Factors**

The following important risk factors, and those risk factors described elsewhere in this Annual Report or in our other filings with the SEC, could materially affect our business, financial condition and future results. We also refer you to the factors and cautionary language set forth in the section entitled "Cautionary Statements Regarding Forward-Looking Statements," above. All of the other information set forth in this Annual Report, including Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A") and the consolidated financial statements and related notes, should be read in conjunction with the discussion of such risks, cautionary statements and other factors for a full understanding of our operations and financial conditions. Although the risks are organized by headings, and each risk is

7

Exhibit 1 to Decl. of James Burton
31
**SER 769**

discussed separately, many are interrelated.

**Risks Related to our Business and Operations**

**Our fleet rotation program can be adversely affected by financial market conditions.**

To meet the needs of our customers, U-Haul maintains a large fleet of rental equipment. Our rental truck fleet rotation program is funded internally through operations and externally from debt and lease financing. Our ability to fund our routine fleet rotation program could be adversely affected if financial market conditions limit the general availability of external financing. This could lead us to operate trucks longer than initially planned and/or reduce the size of the fleet, either of which could materially and negatively affect our results of operations.

Another important aspect of our fleet rotation program is the sale of used rental equipment. The sale of used equipment provides us with funds that can be used to purchase new equipment. Conditions may arise that could lead to a decrease in demand and/or resale values for our used equipment. This could have a material adverse effect on our financial results, which could result in substantial losses and decreases in cash flows from the sale of equipment.

**We obtain our rental trucks from a limited number of manufacturers.**

Over the last twenty years, we have purchased the majority of our rental trucks from Ford Motor Company and General Motors Corporation. Our fleet can be negatively affected by issues our manufacturers may face within their own supply chains. Also, our suppliers may face financial difficulties, government regulations, or organizational changes which could negatively impact their ability to accept future orders from U-Haul or fulfill existing orders.

In addition, the cost of acquiring new rental trucks has increased significantly in recent years. If costs continue to significantly increase in the future, it could materially and negatively affect our ability to rotate new equipment into the fleet. Although we believe that we could contract with alternative manufacturers for our rental trucks, we cannot guarantee or predict how long that would take. In addition, termination of our existing relationships with these suppliers could have a material adverse effect on our business, financial condition, or results of operations for an indefinite period of time.

**A significant portion of our revenues are generated through third-parties.**

Our business plan relies upon a network of independent dealers strategically located throughout the United States and Canada. As of March 31, 2024, we had nearly 21,000 independent equipment rental dealers. In fiscal 2024, just under half of all U-Move® rental revenue originated through this network.

Our inability to maintain this network or its current cost structure could inhibit our ability to adequately serve our customers and could negatively affect our results of operations and financial position.

**Existing and future laws or regulations favoring electric, autonomous, and connected vehicles may negatively impact the composition of our fleet and negatively affect our business and results of operations.**

Regulatory pressure in connection with the introduction and expansion of electric, autonomous, and connected rental vehicles could both require infrastructure improvement that could inhibit our current business model and negatively impact our ability to acquire, or increase our cost of acquisition for rental trucks. For example, unless struck down by courts or otherwise amended or rescinded, the Advanced Clean Fleets ("ACF") Regulation adopted by the California Air Resources Board would require us to phase out certain internal combustion engine vehicles from our fleet and replace them with so-called zero-emission vehicles ("ZEVs"). To accommodate ZEVs, our Company-operated locations and independent dealer network may require physical upgrades that are uneconomical and/or unachievable. Because many of our vehicles are used by our customers for one-way interstate moves, the ACF or similar laws and regulations that may be adopted in other states could affect our operations across North America because our one-way rental vehicles travel throughout the U.S. and Canada. Our one-way rental business would then depend, in whole or in part, on an in-transit recharging network throughout the United States and Canada to support ZEVs that one or more states may require us to incorporate into our rental fleet.  Such a recharging network does not exist today, and even if one is built, the increased rental cost, and time and cost required to charge electric vehicles or ZEVs may be so great as to substantially limit our ability to serve customers needing to move long distances.

We cooperate with original equipment manufacturers ("OEM"s), maintain and train our own technical experts, and operate an equipment Technical Center that has positioned us as an industry leader in innovation for over fifty years. However, the proposed changes to electric, autonomous, and connected vehicles raise challenges of enormous scale. Our repair and maintenance infrastructures, including both physical plants as well as personnel, may be inappropriate for these new types of vehicles. Without such repair and maintenance capabilities it could compromise our ability to operate a fleet of such vehicles. We may also need to depend upon third party providers for some of those services, and they may not be able to provide workable solutions. There is a risk that we may not be able to adequately prepare for these

8

Exhibit 1 to Decl. of James Burton
32
**SER 770**

possibilities. In addition, even if we successfully adapt to any such changes, there can be no guarantee that our fleet or services as adapted would meet the needs of our "do-it-yourself" moving and storage customers, or that we would be able to offer our products and services at prices our customers would be willing or able to pay.

U-Haul has already made significant progress on several initiatives aimed at changing technologies, consumer preferences, and the regulatory environment, including: TruckShare 24/7®, contactless rentals, a North American propane alternative fuel network, alternative fuel test vehicles and close OEM working relationships. However, these initiatives may not enable us to successfully adapt to the requirements of a changed regulatory environment favoring or requiring all-electric or specific alternative fuel solutions. Government regulators may knowingly or unknowingly choose the winners and losers in this evolving transportation environment, and it is possible that they may not choose U-Haul customers and U-Haul to be among the winners.

The growing insistence that the future of the economy will be based on an all-electric solution instead of a hybrid version or other alternative fuels may create an infrastructure in which personal interstate travel will be uneconomical or severely regulated, which could materially and adversely affect our moving business, results of operations, and financial position. In addition, there is growing evidence that consumers may refuse to support an all-electric solution for their moving needs, squeezing U-Haul between government demands and consumer preferences.

**We face liability risks associated with the operation of our rental fleet, sales of our products, and operation of our locations.**

The business of renting moving and storage equipment to customers exposes us to liability claims including property damage, personal injury, and even death. Likewise, the operation of our moving and storage centers along with the sale of our related moving supplies, towing accessories and installation, and refilling of propane tanks may subject us to liability claims. We seek to limit the occurrence of such claims through the design of our equipment, communication of its proper use, repair and maintenance schedules, training of our personnel, risk management assessments, and by providing our customers with online resources for the proper use of products and services. Regardless, accidents still occur, and we manage the financial risk of these events through third party insurance carriers. While these excess loss and property insurance policies are available today at affordable costs, this could change and could negatively affect our results of operations and financial position.

**Cybersecurity incidents are inevitable and disruptions in our information technology systems or a compromise of security with respect to those systems could adversely affect us.**

We rely on information technology systems to manage and support our operations and provide products, services, and support to our customers. In connection with these activities, we store and transmit proprietary information and sensitive or confidential data, including personally identifiable information of customers, team members and others. Our reliance on these technology systems and our storage and transmission of such data exposes us to various risks, including cyberattacks or failures in all or part of our technology systems that could result in disruptions in our operations, our ability to serve our customers, or a compromise of our data security. We also face such risks through our use of third-party service providers (including banks, dealers, administrators of our medical insurance plans, and law firms), our communication and filing data with regulatory authorities and government agencies, and our other interactions with third parties, any of whom could be the source of a cyberattack on our technology systems or data.

We commit resources to prevention, detection, and mitigation to limit the adverse effects of cybersecurity incidents. We have implemented security protocols, backup systems and alternative procedures to mitigate these risks. We employ IT security team members that have cybersecurity experience or certifications and utilize third-party service providers and consultants to protect our systems and assist us in managing these risks. Our Board and its Audit & Cyber Committee exercise oversight of our cybersecurity risks and management's oversight of the processes and procedures that protect our systems and data. However, despite our security measures, we cannot guarantee that we will not be adversely affected by cybersecurity incidents, including hacks of our systems, denial-of-service attacks, viruses and other malicious software (malware), team member error or malfeasance, phishing attacks, security breaches, disruptions during the process of upgrading or replacing computer software or hardware, or other attacks that may jeopardize the security of information stored in or transmitted by technology systems and networks that we or third-party service providers maintain, which include cloud-based networks and data center storage.

In addition, our response to cybersecurity incidents, our investments in our technology, and our controls, processes, and practices, may not be sufficient to shield us from significant losses or liability. The techniques used to obtain unauthorized access, disable or degrade service, or sabotage systems change frequently, may be difficult to detect, and often are not

9

Exhibit 1 to Decl. of James Burton
33

**SER 771**

recognized until launched against a target. As a result, we may not anticipate an attack or respond adequately or timely, and the extent of a particular incident may not be immediately clear. It could take significant time before an investigation can be completed and reliable information about the incident becomes known. During an investigation, it is possible we may not know the extent of the harm, or how to remediate it, which could further adversely impact us. New regulations could result in us being required to disclose information about a cybersecurity incident before it has been fully investigated, mitigated, or resolved. Due to the reality of allegations by plaintiffs' counsel or government regulators armed with the benefit of hindsight, we may be required to disclose information about a cybersecurity incident even before we determine whether it was material.

In addition, because our systems contain information about individuals and businesses, our failure to maintain the security of the data we hold, whether because of our own error or the malfeasance or errors of others, could lead to unauthorized access or the release of personally identifiable or otherwise confidential or protected information. Our failure to maintain the security of the data we hold could also violate applicable privacy, data security and other laws and subject us to lawsuits and regulatory enforcement resulting in fines. Regulators have been imposing new data privacy and security requirements, including new and greater monetary fines for privacy violations, such as those under the California Consumer Privacy Act of 2018, as amended by the California Privacy Rights Act. Other U.S. states and Canadian provinces have also proposed or adopted their own data protection legislation or regulations, which are often broad in scope and subject to evolving interpretations and increasing enforcement. Some of these laws and regulations provide for statutory damages or fines even if the Company has used commercially reasonable efforts to protect its data and systems but a bad actor breaches the Company's cybersecurity defenses and gains access to personally identifiable information. Even if no party incurs any actual damages, the Company could be punished by the government for criminal cyberattacks by bad actors, and the fines or other costs imposed upon us could reach amounts that could have a material adverse effect on the Company, its results of operations, and financial condition. In addition, new and existing data privacy laws and regulations could diverge and conflict with each other in certain respects, making compliance increasingly difficult. Complying with new regulatory requirements could require us to incur substantial expenses and change our business. As regulators become increasingly focused on information security, data collection, and privacy, we may be required to devote significant additional resources to dealing with their demands.

We experience daily threats to our data and systems. We have experienced cybersecurity incidents in the past, none of which, to date, has resulted in a material impact on our business strategy, results of operations, or financial condition. In 2021, we experienced a cybersecurity incident which is described in this Annual Report under the heading "Item 7 Management's Discussion and Analysis of Financial Condition and Results of Operation – Cybersecurity Incident." Although past events have not resulted in a material impact on our business strategy, results of operations or financial condition, the impacts of cybersecurity incidents in the future could be material. Although we maintain insurance coverage for various cybersecurity risks, there can be no guarantee that we will be fully insured, or that insurance coverage will remain available for cybersecurity risks. Significantly, no amount of effort to deter, identify, mitigate, and/or prevent cybersecurity breaches can achieve 100% success in the current cyber threat environment. Given the financial reward reaped by threat actors for their illegal attacks on technology systems and access to data, and the inability of governments or private industry to fully prevent such attacks and resulting breaches, we expect such attacks to continue. We also expect governments to continue to punish companies that are victims of cyberattacks, whether through statutory fines or otherwise. We cannot provide assurance that we will not experience future cybersecurity incidents or that such incidents will not have a material impact on our business strategy, results of operations, or financial condition. Investors who require any such assurance should not invest in the Company.

**We may incur losses due to our reinsurers' or counterparties' failure to perform under existing contracts or we may be unable to secure sufficient reinsurance or hedging protection in the future.**

We use reinsurance and derivative contracts to mitigate our risk of loss in various circumstances. These agreements do not release us from our primary obligations and therefore we remain ultimately responsible for these potential costs. We cannot provide assurance that these reinsurers or counterparties will fulfill their obligations. Their inability or unwillingness to make payments to us under the terms of the contracts may have a material adverse effect on our financial condition and results of operations.

As of the end of fiscal year 2024, Repwest reported $0.4 million of reinsurance recoverables, net of allowances and $36.2 million of reserves and liabilities ceded to reinsurers. Of this, Repwest's largest exposure to a single reinsurer was $22.1 million.

As of the end of fiscal year 2024, Oxford's derivative hedges had a net market value of $10.5 million with notional amounts of $526.4 million.

10

Exhibit 1 to Decl. of James Burton
34
**SER 772**

**Risks Related to our Industry**

**We operate in a highly competitive industry.**

The truck rental industry is highly competitive and includes a number of significant national, regional and local competitors, many of which are several times larger than U-Haul. We believe the principal competitive factors in this industry are convenience of rental locations, availability of quality rental moving equipment, breadth of essential services and products and total cost. Financial results for the Company can be adversely impacted by aggressive pricing from our competitors. Some of our competitors may have greater financial resources than we have. We cannot assure you that we will be able to maintain existing rental prices or implement price increases. Moreover, if our competitors reduce prices and we are not able or willing to do so as well, we may lose rental volume, which would likely have a materially adverse effect on our results of operations. Numerous potential competitors are working to establish paradigm shifting technologies from self-driving vehicles to vehicle sharing services and other technologies that connect riders with vehicles.

The self-storage industry is large and fragmented. We believe the principal competitive factors in this industry are convenience of storage rental locations, cleanliness, security, and price. Competition in the market areas in which we operate is significant and affects the occupancy levels, rental rates, and operating expenses of our facilities. Competition might cause us to experience a decrease in occupancy levels, limit our ability to raise rental rates, or require us to offer discounted rates that would have a material effect on our results of operations and financial condition. Entry into the self-storage business may be accomplished through the acquisition of existing facilities by persons or institutions with the required initial capital. However, development of new self-storage facilities is more difficult due to land use, zoning, environmental, and other regulatory requirements. The self-storage industry has in the past experienced overbuilding in response to perceived increases in demand. Consolidation of ownership is taking place with certain owners of self-storage. We cannot assure you that we will be able to successfully compete in existing markets or expand into new markets.

**Economic conditions, including those related to the credit markets, interest rates and inflation, may adversely affect our industry, business and results of operations.**

Consumer and commercial spending are generally affected by the health of the economy, which places some of the factors affecting the success of our business beyond our control. Our businesses, although traditionally not as cyclical as some, could experience significant downturns in connection with or in anticipation of declines in general economic conditions. In times of declining consumer spending, we may be driven to reduce pricing, which could have a negative impact on gross profit. In addition, any downturn in the economy could result in reduced revenues and working capital. Trends in the economy are resulting in inflationary pressures leading to an increase in our cost of doing business. We cannot guarantee that we can manage the costs lower or pass them along in the form of higher prices to our customers.

Should credit markets in the United States tighten or if interest rates increase significantly, we may not be able to refinance existing debt or find additional financing in connection with our facilities. If one or more of the financial institutions that support our existing credit facilities fails or opts not to continue to lend to us, we may not be able to find a replacement, which would negatively impact our ability to borrow under credit facilities. If our operating results were to worsen significantly and our cash flows or capital resources prove inadequate, or if interest rates increase significantly, we could face liquidity problems that could materially and adversely affect our results of operations and financial condition.

**A.M. Best financial strength ratings are crucial to our life insurance business.**

In August 2023, A.M. Best affirmed the financial strength rating ("FSR") for Oxford and Christian Fidelity Life Insurance Company ("CFLIC") of A. The FSR outlook remains stable. In addition, A.M. Best affirmed the long-term issuer credit rating ("LTICR") of "a". The LTICR outlook of these ratings is stable. Financial strength ratings are important external factors that can affect the success of Oxford's business plans. Accordingly, if Oxford's ratings, relative to its competitors, are not maintained or do not continue to improve, Oxford may not be able to retain and attract business as currently planned, which could adversely affect our results of operations and financial condition.

**Risks Related to our Financings**

**We are highly leveraged.**

As of March 31, 2024, we had total debt outstanding of $6,304.0 million and operating lease liabilities of $55.0 million. Although we believe, based on existing information, that additional leverage can be supported by our operations and revenues, our existing debt could impact us in the following ways, among others:

- require us to allocate a considerable portion of cash flows from operations to debt service and lease payments;
- limit our flexibility in planning for, or reacting to, changes in our business and the industry in which we operate;
- limit our ability to obtain additional financing; and

11

Exhibit 1 to Decl. of James Burton
35
**SER 773**

- place us at a disadvantage compared to our competitors who may have less debt.

Our ability to make payments on our debt and leases depends upon our ability to maintain and improve our operating performance and generate cash flow. To some extent, this is subject to prevailing economic and competitive conditions and to certain financial, business and other factors, some of which are beyond our control. If we are unable to generate sufficient cash flow from operations to service our debt and meet our other cash needs, including our leases, we may be forced to reduce or delay capital expenditures, sell assets, seek additional capital or restructure or refinance our indebtedness and leases. If we must sell our assets, it may negatively affect our ability to generate revenue. In addition, we may incur additional debt or leases that would exacerbate the risks associated with our indebtedness.

**Risks Related to our Organization**

**A majority of our Voting Common Stock is owned by a small contingent of stockholders.**

Willow Grove Holdings LP, directly and through controlled entities ("WGHLP"), owns 9,791,911 shares of our common stock, $0.25 par value per share ("Voting Common Stock"), and together with Edward J. Shoen and Mark V. Shoen, owns 9,828,542 shares (approximately 50.1%) of Voting Common Stock. The general partner of WGHLP controls the voting and disposition decisions with respect to the Voting Common Stock owned by WGHLP, and is managed by Edward J. Shoen (the Chairman of the Board of Directors and Chief Executive Officer of U-Haul Holding Company) and his brother, Mark V. Shoen. Accordingly, Edward J. Shoen and Mark V. Shoen are in a position to significantly influence our business and policies, including the approval of certain significant transactions, the election of the members of our board of directors (the "Board") and other matters submitted to our stockholders. There can be no assurance that their interests will not conflict with the interests of our other stockholders.

Furthermore, we are a "controlled company" within the meaning of the New York Stock Exchange corporate governance standards. Under these corporate governance standards, a company of which more than 50% of the voting power for the election of directors is held by an individual, group or another company is a "controlled company" and may elect not to comply with certain corporate governance standards, including the requirements (1) that a majority of our Board consist of independent directors, (2) that our Board have a compensation committee that consists entirely of independent directors with a written charter addressing the committee's purpose and responsibilities, and (3) that our director nominations be made, or recommended to our full Board, by our independent directors or by a nominations committee that consists entirely of independent directors and that we adopt a written charter or board resolution addressing the nomination process.

As described in this Annual Report, we rely upon our "controlled company" status to permit our full Board to nominate directors rather than delegate that responsibility to the independent directors or a nominations committee comprised of independent directors. For that reason, our Board has not created a nominating committee. In the future we may rely upon our status as a "controlled company" to not comply with other governance standards. For example, we may decide not to have a Board that consists of a majority of independent directors or a compensation committee that consists entirely of independent directors with a written charter addressing its purposes and responsibilities.

In addition, 776,964 shares (approximately 4.0% of our Voting Common Stock are owned under our ESOP. Each ESOP participant is entitled to vote the shares allocated to himself or herself in their discretion. If an ESOP participant does not vote his or her shares, those shares will be voted by the ESOP trustee, in the ESOP trustee's discretion.

**The trading price for our outstanding Voting Common Stock and Series N Non-Voting Common Stock may be volatile.**

The trading prices of our Voting Common Stock and Non-Voting Common Stock and the allocation of value between the two has previously been, and may be volatile and their respective values may decline. In addition, the trading prices of our two series of common stock may fluctuate widely in response to various factors, some of which are beyond our control. These factors include, among others:

- Quarterly variations in our results of operations or those of our competitors.

- Announcements by us or our competitors of acquisitions, new products, significant contracts, commercial relationships, or capital commitments.

- Recommendations by securities analysts or changes in earnings estimates.

- Announcements about our earnings that are not in line with analyst expectations.

- Announcements by our competitors of their earnings that are not in line with analyst expectations.

- Commentary by industry and market professionals about our products, strategies, and other matters affecting our business and results, regardless of its accuracy.

12

Exhibit 1 to Decl. of James Burton

36

**SER 774**

- The volume of shares of Voting Common Stock and Non-Voting Common Stock available for public sale.
- Sales of Voting Common Stock and Non-Voting Common Stock by us or by our stockholders (including sales by our directors, executive officers, and other employees).
- Short sales, hedging, and other derivative transactions on shares of our Voting Common Stock and Non-Voting Common Stock.
- The perceived values of Voting Common Stock and Non-Voting Common Stock relative to one another.

**Risks Related to Legal, Regulatory and Compliance**

**Our operations subject us to numerous environmental laws and regulations and the possibility that environmental liability in the future could adversely affect our operations.**

Compliance with environmental requirements of federal, state, provincial and local governments in the United States and Canada affects our business. Among other things, these requirements regulate the discharge of materials into the air, land and water and govern the use and disposal of hazardous substances. Under environmental laws or common law principles, we can be held liable for hazardous substances that are found on real property we have owned or operated. We are aware of issues regarding hazardous substances on some of our real estate and we have put in place a remediation plan at each site where we believe such a plan is necessary. See Note 19, Contingencies, of the Notes to Consolidated Financial Statements. We regularly make capital and operating expenditures to stay in compliance with environmental laws. In particular, we have managed a testing and removal program since 1988 for our underground storage tanks.  Despite these compliance efforts, the risk of environmental liability is part of the nature of our business.

Environmental laws and regulations are complex, change frequently and could become more stringent in the future. We cannot assure you that future compliance with these laws and regulations, future environmental liabilities, the cost of defending environmental claims, conducting any environmental remediation or generally resolving liabilities caused by us or related third parties will not have a material adverse effect on our business, financial condition or results of operations.

**We operate in a highly regulated industry and changes in existing laws and regulations or violations of existing or future laws and regulations could have a material adverse effect on our operations and profitability.**

Our truck, trailer, self-storage, and U-Box rental business is subject to regulation by various federal, state and provincial governmental entities in the United States and Canada. Specifically, the U.S. Department of Transportation and various state, federal and Canadian agencies exercise broad powers over our motor carrier operations, safety, and the generation, handling, storage, treatment and disposal of waste materials. In addition, our storage business is also subject to federal, state, provincial and local laws and regulations relating to environmental protection and human health and safety, among other matters. The failure to comply with these laws and regulations may adversely affect our ability to sell or rent such property or to use the property as collateral for future borrowings. Compliance with changing laws and regulations could substantially impair real property and equipment productivity and increase our costs.

In addition, federal, state, or provincial governments may institute regulations that limit carbon emissions by setting a maximum amount of carbon individual entities can emit without penalty. This would likely affect everyone who uses fossil fuels and would disproportionately affect users in the highway transportation industries. While there are too many variables at this time to assess the impact of the various proposed federal and state regulations that could affect carbon emissions, many experts believe these proposed rules could significantly affect the way companies operate in their businesses.

The Biden administration has also communicated its willingness to consider the imposition of carbon-based taxes.  Our truck rental fleet burns gasoline, a carbon intensive fuel.  Where in the supply chain and in what amount these taxes could arise is uncertain.  We have no evidence to support a belief that "do-it-yourself" moving customers are willing to accept these additional costs.  Should such a tax be enacted, we could see an increase in expenses, including compliance costs and a negative effect on our operating margin.

Our operations can be limited by land-use regulations. Zoning choices enacted by individual municipalities in the United States and Canada may limit our ability to serve certain markets with our products and services.

Our insurance companies are heavily regulated by state insurance departments and the National Association of Insurance Commissioners. These insurance regulations are primarily in place to protect the interests of our policyholders and not our investors. Any new laws or regulations applicable to our insurance companies or any changes in existing laws and regulations could increase our costs, inhibit new sales, or limit our ability to implement rate increases.

**Changes to U.S. tax laws may adversely affect our financial condition or results of operations and create the risk that we may need to adjust our accounting for these changes.**

13

Exhibit 1 to Decl. of James Burton
37
**SER 775**

The Tax Cuts and Jobs Act ("Tax Reform Act") and the Coronavirus Aid, Relief and Economic Security Act ("CARES Act") made significant changes to U.S. tax laws and includes numerous provisions that affect businesses, including ours. For instance, as a result of lower corporate tax rates, the Tax Reform Act tends to reduce both the value of deferred tax assets and the amount of deferred tax liabilities. It also limits interest expense deductions and the amount of net operating losses that can be used each year and alters the expensing of capital expenditures. Other provisions have international tax consequences for businesses like ours that operate internationally. The CARES Act allows for the carryback of certain net operating losses. The Tax Reform Act is unclear in certain respects and will require interpretations and implementing regulations by the Internal Revenue Service ("IRS"), as well as state tax authorities, and the Tax Reform Act and CARES Act could be subject to amendments and technical corrections, any of which could lessen or increase the adverse (and positive) impacts of these acts. The Tax Reform Act put into place 100% first year bonus depreciation. This decreased to 80% starting in 2023, 60% in 2024 and will continue to gradually decrease in future years and will impact our tax liability. The accounting treatment of these tax law changes was complex, and some of the changes affected both current and future periods. Others primarily affected future periods. Additional changes to the U.S. tax code could negatively offset operating cashflows.

Changes to tax policy, corporate tax rates or interpretations of existing tax law could change our effective tax rate, reduce future expected tax deductions and increase current and future federal income tax payments. Congress and the Biden administration have proposed increases to the current U.S. corporate income tax rate of 21%. Any such changes could adversely impact our financial position and results of operations.

**General Risk Factors**

**Terrorist attacks could negatively impact our operations and profitability and may expose us to liability and reputational damage.**

Terrorist attacks may negatively affect our operations and profitability. Such attacks may damage our facilities and it is also possible that our rental equipment could be involved in a terrorist attack. Although we carry excess of loss insurance coverage, it may prove to be insufficient to cover us for acts of terror using our rental equipment. Moreover, we may suffer reputational damage that could arise from a terrorist attack which utilizes our rental equipment. The consequences of any terrorist attacks or hostilities are unpredictable and difficult to quantify. We seek to minimize these risks through our operational processes and procedures; however, we may not be able to foresee events that could have an adverse effect on our operations.

*Item 1B. Unresolved Staff Comments*

None.

*Item 1C. Cybersecurity*

Cybersecurity incidents are inevitable in the current threat environment. We believe that it is a question of "when" not "if" a cybersecurity incident will occur. As a result, we commit resources to prevention, detection, and mitigation to limit the adverse effects of cybersecurity incidents, including the amount of information that can be extracted from our systems by threat actors, whether internal or external.

We take a cross-departmental approach to addressing cybersecurity risk, which includes input from senior management, our Cybersecurity Council (a taskforce comprised of representatives from primary corporate functions across our Moving and Storage, Property and Casualty Insurance, and Life Insurance subsidiaries), other team members, and oversight by the Board and its Audit & Cyber Committee. We commit resources to cybersecurity and risk management processes to analyze the changing cybersecurity landscape and respond to ongoing and emerging threats. We monitor and assess the threat landscape on an ongoing basis. Our Cybersecurity Council reviews cybersecurity risks. In addition, we have a set of Company-wide policies and procedures that directly or indirectly relate to cybersecurity. These policies go through an internal review process and are approved by members of management.

The Company's Director, Data Privacy & Security leads the IT security team and is responsible for coordinating and implementing our information security program. The Director, Data Privacy and Security also reports on cybersecurity matters to senior management and informs on such matters to the Audit & Cyber Committee of the Board. IT security team members have cybersecurity experience or certifications. We view cybersecurity as a shared responsibility, and we perform simulations and tabletop exercises with members of the Cybersecurity Council and other team members involved in incident response. We involve external resources and advisors as needed. Team members have on-demand online access to cybersecurity training through our online U-Haul University.

We have expanded investments in IT security and improved access control and identity and authentication management, and engage consultants as needed. We test defenses by performing simulations and drills at both a technical level (including through penetration tests) and by reviewing our operational policies and procedures with third-party consultants. At the management level, our IT security team monitors alerts and meets to discuss threat levels, trends, mitigation, and remediation. The cybersecurity team collects data on cybersecurity threats and risk areas and conducts risk assessments. We conduct external penetration tests and maturity testing to assess our processes and procedures and the threat

14

Exhibit 1 to Decl. of James Burton
38
**SER 776**

landscape. In addition to assessing our own cybersecurity preparedness, we also consider and evaluate cybersecurity risks associated with the use of our third-party service providers. Our assessment of risks associated with our use of third-party service providers is part of our overall cybersecurity risk management framework.

The Audit & Cyber Committee and the full Board participate in discussions with management and amongst themselves regarding cybersecurity risks. The Audit & Cyber Committee reviews the Company's cybersecurity program, which includes discussion of management's actions to identify and detect threats, recent enhancements to the Company's defenses, and management's progress on its cybersecurity initiatives. In addition, the Board and the Audit & Cyber Committee discuss recent threats and how the Company is managing those threats.

Despite our work to identify and address cybersecurity risks, we experience threats to our data and systems. We have experienced cybersecurity incidents in the past, including breaches of our data and systems. To date, none of those cybersecurity incidents has resulted in a material impact on our business strategy, results of operations or financial condition. However, the impacts of cybersecurity incidents in the future could be material. For more information about the cybersecurity risks we face, see the risk factor entitled "Cybersecurity incidents are inevitable, and disruptions in our information technology systems or a compromise of security with respect to those systems could adversely affect us" in Item 1A- Risk Factors in this Annual Report.

### Item 2. Properties

The Company, through its legal subsidiaries, owns property, plant and equipment that are utilized in the manufacturing, repair and rental of U-Haul® equipment and storage space, as well as providing office space for us. Such facilities exist throughout the United States and Canada. We also manage storage facilities owned by others. We operate over 2,300 U-Haul® retail centers of which 507 U-Haul branded locations are managed for subsidiaries of WGHLP and Mercury Partners, L.P., and 11 manufacturing and assembly facilities. We also operate over 153 fixed-site repair facilities located throughout the United States and Canada. These facilities are used primarily for the benefit of Moving and Storage.

### Item 3. Legal Proceedings

Please see Note 18, Contingencies, of the Notes to Consolidated Financial Statements.

### Item 4. Mine Safety Disclosures

Not applicable.

### PART II

### Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities

U-Haul Holding Company's two classes of common stock are listed on the New York Stock Exchange under the trading symbols "UHAL" for our Voting Common Stock and "UHAL.B" for our Non-Voting Common Stock. As of March 31, 2024, there were approximately 3,500 holders of record of our Voting Common Stock and approximately 4,100 holders of record of our Non-Voting Common Stock. We derived the number of our stockholders using internal stock ledgers and utilizing Mellon Investor Services Stockholder listings.

### Dividends

We do not have a formal dividend policy for our Voting Common Stock (UHAL). We do have a dividend policy for our Non-Voting Common Stock (UHAL.B), which provides that unless the Board otherwise determines in its sole discretion, it is the Company's policy to declare and pay a quarterly cash dividend. The dividend rate was increased from $0.04 per share

15

Exhibit 1 to Decl. of James Burton
39
**SER 777**

to $0.05 per share in December 2023. The Board periodically considers the advisability of declaring and paying dividends to holders of each of our two classes of common stock in light of existing circumstances.

The following table lists the dividends that were declared and issued for fiscal 2024 and 2023.

**Voting Common Stock Dividends**

| Declared Date | Per Share Amount | | Record Date | Dividend Date |
|---|---|---|---|---|
| August 18, 2022 | $ | 0.50 | September 6, 2022 | September 20, 2022 |
| April 6, 2022 | $ | 0.50 | April 18, 2022 | April 29, 2022 |

**Non-Voting Common Stock Dividends**

| Declared Date | Per Share Amount | | Record Date | Dividend Date |
|---|---|---|---|---|
| March 6, 2024 | $ | 0.05 | March 18, 2024 | March 28, 2024 |
| December 6, 2023 | $ | 0.05 | December 18, 2023 | December 29, 2023 |
| August 17, 2023 | $ | 0.04 | September 19, 2023 | September 29, 2023 |
| June 7, 2023 | $ | 0.04 | June 20, 2023 | June 30, 2023 |
| March 3, 2023 | $ | 0.04 | March 14, 2023 | March 27, 2023 |
| December 7, 2022 | $ | 0.04 | December 19, 2022 | December 30, 2022 |

See Note 28, Statutory Financial Information of Insurance Subsidiaries, of the Notes to Consolidated Financial Statements for a discussion of certain statutory restrictions on the ability of the insurance subsidiaries to pay dividends to U-Haul Holding Company.

16

Exhibit 1 to Decl. of James Burton

40

**SER 778**

***Performance Graph***

The following graph compares the cumulative total stockholder return on the Company's Voting Common Stock (UHAL) and Non-Voting Common Stock (UHAL.B) for the period March 31, 2019 through March 31, 2024 with the cumulative total return on the Dow Jones US Total Market and the Dow Jones US Transportation Average. The comparison assumes that $100 was invested on March 31, 2019 in the Company's common stock and in each of the comparison indices. The graph reflects the value of the investment based on the closing price of the common stock trading on the New York Stock Exchange and NASDAQ Global Select Market on March 31, 2020, 2021, 2022, 2023 and 2024.



**COMPARISON OF 5 YEAR CUMULATIVE TOTAL RETURN***
Among U-Haul Holding Company (UHAL and UHAL.B), The Dow Jones US Index
And The Dow Jones US Transportation Average Index

*$100 invested on 3/31/2019 in stock or index including reinvestment of dividends.
Fiscal year ending March 31.

| Fiscal years ended March 31: | | 2019 | | 2020 | | 2021 | | 2022 | | 2023 | | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| U-Haul Holding Company - UHAL | $ | 100 | $ | 78 | $ | 166 | $ | 162 | $ | 163 | $ | 184 |
| U-Haul Holding Company - UHAL.B | | 100 | | 78 | | 166 | | 162 | | 141 | | 182 |
| Dow Jones US Total Market | | 100 | | 85 | | 127 | | 134 | | 128 | | 154 |
| Dow Jones US Transportation Average | | 100 | | 74 | | 141 | | 156 | | 139 | | 156 |

***Item 6. [Reserved]***

Reserved.

17

Exhibit 1 to Decl. of James Burton
41

### Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations

We begin this MD&A with the overall strategy of U-Haul Holding Company, followed by a description of, and strategy related to, our operating segments to give the reader an overview of the goals of our businesses and the direction in which our businesses and products are moving. We then discuss our critical accounting estimates that we believe are important to understanding the assumptions and judgments incorporated in our reported financial results. Next, we discuss our results of operations for fiscal 2024 compared with fiscal 2023, which are followed by an analysis of liquidity changes in our balance sheets and cash flows, and a discussion of our financial commitments in the sections entitled Liquidity and Capital Resources and Disclosures about Contractual Obligations and Commercial Commitments. The discussion of our financial condition and results of operations for the year ended March 31, 2022 included in Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations in our Annual Report on Form 10-K for the year ended March 31, 2023 is incorporated by reference into this MD&A. We conclude this MD&A by discussing our outlook for fiscal 2025.

This MD&A should be read in conjunction with the other sections of this Annual Report, including Item 1: Business and Item 8: Consolidated Financial Statements and Supplementary Data. The various sections of this MD&A contain a number of forward-looking statements, as discussed under the caption, Cautionary Statements Regarding Forward-Looking Statements, all of which are based on our current expectations and could be affected by the uncertainties and risk factors described throughout this Annual Report and particularly under the section Item 1A: Risk Factors. Our actual results may differ materially from these forward-looking statements.

U-Haul Holding Company has a fiscal year that ends on the 31st of March for each year that is referenced. Our insurance company subsidiaries have fiscal years that end on the 31st of December for each year that is referenced. They have been consolidated on that basis. Our insurance companies' financial reporting processes conform to calendar year reporting as required by state insurance departments. We believe that consolidating their calendar year into our fiscal year consolidated financial statements does not materially affect the presentation of financial position or results of operations. We disclose all material events, if any, occurring during the intervening period. Consequently, all references to our insurance subsidiaries' years 2023, 2022 and 2021 correspond to fiscal 2024, 2023 and 2022 for U-Haul Holding Company.

### Overall Strategy

Our overall strategy is to maintain our leadership position in the North American "do-it-yourself" moving and storage industry. We accomplish this by providing a seamless and integrated supply chain to the "do-it-yourself" moving and storage market. As part of executing this strategy, we leverage the brand recognition of U-Haul with our full line of moving and self-storage related products and services and the convenience of our broad geographic presence.

Our primary focus is to provide our customers with a wide selection of moving rental equipment, convenient self-storage rental facilities and portable moving and storage units and related moving and self-storage products and services. We are able to expand our distribution and improve customer service by increasing the amount of moving equipment and storage units and portable moving and storage units available for rent, expanding the number of independent dealers in our network and expanding and taking advantage of our Storage Affiliate and Moving Help[®] capabilities.

Property and Casualty Insurance is focused on providing and administering property and casualty insurance to U-Haul and its customers, its independent dealers and affiliates.

Life Insurance is focused on long-term capital growth through direct writing and reinsuring of life, Medicare supplement and annuity products in the senior marketplace.

### Description of Operating and Reportable Segments

U-Haul Holding Company's three operating and reportable segments are:

- Moving and Storage, comprised of U-Haul Holding Company, U-Haul, and Real Estate and the subsidiaries of U-Haul and Real Estate;

- Property and Casualty Insurance, comprised of Repwest and its subsidiaries and ARCOA; and

- Life Insurance, comprised of Oxford and its subsidiaries.

See Note 1, Basis of Presentation, Note 21, Reportable Segment Information,  and Note 22, Financial Information by Geographic Area, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report.

18

Exhibit 1 to Decl. of James Burton

42

**SER 780**

### Moving and Storage Operating Segment

Moving and Storage consists of the rental of trucks, trailers, portable moving and storage units, specialty rental items and self-storage spaces primarily to the household mover as well as sales of moving supplies, towing accessories and propane. Operations are conducted under the registered trade name U-Haul® throughout the United States and Canada.

With respect to our truck, trailer, specialty rental items and self-storage rental business, we are focused on expanding our dealer network, which provides added convenience for our customers and expanding the selection and availability of rental equipment to satisfy the needs of our customers.

U-Haul® branded self-moving related products and services, such as boxes, pads and tape allow our customers to, among other things, protect their belongings from potential damage during the moving process. We are committed to providing a complete line of products selected with the "do-it-yourself" moving and storage customer in mind.

uhaul.com® and U-Haul's mobile app are an online marketplace that connects consumers to our operations as well as independent Moving Help® service providers and thousands of independent Self-Storage Affiliates. Our network of customer-rated affiliates and service providers furnish pack and load help, cleaning help, self-storage and similar services throughout the United States and Canada. Our goal is to further utilize our web-based technology platform to increase service to consumers and businesses in the moving and storage market.

Truck Share 24/7, Skip-the-Counter Self-Storage rentals and Self-checkout for moving supplies provide our customers methods for conducting business with us directly via their mobile devices and also limiting physical exposure.

Since 1945, U-Haul has incorporated sustainable practices into its everyday operations. We believe that our basic business premise of equipment sharing helps reduce greenhouse gas emissions and reduces the inventory of total large capacity vehicles. We continue to look for ways to reduce waste within our business and are dedicated to manufacturing reusable components and recyclable products. We believe that our commitment to sustainability, through our products and services and everyday operations has helped us to reduce our impact on the environment.

### Property and Casualty Insurance Operating Segment

Property and Casualty Insurance provides loss adjusting and claims handling for U-Haul through regional offices in the United States and Canada. Property and Casualty Insurance also underwrites components of the Safemove®, Safetow®, Safemove Plus®, Safestor® and Safestor Mobile® protection packages to U-Haul® customers. We continue to focus on increasing the penetration of these products into the moving and storage market. The business plan for Property and Casualty Insurance includes offering property and casualty products in other U-Haul® related programs.

### Life Insurance Operating Segment

Life Insurance provides life and health insurance products primarily to the senior market through the direct writing and reinsuring of life insurance, Medicare supplement and annuity policies.

### Cybersecurity Incident

On September 9, 2022, we announced that the Company was made aware of a data security incident involving U-Haul's information technology network. U-Haul detected a compromise of two unique passwords used to access U-Haul customers' information. U-Haul took immediate steps to contain the incident and promptly enhanced its security measures to prevent any further unauthorized access. U-Haul retained cybersecurity experts and incident response counsel to investigate the incident and implement additional security safeguards. The investigation determined that between November 5, 2021 and April 8, 2022, the threat actor accessed customer contracts containing customers' names, dates of birth, and driver's license or state identification numbers. None of U-Haul's financial, payment processing or email systems were involved. U-Haul has notified impacted customers and relevant governmental authorities.

Several class action lawsuits related to the incident have been filed against U-Haul. The lawsuits have been consolidated into one action in the U.S. District Court for the District of Arizona (the "Court"). On October 27, 2023, the Court dismissed with prejudice all claims except those brought under the California Consumer Privacy Act. The remaining claims will be vigorously defended by the Company; however, the outcome of such lawsuits cannot be predicted or guaranteed with any certainty. The parties are currently working on a settlement agreement, which will then go through the approval process by the Court.

### Critical Accounting Estimates

Our consolidated financial statements have been prepared in accordance with the generally accepted accounting principles ("GAAP") in the United States. The methods, estimates and judgments we use in applying our accounting policies can have a significant impact on the results we report in our consolidated financial statements. Note 3, Accounting Policies, of the Notes to Consolidated Financial Statements in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report summarizes the significant accounting policies and methods used in the preparation of our

19

Exhibit 1 to Decl. of James Burton

43

**SER 781**

consolidated financial statements and related disclosures. Certain accounting policies require us to make difficult and subjective judgments and assumptions, often as a result of the need to estimate matters that are inherently uncertain.

Following is a detailed description of the accounting estimates that we deem most critical to us and that require management's most difficult and subjective judgments. These estimates are based on historical experience, observance of trends in particular areas, information and valuations available from outside sources and on various other assumptions that are believed to be reasonable under the circumstances and which form the basis for making judgments about the carrying values of assets and liabilities that are not readily apparent from other sources. Actual amounts may differ from these estimates under different assumptions and conditions, and such differences may be material.

We also have other significant accounting policies used to record the results of the majority of our recurring operations in our financial statements, such as revenue recognition; however, these policies do not meet the definition of critical accounting estimates, because they do not generally require us to make estimates or judgments that are difficult or subjective. The accounting policies and estimates that we deem most critical to us, and involve the most difficult, subjective or complex judgments include the following:

**Recoverability of Property, Plant and Equipment**

Our property, plant and equipment is stated at cost. We regularly perform reviews to determine whether facts and circumstances exist, which indicate that the carrying amount of assets, including estimates of residual value, may not be recoverable. Reviews are performed based on vehicle class, generally subcategories of trucks and trailers. We assess the recoverability of our assets by comparing the projected undiscounted net cash flows associated with the related asset or group of assets over their estimated remaining lives against their respective carrying amounts. We consider factors such as current and expected future market price trends on used vehicles and the expected life of vehicles included in the fleet. Impairment, if any, is based on the excess of the carrying amount over the fair value of those assets. If asset residual values are determined to be recoverable, but the useful lives are shorter or longer than originally estimated, then the net book value of the assets is depreciated over the newly determined remaining useful lives.

**Insurance Reserves**

*Life Insurance*

The liability for future policy benefits for traditional and limited-payment long duration life and health products is determined each reporting period based on the net level premium method. This method requires the liability for future policy benefits be calculated as the present value of estimated future policyholder benefits and the related termination expenses, less the present value of estimated future net premiums to be collected from policyholders. Both the present value of expected future benefit payments and the present value of expected future net premiums are based primarily on assumptions of discount rates, mortality, morbidity, lapse, and persistency. The Company reviews, and updates as necessary, its cash flow assumptions (mortality, morbidity, lapses and persistency) used to calculate the change in the liability for future policy benefits at least annually.

*Property & Casualty*

Property and Casualty Insurance's liability for reported and unreported losses is based on historical data along with industry averages. The liability for unpaid loss adjustment expenses is based on historical ratios of loss adjustment expenses paid to losses paid. Amounts recoverable from reinsurers on unpaid losses are estimated in a manner consistent with the claim liability associated with the reinsured policy.

Due to the nature of the underlying risks and high degree of uncertainty associated with the determination of the liability for future policy benefits and claims, the amounts to be ultimately paid to settle these liabilities cannot be precisely determined and may vary significantly from the estimated liability, especially for long-tailed casualty lines of business such as excess workers' compensation. As a result of the long-tailed nature of the excess workers' compensation policies written by Repwest during 1983 through 2001, it may take a number of years for claims to be fully reported and finally settled.

On a regular basis, insurance reserve adequacy is reviewed by management to determine if existing assumptions need to be updated. In determining the assumptions for calculating workers' compensation reserves, management considers multiple factors, including the following:

•   Claimant longevity;

•   Cost trends associated with claimant treatments;

•   Changes in ceding entity and third-party administrator reporting practices;

•   Changes in environmental factors, including legal and regulatory;

20

Exhibit 1 to Decl. of James Burton
44
**SER 782**

- Current conditions affecting claim settlements; and

- Future economic conditions, including inflation.

We have reserved each claim based upon the accumulation of current claim costs projected through each claimant's life expectancy and then adjusted for applicable reinsurance arrangements.  Management reviews each claim bi-annually, or more frequently if there are changes in facts or circumstances, to determine if the estimated life time claim costs have increased and then adjusts the reserve estimate accordingly at that time.  We have factored in an estimate of what the potential cost increases could be in our liability related to claims incurred but not reported ("IBNR").  We have not assumed settlement of the existing claims in calculating the reserve amount unless it is in the final stages of completion.

Continued increases in claim costs, including medical inflation and new treatments and medications could lead to future adverse development resulting in additional reserve strengthening.  Conversely, settlement of existing claims or if injured workers return to work or expire prematurely, could lead to future positive development.

*Self-Insurance Liability*

U-Haul retains the risk for certain public liability and third-party property damage claims related to our rental equipment. These liabilities represent an estimate for both reported claims not yet paid, and claims incurred but not yet reported and are recorded on an undiscounted basis in policy benefits and losses, claims and loss expenses payable. Requirements are based on actuarial evaluation of historical accident claims expense and trends, as well as future projection of ultimate losses, expenses and administrative costs. The adequacy of the liability is monitored based on evolving claim history. This liability is subject to change in the future based upon changes in the underlying assumptions, including claims experience, frequency of incidents, and severity of incidents.

U-Haul has operated a self-insurance program for general liability coverage related to risks arising from U-Haul's moving operations since 2002. The Company maintains excess of loss coverage with third-party insurers for losses in excess of specific limits.

We estimate this liability based on actual claims outstanding as of the balance sheet date as well as an actuarial estimate of IBNR claims.

**Impairment of Investments**

Under the current expected credit loss model, a valuation allowance is recognized in earnings for credit losses. If we intend to sell a debt security, or it is more likely than not that we will be required to sell the security before recovery of its amortized cost basis, the debt security is written down to its fair value and the write down is charged against the allowance for credit losses, with any incremental impairment reported in earnings. Reversals of the allowance for credit losses are permitted and should not exceed the allowance amount initially recognized. Management considers the extent to which fair value is less than amortized cost, any changes to the rating of the security by a rating agency, and adverse market conditions specifically related to the security, among other factors.

There was a $1.0 million and $2.0 million net impairment charge recorded in fixed maturity securities for fiscal 2024 and 2023, respectively.

**Income Taxes**

We file a consolidated tax return with all of our legal subsidiaries.

Our income tax expense, deferred tax assets and liabilities, and liabilities for unrecognized tax benefits reflect the Company's best estimate of current and future taxes to be paid. We are subject to income taxes in the United States and other foreign jurisdictions. Significant judgments and estimates are required in the determination of the consolidated income tax expense.

Please see Note 15, Provision for Taxes, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report for more information.

**Recent Accounting Pronouncements**

Please see Note 3, Accounting Policies, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report for more information.

21

Exhibit 1 to Decl. of James Burton

45

**SER 783**

**Results of Operations**

**U-Haul Holding Company and Consolidated Subsidiaries**

***Fiscal 2024 Compared with Fiscal 2023***

Listed below, on a consolidated basis, are revenues for our major product lines for fiscal 2024 and fiscal 2023:

| | Year Ended March 31, | |
|---|---|---|
| | **2024** | **2023** |
| | (In thousands) | |
| Self-moving equipment rental revenues | $ 3,624,695 | $ 3,877,917 |
| Self-storage revenues | 831,069 | 744,492 |
| Self-moving and self-storage products and service sales | 335,805 | 357,286 |
| Property management fees | 37,004 | 37,073 |
| Life insurance premiums | 89,745 | 99,149 |
| Property and casualty insurance premiums | 94,802 | 93,209 |
| Net investment and interest income | 146,468 | 176,679 |
| Other revenue | 466,086 | 478,886 |
| Consolidated revenue | $ 5,625,674 | $ 5,864,691 |

Self-moving equipment rental revenues decreased $253.2 million during fiscal 2024, compared with fiscal 2023. Transactions, revenue and average miles driven per transaction decreased with the rate of decline lessening throughout the year. These declines were more pronounced in our one-way markets. Compared to the end of last year, we decreased the number of trucks in the fleet while increasing the number of trailers and retail locations.

Self-storage revenues increased $86.6 million during fiscal 2024, compared with fiscal 2023. The average monthly number of occupied units increased by 7%, or 36,100 units during fiscal 2024 compared with the same period last year. The growth in revenues and square feet rented comes from a combination of occupancy gains, the addition of new capacity to the portfolio and a 2.9% improvement in average revenue per occupied square foot. The occupancy gains and revenue per square foot improvements slowed over the course of the fiscal year. During fiscal 2024, we added approximately 5.5 million net rentable square feet.

Sales of self-moving and self-storage products and services decreased $21.5 million during fiscal 2024, compared with fiscal 2023, primarily due to decreased sales of hitches, moving supplies and propane. The decrease in self-moving transactions has negatively impacted the sales of moving supplies.

Life insurance premiums decreased $9.4 million during fiscal 2024, compared with fiscal 2023 primarily due to decreased sales of single premium life products and policy decrements in Medicare supplement.

Property and casualty insurance premiums increased $1.6 million during fiscal 2024, compared with fiscal 2023. A significant portion of Repwest's premiums are from policies sold in conjunction with U-Haul moving and storage transactions and generally correspond to the related activity at U-Haul during the same period.

Net investment and interest income decreased $30.2 million during fiscal 2024, compared with fiscal 2023. Changes in the market value of unaffiliated common stocks held at our Property and Casualty Insurance subsidiary accounted for $17.9 million of the increase. Our Life Insurance subsidiaries investment income increased $22.3 million primarily from gains on derivatives used as hedges to fixed indexed annuities. The Moving and Storage segment decreased as the interest income has been classified as Other interest income in fiscal 2024.

Other revenue decreased $12.8 million during fiscal 2024, compared with fiscal 2023, caused primarily by decreases in our U-Box® program.

22

---

Exhibit 1 to Decl. of James Burton

46

**SER 784**

Listed below are revenues and earnings from operations at each of our operating segments for fiscal 2024 and 2023. The insurance companies' years ended December 31, 2023 and 2022.

|  | Year Ended March 31, | |
|---|---|---|
|  | 2024 | 2023 |
|  | (In thousands) | |
| Moving and storage |  |  |
| Revenues | $ 5,294,928 | $ 5,567,714 |
| Earnings from operations before equity in earnings of subsidiaries | 896,140 | 1,396,122 |
| Property and casualty insurance |  |  |
| Revenues | 123,085 | 103,512 |
| Earnings from operations | 62,509 | 36,570 |
| Life insurance |  |  |
| Revenues | 219,202 | 206,100 |
| Earnings from operations | 20,152 | 14,409 |
| Eliminations |  |  |
| Revenues | (11,541) | (12,635) |
| Earnings from operations before equity in earnings of subsidiaries | (1,012) | (1,521) |
| Consolidated Results |  |  |
| Revenues | 5,625,674 | 5,864,691 |
| Earnings from operations | 977,789 | 1,445,580 |

Total costs and expenses increased $228.8 million during fiscal 2024, compared with fiscal 2023. Operating expenses for Moving and Storage increased $99.7 million. Repair expenses associated with the rental fleet experienced a $33.0 million increase during fiscal year 2024 due to higher cost of preventative maintenance along with the costs associated with selling more retired trucks. Personnel related costs increased $50.3 million along with increases in liability costs, property taxes and building maintenance.

Depreciation expense associated with our rental fleet increased $44.0 million for fiscal 2024 compared with fiscal 2023 due to an increase in the pace of new additions to the fleet combined with their higher cost. Net gains from the disposal of rental equipment decreased $91.8 million as resale values have decreased and the average cost of units being sold has increased. Depreciation expense on all other assets, largely from buildings and improvements, increased $40.0 million. Net losses on the disposal or retirement of land and buildings increased $2.3 million. Additional details are available in the following Moving and Storage section.

As a result of the above-mentioned changes in revenues and expenses, earnings from operations decreased $467.8 million to $977.8 million for fiscal 2024, compared with $1,445.6 million for fiscal 2023.

Interest expense for fiscal 2024 was $256.2 million, compared with $224.0 million for fiscal 2023 due to an increase in our average cost of debt.

Income tax expense was $211.5 million for fiscal 2024, compared with $294.9 million for fiscal 2023. See Note 14, Provision for Taxes, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report for more information on income taxes.

As a result of the above-mentioned items, earnings available to common stockholders were $628.7 million for fiscal 2024, compared with $924.5 million for fiscal 2023.

23

Exhibit 1 to Decl. of James Burton
47
**SER 785**

***Moving and Storage***

**Fiscal 2024 Compared with Fiscal 2023**

Listed below are revenues for the major product lines at Moving and Storage for fiscal 2024 and fiscal 2023:

| | | Year Ended March 31, | |
| --- | --- | --- | --- |
| | | **2024** | **2023** |
| | | **(In thousands)** | |
| Self-moving equipment rental revenues | $ | 3,629,215 | $ 3,882,620 |
| Self-storage revenues | | 831,069 | 744,492 |
| Self-moving and self-storage products and service sales | | 335,805 | 357,286 |
| Property management fees | | 37,004 | 37,073 |
| Net investment and interest income | | — | 70,992 |
| Other revenue | | 461,835 | 475,251 |
| Moving and Storage revenue | $ | 5,294,928 | $ 5,567,714 |

Self-moving equipment rental revenues decreased $253.4 million during fiscal 2024, compared with fiscal 2023. Transactions, revenue and average miles driven per transaction decreased with the rate of decline lessening throughout the year. These declines were more pronounced in our one-way markets. Compared to the end of last year, we decreased the number of trucks in the fleet while increasing the number of trailers and retail locations.

Self-storage revenues increased $86.6 million during fiscal 2024, compared with fiscal 2023. The average monthly number of occupied units increased by 7%, or 36,100 units during fiscal 2024 compared with the same period last year. The growth in revenues and square feet rented comes from a combination of occupancy gains, the addition of new capacity to the portfolio and a 2.9% improvement in average revenue per occupied square foot. The occupancy gains and revenue per square foot improvements slowed over the course of the fiscal year. During fiscal 2024, we added approximately 5.5 million net rentable square feet.

The Company owns and manages self-storage facilities. Self-storage revenues reported in the consolidated financial statements represent Company-owned locations only. Self-storage data for our owned storage locations follows:

| | Year Ended March 31, | |
| --- | --- | --- |
| | **2024** | **2023** |
| | **(In thousands, except occupancy rate)** | |
| Unit count as of March 31 | 728 | 673 |
| Square footage as of March 31 | 61,857 | 56,382 |
| Average monthly number of units occupied | 571 | 535 |
| Average monthly occupancy rate based on unit count | 82.1 % | 83.4 % |
| End of period occupancy rate based on unit count | 79.3 % | 81.2 % |
| Average monthly square footage occupied | 49,515 | 46,257 |

During fiscal 2024, we added approximately 5.5 million net rentable square feet of new storage. This was a mix of approximately 1.2 million square feet of existing self-storage acquired along with 4.3 million square feet of new development.

Sales of self-moving and self-storage products and services decreased $21.5 million during fiscal 2024, compared with fiscal 2023, primarily due to decreased sales of hitches, moving supplies and propane. The decrease in self-moving transactions has negatively impacted the sales of moving supplies

Net investment and interest income decreased $70.9 million during fiscal 2024, compared with fiscal 2023 decreased as the interest income has been classified as Other interest income in fiscal 2024.

Other revenue decreased $13.4 million during fiscal 2024, compared with fiscal 2023, caused primarily by decreases in our U-Box® program.

Total costs and expenses increased $227.2 million during fiscal 2024, compared with fiscal 2023. Operating expenses increased $99.7 million. Repair expenses associated with the rental fleet experienced a $33.0 million increase during fiscal year 2024 due to higher cost of preventative maintenance along with the costs associated with selling more retired trucks. Personnel related costs increased $50.3 million along with increases in liability costs, property taxes and building maintenance.

24

Exhibit 1 to Decl. of James Burton

48

**SER 786**

Depreciation expense associated with our rental fleet increased $44.0 million for fiscal 2024 compared with fiscal 2023, due to an increase in the pace of new additions to the fleet combined with their higher cost. Net gains from the disposal of rental equipment decreased $91.8 million as resale values have decreased and the average cost of units being sold has increased. Depreciation expense on all other assets, largely from buildings and improvements, increased $40.0 million. Net losses on the disposal or retirement of land and buildings increased $2.3 million. Additional details are available in the following Moving and Storage section.

| | Year Ended March 31, | |
| | 2024 | 2023 |
|---|---|---|
| | (In thousands) | |
| Depreciation expense - rental equipment | $ 564,546 | $ 520,502 |
| Depreciation expense - non rental equipment | 94,902 | 86,178 |
| Depreciation expense - real estate | 158,441 | 127,199 |
| **Total depreciation expense** | $ 817,889 | $ 733,879 |
| Gains on disposals of rental equipment | $ (154,989) | $ (246,761) |
| (Gains) losses on disposals of non-rental equipment | 1,031 | (323) |
| **Total gains on disposals equipment** | $ (153,958) | $ (247,084) |
| **Depreciation, net of gains on disposals** | $ 663,931 | $ 486,795 |
| **Losses on disposals of real estate** | $ 7,914 | $ 5,596 |

## Property and Casualty Insurance

### 2023 Compared with 2022

Net premiums were $97.9 million and $96.2 million for the years ended December 31, 2023 and 2022, respectively. A significant portion of Repwest's premiums are from policies sold in conjunction with U-Haul moving and storage transactions and generally correspond to the related activity at U-Haul during the same period.

Net investment and interest income were $25.2 million and $7.3 million for the years ended December 31, 2023 and 2022, respectively. The main driver of the change in net investment income was the increase in valuation of unaffiliated common stock.

Operating expenses were $48.3 million and $45.0 million for the years ended December 31, 2023 and 2022, respectively. The change was primarily due to an increase in commissions, wages and other administrative expenses.

Benefits and losses expenses were $11.9 million and $21.5 million for the years ended December 31, 2023 and 2022, respectively. Benefits and losses incurred decreased due to a reduction in reserves caused by favorable development in Repwest's run-off book of business.

As a result of the above-mentioned changes in revenues and expenses, pretax earnings from operations were $62.5 million and $36.6 million for the twelve months ended December 31, 2023 and 2022, respectively.

### Life Insurance

### 2023 Compared with 2022

Net premiums were $89.7 million and $99.1 million for the years ended December 31, 2023 and 2022, respectively. Medicare Supplement premiums decreased due to the advanced age of the block. Life premiums decreased primarily from the decrease in sales of single premium life and final expense. Deferred annuity deposits were $352.6 million or $26.1 million above prior year and are accounted for on the balance sheet as deposits rather than premiums.

Net investment income was $124.7 million and $102.4 million for the years ended December 31, 2023 and 2022, respectively. Realized gains on derivatives used as hedges to fixed indexed annuities was $15.3 million this year compared to a $12.6 million realized loss for the prior year. The change in the provision for expected credit losses resulted in a $2.8 million additional increase to the investment income this year compared to a $2.9 million decrease last year. Net interest income and realized gain on the invested assets increased $3.0 million.

Operating expenses were $19.6 million and $21.1 million for the years ended December 31, 2023 and 2022, respectively.

Exhibit 1 to Decl. of James Burton

Benefits and losses incurred were $155.2 million and $142.5 million for the years ended December 31, 2023 and 2022, respectively. Interest credited to policyholders increased $18.7 million due to an increase in the interest credited rates on equity - indexed annuities due to rising equity markets. Life benefits decreased $3.3 million due to fewer death claims and lower sales. Medicare supplement benefits decreased by $4.0 million from fewer policies in force.

Amortization of deferred acquisition costs, sales inducement asset and the value of business acquired was $24.2 million and $27.9 million for the years ended December 31, 2023 and 2022, respectively.

As a result of the above-mentioned changes in revenues and expenses, pretax earnings from operations were $19.7 million and $13.9 million for the years ended December 31, 2023 and 2022, respectively.

**Liquidity and Capital Resources**

We believe our current capital structure is a positive factor that will enable us to pursue our operational plans and goals and provide us with sufficient liquidity. There are many factors which could affect our liquidity, including some which are beyond our control, and there is no assurance that future cash flows and liquidity resources will be sufficient to meet our outstanding debt obligations and our other future capital needs.

As of March 31, 2024, cash and cash equivalents totaled $1,534.5 million, compared with $2,060.5 million as of March 31, 2023. The assets of our insurance subsidiaries are generally unavailable to fulfill the obligations of non-insurance operations (U-Haul Holding Company, U-Haul and Real Estate). As of March 31, 2024 (or as otherwise indicated), cash and cash equivalents, other financial assets (receivables, other investments, fixed maturities, equity securities and related party assets) and debt obligations of each operating segment were:

| | | Moving & Storage | | Property and Casualty Insurance (a) | | Life Insurance (a) |
|---|---|---|---|---|---|---|
| | | | | (In thousands) | | |
| Cash and cash equivalents | $ | 1,380,165 | $ | 52,508 | $ | 101,871 |
| Other financial assets | | 287,233 | | 430,955 | | 2,733,622 |
| Debt obligations (b) | | 6,304,038 | | — | | — |

(a) As of December 31, 2023
(b) Excludes ($32,676) of debt issuance costs

As of March 31, 2024, Moving and Storage had available borrowing capacity under existing credit facilities of $506.1 million. The majority of invested cash at the Moving and Storage segment is held in government money market funds. Our current forecasted debt payments for fiscal 2025 on all borrowings are $535.0 million. For detailed information regarding our debt obligations, please see Note 10, Notes, Loans and Finance Leases Payable, net, of the Notes to Consolidated Financial Statements.

A summary of our consolidated cash flows for fiscal 2024 and 2023 is shown in the table below:

| | | Year Ended March 31, | |
|---|---|---|---|
| | | **2024** | **2023** |
| | | (In thousands) | |
| Net cash provided by operating activities | $ | 1,452,756 | $ 1,729,610 |
| Net cash used in investing activities | | (2,046,373) | (2,421,385) |
| Net cash provided by financing activities | | 66,533 | 59,795 |
| Effects of exchange rate on cash | | 1,104 | (11,633) |
| Net increase (decrease) in cash flow | | (525,980) | (643,613) |
| Cash at the beginning of the period | | 2,060,524 | 2,704,137 |
| Cash at the end of the period | $ | 1,534,544 | $ 2,060,524 |

Net cash provided by operating activities decreased $276.9 million in fiscal 2024, compared with fiscal 2023 due to a decrease in Moving and Storage operating profits combined with an increase in claim payments and the timing of working capital payments and receivables.

26

Exhibit 1 to Decl. of James Burton

50

**SER 788**

Net cash used in investing activities decreased $375.0 million in fiscal 2024, compared with fiscal 2023. Purchases of property, plant and equipment increased $269.0 million. Fleet related spending increased $320.4 million while investment spending on real estate and development decreased $83.4 million. Cash from the sales of property, plant and equipment increased $37.8 million largely due to fleet sales. For our insurance subsidiaries, net cash provided by investing activities increased $230.7 million. Net cash provided by investing activities for Moving and Storage increased $377.0 million on short-term Treasury notes.

Net cash provided by financing activities increased $6.7 million in fiscal 2024, as compared with fiscal 2023. This was due to a combination of increased debt payments of $117.8 million, decreased finance lease payments of $18.6 million, an increase in cash from borrowings of $168.5 million, a decrease in dividend payments of $2.0 million and an increase in net annuity withdrawals from Life Insurance of $65.8 million.

**Liquidity and Capital Resources and Requirements of Our Operating Segments**

*Moving and Storage*

To meet the needs of our customers, U-Haul maintains a large fleet of rental equipment. Capital expenditures have primarily consisted of new rental equipment acquisitions and the buyouts of existing fleet from leases. The capital to fund these expenditures has historically been obtained internally from operations and the sale of used equipment and externally from debt and lease financing. In the future, we anticipate that our internally generated funds will be used to service these existing debt and fund operations. U-Haul estimates that during fiscal 2025 the Company will reinvest in its rental equipment fleet approximately $1,050 million, net of equipment sales and excluding any lease buyouts. For fiscal 2024, the Company invested, net of sales, approximately $891 million before any lease buyouts in its rental equipment fleet. Fleet investments in fiscal 2025 and beyond will be dependent upon several factors, including the availability of capital, the truck rental environment, the availability of equipment from manufacturers and the used-truck sales market. We anticipate that the fiscal 2025 investments will be funded largely through debt financing, external lease financing and cash from operations. We consider several factors, including cost and tax consequences when selecting a method to fund capital expenditures. Our allocation between debt and lease financing can change from year to year based upon financial market conditions, which may alter the cost or availability of financing options.

The Company has traditionally funded the acquisition of self-storage properties to support U-Haul's growth through debt financing and funds from operations. The Company's plan for the expansion of owned storage properties includes the acquisition of existing self-storage locations from third parties, the acquisition and development of bare land, and the acquisition and redevelopment of existing buildings not currently used for self-storage. The Company expects to fund these development projects through a combination of internally generated funds, corporate debt and with borrowings against existing properties as they operationally mature. For fiscal 2024, the Company invested $1,258.0 million in real estate acquisitions, new construction and renovation and repair compared to $1,341.4 million in fiscal 2023. For fiscal 2025, the timing of new projects will be dependent upon several factors, including the entitlement process, availability of capital, weather, the identification and successful acquisition of target properties and the availability of labor and materials. We are likely to maintain a high level of real estate capital expenditures in fiscal 2025. U-Haul's growth plan in self-storage also includes the expansion of the U-Haul Storage Affiliate program, which does not require significant capital.

Net capital expenditures (purchases of property, plant and equipment less proceeds from the sale of property, plant and equipment and lease proceeds) at Moving and Storage were $2,253.7 million and $2,025.6 million for fiscal 2024 and 2023, respectively. The components of our net capital expenditures are provided in the following table:

| | Year Ended March 31, | |
|---|---|---|
| | 2024 | 2023 |
| | (In thousands) | |
| Purchases of rental equipment | $ 1,619,366 | $ 1,298,955 |
| Purchases of real estate, construction and renovations | 1,257,974 | 1,341,417 |
| Other capital expenditures | 115,558 | 86,595 |
| Gross capital expenditures | 2,992,898 | 2,726,967 |
| Less: Sales of property, plant and equipment | (739,178) | (701,331) |
| Net capital expenditures | $ 2,253,720 | $ 2,025,636 |

Moving and Storage continues to hold significant cash and we believe has access to additional liquidity. Management may invest these funds in our existing operations, expand our product lines or pursue external opportunities in the self-moving and storage marketplace, pay dividends or reduce existing indebtedness where possible.

27

Exhibit 1 to Decl. of James Burton

51

**SER 789**

*Property and Casualty Insurance*

State insurance regulations may restrict the amount of dividends that can be paid to stockholders of insurance companies. As a result, Property and Casualty Insurance's assets are generally not available to satisfy the claims of U-Haul Holding Company, or its legal subsidiaries. For calendar year 2024, the ordinary dividend available to be paid to U-Haul Holding Company from Repwest is $34.2 million. For more information, please see Note 28, Statutory Financial Information of Insurance Subsidiaries, of the Notes to Consolidated Financial Statements included in, Item 8: Consolidated Financial Statements and Supplementary Data of this Annual Report. We believe that stockholders' equity at the Property and Casualty operating segment remains sufficient and we do not believe that its ability to pay ordinary dividends to U-Haul Holding Company will be restricted per state regulations.

Our Property and Casualty operating segment stockholders' equity was $350.5 million and $294.5 million as of December 31, 2023 and 2022, respectively. The increase in 2023 compared with 2022 resulted from net earnings of $49.6 million and an increase in accumulated other comprehensive income of $6.4 million. Property and Casualty Insurance does not use debt or equity issues to increase capital and therefore has no direct exposure to capital market conditions other than through its investment portfolio.

*Life Insurance*

Life Insurance manages its financial assets to meet policyholder and other obligations, including investment contract withdrawals and deposits. Life Insurance's net withdrawals for the year ended December 31, 2023 were $59.0 million. State insurance regulations may restrict the amount of dividends that can be paid to stockholders of insurance companies. As a result, Life Insurance's assets are generally not available to satisfy the claims of U-Haul Holding Company or its legal subsidiaries. For calendar year 2024, the ordinary dividend available to be paid to U-Haul Holding Company from Oxford is $5.3 million. For more information, please see Note 28, Statutory Financial Information of Insurance Subsidiaries, of the Notes to Consolidated Financial Statements included in, Item 8: Consolidated Financial Statements and Supplementary Data of this Annual Report.

Our Life Insurance operating segment stockholders' equity was $197.7 million and $132.2 million as of December 31, 2023 and 2022, respectively. The increase in 2023 compared with 2022 resulted from earnings of $15.5 million and a increase in accumulated other comprehensive income of $50.0 million primarily due to the effect of interest rate changes on the fixed maturity portion of the investment portfolio. Life Insurance has not historically used debt or equity issues to increase capital and therefore has not had any significant direct exposure to capital market conditions other than through its investment portfolio. However, as of December 31, 2023, Oxford had outstanding advances of $60.0 million through its membership in the Federal Home Loan Bank ("FHLB"). For a more detailed discussion of these advances, please see Note 10, Notes, Loans and Finance Leases Payable, net, of the Notes to Consolidated Financial Statements.

## Cash Flows by Operating Segments

*Moving and Storage*

Net cash provided by operating activities was $1,319.0 million and $1,593.7 million in fiscal 2024 and 2023, respectively, due to a decrease in operating profits.

*Property and Casualty Insurance*

Net cash provided by operating activities was $32.7 million and $36.2 million for the years ended December 31, 2023 and 2022, respectively. The decrease was the result of changes in intercompany balances and the timing of payables activity.

Property and Casualty Insurance's cash and cash equivalents and short-term investment portfolios amounted to $52.5 million and $27.2 million as of December 31, 2023 and 2022, respectively. These balances reflect funds in transition from maturity proceeds to long-term investments. Management believes this level of liquid assets, combined with budgeted cash flow, is adequate to meet foreseeable cash needs. Capital and operating budgets allow Property and Casualty Insurance to schedule cash needs in accordance with investment and underwriting proceeds.

*Life Insurance*

Net cash provided by operating activities was $101.0 million and $99.8 million for the years ended December 31, 2023, and 2022, respectively. The increase in operating cash flows was primarily due to timing of settlement of receivables for securities. This was offset by the decrease in premiums net of benefits and commissions.

In addition to cash flows from operating activities and financing activities, a substantial amount of liquid funds are available through Life Insurance's short-term portfolio and its membership in the FHLB. As of December 31, 2023 and 2022, cash and cash equivalents amounted to $101.9 million and $15.0 million, respectively. Management believes that the overall sources of liquidity are adequate to meet foreseeable cash needs.

28

Exhibit 1 to Decl. of James Burton

52

**SER 790**

**Liquidity and Capital Resources - Summary**

We believe we have the financial resources needed to meet our business plans, including our working capital needs. We continue to hold significant cash and have access to additional liquidity to meet our anticipated capital expenditure requirements for investment in our rental fleet, rental equipment and storage acquisitions and build outs.

The IRS completed and finalized their examination for tax March 2014 through March 2021. As a result, we are owed $129 million which is reflected in prepaid expense.

Our borrowing strategy has primarily focused on asset-backed financing, private placements and rental equipment leases. As part of this strategy, we seek to ladder maturities and fix interest rates. While each of these loans typically contains provisions governing the amount that can be borrowed in relation to specific assets, the overall structure is flexible with no limits on overall Company borrowings. Management believes it has adequate liquidity between cash and cash equivalents and unused borrowing capacity in existing credit facilities to meet the current and expected needs of the Company over the next several years. As of March 31, 2024, we had available borrowing capacity under existing credit facilities of $506.1 million.  While it is possible that circumstances beyond our control could alter the ability of the financial institutions to lend us the unused lines of credit, we believe that there are additional opportunities for leverage in our existing capital structure. For a more detailed discussion of our long-term debt and borrowing capacity, please see Note 10, Notes, Loans and Finance Leases Payable, net, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report.

Historically, we used certain off-balance sheet arrangements in connection with the expansion of our self-storage business. For more information, please see Note 20, Related Party Transactions, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report. These arrangements were primarily used when our overall borrowing structure was more limited. We do not face similar limitations currently and off-balance sheet arrangements have not been utilized in our self-storage expansion in recent years. In the future, we will continue to identify and consider off-balance sheet opportunities to the extent such arrangements would be economically advantageous to us and our stockholders.

**Use of Cash**

For material cash requirements as part of liquidity and capital resources discussion, please see Notes 10, Notes, Loans and Finance Leases Payable, net; 11, Interest on Notes, Loans and Finance Leases Payable, net; 19, Contingencies and 27 Life Insurance Liability, of the Notes to Consolidated Financial Statements included in Item 8: Consolidated Financial Statements and Supplementary Data, of this Annual Report.  The following table provides additional detail for uses of cash and contingencies as of March 31, 2024.

| | | Payment due by Period (as of March 31, 2024) | | | |
| | Total | 04/01/24 - 03/31/25 | 04/01/25 - 03/31/27 | 04/01/27 - 03/31/29 | Thereafter |
| --- | --- | --- | --- | --- | --- |
| | | (In thousands) | | | |
| Notes, loans and finance leases payable - Principal | $ 6,304,038 | $ 534,979 | $ 1,578,357 | $ 1,358,258 | $ 2,832,444 |
| Notes, loans and finance leases payable - Interest | 1,760,637 | 286,704 | 489,840 | 331,996 | 652,097 |
| Life, health and annuity obligations (a) | 3,555,725 | 767,167 | 823,275 | 512,158 | 1,453,125 |
| Self-insurance accruals (b) | 319,716 | 139,368 | 120,466 | 47,739 | 12,143 |
| Total contractual obligations | $ 11,940,116 | $ 1,728,218 | $ 3,011,938 | $ 2,250,151 | $ 4,949,809 |

(a) These cash flows represent our estimates of the payments we expect to make to our policyholders, without consideration of future premiums or reinsurance recoveries. These estimates are based on numerous assumptions (depending on the product type) related to mortality, morbidity, lapses, withdrawals, future premiums, future deposits, interest rates on investments, credited rates, expenses and other factors which affect our future payments. The cash flows presented are undiscounted for interest. As a result, total outflows for all years exceed the corresponding liabilities of $2,785.3 million included in our consolidated balance sheet as of March 31, 2024. As such payments are based on numerous assumptions, the actual payments may vary significantly from the amounts shown.

(b) These estimated obligations are primarily the Company's self-insurance accruals for portions of the liability coverage for our rental equipment. The estimates for future settlement are based upon historical experience and current trends. Due to the significant assumptions employed in this model, the amounts shown could materially differ from actual results.

ASC 740 - *Income Taxes* liabilities and interest of $94.6 million is not included above due to uncertainty surrounding ultimate settlements, if any.

**Fiscal 2025 Outlook**

We will continue to focus our attention on increasing transaction volume and improving pricing, product and utilization for self-moving equipment rentals. Maintaining an adequate level of new investment in our truck fleet is an important

29

---

Exhibit 1 to Decl. of James Burton

component of our plan to meet our operational goals and is likely to increase in fiscal 2025. Revenue in the U-Move[®] program could be adversely impacted should we fail to execute in any of these areas. Even if we execute our plans, we could see declines in revenues primarily due to unforeseen events, including adverse economic conditions or heightened competition that is beyond our control.

With respect to our storage business, we have added new locations and expanded existing locations. In fiscal 2025, we are actively looking to complete current projects, increase occupancy in our existing portfolio of locations and acquire new locations. New projects and acquisitions will be considered and pursued if they fit our long-term plans and meet our financial objectives. It is likely spending on acquisitions and new development will remain high in fiscal 2025. We will continue to invest capital and resources in the U-Box[®] program throughout fiscal 2025.

Inflationary pressures may challenge our ability to maintain or improve upon our operating margin.

Property and Casualty Insurance will continue to provide loss adjusting and claims handling for U-Haul and underwrite components of the Safemove[®], Safetow[®], Safemove Plus[®], Safestor[®], and Safestor Mobile[®] protection packages to U-Haul customers.

Life Insurance is pursuing its goal of expanding its presence in the senior market through the sales of its Medicare supplement, life and annuity policies. This strategy includes growing its agency force, expanding its new product offerings, and pursuing business acquisition opportunities.

30

Exhibit 1 to Decl. of James Burton

54

**SER 792**

**Consolidating Schedules by Operating and Reporting Segment**

This information includes elimination entries necessary to consolidate U-Haul Holding Company, the parent, with its subsidiaries.

Consolidating balance sheets by industry segment as of March 31, 2024 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| **Assets:** | | | | | |
| Cash and cash equivalents | $ 1,380,165 | $ 52,508 | $ 101,871 | $ — | $ 1,534,544 |
| Trade receivables and reinsurance recoverables, net | 136,484 | 42,080 | 37,344 | — | 215,908 |
| Inventories and parts | 150,940 | — | — | — | 150,940 |
| Prepaid expenses | 246,082 | — | — | — | 246,082 |
| Fixed maturity securities available-for-sale, at fair value | 74,814 | 235,525 | 2,132,165 | — | 2,442,504 |
| Equity securities, at fair value | — | 45,833 | 20,441 | — | 66,274 |
| Investments, other | 1,000 | 101,301 | 531,635 | — | 633,936 |
| Deferred policy acquisition costs, net | — | — | 121,224 | — | 121,224 |
| Other assets | 60,221 | 17,448 | 34,074 | — | 111,743 |
| Right of use assets - financing, net | 289,305 | — | — | — | 289,305 |
| Right of use assets - operating, net | 52,945 | 655 | 112 | — | 53,712 |
| Related party assets | 74,935 | 6,216 | 12,037 | (35,254 ) (c) | 57,934 |
| | 2,466,891 | 501,566 | 2,990,903 | (35,254 ) | 5,924,106 |
| | | | | | |
| Investment in subsidiaries | 548,205 | — | — | (548,205 ) (b) | — |
| | | | | | |
| Property, plant and equipment, at cost: | | | | | |
| Land | 1,670,033 | — | — | — | 1,670,033 |
| Buildings and improvements | 8,237,354 | — | — | — | 8,237,354 |
| Furniture and equipment | 1,003,770 | — | — | — | 1,003,770 |
| Rental trailers and other rental equipment | 936,303 | — | — | — | 936,303 |
| Rental trucks | 6,338,324 | — | — | — | 6,338,324 |
| | 18,185,784 | — | — | — | 18,185,784 |
| Less: Accumulated depreciation | (5,051,132 ) | — | — | — | (5,051,132 ) |
| Total property, plant and equipment, net | 13,134,652 | — | — | — | 13,134,652 |
| Total assets | $ 16,149,748 | $ 501,566 | $ 2,990,903 | $ (583,459 ) | $ 19,058,758 |

(a)  Balances as of December 31, 2023
(b)  Eliminate investment in subsidiaries
(c)  Eliminate intercompany receivables and payables

31

Exhibit 1 to Decl. of James Burton
55
**SER 793**

Consolidating balance sheets by industry segment as of March 31, 2024 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| **Liabilities:** | | | | | |
| Accounts payable and accrued expenses | $ 756,497 | $ 9,623 | $ 16,964 | $ — | $ 783,084 |
| Notes, loans and finance leases payable, net | 6,271,362 | — | — | — | 6,271,362 |
| Operating lease liabilities | 54,249 | 670 | 113 | — | 55,032 |
| Policy benefits and losses, claims and loss expenses payable | 319,716 | 132,479 | 396,918 | — | 849,113 |
| Liabilities from investment contracts | — | — | 2,411,352 | — | 2,411,352 |
| Other policyholders' funds and liabilities | — | 633 | 17,437 | — | 18,070 |
| Deferred income | 51,175 | — | — | — | 51,175 |
| Deferred income taxes, net | 1,505,202 | 4,809 | (62,886 ) | — | 1,447,125 |
| Related party liabilities | 25,145 | 2,887 | 13,265 | (41,297 ) (c) | — |
| Total liabilities | 8,983,346 | 151,101 | 2,793,163 | (41,297 ) | 11,886,313 |
| | | | | | |
| **Stockholders' equity :** | | | | | |
| Series preferred stock: | | | | | |
| Series A preferred stock | — | — | — | — | — |
| Series B preferred stock | — | — | — | — | — |
| Series A common stock | — | — | — | — | — |
| Voting Common stock | 10,497 | 3,301 | 2,500 | (5,801 ) (b) | 10,497 |
| Non-Voting Common Stock | 176 | — | — | — | 176 |
| Additional paid-in capital | 462,758 | 91,120 | 26,271 | (117,601 ) (b) | 462,548 |
| Accumulated other comprehensive income (loss) | (229,259 ) | (8,366 ) | (175,941 ) | 190,350 (b) | (223,216 ) |
| Retained earnings | 7,599,880 | 264,410 | 344,910 | (609,110 ) (b) | 7,600,090 |
| Cost of common shares in treasury, net | (525,653 ) | — | — | — | (525,653 ) |
| Cost of preferred shares in treasury, net | (151,997 ) | — | — | — | (151,997 ) |
| Total stockholders' equity | 7,166,402 | 350,465 | 197,740 | (542,162 ) | 7,172,445 |
| Total liabilities and stockholders' equity | $ 16,149,748 | $ 501,566 | $ 2,990,903 | $ (583,459 ) | $ 19,058,758 |

(a)  Balances as of December 31, 2023
(b)  Eliminate investment in subsidiaries
(c)  Eliminate intercompany receivables and payables

32

Exhibit 1 to Decl. of James Burton

56

**SER 794**

Consolidating balance sheets by industry segment as of March 31, 2023 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Assets: | | | | | |
| Cash and cash equivalents | $ 2,034,242 | $ 11,276 | $ 15,006 | $ — | $ 2,060,524 |
| Trade receivables and reinsurance recoverables, net | 107,823 | 48,344 | 33,331 | — | 189,498 |
| Inventories and parts | 151,474 | — | — | — | 151,474 |
| Prepaid expenses | 241,711 | — | — | — | 241,711 |
| Fixed maturity securities available-for-sale, at fair value | 227,737 | 230,182 | 2,251,118 | — | 2,709,037 |
| Equity securities, at fair value | — | 40,974 | 20,383 | — | 61,357 |
| Investments, other | 23,314 | 125,130 | 427,096 | — | 575,540 |
| Deferred policy acquisition costs, net | — | — | 128,463 | — | 128,463 |
| Other assets | 46,438 | 730 | 3,884 | — | 51,052 |
| Right of use assets - financing, net | 474,765 | — | — | — | 474,765 |
| Right of use assets - operating, net | 57,978 | 914 | 25 | — | 58,917 |
| Related party assets | 69,144 | 2,347 | 12,268 | (35,451) (c) | 48,308 |
| | 3,434,626 | 459,897 | 2,891,574 | (35,451) | 6,750,646 |
| | | | | | |
| Investment in subsidiaries | 426,779 | — | — | (426,779) (b) | — |
| | | | | | |
| Property, plant and equipment, at cost: | | | | | |
| Land | 1,537,206 | — | — | — | 1,537,206 |
| Buildings and improvements | 7,088,810 | — | — | — | 7,088,810 |
| Furniture and equipment | 928,241 | — | — | — | 928,241 |
| Rental trailers and other rental equipment | 827,696 | — | — | — | 827,696 |
| Rental trucks | 5,278,340 | — | — | — | 5,278,340 |
| | 15,660,293 | — | — | — | 15,660,293 |
| Less: Accumulated depreciation | (4,310,205) | — | — | — | (4,310,205) |
| Total property, plant and equipment, net | 11,350,088 | — | — | — | 11,350,088 |
| Total assets | $ 15,211,493 | $ 459,897 | $ 2,891,574 | $ (462,230) | $ 18,100,734 |

(a)  Balances as of December 31, 2022
(b)  Eliminate investment in subsidiaries
(c)  Eliminate intercompany receivables and payables

33

Exhibit 1 to Decl. of James Burton

Consolidating balance sheets by industry segment as of March 31, 2023 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | (In thousands) | | | | |
| **Liabilities:** | | | | | |
| Accounts payable and accrued expenses | $ 729,679 | $ 4,470 | $ 26,890 | $ — | $ 761,039 |
| Notes, loans and leases payable, net | 6,108,042 | — | — | — | 6,108,042 |
| Operating lease liabilities | 57,418 | 928 | 27 | — | 58,373 |
| Policy benefits and losses, claims and loss expenses payable | 335,227 | 153,007 | 391,968 | — | 880,202 |
| Liabilities from investment contracts | — | — | 2,398,884 | — | 2,398,884 |
| Other policyholders' funds and liabilities | — | 2,702 | 5,530 | — | 8,232 |
| Deferred income | 52,282 | — | — | — | 52,282 |
| Deferred income taxes, net | 1,405,391 | 1,713 | (77,615) | — | 1,329,489 |
| Related party liabilities | 25,082 | 2,544 | 13,644 | (41,270) (c) | — |
| Total liabilities | 8,713,121 | 165,364 | 2,759,328 | (41,270) | 11,596,543 |
| | | | | | |
| **Stockholders' equity :** | | | | | |
| Series preferred stock: | | | | | |
| Series A preferred stock | — | — | — | — | — |
| Series B preferred stock | — | — | — | — | — |
| Series A common stock | — | — | — | — | — |
| Voting Common stock | 10,497 | 3,301 | 2,500 | (5,801) (b) | 10,497 |
| Non-Voting Common Stock | 176 | — | — | — | 176 |
| Additional paid-in capital | 453,853 | 91,120 | 26,271 | (117,601) (b) | 453,643 |
| Accumulated other comprehensive income (loss) | (291,442) | (14,720) | (225,904) | 246,443 (b) | (285,623) |
| Retained earnings | 7,002,938 | 214,832 | 329,379 | (544,001) (b) | 7,003,148 |
| Cost of common shares in treasury, net | (525,653) | — | — | — | (525,653) |
| Cost of preferred shares in treasury, net | (151,997) | — | — | — | (151,997) |
| Total stockholders' equity | $ 6,498,372 | 294,533 | 132,246 | (420,960) | 6,504,191 |
| Total liabilities and stockholders' equity | 15,211,493 | $ 459,897 | $ 2,891,574 | $ (462,230) | $ 18,100,734 |

(a)  Balances as of December 31, 2022
(b)  Eliminate investment in subsidiaries
(c)  Eliminate intercompany receivables and payables

34

Exhibit 1 to Decl. of James Burton
58
**SER 796**

Consolidating statements of operations by industry segment for year ending March 31, 2024 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|---|
| | | | (In thousands) | | | |
| **Revenues:** | | | | | | |
| Self-moving equipment rental revenues | $ 3,629,215 | $ — | $ — | $ (4,520) | (c) | $ 3,624,695 |
| Self-storage revenues | 831,069 | — | — | — | | 831,069 |
| Self-moving and self-storage products and service sales | 335,805 | — | — | — | | 335,805 |
| Property management fees | 37,004 | — | — | — | | 37,004 |
| Life insurance premiums | — | — | 89,745 | — | | 89,745 |
| Property and casualty insurance premiums | — | 97,927 | — | (3,125) | (c) | 94,802 |
| Net investment and interest income | — | 25,158 | 124,686 | (3,376) | (b) | 146,468 |
| Other revenue | 461,835 | — | 4,771 | (520) | (b) | 466,086 |
| Total revenues | 5,294,928 | 123,085 | 219,202 | (11,541) | | 5,625,674 |
| | | | | | | |
| **Costs and expenses:** | | | | | | |
| Operating expenses | 3,066,692 | 48,332 | 19,594 | (8,147) | (b, c) | 3,126,471 |
| Commission expenses | 384,079 | — | — | — | | 384,079 |
| Cost of product sales | 241,563 | — | — | — | | 241,563 |
| Benefits and losses | — | 11,878 | 155,157 | — | | 167,035 |
| Amortization of deferred policy acquisition costs | — | — | 24,238 | — | | 24,238 |
| Lease expense | 34,609 | 366 | 61 | (2,382) | (b) | 32,654 |
| Depreciation, net of gains on disposal | 663,931 | — | — | — | | 663,931 |
| Net losses on disposal of real estate | 7,914 | — | — | — | | 7,914 |
| Total costs and expenses | 4,398,788 | 60,576 | 199,050 | (10,529) | | 4,647,885 |
| | | | | | | |
| Earnings from operations before equity in earnings of subsidiaries | 896,140 | 62,509 | 20,152 | (1,012) | | 977,789 |
| | | | | | | |
| Equity in earnings of subsidiaries | 65,109 | — | — | (65,109) | (d) | — |
| | | | | | | |
| Earnings from operations | 961,249 | 62,509 | 20,152 | (66,121) | | 977,789 |
| Other components of net periodic benefit costs | (1,458) | — | — | — | | (1,458) |
| Other interest income | 120,501 | — | — | (480) | | 120,021 |
| Interest expense | (257,187) | — | (480) | 1,492 | (b) | (256,175) |
| Pretax earnings | 823,105 | 62,509 | 19,672 | (65,109) | | 840,177 |
| Income tax expense | (194,398) | (12,931) | (4,141) | — | | (211,470) |
| Net earnings available to common stockholders | $ 628,707 | $ 49,578 | $ 15,531 | $ (65,109) | | $ 628,707 |

(a)   Balances for the year ended December 31, 2023
(b)   Eliminate intercompany lease / interest income
(c)   Eliminate intercompany premiums
(d)   Eliminate equity in earnings of subsidiaries

35

Exhibit 1 to Decl. of James Burton
59

Consolidating statements of operations by industry segment for year ending March 31, 2023 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| **Revenues:** | | | | | |
| Self-moving equipment rental revenues | $ 3,882,620 | $ — | $ — | $ (4,703) (c) | $ 3,877,917 |
| Self-storage revenues | 744,492 | — | — | — | 744,492 |
| Self-moving and self-storage products and service sales | 357,286 | — | — | — | 357,286 |
| Property management fees | 37,073 | — | — | — | 37,073 |
| Life insurance premiums | — | — | 99,149 | — | 99,149 |
| Property and casualty insurance premiums | — | 96,242 | — | (3,033) (c) | 93,209 |
| Net investment and interest income | 70,992 | 7,270 | 102,448 | (4,031) (b) | 176,679 |
| Other revenue | 475,251 | — | 4,503 | (868) (b) | 478,886 |
| Total revenues | 5,567,714 | 103,512 | 206,100 | (12,635) | 5,864,691 |
| **Costs and expenses:** | | | | | |
| Operating expenses | 2,966,982 | 45,035 | 21,115 | (8,585) (b, c) | 3,024,547 |
| Commission expenses | 416,315 | — | — | — | 416,315 |
| Cost of product sales | 263,026 | — | — | — | 263,026 |
| Benefits and losses | — | 21,535 | 142,544 | — | 164,079 |
| Amortization of deferred policy acquisition costs | — | — | 27,924 | — | 27,924 |
| Lease expense | 32,878 | 372 | 108 | (2,529) (b) | 30,829 |
| Depreciation, net of gains on disposals | 486,795 | — | — | — | 486,795 |
| Net losses on disposal of real estate | 5,596 | — | — | — | 5,596 |
| Total costs and expenses | 4,171,592 | 66,942 | 191,691 | (11,114) | 4,419,111 |
| Earnings from operations before equity in earnings of subsidiaries | 1,396,122 | 36,570 | 14,409 | (1,521) | 1,445,580 |
| Equity in earnings of subsidiaries | 41,201 | — | — | (41,201) (d) | — |
| Earnings from operations | 1,437,323 | 36,570 | 14,409 | (42,722) | 1,445,580 |
| Other components of net periodic benefit costs | (1,216) | — | — | — | (1,216) |
| Interest expense | (224,999) | — | (480) | 1,521 (b) | (223,958) |
| Fees on early extinguishment of debt | (1,009) | — | — | — | (1,009) |
| Pretax earnings | 1,210,099 | 36,570 | 13,929 | (41,201) | 1,219,397 |
| Income tax expense | (285,627) | (6,815) | (2,483) | — | (294,925) |
| Net earnings available to common stockholders | $ 924,472 | $ 29,755 | $ 11,446 | $ (41,201) | $ 924,472 |

(a)   Balances for the year ended December 31, 2022
(b)   Eliminate intercompany lease/interest income
(c)   Eliminate intercompany premiums
(d)   Eliminate equity in earnings of subsidiaries

36

---

Exhibit 1 to Decl. of James Burton
60

Consolidating statements of operations by industry segment for year ending March 31, 2022 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Eliminations | | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|---|
| | | | (In thousands) | | | |
| **Revenues:** | | | | | | |
| Self-moving equipment rental revenues | $ 3,963,535 | $ — | $ — | $ (4,728) | (c) $ | 3,958,807 |
| Self-storage revenues | 617,120 | — | — | — | | 617,120 |
| Self-moving and self-storage products and service sales | 351,447 | — | — | — | | 351,447 |
| Property management fees | 35,194 | — | — | — | | 35,194 |
| Life insurance premiums | — | — | 111,027 | — | | 111,027 |
| Property and casualty insurance premiums | — | 89,667 | — | (3,149) | (c) | 86,518 |
| Net investment and interest income | 3,135 | 25,376 | 123,809 | (4,059) | (b) | 148,261 |
| Other revenue | 427,836 | — | 3,976 | (439) | (b) | 431,373 |
| Total revenues | 5,398,267 | 115,043 | 238,812 | (12,375) | | 5,739,747 |
| **Costs and expenses:** | | | | | | |
| Operating expenses | 2,621,270 | 42,456 | 21,112 | (8,297) | (b, c) | 2,676,541 |
| Commission expenses | 429,581 | — | — | — | | 429,581 |
| Cost of product sales | 259,585 | — | — | — | | 259,585 |
| Benefits and losses | — | 22,448 | 163,123 | — | | 185,571 |
| Amortization of deferred policy acquisition costs | — | — | 33,854 | — | | 33,854 |
| Lease expense | 31,973 | 359 | 109 | (2,531) | (b) | 29,910 |
| Depreciation, net of gains on disposals | 482,752 | — | — | — | | 482,752 |
| Net gains on disposal of real estate | (4,120) | — | — | — | | (4,120) |
| Total costs and expenses | 3,821,041 | 65,263 | 218,198 | (10,828) | | 4,093,674 |
| Earnings from operations before equity in earnings of subsidiaries | 1,577,226 | 49,780 | 20,614 | (1,547) | | 1,646,073 |
| Equity in earnings of subsidiaries | 55,822 | — | — | (55,822) | (d) | — |
| Earnings from operations | 1,633,048 | 49,780 | 20,614 | (57,369) | | 1,646,073 |
| Other components of net periodic benefit costs | (1,120) | — | — | — | | (1,120) |
| Interest expense | (168,491) | — | (480) | 1,547 | (b) | (167,424) |
| Fees on early extinguishment of debt | (956) | — | — | — | | (956) |
| Pretax earnings | 1,462,481 | 49,780 | 20,134 | (55,822) | | 1,476,573 |
| Income tax expense | (338,119) | (10,378) | (3,714) | — | | (352,211) |
| Net earnings available to common stockholders | $ 1,124,362 | $ 39,402 | $ 16,420 | $ (55,822) | $ | 1,124,362 |

(a) Balances for the year ended December 31, 2021
(b) Eliminate intercompany lease/interest income
(c) Eliminate intercompany premiums
(d) Eliminate equity in earnings of subsidiaries

Exhibit 1 to Decl. of James Burton

**SER 799**

Consolidating cash flow statements by industry segment for the year ended March 31, 2024, are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Elimination | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| **Cash flows from operating activities:** | | | | | |
| Net earnings | $ 628,707 | $ 49,578 | $ 15,531 | $ (65,109 ) | $ 628,707 |
| Earnings from consolidated subsidiaries | (65,109 ) | — | — | 65,109 | — |
| Adjustments to reconcile net earnings to cash provided by operations: | | | | | |
| Depreciation | 817,889 | — | — | — | 817,889 |
| Amortization of premiums and accretion of discounts related to investments, net | — | 1,572 | 15,277 | — | 16,849 |
| Amortization of debt issuance costs | 6,712 | — | — | — | 6,712 |
| Interest credited to policyholders | — | — | 71,433 | — | 71,433 |
| Provision for allowance (recoveries) for losses on trade receivables, net | 2,463 | (16 ) | — | — | 2,447 |
| Non cash lease expense | 23,926 | — | — | — | 23,926 |
| Net gains on disposal of personal property | (153,958 ) | — | — | — | (153,958 ) |
| Net losses on disposal of real estate | 7,914 | — | — | — | 7,914 |
| Net (gains) losses on sales of fixed maturity securities | — | 10 | (167 ) | — | (157 ) |
| Net gains on equity securities | — | (5,741 ) | — | — | (5,741 ) |
| Deferred income taxes | 98,823 | (37 ) | (407 ) | — | 98,379 |
| Net change in other operating assets and liabilities: | | | | | |
| Trade receivables and reinsurance recoverables | (31,143 ) | 6,145 | (4,013 ) | — | (29,011 ) |
| Inventories and parts | 518 | — | — | — | 518 |
| Prepaid expenses | (4,451 ) | — | — | — | (4,451 ) |
| Deferred policy acquisition costs, net | — | — | 7,239 | — | 7,239 |
| Other assets and right of use assets - operating, net | 12,359 | 680 | (3,150 ) | — | 9,889 |
| Related party assets | (5,745 ) | (3,869 ) | — | — | (9,614 ) |
| Accounts payable and accrued expenses and operating lease liabilities | (3,388 ) | 6,598 | (13,907 ) | — | (10,697 ) |
| Policy benefits and losses, claims and loss expenses payable | (15,441 ) | (20,528 ) | (3,235 ) | — | (39,204 ) |
| Other policyholders' funds and liabilities | — | (2,069 ) | 11,991 | — | 9,922 |
| Deferred income | (1,096 ) | — | (989 ) | — | (2,085 ) |
| Related party liabilities | 63 | 343 | 5,444 | — | 5,850 |
| Net cash provided by operating activities | 1,319,043 | 32,666 | 101,047 | — | 1,452,756 |
| | | | | | |
| **Cash flows from investing activities:** | | | | | |
| Escrow deposits | 2,983 | — | — | — | 2,983 |
| Purchases of: | | | | | |
| Property, plant and equipment | (2,992,898 ) | — | — | — | (2,992,898 ) |
| Fixed maturity securities available-for-sale | (170,317 ) | (22,144 ) | (151,705 ) | — | (344,166 ) |
| Equity securities | — | (529 ) | (1 ) | — | (530 ) |
| Investments, other | (1,000 ) | (10,375 ) | (163,592 ) | — | (174,967 ) |
| Proceeds from sales of: | | | | | |
| Property, plant and equipment | 739,178 | — | — | — | 739,178 |
| Fixed maturity securities available-for-sale | 322,330 | 23,321 | 326,470 | — | 672,121 |
| Equity securities | — | 1,413 | 4 | — | 1,417 |
| Investments, other | — | 16,880 | 33,609 | — | 50,489 |
| Net cash used by investing activities | (2,099,724 ) | 8,566 | 44,785 | — | (2,046,373 ) |

Page 1 of 2

(a)   Balance for the period ended December 31, 2023
(b)   Eliminate purchase and sale of real estate

38

Exhibit 1 to Decl. of James Burton

62

**SER 800**

Continuation of consolidating cash flow statements by industry segment for the year ended March 31, 2024, are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Elimination | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Cash flows from financing activities: | | | | | |
| Borrowings from credit facilities | 1,186,363 | — | — | — | 1,186,363 |
| Principal repayments on credit facilities | (919,771) | — | — | — | (919,771) |
| Payments of debt issuance costs | (4,082) | — | — | — | (4,082) |
| Finance lease payments | (105,564) | — | — | — | (105,564) |
| Securitization deposits | 319 | — | — | — | 319 |
| Series N Non-Voting Common Stock dividends paid | (31,765) | — | — | — | (31,765) |
| Investment contract deposits | — | — | 360,124 | — | 360,124 |
| Investment contract withdrawals | — | — | (419,091) | — | (419,091) |
| Net cash provided by financing activities | 125,500 | — | (58,967) | — | 66,533 |
| | | | | | |
| Effects of exchange rate on cash | 1,104 | — | — | — | 1,104 |
| | | | | | |
| Increase (decrease) in cash and cash equivalents | (654,077) | 41,232 | 86,865 | — | (525,980) |
| Cash and cash equivalents at beginning of period | 2,034,242 | 11,276 | 15,006 | — | 2,060,524 |
| Cash and cash equivalents at end of period | 1,380,165 | 52,508 | 101,871 | — | 1,534,544 |

Page 2 of 2

(a)  Balance for the period ended December 31, 2023

39

Exhibit 1 to Decl. of James Burton

63

**SER 801**

Consolidating cash flow statements by industry segment for the year ended March 31, 2023, are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Elimination | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Cash flows from operating activities: | | | | | |
| Net earnings | $ 924,472 | $ 29,755 | $ 11,446 | $ (41,201 ) | $ 924,472 |
| Earnings from consolidated subsidiaries | (41,201 ) | — | — | 41,201 | — |
| Adjustments to reconcile net earnings to cash provided by operations: | | | | | |
| Depreciation | 733,879 | — | — | — | 733,879 |
| Amortization of premiums and accretion of discounts related to investments, net | — | 1,691 | 18,375 | — | 20,066 |
| Amortization of debt issuance costs | 7,087 | — | — | — | 7,087 |
| Interest credited to policyholders | — | — | 55,822 | — | 55,822 |
| Provision for allowance (recoveries) for losses on trade receivables, net | (4,714 ) | (146 ) | — | — | (4,860 ) |
| Non cash lease expense | 22,432 | — | — | — | 22,432 |
| Net gains on disposal of personal property | (247,084 ) | — | — | — | (247,084 ) |
| Net losses on disposal of real estate | 5,596 | — | — | — | 5,596 |
| Net losses on sales of fixed maturity securities | — | 44 | 8,256 | — | 8,300 |
| Net losses on equity securities | — | 9,091 | — | — | 9,091 |
| Deferred income taxes, net | 137,159 | (2,757 ) | (2,648 ) | — | 131,754 |
| Net change in other operating assets and liabilities: | | | | | |
| Trade receivables and reinsurance recoverables | 39,510 | 2,322 | 2,882 | — | 44,714 |
| Inventories and parts | 7,265 | — | — | — | 7,265 |
| Prepaid expenses | (5,575 ) | — | — | — | (5,575 ) |
| Deferred policy acquisition costs, net | — | — | 2,722 | — | 2,722 |
| Other assets and right of use assets - operating, net | (5,330 ) | 2 | (1,077 ) | — | (6,405 ) |
| Related party assets | (4,898 ) | 4,354 | — | — | (544 ) |
| Accounts payable and accrued expenses and operating lease liabilities | 16,935 | 625 | 16,703 | — | 34,263 |
| Policy benefits and losses, claims and loss expenses payable | 5,849 | (7,372 ) | (13,659 ) | — | (15,182 ) |
| Other policyholders' funds and liabilities | — | (819 ) | (1,761 ) | — | (2,580 ) |
| Deferred income | 3,371 | — | 1,766 | — | 5,137 |
| Related party liabilities | (1,048 ) | (640 ) | 928 | — | (760 ) |
| Net cash provided by operating activities | 1,593,705 | 36,150 | 99,755 | — | 1,729,610 |
| Cash flows from investing activities: | | | | | |
| Escrow deposits | 9,298 | — | — | — | 9,298 |
| Purchases of: | | | | | |
| Property, plant and equipment | (2,726,967 ) | — | — | 3,066 (b) | (2,723,901 ) |
| Fixed maturity securities available-for-sale | (224,999 ) | (100,816 ) | (297,674 ) | — | (623,489 ) |
| Equity securities | — | (3,281 ) | (1,651 ) | — | (4,932 ) |
| Investments, other | (2,677 ) | (42,643 ) | (167,944 ) | — | (213,264 ) |
| Proceeds from sales of: | | | | | |
| Property, plant and equipment | 701,331 | — | — | — | 701,331 |
| Fixed maturity securities available-for-sale | — | 93,397 | 177,695 | — | 271,092 |
| Equity securities | — | 1,280 | 6 | — | 1,286 |
| Investments, other | — | 16,389 | 147,871 | (3,066 ) (b) | 161,194 |
| Net cash (used) provided by investing activities | (2,244,014 ) | (35,674 ) | (141,697 ) | — | (2,421,385 ) |

Page 1 of 2

(a)  Balance for the period ended December 31, 2022
(b)  Eliminate purchase and sale of real estate

40

Exhibit 1 to Decl. of James Burton

64

**SER 802**

Continuation of consolidating cash flow statements by industry segment for the year ended March 31, 2023, are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Elimination | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Cash flows from financing activities: | | | | | |
| Borrowings from credit facilities | 1,017,898 | — | — | — | 1,017,898 |
| Principal repayments on credit facilities | (801,994 ) | — | — | — | (801,994 ) |
| Payment of debt issuance costs | (5,237 ) | — | — | — | (5,237 ) |
| Finance lease payments | (124,188 ) | — | — | — | (124,188 ) |
| Securitization deposits | 217 | — | — | — | 217 |
| Voting common stock dividends paid | (19,608 ) | — | — | — | (19,608 ) |
| Series N Non-Voting Common Stock dividends paid | (14,117 ) | — | — | — | (14,117 ) |
| Investment contract deposits | — | — | 341,483 | — | 341,483 |
| Investment contract withdrawals | — | — | (334,659 ) | — | (334,659 ) |
| Net cash provided (used) by financing activities | 52,971 | — | 6,824 | — | 59,795 |
| Effects of exchange rate on cash | (11,633 ) | — | — | — | (11,633 ) |
| Increase (decrease) in cash and cash equivalents | (608,971 ) | 476 | (35,118 ) | — | (643,613 ) |
| Cash and cash equivalents at beginning of period | 2,643,213 | 10,800 | 50,124 | — | 2,704,137 |
| Cash and cash equivalents at end of period | $ 2,034,242 | $ 11,276 | $ 15,006 | $ — | $ 2,060,524 |

Page 2 of 2

(a)   Balance for the period ended December 31, 2022

41

Exhibit 1 to Decl. of James Burton

65

**SER 803**

Consolidating cash flow statements by industry segment for the year ended March 31, 2022 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Elimination | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Cash flows from operating activities: | | | | | |
| Net earnings | $ 1,124,362 | $ 39,402 | $ 16,420 | $ (55,822) | $ 1,124,362 |
| Earnings from consolidated subsidiaries | (55,822) | — | — | 55,822 | — |
| Adjustments to reconcile net earnings to cash provided by operations: | | | | | |
| Depreciation | 696,955 | — | — | — | 696,955 |
| Amortization of premiums and accretion of discounts related to investments, net | — | 1,638 | 18,111 | — | 19,749 |
| Amortization of debt issuance costs | 5,659 | — | — | — | 5,659 |
| Interest credited to policyholders | — | — | 64,692 | — | 64,692 |
| Provision for allowance (recoveries) for losses on trade receivables, net | 4,689 | (456) | (6) | — | 4,227 |
| Non cash lease expense | 21,662 | — | — | — | 21,662 |
| Net gains on disposal of personal property | (214,203) | — | — | — | (214,203) |
| Net gains on disposal of real estate | (4,120) | — | — | — | (4,120) |
| Net gains on sales of fixed maturity securities | — | (991) | (10,881) | — | (11,872) |
| Net gains on equity securities | — | (7,837) | — | — | (7,837) |
| Deferred income taxes, net | 106,869 | 1,347 | (7,125) | — | 101,091 |
| Net change in other operating assets and liabilities: | | | | | |
| Reinsurance recoverables and trade receivables | (28,776) | 17,180 | 2,409 | — | (9,187) |
| Inventories and parts | (53,301) | — | — | — | (53,301) |
| Prepaid expenses | 232,342 | — | — | — | 232,342 |
| Deferred policy acquisition costs, net | — | — | 1,228 | — | 1,228 |
| Other assets and right of use assets - operating, net | (6,526) | 346 | (133) | — | (6,313) |
| Related party assets | (10,517) | 160 | — | — | (10,357) |
| Accounts payable and accrued expenses and operating lease liabilities | 5,601 | 1,821 | 3,092 | — | 10,514 |
| Policy benefits and losses, claims and loss expenses payable | (8,428) | (18,563) | 6,223 | — | (20,768) |
| Other policyholders' funds and liabilities | — | (177) | (1,431) | — | (1,608) |
| Deferred income | 6,551 | — | (1,152) | — | 5,399 |
| Related party liabilities | 255 | (2,644) | 310 | — | (2,079) |
| Net cash provided by operating activities | 1,823,252 | 31,226 | 91,757 | — | 1,946,235 |
| | | | | | |
| Cash flows from investing activities: | | | | | |
| Escrow deposits | (9,328) | — | — | — | (9,328) |
| Purchases of: | | | | | |
| Property, plant and equipment | (2,136,537) | — | — | — | (2,136,537) |
| Fixed maturity securities available-for-sale | — | (84,666) | (617,078) | — | (701,744) |
| Equity securities | — | (17,919) | (9,380) | — | (27,299) |
| Investments, other | (33) | (24,091) | (134,284) | — | (158,408) |
| Proceeds from sales of: | | | | | |
| Property, plant and equipment | 623,235 | — | — | — | 623,235 |
| Fixed maturity securities available-for-sale | — | 74,938 | 337,590 | — | 412,528 |
| Equity securities | — | 2,020 | 2,026 | — | 4,046 |
| Investments, other | 113 | 23,634 | 102,584 | — | 126,331 |
| Net cash used by investing activities | (1,522,550) | (26,084) | (318,542) | — | (1,867,176) |

Page 1 of 2

(a)   Balance for the period ended December 31, 2021

42

Exhibit 1 to Decl. of James Burton

66

**SER 804**

Continuation of consolidating cash flow statements by industry segment for the year ended March 31, 2022 are as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance (a) | Life Insurance (a) | Elimination | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Cash flows from financing activities: | | | | | |
| Borrowings from credit facilities | 1,969,474 | — | — | — | 1,969,474 |
| Principal repayments on credit facilities | (426,319) | — | (11,187) | — | (437,506) |
| Payment of debt issuance costs | (13,156) | — | — | — | (13,156) |
| Finance lease payments | (166,262) | — | — | — | (166,262) |
| Voting common stock dividends paid | (29,412) | — | — | — | (29,412) |
| Investment contract deposits | — | — | 347,520 | — | 347,520 |
| Investment contract withdrawals | — | — | (237,503) | — | (237,503) |
| Net cash provided (used) by financing activities | 1,334,325 | — | 98,830 | — | 1,433,155 |
| Effects of exchange rate on cash | (2,089) | — | — | — | (2,089) |
| Increase in cash and cash equivalents | 1,632,938 | 5,142 | (127,955) | — | 1,510,125 |
| Cash and cash equivalents at beginning of period | 1,010,275 | 5,658 | 178,079 | — | 1,194,012 |
| Cash and cash equivalents at end of period | $ 2,643,213 | $ 10,800 | $ 50,124 | $ — | $ 2,704,137 |

Page 2 of 2

(a)    Balance for the period ended December 31, 2021

43

Exhibit 1 to Decl. of James Burton

67

**SER 805**

*Item 7A. Quantitative and Qualitative Disclosures About Market Risk*

We are exposed to financial market risks, including changes in interest rates and currency exchange rates. To mitigate these risks, we may utilize derivative financial instruments, among other strategies. We do not use derivative financial instruments for speculative purposes.

**Interest Rate Risk**

The exposure to market risk for changes in interest rates relates primarily to our variable rate debt obligations. We have used interest rate swap agreements and forward swaps to reduce our exposure to changes in interest rates. We enter into these arrangements with counterparties that are significant financial institutions with whom we generally have other financial arrangements. We are exposed to credit risk should these counterparties not be able to perform on their obligations. Following is a summary of our interest rate swaps agreements at March 31, 2024:

| Notional Amount | | Fair Value | Effective Date | Expiration Date | Fixed Rate | Floating Rate |
|---|---|---|---|---|---|---|
| (In thousands) | | | | | | |
| $      57,867 | $ | 3,474 | 7/15/2022 | 7/15/2032 | 2.86 % | 1 Month SOFR |
| 70,250 | | 2,481 | 8/1/2022 | 8/1/2026 | 2.72 % | 1 Month SOFR |
| 69,750 | | 2,423 | 8/1/2022 | 8/31/2026 | 2.75 % | 1 Month SOFR |
| 100,000 | | 14 | 8/31/2023 | 8/31/2025 | 4.71 % | 1 Month SOFR |

As of March 31, 2024, we had $749.5 million of variable rate debt obligations, of this amount, $451.7 million is not fixed through interest rate swaps. If the Secured Overnight Funding Rate ("SOFR") were to increase 100 basis points, the increase in interest expense on the variable rate debt would decrease future earnings and cash flows by $4.5 million annually (after consideration of the effect of the above derivative contracts). Certain senior mortgages have an anticipated repayment date and a maturity date. If these senior mortgages are not repaid by the anticipated repayment date the interest rate on these mortgages would increase from the current fixed rate. We are using the anticipated repayment date for our maturity schedule.

Additionally, our insurance subsidiaries' fixed income investment portfolios expose us to interest rate risk. This interest rate risk is the price sensitivity of a fixed income security to changes in interest rates. As part of our insurance companies' asset and liability management, actuaries estimate the cash flow patterns of our existing liabilities to determine their duration. These outcomes are compared to the characteristics of the assets that are currently supporting these liabilities assisting management in determining an asset allocation strategy for future investments that management believes will mitigate the overall effect of interest rates.

The following table illustrates the interest rate risk sensitivity of our fixed maturity portfolio as of March 31, 2024 and 2023. This table measures the effect of a parallel shift in interest rates (as represented by the U.S. Treasury curve) on the fair value of the fixed maturity portfolio. The data measures the change in fair value arising from an immediate and sustained change in interest rates in increments of 100 basis points.

| | Market Value of Mixed Maturity Portfolio | |
|---|---|---|
| | As of March 31, | |
| Change in Interest Rates (a) | 2024 | 2023 |
| | (In thousands) | |
| -300bps | $      2,798,226 | $      3,100,972 |
| -200bps | 2,679,594 | 2,970,228 |
| -100bps | 2,561,038 | 2,839,624 |
| No change | 2,442,504 | 2,709,037 |
| +100bps | 2,324,207 | 2,578,654 |
| +200bps | 2,205,932 | 2,448,348 |
| +300bps | 2,087,750 | 2,318,149 |

(a) In basis points

We use derivatives to hedge our equity market exposure to indexed annuity products sold by our Life Insurance company. These contracts earn a return for the contractholder based on the change in the value of the S&P 500 index

44

Exhibit 1 to Decl. of James Burton

68

**SER 806**

between annual index point dates. We buy and sell listed equity and index call options and call option spreads. The credit risk is with the party in which the options are written. The net option price is paid up front and there are no additional cash requirements or additional contingent liabilities. These contracts are held at fair value on our balance sheet. At March 31, 2024 and 2023, these derivative hedges had a net market value of $10.5 million and $4.3 million, with notional amounts of $526.4 million and $465.7 million, respectively. These derivative instruments are included in Investments, other; on the consolidated balance sheets.

Although the call options are employed to be effective hedges against our policyholder obligations from an economic standpoint, they do not meet the requirements for hedge accounting under GAAP. Accordingly, the call options are marked to fair value on each reporting date with the change in fair value included as a component of net investment and interest income. The change in fair value of the call options includes the gains or losses recognized at the expiration of the option term and the changes in fair value for open contracts.

**Foreign Currency Exchange Rate Risk**

The exposure to market risk for changes in foreign currency exchange rates relates primarily to our Canadian business. Approximately 5.1% of our revenue was generated in Canada for both fiscal 2024 and 2023, respectively. The result of a 10% change in the value of the U.S. dollar relative to the Canadian dollar would not be material to net income. We typically do not hedge any foreign currency risk since the exposure is not considered material.

*Item 8. Consolidated Financial Statements and Supplementary Data*

The Report of Independent Registered Public Accounting Firm and Consolidated Financial Statements of U-Haul Holding Company and its consolidated subsidiaries, including the notes to such statements and the related schedules are set forth on the "F" pages hereto and are incorporated by reference herein.

*Item 9. Changes in and Disagreements with Accountants on Accounting and Financial Disclosure*

Not applicable.

*Item 9A.  Controls and Procedures*

Attached as exhibits to this Annual Report are certifications of our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO"), which are required in accordance with Rule 13a-14 of the Exchange Act. This "Controls and Procedures" section includes information concerning the controls and procedures evaluation referred to in the certifications and it should be read in conjunction with the certifications for a more complete understanding of the topics presented in the section Evaluation of Disclosure Controls and Procedures.

Following this discussion is the report of Deloitte Touche, LLP, our independent registered public accounting firm, regarding its audit of U-Haul Holding Company's internal control over financial reporting as set forth below in this section. This section should be read in conjunction with the certifications of our CEO and CFO and the Deloitte & Touche, LLP report for a more complete understanding of the topics presented.

**Evaluation of Disclosure Controls and Procedures**

The Company's management, with the participation of the CEO and CFO, conducted an evaluation of the effectiveness of the design and operation of the Company's "disclosure controls and procedures" (as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act, as of March 31, 2024. Based upon the controls evaluation, our CEO and CFO have concluded that our Disclosure Controls were effective as of March 31, 2024, the end of the period covered by this Annual Report.

**Remediation of Previously Disclosed Material Weaknesses**

As previously disclosed in our Annual Report on Form 10-K for the fiscal year ended March 31, 2023, we identified two material weaknesses in our internal controls over financial reporting. A material weakness is a deficiency, or combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis.

**Two-Class Method of Earnings per Share**. Our remediation efforts previously identified in Item 9A. "Controls and Procedures" of our Annual Report on Form 10-K for the fiscal year ended March 31, 2023 to address the identified material weakness related to the accounting for the two-class method of earnings per share associated with the recently issued UHAL.B common stock were completed and the material weakness was remediated as previously disclosed in Item 4 "Controls and Procedures" of our Form 10-Q for the quarterly period ended September 30, 2023.

45

Exhibit 1 to Decl. of James Burton
69
**SER 807**

**General Information Technology Controls.** Our remediation efforts previously identified in Item 9A. "Controls and Procedures" of our Annual Report on Form 10-K for the fiscal year ended March 31, 2023 to address the identified material weakness related to inadequate design, implementation and monitoring of general information technology controls in the areas of program change management, user access, segregation of duties and cyber security for systems supporting substantially all of the Company's internal control processes have been completed.

We completed the execution of the following remediation measures, including testing of the design and concluding on the operating effectiveness of the related controls:

- Assessed and formalized the design of certain information technology policies;

- Implemented controls and procedures relating to program change management, user access, segregation of duties and cyber security for systems supporting substantially all of the Company's internal control processes;

- Developed monitoring controls and protocols allowing us to timely assess the design and operating effectiveness of the new and redesigned controls;

- Strengthened password policies;

- Conducted more frequent end-user access reviews and removed unnecessary access to systems;

- Enhanced the process for timely review of program management changes; and

- Enhanced the Company's cyber security risk management program.

Based upon the above, we believe the steps taken have improved the effectiveness of our internal control over financial reporting and we have determined that these new or redesigned controls are operating effectively.

**Management's Report on Internal Control Over Financial Reporting**

Our management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of financial statements for external purposes in accordance with GAAP. Internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that in reasonable detail accurately and fairly reflect the transactions and dispositions of the assets of the Company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with GAAP, and that receipts and expenditures of the Company are being made only in accordance with authorizations of management and directors of the Company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use or disposition of the Company's assets that could have a material effect on the financial statements.

Management assessed our internal control over financial reporting as of March 31, 2024 based on the criteria established in *Internal Control-Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Management's assessment included evaluation of such elements as the design and operating effectiveness of key financial reporting controls, process documentation, accounting policies, and our overall control environment. This assessment is supported by testing and monitoring performed both by our Internal Audit function and our Finance function.

Based on our assessment, management has concluded that our internal control over financial reporting was effective as of March 31, 2024.

The effectiveness of our internal control over financial reporting as of March 31, 2024 has been audited by Deloitte & Touche LLP, an independent registered public accounting firm, as stated in their report which is included herein.

**Changes in Internal Control Over Financial Reporting**

Except for the improvements to our internal control over financial reporting to remediate the material weaknesses discussed above, there have been no other changes in our internal control over financial reporting that occurred during the quarter ended March 31, 2024 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

**Inherent Limitations on Effectiveness of Controls**

The Company's management, including the CEO and CFO, does not expect that our Disclosure Controls or our internal control over financial reporting will prevent or detect all error and all fraud. A control system, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the control system's objectives will be met. The design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Further, because of the inherent limitations in all control systems, no evaluation of controls

46

---

Exhibit 1 to Decl. of James Burton
70

**SER 808**

can provide absolute assurance that misstatements due to error or fraud will not occur or that all control issues and instances of fraud, if any, within the Company have been detected. These inherent limitations include the realities that judgments in decision-making can be faulty and that breakdowns can occur because of simple error or mistake. Controls can also be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the controls. The design of any system of controls is based in part on certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Projections of any evaluation of the effectiveness of our controls to future periods are subject to risks. Over time, controls may become inadequate because of changes in conditions or deterioration in the degree of compliance with policies or procedures.

47

Exhibit 1 to Decl. of James Burton

71

**SER 809**

**Report of Independent Registered Public Accounting Firm**
To the Stockholders and the Board of Directors of U-Haul Holding Company

**Opinion on Internal Control over Financial Reporting**

We have audited the internal control over financial reporting of U-Haul Holding Company and consolidated subsidiaries (the "Company") as of March 31, 2024, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). In our opinion, the Company maintained, in all material respects, effective internal control over financial reporting as of March 31, 2024, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by COSO.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated financial statements as of and for the year ended March 31, 2024, of the Company and our report dated May 30, 2024, expressed an unqualified opinion on those financial statements and included an explanatory paragraph regarding the Company's adoption of a new accounting standard.

**Basis for Opinion**

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control Over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects. Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

**Definition and Limitations of Internal Control over Financial Reporting**

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Deloitte Touche, LLP

Tempe, Arizona

May 30, 2024

48

Exhibit 1 to Decl. of James Burton

72

**SER 810**

**Item 9B.  Other Information**

During the quarter ended March 31, 2024, no director or officer of the Company adopted or terminated a "Rule 10b5-1 trading arrangement" or a "non-Rule 10b5-1 trading arrangement" (in each case, as defined in Item 408 of Regulation S-K).

**Item 9C.  Disclosure Regarding Foreign Jurisdictions that Prevent Inspections.**

Not applicable.

PART III

***Item 10.  Directors, Executive Officers and Corporate Governance***

The information required to be disclosed under this Item 10 is incorporated herein by reference to U-Haul Holding Company's definitive proxy statement, in connection with its 2024 annual meeting of stockholders (the "Proxy Statement"), which will be filed with the SEC within 120 days after the close of the Company's 2024 fiscal year.

The Company has a Code of Ethics that applies to all directors, officers and employees of the Company, including the Company's principal executive officer and principal financial officer. A copy of our Code of Ethics is posted on U-Haul Holding Company's website at investors.uhaul.com/governance.aspx. We intend to satisfy the disclosure requirements of Current Report on Form 8-K regarding any amendment to, or waiver from, a provision of our Code of Ethics by posting such information on the Company's website, at the web address and location specified above, unless otherwise required to file a Current Report on Form 8-K by New York Stock Exchange rules and regulations.

***Item 11.  Executive Compensation***

The information required to be disclosed under this Item 11 is incorporated herein by reference to the Proxy Statement.

***Item 12.  Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters***

The information required to be disclosed under this Item 12 is incorporated herein by reference to the Proxy Statement.

***Item 13.  Certain Relationships and Related Transactions, and Director Independence***

The information required to be disclosed under this Item 13 is incorporated herein by reference to the Proxy Statement.

***Item 14.  Principal Accountant Fees and Services***

The information required to be disclosed under this Item 14 is incorporated herein by reference to the Proxy Statement.

PART IV

***Item 15.  Exhibits; Financial Statement Schedules***

The following documents are filed as part of this Annual Report:

|  |  | **Page** |
|---|---|---|
| 1 | **Consolidated Financial Statements:** | |
| | Report of Independent Registered Public Accounting Firm (Deloitte & Touche, LLP; Phoenix, Arizona; PCAOB ID#34) | F-1 |
| | Report of Independent Registered Public Accounting Firm (BDO USA, P.C., Phoenix, AZ, PCAOB ID#243) | F- |
| | Consolidated Balance Sheets - March 31, 2024 and 2023 | F-4 |
| | Consolidated Statements of Operations - Years Ended March 31, 2024, 2023, and 2022 | F-5 |
| | Consolidated Statements of Comprehensive Income (Loss) - Years Ended March 31, 2024, 2023, and 2022 | F-6 |
| | Consolidated Statements of Changes in Stockholders' Equity - Years Ended March 31, 2024, 2023, and 2022 | F-7 |
| | Consolidated Statements of Cash Flows - Years Ended March 31, 2024, 2023, and 2022 | F-8 |
| | Notes to Consolidated Financial Statements | F- |
| 2 | **Financial Statement Schedules required to be filed by Item 8:** | |
| | Schedule I - Condensed Financial Information of U-Haul Holding Company | F-57 |
| | Schedule II - U-Haul Holding Company and Consolidated Subsidiaries Valuation and Qualifying Accounts | F-62 |
| | Schedule V - U-Haul Holding Company and Consolidated Subsidiaries Supplemental Information (For Property-Casualty Insurance Operations) | F-63 |

All other schedules are omitted because they are not required, inapplicable, or the information is otherwise shown in the consolidated financial statements or notes thereto.

49

---

Exhibit 1 to Decl. of James Burton
73

**SER 811**

Exhibits:

| Exhibit Number | Description | Page or Method of Filing |
|---|---|---|
| 3.1 | Amended and Restated Articles of Incorporation of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K filed on June 9, 2016, file no. 1-11255 |
| 3.2 | U-Haul Holding Company Certificate of Designation of Series N Non-Voting Common Stock | Incorporated by reference to the Company's Registration Statement on Form 8-A filed on October 24, 2022, file no. 1-11255 |
| 3.3 | Restated Bylaws of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K filed on December 19, 2022, file no. 1-11255 |
| 3.4 | Articles of Conversion/Exchange/Merger | Incorporated by reference to the Company's Current Report on Form 8-K filed on December 19, 2022, file no. 1-11255 |
| 4.1 | U-Haul Investors Club Base Indenture, dated February 14, 2011 by and between U-Haul Holding Company and U. S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on February 22, 2011, file no. 1-11255 |
| 4.2 | Fourth Supplemental Indenture, dated March 15, 2011, by and among U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on March 22, 2011, file no. 1-11255 |
| 4.3 | Tenth Supplemental Indenture, dated June 7, 2011 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on June 23, 2011, file no. 1-11255 |
| 4.4 | Twelfth Supplemental Indenture dated June 14, 2011 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on June 23, 2011, file no. 1-11255 |
| 4.5 | Eighteenth Supplemental Indenture dated January 7, 2012 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on March 26, 2012, file no. 1-11255 |
| 4.6 | Twentieth Supplemental Indenture dated September 4, 2012 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on September 4, 2012, file no. 1-11255 |
| 4.7 | Twenty-first Supplemental Indenture dated January 15, 2013 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on January 15, 2013, file no. 1-11255 |
| 4.8 | Twenty-third Supplemental Indenture, dated November 26, 2013 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on November 26, 2013, file no. 1-11255 |
| 4.9 | Twenty-fourth Supplemental Indenture, dated April 22, 2014 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on April 22, 2014, file no. 1-11255 |
| 4.10 | Twenty-sixth Supplemental Indenture, dated September 29, 2015 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on September 29, 2015, file no. 1-11255 |
| 4.11 | Twenty-seventh Supplemental Indenture, dated December 15, 2015 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 15, 2015, file no. 1-11255 |

Exhibit 1 to Decl. of James Burton

| 4.12 | Twenty-eighth Supplemental Indenture, dated September 13, 2016 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on September 13, 2016, file no. 1-11255 |
| 4.13 | Thirty-first Supplemental Indenture, dated October 24, 2017 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 25, 2017, file no. 1-11255 |
| 4.14 | Amended and Restated Twenty-fifth Supplemental Indenture, dated August 28, 2018 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on August 28, 2018, file no. 1-11255 |
| 4.15 | Thirty-fifth Supplemental Indenture, dated March 7, 2019 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on March 7, 2019, file no. 1-11255 |
| 4.16 | Amended and Restated Thirty-third Supplemental Indenture, dated May 3, 2019 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on May 3, 2019, file no. 1-11255 |
| 4.17 | Amended and Restated Thirty-fourth Supplemental Indenture, dated May 3, 2019 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on May 3, 2019, file no. 1-11255 |
| 4.18 | Thirty-sixth Supplemental Indenture, dated May 3, 2019 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on May 3, 2019, file no. 1-11255 |
| 4.19 | Thirty-eighth Supplemental Indenture, dated February 18, 2020 by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on February 18, 2020, file no. 1-11255 |
| 4.20 | Thirty-ninth, Supplemental Indenture, dated October 20, 2020 by and between U-Haul Holding Company and U.S Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 20, 2020, file no. 1-11255 |
| 4.21 | Forty-first Supplemental Indenture, dated April 13, 2021 by and between U-Haul Holding Company and U.S Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on April 13, 2021, file no. 1-11255 |
| 4.22 | Forty-second Supplemental Indenture, dated October 12, 2021, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 12, 2021, file no. 1-11255 |
| 4.23 | Forty-fourth Supplemental Indenture, dated May 10, 2022, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on May 10, 2022 file no. 1-11255 |
| 4.24 | Forty-fifth Supplemental Indenture, dated July 19, 2022, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on July 19, 2022, file no. 1-11255 |
| 4.25 | Forty-sixth Supplemental Indenture, dated September 27, 2022, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on September 27, 2022, file no. 1-11255 |
| 4.26 | Series UIC-9K, 10K, 11K, 12K, 13K, 14K and 15K Amendment to the Amendment to the Amended and Restated Forty-second Supplement Indenture and Pledge and Security Agreement dated September 27, 2022 by and between U-Haul Holding Company and U.S. Bank Trust Company, National Association as successor in interest to U.S Bank National Association, as trustee | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on September 27, 2022 file no. 1-11255. |

51

Exhibit 1 to Decl. of James Burton

75

**SER 813**

| 4.27 | Forty-seventh Supplemental Indenture, dated December 20, 2022, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 20, 2022, file no. 1-11255 |
|---|---|---|
| 4.28 | Forty-eighth Supplemental Indenture, dated February 21, 2023, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on February 21, 2023, file no. 1-11255 |
| 4.29 | Forty-ninth Supplement Indenture, dated April 23, 2024, by and between U-Haul Holding Company and U.S. Bank National Association | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on April 23, 2024, file no. 1-11255 |
| 4.30 | Description of Registered Securities | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K filed on June 1, 2023, file no. 1-11255 |
| 10.1 | Management Agreement between Four SAC Self-Storage Corporation and subsidiaries of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 1997, file no. 1-11255 |
| 10.2 | Management Agreement between Five SAC Self-Storage Corporation and subsidiaries of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 1999, file no. 1-11255 |
| 10.3 | Property Management Agreement | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2004, file no. 1-11255 |
| 10.4 | Amended and Restated Property Management Agreement among Eight SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.5 | Amended and Restated Property Management Agreement among Nine SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.6 | Amended and Restated Property Management Agreement among Ten SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.7 | Amended and Restated Property Management Agreement among Eleven SAC Self-Storage Corporation and Eleven SAC Self-Storage Odenton, Inc. and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.8 | Amended and Restated Property Management Agreement among Twelve SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.9 | Amended and Restated Property Management Agreement among Thirteen SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.10 | Amended and Restated Property Management Agreement among Fourteen SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |

52

Exhibit 1 to Decl. of James Burton

76

**SER 814**

| 10.11 | Amended and Restated Property Management Agreement among Fifteen SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.12 | Amended and Restated Property Management Agreement among Sixteen SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.13 | Amended and Restated Property Management Agreement among Seventeen SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Quarterly Report on Form 10-Q for the quarter ended September 30, 2007, file no. 1-11255 |
| 10.14 | Amended and Restated Property Management Agreement among Eighteen SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.15 | Amended and Restated Property Management Agreement among Twenty SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.16 | Amended and Restated Property Management Agreement among Twenty-One SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.17 | Amended and Restated Property Management Agreement among Twenty-Two SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.18 | Amended and Restated Property Management Agreement among Twenty-Three SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.19 | Amended and Restated Property Management Agreement among Twenty-Four SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.20 | Amended and Restated Property Management Agreement among Twenty-Five SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.21 | Amended and Restated Property Management Agreement among Twenty-Six SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.22 | Amended and Restated Property Management Agreement among Twenty-Seven SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.23 | Amended and Restated Property Management Agreement among Three-A SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2013, file no. 1-11255 |
| 10.24 | Amended and Restated Property Management Agreement among Three-B SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2013, file no. 1-11255 |
| 10.25 | Amended and Restated Property Management Agreement among Three-C SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2013, file no. 1-11255 |

Exhibit 1 to Decl. of James Burton

| 10.26 | Amended and Restated Property Management Agreement among Three-D SAC Self-Storage Corporation and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2013, file no. 1-11255 |
|---|---|---|
| 10.27 | Amended and Restated Property Management Agreement among Galaxy Storage One, LP and subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2013, file no. 1-11255 |
| 10.28 | U-Haul Dealership Contract Addendum | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2012, file no. 1-11255 |
| 10.29 | Loan Agreement, dated as of August 12, 2015 among U-Haul Co of Florida 8, LLC, U-Haul Co. of Florida 9, LLC, U-Haul Co. of Florida 10, UHIL 8, LLC, UHIL 9, LLC, UHIL 10, LLC, UHIL 13, LLC, AREC 8, LLC, AREC 9, LLC, AREC 10, LLC and AREC 13, LLC, each a Delaware limited liability company, collectively as Borrower, and Morgan Stanley Bank, N.A. and JP Morgan Chase Bank, National Association, collectively as Lender | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on August 14, 2015, file no. 1-11255 |
| 10.30 | Property Management Agreement dated December 11, 2014 between Three SAC Self-Storage Corporation and U-Haul Co. (Canada), Ltd | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2016, file no. 1-11255 |
| 10.31 | Property Management Agreement dated December 16, 2014 among Galaxy Storage Two, L.P. and certain subsidiaries of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2016, file no. 1-11255 |
| 10.32 | Property Management Agreement dated June 25, 2015 among 2015 SAC Self-Storage, LLC and certain subsidiaries of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2016, file no. 1-11255 |
| 10.33 | Property Management Agreement dated March 21, 2016 among Five SAC RW, LLC and certain subsidiaries of U-Haul Holding Company | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2016, file no. 1-11255 |
| 10.34 | Property Management Agreement among Six-SAC Self-Storage Corporation and certain subsidiaries of U-Haul International, Inc. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on June 27, 2016, file no. 1-11255 |
| 10.35 | Credit Agreement, dated as of September 1, 2017 by and among U-Haul Holding Company, as the Borrower, Bank of America, N.A., as Agent for all Lenders, and the financial institutions party thereto from time to time as, Lenders. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on September 7, 2017, file no. 1-11255 |
| 10.36 | Template Dealership Contract | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2018, file no. 1-11255 |
| 10.37 | Amended and Restated U-Haul Holding Company Employee Savings and Profit and Sharing Plan* | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2018, file no. 1-11255 |
| 10.38 | Amendment to the Amended and Restated U-Haul Holding Company Employee Savings and Profit and Sharing Plan* | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2018, file no. 1-11255 |
| 10.39 | Amended and Restated U-Haul Holding Company Employee Stock Ownership Plan* | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2018, file no. 1-11255 |

54

Exhibit 1 to Decl. of James Burton

78

**SER 816**

| 10.40 | Amendment to the Amended and Restated U-Haul Holding Company Employee Stock Ownership Plan* | Incorporated by reference to U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2018, file no. 1-11255 |
|---|---|---|
| 10.41 | Note Purchase Agreement, dated September 29, 2021, among U-Haul Holding Company and the purchasers named therein. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2021, file no. 1-11255 |
| 10.42 | Form of U-Haul Holding Company 2.43% Senior Note, Series A due September 30, 2029 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2021, file no. 1-11255 |
| 10.43 | Form of U-Haul Holding Company 2.51% Senior Note, Series A due September 30, 2029 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2021, file no. 1-11255 |
| 10.44 | Form of U-Haul Holding Company 2.63% Senior Note, Series A due September 30, 2029 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2021, file no. 1-11255 |
| 10.45 | Form of U-Haul Holding Company 2.78% Senior Note, Series A due September 30, 2029 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on October 4, 2021, file no. 1-11255 |
| 10.46 | Note Purchase Agreement, dated December 2, 2021, among U-Haul Holding Company and the purchasers named therein. | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 7, 2021, file no. 1-11255 |
| 10.47 | Form of U-Haul Holding Company 2.55% Senior Note, Series A due January 27, 2030 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 7, 2021, file no. 1-11255 |
| 10.48 | Form of U-Haul Holding Company 2.60% Senior Note, Series B due January 27, 2031 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 7, 2021, file no. 1-11255 |
| 10.49 | Form of U-Haul Holding Company 2.68% Senior Note, Series C due January 27, 2032 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 7, 2021, file no. 1-11255 |
| 10.50 | Form of U-Haul Holding Company 2.73% Senior Note, Series D due January 27, 2033 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 7, 2021, file no. 1-11255 |
| 10.51 | Form of U-Haul Holding Company 2.88% Senior Note, Series E due January 27, 2035 | Incorporated by reference to U-Haul Holding Company's Current Report on Form 8-K, filed on December 7, 2021, file no. 1-11255 |
| 10.52 | Property Management Agreement among Mercury Storage 1-A, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
| 10.53 | Property Management Agreement among Mercury Storage 1-B, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
| 10.54 | Property Management Agreement among Mercury Storage 1-C, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
| 10.55 | Property Management Agreement among Mercury Storage 2, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
| 10.56 | Property Management Agreement among Mercury Storage 3, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
| 10.57 | Property Management Agreement among Mercury Storage 4, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |

Exhibit 1 to Decl. of James Burton

**SER 817**

| 10.58 | Property Management Agreement among Mercury Storage 5, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
|---|---|---|
| 10.59 | Property Management Agreement among Mercury Storage 6, LLC and subsidiaries of U-Haul International, Inc. | Filed herewith |
| 14 | Code of Ethics | Incorporated by reference to Exhibit 14 of U-Haul Holding Company's Annual Report on Form 10-K for the year ended March 31, 2023, file no. 1-11255 |
| 21 | Subsidiaries of U-Haul Holding Company | Filed herewith |
| 23.1 | Consent of Deloitte and Touche, LLP | Filed herewith |
| 23.1 | Consent of BDO USA, P.C. | Filed herewith |
| 24 | Power of Attorney | Refer to signature page |
| 31.1 | Rule 13a-14(a)/15d-14(a) Certificate of Edward J. Shoen, President and Chairman of the Board of U-Haul Holding Company | Filed herewith |
| 31.2 | Rule 13a-14(a)/15d-14(a) Certificate of Jason A. Berg, Chief Financial Officer of U-Haul Holding Company | Filed herewith |
| 32.1 | Certificate of Edward J. Shoen, President and Chairman of the Board of U-Haul Holding Company pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Furnished herewith |
| 32.2 | Certificate of Jason A. Berg, Chief Financial Officer of U-Haul Holding Company pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 | Furnished herewith |
| 97 | Policy for the Recovery of Erroneously Awarded Compensation | Filed herewith |
| 101.INS | Inline XBRL Instance Document - the instance document does not appear in the Interactive Data file as its XBRL tags are embedded within the Inline XBRL Document. | Furnished herewith |
| 101.SCH | Inline XBRL Taxonomy Extension Schema with Embedded Linkbase Documents | Furnished herewith |
| 104 | Cover Page Interactive Data File (Embedded within the Inline XBRL document and included in Exhibit 101) | |

\* Indicates management plan or compensatory arrangement.

***Item 16. Form 10-K Summary***

    None.

Exhibit 1 to Decl. of James Burton
80
**SER 818**

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**
To the Stockholders and the Board of Directors of U-Haul Holding Company

**Opinion on the Financial Statements**

We have audited the accompanying consolidated balance sheet of U-Haul Holding Company and consolidated subsidiaries (the "Company") as of March 31, 2024, the related consolidated statements of operations, comprehensive income (loss), changes in stockholders' equity, and cash flows, for the year ended March 31, 2024, and the related notes and the schedules listed in the Index at Item 15 (collectively referred to as the "financial statements"). In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company as of March 31, 2024, and the results of its operations and its cash flows for the year ended March 31, 2024, in conformity with accounting principles generally accepted in the United States of America.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of March 31, 2024, based on criteria established in *Internal Control — Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission and our report dated May 30, 2024, expressed an unqualified opinion on the Company's internal control over financial reporting.

**Adoption of New Accounting Standard**

As discussed in Note 3 to the financial statements, the Company has changed its method of accounting and presentation related to long-duration insurance contracts and certain related balances effective April 1, 2023, due to the adoption of Accounting Standards Update No. 2018-12, *Financial Services— Insurance (Topic 944): Targeted Improvements to the Accounting for Long-Duration Contracts*, using the modified retrospective method.

**Basis for Opinion**

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audit included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audit provides a reasonable basis for our opinion.

**Critical Audit Matter**

The critical audit matter communicated below is a matter arising from the current-period audit of the financial statements that was communicated or required to be communicated to the audit committee and that (1) relates to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective, or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the financial statements, taken as a whole, and we are not, by communicating the critical audit matter below, providing a separate opinion on the critical audit matter or on the accounts or disclosures to which it relates.

F-1

Exhibit 1 to Decl. of James Burton

**SER 819**

***Self-Insurance Liabilities - Public Liability and Property Damage Claims - Refer to Note 3 to the financial statements***

*Critical Audit Matter Description*

The Company is self-insured for public liability and property damage claims related to their rental equipment. These self-insurance liabili es represent an es mate for both reported claims not yet paid, and claims incurred but not yet reported.

Given the subjec vity of es ma ng the related self-insurance liabili es for reported claims not yet paid and claims incurred but not yet reported due to uncertain exposure and projected loss development, performing audit procedures to evaluate whether these self-insurance liabili es were appropriately recorded as of March 31, 2024 required a significant degree of auditor judgement and the assistance of our actuarial specialists.

*How the Critical Audit Matter Was Addressed in the Audit*

Our audit procedures related to self-insurance liabilities for public liability and property damage claims included the following, among others:

- We tested the effectiveness of controls over self-insurance liabilities for public liability and property damage claims, including those related to the determination and estimation of claims incurred but not reported.

- We evaluated the methods and assumptions used by management to estimate the self-insurance liabilities for public liability and property damage claims by:

  - Reading the Company's insurance policies and comparing the coverage and terms to the assumptions used by management.

  - Testing the underlying data that served as the basis for the actuarial analysis, including historical claims, to test that the inputs to the actuarial estimate were accurate and complete.

  - Comparing management's prior-year assumptions of expected development and ultimate loss to actuals incurred during the current year to identify potential bias in the determination of the self-insurance liabilities for public liability and property damage claims.

- With the assistance of our actuarial specialists, we developed estimates of the self-insurance liabilities for public liability and property damage claims and compared our estimates to management's estimates.


/s/ Deloitte Touche, LLP
Tempe, Arizona
May 30, 2024

We have served as the Company's auditor since 2023.


F-2

Exhibit 1 to Decl. of James Burton
82
**SER 820**

**Report of Independent Registered Public Accounting Firm**

Stockholders and Board of Directors
U-Haul Holding Company
Reno, Nevada

**Opinion on the Consolidated Financial Statements**

We have audited the accompanying consolidated balance sheet of U-Haul Holding Company (the "Company") as of March 31, 2023, the related consolidated statements of operations, comprehensive income (loss), changes in stockholders' equity, and cash flows for each of the two years in the period ended March 31, 2023, and the related notes and schedules (collectively referred to as the "consolidated financial statements"). In our opinion, the consolidated financial statements present fairly, in all material respects, the financial position of the Company at March 31, 2023, and the results of its operations and its cash flows for each of the two years in the period ended March 31, 2023, in conformity with accounting principles generally accepted in the United States of America.

**Retrospective Adoption of New Accounting Standard**

As discussed in Note 3 to the consolidated financial statements, the Company has changed its method of accounting and presentation related to long-duration insurance contracts and certain related balances effective April 1, 2023, due to the adoption of Accounting Standards Update No. 2018-12, *Financial Services— Insurance (Topic 944): Targeted Improvements to the Accounting for Long-Duration Contracts*, using the modified retrospective method.

**Basis for Opinion**

These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's consolidated financial statements based on our audits. We are a public accounting firm registered with the Public Company Accounting Oversight Board (United States) ("PCAOB") and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement, whether due to error or fraud.

Our audits included performing procedures to assess the risks of material misstatement of the consolidated financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the consolidated financial statements. We believe that our audits provide a reasonable basis for our opinion.

/s/ BDO USA, P.C.

We served as the Company's auditor from 2003 to 2023.
Phoenix, Arizona

June 1, 2023, except for the effects of the modified retrospective adoption of Accounting Standards Update No. 2018-12, *Financial Services— Insurance (Topic 944): Targeted Improvements to the Accounting for Long-Duration Contracts*, discussed in Note 3, as to which the date is May 30, 2024.

F-3

Exhibit 1 to Decl. of James Burton

83

**SER 821**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**CONSOLIDATED BALANCE SHEETS**

| | | March 31, | |
|---|---|---|---|
| | | 2024 | 2023 |
| | | (In thousands, except share data) | |
| **ASSETS** | | | |
| Cash and cash equivalents | $ | 1,534,544 | $ 2,060,524 |
| Trade receivables and reinsurance recoverables, net | | 215,908 | 189,498 |
| Inventories and parts | | 150,940 | 151,474 |
| Prepaid expenses | | 246,082 | 241,711 |
| Fixed maturity securities available-for-sale (net of allowance for credit loss of $1,052 and $2,101, respectively) at fair value and amortized cost ($2,660,093 and $3,006,587, respectively) | | 2,442,504 | 2,709,037 |
| Equity securities, at fair value | | 66,274 | 61,357 |
| Investments, other | | 633,936 | 575,540 |
| Deferred policy acquisition costs, net | | 121,224 | 128,463 |
| Other assets | | 111,743 | 51,052 |
| Right of use assets - financing, net | | 289,305 | 474,765 |
| Right of use assets - operating, net | | 53,712 | 58,917 |
| Related party assets | | 57,934 | 48,308 |
| | | 5,924,106 | 6,750,646 |
| Property, plant and equipment, at cost: | | | |
| Land | | 1,670,033 | 1,537,206 |
| Buildings and improvements | | 8,237,354 | 7,088,810 |
| Furniture and equipment | | 1,003,770 | 928,241 |
| Rental trailers and other rental equipment | | 936,303 | 827,696 |
| Rental trucks | | 6,338,324 | 5,278,340 |
| | | 18,185,784 | 15,660,293 |
| Less: Accumulated depreciation | | (5,051,132 ) | (4,310,205 ) |
| Total property, plant and equipment, net | | 13,134,652 | 11,350,088 |
| Total assets | $ | 19,058,758 | $ 18,100,734 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | | |
| Liabilities: | | | |
| Accounts payable and accrued expenses | $ | 783,084 | $ 761,039 |
| Notes, loans and finance leases payable, net | | 6,271,362 | 6,108,042 |
| Operating lease liabilities | | 55,032 | 58,373 |
| Policy benefits and losses, claims and loss expenses payable | | 849,113 | 880,202 |
| Liabilities from investment contracts | | 2,411,352 | 2,398,884 |
| Other policyholders' funds and liabilities | | 18,070 | 8,232 |
| Deferred income | | 51,175 | 52,282 |
| Deferred income taxes, net | | 1,447,125 | 1,329,489 |
| Total liabilities | | 11,886,313 | 11,596,543 |
| Commitments and contingencies (Notes 10 and 20) | | | |
| Stockholders' equity: | | | |
| Series preferred stock, with or without par value, 50,000,000 shares authorized: Series A preferred stock, with no par value, 6,100,000 shares authorized; 6,100,000 shares issued and none outstanding | | — | — |
| Series B preferred stock, with no par value, 100,000 shares authorized; none issued and outstanding | | — | — |
| Serial common stock, with or without par value, 250,000,000 shares authorized: Serial common stock of $0.25 par value, 10,000,000 shares authorized; none issued and outstanding | | — | — |
| Common stock, with $0.25 par value, 250,000,000 shares authorized: Common stock of $0.25 par value, 250,000,000 shares authorized; 41,985,700 issued and 19,607,788 outstanding | | 10,497 | 10,497 |
| Series N Non-Voting Common Stock with $0.001 par value, 250,000,000 shares authorized Series N Non-Voting Common Stock, with $0.001 par value, 250,000,000 shares authorized; 176,470,092 shares issued and outstanding | | 176 | 176 |
| Additional paid-in capital | | 462,548 | 453,643 |
| Accumulated other comprehensive income (loss) | | (223,216 ) | (285,623 ) |
| Retained earnings | | 7,600,090 | 7,003,148 |
| Cost of common shares in treasury, net (22,377,912 shares) | | (525,653 ) | (525,653 ) |
| Cost of preferred shares in treasury, net (6,100,000 shares) | | (151,997 ) | (151,997 ) |
| Total stockholders' equity | | 7,172,445 | 6,504,191 |
| Total liabilities and stockholders' equity | $ | 19,058,758 | $ 18,100,734 |

The accompanying notes are an integral part of these consolidated financial statements.

F-4

Exhibit 1 to Decl. of James Burton

84

**SER 822**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF OPERATIONS**

|  | | Years Ended March 31, | | |
|---|---|---|---|---|
|  | | 2024 | 2023 | 2022 |
|  | | (In thousands, except share and per share data) | | |
| Revenues: | | | | |
| Self-moving equipment rental revenues | $ | 3,624,695 | $ 3,877,917 | $ 3,958,807 |
| Self-storage revenues | | 831,069 | 744,492 | 617,120 |
| Self-moving and self-storage products and service sales | | 335,805 | 357,286 | 351,447 |
| Property management fees | | 37,004 | 37,073 | 35,194 |
| Life insurance premiums | | 89,745 | 99,149 | 111,027 |
| Property and casualty insurance premiums | | 94,802 | 93,209 | 86,518 |
| Net investment and interest income | | 146,468 | 176,679 | 148,261 |
| Other revenue | | 466,086 | 478,886 | 431,373 |
| Total revenues | | 5,625,674 | 5,864,691 | 5,739,747 |
| Costs and expenses: | | | | |
| Operating expenses | | 3,126,471 | 3,024,547 | 2,676,541 |
| Commission expenses | | 384,079 | 416,315 | 429,581 |
| Cost of product sales | | 241,563 | 263,026 | 259,585 |
| Benefits and losses | | 167,035 | 164,079 | 185,571 |
| Amortization of deferred policy acquisition costs | | 24,238 | 27,924 | 33,854 |
| Lease expense | | 32,654 | 30,829 | 29,910 |
| Depreciation, net of gains on disposals of ($153,958, $247,084 and $214,203 respectively) | | 663,931 | 486,795 | 482,752 |
| Net (gains) losses on disposal of real estate | | 7,914 | 5,596 | (4,120) |
| Total costs and expenses | | 4,647,885 | 4,419,111 | 4,093,674 |
| Earnings from operations | | 977,789 | 1,445,580 | 1,646,073 |
| Other components of net periodic benefit costs | | (1,458) | (1,216) | (1,120) |
| Other interest income | | 120,021 | — | — |
| Interest expense | | (256,175) | (223,958) | (167,424) |
| Fees on early extinguishment of debt | | — | (1,009) | (956) |
| Pretax earnings | | 840,177 | 1,219,397 | 1,476,573 |
| Income tax expense | | (211,470) | (294,925) | (352,211) |
| Net earnings available to common stockholders | $ | 628,707 | $ 924,472 | $ 1,124,362 |
| Basic and diluted earnings per share of Common Stock | $ | 3.04 | $ 5.54 | $ 7.08 |
| Weighted average shares outstanding of Common Stock: Basic and diluted | | 19,607,788 | 19,607,788 | 19,607,788 |
| Basic and diluted earnings per share of Series N Non-Voting Common Stock | $ | 3.22 | $ 4.62 | $ 5.58 |
| Weighted average shares outstanding of Series N Non-Voting Common Stock: Basic and diluted | | 176,470,092 | 176,470,092 | 176,470,092 |

Related party revenues for fiscal 2024, 2023 and 2022, net of eliminations, were $37.0 million, $37.1 million and $35.2 million, respectively.

Related party costs and expenses for fiscal 2024, 2023, and 2022, net of eliminations, were $90.1 million, $90.5 million and $90.7 million, respectively.

Please see Note 20, Related Party Transactions, of the Notes to Consolidated Financial Statements for more information on the related party revenues and costs and expenses.

The accompanying notes are an integral part of these consolidated financial statements.

F-5

Exhibit 1 to Decl. of James Burton

85

**SER 823**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**

| Fiscal Year Ended March 31, 2024 | Pre-tax | Tax | Net |
|---|---|---|---|
| | (In thousands) | | |
| Comprehensive income: | | | |
| Net earnings | $ 840,177 | $ (211,470) | $ 628,707 |
| Other comprehensive income: | | | |
| Foreign currency translation | 2,832 | — | 2,832 |
| Unrealized net loss on investments and future policy benefits discount rate remeasurement gains (losses) | 70,703 | (14,846) | 55,857 |
| Change in fair value of cash flow hedges | 8,497 | (2,087) | 6,410 |
| Amounts reclassified into earnings on hedging activities | (5,417) | 1,330 | (4,087) |
| Change in postretirement benefit obligations | 1,849 | (454) | 1,395 |
| Total other comprehensive (loss) income | 78,464 | (16,057) | 62,407 |
| Total comprehensive income (loss) | $ 918,641 | $ (227,527) | $ 691,114 |

| Fiscal Year Ended March 31, 2023 | Pre-tax | Tax | Net |
|---|---|---|---|
| | (In thousands) | | |
| Comprehensive income: | | | |
| Net earnings | $ 1,219,397 | $ (294,925) | $ 924,472 |
| Other comprehensive income: | | | |
| Foreign currency translation | (782) | — | (782) |
| Unrealized net loss on investments and future policy benefits discount rate remeasurement gains (losses) | (367,533) | 78,056 | (289,477) |
| Change in fair value of cash flow hedges | 6,672 | (1,639) | 5,033 |
| Amounts reclassified into earnings on hedging activities | (772) | 190 | (582) |
| Change in postretirement benefit obligations | 2,772 | (681) | 2,091 |
| Total other comprehensive income (loss) | (359,643) | 75,926 | (283,717) |
| Total comprehensive income (loss) | $ 859,754 | $ (218,999) | $ 640,755 |

| Fiscal Year Ended March 31, 2022 | Pre-tax | Tax | Net |
|---|---|---|---|
| | (In thousands) | | |
| Comprehensive income: | | | |
| Net earnings | $ 1,476,573 | $ (352,211) | $ 1,124,362 |
| Other comprehensive income: | | | |
| Foreign currency translation | (2,828) | — | (2,828) |
| Unrealized net loss on investments and future policy benefits discount rate remeasurement gains (losses) | (57,885) | 11,507 | (46,378) |
| Change in fair value of cash flow hedges | 605 | (148) | 457 |
| Amounts reclassified into earnings on hedging activities | 3,948 | (970) | 2,978 |
| Change in postretirement benefit obligations | 2,049 | (503) | 1,546 |
| Total other comprehensive income (loss) | (54,111) | 9,886 | (44,225) |
| Total comprehensive income (loss) | $ 1,422,462 | $ (342,325) | $ 1,080,137 |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

Exhibit 1 to Decl. of James Burton

86

**SER 824**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY**

| Description | Common Stock | Series N Non-Voting Common Stock | Additional Paid-In Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Less: Treasury Common Stock | Less: Treasury Preferred Stock | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|---|
| | | | | (In thousands) | | | | |
| Balance as of March 31, 2021 | $ 10,497 | $ — | $ 453,819 | $ 106,857 | $ 5,025,568 | $ (525,653) | $ (151,997) | $ 4,919,091 |
| Cummulative effect of Adoption of ASU 2018-12 | — | — | — | (64,538) | (8,117) | — | — | (72,655) |
| Balance as of April 1, 2021 | $ 10,497 | $ — | $ 453,819 | $ 42,319 | $ 5,017,451 | $ (525,653) | $ (151,997) | $ 4,846,436 |
| Foreign currency translation | — | — | — | (2,828) | — | — | — | (2,828) |
| Unrealized net loss on investments and future policy benefits discount rate remeasurement gains (losses), net of tax | — | — | — | (46,378) | — | — | — | (46,378) |
| Change in fair value of cash flow hedges, net of tax | — | — | — | 457 | — | — | — | 457 |
| Amounts reclassified into earnings on hedging activities | — | — | — | 2,978 | — | — | — | 2,978 |
| Change in postretirement benefit obligations, net of taxes | — | — | — | 1,546 | — | — | — | 1,546 |
| Net earnings | — | — | — | — | 1,124,362 | — | — | 1,124,362 |
| Common stock dividends: ($1.50 per share for fiscal 2022) | — | — | — | — | (29,412) | — | — | (29,412) |
| Net activity | — | — | — | (44,225) | 1,094,950 | — | — | 1,050,725 |
| Balance as of March 31, 2022 | $ 10,497 | $ — | $ 453,819 | $ (1,906) | $ 6,112,401 | $ (525,653) | $ (151,997) | $ 5,897,161 |
| Common stock dividend | — | 176 | (176) | — | — | — | — | — |
| Foreign currency translation | — | — | — | (782) | — | — | — | (782) |
| Unrealized net loss on investments and future policy benefits discount rate remeasurement gains (losses), net of tax | — | — | — | (289,477) | — | — | — | (289,477) |
| Change in fair value of cash flow hedges, net of tax | — | — | — | 5,033 | — | — | — | 5,033 |
| Amounts reclassified into earnings on hedging activities | — | — | — | (582) | — | — | — | (582) |
| Change in postretirement benefit obligations, net of taxes | — | — | — | 2,091 | — | — | — | 2,091 |
| Net earnings | — | — | — | — | 924,472 | — | — | 924,472 |
| Common stock dividends: ($1.00 per share for fiscal 2023) | — | — | — | — | (19,608) | — | — | (19,608) |
| Series N Non-Voting Common Stock dividends: ($0.08 per share for fiscal 2023) | — | — | — | — | (14,117) | — | — | (14,117) |
| Net activity | — | 176 | (176) | (283,717) | 890,747 | — | — | 607,030 |
| Balance as of March 31, 2023 | $ 10,497 | 176 | $ 453,643 | $ (285,623) | $ 7,003,148 | $ (525,653) | $ (151,997) | $ 6,504,191 |
| Contribution from related party | — | — | 8,905 | — | — | — | — | 8,905 |
| Foreign currency translation | — | — | — | 2,832 | — | — | — | 2,832 |
| Unrealized net loss on investments and future policy benefits discount rate remeasurement gains (losses), net of tax | — | — | — | 55,857 | — | — | — | 55,857 |
| Change in fair value of cash flow hedges, net of tax | — | — | — | 6,410 | — | — | — | 6,410 |
| Amounts reclassified into earnings on hedging activities | — | — | — | (4,087) | — | — | — | (4,087) |
| Change in postretirement benefit obligations, net of taxes | — | — | — | 1,395 | — | — | — | 1,395 |
| Net earnings | — | — | — | — | 628,707 | — | — | 628,707 |
| Series N Non-Voting Common Stock dividends: ($0.18 per share for fiscal 2024) | — | — | — | — | (31,765) | — | — | (31,765) |
| Net activity | — | — | 8,905 | 62,407 | 596,942 | — | — | 668,254 |
| Balance as of March 31, 2024 | $ 10,497 | 176 | $ 462,548 | $ (223,216) | $ 7,600,090 | $ (525,653) | $ (151,997) | $ 7,172,445 |

The accompanying notes are an integral part of these consolidated financial statements.

F-7

Exhibit 1 to Decl. of James Burton

87

**SER 825**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**CONSOLIDATED STATEMENTS OF CASH FLOWS**

| | Years Ended March 31, | | |
|---|---|---|---|
| | 2024 | 2023 | 2022 |
| | | (In thousands) | |
| Cash flows from operating activities: | | | |
| Net earnings | $ 628,707 | $ 924,472 | $ 1,124,362 |
| Adjustments to reconcile net earnings to cash provided by operations: | | | |
| Depreciation | 817,889 | 733,879 | 696,955 |
| Amortization of premiums and accretion of discounts related to investments, net | 16,849 | 20,066 | 19,749 |
| Amortization of debt issuance costs | 6,712 | 7,087 | 5,659 |
| Interest credited to policyholders | 71,433 | 55,822 | 64,692 |
| Provision for allowance (recoveries) for losses on trade receivables, net | 2,447 | (4,860) | 4,227 |
| Non cash lease expense | 23,926 | 22,432 | 21,662 |
| Net gains on disposal of personal property | (153,958) | (247,084) | (214,203) |
| Net (gains) losses on disposal of real estate | 7,914 | 5,596 | (4,120) |
| Net (gains) losses on sales of fixed maturity securities | (157) | 8,300 | (11,872) |
| Net (gains) losses on equity securities | (5,741) | 9,091 | (7,837) |
| Deferred income taxes, net | 98,379 | 131,754 | 101,091 |
| Net change in other operating assets and liabilities: | | | |
| Trade receivables and reinsurance recoverables | (29,011) | 44,714 | (9,187) |
| Inventories and parts, net | 518 | 7,265 | (53,301) |
| Prepaid expenses | (4,451) | (5,575) | 232,342 |
| Deferred policy acquisition costs, net | 7,239 | 2,722 | 1,228 |
| Other assets and right of use assets - operating, net | 9,889 | (6,405) | (6,313) |
| Related party assets | (9,614) | (544) | (10,357) |
| Accounts payable and accrued expenses and operating lease liabilities | (10,697) | 34,263 | 10,514 |
| Policy benefits and losses, claims and loss expenses payable | (39,204) | (15,182) | (20,768) |
| Other policyholders' funds and liabilities | 9,922 | (2,580) | (1,608) |
| Deferred income | (2,085) | 5,137 | 5,399 |
| Related party liabilities | 5,850 | (760) | (2,079) |
| Net cash provided by operating activities | 1,452,756 | 1,729,610 | 1,946,235 |
| | | | |
| Cash flows from investing activities: | | | |
| Escrow deposits | 2,983 | 9,298 | (9,328) |
| Purchase of: | | | |
| Property, plant and equipment | (2,992,898) | (2,723,901) | (2,136,537) |
| Fixed maturity securities available-for-sale | (344,166) | (623,489) | (701,744) |
| Equity securities | (530) | (4,932) | (27,299) |
| Investments, other | (174,967) | (213,264) | (158,408) |
| Proceeds from sales of: | | | |
| Property, plant and equipment | 739,178 | 701,331 | 623,235 |
| Fixed maturity securities available-for-sale | 672,121 | 271,092 | 412,528 |
| Equity securities | 1,417 | 1,286 | 4,046 |
| Investments, other | 50,489 | 161,194 | 126,331 |
| Net cash used by investing activities | (2,046,373) | (2,421,385) | (1,867,176) |

Page 1 of 2

The accompanying notes are an integral part of these consolidated financial statements.        F-8

Exhibit 1 to Decl. of James Burton

88

**SER 826**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF CASH FLOWS (CONTINUED)**

| | | Years Ended March 31, | |
|---|---|---|---|
| | 2024 | 2023 | 2022 |
| | | (In thousands) | |
| Cash flows from financing activities: | | | |
| Borrowings from credit facilities | $ 1,186,363 | $ 1,017,898 | $ 1,969,474 |
| Principal repayments on credit facilities | (919,771 ) | (801,994 ) | (437,506 ) |
| Payment of debt issuance costs | (4,082 ) | (5,237 ) | (13,156 ) |
| Finance lease payments | (105,564 ) | (124,188 ) | (166,262 ) |
| Securitization deposits | 319 | 217 | — |
| Voting common stock dividends paid | — | (19,608 ) | (29,412 ) |
| Series N Non-Voting Common Stock dividends paid | (31,765 ) | (14,117 ) | — |
| Investment contract deposits | 360,124 | 341,483 | 347,520 |
| Investment contract withdrawals | (419,091 ) | (334,659 ) | (237,503 ) |
| Net cash provided by financing activities | 66,533 | 59,795 | 1,433,155 |
| Effects of exchange rate on cash | 1,104 | (11,633 ) | (2,089 ) |
| Increase (decrease) in cash and cash equivalents | (525,980 ) | (643,613 ) | 1,510,125 |
| Cash and cash equivalents at the beginning of period | 2,060,524 | 2,704,137 | 1,194,012 |
| Cash and cash equivalents at the end of period | $ 1,534,544 | $ 2,060,524 | $ 2,704,137 |

Page 2 of 2

The accompanying notes are an integral part of these consolidated financial statements.

F-9

Exhibit 1 to Decl. of James Burton

89

**SER 827**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 1. Basis of Presentation**

U-Haul Holding Company, a Nevada Corporation, ("U-Haul Holding Company" or the "Company"), has a fiscal year that ends on the 31st of March for each year that is referenced. Our insurance company subsidiaries have fiscal years that end on the 31st of December for each year that is referenced. They have been consolidated on that basis. Our insurance companies' financial reporting processes conform to calendar year reporting as required by state insurance departments. We believe that consolidating their calendar year into our fiscal year consolidated financial statements does not materially affect the financial position or results of operations. We disclose material events, if any, occurring during the intervening period. Consequently, all references to our insurance subsidiaries' years 2023, 2022 and 2021 correspond to fiscal 2024, 2023 and 2022 for U-Haul Holding Company.

Accounts denominated in non-U.S. currencies have been translated into U.S. dollars.  Please see Note 3, Accounting Policies – Adoption of New Accounting Pronouncements, of the Notes to Consolidated Financial Statements.

The Company has reclassified certain prior period amounts to conform with the current period presentation on the Consolidated Balance Sheets related to equity securities, at fair value and fixed maturity securities available-for-sale net of allowance for credit loss, at fair value and amortized cost which was previously reported in investments, fixed maturities and marketable equities. The Company has reclassified certain prior period amounts to conform with the current period presentation on the Consolidated Statements of Cash Flows related to (1) amortization of deferred policy acquisition costs which was previously reported separately and is now included in deferred policy acquisition costs, net, (2) provision for allowance for inventories and parts reserves which was previously reported separately and is now included in inventories and parts, net, (3) purchases of short term investments, real estate, and mortgage loans which were previously reported and are now included in investments, other, and (4) non-cash lease expense which was previously reported in other assets.

**Note 2. Principles of Consolidation**

We apply Accounting Standards Codification ("ASC") 810 - *Consolidation* ("ASC 810") in our principles of consolidation. ASC 810 addresses arrangements where a company does not hold a majority of the voting or similar interests of a variable interest entity ("VIE"). A company is required to consolidate a VIE if it has determined it is the primary beneficiary, which is the entity with the power to direct activities that most significantly affect the economic performance of the VIE and has the obligation to absorb the majority of the losses or benefits. ASC 810 also addresses the policy when a company owns a majority of the voting or similar rights and exercises effective control.

A VIE is not self-supportive due to having one or both of the following conditions: (i) it has an insufficient amount of equity for it to finance its activities without receiving additional subordinated financial support or (ii) its owners do not hold the typical risks and rights of equity owners. This determination is made upon the creation of a variable interest and is re-assessed on an on-going basis should certain changes in the operations of a VIE, or its relationship with the primary beneficiary trigger a reconsideration. After a reconsideration event occurs the most recent facts and circumstances are utilized in determining whether or not a company is a VIE, which other company(ies) have a variable interest in the entity, and whether or not the company's interest is such that it is the primary beneficiary.

We will continue to monitor our relationships with the other entities, which could change based on facts and circumstances of any reconsideration events. Please see Note 20, Related Party Transactions, of the Notes to Consolidated Financial Statements.

The accompanying Consolidated Financial Statements include the accounts of the Company and its wholly owned subsidiaries, which are consolidated under the voting interest model. Intercompany accounts and transactions have been eliminated.

*Description of Legal Entities*

U-Haul Holding Company is the holding company for:

U-Haul International, Inc. ("U-Haul");

Amerco Real Estate Company ("Real Estate");

Repwest Insurance Company ("Repwest"); and

Oxford Life Insurance Company ("Oxford").

Unless the context otherwise requires, the terms "Company," "we," "us" or "our" refer to U-Haul Holding Company and all of its legal subsidiaries.

F-10

---

Exhibit 1 to Decl. of James Burton

90

**SER 828**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Description of Operating and Reportable Segments*

U-Haul Holding Company has three (3) operating and reportable segments. They are Moving and Storage, Property and Casualty Insurance and Life Insurance.

Moving and Storage includes U-Haul Holding Company, U-Haul, and Real Estate and the wholly-owned subsidiaries of U-Haul and Real Estate. Operations consist of the rental of trucks and trailers, sales of moving supplies, sales of towing accessories, sales of propane, and the rental of fixed and portable moving and storage units to the "do-it-yourself" mover and management of self-storage properties owned by others. Operations are conducted under the registered trade name U-Haul® throughout the United States and Canada.

Property and Casualty Insurance includes Repwest and its wholly-owned subsidiaries and ARCOA Risk Retention Group ("ARCOA"). Property and Casualty Insurance provides loss adjusting and claims handling for U-Haul through regional offices in the United States and Canada. Property and Casualty Insurance also underwrites components of the Safemove®, Safetow®, Safemove Plus®, Safestor® and Safestor Mobile® protection packages to U-Haul customers. The business plan for Property and Casualty Insurance includes offering property and casualty products in other U-Haul related programs. ARCOA is a group captive insurer owned by us and our wholly owned subsidiaries whose purpose is to provide insurance products related to our moving and storage business.

Life Insurance includes Oxford and its wholly owned subsidiaries. Life Insurance provides life and health insurance products primarily to the senior market through the direct writing and reinsuring of life insurance, Medicare supplement and annuity policies.

**Note 3. Accounting Policies**

*Use of Estimates*

The preparation of consolidated financial statements in conformity with the generally accepted accounting principles ("GAAP") in the United States requires management to make estimates and judgments that affect the amounts reported in the consolidated financial statements and accompanying notes. The accounting policies that we deem most critical to us and that require management's most difficult and subjective judgments include the principles of consolidation, the recoverability of property, plant and equipment, the adequacy of insurance reserves, the recognition and measurement of impairments for investments accounted for under ASC 320 - *Investments - Debt and Equity Securities* and the recognition and measurement of income tax assets and liabilities. The actual results experienced by us may materially differ from management's estimates.

*Cash and Cash Equivalents*

We consider cash equivalents to be highly liquid debt securities with insignificant interest rate risk with original maturities from the date of purchase of three months or less.

Financial instruments that potentially subject us to concentrations of credit risk consist principally of cash deposits. Accounts at each United States financial institution are insured by the Federal Deposit Insurance Corporation up to $250,000. Accounts at each Canadian financial institution are insured by the Canada Deposit Insurance Corporation up to $100,000 CAD per account. As of March 31, 2024 and March 31, 2023, we held cash equivalents in excess of these insured limits. To mitigate this risk, we select financial institutions based on their credit ratings and financial strength.

*Investments*

*Fixed Maturities and Marketable Equities.* Fixed maturity investments consist of either marketable debt, equity or redeemable preferred stocks. As of the balance sheet dates, all of our investments in these securities were classified as available-for-sale. Available-for-sale investments are reported at fair value, with unrealized gains or losses recorded net of taxes and applicable adjustments to accumulated other comprehensive income (loss) in stockholders' equity. For available-for-sale debt securities in an unrealized loss position, we first assess whether the security is below investment grade. For securities that are below investment grade, we evaluate whether the decline in fair value has resulted from credit losses or other factors such as the interest rate environment. Declines in value due to credit are recognized as an allowance. In making this assessment, management considers the extent to which fair value is less than amortized cost, any changes to the rating of the security by a rating agency, and adverse market conditions specifically related to the security, among other factors. If this assessment indicates that a credit loss exists, cumulative default rates based on ratings are used to determine the potential cost of default, by year. The present value of these potential costs is then compared to the amortized cost of the security to determine the credit loss, limited by the amount that the fair value is less than the amortized cost basis.

F-11

---

Exhibit 1 to Decl. of James Burton

91

**SER 829**

## U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES
### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Declines in fair value that have not been recorded through an allowance for credit losses, such as declines due to changes in market interest rates, are recorded through accumulated other comprehensive income, net of applicable taxes. If we intend to sell a security, or it is more likely than not that we will be required to sell the security before recovery of its amortized cost basis, the security is written down to its fair value and the write down is charged against the allowance for credit losses, with any incremental impairment reported in earnings. Reversals of the allowance for credit losses are permitted and should not exceed the allowance amount initially recognized.  Changes in the market value of common stocks are recognized in earnings. Fair value for these investments is based on quoted market prices, dealer quotes or discounted cash flows. The cost of investments sold is based on the specific identification method. See Note 24, Allowance for Credit Losses, of the Notes to Consolidated Financial Statements.

*Mortgage Loans and Notes on Real Estate.* Mortgage loans and notes on real estate are reported at their unpaid balance, net of any allowance for expected losses and any unamortized premium or discount. See Note 24, Allowance for Credit Losses, of the Notes to Consolidated Financial Statements.

*Recognition of Investment Income.* Interest income from fixed maturities and mortgage notes is recognized when earned. Dividends on common and preferred stocks are recognized on the ex-dividend dates. Realized gains and losses on the sale or exchange of investments are recognized at the trade date.

*Accrued Interest Receivable*

Accrued interest receivables on available-for-sale securities totaled $29.3 million and $29.6 million as of March 31, 2024 and 2023, respectively and are excluded from the estimate of credit losses.

We have elected not to measure an allowance on accrued interest receivables as our practice is to write off the uncollectible balance that is 90 days or more past due. Furthermore, we have elected to write off accrued interest receivables by reversing interest income.

*Derivative Financial Instruments*

Our objective for holding derivative financial instruments is to manage interest rate risk exposure primarily through entering interest rate swap agreements and call options. We do not enter into these instruments for trading purposes. Counterparties to the interest rate swap agreements are major financial institutions. We have elected to apply hedge accounting to our derivatives. Derivatives that are designated in hedging relationships are evaluated for effectiveness using regression analysis at the time they are designated and throughout the hedge period. Derivatives are recognized at fair value on the balance sheet and are classified as prepaid expenses (asset) or accrued expenses (liability) for the Moving and Storage segment and in investment, other for the Life segment. Derivatives that are not designated as cash flow hedges for accounting purposes must be adjusted to fair value through income. If the derivative qualifies and is designated as a cash flow hedge, changes in its fair value will be recorded in accumulated other comprehensive income (loss) ("AOCI"), upon the maturity of the hedge relationship, amounts remaining in AOCI are released to earnings. When the cash flow hedge is de-designated, or when the derivative is terminated before maturity, the fair value adjustment to the hedged debt continues to be reported as part of the carrying value of the debt and is recognized in interest expense over the remaining life. See Note 12, Derivatives, of the Notes to Consolidated Financial Statements.

*Inventories and parts*

Inventories and parts were as follows:

| | March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| | (In thousands) | |
| Truck and trailer parts and accessories (a) | $ 145,383 | $ 150,319 |
| Hitches and towing components (b) | 34,495 | 30,927 |
| Moving supplies and propane (b) | 18,194 | 18,222 |
| Subtotal | 198,072 | 199,468 |
| Less: LIFO reserves | (46,331) | (47,065) |
| Less: excess and obsolete reserves | (801) | (929) |
| Total | $ 150,940 | $ 151,474 |

(a)  Primarily held for internal usage, including equipment manufacturing and repair
(b)  Primarily held for retail sales

F-12

Exhibit 1 to Decl. of James Burton

92

**SER 830**

## U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Inventories consist primarily of truck and trailer parts and accessories used to manufacture and repair rental equipment as well as products and accessories available for retail sale. Inventory is held at our owned locations; our independent dealers do not hold any of our inventory. Inventories are stated at the lower of cost or net realizable value.

Inventory cost is primarily determined using the last-in first-out method ("LIFO"). Inventories valued using LIFO consisted of approximately 94% and 94% of the total inventories for March 31, 2024 and 2023, respectively. Had we utilized the first-in first-out method, stated inventory balances would have been $46.3 million and $47.1 million higher as of March 31, 2024 and 2023, respectively. In fiscal 2024, 2023 and 2022, the negative effect on income due to liquidation of a portion of the LIFO inventory was $0.6 million, $1.6 million and $0.1 million, respectively.

*Property, Plant and Equipment*

Our property, plant and equipment is stated at cost. Interest expense, if any, incurred during the initial construction of buildings is considered part of cost. Depreciation is computed for financial reporting purposes using the straight line or an accelerated method based on a declining balance formula over the following estimated useful lives: rental equipment 2-20 years, buildings and improvements 10-55 years and non-rental equipment 3-10 years. Routine maintenance costs are charged to operating expense as they are incurred. Gains and losses on dispositions of property, plant and equipment, other than real estate ("personal property"), are netted against depreciation expense when realized. The net amount of gains, netted against depreciation expense, were $154.0 million, $247.1 million and $214.2 million during fiscal 2024, 2023 and 2022, respectively. Equipment depreciation is recognized in amounts expected to result in the recovery of estimated residual values upon disposal, i.e., minimize gains or losses. In determining the depreciation rate, historical disposal experience, holding periods and trends in the market for vehicles are reviewed.

We regularly perform reviews to determine whether facts and circumstances exist which indicate that the carrying amount of assets, including estimates of residual value, may not be recoverable or that the useful life of assets are shorter or longer than originally estimated. Reductions in residual values (i.e., the price at which we ultimately expect to dispose of revenue earning equipment) or useful lives will result in an increase in depreciation expense over the remaining life of the equipment. Reviews are performed based on vehicle class, generally the subcategories of trucks and trailers. We assess the recoverability of our assets by comparing the projected undiscounted net cash flows associated with the related asset or group of assets over their estimated remaining lives against their respective carrying amounts. We consider factors such as current and expected future market price trends on used vehicles and the expected life of vehicles included in the fleet. Impairment, if any, is based on the excess of the carrying amount over the fair value of those assets. If asset residual values are determined to be recoverable, but the useful lives are shorter or longer than originally estimated, the net book value of the assets is depreciated over the newly determined remaining useful lives.

For our box truck fleet, we utilize an accelerated method of depreciation based upon the declining balances method (2.4 times declining balance). Thus, the book value of a rental truck is reduced under a double declining formula for the first seven years in which approximately 85% of the balance is depreciated. The remaining 15% is then reduced on a straight-line basis to a salvage value by the end of year fifteen. Comparatively, a standard straight-line approach would reduce the asset balance evenly over the life of the truck.

Although we intend to sell our used vehicles for prices approximating book value, the extent to which we realize a gain or loss on the sale of used vehicles is dependent upon various factors including, but not limited to, the general state of the used vehicle market, the age and condition of the vehicle at the time of its disposal and the depreciation rates with respect to the vehicle. We typically sell our used vehicles at our sales centers throughout the United States and Canada, on our website at uhaul.com/trucksales or by phone at 1-866-404-0355. Additionally, we sell a large portion of our pickup and cargo van fleet at automobile dealer auctions.

*Receivables*

Trade receivables include trade accounts from moving and self-storage customers and dealers, insurance premiums and amounts due from reinsurers, less management's estimate of expected losses.

Moving and Storage has two (2) primary components of trade receivables, receivables from corporate customers and credit card receivables from sales and rentals of equipment. For credit card receivables, the Company uses a trailing 13 months average historical chargeback percentage of total credit card receivables. The Company rents equipment to corporate customers in which payment terms are 30 days.

The Company performs ongoing credit evaluations of its customers and assesses each customer's credit worthiness. In addition, the Company monitors collections and payments from its customers and maintains an allowance based upon applying an expected credit loss rate to receivables based on the historical loss rate from similar high risk customers

F-13

Exhibit 1 to Decl. of James Burton

93

**SER 831**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

adjusted for current conditions, including any specific customer collection issues identified, and forecasts of economic conditions. Delinquent account balances are written off after management has determined that the likelihood of collection is remote.

Management believes that the historical loss information it has compiled is a reasonable base on which to determine expected credit losses for trade receivables because the composition of trade receivables as of that date is consistent with that used in developing the historical credit-loss percentages (i.e., the similar risk characteristics of its customers and its lending practices have not changed significantly over time). To adjust the historical loss rates to reflect the effects of these differences in current conditions and forecasted changes, management assigns a rating to each customer which varies depending on the assessment of risk.  Management estimated the loss rate at approximately 5% and 4% as of March 31, 2024 and 2023, respectively. Management developed this estimate based on its knowledge of past experience. As a result, management applied the applicable credit loss rates to determine the expected credit loss estimate for each aging category.

Reinsurance recoverables include case reserves and actuarial estimates of claims incurred but not reported ("IBNR"). These receivables are not expected to be collected until after the associated claim has been adjudicated and billed to the reinsurer. The reinsurance recoverables have no allowance for credit losses due to the fact that reinsurance is typically procured from carriers with strong credit ratings. Furthermore, we do not cede losses to a reinsurer if the carrier is deemed financially unable to perform on the contract. Reinsurance recoverables also include insurance ceded to other insurance companies.

The allowance for expected credit losses on trade receivables were $2.3 million and $3.8 million as of March 31, 2024 and 2023, respectively.

Notes and mortgage receivables include accrued interest and are reduced by discounts and amounts considered by management to be uncollectible.

***Policy Benefits and Losses, Claims and Loss Expenses Payable***

*Life Insurance*

The liability for future policy benefits for traditional and limited-payment long duration life and health products comprises approximately $396.9 million of the total liability for future policy benefits, or approximately 47% of the consolidated Policy Benefits and Losses, Claims and Loss Expenses Payable. The liability is determined each reporting period based on the net level premium method. This method requires the liability for future policy benefits be calculated as the present value of estimated future policyholder benefits and the related termination expenses, less the present value of estimated future net premiums to be collected from policyholders. Net level premiums reflect a recomputed net premium ratio using actual experience since the issue date or the "Transition Date" of April 1, 2021 and expected future experience. The liability is accrued as premium revenue and is recognized and adjusted for differences between actual and expected experience. Long-duration insurance contracts issued by the Company are grouped into cohorts based on the contract issue year, distribution channel, legal entity and product type.

Both the present value of expected future benefit payments and the present value of expected future net premiums are based primarily on assumptions of discount rates, mortality, morbidity, lapse, and persistency. Each quarter, the Company remeasures its liability for future policy benefits using current discount rates with the effect of the change recognized in Other Comprehensive Income, a component of stockholders' equity. In addition, the Company recognizes a liability remeasurement gain or loss using original discount rates, and relating to actual experience under the net premium calculation, as compared to the prior reporting period expected cash flows.

The Company reviews, and updates as necessary, its cash flow assumptions (mortality, morbidity, lapses and persistency) used to calculate the change in the liability for future policy benefits at least annually. These cash flow assumptions are reviewed at the same time every year, or more frequently, if suggested by experience. If cash flow assumptions are changed, the net premium ratio is recalculated from the original issue date, or the Transition Date, using actual experience and projected future cash flows. When the expected future net premiums exceed the expected future gross premiums, or the present value of future policyholder benefits exceeds the present value of expected future gross premiums, the liability for future policy benefits is adjusted with changes recognized in policyholder benefits. The cash flow assumptions do not include an adjustment for adverse deviation. Mortality tables used for individual life insurance include various industry tables and reflect modifications based on Company experience. Morbidity assumptions for individual health are based on Company experience and industry data. Lapse and persistency assumptions are based on Company experience.

F-14

Exhibit 1 to Decl. of James Burton

94

**SER 832**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The liability for future policy benefits is discounted as noted above, using a current upper-medium grade fixed-income instrument yield that reflects the duration characteristics of the liability for future policy benefits. The methodology for determining current discount rates consists of constructing a discount rate curve intended to be reflective of the currency and tenor of the insurance liability cash flows. The methodology is designed to prioritize observable inputs based on market data available in the local debt markets denominated in the same currency as the policies. For the discount rates applicable to tenors for which the single-A debt market is not liquid or there is little or no observable market data, the Company will use estimation techniques consistent with the fair value guidance in Accounting Standards Codification ("ASC") 820, *Fair Value Measurement*. We further accrete interest as a component of policyholder benefits using the original discount rate that is locked in during the year of contract issuance. The original discount rates (or the locked-in discount rates) are used for interest accretion purposes and for the determination of net premiums, whereas the current discount rates are used for purposes of valuing the liability.

The liability for future policy benefits for annuity and interest sensitive life-type products is represented by policy account value. For limited-payment contracts, a deferred profit liability is also recorded, with changes recognized in income over the life of the contract in proportion to the amount of insurance in-force.

*Property & Casualty*

Property and Casualty Insurance's liability for reported and unreported losses is based on Repwest's historical data along with industry averages. The liability for unpaid loss adjustment expenses is based on historical ratios of loss adjustment expenses paid to losses paid. Amounts recoverable from reinsurers on unpaid losses are estimated in a manner consistent with the claim liability associated with the reinsured policy. Adjustments to the liability for unpaid losses and loss expenses as well as amounts recoverable from reinsurers on unpaid losses are charged or credited to expense in the periods in which they are made.

Due to the nature of the underlying risks and high degree of uncertainty associated with the determination of the liability for future policy benefits and claims, the amounts to be ultimately paid to settle these liabilities cannot be precisely determined and may vary significantly from the estimated liability, especially for long-tailed casualty lines of business such as excess workers' compensation. As a result of the long-tailed nature of the excess workers' compensation policies written by Repwest from 1983 through 2001, it may take a number of years for claims to be fully reported and finally settled.

On a regular basis, insurance reserve adequacy is reviewed by management to determine if existing assumptions need to be updated. In determining the assumptions for calculating workers' compensation reserves, management considers multiple factors including the following:

- Claimant longevity;
- Cost trends associated with claimant treatments;
- Changes in ceding entity and third-party administrator reporting practices;
- Changes in environmental factors including legal and regulatory;
- Current conditions affecting claim settlements; and
- Future economic conditions, including inflation.

We have reserved each claim based upon the accumulation of current claim costs projected through each claimant's life expectancy and then adjusted for applicable reinsurance arrangements. Management reviews each claim bi-annually, or more frequently if there are changes in facts or circumstances, to determine if the estimated life-time claim costs have increased and then adjusts the reserve estimate accordingly at that time. We have factored in an estimate of what the potential cost increases could be in our IBNR liability. We have not assumed settlement of the existing claims in calculating the reserve amount, unless it is in the final stages of completion.

Continued increases in claim costs, including medical inflation and new treatments and medications could lead to future adverse development resulting in additional reserve strengthening. Conversely, settlement of existing claims or if injured workers return to work or expire prematurely, could lead to future positive development.

*Self-Insurance Liabilities*

U-Haul retains the risk for certain public liability and third-party property damage claims related to our rental equipment. The consolidated balance sheets include $318.9 million and $335.2 million of liabilities related to these programs as of March 31, 2024 and 2023, respectively. These liabilities represent an estimate for both reported claims not yet paid and claims incurred but not yet reported and are recorded on an undiscounted basis in policy benefits and losses, claims and loss expenses payable. Requirements are based on actuarial evaluations of historical accident claims expense and trends, as well as future projection of ultimate losses, expenses and administrative costs. The adequacy of the liability is monitored

F-15

Exhibit 1 to Decl. of James Burton

95

**SER 833**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

based on evolving claim history. This liability is subject to change in the future based upon changes in the underlying assumptions including claims experience, frequency of incidents, and severity of incidents.

U-Haul has operated a self-insurance program for general liabilty coverage related to risks arising from U-Haul's moving operations since 2002. The Company maintains excess of loss coverage with third-party insurers for losses in excess of specific limits.

Additionally, as of March 31, 2024 and 2023, the consolidated balance sheets include liabilities of $20.4 million and $21.6 million, respectively, related to medical plan benefits we provide for eligible employees. We estimate this liability based on actual claims outstanding as of the balance sheet date as well as an actuarial estimate of IBNR claims. These amounts are recorded in accounts payable and accrued expenses on the consolidated balance sheets.

*Liability from Investment Contracts*

Liability from investment contracts represents the amount held by the Company on behalf of the policyholder at each reporting date. This amount includes deposits received from the policyholder, interest credited to the policyholder's account balance, net of charges assessed against the account balance and any policyholder withdrawals. This balance also includes liabilities for annuities and certain other contracts that do not contain significant insurance risk, as well as the estimated fair value of embedded derivatives associated with indexed annuity products. The consolidated balance sheets include $2,411.4 and $2,398.9 million of liabilities for these contracts as of March 31, 2024 and 2023, respectively.

*Revenue Recognition*

Self-moving rentals are recognized for the period that trucks and moving equipment are rented. Self-storage revenues, based upon the number of paid storage contract days, are recognized as earned during the period. Sales of self-moving and self-storage related products are recognized when control transfers to the customer. Property and casualty insurance premiums are recognized as revenue over the policy periods. Traditional life and Medicare supplement insurance premiums are recognized as revenue over the premium-paying periods of the contracts when due from the policyholders. For products where premiums are due over a significantly shorter duration than the period over which benefits are provided, such as our single premium whole life product, premiums are recognized when received and excess profits are deferred and recognized in relation to the insurance in force. Interest and investment income are recognized as earned.

Amounts collected from customers for sales tax are recorded on a net basis. Please see Note 22, Revenue Recognition, of the Notes to Consolidated Financial Statements.

*Leases*

**Lessor**

We have determined that revenues derived by providing self-moving equipment rentals, self-storage rentals and certain other revenues, including U-Box rentals, are within the scope of the accounting guidance contained in Topic 842.

We combined all lease and non-lease components of lease contracts for which the timing and pattern of transfer are the same and the lease component meets the classification of an operating lease, and account for them in accordance with Topic 842. The Company offers support equipment rentals which are deemed lease components. In connection with equipment and self-storage rentals, the Company also offers value added services such as insurance, which are deemed non-lease components. The revenue streams accounted for in accordance with Topic 842 are recognized evenly over the period of rental. Please see Note 23, Revenue Recognition, of the Notes to Consolidated Financial Statements.

**Lessee**

We determine if an arrangement is a lease at inception. Operating leases, which are comprised primarily of storage rental locations, with lease terms up to 88 years, except for our easements which are indefinite in term, are included in ROU assets – operating, net and operating lease liabilities in our consolidated balance sheets. Finance leases, which are comprised primarily of rental equipment leases, with primarily 7-year terms are included in ROU assets - financing, net, and notes, loans and finance leases payable, net in our consolidated balance sheets.

ROU assets represent our right to use an underlying asset for the lease term and lease liabilities represent our obligation to make lease payments arising from the lease. ROU assets and liabilities are recognized at commencement date based on the present value of lease payments over the expected remaining lease term. We use our incremental borrowing rate based on information available at commencement date, including the rate for a fully collateralized loan that can either be fully amortized or financed with a residual at the end of the lease term, for a borrower with similar credit quality in order to

F-16

Exhibit 1 to Decl. of James Burton

96

**SER 834**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

determine the present value of lease payments. Our lease terms may include options to extend or terminate the lease, which are included in the calculation of ROU assets when it is reasonably certain that we will exercise those options. Covenants include the Company's responsibility for all maintenance and repairs during the term of the agreement. Lease expense for lease payments is recognized on a straight-line basis over the lease term.

We have lease agreements with lease and non-lease components, which are not accounted for separately. Additionally, for certain leases, we apply a portfolio approach to account for the operating lease ROU assets and liabilities as the leases are similar in nature and have nearly identical contract provisions.

Our equipment sale/leaseback transactions consist primarily of 7-year terms with a right to repurchase the asset and do not qualify as a sale. New sale leaseback transactions that fail to qualify as a sale are accounted for as a financial liability. Please see Note 18, Leases, of the Notes to Consolidated Financial Statements.

### Advertising

All advertising costs are expensed as incurred. Advertising expenses were $13.8 million, $11.1 million and $13.7 million in fiscal 2024, 2023 and 2022, respectively and are included in operating expenses.

### Deferred Policy Acquisition Costs

Deferred acquisition costs ("DAC") are directly related to the successful acquisition of new life insurance, annuity and health business, and primarily include sales commissions, policy issue costs, direct to consumer advertising costs, and underwriting costs. These costs are capitalized on a grouped contract basis and amortized over the expected term of the related contracts. These costs are not capitalized until they are incurred. Also recorded within DAC are sales inducements credited to policyholder account balances in the form of a premium bonus ("sales inducement assets"). As of March 31, 2024 and 2023, the Sales Inducement Asset included with DAC amounted to $14.9 million and $16.6 million, respectively, on the consolidated balance sheet and amortization expense totaled $2.9 million, $3.7 million and $4.7 million for the periods ended March 31, 2024, 2023 and 2022, respectively.

DAC is amortized on a constant-level basis over the expected term of the grouped contracts, with the related expense included in amortization of deferred acquisition costs. The in-force metric used to compute the DAC amortization rate is premium deposit in-force for deferred annuities, policy count in-force for health insurance, and face amount in-force for life insurance. The assumptions used to amortize acquisition costs include mortality, morbidity, and persistency. These assumptions are reviewed at least annually and revised in conjunction with any change in the future policy benefit assumptions. The effect of changes in the assumptions are recognized over the remaining expected contract term as a revision of future amortization amounts.

### Environmental Costs

Liabilities are recorded when environmental assessments and remedial efforts, if applicable, are probable and the costs can be reasonably estimated. The amount of the liability is based on management's best estimate of undiscounted future costs. Certain recoverable environmental costs related to the removal of underground storage tanks or related contamination are capitalized and amortized over the estimated useful lives of the properties. These costs are capitalized if they improve the safety or efficiency of the property or are incurred in preparing the property for sale.

### Income Taxes

U-Haul Holding Company files a consolidated tax return with all of its legal subsidiaries. The provision for income taxes reflects deferred income taxes resulting from changes in temporary differences between the tax basis of assets and liabilities and their reported amounts in the consolidated financial statements.

Deferred tax assets and liabilities represent the future tax consequence for those differences, which will either be taxable or deductible when the assets and liabilities are recovered or settled. Deferred taxes are also recognized for operating losses that are available to offset future taxable income. Valuation allowances are established when it is more likely than not that the deferred tax assets will not be realized.

### Earnings Per Share

See Note 4, Earnings Per Share, of the Notes to Consolidated Financial Statements.

### Comprehensive Income (Loss)

F-17

Exhibit 1 to Decl. of James Burton

97

**SER 835**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Comprehensive income (loss), on a tax effected basis, consists of net earnings, foreign currency translation adjustments, unrealized gains and losses on investments, the change in fair value of cash flow hedges and the change in postretirement benefit obligations.

*Debt Issuance Costs*

We defer costs directly associated with acquiring third-party financing. Debt issuance costs are deferred and amortized to interest expense using the effective interest method. Debt issuance costs related to our long-term debt are reflected as a direct deduction from the carrying amount of the debt. Please see Note 10, Notes, Loans and Finance Leases Payable, net, of the Notes to Consolidated Financial Statements.

**Accounting Pronouncements**

*Adoption of new Accounting Pronouncements*

Changes to GAAP are established by the Financial Accounting Standards Board ("FASB") in the form of accounting standards updates ("ASU") to the FASB Accounting Standards Codification. The Company considers the applicability and impact of all ASUs. Except as noted below, there were no significant ASUs adopted during the year ended December 31, 2023.

In August 2018, the FASB issued new guidance on long-duration contracts (ASU 2018-12, Financial Services-Insurance (Topic 944): Targeted Improvements to the Accounting for Long-Duration Contracts ("LDTI")). On April 1, 2023, the Company adopted LDTI, which is applicable to Oxford, and used the modified retrospective method with a transition date of April 1, 2021. LDTI resulted in changes to the measurement, presentation and disclosure requirements for long-duration insurance contracts. A summary of the most significant changes is provided below:

1) Entities were required to review, and update if there is a change to cash flow assumptions (including morbidity and mortality) at least annually, and to update discount rate assumptions quarterly using an upper-medium grade fixed-income instrument yield. The effect of changes in cash flow assumptions were recorded in the Company's results of operations.

2) The discount rate assumption used to measure the liability for traditional long-duration contracts is now based on an upper-medium grade fixed income yield, updated quarterly, with changes recognized in other comprehensive income ("OCI").

3) DAC for all insurance products are required to be amortized on a constant-level basis over the expected term of the contracts, using amortization methods that are not a function of revenue or profit emergence. Changes in assumptions used to amortize DAC have been recognized as a revision to future amortization amounts.

4) Guaranteed benefits associated with certain fixed annuity contracts have been classified as market risk benefits ("MRBs"), which are now measured at estimated fair value through net income and reported separately on the consolidated statements of operations, except for nonperformance risk changes, which will be recognized in OCI.

5) There was a significant increase in required disclosures, including disaggregated roll-forwards of insurance contract assets and liabilities supplemented by qualitative and quantitative information regarding the cash flows, assumptions, methods and judgments used to measure those balances.

The transition date was April 1, 2021. MRB changes were required to be applied on a retrospective basis, while the changes for insurance liability assumption updates and DAC amortization were applied to existing carrying amounts on the transition date.

The cumulative effect, on an after-tax basis, of the adoption of ASU 2018-12 as of the transition date was a $8.1 million decrease to retained earnings and a $64.5 million decrease to AOCI. See Note 29, ASU 2018-12 Transition, of the Notes to Consolidated Financial Statements for more detailed information on the impacts of the ASU to the Company's consolidated financial statements.

*Recent Accounting Pronouncements*

In March 2023, the FASB issued ASU 2023-01, *Leases (Topic 842 – Common Control Arrangements* ("ASU 2023-01"). ASU 2023-01, accounting for leasehold improvements, requires a lessee in a common-control lease arrangement to amortize leasehold improvements that it owns over the improvements' useful life to the common control group, regardless of the lease term, if the lessee continues to control the use of the underlying asset through a lease. The amendment is

F-18

Exhibit 1 to Decl. of James Burton

98

**SER 836**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

effective for fiscal years beginning after December 15, 2023. We are currently in the process of evaluating the impact if any of the adoption of ASU 2023-01 on our consolidated financial statements.

In November 2023, the FASB issued ASU 2023-07, *Segment Reporting (Topic 280): Improvements to Reportable Segment Disclosures*. ASU 2023-07 requires disclosures to include significant segment expenses that are regularly provided to the chief operating decision maker ("CODM"), a description of other segment items by reportable segment and any additional measures of a segment's profit or loss used by the CODM when deciding how to allocate resources. The ASU requires all annual disclosures currently required by Topic 280 to be included in interim periods and is applicable to entities with a single reportable segment. The amendment is effective for fiscal years beginning after December 15, 2023, and interim periods within fiscal years beginning after December 15, 2024. Early adoption is permitted. The amendment is effective retrospectively to all prior periods presented in the consolidated financial statements. We are currently assessing the impact of adopting ASU 2023-07 on our disclosures.

In December 2023, the FASB issued ASU 2023-09, *Income Taxes (Topic 740): Improvements to Income Tax Disclosures*. ASU 2023-09 requires disaggregated information about a reporting entity's effective tax rate reconciliation as well as information on income tax paid. Early adoption is permitted. The amendment is effective prospectively to all annual periods beginning after December 15, 2024. We are currently evaluating the impact of this standard on our consolidated financial statements and related disclosures.

In March 2024, the SEC issued a final rule that requires disclosure of: (i) financial statement impacts of severe weather events and other natural conditions; (ii) a roll forward of carbon offset and REC balances if material to the Company's plan to achieve climate-related targets or goals; and (iii) material impacts on estimates and assumptions in the financial statements. The rule is effective for the Company for annual periods beginning January 1, 2027 and is to be applied prospectively. In April 2024, the SEC issued an order staying the final rule pending judicial review of consolidated challenges to the rules by the Court of Appeals for the Eighth Circuit. The Company cannot predict what, if any, changes in scope or timing may occur as a result of the pending litigation. The Company continues its assessment to prepare for the new rule.

**Note 4. Earnings Per Share**

We calculate earnings per share using the two-class method in accordance with Accounting Standards Codification ("ASC") Topic 260, *Earnings Per Share*. The two-class method allocates the undistributed earnings available to common stockholders to the Company's outstanding common stock, $0.25 par value (the "Voting Common Stock") and the Series N Non-Voting Common Stock, $0.001 par value (the "Non-Voting Common Stock") based on each share's percentage of total weighted average shares outstanding. The Voting Common Stock and Non-Voting Common Stock are allocated 10% and 90%, respectively, of our undistributed earnings available to common stockholders. This represents earnings available to common stockholders less the dividends declared for both the Voting Common Stock and Non-Voting Common Stock.

Our undistributed earnings per share is calculated by taking the undistributed earnings available to common stockholders and dividing this number by the weighted average shares outstanding for the respective stock. If there was a dividend declared for that period, the dividend per share is added to the undistributed earnings per share to calculate the basic and diluted earnings per share. The process is used for both Voting Common Stock and Non-Voting Common Stock.

The calculation of basic and diluted earnings per share for the years ending March 31, 2024, 2023 and 2022 for our Voting Common Stock and Non-Voting Common Stock is as follows:

| | For the Year Ending March 31, | | |
|---|---|---|---|
| | 2024 | 2023 | 2022 |
| | (In thousands, except share and per share amounts) | | |
| Weighted average shares outstanding of Voting Common Stock | 19,607,788 | 19,607,788 | 19,607,788 |
| Total weighted average shares outstanding for Voting Common Stock and Non-Voting Common Stock | 196,077,880 | 196,077,880 | 196,077,880 |
| Percent of weighted average shares outstanding of Voting Common Stock | 10 % | 10 % | 10 % |
| Net earnings available to common stockholders | $ 628,707 | $ 924,472 | $ 1,124,362 |
| Voting Common Stock dividends declared and paid | — | (19,608 ) | (29,412 ) |
| Non-Voting Common Stock dividends declared and paid | (31,765 ) | (14,117 ) | — |
| Undistributed earnings available to common stockholders | $ 596,942 | $ 890,747 | $ 1,094,950 |

F-19

---

Exhibit 1 to Decl. of James Burton

99

**SER 837**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | | | | | |
|---|---|---|---|---|---|
| Undistributed earnings available to common stockholders allocated to Voting Common Stock | $ | 59,694 | $ | 89,075 | $ | 109,495 |
| | | | | | | |
| Undistributed earnings per share of Voting Common Stock | $ | 3.04 | $ | 4.54 | $ | 5.58 |
| Dividends declared per share of Voting Common Stock | $ | — | $ | 1.00 | $ | 1.50 |
| Basic and diluted earnings per share of Voting Common Stock | $ | 3.04 | $ | 5.54 | $ | 7.08 |
| | | | | | | |
| Weighted average shares outstanding of Non-Voting Common Stock | | 176,470,092 | | 176,470,092 | | 176,470,092 |
| Total weighted average shares outstanding for Voting Common Stock and Non-Voting Common Stock | | 196,077,880 | | 196,077,880 | | 196,077,880 |
| Percent of weighted average shares outstanding of Non-Voting Common Stock | | 90 % | | 90 % | | 90 % |
| | | | | | | |
| Net earnings available to common stockholders | $ | 628,707 | $ | 924,472 | $ | 1,124,362 |
| Voting Common Stock dividends declared and paid | | — | | (19,608 ) | | (29,412 ) |
| Non-Voting Common Stock dividends declared and paid | | (31,765 ) | | (14,117 ) | | — |
| Undistributed earnings available to common stockholders | $ | 596,942 | $ | 890,747 | $ | 1,094,950 |
| Undistributed earnings available to common stockholders allocated to Non-Voting Common Stock | $ | 537,248 | $ | 801,672 | $ | 985,455 |
| | | | | | | |
| Undistributed earnings per share of Non-Voting Common Stock | $ | 3.04 | $ | 4.54 | $ | 5.58 |
| Dividends declared per share of Non-Voting Common Stock | $ | 0.18 | $ | 0.08 | $ | — |
| Basic and diluted earnings per share of Non-Voting Common Stock | $ | 3.22 | $ | 4.62 | $ | 5.58 |

**Note 5. Trade Receivables and Reinsurance Recoverables, Net**

Reinsurance recoverables and trade receivables, net, were as follows:

| | | March 31, | |
|---|---|---|---|
| | | **2024** | **2023** |
| | | (In thousands) | |
| Reinsurance recoverable | $ | 37,864 | $ | 42,362 |
| Trade accounts receivable | | 141,282 | | 110,281 |
| Paid losses recoverable | | 442 | | 400 |
| Accrued investment income | | 29,299 | | 29,553 |
| Premiums and agents' balances | | 1,086 | | 4,075 |
| Independent dealer receivable | | 415 | | 292 |
| Other receivables | | 11,756 | | 6,324 |
| | | 222,144 | | 193,287 |
| Less: Allowance for credit losses | | (6,236 ) | | (3,789 ) |
| | $ | 215,908 | $ | 189,498 |

**Note 6.  Investments**

Expected maturities may differ from contractual maturities as borrowers may have the right to call or prepay obligations with or without call or prepayment penalties.

We deposit bonds with insurance regulatory authorities to meet statutory requirements. The adjusted cost of bonds on deposit with insurance regulatory authorities was $23.1 million and $23.4 million for March 31, 2024 and 2023, respectively.

F-20

Exhibit 1 to Decl. of James Burton

100

**SER 838**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Available-for-Sale Investments*

Available-for-sale investments as of March 31, 2024 were as follows:

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Allowance for Expected Credit Losses | Fair Value |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| U.S. treasury securities and government obligations | $ 191,070 | $ 2,123 | $ (8,921 ) | $ — | $ 184,272 |
| U.S. government agency mortgage-backed securities | 48,067 | 250 | (7,664 ) | — | 40,653 |
| Obligations of states and political subdivisions | 151,197 | 918 | (7,533 ) | — | 144,582 |
| Corporate securities | 1,963,249 | 2,762 | (152,799 ) | (1,052 ) | 1,812,160 |
| Mortgage-backed securities | 306,510 | 34 | (45,707 ) | — | 260,837 |
| | $ 2,660,093 | $ 6,087 | $ (222,624 ) | $ (1,052 ) | $ 2,442,504 |

Available-for-sale investments as of March 31, 2023 were as follows:

| | Amortized Cost | Gross Unrealized Gains | Gross Unrealized Losses | Allowance for Expected Credit Losses | Fair Value |
|---|---|---|---|---|---|
| | | | (in thousands) | | |
| U.S. treasury securities and government obligations | $ 353,189 | $ 3,061 | $ (11,574 ) | $ — | $ 344,676 |
| U.S. government agency mortgage-backed securities | 34,126 | 40 | (6,935 ) | — | 27,231 |
| Obligations of states and political subdivisions | 161,960 | 649 | (12,104 ) | — | 150,505 |
| Corporate securities | 2,086,432 | 1,491 | (216,589 ) | (2,101 ) | 1,869,233 |
| Mortgage-backed securities | 370,880 | 78 | (53,566 ) | — | 317,392 |
| | $ 3,006,587 | $ 5,319 | $ (300,768 ) | $ (2,101 ) | $ 2,709,037 |

A summary of available-for-sale investments with unrealized losses for which an allowance for credit losses has not been recorded, aggregated by investment category and length of time that individual securities have been in a continuous loss position as of March 31, 2024 and March 31, 2023 are as follows:

| | March 31, 2024 | | | | | |
|---|---|---|---|---|---|---|
| | Less than or equal to 1 year | | Greater than 1 year | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| | | | (In thousands) | | | |
| U.S. treasury securities and government obligations | $ 1,888 | $ (13 ) | $ 103,336 | $ (8,908 ) | $ 105,224 | $ (8,921 ) |
| U.S. government agency mortgage-backed securities | — | — | 23,711 | (7,664 ) | 23,711 | (7,664 ) |
| Obligations of states and political subdivisions | 10,492 | (222 ) | 80,082 | (7,311 ) | 90,574 | (7,533 ) |
| Corporate securities | 132,513 | (1,258 ) | 1,495,167 | (151,541 ) | 1,627,680 | (152,799 ) |
| Mortgage-backed securities | 3,008 | (23 ) | 248,423 | (45,684 ) | 251,431 | (45,707 ) |
| | $ 147,901 | $ (1,516 ) | $ 1,950,719 | $ (221,108 ) | $ 2,098,620 | $ (222,624 ) |

| | March 31, 2023 | | | | | |
|---|---|---|---|---|---|---|
| | Less than or equal to 1 year | | Greater than 1 year | | Total | |
| | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses | Fair Value | Unrealized Losses |
| | | | (In thousands) | | | |
| U.S. treasury securities and government obligations | $ 75,952 | $ (3,935 ) | $ 36,736 | $ (7,639 ) | $ 112,688 | $ (11,574 ) |
| U.S. government agency mortgage-backed securities | 2,019 | (228 ) | 23,966 | (6,707 ) | 25,985 | (6,935 ) |
| Obligations of states and political subdivisions | 101,974 | (8,090 ) | 13,463 | (4,014 ) | 115,437 | (12,104 ) |
| Corporate securities | 1,553,647 | (158,038 ) | 213,947 | (58,551 ) | 1,767,594 | (216,589 ) |
| Mortgage-backed securities | 189,370 | (13,207 ) | 118,539 | (40,359 ) | 307,909 | (53,566 ) |
| | $ 1,922,962 | $ (183,498 ) | $ 406,651 | $ (117,270 ) | $ 2,329,613 | $ (300,768 ) |

Gross proceeds from matured or redeemed securities were $667.0 million, $196.2 million and $352.3 million in fiscal 2024, 2023 and 2022, respectively. Included in the fiscal 2024 proceeds was $322.3 million from the Moving and Storage

F-21

Exhibit 1 to Decl. of James Burton
101
**SER 839**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Treasuries that matured. The gross realized gains on these sales totaled $1.9 million, $0.9 million and $9.5 million in fiscal 2024, 2023 and 2022, respectively. The gross realized losses on these sales of $3.1 million, $0.3 million and $1.4 million in fiscal 2024, 2023 and 2022, respectively.

Changes in the allowance for credit losses are recorded as provision for (or reversal of) credit loss expense. There was a $1.0 million and $2.0 million net impairment charge reported in fiscal 2024 and 2023, respectively.

The adjusted cost and estimated market value of available-for-sale investments by contractual maturity, were as follows:

| | March 31, 2024 | | March 31, 2023 | |
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
|---|---|---|---|---|
| | (In thousands) | | | |
| Due in one year or less | $ 266,357 | $ 266,578 | $ 354,875 | $ 354,184 |
| Due after one year through five years | 748,338 | 723,903 | 754,175 | 717,552 |
| Due after five years through ten years | 614,890 | 564,422 | 736,089 | 665,708 |
| Due after ten years | 723,998 | 626,764 | 790,568 | 654,201 |
| | 2,353,583 | 2,181,667 | 2,635,707 | 2,391,645 |
| Mortgage-backed securities | 306,510 | 260,837 | 370,880 | 317,392 |
| | $ 2,660,093 | $ 2,442,504 | $ 3,006,587 | $ 2,709,037 |

Equity investments of common stock and non-redeemable preferred stock were as follows:

| | March 31, 2024 | | March 31, 2023 | |
| | Amortized Cost | Fair Value | Amortized Cost | Fair Value |
|---|---|---|---|---|
| | (In thousands) | | | |
| Common stocks | $ 29,604 | $ 45,014 | $ 29,577 | $ 39,375 |
| Non-redeemable preferred stocks | 25,144 | 21,260 | 26,054 | 21,982 |
| | $ 54,748 | $ 66,274 | $ 55,631 | $ 61,357 |

**Investments, other**

The carrying value of other investments were as follows:

| | March 31, | |
| | 2024 | 2023 |
|---|---|---|
| | (In thousands) | |
| Mortgage loans, net | $ 604,481 | $ 466,531 |
| Short-term investments | 997 | 15,921 |
| Policy loans | 11,229 | 10,921 |
| Other investments | 17,229 | 82,167 |
| | $ 633,936 | $ 575,540 |

Mortgage loans are carried at the unpaid balance, less an allowance for expected losses net of any unamortized premium or discount. The portfolio of mortgage loans is principally collateralized by self-storage facilities and commercial properties. The interest rate range on the mortgage loans is 3.5% to 7.7% with maturities between 2024 and 2036. The allowance for expected losses was $0.5 million for both March 31, 2024 and 2023. These loans represent first lien mortgages held by us. Mortgage loans are reviewed on an ongoing basis and analysis may include market analysis, estimated valuations of the underlying collateral, loan to value ratios, tenant creditworthiness and other factors. For our mortgage loans, no specifically identified loans were impaired as of March 31, 2024. We have not experienced any material losses related to the notes from individual or groups of notes in any particular industry or geographic area.

Short-term investments consist primarily of investments in money market funds, mutual funds and any other investments with short-term characteristics that have original maturities of less than one year at acquisition. These investments are recorded at cost, which approximates fair value.

F-22

Exhibit 1 to Decl. of James Burton

102

**SER 840**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Other equity investments are carried at cost and assessed for impairment.

Insurance policy loans are carried at their unpaid balance.

**Note 7.  Other Assets**

Other assets were as follows:

|  | March 31, | |
|---|---|---|
|  | **2024** | **2023** |
|  | (In thousands) | |
| Deposits (debt-related) | $ 27,712 | $ 35,573 |
| Other real estate | 67,946 | — |
| Deposits (real estate related) | 16,085 | 15,479 |
|  | $ 111,743 | $ 51,052 |

**Note 8.  Accounts Payable and Accrued Expense**

Accounts payable and accrued expenses were as follows:

|  | March 31, | |
|---|---|---|
|  | **2024** | **2023** |
|  | (In thousands) | |
| Accounts payable | $ 240,053 | $ 235,904 |
| Accrued expenses | 543,031 | 525,135 |
|  | $ 783,084 | $ 761,039 |

**Note 9.  Net Investment and Interest Income**

Net investment and interest income, were as follows:

|  | Years Ended March 31, | | |
|---|---|---|---|
|  | **2024** | **2023** | **2022** |
|  | (In thousands) | | |
| Fixed maturities | $ 105,089 | $ 171,814 | $ 111,625 |
| Insurance policy loans | 669 | 869 | 705 |
| Mortgage loans | 28,599 | 23,854 | 25,850 |
| Short-term, amounts held by ceding reinsurers, net and other investments | 20,377 | (11,523) | 17,361 |
| Investment income | 154,734 | 185,014 | 155,541 |
| Less: investment expenses | (8,266) | (8,335) | (7,280) |
| Net investment and interest income | $ 146,468 | $ 176,679 | $ 148,261 |

F-23

Exhibit 1 to Decl. of James Burton
103
**SER 841**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 10.  Notes, Loans and Finance Leases Payable, net**

*Long-Term Debt*

Long-term debt was as follows:

| | Fiscal Year 2024 Interest Rates | | | | Maturities | | Weighted Avg Interest Rates (c) | | March 31, | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 2024 | 2023 |
| | | | | | | | | | (In thousands) | |
| Real estate loan (amortizing term) (a) | 4.30 | % - | 6.80 | % | 2027 | 2037 | 5.90 | % $ | 277,767 | $ 289,647 |
| Senior mortgages | 2.70 | % - | 6.05 | % | 2024 - | 2042 | 4.16 | % | 2,284,853 | 2,371,231 |
| Real estate loans (revolving credit) | 0.00 | % - | 0.00 | % | | 2027 | 0.00 | % | 0 | 0 |
| Fleet loans (amortizing term) | 1.61 | % - | 5.68 | % | 2024 - | 2029 | 3.84 | % | 70,454 | 111,856 |
| Fleet loans (revolving credit) (b) | 2.36 | % - | 6.68 | % | 2026 - | 2028 | 6.45 | % | 573,889 | 615,000 |
| Finance leases (rental equipment) | 2.86 | % - | 5.01 | % | 2024 - | 2026 | 4.10 | % | 117,641 | 223,205 |
| Finance liability (rental equipment) | 1.60 | % - | 6.80 | % | 2024 - | 2031 | 4.69 | % | 1,708,619 | 1,255,763 |
| Private placements | 2.43 | % - | 2.88 | % | 2029 - | 2035 | 2.65 | % | 1,200,000 | 1,200,000 |
| Other obligations | 1.50 | % - | 8.00 | % | 2024 - | 2049 | 6.23 | % | 70,815 | 76,648 |
| Notes, loans and finance leases payable | | | | | | | | $ | 6,304,038 | $ 6,143,350 |
| Less: Debt issuance costs | | | | | | | | | (32,676) | (35,308 ) |
| Total notes, loans and finance leases payable, net | | | | | | | | $ | 6,271,362 | $ 6,108,042 |

(a)  Certain loans have interest rate swaps fixing the rate between 2.72% and 2.86% based on current margin. The weighted average interest rate calculation for these loans was 4.10%, using the swap adjusted interest rate.

(b)  A loan has an interest rate swap fixing the rate for $100 million of the relevant loan at 4.71% based on current margin.  The weighted average interest rate calculation for these loans was 6.34% using the swap adjusted interest rate.

(c)  Weighted average rates as of March 31, 2024

***Real Estate Backed Loans***

*Real Estate Loan*

Certain subsidiaries of Real Estate and U-Haul Co. of Florida are borrowers under real estate loans. These loans require monthly or quarterly principal and interest payments, with the unpaid loan balance and accrued and unpaid interest due at maturity. These loans are secured by various properties owned by the borrowers. The interest rates, per the provisions of $197.9 million of these loans, are the applicable secured overnight funding rate ("SOFR") plus the applicable margins and a credit spread adjustment of 0.10%. As of March 31, 2024, the applicable SOFR was between 5.33% and applicable margin was between 0.65% and 1.38%, the sum of which, including the credit spread, was between 6.08% and 6.80%. The remaining $79.9 million of these loans was fixed with an interest rate of 4.30%. The default provisions of these real estate loans include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024.

*Senior Mortgages*

Various subsidiaries of Real Estate and U-Haul are borrowers under certain senior mortgages. The senior mortgages require monthly principal and interest payments. The senior mortgages are secured by certain properties owned by the borrowers. The fixed interest rates, per the provisions of the senior mortgages, range between 2.70% and 6.05%. Certain senior mortgages have an anticipated repayment date and a maturity date. If these senior mortgages are not repaid by the anticipated repayment date, the interest rate on these mortgages would increase from the current fixed rate. We are using the anticipated repayment date for our maturity schedule. Real Estate and U-Haul have provided limited guarantees of the senior mortgages. The default provisions of the senior mortgages include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024. There are limited restrictions regarding our use of the funds.

*Real Estate Loans (Revolving Credit)*

U-Haul Holding Company is a borrower under a multi-bank syndicated real estate loan. As of March 31, 2024, the maximum credit commitment is $465.0 million. As of March 31, 2024, the full capacity was available to borrow. This loan

F-24

Exhibit 1 to Decl. of James Burton

104

**SER 842**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

agreement provides for revolving loans, subject to the terms of the loan agreement. This loan requires monthly interest payments with the unpaid loan balance and accrued and unpaid interest due at maturity. The default provisions of the loan include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024. There is a 0.30% fee charged for unused capacity.

*Fleet Loans*

*Rental Truck Amortizing Loans*

The amortizing loans require monthly principal and interest payments, with the unpaid loan balance and accrued and unpaid interest due at maturity. These loans were used to purchase new trucks. The interest rates, per the provision of the loan agreements, are carried at fixed rates ranging between 1.61% and 5.68%. All of our rental truck amortizing loans are collateralized by the rental equipment purchased. The majority of these loans are funded at 70%, but some may be funded at 100%. U-Haul Holding Company, and in some cases U-Haul, is guarantor of these loans. The default provisions of these loans include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024. The net book value of the corresponding rental equipment was $155.8 million and $213.1 million as of March 31, 2024 and 2023, respectively.

*Rental Truck Revolvers*

Various subsidiaries of U-Haul entered into three revolving fleet loans with an aggregate borrowing capacity of $615.0 million. The aggregate outstanding balance for these revolvers as of March 31, 2024 was $573.9 million. The interest rates, per the provision of the loan agreements, are SOFR plus the applicable margin and a credit spread adjustment of 0.10%. As of March 31, 2024, SOFR was between 5.33% and the margin was between 0.75% and 1.25%, the sum of which, including the credit spread, was between 6.18% and 6.68%. Of the $615.0 million outstanding, $22.2 million was fixed with an interest rate of 2.36%. Only interest is paid on the loans until the last nine months of the respective loan terms when principal becomes due monthly. The default provisions of the loan include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024. These fleet loans are collateralized by the rental equipment purchased. The net book value of the corresponding rental equipment was $756.5 million and $822.0 million as of March 31, 2024 and 2023, respectively.

*Finance Leases*

The Finance Lease balance represents our sale-leaseback transactions of rental equipment. The agreements are generally seven (7) year terms with interest rates ranging from 2.86% to 5.01%. All of our finance leases are collateralized by our rental fleet. The net book value of the corresponding rental equipment was $289.3 million and $474.8 million as of March 31, 2024 and March 31, 2023, respectively. There were no new financing leases, as assessed under the new leasing guidance, entered into during fiscal 2024. The default provisions of the loans include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024.

*Finance Liabilities*

Finance liabilities represent our rental equipment financing transactions, and we assess if these sale-leaseback transactions qualify as a sale at initiation by determining if a transfer of ownership occurs. We have determined that our equipment sale-leasebacks do not qualify as a sale, as the buyer-lessors do not obtain control of the assets in our ongoing sale-leaseback arrangements. As a result, these sale-leasebacks are accounted for as a financial liability and the leased assets are capitalized at cost. Our finance liabilities have an average term of seven (7) years and interest rates ranging from 1.60% to 6.80%. These finance liabilities are collateralized by the related assets of our rental fleet. The net book value of the corresponding rental equipment was $1,989.8 million and $1,499.1 million as of March 31, 2024 and March 31, 2023, respectively. The default provisions of the loans include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024.

*Private Placements*

In September 2021, U-Haul Holding Company entered into a note purchase agreement to issue $600.0 million of fixed rate senior unsecured notes in a private placement offering. These notes consist of four tranches each totaling $150.0 million and funded in September 2021. The fixed interest rates range between 2.43% and 2.78% with maturities between 2029 and 2033. Interest is payable semiannually. The default provisions of the loan include non-payment of principal or

F-25

Exhibit 1 to Decl. of James Burton

105

**SER 843**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024.

In December 2021, U-Haul Holding Company entered into a note purchase agreement to issue $600.0 million of fixed rate senior unsecured notes in a private placement offering. These notes consist of three tranches each totaling $100.0 million and two tranches each totaling $150.0 million.  The fixed interest rates range between 2.55% and 2.88% with maturities between 2030 and 2035.  Interest is payable semiannually. The default provisions of the loan include non-payment of principal or interest and other standard reporting and change-in-control covenants. We are in compliance with all financial covenants as of March 31, 2024.

*Other Obligations*

In February 2011, U-Haul Holding Company and U.S. Bank Trust Company, NA, as successor in interest to U.S. Bank National Association (the "Trustee"), entered into the U-Haul Investors Club® Indenture.  U-Haul Holding Company and the Trustee entered into this indenture to provide for the issuance of notes by us directly to investors over our proprietary website, uhaulinvestorsclub.com ("U-Notes®"). The U-Notes® are secured by various types of collateral, including, but not limited to, certain rental equipment and real estate.  U-Notes® are issued in smaller series that vary as to principal amount, interest rate and maturity.  U-Notes® are obligations of the Company and secured by the associated collateral; they are not guaranteed by any of the Company's affiliates or subsidiaries.

As of March 31, 2024, the aggregate outstanding principal balance of the U-Notes® issued was $72.4 million, of which $1.6 million is held by our insurance subsidiaries and eliminated in consolidation, and $18.9 million is held by related parties. Interest rates range between 1.50% and 8.00% and maturity dates range between 2024 and 2049.

Oxford is a member of the Federal Home Loan Bank ("FHLB") and, as such, the FHLB has made deposits with Oxford. As of December 31, 2023, the deposits had an aggregate balance of $60.0 million for which Oxford pays fixed interest rates between 0.49% and 4.30% with maturities between March 29, 2024 and September 30, 2027. As of December 31, 2023, available-for-sale investments held with the FHLB totaled $93.9 million, of which $62.8 million were pledged as collateral to secure the outstanding deposits. The balances of these deposits are included within liabilities from investment contracts on the consolidated financial statements.

**Annual Maturities of Notes, Loans and Finance Leases Payable**

The annual maturities of our notes, loans and finance leases payable, before debt issuance costs, as of March 31, 2024 for the next five years and thereafter are as follows:

| | Years Ended March 31, | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2025 | 2026 | 2027 | 2028 | 2029 | Thereafter | Total |
| | (In thousands) | | | | | | |
| Notes, loans and finance leases payable, secured | $ 534,979 | $ 695,136 | $ 883,221 | $ 910,625 | $ 447,633 | $ 2,832,444 | $ 6,304,038 |

**Note 11. Interest on Notes, Loans and Finance Leases Payable, net**

*Interest Expense*

Components of interest expense include the following:

| | Years Ended March 31, | | |
|---|---|---|---|
| | 2024 | 2023 | 2022 |
| | (In thousands) | | |
| Interest expense | $ 269,941 | $ 229,559 | $ 167,618 |
| Capitalized interest | (14,482) | (11,814) | (9,700) |
| Amortization of transaction costs | 6,131 | 6,987 | 5,556 |
| Interest expense resulting from cash flow hedges | (5,415) | (774) | 3,950 |
| Total interest expense | 256,175 | 223,958 | 167,424 |

Interest paid in cash amounted to $268.7 million, $225.8 million and $166.1 million for fiscal 2024, 2023 and 2022, respectively. Interest paid (received) in cash on derivative contracts was ($5.2) million, ($0.8) million and $4.0 million, for fiscal 2024, 2023 and 2022, respectively.

F-26

Exhibit 1 to Decl. of James Burton
106
**SER 844**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Interest Rates*

Interest rates and our revolving credit borrowings were as follows:

| | Revolving Credit Activity Years Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2024** | | **2023** | | **2022** | |
| | (In thousands, except interest rates) | | | | | |
| Weighted average interest rate during the year | 6.51 | % | 3.93 | % | 1.40 | % |
| Interest rate at year end | 6.61 | % | 5.89 | % | 1.49 | % |
| Maximum amount outstanding during the year | $ 715,000 | $ | 1,105,000 | $ | 1,105,000 | |
| Average amount outstanding during the year | $ 631,653 | $ | 824,211 | $ | 1,085,074 | |
| Facility fees | $ 1,139 | $ | 733 | $ | 253 | |

**Note 12.  Derivatives**

*Cash Flow Hedges*

We manage exposure to changes in market interest rates. Our use of derivative instruments is limited to highly effective interest rate swaps to hedge the risk of changes in cash flows (future interest payments) attributable to changes in SOFR swap rates with the designated benchmark interest rate being hedged on certain of our SOFR indexed variable rate debt.  The interest rate swaps effectively fix our interest payments on certain SOFR indexed variable rate debt through July 2032. We monitor our positions and the credit ratings of our counterparties and do not currently anticipate non-performance by the counterparties. Interest rate swap agreements are not entered into for trading purposes.  These fair values are determined using pricing valuation models which include broker quotes for which significant inputs are observable. They include adjustments for counterparty credit quality and other deal-specific factors, where appropriate and are classified as Level 2 in the fair value hierarchy.

The derivative fair values reflected in prepaid expense and accounts payable and accrued expenses in the consolidated balance sheet were as follows:

| | March 31, 2024 | | March 31, 2023 | |
|---|---|---|---|---|
| | (In thousands) | | | |
| Interest rate swaps designated as cash flow hedges | | | | |
| Assets | $ | 8,392 | $ | 5,311 |
| Notional amount | $ | 297,867 | $ | 206,347 |

(Gains) or losses recognized in income on interest rate derivatives are recorded as interest expense in the consolidated statements of operations. During fiscal years 2024, 2023 and 2022, we recognized an increase (decrease) in the fair value of our cash flow hedges of $6.4, $5.0 million and $0.5 million, respectively, net of taxes. During fiscal years 2024, 2023 and 2022, we reclassified ($4.1) million, ($0.8) million and $3.9 million, respectively, from AOCI to interest expense, net of tax. As of March 31, 2024, we expect to reclassify $5.6 million of net gains on interest rate contracts from AOCI to earnings as interest expense over the next twelve months.

*Economic Hedges*

We use derivatives to economically hedge our equity market exposure to indexed annuity products sold by our Life Insurance company. These contracts earn a return for the contract holder based on the change in the value of the S&P 500 index between annual index point dates. We buy and sell listed equity and index call options and call option spreads. The credit risk is with the party in which the options are written. The net option price is paid up front and there are no additional cash requirements or additional contingent liabilities. These contracts are held at fair value on our balance sheet.  These derivative instruments are included in Investments, other, on the consolidated balance sheets. The fair values of these call options are determined based on quoted market prices from the relevant exchange and are classified as Level 1 in the fair value hierarchy.

F-27

Exhibit 1 to Decl. of James Burton
107
**SER 845**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Derivatives Fair Values as of | |
| --- | --- | --- |
| | March 31, 2024 | March 31, 2023 |
| | (In thousands) | |
| Equity market contracts as economic hedging instruments | | |
| Assets | $ 10,538 | $ 4,295 |
| Notional amount | $ 526,449 | $ 465,701 |

Although the call options are employed to be effective hedges against our policyholder obligations from an economic standpoint, they do not meet the requirements for hedge accounting under GAAP. Accordingly, the changes in fair value of the call options are recognized each reporting date as a component of net investment and interest income. The changes in fair value of the call options include the gains or losses recognized at the expiration of the option term and the changes in fair value for open contracts.

**Note 13.  Accumulated Other Comprehensive Income (Loss)**

A summary of our AOCI components, net of tax, were as follows:

| | Foreign Currency Translation | Unrealized Net Gains (Losses) on Investments and Impact of LFPB Discount Rates (a) | Fair Value of Cash Flow Hedges | Postretirement Benefit Obligation Net Loss | Accumulated Other Comprehensive Income (Loss) |
| --- | --- | --- | --- | --- | --- |
| | | | (In thousands) | | |
| Balance as of March 31, 2021 | $ (52,929) | $ 167,653 | $ (3,879) | $ (3,988) | $ 106,857 |
| Cummulative effect of Adoption of ASU 2018-12 | — | (64,538) | — | — | (64,538) |
| Balance as of April 1, 2021 | $ (52,929) | $ 103,115 | $ (3,879) | $ (3,988) | $ 42,319 |
| Foreign currency translation | (2,828) | — | — | — | (2,828) |
| Unrealized net loss on investments and impact of LFPB discount rates | — | (46,378) | — | — | (46,378) |
| Change in fair value of cash flow hedges | — | — | 457 | — | 457 |
| Amounts reclassified into earnings on hedging activities | — | — | 2,978 | — | 2,978 |
| Change in post retirement benefit obligations | — | — | — | 1,546 | 1,546 |
| Other comprehensive income (loss) | (2,828) | (46,378) | 3,435 | 1,546 | (44,225) |
| Balance as of March 31, 2022 | $ (55,757) | $ 56,737 | $ (444) | $ (2,442) | $ (1,906) |
| Foreign currency translation | (782) | — | — | — | (782) |
| Unrealized net loss on investments and impact of LFPB discount rates | — | (289,477) | — | — | (289,477) |
| Change in fair value of cash flow hedges | — | — | 5,033 | — | 5,033 |
| Amounts reclassified into earnings on hedging activities | — | — | (582) | — | (582) |
| Change in post retirement benefit obligations | — | — | — | 2,091 | 2,091 |
| Other comprehensive income (loss) | (782) | (289,477) | 4,451 | 2,091 | (283,717) |
| Balance as of March 31, 2023 | $ (56,539) | $ (232,740) | $ 4,007 | $ (351) | $ (285,623) |
| Foreign currency translation | 2,832 | — | — | — | 2,832 |
| Unrealized net loss on investments and impact of LFPB discount rates | — | 55,857 | — | — | 55,857 |
| Change in fair value of cash flow hedges | — | — | 6,410 | — | 6,410 |
| Amounts reclassified into earnings on hedging activities | — | — | (4,087) | — | (4,087) |
| Change in post retirement benefit obligations | — | — | — | 1,395 | 1,395 |
| Other comprehensive income (loss) | 2,832 | 55,857 | 2,323 | 1,395 | 62,407 |
| Balance as of March 31, 2024 | $ (53,707) | $ (176,883) | $ 6,330 | $ 1,044 | $ (223,216) |

(a) Liability for future policy benefits

F-28

Exhibit 1 to Decl. of James Burton

108

**SER 846**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 14. Stockholders' Equity**

The following table lists the dividends that have been declared and issued for fiscal years 2024 and 2023.

**Voting Common Stock Dividends**

| Declared Date | Per Share Amount | | Record Date | Dividend Date |
|---|---|---|---|---|
| August 18, 2022 | $ | 0.50 | September 6, 2022 | September 20, 2022 |
| April 6, 2022 | $ | 0.50 | April 18, 2022 | April 29, 2022 |

**Non-Voting Common Stock Dividends**

| Declared Date | Per Share Amount | | Record Date | Dividend Date |
|---|---|---|---|---|
| March 6, 2024 | $ | 0.05 | March 18, 2024 | March 28, 2024 |
| December 6, 2023 | $ | 0.05 | December 18, 2023 | December 29, 2023 |
| August 17, 2023 | $ | 0.04 | September 19, 2023 | September 29, 2023 |
| June 7, 2023 | $ | 0.04 | June 20, 2023 | June 30, 2023 |
| March 3, 2023 | $ | 0.04 | March 14, 2023 | March 27, 2023 |
| December 7, 2022 | $ | 0.04 | December 19, 2022 | December 30, 2022 |

As of March 31, 2024, no awards had been issued under the 2016 AMERCO Stock Option Plan.

**Note 15. Provision for Taxes**

Earnings before taxes and the provision for taxes consisted of the following:

| | Years Ended March 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | (In thousands) | | |
| Pretax earnings: | | | |
| U.S. | $ 816,238 | $ 1,179,738 | $ 1,432,231 |
| Non-U.S. | 23,939 | 39,659 | 44,342 |
| Total pretax earnings | $ 840,177 | $ 1,219,397 | $ 1,476,573 |
| | | | |
| Current provision | | | |
| Federal | $ 66,356 | $ 115,171 | $ 189,488 |
| State | 44,707 | 42,121 | 55,518 |
| Non-U.S. | 254 | 5,150 | 6,893 |
| | 111,317 | 162,442 | 251,899 |
| Deferred provision | | | |
| Federal | 88,549 | 114,355 | 90,852 |
| State | 6,542 | 14,077 | 6,355 |
| Non-U.S. | 5,062 | 4,051 | 3,105 |
| | 100,153 | 132,483 | 100,312 |
| | | | |
| Provision for income tax expense | $ 211,470 | $ 294,925 | $ 352,211 |
| | | | |
| Income taxes paid (received) | $ 68,623 | $ 145,680 | $ (4,548) |

The difference between the tax provision at the statutory federal income tax rate and the tax provision attributable to income before taxes was as follows:

F-29

Exhibit 1 to Decl. of James Burton

109

**SER 847**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Years Ended March 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | (In percentages) | | |
| Statutory federal income tax rate | 21.00 % | 21.00 % | 21.00 % |
| Increase (reduction) in rate resulting from: | | | |
| State taxes, net of federal benefit | 4.78 % | 3.56 % | 3.24 % |
| Foreign rate differential | 0.03 % | 0.08 % | 0.05 % |
| Federal tax credits | (0.58) % | (0.48) % | (0.19) % |
| Tax-exempt income | (0.04) % | (0.08) % | (0.03) % |
| Dividend received deduction | (0.01) % | (0.01) % | — % |
| Other | (0.01) % | 0.15 % | (0.22) % |
| Effective income tax rate | 25.17 % | 24.22 % | 23.85 % |

Significant components of our deferred tax assets and liabilities were as follows:

| | March 31, | |
|---|---|---|
| | **2024** | **2023** |
| | (In thousands) | |
| Deferred tax assets: | | |
| Benefit of tax net operating loss, interest and credit carryforwards | $ 36,978 | $ 33,778 |
| Accrued expenses | 117,481 | 112,971 |
| Policy benefit and losses, claims and loss expenses payable, net | 33,736 | 36,374 |
| Unrealized losses on investments | 32,856 | 48,179 |
| Operating leases | 11,521 | 12,058 |
| Total deferred tax assets | $ 232,572 | $ 243,360 |
| | | |
| Deferred tax liabilities: | | |
| Property, plant and equipment | $ 1,655,074 | $ 1,545,628 |
| Operating leases | 11,214 | 12,175 |
| Deferred policy acquisition costs | 10,709 | 12,038 |
| Other | 2,700 | 3,008 |
| Total deferred tax liabilities | 1,679,697 | 1,572,849 |
| Net deferred tax liability | $ 1,447,125 | $ 1,329,489 |

The NOL, interest and credit carry-forwards in the above table are primarily attributable to state NOLs. As of March 31, 2024 and 2023, we had state NOLs of $628.9 million and $480.0 million, respectively, that will expire between fiscal 2025 and 2044 for most jurisdictions, if not utilized.

On March 3, 2021, the IRS notified us that our federal income tax returns for the tax years March 31, 2014, 2015, 2016, 2018 and 2019 were selected for examination. The examination eventually expanded to include all years March 31, 2012 through March 31, 2021. The examination was completed and report finalized in March 2024. As a result, we are owed $129 million, plus interest of $11.4 million, both of which are reflected in prepaid expense.

No additional income taxes have been provided for any remaining undistributed foreign earnings not subject to transition tax, or any additional outside basis difference inherent in these entities, as these amounts continue to be indefinitely reinvested in foreign operations. Determining the amount of unrecognized deferred tax liability related to any remaining undistributed foreign earnings not subject to the transition tax and additional outside basis difference in these entities (i.e., basis difference in excess of that subject to the one-time transition tax) is not practicable.

We account for uncertainty in income taxes by recognizing the tax benefit or expense from an uncertain tax position only if it is more likely than not that the tax position will be sustained upon examination by the taxing authorities, based on the technical merits of the position. The Company measures the tax benefits and expenses recognized in the consolidated financial statements from such a position based on the largest benefit that has a greater than 50% likelihood of being realized upon ultimate resolution.

A reconciliation of the total amounts of unrecognized tax benefits at the beginning and end of the period are as follows:

F-30

Exhibit 1 to Decl. of James Burton
110
**SER 848**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Unrecognized Tax Benefits March 31, | | | |
| --- | --- | --- | --- | --- |
| | | 2024 | | 2023 |
| | | (In thousands) | | |
| Unrecognized tax benefits beginning balance | $ | 58,107 | $ | 48,851 |
|   Additions based on tax positions related to the current year | | 10,202 | | 7,226 |
|   Reductions for tax positions of prior years | | (27,536) | | (443) |
|   Additions for tax provisions of prior years | | 41,203 | | 2,473 |
| Unrecognized tax benefits ending balance | $ | 81,976 | $ | 58,107 |

Included in the balance of unrecognized tax benefits as of March 31, 2024 and March 31, 2023 are $64.8 million and $45.9 million, respectively, of tax benefits that, if recognized, would affect the effective tax rate.

We recognize interest related to unrecognized tax benefits and penalties as income tax expenses. As of March 31, 2024 and 2023, the amount of interest accrued on unrecognized tax benefits was $9.6 million and $17.7 million, respectively, net of tax. During the current year, we recorded a benefit from interest in the amount of $8.1 million, net of tax. At March 31, 2024 and 2023, the amount of penalties accrued on unrecognized tax benefits was $20.2 million and $12.2 million. During the current year, we recorded expense from penalties in the amount of $8.0 million. We do not expect the total amount of unrecognized tax benefits to significantly increase or decrease within 12 months of the reporting date.

We file income tax returns in the U.S. federal jurisdiction, and various states and Canadian jurisdictions. While the Company has ongoing audits in Canada and various state jurisdictions, there have been no proposed or anticipated adjustments that would materially impact the consolidated financial statements. Our tax years remain open for examination by federal authorities for three years, state authorities for three to four years and Canadian authorities for four years.

The Canadian government has issued draft Pillar Two legislation (Global Minimum Tax Act), including the Income Inclusion Rule and Qualified Domestic Minimum Top-Up Tax, which it intends to enact in 2024. The Canadian legislation is expected to be effective for our fiscal year beginning April 1, 2024. We have performed an assessment of the potential exposure to Pillar Two income taxes. Based on the assessment performed, the Pillar Two effective tax rates in all jurisdictions in which we operate are above the 15% minimum tax rate. We will continue to evaluate the legislation but do not expect the rules to have an impact on the income tax provision or cash taxes.

The Inflation Reduction Act of 2022 (the "IRA") includes a 15% corporate alternative minimum tax on certain large corporations and a 1% excise tax on certain corporate stock repurchases. The impact on the Company of these provisions, which became effective on January 1, 2023, will depend on several factors, including recently released and forthcoming interpretive regulatory guidance. The Company continues to review and assess the provisions of the IRA but does not current expect it to materially impact the consolidated financial statements.

**Note 16.  Employee Benefit Plans**

*Profit Sharing Plans*

We provide tax-qualified profit sharing retirement plans for the benefit of eligible employees, former employees and retirees in the United States and Canada. The plans are designed to provide employees with an accumulation of funds for retirement on a tax-deferred basis and provide for annual discretionary employer contributions. Amounts to be contributed are determined by the President and Chairman of the Board of Directors (the "Board") of the Company under the delegation of authority from the Board, pursuant to the terms of the Profit Sharing Plan. No contributions were made to the profit sharing plan during fiscal 2024, 2023 or 2022.

We also provide an employee savings plan which allows participants to defer income under Section 401(k) of the Internal Revenue Code of 1986.

*ESOP Plan*

We sponsor an Employee Stock Ownership Plan ("ESOP") that generally covers all employees with one year or more of service. The ESOP began as a leveraged plan where shares were pledged as collateral for its debt which was originally funded by U-Haul. We made annual contributions to the ESOP equal to the ESOP's debt service. As the debt was repaid, shares were released from collateral and allocated to active employees, based on the proportion of debt service paid in the year. ESOP shares were committed to be released monthly and ESOP compensation expense was recorded based on the

F-31

Exhibit 1 to Decl. of James Burton
111
**SER 849**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

current market price at the end of the month. These shares then become outstanding for the earnings per share computations. In fiscal 2021 we de-levered the plan and now contributions are made at the discretion of management with expense being recognized upon the decision to contribute. ESOP compensation expense was $23.9 million, $22.1 million and $23.0 million for fiscal 2024, 2023 and 2022, respectively, which are included in operating expenses in the consolidated statements of operations.

In fiscal 2024, 2023 and 2022, the Company made non-leveraged contributions of $23.9 million, $22.1 million and $23.0 million, respectively to the Plan Trust. During fiscal 2024 and 2023, ESOP purchased for allocation 365,544 and 424,484, respectively of non-leveraged Non-Voting Common Stock shares and during fiscal 2022, ESOP purchased for allocation 33,954 of non-leveraged Voting Common Stock shares.

Shares held by the ESOP were as follows:

| | Years Ended March 31, | |
| --- | --- | --- |
| | 2024 | 2023 |
| | (In thousands) | |
| Allocated shares - Voting Common Stock | 777 | 836 |
| Allocated shares - Non-Voting Common Stock | 7,778 | 7,821 |

***Post Retirement and Post Employment Benefits***

We provide a health reimbursement benefit to our eligible U.S. employees and their eligible dependents upon retirement from the Company. The retiree must have attained age sixty-five and earned twenty years of full-time service upon retirement to be awarded the health reimbursement benefit. The health reimbursement benefit is capped at a $20,000 lifetime maximum per covered person. Reimbursements are for amounts requested that are paid out of pocket after Medicare and any other medical policies in force.

In addition, retirees who have attained age sixty-five and earned at least twenty years of full-time service upon retirement from the Company are entitled to group term life insurance benefits. The life insurance benefit is $3,000 plus $100 for each year of employment over twenty years. The benefits are not funded, and claims are paid as they are incurred. We use a March 31 measurement date for our post retirement benefit disclosures.

The components of net periodic post retirement benefit cost were as follows:

| | Years Ended March 31, | | |
| --- | --- | --- | --- |
| | 2024 | 2023 | 2022 |
| | (In thousands) | | |
| Service cost for benefits earned during the period | $ 1,188 | $ 1,326 | $ 1,401 |
| Other components of net periodic benefit costs: | | | |
| Interest cost on accumulated postretirement benefit | 1,469 | 1,148 | 908 |
| Other components | (11) | 68 | 212 |
| Total other components of net periodic benefit costs | 1,458 | 1,216 | 1,120 |
| Net periodic postretirement benefit cost | $ 2,646 | $ 2,542 | $ 2,521 |

The fiscal 2024 and fiscal 2023 post retirement benefit liability included the following components:

F-32

Exhibit 1 to Decl. of James Burton

112

**SER 850**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Years Ended March 31, | |
|---|---|---|
| | **2024** | **2023** |
| | (In thousands) | |
| Beginning of year | $ 28,770 | $ 30,206 |
| Service cost for benefits earned during the period | 1,188 | 1,326 |
| Interest cost on accumulated post retirement benefit | 1,469 | 1,148 |
| Net benefit payments and expense | (1,240) | (1,207) |
| Actuarial gain | (1,861) | (2,703) |
| Accumulated postretirement benefit obligation | 28,326 | 28,770 |
| | | |
| Current liabilities | 1,741 | 1,625 |
| Non-current liabilities | 26,585 | 27,145 |
| | | |
| Total post retirement benefit liability recognized in statement of financial position | 28,326 | 28,770 |
| Components included in accumulated other comprehensive income (loss): | | |
| Unrecognized net loss | 1,385 | (465) |
| Cumulative net periodic benefit cost (in excess of employer contribution) | $ 29,711 | $ 28,305 |

The discount rate assumptions in computing the information above were as follows:

| | Years Ended March 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | (In percentages) | | |
| Accumulated postretirement benefit obligation | 5.34 % | 5.08 % | 3.76 % |

In December 2003, the Medicare Prescription Drug Improvement and Modernization Act of 2003 became law. Net periodic post retirement benefit cost above includes the effect of the subsidy. The discount rate represents the expected yield on a portfolio of high grade (AA to AAA rated or equivalent) fixed income investments with cash flow streams sufficient to satisfy benefit obligations under the plan when due. Fluctuations in the discount rate assumptions primarily reflect changes in U.S. interest rates. The assumed health care cost trend rate used to measure the accumulated postretirement benefit obligation as of the end of fiscal 2024 was 5.9% in the initial year and was projected to decline annually to an ultimate rate of 4.0% in fiscal 2047. The assumed health care cost trend rate used to measure the accumulated post retirement benefit obligation as of the end of fiscal 2023 (and used to measure the fiscal 2024 net periodic benefit cost) was 4.9% in the initial year and was projected to decline annually to an ultimate rate of 4.0% in fiscal 2046.

Post-employment benefits provided by us, other than upon retirement, are not material.

Future net benefit payments are expected as follows:

| | Future Net Benefit Payments |
|---|---|
| | (In thousands) |
| Year-ended: | |
| 2025 | $ 1,741 |
| 2026 | 1,977 |
| 2027 | 2,238 |
| 2028 | 2,467 |
| 2029 | 2,706 |
| 2030 Through 2034 | 14,121 |
| Total | $ 25,250 |

**Note 17.  Fair Value Measurements**

Certain assets and liabilities are recorded at fair value on the consolidated balance sheets and are measured and classified based upon a three-tiered approach to valuation. Financial assets and liabilities are recorded at fair value and are classified and disclosed in one of the following three categories:

F-33

Exhibit 1 to Decl. of James Burton

113

**SER 851**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Level 1 – Unadjusted quoted prices in active markets that are accessible at the measurement date for identical, unrestricted assets or liabilities;

Level 2 – Quoted prices for identical or similar financial instruments in markets that are not considered to be active, or similar financial instruments for which all significant inputs are observable, either directly or indirectly, or inputs other than quoted prices that are observable, or inputs that are derived principally from or corroborated by observable market data through correlation or other means; and

Level 3 – Prices or valuations that require inputs that are both significant to the fair value measurement and are unobservable. These reflect management's assumptions about the assumptions a market participant would use in pricing the asset or liability.

A financial instrument's level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement.

Fair values of investments available-for-sale are based on quoted market prices, dealer quotes or discounted cash flows.

Fair values of derivatives are based on pricing valuation models which include broker quotes.

The following tables represent the financial assets and liabilities on the consolidated balance sheets as of March 31, 2024 and March 31, 2023, that are measured at fair value on a recurring basis and the level within the fair value hierarchy.

| As of March 31, 2024 | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| | (Unaudited) | | | |
| | (In thousands) | | | |
| **Assets** | | | | |
| Fixed maturities - available for sale | $ 2,442,504 | $ — | $ 2,442,446 | $ 58 |
| Preferred stock | 21,260 | 21,260 | — | — |
| Common stock | 45,014 | 45,014 | — | — |
| Derivatives | 18,930 | 10,538 | 8,392 | — |
| Total | $ 2,527,708 | $ 76,812 | $ 2,450,838 | $ 58 |

As of March 31, 2024, we had embedded derivatives of $9.3 million and market risk benefits of $13.4 million, both of which are designated as Level 3.

| As of March 31, 2023 | Total | Level 1 | Level 2 | Level 3 |
|---|---|---|---|---|
| | (In thousands) | | | |
| **Assets** | | | | |
| Fixed maturities - available for sale | $ 2,709,037 | $ 251,832 | $ 2,457,146 | $ 59 |
| Preferred stock | 21,982 | 21,982 | — | — |
| Common stock | 39,375 | 39,735 | — | — |
| Derivatives | 9,606 | 4,295 | 5,311 | — |
| Total | $ 2,780,000 | $ 317,844 | $ 2,462,457 | $ 59 |

We estimate the fair value for financial instruments not carried at fair value using the same methods and assumptions as those we carry at fair value. The financial instruments presented below are reported at carrying value on the consolidated balance sheets.

Cash equivalents include $1,173.6 million and $1,793.5 million as of March 31, 2024 and March 31, 2023, respectively. Fair values of cash equivalents approximate carrying value due to the short period of time to maturity.

Fair values of mortgage loans and notes on real estate are based on quoted market prices, dealer quotes or discounted cash flows. Fair values of trade receivables approximate their recorded value.

Our financial instruments that are exposed to concentrations of credit risk consist primarily of temporary cash investments, trade receivables, and notes receivable. Limited credit risk exists on trade receivables due to the diversity of our customer base and their dispersion across broad geographic markets. We place our temporary cash investments with financial institutions and limit the amount of credit exposure to any one financial institution.

F-34

Exhibit 1 to Decl. of James Burton
114
**SER 852**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

We have mortgage loans, which potentially expose us to credit risk. The portfolio of loans is principally collateralized by self-storage facilities and commercial properties. We have not experienced any material losses related to the loans from individual or groups of loans in any particular industry or geographic area. The estimated fair values were determined using the discounted cash flow method and using interest rates currently offered for similar loans to borrowers with similar credit ratings.

Other investments are substantially current or bear reasonable interest rates. As a result, the carrying values of these financial instruments approximate fair value.

The fair value of Liabilities from investment contracts as of March 31, 2024 was approximately $2,290 million and was deemed to be a level 3 in the fair value hierarchy.

The following represents our financial instruments not carried at fair value on the consolidated balance sheets and corresponding placement in the fair value hierarchy.

| As of March 31, 2024 | Carrying Value | Fair Value Hierarchy | | | Total Fair Value |
|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | |
| | | (In thousands) | | | |
| **Assets** | | | | | |
| Trade receivables, net | $ 177,602 | $ — | $ — | $ 177,602 | $ 177,602 |
| Mortgage loans, net | 604,481 | — | — | 579,767 | 579,767 |
| Other investments | 18,917 | — | — | 18,917 | 18,917 |
| Total | $ 801,000 | $ — | $ — | $ 776,286 | $ 776,286 |
| **Liabilities** | | | | | |
| Notes, loans and finance leases payable | $ 6,304,038 | $ — | $ 5,850,346 | $ — | $ 5,850,346 |
| Total | $ 6,304,038 | $ — | $ 5,850,346 | $ — | $ 5,850,346 |

| As of March 31, 2023 | Carrying Value | Fair Value Hierarchy | | | Total Estimated Fair Value |
|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | |
| | | (In thousands) | | | |
| **Assets** | | | | | |
| Trade receivables, net | $ 146,736 | $ — | $ — | $ 146,736 | $ 146,736 |
| Mortgage loans, net | 466,531 | — | — | 444,957 | 444,957 |
| Other investments | 109,009 | — | — | 109,009 | 109,009 |
| Total | $ 722,276 | $ — | $ — | $ 700,702 | $ 700,702 |
| **Liabilities** | | | | | |
| Notes, loans and finance leases payable | $ 6,143,350 | | $ — | $ 5,710,735 | $ — | $ 5,710,735 |
| Total | $ 6,143,350 | $ — | $ 5,710,735 | $ — | $ 5,710,735 |

**Note 18. Leases**

We have lease agreements with lease and non-lease components, which are not accounted for separately. Additionally, for certain leases, we apply a portfolio approach to account for the operating lease right-of-use ("ROU") assets and liabilities as the leases are similar in nature and have nearly identical contract provisions.  These leases, which are comprised

F-35

Exhibit 1 to Decl. of James Burton

115

**SER 853**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

primarily of storage rental locations, can have lease terms generally between 2 and 20 years. Covenants include the Company's responsibility for all maintenance and repairs during the term of the agreement.

Our equipment sale/leaseback transactions do not qualify as a sale. Equipment leases prior to adoption of ASC 842 were recorded as capital leases and classified as finance lease ROU assets and liabilities upon adoption. New sale leaseback transactions that fail to qualify as a sale are accounted for as a financial liability. We use our incremental borrowing rate based on information available at commencement date, including the rate for a fully collateralized loan that can either be fully amortized or financed with a residual at the end of the lease term, for a borrower with similar credit quality in order to determine the present value of lease payments. Our lease terms are generally 7 years, may include options to extend or terminate the lease, which are included in the calculation of ROU assets when it is reasonably certain that we will exercise those options. Lease expense for lease payments is recognized on a straight-line basis over the lease term. Please see Note 10, Notes, Loans and Finance Leases Payable, net, of the Notes to Consolidated Financial Statements for additional information.

The following table shows the components of our ROU assets, net:

| | As of March 31, 2024 | | |
| | Finance | Operating | Total |
|---|---|---|---|
| | (In thousands) | | |
| Buildings and improvements | $ — | $ 79,317 | $ 79,317 |
| Furniture and equipment | 61 | — | 61 |
| Rental trailers and other rental equipment | 114,607 | — | 114,607 |
| Rental trucks | 607,521 | — | 607,521 |
| Right-of-use assets, gross | 722,189 | 79,317 | 801,506 |
| Less: Accumulated depreciation | (432,884) | (25,605) | (458,489) |
| Right-of-use assets, net | $ 289,305 | $ 53,712 | $ 343,017 |

| | As of March 31, 2023 | | |
| | Finance | Operating | Total |
|---|---|---|---|
| | (In thousands) | | |
| Buildings and improvements | $ — | $ 128,221 | $ 128,221 |
| Furniture and equipment | 9,687 | — | 9,687 |
| Rental trailers and other rental equipment | 152,294 | — | 152,294 |
| Rental trucks | 949,838 | — | 949,838 |
| Right-of-use assets, gross | 1,111,819 | 128,221 | 1,240,040 |
| Less: Accumulated depreciation | (637,054) | (69,304) | (706,358) |
| Right-of-use assets, net | $ 474,765 | $ 58,917 | $ 533,682 |

As of March 31, 2024 and 2023, we had finance lease liabilities for the ROU assets, net of $117.6 million and $223.2 million, respectively, included in notes, loans and finance leases payable, net.

| | Financing leases | |
| | March 31, | |
| | 2024 | 2023 |
|---|---|---|
| Weighted average remaining lease term (years) | 1 | 2 |
| Weighted average discount rate | 4.1 % | 3.8 % |

| | Operating leases | |
| | March 31, | |
| | 2024 | 2023 |
|---|---|---|
| Weighted average remaining lease term (years) | 21.9 | 19.2 |
| Weighted average discount rate | 4.6 % | 4.7 % |

F-36

Exhibit 1 to Decl. of James Burton

116

**SER 854**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

For fiscal years 2024, 2023 and 2022, cash paid for leases included in our operating cash flow activities were $33.8 million, $32.1 million and $30.2 million, respectively, and our financing cash flow activities were $105.6 million, $124.2 million and $166.3 million, respectively. Non-cash activities of ROU assets in exchange for lease liabilities were $48.8 million, $9.5 million and $3.7 million for fiscal years 2024, 2023 and 2022, respectively.

The components of lease costs, including leases of less than 12 months, were as follows:

|  | Twelve Months Ended March 31, | |
|---|---|---|
|  | 2024 | 2023 |
|  | (In thousands) | |
| Operating lease costs | $ 34,609 | $ 32,878 |
| Finance lease cost: | | |
| Amortization of right-of-use assets | $ 55,085 | $ 81,006 |
| Interest on lease liabilities | 6,990 | 11,199 |
| Total finance lease cost | $ 62,075 | $ 92,205 |

The short-term lease costs for fiscal years 2024 and 2023 were not material.

Maturities of lease liabilities were as follows:

|  | Finance leases | Operating leases |
|---|---|---|
| Year ending March 31, | (In thousands) | |
| 2025 | $ 76,522 | $ 12,904 |
| 2026 | 46,001 | 9,592 |
| 2027 | — | 7,500 |
| 2028 | — | 6,478 |
| 2029 | — | 4,933 |
| Thereafter | — | 61,016 |
| Total lease payments | 122,523 | 102,423 |
| Less: imputed interest | (4,882) | (47,391) |
| Present value of lease liabilities | $ 117,641 | $ 55,032 |

**Note 19. Contingencies**

*Cybersecurity Incident*

On September 9, 2022, we announced that the Company was made aware of a data security incident involving U-Haul's information technology network. U-Haul detected a compromise of two unique passwords used to access U-Haul customers' information. U-Haul took immediate steps to contain the incident and promptly enhanced its security measures to prevent any further unauthorized access. U-Haul retained cybersecurity experts and incident response counsel to investigate the incident and implement additional security safeguards. The investigation determined that between November 5, 2021 and April 8, 2022, the threat actor accessed customer contracts containing customers' names, dates of birth, and driver's license or state identification numbers. None of U-Haul's financial, payment processing or email systems were involved. U-Haul has notified impacted customers and relevant governmental authorities.

Several class action lawsuits related to the incident have been filed against U-Haul. The lawsuits have been consolidated into one action in the U.S. District Court for the District of Arizona (the "Court"). On October 27, 2023, the Court dismissed with prejudice all claims except those brought under the California Consumer Privacy Act. The remaining claims will be vigorously defended by the Company; however, the outcome of such lawsuits cannot be predicted or guaranteed with any certainty. The parties are currently working on a settlement agreement, which will then go through the approval process by the Court.

F-37

Exhibit 1 to Decl. of James Burton

117

**SER 855**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

*Environmental*

Compliance with environmental requirements of federal, state, provincial and local governments may affect Real Estate's business operations. Among other things, these requirements regulate the discharge of materials into the air, land and water and govern the use and disposal of hazardous substances. Real Estate is aware of issues regarding hazardous substances on some of its properties. Real Estate regularly makes capital and operating expenditures to stay in compliance with environmental laws and has put in place a remedial plan at each site where it believes such a plan is necessary.

Based upon the information currently available to Real Estate, compliance with the environmental laws and its share of the costs of investigation and cleanup of known hazardous waste sites are not expected to result in a material adverse effect on the Company's financial position or results of operations.

*Other*

We are named as a defendant in various other litigation and claims arising out of the normal course of business. In management's opinion, none of these other matters will have a material effect on our financial position and results of operations.

**Note 20. Related Party Transactions**

U-Haul Holding Company has engaged in related party transactions and has continuing related party interests with certain major stockholders, directors and officers of the consolidated group as disclosed below.

SAC Holding Corporation and SAC Holding II Corporation (collectively, "SAC Holdings") were established in order to acquire and develop self-storage properties. These properties are being managed by us pursuant to management agreements.  SAC Holdings, Four SAC Self-Storage Corporation, Five SAC Self-Storage Corporation, Galaxy Investments, L.P. and 2015 SAC Self-Storage, LLC are substantially controlled by Blackwater Investments, Inc. ("Blackwater"). Blackwater is wholly owned by Willow Grove Holdings LP, which is owned by Mark V. Shoen (a significant stockholder), and various trusts associated with Edward J. Shoen (our Chairman of the Board, President and a significant stockholder) and Mark V. Shoen.

*Related Party Revenues*

| | | Years Ended March 31, | | | | |
|---|---|---|---|---|---|---|
| | | **2024** | | **2023** | | **2022** |
| | | (In thousands) | | | | |
| U-Haul management fee revenue from Blackwater | $ | 29,702 | $ | 29,825 | $ | 28,546 |
| U-Haul management fee revenue from Mercury | | 7,302 | | 7,248 | | 6,648 |
| | $ | 37,004 | $ | 37,073 | $ | 35,194 |

We currently manage the self-storage properties owned or leased by Blackwater and Mercury Partners, L.P. ("Mercury"), pursuant to a standard form of management agreement, under which we receive a management fee of between 4% and 10% of the gross receipts plus reimbursement for certain expenses. We received management fees, exclusive of reimbursed expenses, of $37.2 million, $37.0 million and $38.5 million from the above-mentioned entities during fiscal 2024, 2023 and 2022, respectively. This management fee is consistent with the fee received for other properties we previously managed for third parties. Mark V. Shoen controls the general partner of Mercury. The limited partner interests of Mercury are owned indirectly by James P. Shoen and various trusts benefiting Edward J. Shoen and James P. Shoen or their descendants.

During the fourth quarter of fiscal 2024, Mercury exercised their option to purchase seventy-eight U-Haul branded self-storage locations from W.P. Carey. The self-storage component of these properties was previously leased by Mercury from W.P. Carey and managed by U-Haul, while the non-self-storage portions of these properties were leased by U-Haul.  Post acquisition, Mercury now owns all of these properties and U-Haul acts as property manager.We were paid a structuring fee from Mercury of $0.4 million for the loans used by Mercury to facilitate the purchase.

Over the course of the twenty-year lease with W.P. Carey, U-Haul had acquired abutting properties including self-storage expansion, showroom space as well as small parcels to facilitate access or drainage. After the Mercury purchase, U-Haul and Mercury entered into an agreement for the exchange of twenty properties with the purpose of aligning operations and ownership at specific locations.  U-Haul received four self-storage locations and a moving center while Mercury received four self-storage locations and fifteen other parcels including bare land, drainage, access, showroom and U-Box space along with $2.9 million in cash.  U-Haul recognized a $8.9 million gain from the transaction and recorded this directly to

F-38

Exhibit 1 to Decl. of James Burton
118
**SER 856**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

additional paid-in capital. The transaction described above were consummated on terms equivalent to those that would prevail in arm's-length transactions.

From an operational standpoint our customers will not recognize any changes to the services they receive from these locations.

*Related Party Costs and Expenses*

|  | Years Ended March 31, | | |
|---|---|---|---|
|  | **2024** | **2023** | **2022** |
|  | (In thousands) | | |
| U-Haul lease expenses to Blackwater | $ 2,416 | $ 2,416 | $ 2,445 |
| U-Haul printing expenses to Blackwater | 3,681 | — | — |
| U-Haul commission expenses to Blackwater | 82,095 | 88,067 | 88,288 |
| U-Haul lease expenses to Mercury | 25 | — | — |
| U-Haul commission expenses to Mercury | 1,893 | — | — |
|  | $ 90,110 | $ 90,483 | $ 90,733 |

We lease space for marketing company offices, vehicle repair shops and hitch installation centers from subsidiaries of Blackwater and Mercury. The terms of the leases are similar to the terms of leases for other properties owned by unrelated parties that are leased to us.

On May 15, 2023, SAC Holdings began providing ancillary and specialty printing services to us. The financial and other terms of the transactions are substantially identical to the terms of additional specialty printing vendors.

As of March 31, 2024, subsidiaries of Blackwater acted as U-Haul independent dealers. The financial and other terms of the dealership contracts with the aforementioned companies and their subsidiaries are substantially identical to the terms of those with our other independent dealers whereby commissions are paid by us based upon equipment rental revenues.

These agreements with subsidiaries of Blackwater, excluding Dealer Agreements, provided revenues of $29.7 million, $29.8 million and $28.5 million, expenses of $2.4 million, $2.4 million and $2.4 million and cash flows of $27.3 million, $27.4 million and $25.9 million during fiscal 2024, 2023 and 2022, respectively.  Revenues were $384.5 million, $418.9 million and $417.9 million and commission expenses were $82.1 million, $88.1 million and $88.3 million, respectively, related to Dealer Agreements for fiscal 2024, 2023 and 2022.

We determined that we do not have a variable interest pursuant to the VIE model under ASC 810 in the holding entities of Blackwater or in Mercury.

*Related Party Assets*

|  | March 31, | |
|---|---|---|
|  | **2024** | **2023** |
|  | (In thousands) | |
| U-Haul receivable from Blackwater | $ 31,950 | $ 42,141 |
| U-Haul receivable from Mercury | 24,536 | 8,402 |
| Other (a) | 1,448 | (2,235 ) |
|  | $ 57,934 | $ 48,308 |

(a)  Timing differences for intercompany balances with insurance subsidiaries resulting from the three month difference in reporting periods.

**Note 21. Reportable Segment Information**

U-Haul Holding Company's three reportable segments are:

- Moving and Storage, comprised of U-Haul Holding Company, U-Haul, and Real Estate and the subsidiaries of U-Haul and Real Estate,

F-39

Exhibit 1 to Decl. of James Burton

119

**SER 857**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

• Property and Casualty Insurance, comprised of Repwest and its subsidiaries and ARCOA, and

• Life Insurance, comprised of Oxford and its subsidiaries.

We track revenues separately, but do not report any separate measure of the profitability for rental equipment rentals, rentals of self-storage spaces and sales of products. The information includes elimination entries necessary to consolidate U-Haul Holding Company, the parent, with its subsidiaries. Depreciation, net of gains on disposals, and total expenditures for property and equipment are only recorded within the Moving and Storage segment.

Revenues and earnings from operations before equity in earnings of subsidiaries by operating segment for the year ending March 31, 2024 were as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance | Life Insurance | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Total revenues | $ 5,294,928 | $ 123,085 | $ 219,202 | $ (11,541) | $ 5,625,674 |
| Total earnings from operations before equity in earnings of subsidiaries | $ 896,140 | $ 62,509 | $ 20,152 | $ (1,012) | $ 977,789 |

Revenues and earnings from operations before equity in earnings of subsidiaries by operating segment for the year ending March 31, 2023 were as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance | Life Insurance | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Total revenues | $ 5,567,714 | $ 103,512 | $ 206,100 | $ (12,635) | $ 5,864,691 |
| Total earnings from operations before equity in earnings of subsidiaries | $ 1,396,122 | $ 36,570 | $ 14,409 | $ (1,521) | $ 1,445,580 |

Revenues and earnings from operations before equity in earnings of subsidiaries by operating segment for the year ending March 31, 2022 were as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance | Life Insurance | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Total revenues | $ 5,398,267 | $ 115,043 | $ 238,812 | $ (12,375) | $ 5,739,747 |
| Total earnings from operations before equity in earnings of subsidiaries | $ 1,577,226 | $ 49,780 | $ 20,614 | $ (1,547) | $ 1,646,073 |

Total assets by operating segment as of March 31, 2024 were as follows:

| | Moving & Storage Consolidated | Property & Casualty Insurance | Life Insurance | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Total assets | $ 16,149,748 | $ 501,566 | $ 2,990,903 | $ (583,459) | $ 19,058,758 |

Total assets by operating segment as of March 31, 2023 were as follows:

F-40

Exhibit 1 to Decl. of James Burton
120
**SER 858**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Moving & Storage Consolidated | Property & Casualty Insurance | Life Insurance | Eliminations | U-Haul Holding Company Consolidated |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| Total assets | $ 15,211,493 | $ 459,897 | $ 2,891,574 | $ (462,230 ) | $ 18,100,734 |

**Note 22. Financial Information by Geographic Area**

| | United States | Canada | Consolidated |
|---|---|---|---|
| | (All amounts are in thousands U.S. $'s) | | |
| **Fiscal Year Ended March 31, 2024** | | | |
| Total revenues | $ 5,337,502 | $ 288,172 | $ 5,625,674 |
| Depreciation and amortization, net of gains on disposal | 690,429 | 5,654 | 696,083 |
| Interest expense | 253,388 | 2,787 | 256,175 |
| Pretax earnings | 816,238 | 23,939 | 840,177 |
| Income tax expense | 206,154 | 5,316 | 211,470 |
| Identifiable assets | 18,256,637 | 802,121 | 19,058,758 |

| | United States | Canada | Consolidated |
|---|---|---|---|
| | (All amounts are in thousands U.S. $'s) | | |
| **Fiscal Year Ended March 31, 2023** | | | |
| Total revenues | $ 5,570,264 | $ 294,427 | $ 5,864,691 |
| Depreciation and amortization, net of gains on disposal | 514,043 | 6,272 | 520,315 |
| Interest expense | 221,008 | 2,950 | 223,958 |
| Pretax earnings | 1,179,738 | 39,659 | 1,219,397 |
| Income tax expense | 285,724 | 9,201 | 294,925 |
| Identifiable assets | 17,429,101 | 671,633 | 18,100,734 |

| | United States | Canada | Consolidated |
|---|---|---|---|
| | (All amounts are in thousands U.S. $'s) | | |
| **Fiscal Year Ended March 31, 2022** | | | |
| Total revenues | $ 5,452,027 | $ 287,720 | $ 5,739,747 |
| Depreciation and amortization, net of gains on disposal | 509,517 | 2,969 | 512,486 |
| Interest expense | 163,586 | 3,838 | 167,424 |
| Pretax earnings | 1,432,231 | 44,342 | 1,476,573 |
| Income tax expense | 342,213 | 9,998 | 352,211 |
| Identifiable assets | 16,803,672 | 523,511 | 17,327,183 |

**Note 23.  Revenue Recognition**

*Revenue Recognized in Accordance with ASC Topic 606*

ASC Topic 606, *Revenue from Contracts with Customers (Topic 606)*, outlines a five-step model for entities to use in accounting for revenue arising from contracts with customers. The standard applies to all contracts with customers except for leases, insurance contracts, financial instruments, certain nonmonetary exchanges and certain guarantees. The standard also requires disclosure about the nature, amount, timing and uncertainty of revenue and cash flows arising from customer contracts, including significant judgments and changes in judgments.

We entered into contracts that may include various combinations of products and services, which are generally capable of being distinct and accounted for as separate performance obligations. Revenue is recognized net of amounts collected from customers for taxes, such as sales tax, and remitted to the applicable taxing authorities. We account for a contract under Topic 606 when it has approval and commitment from both parties, the rights of the parties are identified, payment

F-41

Exhibit 1 to Decl. of James Burton
121
**SER 859**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

terms are identified, the contract has commercial substance and collectability of consideration is probable. For contracts scoped into this standard, revenue is recognized when (or as) the performance obligations are satisfied by means of transferring goods or services to the customer as applicable to each revenue stream as discussed below. There were no material contract assets or liabilities for fiscal 2024.

Sales of self-moving and self-storage related products are recognized at the time that title passes and the customer accepts delivery. The performance obligations identified for this portfolio of contracts include moving and storage product sales, installation services for hitches and/or propane sales. Each of these performance obligations has an observable stand-alone selling price. We concluded that the performance obligations identified are satisfied at a point in time. These products/services being provided have an alternative use as they are not customized and can be sold/provided to any customer. In addition, we only have the right to receive payment once the products have been transferred to the customer or the installation services have been completed. Although product sales have a right of return policy, our estimated obligation for future product returns is not material to the consolidated financial statements at this time.

Property management fees are recognized over the period that agreed-upon services are provided, see Note 20, Related Party Transactions of the Notes to Consolidated Financial Statements. The performance obligation for this portfolio of contracts is property management services, which represents a series of distinct days of service, each of which is comprised of activities that may vary from day to day. However, those tasks are activities to fulfill the property management services and are not separate promises in the contract. We determined that each increment of the promised service is distinct. This is because the customer can benefit from each increment of service on its own and each increment of service is separately identifiable because no day of service significantly modifies or customizes another and no day of service significantly affects either the entity's ability to fulfill another day of service or the benefit to the customer of another day of service. As such, we concluded that the performance obligation is satisfied over time. Additionally, in certain contracts the Company has the ability to earn an incentive fee based on operational results. We measure and recognize the progress toward completion of the performance obligation on a quarterly basis using the most likely amount method to determine an accrual for the incentive fee portion of the compensation received in exchange for the property management service. The variable consideration recognized is subject to constraints due to a range of possible consideration amounts based on actual operational results.

Other revenue consists of various other services or rentals, of which U-Box contracts and service fees from Moving Help® are the main components. The performance obligations identified for U-Box contracts are fees for rental, storage and shipping of U-Box containers to a specified location, each of which are distinct. A contract may be partially within the scope of Topic 606 and partially within the scope of other topics. The rental and storage obligations in U-Box contracts meet the definition of a lease in Topic 842, while the shipping obligation represents a contract with a customer accounted for under Topic 606. Therefore, we allocate the total transaction price between the performance obligations of storage fees and rental fees and the shipping fees on a standalone selling price basis. U-Box shipping fees are collected once the shipment is in transit. Shipping fees in U-Box contracts are set at the initiation of the contract based on the shipping origin and destination, and the performance obligation is satisfied over time. U-Box shipping contracts span over a relatively short period of time, and the majority of these contracts begin and end within the same fiscal year. Moving Help® services fees are recognized in accordance with Topic 606. Moving Help services are generated as we provide a neutral venue consisting of access to a marketplace for the connection between the service provider and the customer for agreed upon services. We do not control the specified services provided by the service provider before that service is transferred to the customer. Operating lease income recognized under Topic 842 within other revenue was $119.7 and $122.3 million for the years ended March 31, 2024 and 2023, respectively.

Deferred income primarily relates to payments received from customers prior to satisfaction of our performance obligations. Of the $52.3 million and $49.2 million recorded as unearned revenues as of March 31, 2023 and 2022, $51.2 million and $46.8 million, respectively was recognized as revenue for the years ended March 31, 2024 and 2023, respectively.

*Revenue Recognized in Accordance with Topic 842*

ASC Topic 842, Leases (Topic 842), the Company's self-moving rental revenues meet the definition of a lease pursuant to the guidance in Topic 842 because those substitution rights do not provide an economic benefit to the Company that would exceed the cost of exercising the right. Please see Note 18, Leases, of the Notes to Consolidated Financial Statements.

Self-moving equipment rentals are recognized over the contract period that trucks and moving equipment are rented. We offer two types of self-moving rental contracts, one-way rentals and in-town rentals, which have varying payment terms.

F-42

Exhibit 1 to Decl. of James Burton

122

**SER 860**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Customer payment is received at the initiation of the contract for one-way rentals which covers an allowable limit for equipment usage. An estimated fee in the form of a deposit is received at the initiation of the contract for in-town rentals, and final payment is received upon the return of the equipment based on actual fees incurred. Self-moving rental contracts span a relatively short period of time, and the majority of these contracts began and ended within the same fiscal year.

Self-storage revenues are recognized as earned over the contract period based upon the number of paid storage contract days.

We lease portions of our operating properties to tenants under agreements that are classified as operating leases. We recognize the total minimum lease payments provided for under the leases on a straight-line basis over the lease term. Generally, under the terms of our leases, the majority of our rental expenses, including common area maintenance, real estate taxes and insurance, are recovered from our customers and these are included in self-storage revenues.

The following table summarizes the minimum lease payments due from our customers and operating property tenants on leases for the next five years and thereafter:

| | Year Ended March 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2025** | **2026** | **2027** | **2028** | **2029** | **Thereafter** |
| | (In thousands) | | | | | |
| Self-moving equipment rental revenues | $ 6,032 | $ — | $ — | $ — | $ — | $ — |
| Property lease revenues | 20,329 | 14,089 | 11,003 | 7,813 | 5,172 | 27,705 |
| Total | $ 26,361 | $ 14,089 | $ 11,003 | $ 7,813 | $ 5,172 | $ 27,705 |

The amounts above do not reflect future rental revenue from the renewal or replacement of existing leases.

*Revenue Recognized in Accordance with Other Topics*

Traditional life and Medicare supplement insurance premiums are recognized as revenue over the premium-paying periods of the contracts when due from the policyholders. For products where premiums are due over a significantly shorter duration than the period over which benefits are provided, such as our single premium whole life product, premiums are recognized when received and excess profits are deferred and recognized in relation to the insurance in force.

Property and casualty insurance premiums are recognized as revenue over the policy periods. Interest and investment income are recognized as earned.

Net investment and interest income has multiple components. Interest income from bonds and mortgage notes are recognized when earned. Dividends on common and preferred stocks are recognized on the ex-dividend dates. Realized gains and losses on the sale or exchange of investments are recognized at the trade date.

In the following tables, the revenue is disaggregated by timing of revenue recognition:

| | Years Ended March 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | (In thousands) | | |
| Revenues recognized over time | $ 312,659 | $ 320,822 | $ 284,401 |
| Revenues recognized at a point in time | 401,743 | 425,584 | 414,985 |
| Total revenues recognized under ASC 606 | $ 714,402 | $ 746,406 | $ 699,386 |
| Revenues recognized under ASC 842 | $ 4,575,486 | $ 4,744,746 | $ 4,690,434 |
| Insurance premium revenues recognized under ASC 944 | 189,318 | 196,860 | 201,666 |
| Net investment and interest income recognized under other topics | 146,468 | 176,679 | 148,261 |
| Total revenues | $ 5,625,674 | $ 5,864,691 | $ 5,739,747 |

In the above table, the revenues recognized over time include property management fees, the shipping fees associated with U-Box rentals and a portion of other revenues. Revenues recognized at a point in time include self-moving equipment rentals, self-moving and self-storage products and service sales and a portion of other revenues.

F-43

Exhibit 1 to Decl. of James Burton

123

**SER 861**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

We recognized liabilities resulting from contracts with customers for self-moving equipment rentals, self-storage revenues, U-Box revenues and tenant revenues, in which the length of the contract goes beyond the reported period end, although rental periods of the equipment, storage and U-Box contract are generally short-term in nature. The timing of revenue recognition results in liabilities that are reflected in deferred income on the balance sheet.

**Note 24. Allowance for Credit Losses**

*Mortgage Loans, Net*

Loans that management has the intent and ability to hold for the foreseeable future, or until maturity or payoff, are reported at amortized cost. Modeling for the Company's mortgage loans is based on inputs most highly correlated to defaults, including loan-to-value, occupancy, and payment history.  Historical credit loss experience provides additional support for the estimation of expected credit losses. In assessing the credit losses, the portfolio is reviewed on a collective basis, using loan-specific cash flows to determine the fair value of the collateral in the event of default.  Adjustments to this analysis are made to assess loans with a loan-to-value of 65% or greater. These loans are evaluated on an individual basis and loan specific risk characteristics such as occupancy levels, expense, income growth and other relevant available information from internal and external sources relating to past events, current conditions, and reasonable and supportable forecasts.

When management determines that credit losses are expected to occur, an allowance for expected credit losses based on the fair value of the collateral is recorded.

There were no delinquent commercial mortgage loans as of March 31, 2024 and March 31, 2023. As of March 31, 2024 and March 31, 2023, the Company had no commercial mortgage loans in non-accrual status. The Company had no unfunded commitment balance to commercial loan borrowers as of March 31, 2024.

*Reinsurance Recoverables*

Reinsurance recoverable on paid and unpaid benefits was less than 1% of the total assets as of March 31, 2024 which is immaterial based on historical loss experience and high credit rating of the reinsurers.

*Premium Receivables*

Premiums receivables were $1.1 million and $4.1 million as of March 31, 2024 and 2023, respectively, in which the credit loss allowance is immaterial based on our ability to cancel the policy if the policyholder doesn't pay premiums.

The following details the changes in the Company's reserve allowance for credit losses for trade receivables, fixed maturities and investments, other:

| | Allowance for Credit Losses | | | |
| | Trade Receivables | Fixed Maturity Securities | Investments, other | Total |
|---|---|---|---|---|
| | | (In thousands) | | |
| Balance as of March 31, 2022 | $ 8,649 | $ 60 | $ 501 | $ 9,210 |
| Provision for (reversal of) credit losses | (4,860) | 2,041 | 16 | (2,803) |
| Write-offs against allowance | — | — | — | — |
| Recoveries | — | — | — | — |
| Balance as of March 31, 2023 | $ 3,789 | $ 2,101 | $ 517 | $ 6,407 |
| Provision for (reversal of) credit losses | 2,447 | (1,049) | 300 | 1,698 |
| Write-offs against allowance | — | — | — | — |
| Recoveries | — | — | — | — |
| Balance as of March 31, 2024 | $ 6,236 | $ 1,052 | $ 817 | $ 8,105 |

F-44

Exhibit 1 to Decl. of James Burton

124

**SER 862**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### Note 25.  Reinsurance and Policy Benefits and Losses, Claims and Loss Expenses Payable

During their normal course of business, our insurance subsidiaries assume and cede reinsurance on both a coinsurance and a risk premium basis.

| | Direct Amount (a) | Ceded to Other Companies | Assumed from Other Companies | Net Amount (a) | Percentage of Amount Assumed to Net |
|---|---|---|---|---|---|
| | | | (In thousands) | | |
| **Year ended March 31, 2024** | | | | | |
| Life insurance in force | $ 909,894 | $ 48 | $ 278,445 | $ 1,188,291 | 23 % |
| Premiums earned: | | | | | |
| Life | $ 49,184 | $ 1 | $ 4,183 | $ 53,366 | 8 % |
| Accident and health | 35,324 | 95 | 844 | 36,073 | 2 % |
| Annuity | 157 | — | 149 | 306 | 49 % |
| Property and casualty | 94,802 | — | — | 94,802 | — % |
| Total | $ 179,467 | $ 96 | $ 5,176 | $ 184,547 | |
| **Year ended March 31, 2023** | | | | | |
| Life insurance in force | $ 970,454 | $ 48 | $ 304,891 | $ 1,275,297 | 24 % |
| Premiums earned: | | | | | |
| Life | $ 52,298 | $ 1 | $ 4,181 | $ 56,478 | 7 % |
| Accident and health | 41,354 | 152 | 983 | 42,185 | 2 % |
| Annuity | 80 | — | 406 | 486 | 84 % |
| Property and casualty | 96,242 | — | — | 96,242 | — % |
| Total | $ 189,974 | $ 153 | $ 5,570 | $ 195,391 | |
| **Year ended March 31, 2022** | | | | | |
| Life insurance in force | $ 1,029,537 | $ 72 | $ 328,030 | $ 1,357,495 | 24 % |
| Premiums earned: | | | | | |
| Life | $ 56,353 | $ 2 | $ 4,514 | $ 60,865 | 7 % |
| Accident and health | 48,385 | 160 | 1,166 | 49,391 | 2 % |
| Annuity | 444 | — | 327 | 771 | 42 % |
| Property and casualty | 89,667 | — | — | 89,667 | — % |
| Total | $ 194,849 | $ 162 | $ 6,007 | $ 200,694 | |

(a) Balances are reported net of inter-segment transactions.

Policy benefits and losses, claims and loss expenses payable for Property and Casualty Insurance were as follows:

| | March 31, | |
|---|---|---|
| | 2024 | 2023 |
| | (In thousands) | |
| Unpaid losses and loss adjustment expense | $ 131,192 | $ 151,874 |
| Reinsurance losses payable | 1,287 | 1,133 |
| Total | $ 132,479 | $ 153,007 |

Activity in the liability for unpaid losses and loss adjustment expenses for Property and Casualty Insurance is summarized as follows:

F-45

Exhibit 1 to Decl. of James Burton
125
**SER 863**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

|  | March 31, | | |
|---|---|---|---|
|  | **2024** | **2023** | **2022** |
|  | (In thousands) | | |
| Balance at January 1 | $ 151,874 | $ 159,162 | $ 177,963 |
| Less: reinsurance recoverable | 41,329 | 47,394 | 64,873 |
| Net balance at January 1 | 110,545 | 111,768 | 113,090 |
| Incurred related to: |  |  |  |
| Current year | 25,396 | 27,570 | 28,980 |
| Prior years | (13,153) | (5,828) | (6,290) |
| Total incurred | 12,243 | 21,742 | 22,690 |
| Paid related to: |  |  |  |
| Current year | 9,414 | 10,572 | 11,040 |
| Prior years | 18,369 | 12,393 | 12,972 |
| Total paid | 27,783 | 22,965 | 24,012 |
| Net balance at December 31 | 95,004 | 110,545 | 111,768 |
| Plus: reinsurance recoverable | 36,188 | 41,329 | 47,394 |
| Balance at December 31 | $ 131,192 | $ 151,874 | $ 159,162 |

Prior year incurred losses were impacted by favorable development on numerous Excess Workers' Compensation claims. The liability for incurred losses and loss adjustment expenses (net of reinsurance recoverable of $36.2 million) decreased by $20.7 million as of fiscal 2024.

To the extent that a reinsurer is unable to meet its obligation under the related reinsurance agreements, Repwest would remain liable for the unpaid losses and loss expenses.

F-46

Exhibit 1 to Decl. of James Burton
126
**SER 864**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The information about property and casualty incurred and paid loss and loss adjustment expense development for fiscal 2018 through 2024 and the average annual percentage payout of incurred claims by age as of fiscal 2024, is presented as supplementary information. Claims data for fiscal 2018 through 2023 is unaudited. Claims data for fiscal 2024 is audited.

**Cumulative Incurred Claims and Allocated Claims Adjustment Expenses, Net of Reinsurance**

| | | | | | | | | As of March 31, 2024 | |
| | | | | | | | | Total of Incurred-but-Not-Reported Liabilities Plus Expected Development on Reported Claims | Cumulative Number of Reported Claims |
| Accident Year | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (In thousands, except claim counts) | | | | | |
| 2018 | 15,748 | 16,109 | 17,078 | 15,538 | 15,273 | 15,264 | 15,260 | — | 12,308 |
| 2019 | | 19,580 | 18,386 | 18,027 | 17,157 | 16,819 | 16,856 | — | 12,220 |
| 2020 | | | 22,138 | 26,316 | 27,316 | 27,831 | 27,793 | 1,050 | 12,040 |
| 2021 | | | | 20,671 | 17,485 | 17,107 | 14,561 | 829 | 11,552 |
| 2022 | | | | | 28,982 | 25,337 | 24,484 | 4,702 | 14,192 |
| 2023 | | | | | | 27,570 | 28,436 | 5,911 | 13,152 |
| 2024 | | | | | | | 25,396 | 10,649 | 13,948 |
| | | | | | | | Total | 23,141 | |

The following table presents paid claims development as of fiscal 2024 net of reinsurance. Claims data for fiscal 2018 through 2023 is unaudited. Claims data for fiscal 2024 is audited.

**Cumulative Paid Claims and Allocated Claim Adjustment Expenses, Net of Reinsurance**

| Accident Year | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|
| 2018 | 8,970 | 11,638 | 14,825 | 15,012 | 15,263 | 15,264 | 15,260 |
| 2019 | | 8,838 | 12,689 | 15,150 | 16,766 | 16,809 | 16,851 |
| 2020 | | | 7,366 | 14,737 | 19,215 | 21,598 | 25,122 |
| 2021 | | | | 7,665 | 11,114 | 12,521 | 13,510 |
| 2022 | | | | | 11,040 | 14,831 | 16,829 |
| 2023 | | | | | | 10,572 | 18,444 |
| 2024 | | | | | | | 9,414 |
| | | | | | Total | Total | 115,430 |
| | | All outstanding liabilities before 2018, net of reinsurance | | | | | 57,647 |
| | | Liabilities for claims and claim adjustment expenses, net of reinsurance | | | | | 95,004 |

The reconciliation of the net incurred and paid claims development tables for the liability for claims and claims adjustment expenses is as follows:

| | March 31, 2024 |
|---|---|
| | (In thousands) |
| Liabilities for unpaid Property and Casualty claims and claim adjustment expenses, net of reinsurance | $ 95,004 |
| Total reinsurance recoverable on unpaid Property and Casualty claims | $ 36,188 |
| Total gross liability for unpaid Property and Casualty claims and claim adjustment expense | $ 131,192 |

F-47

Exhibit 1 to Decl. of James Burton
127
**SER 865**

Case 2:24-cv-00801-ODW-PVC    Document 89-7    Filed 04/07/25    Page 108 of 226
Page ID #:8201

Exhibit 1 to Decl. of James Burton

**SER 866**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The following is supplementary information about average historical claims duration as of March 31, 2024. The following is unaudited.

**Average Annual Percentage Payout of Incurred Claims by Age, net of Reinsurance**

| | (In percentages) | | | | | | |
|---|---|---|---|---|---|---|---|
| Years | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| Property and Casualty Insurance | 44.2 % | 22.3 % | 13.9 % | 6.5 % | 4.9 % | 0.1 % | — % |

**Note 26. Deferred Policy Acquisition Costs, Net**

The following tables present a rollforward of deferred policy acquisition costs related to long-duration contracts for the periods ended March 31, 2024 and 2023.

| | Year Ended March 31, 2024 | | | |
|---|---|---|---|---|
| | Deferred Annuities | Life Insurance | Health Insurance | Total |
| | (In thousands) | | | |
| Balance, beginning of year | $ 55,396 | $ 66,954 | $ 6,113 | $ 128,463 |
| Capitalization | 12,753 | 4,030 | 216 | 16,999 |
| Amortization expense | (13,401) | (8,559) | (2,278) | (24,238) |
| Balance, end of period | $ 54,748 | $ 62,425 | $ 4,051 | $ 121,224 |

| | Year Ended March 31, 2023 | | | |
|---|---|---|---|---|
| | Deferred Annuities | Life Insurance | Health Insurance | Total |
| | (In thousands) | | | |
| Balance, beginning of year | $ 55,261 | $ 67,573 | $ 8,596 | $ 131,430 |
| Capitalization | 18,316 | 6,529 | 356 | 25,201 |
| Amortization expense | (18,181) | (7,148) | (2,839) | (28,168) |
| Balance, end of period | $ 55,396 | $ 66,954 | $ 6,113 | $ 128,463 |

F-48

Exhibit 1 to Decl. of James Burton
129
**SER 867**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### Note 27. Life Insurance Liabilities

The following tables summarize balances and changes in the liability for future policy benefits for life insurance contracts and a reconciliation to policy benefits and losses, claims and loss expenses payable..

| | Year Ended March 31, | |
|---|---|---|
| | **2024** | **2023** |
| | (In thousands) | |
| **Present value of expected net premiums** | | |
| Balance, beginning of year | $ 223,118 | $ 280,371 |
| Beginning balance at original discount rate | $ 225,071 | $ 242,741 |
| Effect of changes in cash flow assumptions | — | — |
| Effect of actual variances from expected experience | (932) | (1,565) |
| Adjusted beginning of year balance | $ 224,139 | $ 241,176 |
| Issuances | 8,491 | 14,118 |
| Interest accrual | 11,185 | 12,131 |
| Net premium collected | (39,509) | (42,354) |
| Other | — | — |
| Ending balance at original discount rate | $ 204,306 | $ 225,071 |
| Effect of changes in discount rate assumptions (AOCI) | 1,083 | (1,953) |
| Balance, end of period | $ 205,389 | $ 223,118 |
| **Present value of expected future policy benefits** | | |
| Balance, beginning of year | $ 530,984 | $ 672,254 |
| Beginning balance at original discount rate | $ 533,689 | $ 552,109 |
| Effect of changes in cash flow assumptions | — | — |
| Effect of actual variances from expected experiences | (2,483) | (3,964) |
| Adjusted beginning of year balance | $ 531,206 | $ 548,145 |
| Issuances | 8,513 | 14,118 |
| Interest accrual | 26,507 | 27,572 |
| Benefit payments | (52,113) | (56,146) |
| Other | — | — |
| Ending balance at original discount rate | $ 514,113 | $ 533,689 |
| Effect of changes in discount rate assumptions (AOCI) | 8,009 | (2,705) |
| Balance, end of period | $ 522,122 | $ 530,984 |
| End of period, LFPB net | 316,733 | 307,866 |
| Payout annuities and market risk benefits | 31,337 | 31,060 |
| Health insurance | 12,201 | 13,484 |
| Life and annuity claims in course of settlement and claims incurred but not yet reported / Reinsurance losses payable | 27,432 | 29,534 |
| Life DPL / Other life and health | 9,208 | 9,973 |
| LFPB flooring effect | 7 | 51 |
| **Life Insurance end of period balance** | 396,918 | 391,968 |
| **Moving and Storage balance** | 319,716 | 335,227 |
| **Property and Casualty Insurance balance** | 132,479 | 153,007 |
| **Policy benefit and losses, claims and loss expense balance, end of period** | **849,113** | **880,202** |

F-49

Exhibit 1 to Decl. of James Burton
130

**SER 868**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The following tables provide the amount of undiscounted and discounted expected gross premiums and expected future benefits and expenses for life insurance contracts, it summarizes the actual experience and expected experience for mortality and lapses of the liability for future policy benefits for life insurance contracts and provides the weighted-average durations and interest rates of the liability for future policy benefits for life insurance contracts:

| | Year Ended March 31, | |
| | 2024 | 2023 |
| | (In thousands, except for percentages and weighted average information) | |
| **Expected gross premiums** | | |
| Undiscounted balance | $    367,640 | $    405,017 |
| Discounted balance at original discount rate | $    285,087 | $    311,988 |
| Discounted balance at current discount rate | $    286,295 | $    308,822 |
| **Expected policy benefits** | | |
| Undiscounted balance | $    742,927 | $    779,778 |
| Discounted balance at original discount rate | $    514,112 | $    533,688 |
| Discounted balance at current discount rate | $    522,121 | $    530,983 |
| **Mortality, lapses and morbidity** | | |
| Mortality actual experience | 4.49 % | 4.67 % |
| Mortality expected experience | 5.06 % | 4.80 % |
| Lapses actual experience | 2.10 % | 2.04 % |
| Lapses expected experience | 2.63 % | 2.52 % |
| **Premiums and interest expense** | | |
| Gross premiums (1) | $    52,909 | $    56,563 |
| Interest expense (2) | $    15,322 | $    15,441 |
| **Expected duration (persistency) of policies in-force (years)** | 6.8 | 7.0 |
| **Weighted average original interest rate of the liability for future policy benefits** | 4.99 % | 5.03 % |
| **Weighted average current interest rate of the liability for future policy benefits** | 5.03 % | 0.56 % |

(1) Gross premiums are related to life insurance and are included in Life insurance premiums.
(2) Interest expense is included in Policy benefits and losses, claims and loss expenses payable.

F-50

Exhibit 1 to Decl. of James Burton
131

**SER 869**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The following tables present the balances and changes in Liabilities from investment contracts account balances:

| | Year Ended March 31, 2024 |
|---|---|
| | (In thousands, except for the average credited rate) |
| **Policyholder contract deposits account balance** | |
| **Beginning of year** | $ 2,398,884 |
| Deposits received | 360,124 |
| Surrenders and withdrawals | (379,099) |
| Benefit payments | (39,990) |
| Interest credited | 71,433 |
| Other | — |
| **End of period** | $ 2,411,352 |
| **Weighted average credited rate** | 3.03 |
| **Cash surrender value** | $ 2,104,617 |

| | Year Ended March 31, 2023 |
|---|---|
| | (In thousands, except for the average credited rate) |
| **Policyholder contract deposits account balance** | |
| **Beginning of year** | $ 2,336,238 |
| Deposits received | 326,465 |
| Surrenders and withdrawals | (287,796) |
| Benefit payments | (33,548) |
| Interest credited | 57,525 |
| Other | — |
| **End of period** | $ 2,398,884 |
| **Weighted average credited rate** | 2.43 |
| **Cash surrender value** | $ 2,067,735 |

F-51

Exhibit 1 to Decl. of James Burton
132
**SER 870**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 28. Statutory Financial Information of Insurance Subsidiaries**

Applicable laws and regulations of the States of Arizona, Nevada, Texas and Oklahoma require Property and Casualty Insurance and Life Insurance to maintain minimum capital and surplus determined in accordance with statutory accounting principles. Statutory net income and statutory capital and surplus for the years ended are listed below:

| | | Years Ended March 31, | |
| --- | --- | --- | --- |
| | **2024** | **2023** | **2022** |
| | (In thousands) | | |
| Repwest: | | | |
| Statutory net income | $ 43,028 | $ 34,963 | $ 33,314 |
| Statutory capital and surplus | 342,026 | 294,515 | 266,875 |
| ARCOA: | | | |
| Statutory net income (loss) | 1,891 | 2,319 | (752) |
| Statutory capital and surplus | 16,063 | 13,340 | 14,697 |
| Oxford: | | | |
| Statutory net income (loss) | 212 | (771) | 23,217 |
| Statutory capital and surplus | 247,039 | 227,667 | 230,202 |
| CFLIC: | | | |
| Statutory net income | 2,050 | 3,637 | 6,019 |
| Statutory capital and surplus | 22,478 | 20,591 | 17,098 |
| NAI: | | | |
| Statutory net income | 887 | 1,017 | 1,874 |
| Statutory capital and surplus | 9,775 | 8,906 | 7,961 |

The amount of dividends that can be paid to shareholders by Oxford and Repwest which are domiciled in the State of Arizona is limited. There are restrictions on the ability of our insurance subsidiaries to transfer funds to us in the form of cash dividends, loans or advances. Their ordinary dividends are limited to the lower of 10% of prior year statutory surplus or prior year net income. Any extraordinary dividend, loans or advances to us from the insurance subsidiaries must be approved by the domiciliary insurance commissioner. Any dividend in excess of the limit requires prior regulatory approval. The statutory surplus for Repwest as of March 31, 2024 that could be distributed as ordinary dividends in fiscal 2025 is $34.2 million. The statutory surplus for Oxford as of March 31, 2024 that could be distributed as ordinary dividends in fiscal 2025 is $0.2 million. Repwest did not pay a dividend to U-Haul Holding Company in fiscal 2024, 2023 or 2022. Oxford did not pay a dividend to U-Haul Holding Company in fiscal 2024, 2023 or 2022. Restricted net assets for Property and Casualty Insurance and Life Insurance were $101.2 million and $95.8 million as of March 31, 2024 and 2023, respectively.

For our insurance subsidiaries, statutory accounting principles ("SAP") differ from GAAP primarily in that: (i) premiums from deferred annuities are recognized as revenue under SAP, while they are accounted for as liabilities from investment contracts under GAAP; (ii) policy acquisition costs are expensed as incurred under SAP, while DAC is amortized on a constant-level basis over the expected term of the grouped contracts under GAAP; (iii) policy benefits and losses are established using different actuarial assumptions; and (iv) investments are valued on a different basis and valuation allowances attributable to investments are different. In addition, certain assets are not admitted under SAP and are charged directly to surplus.

F-52

Exhibit 1 to Decl. of James Burton

133

**SER 871**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

### Note 29. ASU 2018-12 Transition

The Company adopted ASU 2018-12 for the liability for future policy benefits, DAC and other balances amortized on a basis consistent with DAC by applying the guidance to contracts in-force on the basis of their existing carrying amounts at the transition date.

The following tables present the effect of the adoption of ASU 2018-12 on selected consolidated balance sheet data for the fiscal years ended March 31, 2023 and 2022.

| | Year Ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | (In thousands) | |
| **Total Assets** | | |
| Prior to adoption | $ 18,124,648 | $ 17,299,581 |
| Effect of adoption: | | |
| Derecognition of shadow DAC | (25,141) | 26,131 |
| Re-measurement due to discount rate | — | — |
| Other adjustments | 1,227 | 1,471 |
| **Subtotal** | $ (23,914) | $ 27,602 |
| **After adoption** | $ 18,100,734 | $ 17,327,183 |

| | Year Ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | (In thousands) | |
| **Total Liabilities** | | |
| Prior to adoption | $ 11,596,313 | $ 11,347,089 |
| Effect of adoption: | | |
| Deferred income tax adjustment on Shadow removal | (5,280) | 5,488 |
| Re-measurement due to discount rate | (1,626) | 87,258 |
| Deferred income tax adjustment on discount rate | 342 | (18,324) |
| Other adjustments | 6,794 | 8,511 |
| **Subtotal** | $ 230 | $ 82,933 |
| **After adoption** | $ 11,596,543 | $ 11,430,022 |

| | Year Ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | (In thousands) | |
| **Accumulated other comprehensive income (loss)** | | |
| Prior to adoption | $ (267,046) | $ 46,384 |
| Effect of adoption: | | |
| Derecognition on shadow DAC | (19,861) | 20,644 |
| Re-measurement due to discount rate | 1,626 | (87,258) |
| Re-measurement due to discount rate (tax effect) | (342) | 18,324 |
| Other adjustments | — | — |
| **Subtotal** | $ (18,577) | $ (48,290) |
| **After adoption** | $ (285,623) | $ (1,906) |

F-53

---

Exhibit 1 to Decl. of James Burton
134
**SER 872**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Years Ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | (In thousands) | |
| **Total Stockholders' equity** | | |
| Prior to adoption | $ 6,528,335 | $ 5,952,492 |
| Effect of adoption: | | |
| Derecognition on shadow DAC | (19,861 ) | 20,644 |
| Re-measurement due to discount rate (tax effect) | 1,284 | (68,934 ) |
| Other adjustments | (5,567 ) | (7,041 ) |
| **Subtotal** | $ (24,144 ) | $ (55,331 ) |
| **After adoption** | $ 6,504,191 | $ 5,897,161 |

The impacts from the adoption of ASU 2018-12 on the Company's previously reported results included in these financial statements are as follows.

Condensed Consolidated Balance Sheet

| | Year ended March 31, 2023 | | |
| --- | --- | --- | --- |
| | As previously reported | Adoption impact | As adjusted |
| | (In thousands) | | |
| Deferred policy acquisition costs, net | $ 152,377 | (23,914 ) | $ 128,463 |
| Total assets | 18,124,648 | (23,914 ) | 18,100,734 |
| Policy benefits and losses, claims and loss expenses payable | 875,034 | 5,168 | 880,202 |
| Deferred income taxes, net | 1,334,427 | (4,938 ) | 1,329,489 |
| Total liabilities | 11,596,313 | 230 | 11,596,543 |
| Accumulated other comprehensive loss | (267,046 ) | (18,577 ) | (285,623 ) |
| Retained earnings | 7,008,715 | (5,567 ) | 7,003,148 |
| Total stockholders' equity | 6,528,335 | (24,144 ) | 6,504,191 |
| Total liabilities and stockholders' equity | 18,124,648 | (23,914 ) | 18,100,734 |

Condensed Consolidated Statement of Operations

| | Year ended March 31, 2023 | | |
| --- | --- | --- | --- |
| | As previously reported | Adoption impact | As adjusted |
| | (In thousands) | | |
| Benefits and losses | $ 165,553 | (1,474 ) | $ 164,079 |
| Pretax earnings | 1,217,923 | 1,474 | 1,219,397 |
| Net earnings available to common stockholders | 922,998 | 1,474 | 924,472 |
| Basic and diluted earnings per share of Common Stock | 5.54 | — | 5.54 |
| Basic and diluted earnings per share of Non-Voting Common Stock | 4.62 | — | 4.62 |

F-54

Exhibit 1 to Decl. of James Burton
135
**SER 873**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | Year ended March 31, 2022 | | |
| --- | --- | --- | --- |
| | As previously reported | Adoption impact | As adjusted |
| | (In thousands) | | |
| Benefits and losses | $ 186,647 | (1,076) $ | 185,571 |
| Pretax earnings | 1,475,497 | 1,076 | 1,476,573 |
| Net earnings available to common stockholders | 1,123,286 | 1,076 | 1,124,362 |
| Basic and diluted earnings per share of Common Stock | 7.08 | — | 7.08 |
| Basic and diluted earnings per share of Non-Voting Common Stock | 5.58 | — | 5.58 |

The following table presents the Company's consolidated balance sheet, both before and after the Transition date.

| | April 1, 2021 | March 31, 2021 |
| --- | --- | --- |
| | (In thousands) | |
| Deferred policy acquisition costs, net | $ 131,187 $ | 89,749 |
| Total assets | 14,693,044 | 14,651,606 |
| Policy benefits and losses, claims and loss expenses payable | 1,040,951 | 909,701 |
| Deferred income taxes, net | 1,182,123 | 1,199,280 |
| Total liabilities | 9,846,608 | 9,732,515 |
| Accumulated other comprehensive income | 42,319 | 106,857 |
| Retained earnings | 5,017,451 | 5,025,568 |
| Total stockholders' equity | 4,846,436 | 4,919,091 |
| Total liabilities and stockholders' equity | 14,693,044 | 14,651,606 |

The following tables present the balances of and changes in deferred acquisition costs, future policy benefits and market risk benefits and balances amortized on a basis consistent with DAC on April 1, 2021 due to the adoption of ASU 2018-12 by Oxford.

| Deferred Policy Acquisition Costs | Deferred Annuities | Life Insurance | Health Insurance | Total |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Balance, end of year March 31, 2021 | $ 15,654 $ | 64,552 $ | 9,543 $ | 89,749 |
| Adjustments for removal of related balances in accumulated other comprehensive income | 41,438 | — | — | 41,438 |
| Adjusted balance, beginning of year April 1, 2021 | $ 57,092 $ | 64,552 $ | 9,543 $ | 131,187 |

| Future Policy Benefit | Deferred Annuities | Life Insurance | Health Insurance | Total |
| --- | --- | --- | --- | --- |
| | (In thousands) | | | |
| Balance, end of year March 31, 2021 | $ 8,370 $ | 310,311 $ | 18,341 $ | 337,022 |
| Change in discount rate assumptions | 2,307 | 115,978 | 4,847 | 123,132 |
| Change in cash flow assumptions, effect of net premiums exceeding gross premiums | — | 1,747 | — | 1,747 |
| Change in cash flow assumptions, effect of decrease of the deferred profit liability | — | 2,580 | — | 2,580 |
| Adjusted balance, beginning of year April 1, 2021 | $ 10,677 $ | 430,616 $ | 23,188 $ | 464,481 |

F-55

Exhibit 1 to Decl. of James Burton

136

**SER 874**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| Market Risk Benefits | Deferred Annuities |
|---|---|
| | **(In thousands)** |
| **Balance, end of year March 31, 2021** | $ 7,339 |
| Adjustment for the difference between carrying amount and fair value, except for the difference due to instrument-specific credit risk | 3,791 |
| **Adjusted balance, beginning of year April 1, 2021** | $ 11,130 |

The following table presents the effect of transition adjustments on stockholders' equity as of April 1, 2021 due to the adoption of ASU 2018-12.

| | Retained Earnings | Accumulated Other Comprehensive Loss |
|---|---|---|
| | **(In thousands)** | |
| Liability for future policy benefits | $ (4,326) | $ (123,132) |
| Market risk benefits | (3,791) | — |
| Deferred acquisition costs and related asset balances | — | 41,438 |
| Tax effect | — | 17,156 |
| **Total** | $ (8,117) | $ (64,538) |

F-56

Exhibit 1 to Decl. of James Burton
137

**SER 875**

**SCHEDULE I**

**CONDENSED FINANCIAL INFORMATION OF U-HAUL HOLDING COMPANY**

**(PARENT COMPANY ONLY)**

**BALANCE SHEETS**

| | March 31, | |
|---|---|---|
| | 2024 | 2023 |
| | (In thousands) | |
| **ASSETS** | | |
| Cash and cash equivalents | $ 975,109 | $ 1,662,790 |
| Investment in subsidiaries | 4,784,174 | 4,551,742 |
| Related party assets | 3,856,766 | 2,482,280 |
| Other assets | 253,133 | 403,191 |
| Total assets | $ 9,869,182 | $ 9,100,003 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Liabilities: | | |
| Other liabilities | $ 2,702,780 | $ 2,601,631 |
| | 2,702,780 | 2,601,631 |
| Stockholders' equity: | | |
| Preferred stock | — | — |
| Voting Common stock | 10,497 | 10,497 |
| Non-Voting Common Stock | 176 | 176 |
| Additional paid-in capital | 462,758 | 453,853 |
| Accumulated other comprehensive income (loss) | (229,259) | (291,442) |
| Retained earnings: | | |
| Beginning of period | 7,002,938 | 6,112,191 |
| Net earnings | 628,707 | 924,472 |
| Common Stock Dividends | — | (19,608) |
| Non-Voting Common Stock dividends | (31,765) | (14,117) |
| End of period | 7,599,880 | 7,002,938 |
| Cost of common shares in treasury | (525,653) | (525,653) |
| Cost of preferred shares in treasury | (151,997) | (151,997) |
| Total stockholders' equity | 7,166,402 | 6,498,372 |
| Total liabilities and stockholders' equity | $ 9,869,182 | $ 9,100,003 |

The accompanying notes are an integral part of these condensed financial statements.

F-57

Exhibit 1 to Decl. of James Burton
138

**SER 876**

**CONDENSED FINANCIAL INFORMATION OF U-HAUL HOLDING COMPANY**

**(PARENT COMPANY ONLY)**

**STATEMENTS OF OPERATIONS**

| | Years Ended March 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | **(In thousands, except share and per share data)** | | |
| Revenues: | | | |
| Net interest income and other revenues | $ 105,624 | $ 54,823 | $ 1,516 |
| Expenses: | | | |
| Operating expenses | 12,834 | 13,937 | 5,517 |
| Other expenses | 125 | 127 | 115 |
| Total expenses | 12,959 | 14,064 | 5,632 |
| Equity in earnings of subsidiaries | 160,302 | 582,517 | 1,012,917 |
| Interest income | 519,070 | 413,170 | 131,400 |
| Pretax earnings | 772,037 | 1,036,446 | 1,140,201 |
| Income tax expense | (143,330) | (111,974) | (15,839) |
| Net earnings available to common shareholders | $ 628,707 | $ 924,472 | $ 1,124,362 |
| Basic and diluted earnings per share of Common Stock | $ 3.04 | $ 5.54 | $ 7.08 |
| Weighted average shares outstanding of Common Stock: Basic and diluted | 19,607,788 | 19,607,788 | 19,607,788 |
| Basic and diluted earnings per share of Series N Non-Voting Common Stock | $ 3.22 | $ 4.62 | $ 5.58 |
| Weighted average shares outstanding of Series N Non-Voting Common Stock: Basic and diluted | 176,470,092 | 176,470,092 | 176,470,092 |

The accompanying notes are an integral part of these condensed financial statements.

F-58

Exhibit 1 to Decl. of James Burton

139

**SER 877**

**CONDENSED FINANCIAL INFORMATION OF U-HAUL HOLDING COMPANY**

**(PARENT COMPANY ONLY)**

**STATEMENTS OF COMPREHENSIVE INCOME**

| | Years Ended March 31, | | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | (In thousands) | | |
| Net earnings | $ 628,707 | $ 924,472 | $ 1,124,362 |
| Other comprehensive income (loss) | 62,183 | (288,339) | (41,133) |
| Total comprehensive income | $ 690,890 | $ 636,133 | $ 1,083,229 |

The accompanying notes are an integral part of these condensed financial statements.

F-59

Exhibit 1 to Decl. of James Burton

140

**SER 878**

**CONDENSED FINANCIAL INFORMATION OF U-HAUL HOLDING COMPANY**

**(PARENT COMPANY ONLY)**

**STATEMENTS OF CASH FLOW**

| | | Years Ended March 31, | |
|---|---|---|---|
| | **2024** | **2023** | **2022** |
| | **(In thousands)** | | |
| Cash flows from operating activities: | | | |
| Net earnings | $ 628,707 | $ 924,472 | $ 1,124,362 |
| Change in investments in subsidiaries | (160,302) | (582,517) | (1,012,917) |
| Adjustments to reconcile net earnings to cash provided by operations: | | | |
| Depreciation | 4 | 3 | 1 |
| Amortization of debt issuance costs | 859 | 859 | 292 |
| Deferred income taxes | 98,823 | 137,159 | 106,869 |
| Net change in other operating assets and liabilities: | | | |
| Prepaid expenses | 8,888 | 6,120 | 234,490 |
| Other assets | (10,753) | (2,884) | (4) |
| Related party assets | — | (120) | (240) |
| Accounts payable and accrued expenses | 479 | (2,499) | 5,461 |
| Net cash provided by operating activities | 566,705 | 480,593 | 458,314 |
| | | | |
| Cash flows from investing activities: | | | |
| Purchases of property, plant and equipment | (3) | (1) | (11) |
| Purchase of fixed maturities securities available-for-sale | (170,317) | (224,999) | — |
| Purchase of investments, other | (1,000) | — | — |
| Proceeds from fixed maturities securities available-for-sale | 322,330 | — | — |
| Net cash provided (used) by investing activities | 151,010 | (225,000) | (11) |
| | | | |
| Cash flows from financing activities: | | | |
| Borrowings from credit facilities | — | — | 1,200,000 |
| Principal repayments on credit facilities | — | — | — |
| Debt issuance costs | — | — | (8,468) |
| Proceeds from (repayments) of intercompany loans | (1,373,275) | (637,585) | (284,438) |
| Common stock dividends paid | — | (19,608) | (29,412) |
| Non-Voting Common Stock dividends paid | (31,765) | (14,117) | — |
| Net contribution from related party | — | — | — |
| Net cash provided (used) by financing activities | (1,405,040) | (671,310) | 877,682 |
| | | | |
| Effects of exchange rate on cash | (356) | (6,940) | (1,591) |
| Increase (decrease) in cash and cash equivalents | (687,681) | (422,657) | 1,334,394 |
| Cash and cash equivalents at beginning of period | 1,662,790 | 2,085,447 | 751,053 |
| Cash and cash equivalents at end of period | $ 975,109 | $ 1,662,790 | $ 2,085,447 |

Income taxes paid (received) amounted to $68.6 million, $145.7 million and $(4.5) million for fiscal 2024, 2023 and 2022, respectively.

The accompanying notes are an integral part of these condensed financial statements.

F-60

Exhibit 1 to Decl. of James Burton

141

**SER 879**

**CONDENSED FINANCIAL INFORMATION OF U-HAUL HOLDING COMPANY**

**(PARENT COMPANY ONLY)**

**NOTES TO CONDENSED FINANCIAL INFORMATION**

**MARCH 31, 2024, 2023, AND 2022**

**1.  Summary of Significant Accounting Policies**

U-Haul Holding Company, a Nevada corporation, was incorporated in April, 1969, and is the holding Company for U-Haul International, Inc., Amerco Real Estate Company, Repwest Insurance Company and Oxford Life Insurance Company. The financial statements of the Registrant should be read in conjunction with the Consolidated Financial Statements and notes thereto included in this Annual Report.

U-Haul Holding Company is included in a consolidated Federal income tax return with all of its U.S. subsidiaries. Accordingly, the provision for income taxes has been calculated for Federal income taxes of U-Haul Holding Company and subsidiaries included in the consolidated return of U-Haul Holding Company. State taxes for all subsidiaries are allocated to the respective subsidiaries.

The financial statements include only the accounts of U-Haul Holding Company, which include certain of the corporate operations of U-Haul Holding Company. The interest in U-Haul Holding Company's majority owned subsidiaries is accounted for using the equity method. The intercompany interest income and expenses are eliminated in the Consolidated Financial Statements.

Life Insurance and Property and Casualty Insurance have restrictions on their ability to transfer funds to us in the form of cash dividends, loans or advances.

**2. Guarantees and Long-Term Obligations**

U-Haul Holding Company is a borrower of $1,200.0 million of fixed rate senior unsecured private placement notes, with maturities between 2029 and 2035. U-Haul Holding Company has guaranteed performance of all notes, loans and finance leases payable of U-Holding Company and its subsidiaries. Certain of the guarantees are non-recourse guarantees where U-Haul Holding Company is not responsible for payment of the loan unless certain carveouts are violated.

F-61

Exhibit 1 to Decl. of James Burton
142
**SER 880**

**SCHEDULE II**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**
**VALUATION AND QUALIFYING ACCOUNTS**

| | Balance at Beginning of Year | Additions Charged to Costs and Expenses | Additions Charged to Other Accounts | Deductions | Balance at Year End |
|---|---|---|---|---|---|
| **Year ended March 31, 2024** | | (In thousands) | | | |
| Allowance for LIFO (deducted from inventory) | $ 47,065 | $ — | $ — | $ (734) | $ 46,331 |
| **Year ended March 31, 2023** | | | | | |
| Allowance for obsolescence (deducted from inventory) | $ 1,080 | $ — | $ — | $ (151) | $ 929 |
| Allowance for LIFO (deducted from inventory) | $ 37,400 | $ 9,665 | $ — | $ — | $ 47,065 |
| **Year ended March 31, 2022** | | | | | |
| Allowance for obsolescence (deducted from inventory) | $ 1,416 | $ — | $ — | $ (336) | $ 1,080 |
| Allowance for LIFO (deducted from inventory) | $ 21,832 | $ 15,568 | $ — | $ — | $ 37,400 |

F-62

Exhibit 1 to Decl. of James Burton
143
**SER 881**

**SCHEDULE V**

**U-HAUL HOLDING COMPANY AND CONSOLIDATED SUBSIDIARIES**

**SUPPLEMENTAL INFORMATION (FOR PROPERTY-CASUALTY INSURANCE OPERATIONS)**

**YEARS ENDED MARCH 31, 2024, 2023, AND 2022**

| Fiscal Year | Affiliation with Registrant | Deferred Policy Acquisition Cost | Reserves for Unpaid Claims and Adjustment Expenses | Discount if any, Deducted | Unearned Premiums | Net Earned Premiums (1) | Net Investment Income (2) | Claim and Claim Adjustment Expenses Incurred Related to Current Year | Claim and Claim Adjustment Expenses Incurred Related to Prior Year | Amortization of Deferred Policy Acquisition Costs | Paid Claims and Claim Adjustment Expense | Net Premiums Written (1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | (In thousands) | | | | | | |
| 2024 | Consolidated property casualty entity | $ — | $ 131,192 | $ — | 158 | $ 97,927 | $ 25,158 | $ 25,396 | $ (13,153 ) | $ — | $ 27,783 | $ 98,085 |
| 2023 | Consolidated property casualty entity | — | 151,874 | — | (97 ) | 96,242 | 7,314 | 27,570 | (5,828 ) | — | 22,965 | 96,145 |
| 2022 | Consolidated property casualty entity | — | 159,162 | — | 334 | 89,667 | 24,385 | 28,980 | (6,290 ) | — | 24,012 | 90,002 |

(1)  There were $3.2 million, $2.9 million and $3.4 million in written premiums and $3.1 million, $3.0 million and $3.1 million in earned premiums.

(2)  Net Investment Income excludes net realized (gains) losses on investments of $0.0 million, $0.1 million and ($1.0) million for the years ended March 31, 2024, 2023 and 2022, respectively.

F-63

Exhibit 1 to Decl. of James Burton

144

**SER 882**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**U-Haul Holding Company**

| | |
|---|---|
| Date:  May 30, 2024 | /s/ Edward J. Shoen |
| | Edward J. Shoen |
| | President and Chairman of the Board |
| | (Principal Executive Officer) |
| | |
| Date:  May 30, 2024 | /s/ Jason A. Berg |
| | Jason A. Berg |
| | Chief Financial Officer |
| | (Principal Financial Officer) |
| | |
| Date:  May 30, 2024 | /s/ Maria L. Bell |
| | Maria L. Bell |
| | Chief Accounting Officer |
| | (Principal Accounting Officer) |

F-64

Exhibit 1 to Decl. of James Burton
145

**SER 883**

POWER OF ATTORNEY

**KNOW ALL BY THESE PRESENTS,** that each person whose signature appears below constitutes and appoints Edward J. Shoen his true and lawful attorney-in-fact and agent, with full power of substitution and resubstitution, for him and in his name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto and other documents in connection therewith with the Securities and Exchange Commission, granting unto said attorney-in-fact and agent full power and authority to do and perform each and every act or things requisite and necessary to be done in connection therewith as fully and to all intents and purposes as he might or could do in person hereby ratifying and confirming all that said attorney-in-fact and agent, or his substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Edward J. Shoen | President and Chairman of the Board | May 30, 2024 |
| Edward J. Shoen | | |
| /s/ Jason A. Berg | Chief Financial Officer | May 30, 2024 |
| Jason A. Berg | | |
| /s/ Maria L. Bell | Chief Accounting Officer | May 30, 2024 |
| Maria L. Bell | | |
| /s/ James E. Acridge | Director | May 30, 2024 |
| James E. Acridge | | |
| /s/ John P. Brogan | Director | May 30, 2024 |
| John P. Brogan | | |
| /s/ James J. Grogan | Director | May 30, 2024 |
| James J. Grogan | | |
| /s/ Richard J. Herrera | Director | May 30, 2024 |
| Richard J. Herrera | | |
| /s/ Karl A. Schmidt | Director | May 30, 2024 |
| Karl A. Schmidt | | |
| /s/ Roberta R. Shank | Director | May 30, 2024 |
| Roberta R. Shank | | |
| /s/ Samuel J. Shoen | Director | May 30, 2024 |
| Samuel J. Shoen | | |

F-65

Exhibit 1 to Decl. of James Burton
146
**SER 884**

<u>PROPERTY MANAGEMENT AGREEMENT</u>

THIS PROPERTY MANAGEMENT AGREEMENT (this "<u>Agreement</u>") is entered into as of February 12, 2024 by and among **Mercury Storage 1-A, LLC**, a Nevada limited liability company ("<u>Owner</u>"), and the **subsidiaries of U-Haul International, Inc.** set forth on the signature block hereto (each a "<u>Manager</u>" and collectively "<u>Managers</u>").

<u>RECITALS</u>

A.   Owner holds the leasehold interest in the real property and all improvements thereon and appurtenances thereto located at the street addresses identified on **<u>Exhibit A</u>** hereto (hereinafter, collectively the "Property").

B.   Owner intends that the Property be rented on a space-by-space retail basis to individuals, business entities, or other entities for use as self-storage and portable storage facilities.

C.   Owner desires that Manager manage the Property and Manager desires to act as the property manager for the Property, all in accordance with the terms and conditions of this Agreement.

D.   The parties agree that this Agreement supersedes and replaces any other property management agreement ("Prior Agreement") between the parties hereto and/or their respective predecessors in interest, as the case may be, with respect to the Property, any such Prior Agreement is hereby terminated as of the date hereof.

NOW, THEREFORE, in consideration of the mutual covenants herein contained, the parties hereto hereby agree as follows.

1.   **<u>Employment.</u>**

a.   Owner hereby retains Manager, and Manager agrees to act as manager of the Property upon the terms and conditions hereinafter set forth.

b.   Owner acknowledges that Manager, and/or Manager affiliates, is in the business of managing self-storage and portable-storage facilities and businesses conducted thereat, including, but not limited to, the sale of packing supplies and rental of trucks and equipment, both for its own account and for the account of others. It is hereby expressly agreed that notwithstanding this Agreement, Manager and such affiliates may continue to engage in such activities, may manage facilities other than those presently managed by Manager and its affiliates (whether or not such other facilities may be in direct or indirect competition with Owner), and may in the future engage in other business which may compete directly or indirectly with activities of Owner.

c.   In the performance of its duties under this Agreement, Manager shall occupy the position of an independent contractor with respect to Owner. Nothing contained herein shall be construed as making the parties hereto (or any of them) partners or co-parties to a joint venture, nor construed as making Manager an employee of Owner.

Exhibit 1 to Decl. of James Burton
147
**SER 885**

2.  **Duties and Authority of Manager**. Manager shall have the following duties and authority, subject to the terms and conditions of this Agreement, on behalf of and as agent of the Owner:

a.  <u>General Duties and Authority</u>.  Manager shall have the sole and exclusive duty and authority to fully manage the Property and supervise and direct the business and affairs associated or related to the daily operation thereof, to collect on behalf of Owner all revenues related to the Property, to pay on behalf of Owner all expenses of the Property, and to execute on behalf of Owner such documents and instruments as, in the sole judgment of Manager, are reasonably necessary or advisable under the circumstances in order to fulfill Manager's duties hereunder.  Such duties and authority shall include, without limitation, those set forth below. Notwithstanding the foregoing or any other term or provision herein, upon notice to Manager, Owner shall have the right to assume responsibility for the direct payment of certain expenses of Owner, as may be determined by Owner.  In such event, Owner shall provide an accounting of such costs to Manager.  In the event Owner fails to provide such accounting to Manager, Manager shall assume no liability for nonpayment for such expenses so assumed by Owner. The parties acknowledge and agree that Owner will retain title to, ownership of, and exclusive right to control the Property, subject to the terms of this Agreement, and that portion of the Gross Revenue (as hereinafter defined) owned by Owner ("Owner's Revenue"); and that Manager will not acquire title to, any interest in, or any income or revenues from the Property or Owner's Revenue. For purposes of this Agreement, Owner's Revenue consists of the revenue from portable and self-storage operations (excluding U-Box delivery fees), retail sales, miscellaneous income and the commissions ("U-Move Commissions") paid to Owner pursuant to the terms of that Dealership Contract between Owner and Manager dated as of the date hereof (the "Dealer Contract"), in each case with respect to the Property. In performing its services and making any payments hereunder, Manager will make known to third parties that Manager is acting solely as the agent of Owner. Under no circumstances will Manager represent or hold itself out to any third party as having any title to or property interest in the Property or Owner's Revenue. Manager shall perform all of its obligations under this Agreement in a professional manner consistent with the standards it employs at all of its managed locations.

b.  <u>Renting of the Property</u>.  Manager shall establish policies and procedures for the marketing activities for the Property, and shall advertise the Property through such media as Manager deems advisable. Manager's marketing activities for the Property shall be consistent with the scope and quality implemented by Manager and its affiliates at any other properties operated by Manager or its affiliates.  Manager shall have the sole discretion, which discretion shall be exercised in good faith, to establish the terms and conditions of occupancy by the tenants of the Property, and Manager is hereby authorized to enter into rental agreements on behalf and for the account of Owner with such tenants and to collect rent from such tenants on behalf and for the account of Owner. Manager may jointly advertise the Property with other properties owned or managed by Manager or its affiliates, and in that event, Manager shall reasonably allocate the cost of such advertising among such properties.

c.  <u>Repair, Maintenance, and Improvements</u>. Manager shall make, execute, supervise, and have control over the making and executing of all decisions concerning the acquisition of furniture, fixtures, and supplies for the Property, and may purchase, lease, or otherwise acquire the same and which items shall be owned by Manager. Manager shall make and execute, or supervise and have control over the making and executing, of all decisions concerning the maintenance, repair, and landscaping of the Property, provided, however, that such maintenance, repair, and landscaping shall be consistent with that of other properties operated by Manager or its

Exhibit 1 to Decl. of James Burton
148
**SER 886**

affiliates.  Manager shall, on behalf of Owner, negotiate and contract for and supervise the installation of all capital improvements related to the Property; provided, however, that Manager agrees to secure the prior written approval of Owner on all such expenditures in excess of $10,000.00 for any one item, except monthly or recurring operating charges and/or emergency repairs if in the opinion of Manager such emergency repairs are necessary to protect the Property from damage or to maintain services to the Owner or any customers.  In the event such emergency repairs exceed $10,000, Manager shall notify Owner and the insurer as applicable of the cost estimate for such work.

d.  <u>Personnel</u>.  Manager shall select all vendors, suppliers, contractors, subcontractors, and employees with respect to the Property and shall hire, discharge, and supervise all labor and employees required for the operation and maintenance of the Property.  Any employees so hired shall be employees of Manager, and shall be carried on the payroll of Manager.  Employees may include, but need not be limited to, on-site resident managers, on-site assistant managers, and relief managers located, rendering services, or performing activities on the Property in connection with its operation and management.  The cost of employing such persons shall not exceed prevailing rates for comparable persons performing the same or similar services with respect to real estate similar to the Property in the general vicinity of each respective Property.  Manager shall be responsible for all legal and insurance requirements relating to its employees.

e.  <u>Service Agreements</u>.  Manager shall negotiate and execute on behalf of Owner such agreements which Manager deems necessary or advisable for the furnishing of utilities, services, concessions, and supplies, for the maintenance, repair, and operation of the Property and such other agreements which may benefit the Property or be incidental to the matters for which Manager is responsible hereunder.

f.  <u>Other Decisions</u>.  Manager shall make the decisions in connection with the day-to-day operations of the Property.

g.  <u>Regulations and Permits</u>.  Manager shall comply in all respects with any statute, ordinance, law, rule, regulation, or order of any governmental or regulatory body pertaining to the Property (collectively, "Laws"), respecting the use of the Property or the maintenance or operation thereof, the non-compliance with which could reasonably be expected to have a material adverse effect on Owner or any Property.  Manager shall apply for and obtain and maintain, on behalf of Owner, all licenses and permits required or advisable (in the reasonable judgment of Manager) in connection with the management and operation of the Property.  Notwithstanding the foregoing, Manager shall be permitted to contest any Applicable Laws to the extent and pursuant to the same conditions that Owner is permitted to contest any Laws.  To the extent that Manager does not comply, Manager will be responsible for the costs and penalties incurred as a result of the non-compliance.

h.  <u>Records and Reports of Disbursements and Collections</u>.  Manager shall establish, supervise, direct, and maintain the operation of a system of cash record keeping and bookkeeping with respect to all receipts and disbursements and all business activities and operations conducted by Manager in connection with the management and operation of the Property.  Manager shall be responsible for cash shortages and discrepancies incurred in the normal course of management operations.  The books, records, and accounts shall be maintained at the Manager's office or at Owner's office, or at such other location as Manager and Owner shall determine, and shall be available and open to examination and audit quarterly by Owner, its representatives, its lender, if any ("Lender") or such Lender's representative.  Manager shall cause to be prepared and delivered to Owner a monthly statement on a per-Property basis of receipts, expenses, and

Exhibit 1 to Decl. of James Burton
149
**SER 887**

charges, and any other information as reasonably required by Owner to prepare its financial statements, together with a statement on a per-Property basis of the disbursements made by Manager during such period on Owner's behalf, which shall include separate lines for prepaid items and inventory. Manager shall provide Owner with rent rolls and occupancy reports if requested.

i.  <u>Collection</u>.  Manager shall be responsible for the billing and collection of all receipts and for payment of all expenses with respect to the Property and shall be responsible for establishing policies and procedures to minimize the amount of bad debts. Bad debt incurred as a result of non-compliance with management policies and procedures (such as improper verifications or acceptance of bad credit cards or bad checks) will be the responsibility of Manager.

j.  <u>Legal Actions</u>. Manager shall cause to be instituted, on behalf and in its name or in the name of Owner as appropriate, any and all legal actions or proceedings Manager deems necessary or advisable in connection with the Property, including without limitation, to collect charges, rent, or other income due to Owner with respect to the Property and to oust or dispossess tenants where appropriate or other persons unlawfully in possession under any lease, license, concession agreement, or otherwise, and to collect damages for breach thereof or default thereunder by such Owner, licensee, concessionaire, or occupant.

k.  <u>Insurance</u>.  Manager will insure, on its Master Policy, against all liabilities at the Property at Manager's sole cost and expense ("General Liability Insurance"). Any deductibles or self-insured retentions with respect to the General Liability Insurance shall be at Manager's (or Manager's U-Haul affiliates') responsibility and sole cost and expense. Manager will insure equipment at Manager's cost, as determined by Manager. If requested by Owner, Manager will obtain for Owner, at Owner's sole cost and expense, a policy of property insurance ("Property and Casualty Insurance"). Any such Property & Casualty Insurance shall meet Lender's required coverage, to include earthquake, flood, and other Lender requirements, as the case may be, and shall be the cost of Owner.

l.  <u>Taxes</u>.  During the term of this Agreement, Manager shall pay on behalf of Owner, prior to delinquency, real estate taxes, personal property taxes, and other taxes assessed to or levied upon the Property, but only in the event requested by Owner. If requested, Manager will charge to Owner an expense monthly equal to 1/12 of annual real property taxes.

m.  <u>Limitations on Manager Authority</u>. Notwithstanding anything to the contrary set forth in this Section 2, Manager shall not, without obtaining the prior written consent of Owner, (i) rent storage space in the Property by written lease or agreement for a stated term in excess of one year unless such lease or agreement is terminable by the giving of not more than thirty (30) days' written notice, (ii) alter the building or other structures of the Property in violation of loan documents executed by Owner in connection with the Property ("Loan Documents"); (iii) enter on behalf of Owner any other agreements which exceed a term of one year and are not terminable on thirty (30) days' notice at the will of Owner, without penalty, payment, or surcharge; (iv) act in violation of any Law, (v) violate any term or condition of the Loan Documents; (vi) fail to correct any misunderstanding of any third party of which Manager becomes aware as to the separateness of Owner and Manager; or (vii) exercise any authority to act on behalf of Owner, or hold itself out has having such authority, beyond the actual scope of authority granted by Owner.

n.  <u>Shared Expenses</u>. Owner acknowledges that certain economies may be achieved with respect to certain expenses to be incurred by Manager on behalf of Owner hereunder if materials, supplies, insurance, or services are purchased by Manager in quantity for use not only in connection with Owner's business at the Property but in connection with other properties owned or managed by

Exhibit 1 to Decl. of James Burton
150
**SER 888**