No. 25-5327

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs-Appellants*,

v.

LIANE M. RANDOLPH, IN HER OFFICIAL CAPACITY AS CHAIR OF THE CALIFORNIA
AIR RESOURCES BOARD, *et al.*,

*Defendants-Appellees.*

**On Appeal from the United States District Court
for the Central District of California**
No. 2:24-cv-00801-ODW-PVC

## SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME 7 OF 10

ROB BONTA
  *Attorney General of California*
ANNADEL A. ALMENDRAS
  *Senior Assistant Attorney General*
LAURA ZUCKERMAN
MYUNG J. PARK
  *Supervising Deputy Attorneys
  General*

CAITLAN MCLOON
KATHERINE GAUMOND
EMILY HAJARIZADEH
M. ELAINE MECKENSTOCK
DYLAN REDOR
ELIZABETH SONG
  *Deputy Attorneys General*
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6438
Caitlan.McLoon@doj.ca.gov

October 16, 2025                    *Attorneys for Defendants-Appellees*

**SER 1777**

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Amdocs Ltd

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
0.58

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

72

SER 1778

Exhibit 22 to Decl. of Burton
1333

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Amdocs Ltd

**Scope of emissions**

Scope 2

**Allocation level**

Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**

10.99

**Uncertainty (±%)**

5

73

SER 1779

Exhibit 22 to Decl. of Burton
1334

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1780**

## Major sources of emissions

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

## Verified

No

## Allocation method

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

## Please explain how you have identified the GHG source, including major limitations to this process and assumptions made

ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas); Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

## Requesting member

AstraZeneca

## Scope of emissions

Scope 1

## Allocation level

Company wide

## Allocation level detail

74

Exhibit 22 to Decl. of Burton
1335

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Emissions in metric tonnes of CO2e**
1.18

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
AstraZeneca

**Scope of emissions**
Scope 2

75

SER 1781

Exhibit 22 to Decl. of Burton
1336

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
22.43

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

76

Exhibit 22 to Decl. of Burton
1337

SER 1782

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Requesting member**
Cisco Systems, Inc.

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
9

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

77

Exhibit 22 to Decl. of Burton
1338

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

**Requesting member**
Cisco Systems, Inc.

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
171.32

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

78

Exhibit 22 to Decl. of Burton
1339

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1785**

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Deloitte Touche Tohmatsu Limited

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
3.82

**Uncertainty (±%)**
5

79

Exhibit 22 to Decl. of Burton
1340

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1786**

**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Deloitte Touche Tohmatsu Limited

**Scope of emissions**

Scope 2

**Allocation level**

Company wide

**Allocation level detail**

80

Exhibit 22 to Decl. of Burton
1341

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1787**

**Emissions in metric tonnes of CO2e**
72.74

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Deutsche Telekom AG

**Scope of emissions**
Scope 1

81

Exhibit 22 to Decl. of Burton
1342

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1788**

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
0.4

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

82

Exhibit 22 to Decl. of Burton
1343

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1789**

**Requesting member**
Deutsche Telekom AG

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
7.61

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

83

Exhibit 22 to Decl. of Burton
1344

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

**Requesting member**
Diageo Plc

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
0.49

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

84

Exhibit 22 to Decl. of Burton
1345

SER 1790

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1791**

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Diageo Plc

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
9.31

**Uncertainty (±%)**
5

85

Exhibit 22 to Decl. of Burton
1346

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Jacobs Engineering Group Inc.

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

86

SER 1792

Exhibit 22 to Decl. of Burton
1347

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1793**

**Emissions in metric tonnes of CO2e**
0.22

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Jacobs Engineering Group Inc.

**Scope of emissions**
Scope 2

87

Exhibit 22 to Decl. of Burton
1348

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
4.17

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

88

Exhibit 22 to Decl. of Burton
1349

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1795**

**Requesting member**
KPMG UK

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
1.17

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

89

Exhibit 22 to Decl. of Burton
1350

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

**Requesting member**
KPMG UK

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
22.3

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

90

Exhibit 22 to Decl. of Burton
1351

SER 1796

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants). The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

L'Oréal

**Scope of emissions**

Scope 1

**Allocation level**

Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**

0.33

**Uncertainty (±%)**

5

91

Exhibit 22 to Decl. of Burton
1352

SER 1797

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
L'Oréal

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

92

SER 1798

Exhibit 22 to Decl. of Burton
1353

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1799**

**Emissions in metric tonnes of CO2e**
6.21

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants). The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Michelin

**Scope of emissions**
Scope 1

93

Exhibit 22 to Decl. of Burton
1354

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1800**

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
0.44

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

Exhibit 22 to Decl. of Burton
1355

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1801**

**Requesting member**
Michelin

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
8.47

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

95

Exhibit 22 to Decl. of Burton
1356

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

**Requesting member**
Microsoft Corporation

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
2.48

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

96

Exhibit 22 to Decl. of Burton
1357

SER 1802

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants). The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Microsoft Corporation

**Scope of emissions**

Scope 2

**Allocation level**

Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**

47.17

**Uncertainty (±%)**

5

97

**SER 1803**

Exhibit 22 to Decl. of Burton
1358

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1804**

**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

No

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Moody's Corporation

**Scope of emissions**

Scope 1

**Allocation level**

Company wide

**Allocation level detail**

98

Exhibit 22 to Decl. of Burton
1359

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Emissions in metric tonnes of CO2e**

0.6

**Uncertainty (±%)**

5

**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

No

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Moody's Corporation

**Scope of emissions**

Scope 2

Exhibit 22 to Decl. of Burton
1360

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
11.37

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

100

SER 1806

Exhibit 22 to Decl. of Burton
1361

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Requesting member**
Prudential Financial, Inc.

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
1.12

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

101

**SER 1807**

Exhibit 22 to Decl. of Burton
1362

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

**Requesting member**
Prudential Financial, Inc.

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
21.4

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

102

Exhibit 22 to Decl. of Burton
1363



ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021

SER 1809

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Swisscom

**Scope of emissions**

Scope 1

**Allocation level**

Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**

0.06

**Uncertainty (±%)**

5

103

Exhibit 22 to Decl. of Burton
1364

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1810**

**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

No

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Swisscom

**Scope of emissions**

Scope 2

**Allocation level**

Company wide

**Allocation level detail**

104

Exhibit 22 to Decl. of Burton
1365

Case 2:24-cv-00801-ODW-PVC   Document 53-22   Filed 07/24/24   Page 106 of 123   Page ID #:3011

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Emissions in metric tonnes of CO2e**

1.2

**Uncertainty (±%)**

5

**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

No

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Telstra Corporation

**Scope of emissions**

Scope 1

105

Exhibit 22 to Decl. of Burton

1366

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
3.06

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

106

Exhibit 22 to Decl. of Burton
1367

SER 1812

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1813**

**Requesting member**
Telstra Corporation

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
58.23

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

107

Exhibit 22 to Decl. of Burton
1368

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
The Allstate Corporation

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**


**Emissions in metric tonnes of CO2e**
1.08

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

SER 1814

Exhibit 22 to Decl. of Burton
1369

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

The Allstate Corporation

**Scope of emissions**

Scope 2

**Allocation level**

Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**

20.5

**Uncertainty (±%)**

5

109

SER 1815

Exhibit 22 to Decl. of Burton
1370

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1816**

**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

No

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Visa

**Scope of emissions**

Scope 1

**Allocation level**

Company wide

**Allocation level detail**

110

Exhibit 22 to Decl. of Burton
1371

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Emissions in metric tonnes of CO2e**
0.68

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Visa

**Scope of emissions**
Scope 2

111

SER 1817

Exhibit 22 to Decl. of Burton
1372

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1818**

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
13.03

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

Exhibit 22 to Decl. of Burton
1373

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1819**

**Requesting member**
World Bank Group

**Scope of emissions**
Scope 1

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
0.16

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

113

Exhibit 22 to Decl. of Burton
1374

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

**Requesting member**
World Bank Group

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
3.01

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

114

SER 1820

Exhibit 22 to Decl. of Burton
1375

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control.  ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Zimmer Biomet Holdings, Inc.

**Scope of emissions**

Scope 1

**Allocation level**

Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**

0.48

**Uncertainty (±%)**

5

115

SER 1821

Exhibit 22 to Decl. of Burton
1376

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Major sources of emissions**

The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**

No

**Allocation method**

Other, please specify

We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**

Zimmer Biomet Holdings, Inc.

**Scope of emissions**

Scope 2

**Allocation level**

Company wide

**Allocation level detail**

116

SER 1822

Exhibit 22 to Decl. of Burton
1377

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**SER 1823**

**Emissions in metric tonnes of CO2e**
9.08

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

---

**Requesting member**
Zurich Insurance Group

**Scope of emissions**
Scope 1

117

Exhibit 22 to Decl. of Burton
1378

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
0.66

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**
ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

SER 1824

Exhibit 22 to Decl. of Burton
1379

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Requesting member**
Zurich Insurance Group

**Scope of emissions**
Scope 2

**Allocation level**
Company wide

**Allocation level detail**

**Emissions in metric tonnes of CO2e**
12.66

**Uncertainty (±%)**
5

**Major sources of emissions**
The emissions are those relating to our data centers and offices under our operational control globally. The majority of our scope 1 & 2 emissions are from electricity consumption.

**Verified**
No

**Allocation method**
Other, please specify
We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the DC consumption.

**Please explain how you have identified the GHG source, including major limitations to this process and assumptions made**

119

Exhibit 22 to Decl. of Burton
1380

SER 1825

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



ServiceNow identifies and measures all material GHG sources over which we have operational control. ServiceNow prepared the 2020 GHG Inventories, which covered Scope 1 emissions (natural gas), Scope 2 emissions (purchased electricity, purchased heating and estimated refrigerants) . The emissions were calculated in accordance with the GHG Protocol Corporate Standard and Scope 2 guidance as references, and otherwise assessed alignment with industry best practices. The uncertainty associated with these emissions is estimated to be less than or equal to 5%.

## SC1.2

**(SC1.2) Where published information has been used in completing SC1.1, please provide a reference(s).**

Scope 1 and 2 emissions are published in the our annual report Global Impact Report. Page 26, as part of the Sustaining our Planet section. The Global impact report can be accessed on our website: https://www.servicenow.com/content/dam/servicenow-assets/public/en-us-doc-type/other-document/servicenow-global-impact-report-2021.pdf Scope 3 emissions for each relevant category have been reported to the CDP this year.

## SC1.3

**(SC1.3) What are the challenges in allocating emissions to different customers, and what would help you to overcome these challenges?**

| Allocation challenges | Please explain what would help you overcome these challenges |
|---|---|
| Other, please specify<br><br>Allocation challenges | The main challenge has been to develop a methodology that accurately represents the emissions used by our customers. Our data centers are all functioning at various levels of energy efficiency.  We measure the customer usage of our data centers over a year and allocate GHG emissions in relation to the overall usage. |

## SC1.4

**(SC1.4) Do you plan to develop your capabilities to allocate emissions to your customers in the future?**

Yes

120

SER 1826

Exhibit 22 to Decl. of Burton
1381

Case 2:24-cv-00801-ODW-PVC   Document 53-22   Filed 07/24/24   Page 122 of 123   Page ID #:3027

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



## SC1.4a

**(SC1.4a) Describe how you plan to develop your capabilities.**

ServiceNow is committed to improving and developing our capabilities to allocate emissions to our customers more effectively and accurately. The majority of our scope 1 & 2 GHG emission for our customers will lie in the data centers. ServiceNow is dedicated to improving our data management from data centres. We are also improving how we collect our energy data in order to improve the allocation methodology. We will continue to develop our environmental metrics reporting systems to improve the quality of data available .

## SC2.1

**(SC2.1) Please propose any mutually beneficial climate-related projects you could collaborate on with specific CDP Supply Chain members.**

## SC2.2

**(SC2.2) Have requests or initiatives by CDP Supply Chain members prompted your organization to take organizational-level emissions reduction initiatives?**

No

## SC4.1

**(SC4.1) Are you providing product level data for your organization's goods or services?**

No, I am not providing data

## Submit your response

**In which language are you submitting your response?**

English

121

**SER 1827**

Exhibit 22 to Decl. of Burton
1382

ServiceNow Inc CDP Climate Change Questionnaire 2021 Wednesday, July 28, 2021



**Please confirm how your response should be handled by CDP**

| | I am submitting to | Public or Non-Public Submission | Are you ready to submit the additional Supply Chain questions? |
|---|---|---|---|
| I am submitting my response | Investors Customers | Public | Yes, I will submit the Supply Chain questions now |

**Please confirm below**

**SER 1828**

122

Exhibit 22 to Decl. of Burton
1383

# Exhibit 21

# to Declaration of James P. Burton

## *Corporate Sustainability Report 2023*, Diamondback Energy, Inc., [faf5ab25-5ab5-4404-8c04-c7bd387ae418 (diamondbackenergy.com)](faf5ab25-5ab5-4404-8c04-c7bd387ae418)

Exhibit 21 to Decl. of Burton
1203
**SER 1829**

Case 2:24-cv-00801-ODW-PVC   Document 53-21   Filed 07/24/24   Page 2 of 58   Page ID #:2849

SER 1830



CORPORATE SUSTAINABILITY REPORT

2023

Exhibit 21 to Decl. of Burton
1204

# TABLE OF CONTENTS



Chairman and CEO Letter ................................................. 3

Diamondback Energy at a Glance ............................... 4

Sustainability Goals that Drive Our Success ........... 5

Our Approach to Sustainability ..................................... 7

Climate Strategy ................................................................. 9

Environment ......................................................................... 14

Safety ...................................................................................... 19

Human Capital ..................................................................... 23

Our Communities ................................................................ 29

Governance ........................................................................... 33

Ethics and Integrity ............................................................ 37

Appendix ................................................................................. 39

SASB Index ............................................................................. 43

AXPC Index ............................................................................. 46

TCFD Index ............................................................................. 48

2022 EEO-1 Data ................................................................ 53

Report of Independent Certified Public Accountants .......... 54

Forward-Looking Statements ......................................... 56



Exhibit 21 to Decl. of Burton
1205

# CHAIRMAN AND CEO LETTER



## DEAR STAKEHOLDERS,

*Diamondback Energy made continued progress towards achieving our sustainability goals, which we believe are vital to our company's success.*



SER 1832

We have established sustainability priorities and goals with the intention of having the most meaningful impact for our business and our stakeholders and providing transparency in reporting. Our 2023 Corporate Sustainability Report highlights our progress towards these goals as of December 31, 2022.

**»» Climate:**
- Reduced Scope 1 greenhouse gas (GHG) intensity by 20% from our 2019 baseline, on our way towards a target of a 50% reduction by 2024
- Retired approximately 1.5 million voluntary carbon credits in 2023 as part of our Net Zero Now commitment to offset 2022 Scope 1 GHG emissions

**»» Water:**
- Utilized 41% recycled water in our operations, exceeding our annual target of at least 28% and putting us on our way towards our goal of 65% recycled water use by 2025

**»» Safety:**
- Dedicated 8,896 personnel hours to key safety topics, up from 2,565 in 2021

### Driving Sustainability Across Our Organization

As part of our efforts to improve sustainability performance, we have tied executive compensation to performance on our environmental, social and governance (ESG) targets. In 2022, Diamondback increased the weighting of the specific, quantitative ESG metrics in management's bonus program compensation scorecard to 25% from 20% in 2021. In 2022, achieving the maximum performance level required meeting all five environmental and safety performance metrics of flaring intensity, GHG intensity, recycled water percentage, spill prevention and Total Recordable Incident Rate. At Diamondback, these same environmental and safety metrics are also tied to a portion of all non-executive employees' discretionary annual cash incentive award.

### Focused on Reducing Flaring

We are working within our organization and across our value chain to reduce flaring. Although striving towards zero routine flaring by 2025, our flaring increased in 2022. This increase primarily resulted from the poor performance of our third-party midstream gatherers and processors who experienced an increase in unplanned maintenance-related issues and failed to sufficiently allocate resources

and capital to meet Diamondback's needs. We continue to work with our midstream partners to address flaring and endeavor to create financial incentives to encourage our midstream providers to move our gas to market and avoid flaring.

### Prioritizing Safety Initiatives

As part of our focus on safety, in 2022, we expanded our safety team, to add additional coordinators to the field and hired an experienced safety manager and supervisor, each with more than 20 years of industry experience.

We know that sustainability is important to our stakeholders. We are invested in our strategy and will continue progressing towards our sustainability goals.

Sincerely,

**Travis D. Stice**
Chairman and CEO

DIAMONDBACK ENERGY /// 2023 CSR 3

Exhibit 21 to Decl. of Burton 1206

# DIAMONDBACK ENERGY AT A GLANCE



**SER 1833**

### Diamondback Permian Basin Acreage



- ■ Diamondback Acreage
- ◻ Delaware Basin
- ◻ Central Basin Platform
- ◼ Midland Basin

Diamondback Energy, Inc. ("the Company" or "Diamondback"), is an independent oil and natural gas company headquartered in Midland, Texas, focused on the acquisition, development, exploration and exploitation of unconventional, onshore oil and natural gas reserves in the Permian Basin in West Texas.

Our upstream operations are primarily focused on horizontal development of oil-bearing formations within the Midland Basin and Delaware Basin, both of which are part of the larger Permian Basin in West Texas and New Mexico. Additionally, our publicly traded subsidiary, Viper Energy Partners LP, owns mineral interests in the Permian Basin. Our midstream operations are focused on ownership, operation, development and acquisition of midstream infrastructure assets in the Midland and Delaware Basins of the Permian Basin.

**$9.6B**
2022 REVENUE

**508.8K**
NET ACRES

**972**
EMPLOYEES

**2.0B**
MBOE ESTIMATED PROVED OIL AND NATURAL GAS RESERVES

*Data as of 12/31/2022*

### Core Values

Diamondback, and the culture we have developed are grounded, in a unique set of core values that are adhered to throughout the entire organization. By establishing core values, we set a high bar of expectations for our employees, operations and interactions in the office and in the field.


LEADERSHIP



INTEGRITY


EXCELLENCE


PEOPLE


TEAMWORK

**DIAMONDBACK ENERGY /// 2023 CSR  4**

Exhibit 21 to Decl. of Burton
1207

# SUSTAINABILITY GOALS THAT DRIVE OUR SUCCESS



## ENVIRONMENTAL STRATEGY HIGHLIGHTS

### Environmental Targets

» By 2030, achieve reduced Scope 1+2 GHG intensity by at least 50% from 2020 levels

» By 2024, achieve reduced Scope 1 GHG intensity by at least 50% from 2019 levels

» By 2024, achieve reduced methane intensity by at least 70% from 2019 levels

» By 2025, eliminate routine flaring (as defined by the World Bank)

» By 2025, source >65% of water used for operations from recycled sources

» By the end of 2023, implement Continuous Emissions Monitoring Systems (CEMS) on Diamondback facilities to cover over 90% of operated oil production

» Spend approximately $15 million for environmental capex in 2023

### "Net Zero Now"

» On January 1, 2021, we implemented our "Net Zero Now" initiative under which every hydrocarbon we produce will be produced with zero net Scope 1 emissions

• Recognizing the Company will still have a carbon footprint, Diamondback purchased voluntary carbon credits to offset remaining Scope 1 emissions

• Evaluate and invest in income-generating projects that are expected to more directly offset remaining Scope 1 emissions

### Oil and Gas Methane Partnership 2.0

» In March 2023, Diamondback joined the Oil and Gas Methane Partnership 2.0 (OGMP 2.0), the United Nations Environment Programme's flagship oil and gas reporting and mitigation program.

### Incentive Compensation

» ESG metrics increased to a 25% weighting in management's scorecard for 2022, and remained at 25% for 2023

• Award determined by meeting or exceeding targets related to the following five key environmental and safety metrics:

1. Flaring intensity
2. GHG intensity
3. Recycled water percentage
4. Spill prevention
5. Total Recordable Incident Rate (TRIR)

• In 2022, we increased the standard to require achievement of the maximum performance level on **all five** of the environmental and safety performance factors to earn the maximum score for this portion of the bonus program

DIAMONDBACK ENERGY /// 2023 CSR  5

Exhibit 21 to Decl. of Burton
1208

SER 1835



Exhibit 21 to Decl. of Burton
1209

# OUR APPROACH TO SUSTAINABILITY



**SER 1836**

Diamondback's approach to ESG matters is highlighted by our commitment to protect the environment and our people, operate responsibly, improve our communities and practice sound governance. We know that our long-term success is based on our ability to efficiently and safely develop our resources and be a responsible partner in our communities. Diamondback embraces the opportunity to be a leader in environmental practices to safeguard the areas where we live and operate.

At its core, our environmental strategy reflects that the world is transitioning to a lower carbon economy. Many of the foremost authorities on energy demand forecast that oil and gas will continue to account for a substantial portion of meeting the global energy demand in even the most carbon-constrained projections. We embrace our role in attempting to provide the safest, cleanest barrels of oil possible as we continue to adapt our work processes to succeed in the new energy economy.

We have taken a number of significant steps on our path to being an industry leader on ESG matters. We have included specific, measurable environmental and safety performance metrics in our bonus program to reward performance on key metrics, including flaring, GHG emissions, recycled water usage, fluid spill control and safety. For 2022, we increased the weighting of our environmental and safety performance metrics from 20% to 25%, which was continued for 2023.

Our sustainability strategy and goals are reviewed and approved by our executive management team, with guidance by the Safety, Sustainability and Corporate Responsibility (SSCR) Committee and our Board of Directors.

## Sustainable Development Governance



**BOARD OF DIRECTORS**

SSCR Committee

**EXECUTIVE MANAGEMENT TEAM**

CEO, President & CFO, COO

**OPERATIONS**

Health, Safety and Environment (HSE)

## Identifying Material Topics

We focus our corporate responsibility strategy and initiatives in areas that are relevant to our business performance and where we can make a significant impact. In doing so, we are guided by feedback from our stakeholders and third-party frameworks, including the Sustainability Accounting Standards Board (SASB), Task Force on Climate-Related Financial Disclosures (TCFD), Global Reporting Initiative (GRI), International Petroleum Industry Environmental Conservation Association (IPIECA) and American Exploration and Production Council (AXPC).

Our material topics, detailed throughout this report, include:

» **ENVIRONMENTAL RESPONSIBILITY** encompassing climate change, GHG and emissions, flaring, water usage and recycling, spills and spill management, waste and biodiversity

» **MANAGING AND REDUCING RISKS** through our attention to safety, security and emergency preparedness

» **OUR PEOPLE** through advancing diversity, equity and inclusion; human rights; health and safety; training; and professional development for all Diamondback employees

» **COMMUNITIES** through our outreach, engagement and investment

» **GOVERNANCE AND BUSINESS ETHICS** spanning corporate governance, business ethics and compliance

Exhibit 21 to Decl. of Burton
1210

**SER 1837**

# OUR APPROACH TO SUSTAINABILITY



## Engaging our Stakeholders

We seek to incorporate a variety of perspectives in our ESG strategy and initiatives. Our engagement efforts with key stakeholder groups are outlined below and covered in greater detail throughout this report.

| STAKEHOLDERS | ACTIVITIES AND OPPORTUNITIES |
|---|---|
| STOCKHOLDERS | ›› Engaging at least annually for insights and suggestions regarding our corporate governance standards, compensation and sustainability efforts<br>›› Initiating contact with stockholders representing approximately 60% of our outstanding shares as of June 30, 2022 and meeting with stockholders representing approximately 34% of our outstanding shares, including seven of our 10 largest stockholders |
| DIAMONDBACK EMPLOYEES | ›› Fostering teamwork through two-way employee communications<br>›› Providing skills training and professional development courses<br>›› Providing leadership development programs<br>›› Offering initiatives that support a positive work/community/life balance |
| COMMUNITY MEMBERS | ›› Attending local city council meetings<br>›› Interacting and engaging through volunteer programs, service projects and other events<br>›› Supporting new and expanded learning opportunities in local school districts<br>›› Participating and providing leadership as a member of the Permian Strategic Partnership, an organization focused on addressing current and future challenges in Permian Basin communities |
| SURFACE AND MINERAL INTEREST OWNERS | ›› On-site visits with property owners when planning new or expanded projects<br>›› Providing support from our owner relations team |
| REGULATORY AGENCIES | ›› Ongoing communication with federal, state and local agencies<br>›› Supporting the development of impactful industry-relevant public policy |
| BOARD OF DIRECTORS | ›› Regular briefings to the Board and SSCR Committee on corporate responsibility and ESG strategies<br>›› Review of ongoing risks and opportunities related to sustainability practices |
| SUPPLY CHAIN PARTNERS | ›› Regular screening and evaluation of contractors<br>›› Guidance and support in meeting our performance and compliance standards<br>›› Vendor audits |
| ESG RESEARCH PROVIDERS | ›› Conversations to better understand ESG standards and how performance is assessed<br>›› Consideration of performance measures in reporting<br>›› Progress updates on new disclosures |

## About This Report

This is the sixth annual corporate sustainability report for Diamondback. Except where otherwise noted, the scope of this report comprises all consolidated operations and includes data through December 31, 2022. This includes operations at our wholly-owned midstream subsidiary, Rattler Midstream LP ("Rattler"), but does not include operations at our public mineral and royalty subsidiary, Viper Energy Partners LP ("Viper"), as Viper does not have physical oil and gas operations.

The data included in this report was subject to internal review and verification and certain environmental data was also subject to independent third-party review and limited assurance. Please see the Report of Independent Certified Public Accountants on page 54 for more information.

Exhibit 21 to Decl. of Burton
1211

# CLIMATE STRATEGY



**Diamondback recognizes the risks to our business from the developing energy transition. Although the scale and timing of any transition to a lower-carbon economy is uncertain, the Company is taking deliberate actions and setting robust goals to manage these risks.**

For details on how we are considering and addressing the potential climate-related risks and opportunities to our business, please see the Taskforce on Climate-Related Financial Disclosures (TCFD) section on page 48.

Our executive management team sets our sustainability and business strategies, approves our goals and provides resources to meet our performance targets. The SSCR Committee oversees Diamondback's sustainability programs and activities, including oversight of climate-related risks and opportunities and our climate resiliency planning. Our Board of Directors annually approves the capital investment budget based on the recommendation of the executive management team, including investments in technology to reduce emissions. In 2021, we approved and allocated $15 million per year through 2024 to investments in technology to reduce emissions.

## Risk Management

Diamondback has well-established risk identification, mitigation, prioritization and management practices that we use to manage business risks. Our risk management processes extend to how we

address potential climate change-related risks. The identification of risks at both an organization-wide and project-level allows us to develop measures to avoid, mitigate or remedy them. Our Company uses continuous improvement of management processes, such as an enterprise risk management (ERM) system, to strengthen our risk management and mitigation process.

Through our ERM process, we seek to identify and mitigate risks that have significant potential to affect our business. Severe weather, process safety, sustainability, environmental, regulatory and legal risks are among areas examined through our ERM process. Climate change has the potential to impact many different aspects of our business, and these impacts are integrated across multiple ERM risk categories. The ERM process includes an annual risk review with executive leadership and the Board of Directors.

## Investing to Reduce Emissions

We are focused on investing prudently to reduce our emissions and to address potential climate change-related risks and opportunities.

As part of our strategy, we have set goals to reduce our GHG and methane emissions intensities. Additionally, since January 2021, we committed to achieving zero net Scope 1 GHG emissions from our oil and gas production. Along with taking aggressive steps to cut emissions and reduce our GHG intensity, we have purchased voluntary carbon credits equivalent to our remaining Scope 1 emissions.

## INVESTING IN THE ENERGY TRANSITION

As part of our strategy to decarbonize the oil field, Diamondback invested $20 million in Verde Clean Fuels (Verde) in 2023. Verde uses 'syngas-to-gasoline plus' (STG+®) to turn waste feedstock into gasoline.

Verde is making initial plans to expand into the Permian Basin utilizing the STG+® technology. This will allow Diamondback to mitigate the flaring of natural gas. Our combined plan will be to bring on a plant producing approximately 3,000 barrels of reformulated gasoline from an inlet feedstock of approximately 35 MMcf/d, or approximately 5% of our Midland Basin daily gas production. Our role will also include providing our marketing and operational expertise in-basin and being a significant capital partner. In the event a plant is constructed in the Permian, Diamondback would invest additional capital and have the right to own up to 50% of the facility. We are excited about the potential this technology has to reduce our Scope 1 carbon footprint through flare mitigation and help to introduce a low carbon fuel to the broader transportation market. Additionally, by utilizing natural gas as a feedstock to Verde's STG+® technology, one of the major byproducts is hydrogen. This hydrogen stream could be commercialized or utilized as an energy source for the STG+® process, further reducing the carbon footprint of the gasoline produced.

Exhibit 21 to Decl. of Burton
1212

SER 1838

Case 2:24-cv-00801-ODW-PVC   Document 53-21   Filed 07/24/24   Page 11 of 58   Page ID #:2858

# CLIMATE STRATEGY

Consistent with our overall approach to environmental responsibility, we strive to limit and capture air emissions by implementing Best Available Control Technology (BACT) on all new facilities and wells. BACT projects include various infrastructure applications, such as installing air compression, vapor recovery towers and electric-driven compression. These projects account for the majority of the $60 million we have budgeted to spend through 2024 to meet our GHG and methane intensity reduction targets.

At year-end 2022, approximately 85% of our operated oil production was covered by real-time continuous monitoring of methane emissions, continued progress towards our goal to cover at least 90% of our operated oil production by the end of 2023. To monitor our facilities for fugitive emissions, we have implemented a wide range of practices including on-the-ground inspections, dedicated field staff who use Forward-Looking InfraRed (FLIR) cameras to detect and repair any leaks identified and flame sensor technology for real-time monitoring.

## TAKING ACTION ON CLIMATE

### GOALS

» By 2030, achieve reduced Scope 1+2 GHG intensity by at least 50% from 2020 levels

» By 2024, achieve reduced Scope 1 GHG intensity by at least 50% from 2019 levels

» By 2024, achieve reduced methane intensity by at least 70% from 2019 levels

» By the end of 2023, at least 90% of Diamondback-operated oil production to have Continuous Emission Monitoring Systems (CEMS)

» By 2025, eliminate routine flaring (as defined by the World Bank)

### INITIATIVES IN 2022

» Approximately 85% of operated oil production had CEMS

» Retired approximately 1.5 million voluntary carbon credits as part of our Net Zero Now commitment to offset our Scope 1 GHG emissions

» Trialed point sensors, FLIR cameras and laser technologies to monitor methane emissions

## ELECTRIFICATION OF EQUIPMENT

In 2022, we drilled our first well using electricity supplied directly from power lines instead of through a generator. We continue to expand our electric driven compression program as well. These two projects will substantially lower Scope 1 emissions as compared to natural gas or diesel powered units.

We use renewable energy in the form of solar-powered pumps for chemical delivery, automated valves (where appropriate) and lighting. We are currently exploring opportunities for more solar installations throughout our operating fields to meet our electricity needs.



DIAMONDBACK ENERGY /// 2023 CSR  **10**

Exhibit 21 to Decl. of Burton
1213

SER 1839

# CLIMATE STRATEGY



**KEY PROGRAMS TO REDUCE EMISSIONS**

| SOURCE | ACTIVITY | ACTIONS |
|---|---|---|
| EQUIPMENT LEAKS | Leak detection and repair (LDAR) | » FLIR teams supporting leak detection monitoring<br>» Monthly inspections and reporting |
| FLARING | Routine | » Connected all new wells to sales pipelines prior to initial production<br>» Shut in oil production to prevent or limit flaring wherever possible<br>» Obtained multiple sales connections wherever feasible |
| | Non-routine | » Worked to improve third-party maintenance planning, reduce third-party downtime and resolve third-party capacity constraints<br>» Shut in oil production to prevent or limit flaring whenever feasible |
| COMBUSTION | Electrical generation | » Replaced gas-powered generators with line power for more than 90% of our overall load as of the end of 2022<br>» Started using an electrical frac fleet ("e-fleet") in Q4 2022 |
| | Drilling/Completions | » Drilled our first wells using rigs powered by line power in 2022 |
| | Gas-lift engines | » Since 2021, eliminated more than 675 gas-powered generators and compressors<br>» Initiated replacement of existing natural gas combustion compression fleet with electric |
| ATMOSPHERIC STORAGE TANKS | Oil-tank emissions | » Employment of vapor recovery towers and vapor recovery units as part of standard facility design since 2014<br>» Installation of 16-ounce tanks to drive remaining flash gas to control devices |
| NATURAL GAS PNEUMATIC DEVICES | Device actuating | » Continued to replace natural gas controllers with compressed air units on horizontal batteries and utilization of BACT on vertical batteries<br>» Installation of air compressors in lieu of natural gas controls at all new facilities |

DIAMONDBACK ENERGY /// 2023 CSR **11**

Exhibit 21 to Decl. of Burton
1214

# CLIMATE STRATEGY



**SER 1841**

## Driving Towards Zero Routine Flaring

Diamondback is investing to eliminate routine flaring (as defined by the World Bank) by 2025. To get there, we set an annual goal to flare less than 1% of our gross natural gas production, which is part of our Company bonus program compensation scorecard.

In 2022, we flared approximately 2.2% of our gross natural gas produced (excluding the FireBird assets we acquired in December 2022). The increase compared to 2021 is largely due to the activities of our third-party midstream gatherers and processors. Unplanned and planned maintenance by third-party midstream gatherers and processors, factors outside of our control, accounted for approximately 92% of our flared emissions in 2022.

We continue to work with our midstream providers to implement operational and commercial solutions to incentivize performance. Diamondback also actively works to obtain multiple gas sales connections at our larger gas producing batteries wherever possible, which allows us to sell gas to the secondary outlet and minimize flaring in the event a third-party gatherer and processor has planned maintenance or experiences an unplanned event that prevents them from taking our gas.

We are committed to solutions-oriented discussions with our midstream partners to remedy areas of poor performance, and we continue to press them to commit to the same level of environmental responsibility expected of us as the operator. While these solutions may reduce our cash flow, we have commercially incentivized our third-party gatherers to move our gas to market. We seek to renegotiate contracts with our midstream providers to fixed fees wherever possible, as this fee structure removes the potential for gatherers to elect not to take our gas for economic reasons.

We have also proactively shut in or curtailed oil production to limit or minimize flaring due to third-party downtime or lack of sufficient takeaway. While such actions decrease Diamondback's oil production and impact our revenue, we want to set the example that industry behaviors must change to eliminate routine flaring.



**HISTORICAL FLARING INTENSITY**

- 2019: 5.7%
- 2020: 2.0%
- 2021: 1.5%
- 2022[1]: 2.2%

■ FLARING INTENSITY
— 2022 TARGET (<1.0%)

**2022 FLARING BY SOURCE[1]**

~7,400,000 MCF

- 20% 3RD PARTY PLANNED MAINTENANCE
- 8% DIAMONDBACK
- 72% 3RD PARTY UNPLANNED MAINTENANCE

[1]Excludes FireBird assets acquired in December 2022.

**DIAMONDBACK ENERGY /// 2023 CSR  12**

Exhibit 21 to Decl. of Burton
1215

Case 2:24-cv-00801-ODW-PVC    Document 53-21    Filed 07/24/24    Page 14 of 58    Page ID #:2861

**SER 1842**

# CLIMATE STRATEGY





### WORKING IN PARTNERSHIP TO REDUCE EMISSIONS

Diamondback continues to work with The Environmental Partnership, a group of more than 100 companies in the oil and gas industry committed to continuously improving environmental performance. This group collaborates on initiatives to reduce emissions of methane and volatile organic compounds from industry operations.

Since 2020, we helped drive The Environmental Partnership's efforts to improve LDAR practices across oil and gas production sources. We also took a lead role in encouraging member companies to replace all high-bleed pneumatic controllers with low- or zero-bleed technologies.

We also contribute to environmental initiatives through our work with other industry groups, including:

» **American Exploration & Production Council**

» **American Petroleum Institute**

» **Oil & Gas Methane Partnership 2.0**

» **Permian Basin Petroleum Association**

» **Texas Oil & Gas Association**

DIAMONDBACK ENERGY /// 2023 CSR  **13**

Exhibit 21 to Decl. of Burton
1216

# ENVIRONMENT



**SER 1843**

**We are committed to minimizing the environmental impacts of our operations. We are dedicated to operating in compliance with applicable federal, state and local laws, including laws regulating emissions of greenhouse gases, such as methane. Further, we go beyond those actions required by law as demonstrated by our investments in infrastructure to reduce environmental impact, including GHG emissions and freshwater use.**

## Environmental Management

Our health, safety and environmental (HSE) management system provides the framework through which we identify, monitor and reduce environmental risks. Our executive management team sets our sustainability and business strategies, approves goals, provides resources to meet performance targets and has oversight of our sustainability policies and programs, including our Environmental Management approach. Our Board of Directors, through the SSCR Committee, maintains ultimate oversight.

Through our HSE system, we track our environmental performance, including efforts to address flaring events, methane leaks and spills. Our HSE system provides trend data to our management and operational teams, enabling proactive oversight and corrective action to achieve continuous improvement. We continually investigate, evaluate and incorporate BACT, wherever feasible, to reduce or prevent adverse environmental impacts from our operations.

Our operations are subject to stringent environmental laws and regulations, including those related to waste handling and remediation of hazardous substances, water discharge and air emissions. We complete compliance audits for all newly acquired facilities in accordance with the Texas Environmental, Health, and Safety Audit Privilege Act. In addition, we conduct monthly internal environmental audit inspections and semi-annual inspections of our operations to ensure compliance with regulatory requirements and our own standards.

We provide field (or operational) employee training on environmental compliance and our operating procedures. All employees must undergo environmental training, including using our hazard identification reporting system. As an example of our focus on environmental training, we trained our monitoring and inspection team on use of FLIR cameras to detect potential methane leaks. In addition, we are sending employees to emissions detection and quantification methods training at the Methane Emissions Technology Evaluation Center (METEC) at Colorado State University.

Our annual, discretionary bonus opportunity for all employees includes metrics regarding achievement of our environmental responsibility targets. The weight of this environmental targets compensation component was increased in 2022 for all employees, and for executives now accounts for 25% of the potential bonus award.



DIAMONDBACK ENERGY /// 2023 CSR **14**

Exhibit 21 to Decl. of Burton
1217

# ENVIRONMENT

SER 1844



## Water

Diamondback is committed to the responsible use of water. We have invested significantly in water infrastructure to achieve our goal to source over 65% of our water used for drilling and completion operations from recycled sources by 2025. In 2022, we achieved 41% recycled water, exceeding our annual target of at least 28%. For 2023, we have set a goal of 50% recycled water.

As part of our efforts, we have made specific efforts to drill assets where we have water infrastructure already in place. Our commitment to being good stewards of water is managed by our Chief Operating Officer and Senior Vice President of Midstream Operations. We recognize that our operations are primarily located in a water-scarce region. As such, we aim to minimize our freshwater withdrawal. The World Resources Institute

(WRI) publishes its Aqueduct Water Risk Atlas (pictured right) to categorize scarce water zones in our operating area. This tool helps guide us to make environmentally responsible decisions for future water needs.

We use a blend of recycled produced water, brackish (non-potable) water and freshwater for our drilling and completion operations across our asset base, with an increased focus on both produced and brackish water as our primary options. We source brackish water for our drilling and hydraulic fracturing operations where it is available and economically feasible. This helps conserve the available supply of freshwater, since the brackish water we use is generally too high in salinity for agriculture or household use. Our definition of brackish water conforms with the AXPC standard. AXPC classifies water containing up to 1,000 parts per million (ppm) of total dissolved solids as fresh.

### DIAMONDBACK ACREAGE OVER THE WRI'S ACQUEDUCT WATER RISK ATLAS



| WATER USAGE | 2022 | 2021 | 2020 |
|---|---|---|---|
| **Total water used in operations (MBBL)** | **138,697** | **133,284** | **103,424** |
| Brackish water used in operations | 56,035 | 67,981 | 61,249 |
| Recycled water used in operations | 56,918 | 38,733 | 17,689 |
| Freshwater used in operations | 25,744 | 26,570 | 24,486 |
| **AXPC Water Metrics** | | | |
| Freshwater Intensity (MBBL/Gross MBOE) | 0.16 | 0.17 | 0.20 |
| Water Recycle Rate (MBBL/MBBL) | 41.0% | 29.1% | 17.1% |

For more details on Diamondback's water-management program and processes, please refer to our 2023 CDP Water Security response.

### PARTNERSHIPS FOR GREATER IMPACT

We are proud to engage with the Texas Produced Water Consortium and the Permian Basin Water Management Council and other industry groups for greater impact.

Exhibit 21 to Decl. of Burton
1218

# ENVIRONMENT



**SER 1845**

### Effluent

We are committed to reducing and managing our effluents. Diamondback does not discharge any drilling operations wastewater to surface or water courses — it is all reused or re-injected into disposal wells. In 2022, more than 99% of our produced water was handled via pipelines, and we have continued that trend into 2023. Additionally, we currently conduct 100% of our water movement for completion operations via pipeline. Any releases are investigated as part of our continuous improvement process.

### Managing Seismicity

When we are not able to recycle produced water, we inject it underground. In response to research literature suggesting an association between deep disposal and minor tremors or other seismic activity below ground (i.e., induced seismicity), we have invested in equipment to monitor and report on seismicity events. We not only use the readouts from these seismic monitoring stations in our risk analyses of disposal site locations, but we also share data with university and state government researchers. Diamondback complies with applicable federal and state regulations on underground injection control.

### Spill Prevention

Diamondback is dedicated to preventing the release of fluid from containment as part of our commitment to protect our employees, our communities and the planet. We hold ourselves accountable to exceed industry standards for effluent management, as well as spill prevention control and countermeasures. While our overall spill total in 2022 was on par with 2021, our spill rate increased slightly from 0.012 to 0.019, preventing us from meeting our 2022 target of a spill rate less than 0.01 barrels spilled net of recovery per thousand barrels produced. We expect to continue to have a short-term goal for spill prevention in our Company scorecards.

We are committed to installing properly designed equipment, inspecting facilities regularly, implementing a preventative maintenance program and ensuring our employees follow appropriate handling practices. Our Automation team incorporated controls to monitor for spills and shut down operations from a central command center, if needed. A multifunctional team meets monthly to review, classify and evaluate potential causes of any spills. We use a comprehensive dashboard to assess trends and create data-driven recommendations for design modifications, additional preventative maintenance and revised operational practices to eliminate similar issues in the future. Spill-prevention is reviewed with senior management on a weekly basis.

We create and maintain Spill Prevention Control and Countermeasure (SPCC) plans in accordance with federal regulations for our production facilities. We evaluate all new facilities and implement SPCC plans as necessary to better protect additional locations not specifically covered by the applicable regulations. We set minimum operational standards and equipment specifications. Prior to beginning completion operations on a well, we require our transfer services contractors to perform a leak and pressure test on the pipelines being used.

The majority of our horizontal batteries are constructed with a lined secondary containment area for recovering liquids that might be lost in the event of a release.

### Spill Prevention Technologies

Our incident reporting system enables our employees and consultants to communicate effectively for fast spill response and remediation. We install high liquid-level alarms on storage tanks, as well as high-level "well-kill" systems. The high-level alarm allows operations personnel to remotely respond to situations at each facility. As an additional protection measure, the "well-kill" or shutdown signal will automatically shut in the wells to avoid tank overflows. Through additional automation at Diamondback facilities, lease operations personnel can view real-time tank levels and production data on their phones and computers.

Exhibit 21 to Decl. of Burton
1219

# ENVIRONMENT



## Spill Recovery

In 2022, we recovered approximately 74% of the volume of hydrocarbon and produced water spills that occurred.

On most existing horizontal facilities and on all new facilities, Diamondback constructs secondary containment with an impervious barrier around our tank batteries and saltwater disposal facilities. In the event of a liquid release, we strive to capture any liquids and return them to the tank with no impact on the ecosystem around the facility. We maintain digital records of spills and recoveries regardless of size. Senior management routinely reviews spill and recovery data and tracks current versus past performance in tandem with our stated goals. Our goal for any release is timely response and effective mitigation. We work with third-party contractors to implement proven methodologies for soil remediation that meet or exceed regulatory requirements. We require soil testing by certified laboratories to ensure closure requirements are achieved. Our goal is simple: leave the land on which we operate the same or better than how we found it.

## Waste

We are committed to minimizing and safely disposing of waste in our operations. Since production and completion operations typically generate negligible waste, we primarily focus on minimizing waste at our drilling sites.

We use water-based mud in the majority of our drilling operations, which not only significantly improves our drilling performance, but also reduces the need to treat cuttings. This process has been successful in all of the primary zones we drill in the Midland Basin and Delaware Basin.

A small portion of the wells we drill in the Permian Basin require the use of an oil-based mud called diesel invert. After use, we dry the cuttings from drilling operations to a level of less than 5% total petroleum hydrocarbons (TPH) and reuse the oil-based mud we collect in the process. We further treat the cuttings to less than 1% TPH before deep-burying them on-site. Our ability to treat cuttings on-site also helps reduce the volume of trucks required to haul to disposal.

### 2022 SPILLS DATA

**441**
HYDROCARBON
SPILLS

**5,592 BBLS**
HYDROCARBON
VOLUMES

**85%**
HYDROCARBON
VOLUMES RECOVERED

**222**
PRODUCED WATER
SPILLS

**25,518**
PRODUCED WATER
VOLUMES

**72%**
PRODUCED WATER
VOLUMES RECOVERED

### H$_2$S SCAVENGER EFFICIENCY

We have taken action to increase the efficiency of our hydrogen sulfide (H$_2$S) scavenger use, which is used for the safe treatment of H$_2$S. Through the process that we primarily use to combat H$_2$S, we have seen an improved treatment efficiency and a lower cost per molecule removed.

Exhibit 21 to Decl. of Burton
1220

**SER 1846**

Case 2:24-cv-00801-ODW-PVC    Document 53-21    Filed 07/24/24    Page 19 of 58    Page ID #:2866

# ENVIRONMENT



## Land Use and Biodiversity

Diamondback is committed to protecting biodiversity and minimizing adverse environmental impacts associated with our operations. Our Senior Vice President of Government Affairs and our Vice President of Land have managerial responsibility for our biodiversity programs. We collaborate with landowners, regulatory agencies, local government representatives and other stakeholders in developing natural-resource management plans geared toward minimizing ecosystem disturbances and restoring habitat in affected areas.

To identify potential biodiversity impacts and priority areas, our teams perform satellite-image reviews of potential pad and battery sites to spot topographical features, such as playas, that may require avoidance. Next, a site visit is performed to identify potential impacts not discovered by the satellite review. As part of our drilling plans, we seek to utilize existing pads and batteries to reduce the amount of disruption to new land. In addition, we are drilling more wells per pad and also drilling longer laterals, when possible, to access more reservoir area with a smaller surface impact. We have established policies and procedures for full site remediation at the end of use for all of our sites.

### Reclamation and Restoration

When a well reaches the end of its economic life, we have a three-step process to plug and reclaim that wellbore and its pad site.

» **Step One:** Temporarily abandon the wellbore by removing the downhole production equipment, setting a plug in the production casing above the top perforations and closing all surface valves. This practice ensures we have redundant barriers that prevent reservoir fluids from being able to flow to the surface. In 2022, we executed this step on 96 primarily older vintage vertical wells in the Midland Basin.

» **Step Two:** Plug and abandon the well. We endeavor to plug and abandon wells in a manner above the requirements of the Texas Railroad Commission (TRRC). We currently plan to execute this step on 10% or more of our inactive wellbores each year.

» **Step Three:** The final step is surface remediation of the well pad. During this step we consult with landowners on how they would like the well pads reclaimed. If the landowner wants the pad and road removed, the caliche rock on the pad and road is reused to repair other lease roads. The majority of caliche rock from remediated pads was reused to repair roads in 2022. The bare land where the lease road and well pad were located is either reseeded or left bare according to the landowner's preference.

As part of our plug and abandonment standard operating procedure, we have set a minimum requirement for our cement to be thicker than state regulations require. In addition, within city limits, we have a policy to restore sites to better soil quality than the state specification.

### Endangered Species

We systematically assess for endangered species before moving into a new area. Our policy is to avoid operating where there are known threatened or endangered species. If protected species or habitats are identified, we will utilize a third-party expert to mitigate impacts of our operations. In 2021, Diamondback enrolled in a Candidate Conservation Agreement with Assurances (CCAA) through the U.S. Fish & Wildlife Service in order to ensure the protection of the Dunes Sagebrush Lizard. The lizard is native to the shinnery oak of Mescalero Sands of New Mexico and the Monahans Sandhills of Texas. This includes portions of Andrews, Crane, Ector, Gaines, Ward and Winkler Counties. The CCAA is completely voluntary and will ensure preservation of the species on shared land with oil and gas production.

---

### INCREASING WELLS PER PAD TO REDUCE OUR OPERATIONAL FOOTPRINT

One action to reduce our disturbance of land is to increase the number of wells on a pad. In 2022, we drilled an average of 4.02 wells per pad, an 85% increase since 2018.

**AVERAGE WELLS PER PAD**

| 2018 | 2019 | 2020 | 2021 | 2022 |
|------|------|------|------|------|
| 2.17 | 2.38 | 2.48 | 3.35 | 4.02 |

---

Exhibit 21 to Decl. of Burton
1221

SER 1847

# SAFETY



SER 1848

We are committed to protecting the safety of our team, communities, business partners and the environment. We systematically identify, assess, monitor and manage risks to our safety and business continuity. Our executive team sets goals, provides oversight and drives accountability for HSE across all areas of our business. We also work proactively to maintain compliance with all applicable HSE standards, laws and regulations. Our executive team provides regular updates to our SSCR Committee, who actively oversees our commitment to safety and the quality of our HSE procedures.

Diamondback's senior leaders continually monitor safety performance, proactively address issues as they arise, and play a lead role in maintaining a culture that prioritizes safety.

We maintain a formal health and safety program that includes employee training and new hire orientation on a variety of environmental and safety topics, including proper reporting. We also ensure that our employees have all the necessary equipment to operate safely. As part of our HSE management system, we developed robust operating guidelines and procedures for assessing and mitigating safety risks and conducting operations in a safe manner.

Employees undergo significant training and education each year to become knowledgeable on regulatory compliance, industry standards and opportunities to effectively manage the challenges of developing our resources safely.

We also involve employees from all operational levels in our Safety Committee, which:

» Suggests improvements to the overall safety program

» Recommends preventative measures based on reviewing vehicle and personnel incidents

» Conducts safety and environmental reviews at operational locations

» Implements the Diamondback Hazard Communication Program

Our HSE organization currently has full-time, field-dedicated coordinators to monitor facilities and help prevent potential issues.

## SAFETY TRAINING AND AWARENESS

We devoted 8,896 personnel hours — up from 2,565 in 2021 — to 10 safety topics in 2022, including:

» $H_2S$ awareness and certification

» Lockout/tagout awareness and certification, including the introduction of a unique identification of locks by team discipline such as construction and automation/electrical

» Infectious diseases

» Bloodborne pathogens, including the introduction of measures to ensure that facilities can follow disposal training

» Permit required confined spaces

» Hearing conservation/occupational noise exposure awareness

» Heat stress risk factors, signs, symptoms and prevention

» Fire safety awareness

» Safe housekeeping

» Personal protective equipment

DIAMONDBACK ENERGY /// 2023 CSR **19**

Exhibit 21 to Decl. of Burton
1222

**SER 1849**

# SAFETY



## Identifying Potential Hazards

We use robust tracking methods and work closely with regulatory agencies to prevent incidents. Diamondback employees are often in the best position to identify areas where we need to improve mitigation to ensure safety. Field personnel can immediately and easily report incidents, near misses and potential hazards using our cloud-based, dynamic hazard identification system. Our system allows employees to use an app on their smartphone, tablet or laptop to upload a summary and photos of any hazardous situation for timely follow-up. Utilizing an online reporting and analysis system, our operations managers and safety specialists evaluate the hazards identified to develop safety insights and recommendations from the data, as well as to initiate corrective action.

### Stop Work Authority

Diamondback empowers employees, and anyone at a Diamondback work location, to immediately halt a job or task, without fear of retribution, if they believe hazardous conditions or unsafe practices are present.

## Vehicle Safety

Driver safety is paramount at our Company. We utilize the Smith System for driver training, which is a highly respected program focused on teaching drivers to anticipate dangerous situations and drive defensively.

We utilize the Diamondback Driving Management System to monitor and respond to our driving behaviors. We use data obtained by the In-Vehicle Monitoring System (IVMS), which we install in owned and leased vehicles, to monitor driving habits and develop individualized discussions with our drivers. We also conduct annual driver safety training and semi-annual checks of driving records for all employees who might be expected to operate a company-owned or sponsored vehicle in the course of their daily employment. Any driver involved in a vehicle incident is required to submit to a drug and alcohol test as soon as safely possible. Any driver involved in a contributing motor vehicle accident is required to attend additional motor vehicle operations training. We continue working to improve vehicle safety across our fleet through driver training courses and safety monitoring technologies.

## Safety Strategy

In 2022, Diamondback employees had six recordable incidents (as defined by OSHA), resulting in a TRIR of 0.68 compared to our 0.25 target. In response to the increase of recordable incidents, we have strengthened our HSE protocols and programs to ensure the health and safety of our team. Examples of actions we have taken include:

» Expanding our safety team to include additional field coordinators

» Evaluating the structure of safety meetings to focus on culture and behavior

» Incorporating a behavior-based safety program

» Focusing on "line of fire" and hazard identification

» Increasing the number of HSE Supervisor visits and ride-arounds to monitor for hazards and conduct safety audits



Exhibit 21 to Decl. of Burton
1223

# SAFETY



## Contractor Safety

To conduct business with our Company, contractors affirm that their work will be performed in compliance with all applicable laws, rules and regulations, including all safety codes, statutes, regulations, precautions and procedures.

We evaluate contractors on multiple criteria, including the existence of a formal safety program and written safety manual, performance of employee background checks and explicit requirements for personal protective equipment. In 2022, we continued our longtime partnership with Veriforce, which collects safety data related to contractors who perform services for Diamondback's production operations. Veriforce's machine learning and predictive modeling technology help us evaluate the likelihood of a contractor having a recordable incident over a three-month period.

Each quarter, contractors upload relevant safety information that Veriforce, based upon our risk assessment criteria, grades as green (low risk), yellow (moderate risk) or red (high risk) allowing us to manage risk more efficiently. A score of red or yellow may result in ineligibility of the contractor to work for Diamondback.

## Emergency Response Program

Natural disasters, accidental spills and human-instigated threats are among the potential hazards that we encounter as part of our work. We are committed to continually developing and reviewing our emergency response plans to cover likely scenarios. In coordination with city officials, police, firefighters and medical teams, we distribute these plans through multiple channels and update them yearly or whenever significant changes in the community occur. Each of our corporate and field-office facilities has its own written plan that includes information on how to safely evacuate the building. We train teams of employees at each location to assist their co-workers in the event of a fire, bomb threat or other crisis. We also conduct annual full-scale drills to maximize emergency preparedness.

Our emergency response program is overseen by the SSCR Committee and the responsibility and accountability for management is with our Director of Safety and Sustainability, our Deputy General Counsel and our Chief Operating Officer. We maintain written plans at each office and facility. In cases where our facilities are in populated areas, we post toll-free numbers for stakeholders to ask questions or to report concerns. All emergency calls are directed to a call center and routed to our appropriate internal experts, HSE Team, Legal Team, and Security Team to track and investigate until resolved. In 2022, we validated the emergency numbers that are posted to ensure that they are up-to-date and are accurately routed.

Most of Diamondback's operations are in unpopulated areas. In situations where our work poses a potential risk, we assign personnel to communicate with area residents and monitor our daily operations to prevent or minimize any potential adverse impacts. This includes providing information to help the public avoid potentially hazardous conditions or activities near our operations. Also, we use automated monitoring equipment at production



ONE TEAM
ONE CULTURE

Exhibit 21 to Decl. of Burton
1224

**SER 1851**

# SAFETY



facilities to help safeguard people and the environment. If any of our operations are near a populated area, we add extra security and protection around that facility.

## Guarding Against Cyberattacks and Breaches

The safety and security of our employees, business and operations is paramount. We recognize the cybersecurity landscape is dynamic and complex, and protecting data and privacy requires constant vigilance. As such, we take a holistic, multi-layered approach to protect our stockholders, employees, assets and operations against breaches. We leverage expertise, criteria and standards to guide our work, including but not limited to the National Institute of Standards and Technology (NIST) Cybersecurity Framework (CSF) and Cybersecurity & Infrastructure Security Agency (CISA) recommendations. In 2023, we utilized a third-party to conduct a cybersecurity assessment against the NIST CSF as part of our ongoing annual process.

Cybersecurity plays an integral role in our risk management strategy, and cybersecurity preparedness continues to be an area of increasing focus for our Board. The Audit Committee of the Board of Directors receives a quarterly update from our Vice President of Information Technology regarding cybersecurity and information security risks, including the nature of threats, defense and detection capabilities, incident response plans and employee training activities, among others, as applicable. In addition, all full- and part-time employees, as well as contractors with system access, are

required to complete annual cybersecurity training courses. This training is complemented by ongoing security awareness messaging.

We continue to invest in technology to protect our network and information critical to our operations and trust with our stakeholders. Third-party assessments provide us a critical lens of oversight and continuous improvement. To protect our business and invest in our team, we provide training and development on the latest intelligence and evolving best practices to our IT security teams. We actively monitor internal and external cybersecurity threats and conduct internal audits to ensure Company data is secure. In 2022, we implemented a two-tier backup system to improve data recoverability and completed a major infrastructure upgrade to provide additional scalability and security of our overall technology landscape.

## Maintaining Secure Facilities and Operations

Our security experts ensure we leverage the latest technologies to prevent threats to safety and business continuity. We monitor field operations through random inspections, including searches of facilities and vehicles on our locations. During these inspections, we conduct drug and alcohol screenings of all persons at the location. We also maintain around-the-clock gate security at our largest operations in the Delaware and Midland basins to limit access to authorized personnel only.



Exhibit 21 to Decl. of Burton
1225

# HUMAN CAPITAL



**SER 1852**

**We know our people are the source of our past, current and future success. We strive to attract and develop talent with diverse perspectives, experiences and skills and to provide our employees comprehensive support for their well-being.**

We are committed to our culture which is built on the solid foundation of our five core values. We understand that our success is based upon not just what we do, but how we do it. Therefore, we set a high bar for all of our employees in terms of how they operate and interact within our offices, our fields and our communities. We challenge them to ensure all people are treated with dignity and respect.

Our Board of Directors provides oversight of our human capital strategies with assistance from Board committees, specifically the SSCR committee and Compensation committee. These committees receive regular updates from our executive leadership team, senior management and third-party consultants on human capital trends and other key human capital matters related to recruiting, retention, training and development.

## Commitment to Supporting and Protecting People

Our organizational culture fosters teamwork and open dialogues about work practices, which includes putting safety first. Whether it is minimizing workplace incidents or preparing for the unexpected, we make protecting

our people a fundamental component of our corporate responsibility efforts. We reinforce this commitment to safety of our team members through a multi-pronged approach that includes training in the safe operation of equipment, reporting potential hazards, and developing an emergency response plan for numerous potential hazards.

We seek frequent feedback from our employees, specifically on a quarterly basis through holding virtual town hall meetings. We ask employees to send in their questions ahead of the meetings, so that we can cover those topics and answer their questions during the town hall. In addition, periodically, our Human Resources team conducts pulse checks with employees and leaders on respective teams to monitor employee satisfaction. Diamondback has taken numerous actions to address feedback received to engage our employees and ensure employee satisfaction. Recent actions include:

» Relocating our office in Oklahoma City to make it more accessible for employees and provide amenities for a better workspace

» Incorporating seating areas in the Midland Offices to provide public areas to eat and socialize with other team members

» Creating more inclusive engagement events with field teams

» Implementing a work-from-home policy for office-based teams





DIAMONDBACK ENERGY /// 2023 CSR  **23**

Exhibit 21 to Decl. of Burton
1226

**SER 1853**

# HUMAN CAPITAL



## Diversity, Equity and Inclusion

We value the perspectives, experiences and ideas contributed by our employees from a diverse range of ethnic, cultural and ideological backgrounds. The fair, consistent and equitable treatment of our employees is core to how we manage our dedicated workforce.

Our commitment to diversity, equity and inclusion is led by our Vice President of Human Resources and is overseen by our SSCR Committee. Our diversity initiatives include a focus on a diverse talent pipeline, mentorships, strong total rewards and workplace flexibility.

We have zero-tolerance for discrimination and a firm belief in equality. We provide a collaborative environment at Diamondback so that all employees are empowered to participate and are treated with respect. We believe that inclusion is the hallmark of true care and compassion for others and that through inclusion, the workplace is made better, including more deeply embedding the safety mindset and other core tenets of our robust culture of excellence.

In 2022, we expanded our training opportunities for Diamondback employees to raise diversity and inclusion awareness through the following offerings:

» Preventing Workplace Harassment – required for all new employees
» Creating a Harassment Free Workplace – required for all new supervisors
» Social Styles training – cross functional and diverse teams may participate
» Enhancing Communication for Teamwork – cross functional and diverse teams can participate



Equal employment opportunity is fundamental within our People Policies Handbook. Our employment decisions are based on merit, qualifications, competencies and contributions. We actively seek to attract and retain an increasingly diverse workforce and continue to cultivate our respectful work environment.

To promote a welcoming environment for our employees who served our nation, we offer a veterans' employee group, and we also celebrate with them on Veteran's Day. Additionally, we celebrate Black History Month and Women's History Month.

Continuing on our journey for sustainable diversity, equity and inclusion improvements and in response to stockholder feedback, we have again disclosed our 2022 Equal Employment Opportunity (EEO-1) data as of December 31, 2022, in this report. Please refer to <u>page 53</u> for our 2022 EEO-1 report.



### BOARD AND EMPLOYEE DIVERSITY

As of December 31, 2022

APPROXIMATELY
## 28%
OF OUR EMPLOYEES ARE WOMEN

OVER
## 33%
OF OUR EMPLOYEES SELF-IDENTIFY AS ETHNIC MINORITIES
(up from 29% in 2021 and 25% in 2020)

# 1 OF 5
MEMBERS OF OUR MOST SENIOR EXECUTIVE LEADERSHIP TEAM ARE WOMEN
(approximately 20%)

As of June 8, 2023

# 56%
OF DIAMONDBACK'S BOARD OF DIRECTORS SELF-IDENTIFY AS DIVERSE BY GENDER OR ETHNICITY
(33% diverse by gender and 33% by ethnicity)

DIAMONDBACK ENERGY /// 2023 CSR   **24**

Exhibit 21 to Decl. of Burton
1227

# HUMAN CAPITAL



## Recruiting

We strive to attract, recruit and develop a diverse and engaged workforce that has the technical skills to support our business. In 2022, the senior management team took various actions to improve our recruitment and talent pipeline strategy. We centralized the recruitment process to ensure that key business leaders are now further involved in the recruitment process, ensuring that we are looking for and identifying diverse candidates with the technical skills needed to support our business. We also educate managers on inclusive hiring practices as we fill positions across the organization.

To ensure the diversity in our candidate pool and to broaden our initiatives to recruit talent, we further developed our college recruiting and local hiring programs. We conduct job fairs in the Permian Basin and engagement events with local two-year technical or community colleges, including sending diverse teams to manage our career fair participation. In 2023, we expanded to conduct military recruiting events.

**Specifically, in 2022, we:**

» Participated in career fairs in Midland and Odessa, Texas and Oklahoma City, Oklahoma

» Engaged Odessa College in 2022 to recruit Instrumentation & Electronics (I&E) students

» Furthered our partnership with Odessa College by serving on the curriculum advisory board for the college's I&E department

» Partnered with a local high school to host a Career Panel Discussion, where various Diamondback employees spoke to students about the oil and gas industry and made them aware of the opportunities in Midland and how to access them.

Further, our internship program remains an important talent pipeline for our engineering and geoscience roles within the Company. We support various student organizations and have diverse interview teams for all interviews. Diverse candidates are able to connect with our recruiting team to learn more about our Company and are encouraged to apply for open internships or future job opportunities.

In 2023, we welcomed 21 interns across six Diamondback departments during the summer. Approximately 29% were women and 38% identified as ethnically diverse, with representation from one HBCU.



### ON-SITE TWO-DAY INTERN EVENT

In November 2022, Diamondback hosted students and faculty from Prairie View A&M University (PVAMU), an HBCU, to share information about the oil and gas industry. The event included presentations from Chairman and CEO Travis Stice; five technical presentations from the Production, Drilling, Completions, Facilities and Reservoir teams; and a networking dinner with Diamondback Vice Presidents. In response to the success of the event, PVAMU faculty began sponsoring a Society of Petroleum Engineers student organization.






SER 1854

Exhibit 21 to Decl. of Burton
1228

# HUMAN CAPITAL






**SER 1855**

We also focus on recruiting experienced hires to augment top industry talent. We believe our historically low voluntary attrition rate is in part a result of our culture focused on our core values, diversity and inclusion, teamwork and commitment to employee development and career advancement. Given the challenging labor market and increased competition for talent, our 2022 overall turnover was approximately 13%, with no change from 2021.

## Mentorship Program

During the summer internships, we formally assign a mentor to each intern to ensure the intern has an additional source of support to foster development and success. The mentors help prepare the interns to present their summer project to the executive team.

## Total Rewards and Benefits

At Diamondback, we value results and believe in recognizing and rewarding performance. Our continued business success centers on maintaining our high-performing, engaged workforce. Our performance management process includes the "how" element of performance against each of our core values. Additionally, our total reward compensation philosophy is rooted in a market-based approach, where we reward and recognize value creation and cultural alignment. We participate in industry-specific benchmarking surveys ensuring comparison points against local markets. Our non-executive employee compensation programs consist of an annual base salary, a discretionary performance-based annual bonus and a discretionary long-term equity incentive award, taking into consideration both specific Company performance and individual performance. These awards ensure that we competitively reward our employees and they are aligned with our stockholders by providing stock ownership opportunities for 100% of our employees.

Further, we have a Company match on 401(k) retirement savings, and employees are immediately vested in that match. Our retirement savings plan allows employees to choose between pre-tax or post-tax (ROTH) contributions, so they may plan for retirement in the format which best meets their financial objectives.

Our benefits program also includes health savings and flexible spending accounts, paid time off, education assistance, gym reimbursement, work-from-home days, volunteer time off, extended time off and paid maternity and paternity leave, and service awards. We provide service awards to employees at five-year service intervals as recognition and appreciation for their contributions to Diamondback.

### EMPLOYEE BENEFITS

We offer all full-time employees comprehensive benefits, including:

» Comprehensive health plans — medical, dental and vision insurance (100% Company-paid premiums)

» Life, AD&D and long-term disability insurance (100% Company-paid premiums)

» Tuition reimbursement program (all active, full-time employees are eligible after six months of service)

» Health Savings Account (HSA) and Flexible Savings Account (FSA)

» 401(k) retirement plan with generous Company immediately vested match

» Eligible for annual, discretionary restricted stock awards

» Employee Assistance Program

» Parental leave

» Service awards at five-year service intervals

» Two days of annual volunteer time per employee

» Employee matching program to registered nonprofit organizations

Exhibit 21 to Decl. of Burton
1229

# HUMAN CAPITAL



## Performance Management

Every year, employees are given an annual performance review, which includes a comprehensive goal setting discussion with their manager. We also conduct informal mid-year reviews, which serve as progress updates related to these goals. We use these sessions, along with an open-door culture, to give leaders the ability to connect and support their teams. This collaborative process allows our leaders to reinforce those work behaviors that align with our core values, provides an avenue to address any work behaviors requiring improvement and drives value creation. Additionally, it provides opportunities to connect with employees about their career goals and how we can support them in their growth.

## Workplace Flexibility

To support our employees with work-life balance and making a positive impact in our communities, we offer employees the opportunity to work a flexible schedule under which, during a standard two-week pay period, an employee works a minimum of eight 9-hour days and two 4-hour days on Fridays. We offer time to volunteer and a competitive parental leave policy. Specifically, to support employees and their families, we offer paid maternity leave following the birth of a child and a ten-day paid parental leave following the birth or adoption of a child to allow both mothers and fathers bonding time with their new child. These types of family-focused programs demonstrate the Company's commitment to our employees and their families. In 2022, we adopted a work from home policy which provides office-based employees the ability to work remotely on some days.

## Training and Development

Our inclusive training opportunities are designed to expand the professional knowledge of our team, and most offerings are provided across the organization to all employees at any level. We also provide on the job development and learning opportunities, which allow our employees to apply and practice work activities with new knowledge and develop various skills, including our CORE (Career Optimization and Refinement for Engineers) training program for new engineers who rotate through different positions before being placed in a specific position, general skills training for all employees, leadership courses, technical courses and health, safety and environmental training.

Our internal course offerings in 2022 and through the first quarter of 2023 included a wide array of topics such as extensive cybersecurity, safety and other compliance training sessions. Additionally, our new hires undergo training and education on our Code of Business Conduct and Ethics and People Policies. Our employees receive training on regulatory compliance, industry standards and innovative opportunities to effectively manage the challenges of developing our oil and gas resources and related environmental and social responsibility. We have also implemented development programs that are designed to facilitate learning and collaboration regarding leadership capabilities at all levels. Our courses range from techniques for building and leading productive and harmonious relationships with colleagues to developing operational skills such as a Microsoft Excel Skills series.

In 2022, we launched a four-part series for supervisor development. Designed for employees who are new to supervising a team or who want to refresh their skills,

### PARTNERING WITH EDUCATIONAL INSTITUTION TO DEVELOP SAFETY TRAINING

Over the past two years, Diamondback's Operations and Facilities teams have partnered with Harvard University's MBA students to develop a vigorous safety training for all field employees. This training was originally developed to be solely focused on basic lease operator skills and intended to train newer employees and serve as a refresher for more seasoned employees. After its initial development however, with input from Diamondback, the content has been continuously expanded to cover all major safety topics relevant to our field.

SER 1856

Exhibit 21 to Decl. of Burton
1230

# HUMAN CAPITAL



**SER 1857**

the series includes Performance Management, Interviewing Techniques and Creating a Harassment Free Workplace.

In June of 2023, we hosted the Energy Workforce & Technology Council (EWTC)/Envision Group "Field Operations Leadership Program," a training event for field leadership. Forty-five leaders from different service companies and operators in the Permian Basin, including Diamondback, attended this two-day class designed to help new managers move from "contributors" to "leaders." This program also granted these leaders access to ongoing one-on-one coaching afterwards. The program's course content included:

» Leadership Essentials
» Understanding Personalities and Behavioral Styles
» Mastering Change and Change Management
» Goal Setting and Accountability
» Strategies for Effective Communication
» Managing Offsite Workers
» Stakeholder Management and Managing Up
» Staffing and Recruiting Critical Talent

In total, Diamondback employees completed nearly 19,500 hours of training in 2022. This is an average of 20.1 hours of training per employee. Of the total training completed, approximately 10,500 hours covered operational and development topics.

## Human Rights

The culture at Diamondback is guided by our core principles which serve as a moral compass for how we conduct business within the Company, with our vendors and suppliers, and in the communities in which we operate. In line with these values, Diamondback is committed to conducting its business in a manner that respects and promotes the fundamental rights and dignity of all people regardless of race, color, national origin, citizenship, religious creed, disability, gender, gender identity, sexual orientation, age, military status or political affiliation. To formalize this commitment, in September 2022, we further enhanced our Human Rights Policy, which is posted on our website and is overseen by the SSCR Committee.

The policy states that we respect and support universally recognized, fundamental human rights and freedoms set forth in the United Nations Universal Declaration of Human Rights. Guided by the human rights diligence framework set forth in the UN Guiding Principles on Business and Human Rights, we strive to assess how our business operations affect human rights and to address any adverse impacts. We also embrace the principles described in the International Labor Organization (ILO) Declaration on Fundamental Principles and Rights at Work, including freedom of association, nondiscrimination and the elimination of forced labor and child labor.

We respect the rights of local communities by observing the laws and regulations and respecting the cultural values of those communities. Where people in local communities may be affected by our operations, we strive to identify any potential adverse impacts in advance and take necessary steps to mitigate or eliminate such impacts. We monitor and address the environmental impacts of our business operations on our neighbors and strive to create positive impacts on adjacent communities through local engagement and charitable programs. Where indigenous people may be affected by our business activities, our approach is consistent with the principles set out in the United Nations Declaration on the Rights of Indigenous People, which includes respecting the land rights of indigenous people and a commitment to protecting culturally sensitive areas. We observe the principle of free, prior and informed consent and recognize the sensitivities involved in addressing issues related to the cultural heritage of indigenous communities, and address such issues in a spirit of respect, trust and dialogue.

The responsibility and accountability for the management of human rights issues extends across the entire Diamondback organization. Our employees receive routine training on, and recurring recertification to, our policies focused on the advancement of human rights, including those also set forth in our Code of Business Conduct and Ethics and our People Policies Handbook.

Exhibit 21 to Decl. of Burton
1231

# OUR COMMUNITIES



Diamondback is committed to partnering with the communities in which we work. We seek to understand and address the opportunities and challenges in our communities so we can succeed together.

## Community Engagement

Our Senior Vice President of Government and Regulatory Affairs has managerial responsibility for our community relations programs. The Government and Regulatory Affairs team works to identify and regularly engage with relevant stakeholders including landowners, first responders, and community leaders.

Although a majority of our operations are in remote areas where there are no communities, when we are operating within city limits or near a community, we strive to not just be a safe and responsible neighbor, but a good one. We try to make our footprint as small and focused as possible and implement procedures to address any potential community concerns. For example, we proactively use sound walls around our operations to screen noise and visuals. We invite local elected officials and regulatory groups to tour our sites to teach them about the industry and our operations, in particular. In certain outlying areas, we engage with groundwater conservation boards to listen and provide feedback. We take measures to ensure we do not potentially interfere with community events.

We work closely with local first responders to provide any assistance we can when they are responding to an emergency, whether at one of our sites or anywhere nearby. We also make sure a toll-free phone number is posted at every property that can be used to contact us twenty-four hours a day. Any such calls are logged in our system and investigated fully.

## Economic Impact

Our success supports our local communities through the taxes we pay, the 972 direct jobs we provided as of the end of 2022 and the hundreds of jobs created by service vendors that work for us. Additionally, we seek to work with local suppliers where we operate to increase our community impact. In 2022, we paid out over $2.3 billion in royalties to landowners, as well as contributed $611 million in state production and ad valorem taxes.

## Giving Back

Giving back to the communities where our employees live and in which we operate is part of our identity. We strongly believe these investments of time, money and compassion allow our employees to both experience and demonstrate the core values of our Company. We sponsor improvements in public education, participate in and support many community and national organizations, and actively promote local groups who focus on the underserved and underprivileged. A significant portion of our philanthropic efforts are focused on helping to remove barriers to inclusion, particularly socioeconomic obstacles.

### Corporate Philanthropy

In 2022, we demonstrated our commitment to our local communities by donating over $3 million, approximately $1 million of which was through direct local donations and the rest through our commitment of the initiatives of the Permian Strategic Partnership (PSP). The PSP, of which Diamondback was one of the original founders in 2018, is a coalition of over 20 leading Permian Basin energy companies, who have joined together to work in partnership with leaders across the region's communities to address current and future challenges to the responsible development of the vast oil and natural gas resources of the Permian Basin in New Mexico and Texas. In 2022 alone, the PSP contributed more than $32 million in public education, healthcare, infrastructure and workforce development. Since its founding, the PSP has committed over $125 million and leveraged more than $1 billion in collaborative investments for education, healthcare, infrastructure and workforce development across the Permian Basin. Our efforts were recognized when Diamondback received the Outstanding Philanthropic Business Award from the Permian Basin Chapter of the Association of Fundraising Professionals in 2022.

In 2023, we committed to attend all city council meetings in the areas where we work, instead of meetings where we had a vested interest. We made this commitment because we wanted to expand assistance in our communities. By attending all meetings, we would know about new initiatives, as well as programs that might be struggling, and could see where we might be a good partner.

SER 1858

Exhibit 21 to Decl. of Burton
1232

# OUR COMMUNITIES



**SER 1859**

IN 2022, DIAMONDBACK MADE A COMBINED $1.3 MILLION CAPITAL DONATION TO SUPPORT THREE LOCAL ORGANIZATIONS BUILDING EFFORTS IN THE MIDLAND COMMUNITY

### Opportunity Tribe

» Provided final funds to complete building of permanent home to serve at-risk students in the community



### Safe Place

» Provided final funds to complete project which will help to protect those who find themselves in violent domestic situations



### Manor Park

» Provided support to help update the appearance of the assisted living environment for aging adults in our community



*Diamondback also donated 54 acres to be used to build the first behavioral health hospital in the area.*

DIAMONDBACK ENERGY /// 2023 CSR  **30**

Exhibit 21 to Decl. of Burton
1233

# OUR COMMUNITIES



Sometimes our community is bigger than what is outside our window. In 2022, we continued to support the people of Ukraine through donations to various non-profit entities addressing their humanitarian needs. This included supporting the World Orphan Fund, which allowed us to provide funds to supply food, winter clothing and blankets to 2,000 orphan children in the region, as well as provide a matching grant to purchase a van to move orphaned children, supplies and volunteers across the country. In 2023, we have continued our support by providing resources to feed over 200,000 displaced Ukrainians.

## Employees

In 2022, we joined our employees in supporting an array of causes through donations and volunteerism, which remains an integral part of our Company culture.

For financial support, we match our employees' donations to registered nonprofit organizations and double the amount of our matching contribution when employees donate to a charity based in their local community. In 2022, our employees donated, and the Company matched contributions to organizations ranging from local food banks to charities that provide critical services to the communities where Diamondback operates.

More impressively, our employees dedicate their time to the causes they care about in their communities. In 2022, Diamondback employees generously volunteered 619 hours in the community at Company sponsored events. This is up from 397 hours in 2021.

**Our initiatives in 2022 included:**

» Sponsoring and Company employees volunteering to plant 100 trees in Midland public parks, an initiative started in 2021 and that we have continued in 2023

» Sponsoring and hosting our second annual five-week Summer Science, Technology, Engineering and Mathematics (STEM) camp at our corporate offices for disadvantaged, at-risk middle school students, where the students were partnered with a volunteer employee mentor who worked with them on experiments to provide fun and engaging activities that can lead toward opening up opportunities for higher education in engineering and in geosciences

» Sponsoring for the second consecutive year summer reading programs with local non-profits in Midland that specialize in helping disadvantaged children









Exhibit 21 to Decl. of Burton
1234

SER 1860

# OUR COMMUNITIES



» Donating back-to-school kits and winter coats for every student at an underserved elementary school in Oklahoma City, an initiative started in 2021 and continuing in 2023

» Sponsoring the instruction of approximately 300 Midland Independent School District students for Pre-SAT prep courses

» Partnering with a local elementary school to develop a mentor program that promotes literacy for English- and Spanish-speaking students in the 2nd grade, where our employees meet with a small group of students identified as at-risk every other week to read and promote the joy of reading

» Partnering with a local high school to create a weekly tutoring program that supports students identified as struggling in math and/or science that gave the students the opportunity to meet with our volunteers to receive small group tutoring services and a hot meal

» Hosting our 4th annual First Responders Appreciation Luncheon in November where we served 400 first responders in the Midland/Odessa area

» Partnering with North Care to provide approximately 400 families in Oklahoma City with food, hygiene products and toys

» Partnering with the Midland Education Foundation in December to host the Teacher Winter Wishes Spectacular, a two-day event where approximately 1,000 educators across Midland were invited to receive free teacher supplies, gift cards and a chance to win big ticket door prizes

**In 2023, we have already:**

» Partnered with a local high school to create a program for students that are taking upper-level science and math courses where we provide a weekly tutoring service and a mentoring program for students that have questions regarding college and career planning

» Partnered with a local school to help prepare stations and distribute shirts for 250 students and their families at the school's Color Run to celebrate LIFE, HEALTH, and COMMUNITY

» Partnered with a local elementary school to create a StoryWalk to support literacy, the outdoors, and community engagement and help with support for the installation of the aluminum mounts (panels) to hold each page of the children's story as well as to provide the students that attended the grand opening with a copy of the book presented

» Partnered with a local high school to host a career panel discussion where various Diamondback employees spoke to students about their roles and responsibilities in the oil and gas industry and made them aware of the opportunities in Midland and how to access them

» Planted 50 trees in Martin Luther King, Jr. Park and began work on selecting a location with the City of Midland and Keep Midland Beautiful to identify a location for an additional 50 trees to be planted in the Fall

» Sponsored and hosted our third annual Summer STEM camp at our corporate offices in Midland





**SER 1861**

Exhibit 21 to Decl. of Burton
1235

# GOVERNANCE



## Diamondback Board of Directors

The Board of Directors of Diamondback set high standards for the Company's employees, officers and themselves. Currently, our Board is comprised of nine members, elected annually, and all are independent, with the exception of our Chairman and CEO, Travis Stice. Our Board committees ▬ the Audit Committee, Compensation Committee, Nominating and Corporate Governance Committee and Safety, Sustainability and Corporate Responsibility Committee ▬ are each composed of independent directors. The independent directors regularly meet in executive sessions, led by our lead independent director, Melanie Trent. The Board provides oversight of Diamondback's strategy, including our ESG strategy, through regular interactions with management. In 2022, the average Board meeting attendance was approximately 96%. Continuing Director education is an important element of the Company's governance strategy. In addition to education provided through regularly scheduled Board or committee meetings, the Company provides each Director with a membership to The National Association of Corporate Directors.

## Board Committees

### Audit Committee

This committee is responsible for the integrity of accounting policies, internal controls, financial statements, accounting and auditing processes and risk management compliance, including cyber risk. The committee is also responsible for reviewing and approving related party transactions and having direct oversight of external auditors, which includes having pre-approval authority of all audit and permissible non-audit services.

### Compensation Committee

This committee oversees and administers the executive compensation policies, plans and practices and evaluates their impact on risk and risk management. The committee also evaluates the CEO's performance and reviews succession planning, as well as reviewing, approving and administering executive incentive compensation plans.

### Nominating and Corporate Governance Committee

This committee assists the full board in identifying criteria for identifying and evaluating directors, as well as identifying and recommending potential candidates. Additionally, the committee oversees the Board and committee self-evaluations, reviews and makes recommendations on shareholder concerns, and periodically assesses the corporate governance structure of the Company.

### Safety, Sustainability and Corporate Responsibility Committee

This committee, formed in 2019, has specific oversight responsibility for Diamondback's ESG policies and performance in order to provide perspective on significant public issues that are pertinent to the Company. The committee also assists management in setting strategy, establishing goals and integrating ESG matters into strategic and tactical business activities across the Company.



**TRAVIS D. STICE**
*Chairman of the Board and Chief Executive Officer Director since 2012*



**MELANIE M. TRENT**
*Lead Independent Director Director since 2018*



**VINCENT K. BROOKS**
*Director since 2020*



**DAVID L. HOUSTON**
*Director since 2012*



**REBECCA A. KLEIN**
*Director since 2022*



**STEPHANIE K. MAINS**
*Director since 2020*



**MARK L. PLAUMANN**
*Director since 2012*



**FRANK D. TSURU**
*Director since 2022*



**STEVEN E. WEST**
*Director since 2011*

**DIAMONDBACK ENERGY** /// 2023 CSR **33**

Exhibit 21 to Decl. of Burton
1236

Case 2:24-cv-00801-ODW-PVC   Document 53-21   Filed 07/24/24   Page 35 of 58   Page ID
#:2882

# GOVERNANCE



**Our directors are independent and have a balance of tenures and perspectives.**



**SER 1863**

DIAMONDBACK ENERGY /// 2023 CSR **34**

Exhibit 21 to Decl. of Burton
1237

Case 2:24-cv-00801-ODW-PVC    Document 53-21    Filed 07/24/24    Page 36 of 58    Page ID #:2883

# GOVERNANCE



SER 1864

## Board Refreshment and Diversity

The Board values diversity and, reflecting the determination to keep our Board diverse, the nominating and corporate governance committee seeks to include diverse candidates in all director searches. As part of our ongoing commitment to expand the range of talents, skills, expertise and diversity on our Board, we have increased the size of our Board of Directors from five to nine over the course of the last five years.

Currently, half of our Board leadership roles are held by female directors and one Board leadership role is held by an ethnically diverse director. Overall, 75% of our Board committees are chaired by gender- or ethnically-diverse directors.

[1]Board leadership roles defined as the Chairman of the Board, lead independent director and the chairpersons of the four board committees.

**56%**
Total Board Diversity



**GENDER**

33% WOMEN — 3 / 6



**ETHNICITY**

33% ETHNICALLY DIVERSE

1 African American
1 Asian
1 Hispanic
6



**BOARD LEADERSHIP ROLES HELD BY WOMEN[1]**

50% WOMEN — 3 / 3



**BOARD COMMITTEE CHAIRPERSON ROLES HELD BY GENDER OR ETHNICALLY DIVERSE DIRECTORS**

75% DIVERSE — 1 / 3

Exhibit 21 to Decl. of Burton
1238

# GOVERNANCE



## Experience and Skills

The breadth of experience and wide variety of skills, qualifications and viewpoints of our Board of Directors embody key competencies that our nominating and corporate governance committee considers valuable to effective oversight of the Company. The following chart illustrates how the current Board members individually and collectively represent these core competencies. The lack of an indicator for a particular item does not mean that the director does not possess that qualification, skill or experience.

| KNOWLEDGE, SKILLS AND EXPERIENCE | | Stice | Brooks | Houston | Klein | Mains | Plaumann | Trent | Tsuru | West |
|---|---|---|---|---|---|---|---|---|---|---|
| Corporate Governance | Contributes to the board's understanding of best practices in corporate governance matters. | | ● | | | | | | | |
| Environmental, Health, Safety and Sustainability | Contributes to the board's oversight and understanding of environmental, health, safety and sustainability issues and their relationship to our business and strategy as we strive to provide the energy necessary for economic growth and social well-being, while securing a stable and healthy environment for the future. | ● | ● | ● | ● | ● | ● | ● | ● | |
| M&A/Finance/Capital Markets | Demonstrates experience in assessment and execution of strategic M&A and capital markets transactions and provides valuable insights into evaluating our capital structure, capital allocation and financial strategy. | ● | | ● | | ● | ● | | | |
| Financial Reporting/Accounting Experience | Critical to the oversight of our financial statements, internal controls and financial reports. | | | ● | | | ● | ● | | ● |
| Government, Legal and Regulatory | Contributes to the Board's ability to guide us through government regulations, complex legal matters and public policy issues. | | ● | | ● | | | | | |
| Industry Background | Offers pertinent background and knowledge to the Board, providing valuable perspective on issues specific to our business, operations and strategy, including key performance indicators and the competitive environment. | ● | | ● | | | | ● | | |
| Executive Experience | Demonstrates leadership ability and provides valuable insights into operations and business strategy through a practical understanding of organizations, processes, strategy, risk management and the methods to drive change and growth. | ● | | ● | | ● | ● | ● | | ● |
| Executive Compensation | Contributes to the Board's ability to attract, motivate and retain executive talent. | ● | | ● | | ● | | | | |
| Risk Management | Contributes to the identification, assessment and prioritization of significant risks and ensures mitigation strategies are timely adopted. | ● | ● | ● | | | ● | | | |
| Congressional Engagement; National Security and Cyber Defense and Protection | Demonstrates experience with complex organizations with significant national security interests and risk, international relations and interactions, cyber defense and protection, congressional engagement and strategic planning. | | ● | | ● | | | | | |

SER 1865

Exhibit 21 to Decl. of Burton
1239

# ETHICS AND INTEGRITY



**SER 1866**

Integrity is one of our core values at Diamondback. We know it is achieved when our words and actions consistently reflect our vision and strategy. Integrity is built over time and therefore must be apparent in all our business dealings. Due to its importance in helping us live up to this value, our compliance program has six principal components:

» Organizational leadership

» Standards and procedures

» Efforts to exclude bad actors from positions of authority

» Training and education

» Monitoring, auditing and evaluation of program effectiveness

» Appropriate disciplinary and remedial actions

## Organizational Leadership

The Board of Directors has ultimate oversight of Diamondback's compliance program, while our President and Chief Financial Officer and our Chief Legal and Administrative Officer assume day-to-day responsibility. Our Chief Executive Officer also has a role in fostering and exemplifying transparency, integrity and compliances.

## Standards and Procedures

Our Code of Business Conduct and Ethics (the Code) embodies our commitment to conduct our businesses in accordance with our core values; all applicable laws, rules and regulations; and the highest of ethical standards. Our Code covers various topics, including public disclosure, conflicts of interest, equal employment, fair dealing, anti-discrimination, anti-harassment, confidentiality, data privacy, cybersecurity, intellectual property, political activity and contributions, environmental responsibility, human rights, health and safety, transactions with vendors and gifts and the limited process for waivers. In addition, our Code is focused on compliance with applicable laws, rules and regulations governing, among others, insider trading; anti-trust; anti-corruption; anti-bribery; anti-money laundering; anti-boycott and export controls, and establishes reporting and complaint procedures, including an anonymous compliance hotline for any irregularities or violations, including with respect to accounting, internal control and auditing matters.

Our People Policies also set out further obligations regarding conflicts of interest, safety, equal opportunity, harassment and retaliation. These policies outline our support for employees through various provisions. All employees are required to review these documents and provide written acknowledgment of their responsibility to uphold the expectations.

## Training and Education

All Diamondback employees receive training on the Code upon hiring and must annually certify their receipt of the Code and agreement to comply with it. We also provide training on various specific topics set forth in the Code and our other policies, including workplace harassment.

## Monitoring and Auditing

Our compliance program has been structured with internal controls that are intended to be reasonably capable of detecting and reducing the likelihood of criminal and other improper conduct.

## Reporting Violations

As stated in the Code and communicated to employees, anyone who suspects unethical or inappropriate behavior has occurred is required to promptly report the conduct. They are instructed to use, without fear of retaliation, either our internal reporting channels, including reporting directly to our Chief Legal Officer, or our independent compliance hotline. The compliance hotline is an independent, anonymous service available 24 hours a day, 365 days a year. The number for the compliance hotline is posted at every job site so employees, contractors, suppliers and community members are encouraged to and can call toll-free from anywhere in the world. All reports raised are filed in our database and forwarded to our Chief Legal Officer. They are then promptly and impartially, to extent possible, investigated by the appropriate persons, including the Audit Committee of the Board of Directors if the report is about any accounting or auditing matters. The report is tracked until resolved, which could include disciplinary or preventive actions being taken to address any existing or potential violation of law, the Code or any other Company policy.

Exhibit 21 to Decl. of Burton
1240

# ETHICS AND INTEGRITY



**SER 1867**

## Trade Associations, Lobbying and Political Involvement

Diamondback believes that in certain cases it is in the best interest of Diamondback, its employees and its stakeholders for Diamondback to support active and informed participation in the political process at the federal, state and/or local level by using corporate resources to make lawful contributions.

Our Government Affairs group works closely with various organizations representing the oil and gas industry in Texas and Washington, D.C. to help shape regulatory and public policy decisions that affect Diamondback operations. Diamondback is a member of, and actively participates in, several U.S. based national, state and regional trade associations. These organizations provide a forum to allow Diamondback and other members to focus on issue advocacy and promote best practices in areas of operations, health, safety, environment and sustainability within the oil and gas industry. Diamondback's involvement in trade associations and related working groups and committees also creates valuable opportunities to enhance our overall ESG strategy and to promote important educational and public advocacy initiatives.

Our participation in trade associations is subject to management oversight by our Senior Vice President of Government and Regulatory Affairs, who serves as the principal Diamondback representative in such associations. When Diamondback decides to join a trade association, we

do so because we believe the association generally represents our best interest with the understanding that trade associations often represent a diverse membership of companies operating in different states, or on federal lands, and their policy views may not always be representative of Diamondback's views, or applicable to Diamondback. We annually review our trade association memberships to ensure they continue to serve our business.

Below is a list of Diamondback's 2022 trade association memberships:

» American Exploration & Production Council (AXPC)
» American Petroleum Institute (API)
» Independent Petroleum Association of America (IPAA)
» Domestic Energy Producers Alliance (DEPA)
» Permian Basin Petroleum Association (PBPA)
» Permian Basin Water Management Council (PBWMC)
» Permian Strategic Partnership (PSP)
» Texas Alliance of Energy Producers (Alliance)
» Texas Independent Producers & Royalty Owners Association (TIPRO)
» Texas Methane & Flaring Coalition (TMFC)
» Texas Oil and Gas Association (TXOGA)
» Texas Produced Water Consortium at Texas Tech University (TXPWC)
» The Environmental Partnership (TEP)

Just as important as our participation in and support of these organizations, Diamondback believes it is important to be transparent about the Company's public policy advocacy efforts, political contributions and related activities and is committed to that transparency. The SSCR Committee is responsible for reviewing and discussing with Company management our public policy advocacy efforts and annually reviews the activities of our political action committees and all political contributions made with corporate funds.

This annual review also includes an assessment of our trade association memberships. For organizations where our annual membership dues total more than $25,000, Diamondback annually inquires and makes reasonable efforts to obtain information on what portions of our membership dues may be used for lobbying activities. We disclose in our Corporate Political Contribution Disclosure Report on our website the percentage of such dues used for lobbying activities.

We published our first annual Corporate Political Contribution Disclosure Report in 2021 for FY 2020 and have been designated a first-tier company for our political contribution disclosures by the Center for Political Accountability in its annual CPA-Zicklin Index of Corporate Political Disclosure and Accountability. In 2022, we earned a score of 85.7%. The latest 2022 Corporate Political Contribution Disclosure Report and our Policy Governing Corporate Political Contributions, which are both available on our website.

Exhibit 21 to Decl. of Burton
1241

# APPENDIX



| EXPLORATION & PRODUCTION | METRIC | YEAR ENDED 12/31/2022 | YEAR ENDED 12/31/2021 | YEAR ENDED 12/31/2020 | YEAR ENDED 12/31/2019 | YEAR ENDED 12/31/2018 | FOOTNOTE |
|---|---|---|---|---|---|---|---|
| **Net Hydrocarbons Produced** | | | | | | | (a) |
| Oil | MBBL | 81,616 | 81,522 | 66,182 | 68,518 | 34,367 | |
| Gas | MMCF | 176,376 | 169,406 | 130,549 | 97,613 | 34,669 | |
| NGL | MBBL | 29,880 | 27,246 | 21,981 | 18,498 | 7,465 | |
| Total Net Hydrocarbons Produced | MBOE | 140,892 | 137,002 | 109,921 | 103,285 | 47,610 | |
| Average Daily Net Production | MBOE/d | 386.0 | 375.3 | 300.3 | 283.0 | 130.4 | |
| **Proved Reserves** | | | | | | | (a) |
| Oil | MBBL | 1,069,508 | 928,289 | 759,401 | 710,903 | 626,936 | |
| Gas | MMCF | 2,868,861 | 2,585,807 | 1,607,064 | 1,118,811 | 1,048,649 | |
| NGL | MBBL | 485,319 | 429,734 | 289,196 | 230,203 | 190,291 | |
| Total Proved Reserves | MBOE | 2,032,971 | 1,788,991 | 1,316,441 | 1,127,575 | 992,001 | |
| **People** | | | | | | | |
| Employees | # | 972‡ | 870 | 732 | 712 | 711 | (b) |
| Female Management | % | 25%‡ | 21% | 21% | 19% | 28% | (b) |
| Female Professionals | % | 36%‡ | 40% | 42% | 40% | 42% | (b) |
| Female Others | % | 24%‡ | 26% | 30% | 34% | 23% | (b) |
| Total Female Employees | % | 28%‡ | 29% | 32% | 32% | 30% | (b) |
| Minority Management | % | 21%‡ | 20% | 20% | 20% | 14% | (b) |
| Minority Professionals | % | 25%‡ | 19% | 16% | 14% | 14% | (b) |
| Minority Others | % | 45%‡ | 39% | 36% | 37% | 30% | (b) |
| Total Minority Employees | % | 33%‡ | 29% | 25% | 25% | 22% | (b) |
| Employee Turnover | % | 13%‡ | 13% | 7% | 11% | 6% | (b)(c) |
| **Safety (Employee)** | | | | | | | (d) |
| OSHA Recordable Cases | # | 6 | 2 | 3 | 3 | 2 | |
| OSHA Days Away From Work Cases | # | 2 | 1 | 1 | 2 | 2 | |

Exhibit 21 to Decl. of Burton
1242

SER 1868

# APPENDIX



| EXPLORATION & PRODUCTION | METRIC | YEAR ENDED 12/31/2022 | YEAR ENDED 12/31/2021 | YEAR ENDED 12/31/2020 | YEAR ENDED 12/31/2019 | YEAR ENDED 12/31/2018 | FOOTNOTE |
|---|---|---|---|---|---|---|---|
| Total Recordable Incident Rate | per 200k hours | 0.68‡ | 0.25 | 0.42 | 0.42 | 0.53 | (e)(f)(g) |
| Lost Time Incident Rate | per 200k hours | 0.23 | 0.12 | 0.14 | 0.28 | 0.53 | |
| Fatalities | # | — | — | — | — | — | |
| **Safety (Independent Contractor)** | | | | | | | (d) |
| OSHA Recordable Cases | # | 30 | 29 | 14 | 33 | 41 | |
| OSHA Days Away From Work Cases | # | 3 | 10 | 3 | 16 | 18 | |
| Total Recordable Incident Rate | per 200k hours | 0.34 | 0.49 | 0.33 | 0.36 | 0.35 | (e) |
| Lost Time Incident Rate | per 200k hours | 0.03 | 0.17 | 0.07 | 0.18 | 0.15 | |
| Fatalities | # | — | — | — | 1 | — | |
| **Safety (Workforce)** | | | | | | | (d) |
| OSHA Recordable Cases | # | 36 | 31 | 17 | 36 | 43 | |
| OSHA Days Away From Work Cases | # | 5 | 11 | 4 | 18 | 20 | |
| Total Recordable Incident Rate | per 200k hours | 0.37 | 0.46 | 0.34 | 0.37 | 0.35 | (e) |
| Lost Time Incident Rate | per 200k hours | 0.05 | 0.16 | 0.08 | 0.18 | 0.16 | |
| Fatalities | # | — | — | — | 1 | — | |
| **Vehicle Safety** | | | | | | | (d) |
| Preventable Vehicle Incidents | # | 32 | 19 | 23 | 15 | 6 | |
| Vehicle Incident Rate | per million miles | 2.57 | 1.88 | 2.53 | 1.56 | 1.33 | |
| **Flaring** | | | | | | | (d) |
| Gross Volume of Flared Hydrocarbons | MSCF | 7,570,244‡ | 4,542,586 | 4,914,208 | 11,772,007 | 3,026,846 | (e)(h) |
| Gross Gas Flared as a % of Gross Gas Production | % | 2.3% | 1.5% | 2.0% | 5.7% | 4.2% | (e) |
| **GHG Emissions** | | | | | | | |
| Scope 1 GHG Emissions | mt $CO_2e$ | 1,487,280‡ | 1,252,665 | 1,192,556 | 1,852,946 | 538,750 | (d)(e)(f)(i) |
| Scope 1 GHG Intensity | mt $CO_2e$/Gross MBOE | 9.2 | 8.0 | 9.5 | 15.1 | unavailable | (e) |

Exhibit 21 to Decl. of Burton
1243

# APPENDIX



| EXPLORATION & PRODUCTION | METRIC | YEAR ENDED 12/31/2022 | YEAR ENDED 12/31/2021 | YEAR ENDED 12/31/2020 | YEAR ENDED 12/31/2019 | YEAR ENDED 12/31/2018 | FOOTNOTE |
|---|---|---|---|---|---|---|---|
| Scope 2 GHG Emissions | mt $CO_2$e | 674,087‡ | 528,224 | 281,020 | unavailable | unavailable | (j) |
| Scope 2 GHG Intensity | mt $CO_2$e/Gross MBOE | 4.2 | 3.4 | 2.2 | unavailable | unavailable | |
| Scope 1+2 Intensity | mt $CO_2$e/Gross MBOE | 13.4 | 11.4 | 11.7 | unavailable | unavailable | |
| $CO_2$ Emissions | mt $CO_2$ | 1,317,860 | 1,131,943 | 1,064,560 | 1,640,774 | 309,812 | (d) |
| $CH_4$ Emissions | mt $CH_4$ | 6,722.8 | 4,779.4 | 5,079.0 | 8,428.5 | 8,108.1 | |
| $CH_4$ Intensity | mt $CH_4$/Gross MBOE | 0.04 | 0.03 | 0.04 | 0.07 | unavailable | (e)(k) |
| $N_2O$ Emissions | mt $N_2O$ | 4.53 | 4.15 | 3.43 | 4.90 | 2.01 | (d) |
| VOC Emissions | mt VOC | 5,900 | 9,152 | 9,216 | unavailable | unavailable | (d) |
| Estimated Scope 3 GHG Emissions (Category 11) | mt $CO_2$e | 45,090,583‡ | unavailable | unavailable | unavailable | unavailable | (l) |
| **Spills** | | | | | | | (d) |
| Hydrocarbon Spills | # | 441 | 505 | 386 | 342 | 288 | (m) |
| Produced Water Spills | # | 222 | 262 | 249 | 490 | 319 | (m) |
| Hydrocarbon Volumes | BBL | 5,592 | 2,616 | 2,853 | 4,659 | 4,098 | |
| Produced Water Volumes | BBL | 28,518 | 15,257 | 23,969 | 92,544 | 27,441 | |
| Combined Volumes | BBL | 34,110 | 17,873 | 26,822 | 97,203 | 31,539 | |
| Hydrocarbon Spills Recovered | % | 85% | 63% | 71% | 68% | unavailable | |
| Produced Water Spills Recovered | % | 72% | 72% | 68% | 51% | unavailable | |
| Total Spills Recovered | % | 71% | 71% | 68% | 52% | 81% | |
| Total Produced Fluid Spill per 1,000 Bbl Produced | BBL/MBBL | 0.07‡ | 0.04 | 0.07 | 0.24 | 0.22 | (e) |
| Total Produced Hydrocarbon Spill per 1,000 Bbl Produced | BBL/MBBL | 0.05 | 0.03 | 0.03 | 0.05 | 0.10 | |
| Total Produced Water Spill per 1,000 Bbl Produced | BBL/MBBL | 0.08 | 0.04 | 0.08 | 0.29 | 0.26 | |
| Produced Liquid Spills (Less Recovered) Rate | BBL/MBBL | 0.019 | 0.012 | 0.021 | 0.116 | unavailable | |
| **Water** | | | | | | | |
| Total Water Used In Operations | MBBL | 138,697 | 133,284 | 103,424 | 176,775 | 99,922 | |
| Brackish Water Used In Operations | MBBL | 56,035 | 67,981 | 61,249 | 86,327 | 6,182 | |

DIAMONDBACK ENERGY /// 2023 CSR  **41**

Exhibit 21 to Decl. of Burton
1244

# APPENDIX



| EXPLORATION & PRODUCTION | METRIC | YEAR ENDED 12/31/2022 | YEAR ENDED 12/31/2021 | YEAR ENDED 12/31/2020 | YEAR ENDED 12/31/2019 | YEAR ENDED 12/31/2018 | FOOTNOTE |
|---|---|---|---|---|---|---|---|
| Recycled Water Used In Operations | MBBL | 56,918 | 38,733 | 17,689 | 27,936 | 9,911 | |
| Freshwater Used In Operations | MBBL | 25,744 | 26,570 | 24,486 | 62,512 | 83,829 | |
| Total Water Intensity | MBBL/Net MBOE | 0.98 | 0.97 | 0.94 | 1.71 | 2.10 | |
| Freshwater Intensity | MBBL/Net MBOE | 0.18 | 0.19 | 0.22 | 0.61 | 1.76 | |
| Freshwater Intensity | MBBL/Gross MBOE | 0.16 | 0.17 | 0.20 | 0.51 | 1.61 | (e) |
| Water Recycle Rate | % | 41.0%‡ | 29.1% | 17.1% | 15.8% | 9.9% | (e) |
| **Governance** | | | | | | | |
| Independent Board Members | % | 89% | 90% | 88% | 71% | 71% | |
| Women Board Members | % | 33% | 30% | 25% | 14% | 14% | |
| Ethnically Diverse Members | % | 33% | 30% | 13% | 0% | 0% | |

‡  This metric was reviewed by our independent certified public accountants in accordance with attestation standards established by the American Institute of Certified Public Accountants for the year ended December 31, 2022, as stated in their report appearing on page 54. Refer to footnotes for the criteria used to present these metrics.

All 2022 figures in the report reflect Diamondback data plus data attributable to FireBird Energy LLC ("FireBird") for December 2022 subsequent to its acquisition by Diamondback.

All 2018 figures in the report reflect Diamondback data plus data attributable to Energen Corporation ("Energen") for December 2018 subsequent to its acquisition by Diamondback, unless otherwise noted.

(a) These figures represent Diamondback plus Viper.

(b) Criteria used to calculate this metric was based on employee personnel data from self-reported employee census data.

(c) Employee turnover does not include data and changes due to acquisition and divestiture activities.

(d) 2018 figures represent Diamondback's activity, excluding Energen.

(e) 2018 figures represent Diamondback and Energen combined activity.

(f) Criteria used for this metric follows AXPC ESG Metrics Framework.

(f) Criteria used for this metric follows SASB methodology. See the table beginning on page 43 for further information on the criteria.

(g) Criteria used for this metric follows GRI-403-9 methodology.

(h) Criteria used for this metric follows GRI-OG6 methodology.

(i) Criteria used for this metric follows GRI-305-1 methodology. Gases included in the calculation are $CO_2$, $CH_4$ and $N_2O$. Diamondback used the global warming potential (GWP) rates from the Intergovernmental Panel on Climate Change's Fourth Assessment Report. We include all reportable emissions under the U.S. Environmental Protection Agency's (EPA) Greenhouse Gas Reporting Program using the operational control approach to consolidation.

(j) Criteria used for this metric follows GRI-305-2 methodology. Gases included in the calculation are $CO_2$, $CH_4$ and $N_2O$. Diamondback used the GWP rates from the Intergovernmental Panel on Climate Change's Fourth Assessment Report. We used the location-based method in accordance with the WRI's GHG Protocol. Scope 2 emissions include all electricity purchased to power facilities and equipment under our operational control.

(k) 2018 figures represent Diamondback and Energen combined activity.

(l) To estimate our Scope 3 emissions, we relied upon IPIECA's 2016 guidance document Estimating Petroleum Industry Value Chain (Scope 3) Greenhouse Gas Emissions. Per the IPIECA guidance, we report category 11 "Use of Sold Products" by calculating combustion emissions for our oil, natural gas and marketed natural gas liquids products using emissions factors obtained from the EPA and net equity production reported in Diamondback's 2022 Form 10-K.

(m) Beginning in 2020, Diamondback began adhering to AXPC methodology, which includes spills greater than or equal to 1 BBL which are not confined to impermeable secondary containment. Previous years include spills greater than 1 BBL and do not take into consideration if a spill occurred outside of containment.

Exhibit 21 to Decl. of Burton
1245

SER 1871

# SASB INDEX



This index provides Diamondback's performance data aligned with the recommended metrics for the SASB Extractives and Minerals Processing — Oil and Gas Exploration and Production sector. All data represents full-year 2022 information and represents 100% of Diamondback's operating assets.

| ACCOUNTING METRIC | CODE | DISCLOSURE |
|---|---|---|
| **Greenhouse Gas Emissions** | | |
| Gross global Scope 1 emissions, percentage methane, percentage covered under emissions-limiting regulations | EM-EP-110a.1 | 1,487,280 mt $CO_2$e, 11% methane, none covered under emissions-limiting regulations |
| Amount of gross global Scope 1 emissions from: (1) flared hydrocarbons, (2) other combustion, (3) process emissions, (4) other vented emissions, and (5) fugitive emissions | EM-EP-110a.2 | (1) 659,876 mt $CO_2$e<br>(2) 703,803 mt $CO_2$e<br>(3) –<br>(4) 105,273 mt $CO_2$e<br>(5) 18,327 mt $CO_2$e |
| Discussion of long-term and short-term strategy or plan to manage Scope 1 emissions, emissions reduction targets, and an analysis of performance against those targets | EM-EP-110a.3 | See Climate Strategy and the TCFD Index |
| **Air Quality** | | |
| Air emissions of the following pollutants:<br>(1) $NO_x$ (excluding $N_2O$), (2) $SO_x$, (3) volatile organic compounds (VOCs), and (4) particulate matter ($PM_{10}$) | EM-EP-120a.1 | (1) Not disclosed<br>(2) Not disclosed<br>(3) 5,900 mt VOC<br>(4) Not disclosed |
| **Water Management** | | |
| (1) Total fresh water withdrawn, (2) total fresh water consumed, percentage of each in regions with High or Extremely High Baseline Water Stress | EM-EP-140a.1 | (1) 5.8 (thousand cubic meters)<br>(2) 4.1 (thousand cubic meters)<br>76-99% for both (1) & (2), according to World Resource Institute's Aqueduct Baseline Water Scarcity Data |
| Volume of produced water and flowback generated; percentage (1) discharged, (2) injected, (3) recycled; hydrocarbon content in discharged water | EM-EP-140a.2 | 57.9 (thousand cubic meters)<br>(1) 0%<br>(2) 78%<br>(3) 22% |
| Percentage of hydraulically fractured wells for which there is public disclosure of all fracturing fluid chemicals used | EM-EP-140a.3 | 100% |
| Percentage of hydraulic fracturing sites where ground or surface water quality deteriorated compared to a baseline | EM-EP-140a.4 | Not disclosed |

DIAMONDBACK ENERGY /// 2023 CSR  **43**

Exhibit 21 to Decl. of Burton
1246

Case 2:24-cv-00801-ODW-PVC   Document 53-21   Filed 07/24/24   Page 45 of 58   Page ID #:2892

**SER 1873**

## SASB INDEX



| ACCOUNTING METRIC | CODE | DISCLOSURE |
|---|---|---|
| **Biodiversity Impacts** | | |
| Description of environmental management policies and practices for active sites | EM-EP-160a.1 | See Land Use and Biodiversity |
| Number and aggregate volume of hydrocarbon spills, volume in Arctic, volume impacting shorelines with ESI rankings 8-10, and volume recovered | EM-EP-160a.2 | 441 spills, 5,592 BBL, 0 spills in Arctic (no operations), 0 spills impacting shorelines with ESI rankings 8-10, 4,754 BBL recovered |
| Percentage of (1) proved and (2) probable reserves in or near sites with protected conservation status or endangered species habitat | EM-EP-160a.3 | Not disclosed |
| **Security, Human Rights & Rights of Indigenous Peoples** | | |
| Percentage of (1) proved and (2) probable reserves in or near areas of conflict | EM-EP-210a.1 | (1) 0%  (2) 0% |
| Percentage of (1) proved and (2) probable reserves in or near indigenous land | EM-EP-210a.2 | (1) 0%  (2) 0% |
| Discussion of engagement processes and due diligence practices with respect to human rights, indigenous rights, and operation in areas of conflict | EM-EP-210a.3 | See Land Use and Biodiversity |
| **Community Relations** | | |
| Discussion of process to manage risks and opportunities associated with community rights and interests | EM-EP-210b.1 | See our Human Rights Policy |
| Number and duration of non-technical delays | EM-EP-210b.2 | — |
| **Workforce Health & Safety** | | |
| (1) Total recordable incident rate (TRIR), (2) fatality rate, (3) near miss frequency rate (NMFR), and (4) average hours of health, safety, and emergency response training for (a) full-time employees, (b) contract employees, and (c) short-service employees | EM-EP-320a.1 | (1) 0.68 per 200,000 hours worked  (2) 0  (3) Not disclosed  (4) Not disclosed |
| Discussion of management systems used to integrate a culture of safety throughout the exploration and production lifecycle | EM-EP-320a.2 | See Safety |
| **Reserves Valuation & Capital Expenditures** | | |
| Sensitivity of hydrocarbon reserve levels to future price projection scenarios that account for a price on carbon emissions | EM-EP-420a.1 | Not disclosed |
| Estimated carbon dioxide emissions embedded in proved hydrocarbon reserves | EM-EP-420a.2 | Not disclosed |
| Amount invested in renewable energy, revenue generated by renewable energy sales | EM-EP-420a.3 | Not disclosed |
| Discussion of how price and demand for hydrocarbons and/or climate regulation influence the capital expenditure strategy for exploration, acquisition, and development of assets | EM-EP-420a.4 | See Climate Strategy and the TCFD Index |

DIAMONDBACK ENERGY /// 2023 CSR  **44**

Exhibit 21 to Decl. of Burton
1247

Case 2:24-cv-00801-ODW-PVC   Document 53-21   Filed 07/24/24   Page 46 of 58   Page ID #:2893

# SASB INDEX



| ACCOUNTING METRIC | CODE | DISCLOSURE |
|---|---|---|
| **Business Ethics & Transparency** | | |
| Percentage of (1) proved and (2) probable reserves in countries that have the 20 lowest rankings in Transparency International's Corruption Perception Index | EM-EP-510a.1 | (1) 0% <br> (2) 0% |
| Description of the management system for prevention of corruption and bribery throughout the value chain | EM-EP-510a.2 | See Ethics and Integrity |
| **Management of the Legal & Regulatory Environment** | | |
| Discussion of corporate positions related to government regulations and/or policy proposals that address environmental and social factors affecting the industry | EM-EP-530a.1 | See Trade Associations, Lobbying and Political Involvement |
| **Critical Incident Risk Management** | | |
| Process Safety Event (PSE) rates for Loss of Primary Containment (LOPC) of greater consequence (Tier 1) | EM-EP-540a.1 | Not disclosed |
| Description of management systems used to identify and mitigate catastrophic and tail-end risks | EM-EP-540a.2 | See Environmental Management |
| **Activity Metric** | | |
| Production of: (1) oil, (2) natural gas, (3) synthetic oil, and (4) synthetic gas | EM-EP-000.A | Oil: 81,616 MBbls <br> Natural Gas: 176,376 MMcf <br> Natural Gas Liquids: 29,880 MBbls |
| Number of offshore sites | EM-EP-000.B | None |
| Number of terrestrial sites | EM-EP-000.C | 3,254 wells across approximately 615,348 gross (508,767 net) acres in the Permian Basin |

SER 1874

Exhibit 21 to Decl. of Burton
1248

# AXPC INDEX



This index provides Diamondback's performance data aligned with the recommended metrics for the American Exploration and Production Council. Gross oil and gas production, Scope 1 GHG emissions, methane emissions and flaring figures in this index include a full year of FireBird operations, and may differ from other figures throughout this report.

| TOPIC | INDICATOR AND UNITS | 2022 |
|---|---|---|
| Greenhouse Gas Emissions | Scope 1 GHG Emissions (Metric tons $CO_2$e) | 1,619,184 |
| | Scope 1 GHG Intensity<br>Scope 1 GHG Emissions (Metric tons $CO_2$e)/Gross Annual Production as Reported Under Subpart W (MBoe) | 9.7 |
| | Percent of Scope 1 GHG Emissions Attributed to Boosting and Gathering Segment | 0% |
| | Scope 2 GHG Emissions (Metric tons $CO_2$e) | 674,087 |
| | Scopes 1 & 2 Combined GHG Intensity<br>(Scope 1 GHG Emissions (Metric tons $CO_2$e) + Scope 2 GHG Emissions (Metric tons $CO_2$e))/Gross Annual Production as Reported Under Subpart W (MBoe) | 13.7 |
| | Scope 1 Methane Emissions (Metric tons $CH_4$) | 7,240 |
| | Scope 1 Methane Intensity<br>Scope 1 Methane Emissions (Metric tons $CH_4$)/Gross Annual Production - As Reported Under Subpart W (MBoe) | 0.04 |
| | Percent of Scope 1 Methane Emissions Attributed to Boosting and Gathering Segment | 0% |
| Flaring | Gross Annual Volume of Flared Gas (Mcf) | 8,348,307 |
| | Percentage of gas flared per Mcf of gas produced<br>Gross Annual Volume of Flared Gas (Mcf)/Gross Annual Gas Production (Mcf) | 2.43% |
| | Volume of gas flared per barrel of oil equivalent produced<br>Gross Annual Volume of Flared Gas (Mcf)/Gross Annual Production (Boe) | 0.050 |
| Spills | Spill Intensity<br>Produced Liquids Spilled (Bbl)/Total Produced Liquids (MBbl) | 0.073 |
| Water Use | Fresh Water Intensity<br>Fresh Water Consumed (Bbl)/Gross Annual Production (Boe) | 0.154 |
| | Water Recycle Rate<br>Recycled Water (Bbl)/Total Water Consumed (Bbl) | 41.0% |
| | Does your company use WRI Aqueduct, GEMI, Water Risk Filter, Water Risk Monetizer, or other comparable tool or methodology to determine the water stressed areas in your portfolio? | Yes |
| Safety | Employee TRIR<br># of Employee OSHA Recordable Cases x 200,000/Annual Employee Workhours | 0.68 |
| | Contractor TRIR<br># of Contractor OSHA Recordable Cases x 200,000/Annual Contractor Workhours | 0.34 |
| | Combined TRIR<br># of Combined OSHA Recordable Cases x 200,000/Annual Combined Workhours | 0.37 |

DIAMONDBACK ENERGY /// 2023 CSR  46

Exhibit 21 to Decl. of Burton
1249

SER 1875

## AXPC INDEX



| TOPIC | INDICATOR AND UNITS | 2022 |
|-------|---------------------|------|
| Supporting Data | Gross Annual Oil Production (Bbl) | 110,427,395 |
| | Gross Annual Gas Production (Mcf) | 343,553,507 |
| | Gross Annual Production (Boe) | 167,686,312 |
| | Gross Annual Production (MBoe) | 167,686 |
| | Gross Annual Production – As Reported Under Subpart W (MBoe) | 167,686 |
| | Total Produced Liquids (MBbl) | 469,245 |
| | Produced Liquids Spilled (Bbl) | 34,110 |
| | Fresh Water Consumed (Bbl) | 25,744,071 |
| | Recycled Water (Bbl) | 56,917,787 |
| | Total Water Consumed (Bbl) | 138,696,966 |
| | Employee OSHA Recordable Cases | 6 |
| | Contractor OSHA Recordable Cases | 30 |
| | Combined OSHA Recordable Cases | 36 |
| | Annual Employee Workhours | 1,777,328 |
| | Annual Contractor Workhours | 17,883,969 |
| | Methodology | **Actuals** |
| | Annual Combined Workhours | 19,661,297 |

DIAMONDBACK ENERGY /// 2023 CSR  47

Exhibit 21 to Decl. of Burton
1250

SER 1876

# TCFD INDEX



## Governance

### Board Oversight

The Board of Diamondback oversees the long-term success and viability of our business, including the Company's strategy, vision and risk profile. The SSCR Committee oversees Diamondback's sustainability programs and activities, including oversight of climate-related risks and opportunities. The SSCR Committee assists management in setting strategy, establishing goals and integrating ESG matters into strategic and tactical business activities across the Company.

The Board of Directors believes that full and open communication between management and the Board is essential for effective risk management and oversight. The Board, including our Chairman and Chief Executive Officer, meets regularly with our President and Chief Financial Officer, Chief Operating Officer and other members of the senior executive team to discuss strategy, opportunities and key challenges and risks in relation to our operations, including climate-related risks. The executive officers are also available to address any questions or concerns raised by the Board on risk management and any other matters. Additionally, our Chief Operating Officer has appointed a Director of Safety and Sustainability, who is also available to confer with the Board to the extent their expertise is required to address risk management matters.

Additional information regarding the Board's role in risk oversight including climate-related risk is included in our 2023 Proxy Statement.

## Management Oversight

Our executive management team sets our sustainability and business strategies, approves goals, provides resources to meet performance targets and has oversight of our sustainability practices, including our approach on climate. Our Board of Directors annually approves the capital investment budget based on the recommendation of the executive management team, including investments in technology to reduce emissions. In 2021, we approved and allocated $15 million per year through 2024 to investments in technology to reduce emissions.

Our executives regularly discuss the strategic risks and opportunities arising from carbon emissions regulatory changes, fees associated with those changes, and shifting product demand to electric and fuel-efficient vehicles.

## Strategy

### Climate-related risks and opportunities

Diamondback considers potential climate-related risks in all its operational planning. The relevant risks include current and emerging regulation, technology, legal, market, reputation and acute physical and chronic physical risks.

Exhibit 21 to Decl. of Burton
1251

SER 1877

# TCFD INDEX



| RISK TYPE | DESCRIPTION |
|---|---|
| Current Regulation | Diamondback monitors the status of existing and emerging GHG regulations and the potential impact they might have on our business by performing multiple scenario analyses to test the resiliency of our portfolio. There has been new legislation introduced and proposed at the federal and state levels to quantify and limit GHG emissions. For example, the Inflation Reduction Act will impose fees from 2024 for emission of methane that exceeds an applicable waste emissions threshold from sources including petroleum and natural gas production. The federal government also provides monetary incentives for the development of alternative energy sources. |
| Emerging Regulation | Diamondback closely follows emerging and proposed regulations. We believe that our current operating plan accounts for stricter monitoring and regulation of emissions and methane than currently required. Diamondback's 2024 emissions reduction targets (GHG intensity and methane intensity) drive the majority of decisions related to responsible development, and we believe that these targets will keep us ahead of emerging regulatory risks. |
| Technology | Diamondback has cross-functional employees who analyze new and emerging technologies for emission monitoring and control. We believe the use of these technologies is pertinent to operating in an environmentally responsible manner. We also hold quarterly round-table discussions with our engineering- and infrastructure-related field personnel to seek out design changes to better capture emissions moving forward. |
| Legal | Diamondback closely monitors and manages potential legal risks, including those related and unrelated to climate change. |
| Market | Diamondback's revenues, operating results, profitability, future rate of growth and the carrying value of our oil and natural gas properties depend significantly upon the prevailing prices for oil and natural gas. Historically, oil and natural gas prices have been volatile and are subject to fluctuations in response to changes in supply and demand, market uncertainty and a variety of additional factors that are beyond our control. These factors include, but are not limited to, the price and availability of alternative fuels, conservation measures and technological advances that could reduce demand for our products. Diamondback evaluates climate risk using scenario analyses of technology and market conditions that consider supply, demand and pricing scenarios at least as challenging as IEA's Sustainable Development Scenario. These scenario analyses are an important tool used by management and Diamondback's Board of Directors to create our annual and long-term operating plans. |
| Reputation | Diamondback's reputation could decrease or increase our cost of doing business, depending on the perception of various stakeholders. The potential risks as set forth in the TCFD include risks tied to changing customer or community perceptions of an organization's contribution to or detraction from the transition to a lower-carbon economy. |
| Acute Physical | Diamondback considers acute physical risks (including floods, tornadoes and hurricanes) in our risk assessments. As with other oil and gas operators, Diamondback's operations can be affected by extreme weather conditions. We currently do not see any acute physical risks affecting our business any more than normal operations. We consider extreme weather conditions when modeling our business plan and are confident in our ability to continue operations in those scenarios. |
| Chronic Physical | Diamondback does not anticipate chronic physical risks impacting our business in the short-, medium- or long-term time frame. We currently do not see any chronic physical risks (including sea level rise or chronic heat waves) affecting our business any more than normal operations. |

| OPPORTUNITY TYPE | DESCRIPTION |
|---|---|
| Use of lower-emission sources of energy through full-field electrification | Diamondback incorporates a strategy of having electrical infrastructure in place prior to placing new wells on production. This is done through the collaboration of a multi-functional team of facilities engineers, land representatives, reservoir engineers and completion engineers that plan Diamondback's development and associated infrastructure needs. Through weekly discussions, these teams have been able to provide line power to a significant number of wells Diamondback has completed since 2019. In 2022, Diamondback drilled its first well using a drilling rig powered by line power. We also began using an electrical frac fleet (e-fleet) in Q4 2022 and another in early 2023. While both of these activities are expected to reduce our emissions, they also may reduce our capital costs. |
| Reduced water usage | Diamondback has long been committed to recycling water from our production operations. We primarily reuse produced water for our completion operations, limiting the amount of freshwater sourced for our development plan. In addition to recycling efforts, we have also placed a premium on sourcing water that is not compatible for farming or ranching activities (brackish water). By doing so, we continue to lower our impact on municipalities and reduce our use of freshwater. The combination of brackish and recycled water accounted for approximately 81% of all water usage by the Company in 2022, and we expect this number to continue to increase over time. |
| Increased revenues through gas captured rather than flared | Diamondback believes reducing flaring is vital to the success of our Company and our industry, and excessive flaring can be a major impediment to a successful upstream business plan. To date, we have been able to nearly eliminate all occurrences of flaring due to operational issues. We have also worked with our midstream business partners to ensure that we have adequate takeaway in place prior to our wells coming on line. By doing so, we are able to reduce the amount of gas flared, increase our revenue and decrease our environmental footprint. We also plan to install CEMS technology to monitor at least 90% of our operated oil production by the end of 2023, which will allow us to find and repair emissions leaks in a more timely manner. |

Exhibit 21 to Decl. of Burton 1252

SER 1878

**SER 1879**

# TCFD INDEX



### Impact on Strategy

We are focused on investing thoughtfully to address our identified climate change-related risks and opportunities. Diamondback considers risks as far into the future as practicable given the variability in regulatory, economic and technological circumstances. There is often much speculation around climate-related risks and opportunities, and although we are not always in a position to act on a potential risk or to benefit from a potential opportunity without adequate available information, we take the steps that are prudent.

Consistent with our overall approach to environmental responsibility, we strive to limit and capture air emissions by implementing Best Available Control Technology (BACT) on all new facilities and wells. BACT projects include various infrastructure applications, such as fitting our tanks with vapor recovery towers and compressors that are projected to capture more than 95% of possible emissions. This process encompasses the majority of the $60 million we have budgeted to spend through 2024 to meet our GHG and methane intensity reduction targets.

As part of our strategy, we have set strong goals to reduce our GHG and methane emissions intensity. Since January 1, 2021, we committed to achieving zero net Scope 1 GHG emissions from our oil and gas production. Along with taking aggressive steps to cut emissions and reduce our GHG intensity, we have purchased voluntary carbon credits equivalent to our remaining Scope 1 emissions.

### Climate Resilience

Our scenario-planning analysis suggests that Diamondback's strategic focus on high-return, low-cost operations in the Permian Basin should allow us to continue to monetize our reserves even in the most carbon-constrained scenarios. As a result, we believe that it is currently unlikely that our assets would be stranded during the projected period out to 2050.

In order to analyze potential risks to Diamondback's oil and gas portfolio in a carbon-constrained environment, we utilized the IEA's 2022 World Energy Outlook (WEO) to examine various supply-and-demand scenarios through 2050. We utilized three WEO scenarios to test the resilience of our portfolio: Stated Policies Scenario (STEPS), the Announced Pledges Scenario (APS) and the Net Zero Emissions by 2050 Scenario (NZE):

» **STEPS:** shows the trajectory implied by today's policy settings

» **APS:** encompasses an energy consumption pathway that limits global increases in temperature to less than 1.7 degrees Celsius with a 50% probability and without relying on global net-negative $CO_2$ emissions.

» **NZE:** maps out a way to achieve a 1.5 degrees Celsius stabilization in the rise in global average temperatures

The IEA's STEPS and APS represent strong potential actions to reduce global fossil fuel demand. Therefore, we believe they serve as good tests of Diamondback's resiliency and of our ability to profitably develop and produce energy resources in a demand-constrained world. Both STEPS and APS indicate that companies producing oil and gas on the lower end

of breakeven costs will be best positioned to succeed, as the lowest-cost resources would be developed first.

### Diamondback operates exclusively within the lower-cost Permian Basin

Diamondback operates entirely within the Permian Basin that spans West Texas and southeastern New Mexico. The Permian Basin encompasses several sub-basins, including the Midland Basin and the Delaware Basin. In its March 2023 report, "US Shale Full-cycle Oil Breakeven Prices Update," Wells Fargo identifies the Delaware Basin and Midland Basin as two of the most economic North American onshore oil resource plays, with an estimated oil price breakeven cost of approximately $46 per barrel and $52 per barrel, respectively. In the same report, Wells Fargo estimated the breakeven cost for Diamondback to be approximately $43 per barrel.

**FULL-CYCLE BREAKEVEN OIL PRICES BY BASIN**
($/BBL)



*Source: Rystad Energy and Wells Fargo Securities, LLC estimates*

Exhibit 21 to Decl. of Burton
1253

# TCFD INDEX



**SER 1880**

**Diamondback is a leading low-cost operator among North American oil shale players**

To corroborate the results found by Wells Fargo in its 2023 breakeven analysis, we performed an internal study and found that our asset base is profitable down to approximately $35 per barrel. This was calculated as the per-barrel WTI oil price needed to generate enough cash flow to fund the capital required to maintain our estimated full year 2023 oil production through 2024. Diamondback went a step further and calculated approximately 8,500 economic drilling locations at an assumed price of $50 WTI (~17% below the 2050 APS price of $60 per barrel). Based on Diamondback's estimated long-term completion pace required to keep 2023 oil production flat, this implies approximately 28 years of economic inventory, beyond the 2050 timeline of the APS.

If the STEPS or APS outlined by the IEA come to fruition over the next 30 years, oil and gas prices are likely to increase as efforts to limit fossil fuel consumption occur. However, in both cases, the lowest-cost resources are still considered first for development. At the $35 per barrel breakeven cost calculated internally by Diamondback, current data suggests the Company will be well below the 2050 projected breakeven prices in both the STEPS and the APS, indicating that we are in a strong position to continue to produce oil and gas economically and help meet the global demand for oil. Looking at the Net Zero Emissions by 2050 (NZE) scenario, Diamondback would be in a position to continue producing oil and gas economically through 2030.



**WORLD OIL DEMAND**
(MMBO/D)

Stated Policies (STEPS)
Announced Pledges (APS)
Net Zero Emissions (NZE)

*Source: International Energy Agency (2022), World Energy Outlook 2022, IEA, Paris.*



**IEA CRUDE OIL PRICE**
(USD/BBL)

STEPS
APS
NZE
FANG B/E

*Source: International Energy Agency (2022), World Energy Outlook 2022, IEA, Paris.*

## Risk Management

As an exploration and production company, we face a number of risks, including climate-related risks. Management is responsible for the day-to-day management of risks we face as a company, while our Board of Directors, as a whole and through its committees, is responsible for the oversight of risk management. In its risk oversight role, our Board of Directors has the responsibility to satisfy itself that the risk management processes designed and implemented by management are adequate and functioning as designed.

Diamondback has well-established risk identification, mitigation, prioritization and management practices that we use to manage business risks. Our risk management processes extend to how we address potential climate change-related risks. The identification of risks at an organization-wide and project-level allows us to develop measures to avoid, mitigate or remedy them. Our Company uses continuous improvement of management processes, such as an enterprise risk management (ERM) system to strengthen our risk management and mitigation process.

Through our ERM process, we seek to identify and mitigate risks that have significant potential to affect our business. Severe weather, process safety, sustainability, environmental and legal risks are among areas examined through our ERM process. Climate change has the potential to impact many different aspects of our business, and these impacts are integrated across multiple ERM risk categories. The ERM process includes an annual risk review with executive leadership and the Board of Directors.

Exhibit 21 to Decl. of Burton
1254

# TCFD INDEX



## Metrics and Targets

### Metrics

The Company tracks Scope 1 and 2 GHG emissions from all sources, including flaring and gas driven engines. Data is tracked and reported on an absolute basis and as an intensity relative to gross barrels of oil equivalent produced.

### Data

Operated Emissions in 2022:

» Scope 1 Emissions – 1,487,280 mt $CO_2$e
- Flared Hydrocarbons – 659,876 mt $CO_2$e
- Other Combustion – 703,803 mt $CO_2$e
- Other Vented Emissions – 105,273 mt $CO_2$e
- Fugitive Emissions – 18,327 mt $CO_2$e

» Scope 2 Emissions – 674,087 mt $CO_2$e

» Estimated Scope 3 Emissions (Use of Sold Products) – 45,090,583 mt $CO_2$e

### Targets

We have set five near and medium-term GHG related targets:

» Reduce Scope 1+2 GHG Intensity by at least 50% from 2020 levels by 2030

» Implement Continuous Emission Monitoring Systems (CEMS) on Diamondback facilities to cover at least 90% of operated oil production by the end of 2023

» Reduce methane intensity by at least 70% from 2019 levels by 2024

» Reduce Scope 1 GHG intensity by at least 50% from 2019 levels by 2024

» Eliminate routine flaring (as defined by the World Bank) by 2025

### "Net zero now" commitment

Effective January 1, 2021, we committed to achieving zero net Scope 1 GHG emissions from our oil and gas production. Along with taking aggressive steps to cut emissions and reduce our GHG intensity, we will purchase voluntary carbon credits equivalent to our remaining Scope 1 emissions. Over time, we plan to invest in additional projects that more directly offset our Scope 1 emissions. Hitting and exceeding our emissions reduction targets will be the priority, but the purchase of carbon offsets can be seen as our "bridge" to the time when our project investments can supplement the reduction of our carbon footprint.

Diamondback retired voluntary carbon credits to offset more than 1.5 million metric tons of $CO_2$e emitted during 2022. We secured voluntary carbon offsets that are registered in the American Carbon Registry. The projects associated with these offsets include the capture, transportation and sequestration of carbon dioxide in Texas and Wyoming.

Exhibit 21 to Decl. of Burton
1255

Case 2:24-cv-00801-ODW-PVC　Document 53-21　Filed 07/24/24　Page 54 of 58　Page ID #:2901

SER 1882

# 2022 EEO-1 DATA



| JOB CATEGORIES | HISPANIC OR LATINO | | NOT-HISPANIC OR LATINO | | | | | | | | | | | | | OVERALL TOTALS |
| | MALE | FEMALE | MALE | | | | | | FEMALE | | | | | | |
| | | | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | WHITE | BLACK OR AFRICAN AMERICAN | NATIVE HAWAIIAN OR PACIFIC ISLANDER | ASIAN | AMERICAN INDIAN OR ALASKAN NATIVE | TWO OR MORE RACES | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Executive/Sr Officials & Mgrs | 1 | 0 | 15 | 0 | 0 | 1 | 0 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 20 |
| First/Mid Officials & Mgrs | 24 | 0 | 99 | 2 | 0 | 3 | 1 | 1 | 41 | 2 | 0 | 1 | 1 | 3 | 178 |
| Professionals | 42 | 10 | 147 | 5 | 0 | 5 | 3 | 5 | 96 | 8 | 0 | 2 | 1 | 1 | 325 |
| Technicians | 42 | 6 | 63 | 5 | 0 | 1 | 0 | 1 | 20 | 3 | 0 | 0 | 0 | 2 | 143 |
| Sales Workers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Administrative Support | 5 | 12 | 9 | 0 | 0 | 0 | 0 | 1 | 51 | 4 | 0 | 1 | 3 | 0 | 86 |
| Craft Workers | 90 | 0 | 103 | 5 | 0 | 1 | 2 | 14 | 2 | 1 | 0 | 0 | 0 | 2 | 220 |
| Operatives | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Laborers & Helpers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Service Workers | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 204 | 28 | 436 | 17 | 0 | 11 | 6 | 23 | 212 | 18 | 0 | 4 | 5 | 8 | 972 |

Note: The U.S. Equal Employment Opportunity Commission has deferred the official filing date until Fall 2023.

Exhibit 21 to Decl. of Burton
1256

**SER 1883**

 Grant Thornton



**GRANT THORNTON LLP**
211 N. Robinson Ave., Suite 1200
Oklahoma City, OK 73102

D   +1 405 218 2800
F   +1 405 218 2801

**REPORT OF INDEPENDENT CERTIFIED PUBLIC ACCOUNTANTS**

Board of Directors and Management of Diamondback Energy, Inc.

We have reviewed certain metrics, as specified in the table below, of Diamondback Energy, Inc. ("Diamondback" or the "Company") for the year ended December 31, 2022 as reported in the Company's 2023 Corporate Sustainability Report ("Subject Matter"). Diamondback's management is responsible for preparing and presenting the Subject Matter based on the Criteria for the Subject Matter as specified in the table below and as described in the Company's 2023 Corporate Sustainability Report. Our responsibility is to express a conclusion on the Subject Matter based on our review.

| Subject Matter | Criteria |
|---|---|
| Scope 1 greenhouse gas (GHG) emissions in CO2e (includes methane emissions) | Greenhouse Gas Protocol[1] |
| Scope 2 emissions | Greenhouse Gas Protocol[1] |
| Scope 3 emissions | Greenhouse Gas Protocol[1] |
| Produced liquid (hydrocarbon and non-hydrocarbon) spills | American Exploration and Production Council |
| Recycled water used in operations | American Exploration and Production Council |
| Flared gas in MCF | Global Reporting Initiative |
| Employee incident rates | Global Reporting Initiative |
| Employee demographic/population information | Employee personnel data from self-reported employee census data |

[1] World Resources Institute (WRI) Greenhouse Gas Protocol: A Corporate Accounting and Reporting Standard (Revised Edition), GHG Protocol Scope 2 Guidance, and Corporate Value Chain (Scope 3) Accounting and Reporting Standard (collectively, the "GHG Protocol")

Our review was conducted in accordance with attestation standards established by the American Institute of Certified Public Accountants. Those standards require that we plan and perform the review to obtain limited assurance about whether any material modifications should be made to the Subject Matter in order for it to be in accordance with the Criteria. The procedures performed

**GT.COM**

Grant Thornton LLP is the U.S. member firm of Grant Thornton International Ltd (GTIL). GTIL and each of its member firms are separate legal entities and are not a worldwide partnership.

Exhibit 21 to Decl. of Burton
1257





**SER 1884**

in a review vary in nature and timing from, and are substantially less in extent than, an examination, the objective of which is to obtain reasonable assurance about whether the Subject Matter is in accordance with the Criteria, in all material respects, in order to express an opinion. Accordingly, we do not express such an opinion. Because of the limited nature of the engagement, the level of assurance obtained in a review is substantially lower than the assurance that would have been obtained had an examination been performed. We believe that the review evidence obtained is sufficient and appropriate to provide a reasonable basis for our conclusion.

We are required to be independent and to meet our other ethical responsibilities in accordance with relevant ethical requirements related to the engagement.

The procedures we performed were based on our professional judgment and consisted primarily of analytical procedures and inquiries. In addition, we obtained an understanding of the Company's business processes relevant to the review in order to design appropriate procedures.

The other information included in the Company's 2023 Corporate Sustainability Report is presented by management of the Company and is not part of the Subject Matter. Such information has not been subjected to the procedures applied in the review engagement and accordingly, we do not express an opinion or provide assurance on it.

The preparation of sustainability metrics requires management to evaluate the Criteria, make determinations as to the relevancy of information to be included, and make estimates and assumptions that affect reported information. Measurement of certain amounts of sustainability metrics, some of which may be referred to as estimates, is subject to substantial inherent measurement uncertainty, including GHG emissions. Obtaining sufficient appropriate review evidence to support our conclusion does not reduce the inherent uncertainty in the amounts and metrics. The selection by management of different but acceptable measurement techniques could result in materially different amounts or metrics being reported.

Based on our review, we are not aware of any material modifications that should be made to the Subject Matter of Diamondback for the year ended December 31, 2022, in order for it to be in accordance with the Criteria.

*Grant Thornton LLP*

Oklahoma City, Oklahoma
September 26, 2023

Exhibit 21 to Decl. of Burton
1258

DIAMONDBACK ENERGY /// 2023 CSR  55

# FORWARD-LOOKING STATEMENTS



This report contains "forward-looking statements" within the meaning of Section 27A of the Securities Act and Section 21E of the Exchange Act, which involve risks, uncertainties, and assumptions. All statements, other than statements of historical fact, including statements regarding Diamondback's future performance; business strategy; future operations (including drilling plans and capital plans); estimates and projections of revenues, losses, costs, expenses, returns, cash flow, and financial position; reserve estimates and its ability to replace or increase reserves; anticipated benefits of strategic transactions (including acquisitions and divestitures); and plans and objectives of management (including plans for future cash flow from operations and for executing environmental strategies) are forward-looking statements. When used in this report, the words "aim," "anticipate," "believe," "continue," "could," "estimate," "expect," "forecast," "future," "guidance," "intend," "may," "model," "outlook," "plan," "positioned," "potential," "predict," "project," "seek," "should," "target," "will," "would," and similar expressions (including the negative of such terms) as they relate to Diamondback are intended to identify forward-looking statements, although not all forward-looking statements contain such identifying words. Although Diamondback believes that the expectations and assumptions reflected in its forward-looking statements are reasonable as and when made, they involve risks and uncertainties that are difficult to predict and, in many cases, beyond Diamondback's control. Accordingly, forward-looking statements are not guarantees of future performance and Diamondback's actual outcomes could differ materially from what Diamondback has expressed in its forward-looking statements.

Factors that could cause the outcomes to differ materially include (but are not limited to) the following: changes in supply and demand levels for oil, natural gas, and natural gas liquids, and the resulting impact on the price for those commodities; the impact of public health crises, including epidemic or pandemic diseases, and any related company or government policies or actions; actions taken by the members of OPEC and Russia affecting the production and pricing of oil, as well as other domestic and global political, economic, or diplomatic developments, including any impact of the ongoing war in Ukraine on the global energy markets and geopolitical stability; instability in the financial sector; concerns over a potential economic slowdown or recession; inflationary pressures; rising interest rates and their impact on the cost of capital; regional supply and demand factors, including delays, curtailment delays or interruptions of production, or governmental orders, rules or regulations that impose production limits; federal and state legislative and regulatory initiatives relating to hydraulic fracturing, including the effect of existing and future laws and governmental regulations; physical and transition risks relating to climate change and the risks and other factors disclosed in Diamondback's filings with the Securities and Exchange Commission, including its Forms 10-K, 10-Q and 8-K, which can be obtained free of charge on the Securities and Exchange Commission's web site at http://www.sec.gov.

In light of these factors, the events anticipated by Diamondback's forward-looking statements may not occur at the time anticipated or at all. Moreover, Diamondback operates in a very competitive and rapidly changing environment and new risks emerge from time to time. Diamondback cannot predict all risks, nor can it assess the impact of all factors on its business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those anticipated by any forward-looking statements it may make. Accordingly, you should not place undue reliance on any forward-looking statements made in this report. All forward-looking statements speak only as of the date of this report or, if earlier, as of the date they were made. Diamondback does not intend to, and disclaims any obligation to, update or revise any forward-looking statements unless required by applicable law.

Exhibit 21 to Decl. of Burton
1259

SER 1886



If you have any questions regarding the Corporate Sustainability Report, please contact us at IR@diamondbackenergy.com.

**DIAMONDBACK ENERGY**

**Diamondback Energy, Inc.**
500 West Texas Ave., Suite 100, Midland, TX 79701
www.diamondbackenergy.com

© All trademarks belong to their respective owners. All rights reserved.
September 2023

Exhibit 21 to Decl. of Burton
1260

# Exhibit 20

# to Declaration of James P. Burton

## *2023 Corporate Responsibility Report*, Ionis Pharmaceuticals, Inc.,

https://www.ionis.com/wp-content/uploads/2024/04/Ionis-2023-Corporate-Responsibility-Report.pdf

Exhibit 20 to Decl. of Burton
1160
**SER 1887**

**SER 1888**

# 2023 Corporate Responsibility Report

### Action for a Healthier Future

**IONIS**



Exhibit 20 to Decl. of Burton
1161



**IONIS**

2023 Corporate Res...

Introduction     Innovate to Improve the Lives of People with Serious Diseases     Empower Our People and Communities     Operate Responsibly and Sustainably

# Table of Contents

**3 // Introduction**

3  CEO Letter

4  About Ionis

5  Our Approach to Corporate Responsibility

**8 // Innovate to Improve the Lives of People ...**

9  Innovation and Drug Discovery

14  Access and Affordability

15  Patient Advocacy and Engagement

**16 // Empower Our People and Co...**

17  Workplace Culture

19  Talent Attraction, Develo...

21  Diversity, Equity and ...

24  Workplace Health...

25  Social Impac...

**27 // Operate R...**

28  Envi...

30  ...

**32 // A...**

**About This Report**

...our 2023 Corporate Responsibility Report, we aim
...e our commitment to corporate responsibility
...ght progress on our environmental, social
...ce (ESG) priorities that are important
...f our company. Unless otherwise
...nce reporting covers January 1,
...l, 2023. All financial information
...tes (U.S.) dollars. Information
...e Securities and Exchange
...ur annual Form 10-K,
...ma.com.

Cover photo: Isabella, living with SMA Type 1, and Ionis
employees participating in our 2023 Surf Away SMA event.

Exhibit 20 to Decl. of Burton
1162



2023 Corporate Responsibility Report // **3**

**SER 1890**

# CEO Letter

At Ionis, we work to bring better futures to people with serious diseases. We pioneered the field of RNA medicines, bringing life-changing treatments to people with serious diseases, and continue to drive innovation in RNA-targeted therapies, as well as emerging areas such as gene editing. Our science is driven by a deep understanding of disease biology and a commitment to advancing next-generation technology, coupled with an urgency to advance medicines for patients in need. Operating responsibly and sustainably is core to achieving our vision of a healthier future for patients, society and all our stakeholders.

2023 was a landmark year of achievement for Ionis, setting us on a path to bring a steady cadence of important new medicines to patients for years to come. We received approval for two of our medicines, including WAINUA™, which we are co-commercializing with AstraZeneca. Since our last report, we have also reported positive Phase 3 results for three late-stage medicines, including WAINUA for hereditary ATTR polyneuropathy, olezarsen in a rare disease known as familial chylomicronemia syndrome and, in early 2024, for donidalorsen in hereditary angioedema — the latter two we intend to bring to patients directly as our first independent U.S. commercial launches.

As our business grows, Ionis continues to reinforce our commitment to corporate responsibility (CR) in all aspects of our work. This includes conducting our first CR materiality assessment in 2023 and developing a clear CR strategy with actionable goals that show our commitment to holding ourselves accountable. We are pleased to share our new CR pillars and progress in our 2023 Corporate Responsibility report, including:

**Innovate to improve the lives of people with serious diseases**
*We innovate across the business and work tirelessly to discover, develop and deliver important new medicines for people with serious diseases.*

- In 2023, we celebrated the U.S. approval of WAINUA (eplontersen) for the treatment of polyneuropathy of hereditary transthyretin-mediated amyloidosis (ATTRv-PN) and the accelerated approval of QALSODY® (tofersen) for superoxide dismutase type 1 amyotrophic lateral sclerosis (SOD1-ALS).

- We also continued to advance our broad clinical pipeline, which now includes nine medicines in Phase 3 development for 11 diseases and many mid- and earlier-stage candidates for diseases that currently have no approved treatment options. And we are expanding and diversifying our technology capabilities, which now include multiple RNA modalities and gene editing.

- In addition, we worked closely with nearly 100 patient advocacy groups to support patients and caregivers across the globe.

**Empowering our employees and communities**
*We are committed to fostering an inclusive culture that drives excellence, embraces diversity and supports our communities.*

- At Ionis, our success is directly attributed to our extraordinary team and our focus on nurturing an open, diverse culture where employees feel included, supported and heard.

- In 2023, we introduced our new VisION Awards and recognized six outstanding employees for their positive impact through championing innovation, community service and modeling Ionis' culture and core principles.

- We also launched our new corporate **DEI site**, expanded our employee resource groups to nine and gave back to our local communities through volunteerism and philanthropy.

**Operating responsibly and sustainably**
*We operate with integrity to help create a better, more sustainable future for all through environmental stewardship and responsible business practices and stakeholder interactions.*

- In 2023, we continued to manage our environmental impact as our operations grew, including breaking ground on a new state-of-the-art research facility on our Carlsbad, California campus, which is designed to achieve LEED Gold certification.

- As we prepare for our first independent commercial launch, we continue to focus on maintaining high ethical standards and compliance across all our operations and in our interactions with stakeholders.

As we look ahead, we are developing action plans to advance our corporate responsibility goals. I am grateful and proud of the hard work and dedication of Ionis employees to create a better future for patients and society. The work we do every day contributes to helping people live fuller, healthier lives and ensures a responsible and sustainable company that will continue to deliver life-changing advances for years to come.

Best Regards,

Brett P. Monia, Ph.D. // Chief Executive Officer



Exhibit 20 to Decl. of Burton
1163

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 5 of 43   Page ID #:2809

**IONIS**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    Appendix  

**SER 1891**

# About Ionis

For three decades, Ionis has invented medicines that bring better futures to people with serious diseases. Ionis has discovered five currently marketed medicines and has a leading pipeline in neurology, cardiology and other areas of high patient need. As the pioneer in RNA-targeted medicines, Ionis continues to drive innovation in RNA therapies in addition to advancing new approaches in gene editing. A deep understanding of disease biology and industry-leading technology propels our work, coupled with a passion and urgency to deliver life-changing advances for patients.

## Ionis at a Glance[1]

**$788M**
Total Revenue

**$900M**
R&D Investment

**897**
Total Employees

**9**
Medicines in Phase 3 trials for 11 potential indications

**2023 FDA Approvals[2]**

QALSODY (tofersen)

WAINUA (eplontersen)

[1] Data as of December 31, 2023.
[2] QALSODY: www.qalsody.com. Biogen is responsible for commercializing QALSODY. WAINUA: www.wainua.com. Ionis and AstraZeneca are responsible for commercializing WAINUA.

## Committed to Delivering Next-Level Value for Patients and All Stakeholders

**1 Wholly Owned Pipeline** — Advancing and growing our **wholly owned pipeline** in focused therapeutic areas (neurology and cardiology)

**2 Leading Technology** — Advancing technology to **expand existing franchises and address new therapeutic areas**

**3 Integrated Commercial Capabilities in Place** — Steady cadence of **new potentially transformational medicines** to the market

**4 Effective Financial Strategy Poised for Growth** — Significant **revenue opportunity** to enable future positive cash flow



Exhibit 20 to Decl. of Burton
1164

**IONIS**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    Appendix

2023 Corporate Responsibility Report // 5

# Our Approach to Corporate Responsibility

At Ionis, we work with a sense of urgency to discover, develop and deliver medicines to create a better future for people with serious diseases. We believe operating responsibly and sustainably creates long-term value for our company and our stakeholders. And we recognize the importance of corporate responsibility (CR) and environmental, social and governance (ESG) initiatives to support our business strategy and effective risk management. At Ionis, every day we work to make a positive impact for patients, communities and the broader world by creating a healthier and more resilient future for all.

In 2023, we continued to evolve our CR program, building on our foundation and further defining our strategic direction. Informed by the results of our first CR materiality assessment, we established three corporate responsibility pillars and associated goals that we believe are most important to our business. These pillars guide our approach to CR and provide a framework for reporting on our performance.

Our CR strategy is aligned with the United Nations Sustainable Development Goals (UN SDGs), which represent the international community's plan of action to address the most pressing challenges facing our world today. We recognize the urgency of this global initiative and have identified the four SDGs that we believe align most closely with our company vision and mission, and where Ionis can drive the most impact.



Exhibit 20 to Decl. of Burton
1165

**SER 1893**

**IONIS**



2023 Corporate Responsibility Report // **6**



## CR Governance

Our corporate responsibility initiatives are driven by our Chief Executive Officer and executive-level Corporate Responsibility Steering Committee (CR Committee). The CR Committee consists of senior leaders in key functions across the company, including Legal, Finance, Investor Relations, Human Resources, Research and Development, Manufacturing, Commercial, Compliance and Corporate Affairs. In 2023, we expanded our CR Committee to include a broader cross-section of senior leaders to ensure we continue to develop the right programs, policies and systems to oversee ethical and sustainable operations across our business.

Our Board of Directors, specifically the Nominating, Governance and Review Committee, has oversight of our overall CR strategy and material ESG risks and opportunities as outlined in the Committee's charter. The Board receives updates at least once annually and is engaged on specific topics as needed.

Our approach to CR strategy and disclosure is informed by our stakeholders and third-party frameworks such as the Sustainability Accounting Standards Board (SASB) Health Care – Biotechnology and Pharmaceuticals Standard and the Task Force on Climate-Related Financial Disclosures (TCFD). Our SASB Index and TCFD reporting are included in the **Appendix** of this report.

1 Refer to the Definition of Materiality in This Report in the Appendix.

## Materiality Assessment

In 2023, we conducted our first CR materiality assessment[1] to identify and prioritize CR and ESG topics that could impact our business success and matter most to our stakeholders. This process considered both internal and external perspectives and included:

- Review of best practice from ESG raters and reporting standards, and peer benchmarking to identify an initial list of important CR topics impacting our business
- Assessment of external stakeholder priorities including investors, ratings and rankings agencies, patient advocacy organizations, community groups and other stakeholders

- Interviews with internal business leaders and experts to rank CR topics based on their importance to our business and their ability to impact our stakeholders
- A prioritization session with the CR Committee to develop our materiality matrix, which was finalized following endorsement by our CEO and Board of Directors

All material topics are important, and we are committed to addressing these issues proactively. Our materiality matrix helps us focus our efforts, while still ensuring visibility and action on all material issues. Prioritizing these topics helps us allocate resources and communicate more effectively with both internal and external audiences on the issues and topics that matter most to our business and our stakeholders.

## Corporate Responsibility Materiality Matrix

*Topics are listed in alphabetical order, not importance*



Exhibit 20 to Decl. of Burton
1166

**SER 1894**



2023 Corporate Responsibility Report // **7**

**IONIS**

**Introduction**    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    Appendix

# 2023 Corporate Responsibility Highlights

**2 FDA approvals**
for people living with
life-threatening rare diseases[2]

Launched new
**DEI site and dashboard**

**1,400+ hours**
of employee volunteering

**9 Employee Resource Groups**
expanded with BLEND (Black and LatinX
Employee Networking and Development) ERG

Completed
**CR materiality assessment**

New **CR strategic
pillars and goals**

**73% employee
engagement**
in 2023 survey

**$3.0M total
corporate contributions**
(including grants, sponsorships
and charitable donations)

Nearly **100 patient and
caregiver advocacy groups**
engaged in the U.S. and globally

**6 Ionis-led community volunteerism events**
and **15+ nonprofits** supported

[2] QALSODY: www.qalsody.com. Biogen is responsible for commercializing QALSODY. WAINUA: www.wainua.com. Ionis and AstraZeneca are responsible for commercializing WAINUA.

Exhibit 20 to Decl. of Burton
1167

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 9 of 43   Page ID #:2813



Introduction | **Innovate to Improve the Lives of People with Serious Diseases** | Empower Our People and Communities | Operate Responsibly and Sustainably | Appendix 

2023 Corporate Responsibility Report





# Innovate to Improve the Lives of People with Serious Diseases

We innovate across our business and work tirelessly to discover, develop and deliver important new medicines for people with serious diseases.

## Our Goals

| Maintain strong investment in innovative R&D rooted in patient need | Collaborate with organizations that address important needs in patient communities | Ensure high-quality processes to support clinical development and safe, reliable product supply | Support equitable access and affordability of our medicines |

### In This Section

Innovation and Drug Discovery ........ 9
Access and Affordability ........ 14
Patient Advocacy and Engagement ........ 15

SER 1895

Exhibit 20 to Decl. of Burton
1168

SER 1896

# Our Approach to Patients and Innovation

At Ionis, we are committed to discovering, developing and delivering life-changing medicines for people with serious diseases. From drug discovery to development and commercialization, we strive to pursue high standards of quality, compliance, safety and performance to ensure effective and safe therapies for patients. Realizing the promise of our innovative medicines is possible because of collaborations with scientists and clinical investigators, and partnerships with patients, caregivers and advocacy organizations.

Sydney, living with HAE

## Innovation and Drug Discovery

### Research, Development and Pipeline

We invest significantly in research and development (R&D) to innovate and bring new medicines to patients in need. Our science is driven by a deep understanding of disease biology; our team of researchers continues to transform and accelerate the drug discovery process, enabled by our extensive expertise in RNA-targeted therapeutics and new, emerging technologies.

Our research focus areas include neurology, cardiology and other areas of high patient need, and we continue to make progress advancing a steady cadence of medicines. Our pipeline currently includes nine medicines in Phase 3 trials for 11 potential indications and five Ionis-discovered medicines are currently on the market. Since our last report, we celebrated the U.S. approval of two new medicines, including WAINUA (eplontersen) for the treatment of polyneuropathy of hereditary transthyretin-mediated amyloidosis (ATTRv-PN) and the accelerated approval of QALSODY (tofersen) for superoxide dismutase type 1 amyotrophic lateral sclerosis (SOD1-ALS). We also reported positive Phase 3 results for three of our late-stage medicines for rare diseases with high patient need, including WAINUA, olezarsen for familial chylomicronemia syndrome (FCS) and, in early 2024, donidalorsen for hereditary angioedema (HAE) — the latter two we intend to bring to patients directly as our first independent U.S. commercial launches. In addition, we continue to advance our robust mid- and earlier-stage pipeline, which includes medicines for a range of serious diseases, many of which have no approved treatment options. View our full clinical pipeline here.

We are also expanding and diversifying our technology capabilities — which now includes multiple RNA-targeted modalities and gene editing — with an eye to discovering and developing new medicines and methods of treatment to expand options for patients. Some recent technology advances enable us to improve on potency or reduce dosing frequency in existing medicines. Other innovations are designed to target new tissues in the body that were previously impossible or challenging to address, such as targeting muscle to treat cardiovascular and neuromuscular diseases. We are also pursuing several approaches to enable crossing the blood-brain barrier to treat neurological diseases.

"For me, innovation is a mentality. It's about curiosity and the courage to test and go beyond what we know in our work and daily life."

**Crystal Zhao** // Director, Gene Editing

### Recent Highlights

**3** Positive Phase 3 Readouts[4]

**3** Phase 3 Study Starts[5]

**4** Key Studies Fully Enrolled[6]

**2023 FDA Approvals[2]**

QALSODY (tofersen)

WAINUA (eplontersen)

[2] QALSODY: www.qalsody.com. Biogen is responsible for commercializing QALSODY. WAINUA: www.wainua.com. Ionis and AstraZeneca are responsible for commercializing WAINUA.
[4] NEURO-TTRansform (eplontersen for ATTRv-PN), Balance (olezarsen for FCS) and OASIS-HAE (donidalorsen for HAE).
[5] Bepirovirsen (chronic HBV), IONIS-FB-LRx (IgA nephropathy) and Zilganersen (Alexander disease).
[6] OASIS (donidalorsen for HAE); CARDIO-TTRansform (eplontersen for ATTR-CM); GOLDEN (IONIS-FB-LRx for GA); HALOS (ION582 for Angelman syndrome).

**IONIS**

Introduction    **Innovate to Improve the Lives of People with Serious Diseases**    Empower Our People and Communities    Operate Responsibly and Sustainably    Appendix

2023 Corporate Responsibility Report // 10

## The Ionis Pipeline[7]

| Medicine | Partner | Disease/Condition | Phase |
|---|---|---|---|
| **Neurological** | | | |
| Ulefnersen (FUS) | Ionis-Owned | Amyotrophic Lateral Sclerosis | Phase 2 |
| Tofersen (SOD1) | Biogen | Amyotrophic Lateral Sclerosis | Phase 2 |
| Zilganersen (GFAP) | Ionis-Owned | Alexander Disease | Phase 2 |
| ION717[8] (PRNP) | Ionis-Owned | Prion Disease | Phase 1 |
| IONIS-MAPT$_{Rx}$ (TAU) | Biogen | Alzheimer's Disease | Phase 1 |
| ION859[9] (LRRK2) | Biogen | Parkinson's Disease | Phase 1 |
| ION464[9] (SNCA) | Biogen | Multiple System Atrophy and Parkinson's Disease | Phase 1 |
| ION541[10] (ATXN2) | Biogen | Amyotrophic Lateral Sclerosis | Phase 1 |
| ION582[8] (UBE3A-ATS) | Biogen | Angelman Syndrome | Phase 1 |
| Tominersen (HTT) | Roche | Huntington's Disease | Phase 2 |
| ION306 (SMN2) | Biogen | Spinal Muscular Atrophy | Phase 1 |

| Medicine | Partner | Disease/Condition | Phase |
|---|---|---|---|
| **Cardiovascular** | | | |
| Eplontersen (TTR) | Ionis/AstraZeneca[11] | Transthyretin Amyloid Cardiomyopathy | Phase 2 |
| Olezarsen (ApoC-III) | Ionis-Owned | FCS | Phase 2 |
| Olezarsen (ApoC-III) | Ionis-Owned | Severe Hypertriglyceridemia | Phase 2 |
| Pelacarsen (Apo(a)) | Novartis | CVD | Phase 2 |
| Fesomersen (Factor XI) | Ionis-Owned | Thrombotic Disorders | Phase 2 |
| ION904 (Angiotensinogen) | Ionis-Owned | Treatment-Resistant Hypertension | Phase 2 |
| **Specialty Rare** | | | |
| Donidalorsen (PKK) | Ionis-Owned[12] | Hereditary Angioedema | Phase 2 |
| Sapablursen (TMPRSS6) | Ionis-Owned | Polycythemia Vera | Phase 2 |
| **Other Medicines** | | | |
| Bepirovirsen (Hepatitis B Virus) | GSK | Hepatitis B Virus Infection | Phase 2 |
| IONIS-FB-L$_{Rx}$ (Complement Factor B) | Roche | IgA Nephropathy | Phase 2 |
| IONIS-FB-L$_{Rx}$ (Complement Factor B) | Roche | Geographic Atrophy/AMD | Phase 2 |
| ION224 (DGAT2) | Ionis-Owned | Metabolic Dysfunction-Associated Steatohepatitis (MASH) | Phase 2 |
| ION839 (PNPLA3) | AstraZeneca | Metabolic Dysfunction-Associated Steatohepatitis (MASH) | Phase 2 |
| ION455 (HSD17B13) | AstraZeneca | Metabolic Dysfunction-Associated Steatohepatitis (MASH) | Phase 1 |
| ION532 (APOL1) | AstraZeneca | Chronic Kidney Disease | Phase 1 |

### Key

Phase 1    Phase 2    Phase 3

[1] Pipeline details as of March 1, 2024.
[2] This investigational antisense medicine is in a Phase 1/2a study.
[3] This investigational antisense medicine is in a Phase 1 study. It is listed here in Phase 2 because the medicine is being tested in patients and not healthy volunteers.
[4] This investigational antisense medicine is in a Phase 1/2 study.
[5] Ionis and AstraZeneca are jointly developing and commercializing eplontersen.
[6] Otsuka Pharmaceuticals will commercialize donidalorsen in Europe.

Exhibit 20 to Decl. of Burton
1170

**SER 1897**

2023 Corporate Responsibility Report // **11**

**IONIS**

Introduction   **Innovate to Improve the Lives of People with Serious Diseases**   Empower Our People and Communities   Operate Responsibly and Sustainably   Appendix

**SER 1898**

## Focus on Next Wave of Potential Neurology Medicines

Neurology is an area with a huge need for effective medicines to treat devastating diseases. It has also been a longstanding focus for Ionis, as showcased by approved medicines SPINRAZA® (nusinersen)[§] and QALSODY. Ionis has made significant progress in understanding the fundamental mechanisms of neurological disease and is a leader in developing RNA-targeted medicines that specifically and selectively address these mechanisms. With 11 products in clinical development for neurology, our next wave of wholly owned medicines includes six medicines in clinical studies by the end of 2024, in areas including rare pediatric neurology, dementia and motor diseases.

## InnovatION in Action

Innovation is core to Ionis and comes to life through the passion and dedication of our employees and a culture where professional development and personal growth are encouraged at all career stages.

We recognize and feature employees who exemplify this spirit of innovation through our InnovatION Award, which is part of the Ionis VisION Awards. This award recognizes employees for creativity and innovation to achieve breakthrough results for our business. In 2023, two employees received the InnovatION Award for their work on portfolio planning in our development pipeline and their research advancing RNA-targeted modalities. See the **Workplace Culture** section of this report for more details.



### 2023 Recognition



2023 Rainwater Prize winners (left-right): Drs. Don W. Cleveland, Timothy Miller and C. Frank Bennett (Photo: Rainwater Charitable Foundation)

### Rainwater Prize for Outstanding Innovation in Neurodegenerative Disease Research

C. Frank Bennett, Ph.D., Ionis' Chief Scientific Officer, was named a co-recipient of the 2023 *Rainwater Prize for Outstanding Innovation in Neurodegenerative Disease Research*. Dr. Bennett shared the prize with fellow researchers Drs. Don W. Cleveland (University of California, San Diego) and Timothy Miller (Washington University School of Medicine in St. Louis) for their work advancing antisense technology for the treatment of neurodegenerative diseases including ALS, Huntington's disease, Alzheimer's disease and tauopathies.

### Drs. Ayeez and Shelena Lalji and Family ALS Endowed Award for Innovative Healing

Frank Rigo, Ph.D., Ionis' Senior Vice President, Functional Genomics and Core Research, and Paymaan Jafar-Nejad, M.D., Executive Director, Neurology Research, were awarded the 2023 *Drs. Ayeez and Shelena Lalji and Family ALS Endowed Award for Innovative Healing* along with Drs. Neil Shneider (Columbia University), Robert Brown (UMass Memorial Health) and Sandrine Da Cruz (KU Leuven). Presented by the **Sean M. Healy and AMG Center**, the team received this award for the discovery and development of ulefnersen, an investigational medicine for people living with a rare, genetic type of ALS caused by the fused in sarcoma (FUS) protein.

§ SPINRAZA: **www.spinraza.com** Biogen is responsible for commercializing Spinraza.

Exhibit 20 to Decl. of Burton
1171

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 13 of 43   Page ID
#:2817

2023 Corporate Responsibility Report // **12**

**IONIS**   Introduction   **Innovate to Improve the Lives of People with Serious Diseases**   Empower Our People and Communities   Operate Responsibly and Sustainably   Appendix   

## Safe and Ethical Clinical Trials

At Ionis, we are committed to ensuring that all our clinical trials are conducted in a safe and ethical manner. Our Clinical Development and Clinical Operations teams bring investigational candidates through the full clinical development process, from trial design to study execution and lifecycle management.

We have established a series of policies and procedures that govern the ethical conduct of clinical trials and we adhere to applicable standards set by the International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use (ICH). We also follow Good Clinical Practice (GCP) guidance and regional laws and regulations for designing and conducting clinical trials and reporting trial results. Compliance with GCP standards, in addition to Good Laboratory Practice (GLP) and Good Manufacturing Practice (GMP) standards (collectively "GxP"), provides assurance that the rights, safety and well-being of trial participants are protected, and that clinical trial data are credible. To protect patient privacy, patient data are de-identified and captured in systems that pass rigorous validation processes to ensure compliance with key health authority regulations.

The Ionis Protocol Review Committee (PtRC) is our advisory board for all clinical trials, offering comprehensive feedback on protocols from a cross-functional group of Ionis employees experienced in various aspects of clinical trials. Additionally, Institutional Review Boards (IRBs) monitor the ethical conduct of our trials and have the authority to approve, modify or stop trials. Independent ethics committees, IRBs and health authorities review and approve essential clinical trial documents, such as protocols and informed consent forms before they are used. Our Safety Oversight Committee and, for some studies, independent Data and Safety Monitoring Boards (DSMBs), monitor safety data across all study participants to support rapid and effective response to any potential safety concerns.

All employees in our Clinical Development and Clinical Operations and Data Management organizations are trained in standard operating procedures with specialized training for those engaged in supporting clinical trials.



### Clinical Trial Transparency

Ionis supports the overall principles of greater clinical trial data transparency and we share the findings of our clinical research and clinical trials in a transparent, ethical and accurate manner, regardless of the outcome, to further science and move closer to improving the lives of patients.

We disclose the results of company-sponsored clinical trials in accordance with applicable laws, regulations and industry standards. Drug Safety, Clinical Development and Clinical Operations teams evaluate the benefits and risks associated with our clinical studies and our annual summary reports and post-approval safety surveillance reports are shared with health authorities. All identified safety risks associated with a clinical trial are disclosed in the summary sections of these reports.

All clinical trials are disclosed in credible and publicly available databases, including **ClinicalTrials.gov** and the European Union's Clinical Trials Information System (CTIS). In addition, we make reasonable efforts to share de-identified patient-level datasets with qualified scientific and medical researchers in the interest of improving patient care and advancing science. We also prepare plain language summaries (PLS) for clinical trials and their results to share with patients and the public. For more information, see our **Clinical Trial Transparency Statement**.

Exhibit 20 to Decl. of Burton
1172



Introduction   **Innovate to Improve the Lives of People with Serious Diseases**   Empower Our People and Communities   Operate Responsibly and Sustainably   Appendix

**SER 1900**

## CARDIO-TTRansform Clinical Trial

Our Phase 3 CARDIO-TTRansform study, Ionis' largest clinical trial to-date with more than 1,400 patients, is also the largest study ever conducted for transthyretin-mediated amyloid cardiomyopathy (ATTR-CM). ATTR-CM is a progressive, fatal disease caused by the accumulation of misfolded TTR protein in the cardiac muscle, which can result in progressive heart failure. Black people and African Americans are more likely to develop the genetic type of ATTR-CM through a common mutation in their TTR gene. To ensure a diverse and equitable clinical trial that includes participation of people of color, we developed a comprehensive plan to increase awareness and to help address barriers to engagement including:

- **Patient Toolkit:** A comprehensive toolkit including trial information and FAQs helped demystify the trial process and encourage informed decision making for ATTR-CM community members and caregivers.

- **Community Outreach:** We hosted scientific presentations and sponsored programs at national medical conferences, with a focus on people from underrepresented groups.

The aim was to elevate awareness and provide investigators and healthcare providers with the necessary tools and knowledge to actively recruit diverse trial participants.

- **Training:** We delivered specialized training to clinical trial teams, emphasizing the importance of considering demographics during site selection to ensure more inclusive recruitment. Tailored educational content concentrated on specific disease manifestations in community members of color and how to understand and navigate cultural nuances.

- **Data Review:** We conduct thorough reviews of our baseline data on an ongoing basis, focusing on demographic characteristics, which has helped us understand and address any disparities and opportunities to evolve our approach.

These efforts have translated into a 35% increase in enrollment of Black people and African Americans to the CARDIO-TTransform trial since we initiated our plan in 2021, reconfirming our commitment to help break down barriers and create a more equitable healthcare landscape.

Through our network of partners and guided by local regulations and requirements, we work to ensure a process of product serialization in all authorized markets that safeguards the traceability of our products through unique codes and printing on the packaging. This process monitors the distribution of our medicines and is designed to protect patients from counterfeit or falsified products and other forms of tampering.

### Quality Management System

The principles and structure of our integrated quality management system (QMS) are outlined in our Quality Manual. Our QMS complies with GxP and ensures the quality and integrity of investigational medicines used in nonclinical, preclinical and clinical studies, as well as commercial supply. In the past year, we focused on a number of enhancements to our quality system, including implementing a new technology to support improved audit management.

Quality risk management is embedded in our QMS, which outlines a systematic, proactive and objective approach to identify, assess, control, monitor and document risks. Risk management processes are managed collaboratively by functional area managers, Quality Assurance and Quality Control. Our quality risk management includes, but is not limited to quality surveillance; safety monitoring; mechanisms and processes for issue escalation and reporting; and quality metrics for corrective and preventative actions, investigations and change control.

Ionis maintains a rigorous standard for quality, and we expect the same standard when introducing new CMOs and vendors into our supply chain based on GxP compliance. To mitigate supplier risk, our external audit program includes an approved GMP vendor list and determines the frequency of risk-based vendor audits. Our senior management oversees quality in our supply chain, including vendor selection, monitoring and auditing, all of which are part of our quality risk management process.

### Diversity in Clinical Trials

To enhance patient access and ensure diverse representation, Ionis is developing initiatives aimed at better aligning the demographics of our clinical trial participants with those of the affected patient populations. In support of these and broader clinical trial efforts, the PtRC is evaluating trials through a diversity and health equity lens to identify and address potential barriers to participation, ensuring our trials are accessible and equitable. Additionally, we are focused on expanding our outreach efforts and **partnerships with advocacy groups**, which support recruitment of participants from underrepresented populations to broaden the diversity of our clinical trials.

### Product Quality and Patient Safety

At Ionis, we rigorously monitor the quality and safety of our products throughout their lifecycle. We are committed to complying with applicable laws, regulations, global standards and collective GxP guidelines as they pertain to patient safety, product quality and data integrity. We have safety monitoring and pharmacovigilance processes in place to document, evaluate and report relevant safety information and adverse events to relevant regulatory authorities. Annually, our employees undergo training on adverse events and on applicable GxP guidelines related to their roles. In addition, we work closely with our partners and contract manufacturing organizations (CMOs) to ensure that quality and safety meet our standards.

Exhibit 20 to Decl. of Burton
1173



2023 Corporate Responsibility Report // **14**

**IONIS**  | Introduction | **Innovate to Improve the Lives of People with Serious Diseases** | Empower Our People and Communities | Operate Responsibly and Sustainably | Appendix |

**SER 1901**

## Access and Affordability

At Ionis, we recognize that it is critical for the medicines we develop to be accessible and affordable for the patients who need them. We think about access holistically, starting with designing trials that support patient access and enrollment, and providing expanded access to investigational therapies when appropriate. Commercial market access activities for our currently-approved medicines are handled by the licensees of these medicines. Moving forward, Ionis expects to independently commercialize our wholly owned medicines in the U.S. and we will work to provide equitable access to all patients regardless of their racial, ethnic or socioeconomic background or ability to pay. Ionis is designing patient services and access programs that best serve patients and working to address potential barriers so patients can rapidly gain access to our medicines once they are commercially available. Highlights from some of our access initiatives include:

- **Ionis Sponsored Genetic Testing, Genetic Counseling and Diagnostic Programs** – Rare genetic conditions often go undiagnosed for years or decades, which can mean missed opportunities for understanding the condition and gaining access to medical management and interventions. To help address this, Ionis has developed genetic testing and diagnostic programs with the aim to improve access for patients. Additionally, we offer confidential third-party genetic counseling for patients and their families.

- **Ionis Expanded Access Policy** – Our expanded access policy outlines when we will consider providing access to an investigational medicine for an individual patient outside of a clinical trial. We review and consider expanded access requests regularly, evaluating all requests in a fair and equitable manner and as new information about an investigational drug and its impact emerges from our clinical trials. For more information, see our **Expanded Access Policy**.



**WAINUA Patient Education Manager Team**

Our first Patient Education Manager (PEM) team was launched in 2023 for our co-commercialized medicine, WAINUA. Once a patient is diagnosed and prescribed WAINUA, they are enrolled and have the opportunity to opt in to our Patient Services, at which time they are assigned a PEM based on their location.

Our PEMs are a carefully selected group of knowledgeable and tenured registered nurses, nurse practitioners and doctorates in nursing. PEMs deliver in-depth, personalized

disease state education and support that is customized to patient needs. Their responsibilities include delivering product education and guidance as patients get started with WAINUA as well as providing high-level education on access programs and reimbursement.

In addition to our PEM team for WAINUA, we plan to establish similar patient-facing education teams for olezarsen and donidalorsen, pending regulatory review and approval.

- **Ionis Patient Education Managers** – Our Patient Education Managers (PEMs), part of our Patient Services organization, are the primary points of contact for patients and caregivers for our co-commercialized medicine, WAINUA. Ensuring individuals stay informed and supported throughout their experience and access journey, PEMs deliver in-depth disease-state education, administration support and other services customized to patient needs.

As we continue to establish our commercial access approach and in advance of our anticipated first independent commercial launch, we are also focused on ensuring our programs support equitable access and education around our medicines including in diverse and underserved communities.

We are also committed to ensuring our products are priced according to the value they deliver to patients and caregivers, healthcare systems and society. In addition, we plan to work collaboratively with partners in the healthcare system to develop innovative and compliant affordability solutions and financial assistance programs, striving to ease the financial burden of our medicines for patients.

Exhibit 20 to Decl. of Burton
1174

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 16 of 43   Page ID
#:2820

**IONIS**

Introduction    **Innovate to Improve the Lives of People with Serious Diseases**    Empower Our People and Communities    Operate Responsibly and Sustainably    Appendix

# Patient Advocacy and Engagement

At Ionis, our work with patients, caregivers and their families inspires and informs us as we discover, develop and deliver new medicines to people who need them. We are committed to understanding the challenges and unmet needs they face.

Our Patient Advocacy team collaborates with advocacy organizations to build long-term, mutually beneficial relationships throughout all stages of drug development. Through these partnerships, we gather diverse perspectives and develop impactful programs and initiatives that help to enhance our mission and advance our research. By engaging early and often, we are better able to understand the unique and shared challenges of patients, their families and the broader disease communities. In addition, we are able to explore potential collaborations that may address unmet needs and improve lives.

In 2023, we engaged with nearly 100 patient and caregiver advocacy groups in the U.S. and globally across our therapeutic areas. As our pipeline continues to grow and programs advance to later stages of development, we plan to expand our advocacy network and efforts to ensure that community perspectives continue to be integrated into the work that we do.



Jackson, living with Angelman Syndrome

## Partnering with Patient Communities

In 2023, Ionis engaged and partnered with patients, caregivers, family members and advocacy organizations in a variety of ways including:

### Familial Chylomicronemia Syndrome (FCS)

We launched a research initiative for those with FCS, sponsored a cooking class with FCS-friendly recipes, and participated in the FCS Foundation's 4th Annual Virtual 5K.

### Hereditary Angioedema (HAE)

Teams from Ionis attended the HAE Association National Summit and the American College of Allergy, Asthma and Immunology (ACAAI) Annual Meeting to engage with patient and physician communities and inform our ongoing HAE community engagement strategy.

### Angelman Syndrome (AS)

Ionis supported the AS community on multiple initiatives intended to advance clinical care and research in Angelman syndrome. We were part of a consortium to identify and advance biomarkers and outcome measures, as well as

an initiative to support clinical centers of excellence. Ionis presented at several different Angelman meetings across the world, providing updates on our ongoing Phase 1-2a HALOS clinical trial for AS. We also held a meeting with caregivers of individuals living with AS to gather insights that may inform future clinical studies.

### Severe Hypertriglyceridemia (sHTG)

Ionis created TGAware.com to help increase awareness of sHTG and serve as a resource for physicians and community members.

### Prion Disease

Ionis worked with the Prion Disease community to announce the initiation of our PrProfile study, a global, multi-center, early-phase clinical trial in individuals diagnosed with symptomatic Prion Disease, which causes severe, fatal dementia.

## Listening and Learning with Advisory Boards

Through our patient advisory boards, we engage directly with patient community members to allow for ongoing connection and two-way dialogue.

**Familial Chylomicronemia Syndrome (FCS):** During our virtual meeting with the FCS patient advisory board in 2023, the patient community members shared their personal stories with FCS, provided insights into how they manage their condition and discussed trusted sources of information and what additional resources, communication and support could be helpful to the FCS community.

**Hereditary Angioedema (HAE):** We hosted an in-person HAE advisory board meeting in 2023, which brought together people living with HAE and caregivers for an immersive day-long session of interactive activities. Together with the Ionis team, the workshop provided participants with the opportunity for deep thinking and rich dialogue around their lived experiences with HAE.

Exhibit 20 to Decl. of Burton
1175

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 17 of 43   Page ID #:2821

**IONIS**

2023 Corporate Responsibility Report // **16**

Introduction     Innovate to Improve the Lives of People with Serious Diseases     **Empower Our People and Communities**     Operate Responsibly and Sustainably     Appendix   





# Empower Our People and Communities

We are committed to fostering an inclusive culture that drives excellence, embraces diversity and supports our communities.

**In This Section**

| | |
|---|---|
| Workplace Culture | 17 |
| Talent Attraction and Retention | 19 |
| Diversity, Equity and Inclusion | 21 |
| Workplace Health and Safety | 24 |
| Social Impact and Community Engagement | 25 |

**Our Goals**

Cultivate a thriving workplace culture that is safe, inclusive and fosters innovation

Continue to strengthen and expand diversity, equity and inclusion across the company

Drive positive social impact through employee volunteerism and community support

Exhibit 20 to Decl. of Burton
1176

**SER 1903**

2023 Corporate Responsibility Report // **17**

 **IONIS**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix 🏠

# Our Approach with Employees and Communities

Ionis is where passionate, driven individuals come together to help people — from patients in need to our local communities. Our success can be directly attributed to our outstanding employees, which is why we are focused on cultivating a diverse, thriving workplace culture that is safe, inclusive and fosters innovation.



## Workplace Culture

With nearly 1,000 employees globally, Ionis is dedicated to maintaining a culture where every employee feels respected and valued and we are committed to providing ongoing opportunities for their career development, learning and personal growth. Our Culture Statement and Core Principles guide us in our mission to improve the lives of people living with serious diseases and motivate us to strive for the highest level of individual and organizational excellence.

### The Culture We Desire

**WE KNOW** that patients depend on us.

**WE ARE RESPONSIBLE** for helping to create the future.

**WE BELIEVE** that the future will be defined by outstanding people and we are committed to recruiting, developing, motivating and rewarding them.

**WE ARE COMMITTED** to planned and well-managed change.

**WE HAVE THE COURAGE** to tackle tough problems with determination and humor.

**WE KNOW** that we depend on each other. We treat one another fairly and with respect. We are committed to the well-being and growth of every person in the organization.

**WE STRIVE** for excellence. Mistakes made in the pursuit of challenging objectives are accepted.

**WE ENCOURAGE** diversity in our work force. Prejudicial barriers to human potential and productivity are foreign to our values.

**WE BELIEVE** that open debate and the free expression of ideas from all individuals lead to the best decisions. We interrogate concepts. We challenge hypotheses. We support people.

**WE ARE COMMITTED** to getting the job done efficiently, on time and with the resources available.

**WE HAVE A PASSION** to learn, to build, to grow, to create, to develop and to market

We recognize and celebrate employees through our spot recognition program, the 'Say Yes' Awards, our Service Awards for long-term service to the company and our VisION Awards, given to those that embody our priorities of innovation, enriching our culture and giving back.

We provide employees with a workplace and environment where they can do their best work and want to stay long term. In 2023, our voluntary turnover was 5.2%, which is well below the U.S. average of 23% for our industry according to a survey published by Radford — an Aon Hewitt Company.

### Core Principles

**DREAM** big

**STAY** lean

**INNOVATE**

**COMMIT** to science and the scientific process

**DEMAND** intensity, productivity and accountability

**HAVE** a bias to act and say yes

**ESTABLISH** the fewest possible rules

**DECENTRALIZE** decision making

**BE** transparent

**HAVE** fun

Exhibit 20 to Decl. of Burton
1177

**SER 1904**

**IONIS**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix    

2023 Corporate Responsibility Report // **18**

## Equal Opportunity Employer

Ionis is proud to be an Equal Opportunity Employer, and we seek to employ the best qualified people for every position, striving to provide opportunities for advancement. Our full **EEO statement** can be found on our website.

## Insights Into Action

In 2023, Ionis conducted our second employee engagement survey, followed by an initiative called *Insights Into Action*. Building on our inaugural employee engagement survey from 2021, we focused on key dimensions to help us understand the employee experience, including work environment, career development, communications and work-life balance.

With 88% of employees participating, the 2023 survey results showed 73% were highly or moderately engaged. This is a 24% increase in engagement compared to our 2021 survey and ranks Ionis well above the U.S. Pharmaceutical Industry Average. As a follow-up, we formed action committees as part of the *Insights Into Action* initiative to analyze feedback and develop recommendations to continue to make Ionis a better place to work.

 **INSIGHTS INTO ACTION**    **2023 Employee Engagement Survey**

## 88%

**Participation Rate (vs. 68% in 2021)**

## 73%

**Employee Engagement (vs. 49% in 2021)**
**15% above U.S. Pharmaceutical Industry Average**



**Ionis VisION Awards**

Several VisION Awards recipients with Ionis CEO, Brett Monia, at our 2023 end of year celebration.

**IONIS** vision awards

Launched in 2023, the Ionis VisION Awards were created to recognize and celebrate employees who have made a positive impact on Ionis, our patients and the broader community. Six employees received these awards in 2023.

**InnovatION**

Employees who demonstrate creativity and innovation to achieve breakthrough results for our business. Our 2023 InnovatION recipients were recognized for their research and work advancing RNA modalities and for developing a framework to ensure thoughtful and strategic portfolio planning and prioritization of our development pipeline.

**HumanitarION**

Employees who have made a transformational difference to patients or the community through significant volunteerism or service. Our 2023 HumanitarION recipients were recognized for their passion in founding our annual Surf Away SMA event and for their leadership and support for students interested in careers in science through our Ionis NEXT employee resource group.

**Culture ChampION**

Employees who model our Culture Statement and Core Principles through their behaviors and actions. Our 2023 Culture ChampION recipients were recognized for being great Ionis ambassadors to new employees and teams and for constantly delivering in an expeditious and innovative way, while maintaining scientific rigor.

Exhibit 20 to Decl. of Burton
1178

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 20 of 43   Page ID #:2824



2023 Corporate Responsibility Report // **19**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix 

# Talent Attraction, Development and Retention

At Ionis, we are focused on building an extraordinary team with a passion to deliver life-changing advances for patients. Our success is a direct result of our outstanding employees and we aspire to be an organization where every individual feels valued and supported throughout their career journey here.

## Talent Recruitment

We have a formal talent recruitment strategy and processes in place to support the fair and equitable recruitment of the best and most qualified candidates. We post our positions to a wide range of job boards to help ensure a diverse candidate pool.

Whether we are hiring entry-level, mid-career or executive-level candidates, we look beyond a candidate's academic qualifications to identify valuable experience and skills that we believe will add to our culture and organizational capacity.

## Early Career Opportunities

Ionis offers internships, postdoctoral fellowships and clinical fellowships to extend the reach of our talent pipeline. These programs provide opportunities to be a part of cutting-edge science in a research-focused environment, while contributing to advancing RNA-targeted medicines and drug development technologies.

### Postdoctoral and Clinical Fellowships

Our postdoctoral researchers work with world-class scientists and our academic collaborators to discover and develop new therapeutics. A fellowship at Ionis typically lasts two years, with the potential for a third-year extension and can be in fields such as: Chemistry, Cell Biology, Biochemistry, Toxicology, Pharmacology, Pharmaceutical Development and Clinical Development. After the fellowship, a full-time career at Ionis is possible, as some of our most accomplished scientists started as postdoctoral researchers in the program.



## Celebrating Interns and Fellows

Each year, we celebrate and recognize our interns and postdoctoral fellows with two special events:

### Internapalooza

Interns, both scientific and business focused, give presentations describing their projects, followed by time for questions and answers with the audience. The 2023 intern program brought together an outstanding group of 18 energetic and hardworking interns from across the U.S., who contributed in onsite, remote and hybrid roles.

### Postdocapalooza

The postdoctoral fellow program is one of Ionis' most successful initiatives, featuring talented scientists and clinicians from around the world who participate in a one- to two-year fellowship. The 2023 event was an opportunity to showcase the exceptional work of the seven postdoctoral fellow researchers, during which they gave presentations, then participated in a lively game of Postdoc Jeopardy.

Winners of Postdoc Jeopardy from our postdoctoral fellows program

### Internships

Ionis interns have the opportunity to grow professionally through interactions with research and business professionals in support of projects aligned with department initiatives. All interns learn and work under a practicing professional who provides guidance and mentorship. Open to both undergraduate and graduate students, our internships are focused in the following areas:

- **Research and Development:** Pharmacology, Biochemistry, Cellular and Molecular Biology, Genomics and Bioinformatics, Medical Affairs, Toxicology, Pharmacokinetics, etc.
- **Business Operations:** Finance, Corporate Communications, Alliance Management, Regulatory Affairs, Human Resources, Information Technology, Commercial, etc.

SER 1906

Exhibit 20 to Decl. of Burton
1179



Introduction     Innovate to Improve the Lives of People with Serious Diseases     **Empower Our People and Communities**     Operate Responsibly and Sustainably     Appendix

## Career Development

We empower our employees to build rewarding careers at Ionis, driven by a culture that encourages personal and professional growth. Ionis offers robust training opportunities with course offerings and events available to every employee regardless of level or function.

### The Learning Continuum

Beginning with onboarding, we aim to provide our employees with the tools and training necessary to succeed at every stage with Ionis. Our robust training and development program, The Learning Continuum, supports each employee on their career journey.

In our Learning Continuum, we offer virtual, hybrid, in-person and instructor-led training and development opportunities to support employees at every stage in their development. In 2023, we offered more than 100 live training sessions facilitated by Human Resources team members and functional area leaders from around the organization. In addition, employees also have access to the Ionis Learning and Development Library, a collection of leadership and management resources, and LinkedIn Learning for on-demand development courses.

### Annual Performance Reviews

All Ionis employees receive a performance appraisal annually, which includes completion of a self-appraisal ahead of formal performance review with their manager. In addition, employees develop individual objectives and development plans on an annual basis. Outside of the annual review process, managers are encouraged to check in with employees throughout the year to discuss strengths and performance contributions, and to regularly discuss their career development and goals.



## Ion Mentor Program

The Ion Mentor program was launched in 2023 in response to employee feedback about a desire for a more formalized cross-functional mentoring program. Designed to support employees' continued growth and development, the program matches mentees and mentors based on aligned professional and personal development goals and expertise. Employees enroll for a six-month period and have access to resources and training to support them in their roles and facilitate more engaging and productive partnerships. The first cohort of the program included 46 mentor-mentee pairs. In addition, Ionis hosts interactive *Career Development Spotlight* sessions, which highlight the career journeys of Ionis leaders.

## Ionis Learning Continuum

### New Employees (Integration Programs)
- New Hire Orientation
- Ionis Buddy Program
- 3-Week Check-In
- "Working the Ionis Way" Series
- Culture Video Series
- Antisense 101
- History of Ionis

### Managing Others (Supervisory Programs)
- 2-Day Supervising at Ionis Program
- Performance Management
- Prevention of Sexual Harassment
- Managers Book Club









### Open Training Programs
- Conflict Resolution
- Influencing at Ionis
- Interpersonal Effectiveness
- Interviewing and Hiring
- Setting Objectives
- Effective Teams
- Innovative Teams
- Time Management and Effective Meetings
- Ionis Science for Non-Scientists
- Emotional Intelligence and DEI; Unconscious Bias; Inclusion and Belonging; Allyship and Advocacy; Cultural Competence

### Leading the Organization (Ionis Leadership)
- 2-Day Introduction to Ionis Leadership Program
- 2-Day Leadership Conference

Exhibit 20 to Decl. of Burton
1180

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 22 of 43   Page ID #:2826



Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix

2023 Corporate Responsibility Report // **21**

SER 1908

## Compensation, Benefits and Well-Being

In addition to our supportive and inclusive culture, we offer employees a combination of robust and meaningful compensation, benefits and well-being programs. Our compensation is awarded based on individual and company performance. We recognize achievements with salary increases, equity awards, promotions and bonus opportunities.

We offer highly competitive benefits to all regular employees who work at least 20 hours per week. In addition to our benefits, we offer a range of industry-leading wellness and stress management initiatives and programs. For more information about benefits and well-being at Ionis, visit our website.

## Pay Equity

On an annual basis, we monitor our pay equity status and market competitiveness, and perform a pay equity analysis that reviews pay equity by gender, race and age. Our 2023 pay equity analysis confirmed we do not have a statistically significant difference in pay for the same or similar work, based on gender, race, ethnicity or age.



# Diversity, Equity and Inclusion (DEI)

At Ionis, our diverse workforce represents a wide range of identities, backgrounds, perspectives and experiences. To realize the full potential of our employees, we must cultivate an inclusive culture where everyone feels empowered to contribute fully. We strive to create an environment that values and amplifies different perspectives, which we know leads to better ideas and increased innovation.



## Ionis DEI Strategy

To expand and reinforce DEI at Ionis, we enhanced Ionis' DEI strategy in 2023. The following elements of DEI help to guide our efforts and measure change over time as we execute our programs:



### Engage

We endeavor to attract and involve our community through various programs, initiatives and outreach. Our DEI community includes job candidates, patients, employees, suppliers and shareholders.

**Goal:** Increase overall employee engagement, ERG participation and community outreach, including students, suppliers and patients.



### Empower

We provide leadership development opportunities, financial resources, training and best practice guidance to support our DEI events, initiatives and programs.

**Goal:** Provide adequate resources for our employees to thrive, our employee resource groups (ERGs) to develop and equity-seeking groups to be represented.



### Evaluate

We collect, review and report on our DEI metrics. We analyze, interpret and share our outcomes as part of our overall corporate responsibility efforts.

**Goal:** Use data to inform our programs and measure our progress. Be accountable for our results by comparing them against industry benchmarks and publishing our outcomes.



### Evolve

Informed by data and best practices, we experiment with different programs and initiatives to help us reach our DEI goals. We make iterative changes to optimize our efforts to provide innovative and integrated solutions.

**Goal:** Add, change and expand DEI programs and initiatives to meet identified needs of the organization.

Exhibit 20 to Decl. of Burton
1181

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 23 of 43   Page ID
#:2827



2023 Corporate Responsibility Report // 22

Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix

**SER 1909**

## DEI Roles and Responsibilities

To support our DEI purpose and drive the four elements of our strategy, we have defined the following roles and responsibilities:

**Executive Leadership Team (ELT)**
Senior leadership team; CEO final decision maker on corporate strategy

**Corporate Responsibility Steering Committee (CR Committee)**
Subject Matter Experts/Leadership advisory group to ELT on larger CR and ESG framework, decisions and reporting

**DEI Advisory Council (DEIAC)**
Volunteer employee representatives to advise senior leaders on employee perspectives of DEI

**ERG Leadership Council (ERGLC)**
Cross-functional ERG Leaders sharing knowledge and resources on ERG best practices and progress

**Employee Resource Groups (ERGs)**
Employee Leaders and Executive Sponsors organizing groups of employees as inclusion networks based on a dimension of diversity

## Employee Resource Groups

We have nine employee-initiated and led inclusion networks that allow employees to create community around common bonds or similar backgrounds.

These ERGs foster a positive work environment and important social connections at work. Many of our ERGs are also active in our local communities, engaging with students and patients and collaborating with local non-profit organizations and other life science companies.


**Black & LatinX Employee Networking & Development**
IONIS Employee Resource Group


**NEXT**
IONIS Employee Resource Group


**New Employee Opportunity Network**
IONIS Employee Resource Group


**DEI Advocates**
IONIS Employee Resource Group


**LGBTQIA+**
IONIS Employee Resource Group


**The Parent Network**
IONIS Employee Resource Group


**empowHER**
IONIS Employee Resource Group


**Mental Health & Wellness**
IONIS Employee Resource Group


**Veterans**
IONIS Employee Resource Group

## ERG Summit

In 2023, Ionis hosted its second annual ERG Summit, which included virtual office hours for remote employees, an all-employee lunch at our corporate headquarters and a special event featuring Dumebi Egbuna, Co-Founder and Chief Marketing Officer at Chezie, who shared ERG best practices and trends.

Exhibit 20 to Decl. of Burton
1182



Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix

2023 Corporate Responsibility Report // **23**

## DEI Training

To support Ionis employees in growing their DEI competencies, we have a voluntary DEI training series, which includes four modules:

- Exploring Unconscious Bias
- Inclusion and Belonging
- Allyship and Advocacy
- Cultural Competence

We continue to expand our DEI training offerings, adding the fourth module, Cultural Competence, in 2023. Since 2020, more than 250 employees have been trained in one or more of our DEI modules, including our ELT.



### Ionis DEI Site and Dashboard

In 2023, we launched a new DEI site and dashboard on **Ionis' website** to continue to create transparency and drive accountability toward our DEI objectives. The site highlights our DEI purpose and strategy, and provides information about our demographics, structure, nine ERGs and more.



**Our Workforce Demographics[14]**

**Total Employees[15]**

897 — 2023
759 — 2022
640 — 2021

**2023 Gender and U.S. Workforce Diversity**

Gender
- Non-binary <1%
- Men 44%
- Women 56%

U.S. Workforce Diversity[16]
- Other 4%
- Black or African American 3%
- Hispanic or LatinX 11%
- Asian 25%
- White 58%

**2021–2023 Leadership Diversity**
● Director Level and Above  ● Vice President Level and Above

Women
- 2021: 37%, 26%
- 2022: 44%, 29%
- 2023: 46%, 35%

People of Color[16] (U.S. Workforce)
- 2021: 30%, 26%
- 2022: 30%, 22%
- 2023: 31%, 25%

For detailed multi-year workforce information, please view the **Appendix** section of this report.

[14] All data as of December 31st of the applicable year. Due to rounding, some data may not add up to 100%.
[15] Includes all employees globally.
[16] Based on self-identification. Other category includes Native Hawaiian, Pacific Islander, American Indian, Alaskan Native or two or more races.

Exhibit 20 to Decl. of Burton
1183

**SER 1911**



2023 Corporate Responsibility Report // **24**

Introduction   Innovate to Improve the Lives of People with Serious Diseases   **Empower Our People and Communities**   Operate Responsibly and Sustainably   Appendix

# Workplace Health and Safety

At Ionis, we strive to protect the health and safety of all employees, contractors and visitors. We are also committed to providing an injury-free workplace. Our **Health, Safety and Environment (HSE) Policy** reinforces this commitment and outlines our intention to:

- Maintain a safety management system employing risk metrics, monitoring, auditing and target setting to continuously improve occupational health and work safety performance
- Oversee process safety management of our pharmaceutical manufacturing operations to control safety risks and hazards
- Assess health-related risks to employees, contractors and visitors and proactively manage those risks
- Conduct regular training of all employees and routine auditing for health and safety compliance
- Promote a strong safety culture in line with our own corporate culture

We continue to focus on continuously improving our health and safety management system. Throughout the year, our HSE team provides safety reports to leaders and works with them to proactively address issues and reduce potential incidents.





## Workplace Health and Safety Metrics[17]

N/R = Not reported

| Category | 2021 | 2022 | 2023 |
|---|---|---|---|
| Recordable Injury Rate (RIR) (per 200,000 hours worked) | 0.94 | 1.58 | 0.89 |
| Lost Time Injury Rate (LTIR) (per 200,000 hours worked) | 0.47 | 0.92 | 0.45 |
| Days away, restricted or transferred (DART) (per 100 full-time employees) | N/R | 1.19 | 0.56 |
| Fatalities | N/R | 0 | 0 |

[17] Data as of December 31 of the applicable calendar year

Exhibit 20 to Decl. of Burton
1184

**IONIS**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix

2023 Corporate Responsibility Report // **25**

**SER 1912**

## Social Impact and Community Engagement

At Ionis, we are committed to having a positive influence on the communities in which we live and work. Every year we provide support to various organizations that are making a difference in their community. We seek sustainable partnerships and initiatives that encourage scientific innovation and help address unmet needs for people impacted by serious diseases and for local communities where we live and work. We do this through our core social impact activities:

- **Employee volunteering and community engagement:** Creating opportunities for employees to give back, make a positive impact in the community and feel connected to our purpose
- **Corporate giving:** Partnering with nonprofits to empower communities to thrive by investing in their well-being, education and access to opportunities

It has always been a priority for us to give back and provide support to communities in need through partnerships, financial assistance, employee volunteerism and other key initiatives. In 2023, we developed a formal social impact strategy to help amplify and focus our efforts. The strategy identified three main priority areas: adaptive experiences, STEM education and support for local communities. We are developing a multi-year plan to support these priorities, which will be rolled out in 2024.

### 2023 Social Impact

**$3.0M**

total corporate contributions (including grants, sponsorships and charitable donations)

**1,400+**

volunteer hours (>30% employees participated)

**15+**

non-profit partners supported

**6**

Ionis-led community volunteer events



**Surf Away SMA**

Jenny H. and her son, Ben, at 2023 Surf Away SMA event

In partnership with **Cure SMA**, Ionis hosts this annual adaptive surfing event for community members and their families affected by Spinal Muscular Atrophy (SMA). Surf Away SMA has become a celebratory day at the beach in La Jolla Shores, California. In 2023, more than 80 volunteers from Ionis helped make surfing a reality for 20 people impacted by SMA, who would otherwise not be able to experience this type of activity. In addition to surfing, food, friends and fun, the 2023 event included a **special tribute to Ricochet "The Surf Dog"**, the event's original mascot.

> "The enduring commitment, professionalism and genuine empathy volunteers exhibit make each event increasingly meaningful. This gathering serves as an annual touchstone of positive energy for my son. Its transformative impact on his well-being is palpable, rendering him noticeably rejuvenated."
>
> **Jenny H.** // Parent, Caregiver and SMA Community Member

Exhibit 20 to Decl. of Burton
1185

**IONIS**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    **Empower Our People and Communities**    Operate Responsibly and Sustainably    Appendix    

2023 Corporate Responsibility Report // **26**

**SER 1913**

### Hope Scholarship

In collaboration with **Adapt Functional Movement Center**, the Ionis Hope Scholarship grant program provides fully sponsored care services, rehabilitation programs and education to individuals impacted by ALS. Hope Scholarship grants support ALS patients' participation in group classes, massage therapy, meditation and functional movement therapy. With Ionis' support, 43 grants were distributed to Hope Scholars in 2023. The program has awarded more than $300,000 in grants to individuals impacted by ALS since 2020.



" I want to travel and be active and this has allowed me to do that. For the first time since I was diagnosed, I feel like I have people to help me who understand the disease, and I feel very lucky to have them."

**Craig G. //** Hope Scholar Recipient

### Holiday HOPE

In its fourth year, Ionis' Holiday Hope initiative provides employees across the company with the opportunity to make a positive impact during the holiday season through both in-person and virtual volunteering and donations. Partners and activities included:

- **Life Science Cares**: Building warm winter kits for communities impacted by homelessness
- **ALS Association** and **Adapt**: Assembling gifts for more than 180 ALS Families and hosting two holiday open houses for community members
- **Monarch School**: Assembling hygiene kits for over 100 unhoused students (sponsored by Ionis' NEXT ERG)
- **Toys for Tots**: Participating in a toy donation drive (sponsored by Ionis' Veteran ERG)



" Holiday Hope has allowed us to make a positive impact on families that are experiencing hardships due to neurological disease. It's incredibly special to have the opportunity to be a bright spot for them in what can otherwise be a very challenging time of year."

**John Monteith //** Executive Director, Adapt Functional Movement Center

Exhibit 20 to Decl. of Burton
1186

Case 2:24-cv-00801-ODW-PVC Document 53-20 Filed 07/24/24 Page 28 of 43 Page ID #:2832



**IONIS**

2023 Corporate Responsibility Report // **27**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    **Operate Responsibly and Sustainably**    Appendix





# Operate Responsibly and Sustainably

We operate with integrity to help create a better, more sustainable future for all through environmental stewardship and responsible business practices and stakeholder interactions.



**Our Goals**

Act with integrity and uphold our commitment to high ethical standards

Responsibly manage our environmental impact as we grow our operations

**In This Section**

Environmental Sustainability    28
Governance and Integrity    30

Exhibit 20 to Decl. of Burton
1187

SER 1914

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 29 of 43   Page ID
#:2833

 **IONIS**



2023 Corporate Responsibility Report // **28**

# Our Approach to Environment and Governance

Ionis is committed to responsibly managing our environmental impact as we grow our operations, which includes ensuring our new facilities are designed with meaningful sustainability measures. We act with integrity and uphold high ethical standards, ensuring governance structures oversee every aspect of our operations while we pursue our business objectives.



## Environmental Sustainability

### Our Environmental Impact

We are committed to conducting our operations in an environmentally responsible manner to protect our employees, the environment and the communities in which we operate. It is important that we incorporate environmental considerations into all our business activities and continuously improve our performance.

### Environmental Management System

Ionis has an environmental management system (EMS) that serves as a systematic approach to managing and continuously improving our environmental performance across company operations. The EMS is designed in accordance with the U.S. Environmental Protection Agency's guidance standard and based upon the ISO 14001:2015 standard.

Our EMS establishes policies and procedures, outlines processes for identifying risk and implementing preventative measures, and sets performance standards to improve our environmental performance. In 2023, we also made updates to our EMS to ensure we track and comply with local, state and federal mandates. Our **Health, Safety and Environment (HSE) Policy** is included in the EMS manual and provides the framework for setting and reviewing environmental objectives and targets. This policy is communicated to all relevant employees and our Executive Director of Health, Safety and Environment (HSE) serves as the EMS Officer, providing oversight of our EMS and reporting our annual HSE Scorecard to our head of manufacturing and other members of senior management.

## GHG Emissions and Energy Use

Ionis recognizes the critical need for energy and materials used in our operations. We strive to improve the sustainability of our operations by using natural resources and energy more efficiently, reducing waste and conserving water to minimize our environmental impact. To achieve this, we are committed to do the following:

- Invest in technology and infrastructure to reduce our electricity use through implementation of solar energy systems and energy efficiency programs
- Incorporate energy-efficient design into the construction of our facilities, such as meeting LEED certification standards
- Assess environmental aspects and impacts associated with operations at each facility

We track both our Scope 1 and 2 greenhouse gas (GHG) emissions, and the energy efficiency performance of our buildings is monitored through a building management system. In addition, we have several solar photovoltaic panel systems in place to generate electricity onsite and we monitor and report their output annually. Our investment in technology and infrastructure, including the implementation of solar energy panels and energy efficiency plans, has helped us achieve 51% renewable energy use in 2023 with 17% of electricity from renewable sources generated onsite. We also offer 12 standard electric vehicle (EV) parking stations and two accessible EV parking stations at our Carlsbad headquarters, which are available to employees and visitors.

While our total Scope 1 and 2 GHG emissions increased by 18% since 2021, our emissions intensity per employee decreased by 15% and is nearly half of the biopharmaceutical industry average. During this same period, our workforce has expanded by more than 40% and we have continued to invest significantly in our commercial readiness activities. Looking ahead, we are committed to continuous improvement of our sustainability practices to ensure we are actively managing our emissions and environmental impact to support our growth.

Exhibit 20 to Decl. of Burton
1188

**SER 1915**



Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    **Operate Responsibly and Sustainably**    Appendix

## Waste and Water Management

Ionis recognizes the need to effectively manage waste and minimize water use to protect human health and the environment. At our manufacturing and research facilities, we have controls and programs in place to evaluate our processes for resource reduction and waste minimization opportunities and use waste disposal alternatives such as beneficial use and recycling when available. To achieve this, we are committed to the following:

- Evaluate opportunities and establish goals to reduce, reuse and recycle materials including increasing our diversion rate of waste from landfills
- Implement initiatives, evaluate partnerships and provide internal education for hazardous waste management
- Monitor and evaluate water use routinely at each facility, identifying opportunities for reduction and reuse

In 2023, we launched a new condensate water collection system for reuse in our cooling tower at our Carlsbad headquarters. In addition, Ionis participates in the Pharmaceutical Product Stewardship Work Group's MED-Project USA, which supports the collection and disposal of unwanted medicines and sharps through take-back programs.



### 2023 Environmental Data

**Scope 1 and 2 GHG Emissions**

Scope 1: 2,695 MtCO$_2$e

Total Scope 1 and 2 Emissions: **5,483** MtCO$_2$e

Scope 2: 2,788 MtCO$_2$e

**Energy Use**

Renewable sources: 6,691 MWh

Total Energy Use: **13,161** MWh

Non-renewable sources: 6,470 MWh

**51%** renewable energy use

**17%** renewable energy generated onsite (1,129 MWh)

**24% reduction** in water use since 2021 (12.85 million gallons in 2023)

For detailed multi-year environmental data, see the ESG Data Table in the Appendix section of this report.



### Sustainable Building

Our main Carlsbad headquarters building was designed and built to meet energy-efficient Leadership in Energy and Environmental Design (LEED) Silver standards, a green building rating system. Our conference center was also built to the U.S. Green Building Council's Green Building Codes and Standards in alignment with LEED standards. In addition, a new state-of-the-art research and development facility is being constructed on our Carlsbad campus, for which the developer plans to pursue LEED Gold certification.

SER 1916

Exhibit 20 to Decl. of Burton
1189

Case 2:24-cv-00801-ODW-PVC  Document 53-20  Filed 07/24/24  Page 31 of 43  Page ID #:2835



2023 Corporate Responsibility Report // **30**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    **Operate Responsibly and Sustainably**    Appendix 

# Governance and Integrity

At Ionis, we hold ourselves to the highest ethical standards and adhering to these standards is of the utmost importance to our employees and our business. A strong governance structure oversees every aspect of our operations and ensures we act with integrity while pursuing our objectives. As we grow and look toward commercializing our medicines independently, we seek to maintain robust structures and systems to effectively manage our risk and uphold our commitment to ethics and integrity.

## Corporate Governance

Our Board of Directors is committed to effective corporate governance and represents the interests of Ionis' stockholders by providing guidance and strategic oversight to optimize long-term value. Of our ten directors, eight are independent, three are women, two are racially diverse and one identifies as LGBQTIA+. Our Board has an independent chair and an independent Lead Director and has established six committees: Audit; Compensation; Compliance; Finance; Nominating, Governance and Review; and Medical and Science.

For more information on Ionis' commitment to corporate governance, including Board duties and criteria, Board committee charters and committee composition, visit Investors and Media on our **website**.

## Ethics and Compliance

Ionis works to achieve and maintain a high level of integrity and ethics across all our business operations and in our interactions with stakeholders. As a company based in the U.S., Ionis is governed by and required to comply with U.S. federal law. In addition to complying with federal law, we conduct our activities in compliance with all applicable international, national, state, and local laws, regulations and judicial decrees wherever we conduct business.

### Code of Ethics and Business Conduct

At Ionis, we are guided by our **Code of Ethics and Business Conduct (Code)**, which applies to all employees, including executive officers and all members of our Board of Directors.

The Code also applies to all employees of our subsidiaries and affiliates worldwide. The Code sets expectations on ethical decision making, makes clear when and how individuals should raise concerns, and documents our non-retaliation policy. All employees receive training on the Code to reinforce compliance and must sign their acknowledgement of the Code on an annual basis. In 2023, we exceeded our goal of 95% of employees trained on the Code.

### Anti-bribery and Anti-corruption

We are committed to upholding a comprehensive and rigorous ethics program, including anti-bribery and anti-corruption commitments, as detailed in the Code. Our Chief Compliance Officer and our Chief Legal Officer, General Counsel and Corporate Secretary provide oversight for all anti-bribery and anti-corruption matters. We use a risk-based approach to perform internal audits and conduct compliance risk assessments on an as-needed basis.

### Ethics and Compliance Helpline

We strive to create an environment in which employees feel comfortable speaking up. The Code addresses processes for reporting potential ethics and legal violations confidentially at Ionis. Employees are encouraged to raise concerns to any manager or supervisor, Human Resources, Legal or Compliance, or make an anonymous report to the **Ionis Helpline**.

Available to employees, vendors, customers and other stakeholders, the Ionis Helpline is a confidential 24/7 service, which is hosted through a third-party provider and accessed via phone or online with multiple language options. The Helpline allows employees or anyone else to report any potential or actual violations of Ionis' Code of Ethics and Business Conduct, company policies and procedures, or applicable laws and regulations.

We have a structure in place to ensure reports of any issues are logged, reviewed, assigned for investigation (as appropriate) and tracked until resolved. The Code also makes clear we do not tolerate retaliation against anyone who, in good faith, reports an ethical or legal concern.

## Ionis Policies and Disclosures

- Code of Ethics and Business Conduct
- Privacy Policy
- Equal Opportunity Employer
- Clinical Trial Transparency Statement
- Expanded Access Policy
- Corporate Governance
- Health, Safety and Environment Policy
- Financials

### >95%

of Ionis employees completed Code of Ethics and Business Conduct training in 2023

Exhibit 20 to Decl. of Burton
1190

SER 1917

Case 2:24-cv-00801-ODW-PVC Document 53-20 Filed 07/24/24 Page 32 of 43 Page ID #:2836

2023 Corporate Responsibility Report // **31**

 Introduction · Innovate to Improve the Lives of People with Serious Diseases · Empower Our People and Communities · **Operate Responsibly and Sustainably** · Appendix 

## Cybersecurity and Data Privacy

At Ionis, cybersecurity and data privacy are important priorities, as we know personal information is highly sensitive. We have a responsibility to appropriately protect patient and personal data and we have a deep sense of commitment to patients, employees, customers and any individuals we work with who entrust us with their private information. We handle this information with the appropriate safeguards in place and will not collect, store, transfer or share any personal information unless we have the express authorization or right to do so. In 2023, we hired a Data Privacy Officer and appointed a Chief Information Security and Compliance Officer to manage our privacy and cybersecurity programs, with oversight of each area by the Compliance Committee and the Audit Committee of the Board, respectively.

We are committed to compliance with all applicable privacy laws, such as the E.U.'s General Data Protection Regulation (GDPR). Our privacy program includes privacy-related policies and system operating procedures and controls that guide our practices. In 2023, we initiated "Privacy 101" in-person training with teams and departments across the company. And in early 2024, we released an updated privacy training module, which is mandatory for all current and new employees.

Ionis' cybersecurity program has policies and procedures in place to guide our information security, including a virtual security operations center, email monitoring, threat detection, endpoint monitoring and an audit program to assess vendor security profiles. We have implemented and maintain various information security processes designed to detect, respond to, recover and protect our technology ecosystem from cybersecurity threats. To help all Ionis employees build their knowledge and understanding of the importance of cybersecurity and data privacy, we have ongoing awareness campaigns, monthly training and incident-based training.

## Supplier Responsibility

At Ionis, developing strategic, long-lasting and mutually beneficial relationships with suppliers is critical to our long-term success. Our teams across the business engage with a diverse mix of suppliers to drive innovation, leverage capabilities, mitigate risk and ensure we remain agile as we navigate the complexities of scaling our growing organization. In addition, we seek to partner with suppliers who share our values and our commitment to ethics, compliance and sustainable business practices.

To gain deeper insights into our supply chain, we plan to conduct an assessment of our current supplier base in 2024. This initiative will serve as a foundation for optimizing our future sourcing strategies and refining our supplier practices, ensuring alignment with our organizational goals and corporate responsibility objectives.

## Engagement with Patients, Caregivers and Healthcare Professionals

At Ionis, our efforts begin and end with the patient in mind. We strive to interact with patients, caregivers, healthcare professionals and healthcare organizations in an appropriate manner and in compliance with applicable laws, regulations, relevant industry codes and Company policies, including our Code of Ethics and Business Conduct.

We are committed to developing ethical and responsible marketing strategies with our patients in mind. Our Promotional Review and Medical Review Committees have oversight of drug promotion and applicable medical education standards at Ionis to ensure materials about products or conditions meet regulatory and medical guidelines. We require promotional activities and materials to comply with all applicable laws, regulations, codes and our own applicable policies. Visit our **Code of Ethics and Business Conduct** for more information.

## Public Policy and Political Contributions

We established a formal government affairs and public policy function in 2024. As our approach evolves, we are committed to transparency and we plan to make required lobbying disclosures, trade association memberships and contributions publicly available.

Ionis does not use corporate resources, either directly or indirectly, to contribute to or support any election-related activity, including contributions to candidates, political parties or committees, ballot initiatives or measures or other political entities.

## Animal Testing

Ionis is committed to avoiding animal testing whenever possible and only doing so when absolutely required. As an accredited organization with the Association for Assessment and Accreditation of Laboratory Animal Care, International (AAALAC), we strive to avoid using animals where possible or replace the number of animals used in drug discovery and strictly follow the principles of Reduce, Refine and Replace (the 3 R's).

Our Institutional Official and Vice President, Drug Discovery and our Institutional Animal Care and Use (IACUC) Committee provide oversight of our animal care and use program. The IACUC Committee is also responsible for assessing the ethics of proposed animal research projects. All animal use protocols address the 3 R's and have a mandatory annual review and a three-year expiration. Our IACUC Committee includes a licensed veterinarian who reviews all protocols to ensure the most ethical use of research animals. Our facility and program are inspected semi-annually by our IACUC committee. As an AAALAC-accredited organization, we submit an annual report and hold a site visit with the AAALAC every three years. In the event that an animal testing-related issue arises, Ionis follows our adverse events reporting policy and promptly reports the issue to the AAALAC.

Exhibit 20 to Decl. of Burton
1191

SER 1918

Case 2:24-cv-00801-ODW-PVC　Document 53-20　Filed 07/24/24　Page 33 of 43　Page ID #:2837



Introduction　　Innovate to Improve the Lives of People with Serious Diseases　　Empower Our People and Communities　　Operate Responsibly and Sustainably　　**Appendix**

2023 Corporate Responsibility Report // **32**





# Appendix

**In This Section**

Environmental, Social and Governance (ESG) Data Table　　33

Sustainability Accounting Standards Board (SASB) Index　　35

Task Force on Climate-Related Financial Disclosures (TCFD) Index　　39

Forward-Looking Statements and Definition of Materiality in This Report　　42

Exhibit 20 to Decl. of Burton
1192



2023 Corporate Responsibility Report // **33**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    **Appendix**

# Environmental, Social and Governance (ESG) Data Table

Data as of December 31 of applicable year

| Business Overview | 2021 | 2022 | 2023 |
|---|---|---|---|
| **Total Revenue** (USD, millions)[18] | 810 | 587 | 788 |
| **Total Number of FDA-Approved Medicines** | 3 | 3 | 5 |
| **Research and Development Expense** (USD, millions)[18] | 644 | 833 | 900 |
| **Social** | | | |
| **Workforce** | | | |
| **Total Employees** (global) | 640 | 759 | 897 |
| **U.S. Workforce by Gender** (%) | | | |
| Women | 52% | 53.5% | 54.5% |
| Men | 48% | 46.5% | 43.5% |
| Non-binary | <1% | <1% | <1% |
| **Global Workforce by Age** (%) | | | |
| Under 30 years old | N/R | N/R | 10% |
| 30-50 years old | N/R | N/R | 55% |
| Over 50 years old | N/R | N/R | 35% |

| Diversity of U.S. workforce (%) | 2021 | 2022 | 2023 |
|---|---|---|---|
| Asian | 25% | 25% | 24.5% |
| Black or African American | 3% | 3% | 3% |
| Hispanic or LatinX | 10% | 10% | 11% |
| Other[19] | 4% | 4% | 3.5% |
| White | 58% | 58% | 58% |
| **Women or People of Color in Leadership Positions** (U.S. workforce) (%) | | | |
| **Director Level or Above** | | | |
| Women | 37% | 44% | 46% |
| People of Color (POC) | 30% | 30% | 31% |
| **Vice President Level or Above** | | | |
| Women | 26% | 29% | 35% |
| People of Color (POC) | 26% | 22% | 25% |
| **Retention Rate** (%) | 84% | 87% | 93% |
| Turnover Rate | 16% | 13% | 7% |
| Voluntary Turnover Rate | 13.3% | 11.8% | 5.2% |

[18] Per annual Form 10-K.    N/R = Not reported    [19] Includes Native Hawaiian or Pacific Islander, American Indian or Alaskan Native, Two or more races.

Exhibit 20 to Decl. of Burton
1193

SER 1920

**IONIS**

Introduction   Innovate to Improve the Lives of People with Serious Diseases   Empower Our People and Communities   Operate Responsibly and Sustainably   **Appendix**   🏠

2023 Corporate Responsibility Report // **34**

**SER 1921**

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| **Social: Workforce (cont)** | | | |
| **Employee Engagement Rate (%)** | 49% | N/A | 73% |
| **Workplace Health and Safety** | | | |
| Recordable Injury Rate (RIR) (per 200,000 hours worked) | 0.94 | 1.58 | 0.89 |
| Lost Time Injury Rate (LTIR) (per 200,000 hours worked) | 0.47 | 0.92 | 0.45 |
| Days away, restricted or transferred (DART) (per 100 full-time employees) | N/R | 1.19 | 0.56 |
| Fatalities | N/R | 0 | 0 |
| **Social Impact** | | | |
| **Corporate Contributions[20] (USD, millions)** | 2.0 | 2.7 | 3.0 |
| **Employee Volunteer Hours (estimate)** | N/A | 1,300 | 1,400+ |

| Governance | As of February cutoff date of applicable year (per proxy filing) | | |
|---|---|---|---|
| **Board Composition[21]** | | | |
| Board Size | 10 | 9 | 10 |
| Number of Independent Directors | 8 | 7 | 8 |
| Independent Directors on the Board (%) | 80% | 78% | 80% |
| Number of Women on the Board | 3 | 3 | 3 |
| Women on Board (%) | 30% | 33% | 30% |
| Number of Diverse Board Members | 1 | 1 | 2 |
| Diverse Board Members (%) | 10% | 11% | 20% |
| LGBTQIA+ | 1 | 1 | 1 |

| | 2021 | 2022 | 2023 |
|---|---|---|---|
| **Environment** | | | |
| **Greenhouse Gas (GHG) Emissions (metric tons CO₂e)** | | | |
| Scope 1 (fuels, natural gas, refrigerants) | 2,566 | 2,456 | 2,695 |
| Scope 2 (electricity use) (market-based) | 2,052 | 1,841 | 2,788 |
| **Total Scope 1 and 2 (market-based)** | 4,618 | 4,297 | 5,483 |
| Emissions Intensity (Scope 1 and 2) (tCO₂e/employee) | 7.22 | 5.66 | 6.11 |
| **Energy Use (MWh) (by source)** | | | |
| Total electricity use from non-renewable sources | 6,466 | 6,760 | 6,470 |
| Total electricity use from renewable sources | 6,017 | 6,387 | 6,691 |
| Energy generation onsite | 1,535 | 1,211 | 1,129 |
| **Total Energy Use (MWh)** | 12,483 | 13,147 | 13,161 |
| **Total Water Consumption (million gallons)** | 16.84 | 17.61 | 12.85 |
| **Total Waste Generated (tons)[22]** | 679 | 635 | 634 |
| **Non-hazardous Waste Disposal (tons)** | 402 | 370 | 387 |
| Landfilled | 254 | 216 | 223 |
| Recycled | 148 | 154 | 164 |
| **Hazardous Waste Disposal (tons)** | 277 | 265 | 247 |

[20] Includes grants, sponsorships, and philanthropic donations.
[21] Based on self-identification. For board diversity, includes Asian, Black or African American, Hispanic or Latinx, Native Hawaiian or Pacific Islander, American Indian or Alaskan Native, Two or more races.
[22] Waste figures exclude construction and demolition waste.

Exhibit 20 to Decl. of Burton
1194

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 36 of 43   Page ID #:2840



2023 Corporate Responsibility Report // 35

Introduction          Innovate to Improve the Lives of People with Serious Diseases          Empower Our People and Communities          Operate Responsibly and Sustainably          Appendix

# Sustainability Accounting Standards Board (SASB) Index

The following table provides data and information for Ionis utilizing the Sustainable Accounting Standards Board's (SASB) Health Care Sector – Biotechnology and Pharmaceuticals industry standard. The data represents full-year 2023 performance.

| Category | Code | Accounting Metric | Information |
|---|---|---|---|
| Safety of Clinical Trial Participants | HC-BP-210a.1 | Discussion, by world region of management process for ensuring quality and patient safety during clinical trials | For details, see Safe and Ethical Clinical Trials section of this report. |
| | HC-BP-210a.2 | Number of FDA sponsor inspections related to clinical trial management and pharmacovigilance that resulted in<br><br>1) Voluntary Action Indicated (VAI) and<br><br>2) Official Action Indicated (OAI) | All data reported to relevant national regulators. |
| | HC-BP-210a.3 | Total amount of monetary losses as a result of legal proceedings associated with clinical trials in developing countries | Not applicable. |
| Access to Medicines | HC-BP-240a.1 | Description of action and initiatives to promote access to health care products for priority diseases and in priority countries as defined by the Access to Medicine Index | For details, see Access and Affordability section of this report. Note that Ionis does not have responsibility for commercialization or access of any medicine outside the U.S. |
| | HC-BP-240a.2 | List of products on the WHO List of Prequalified Medicinal Products as part of its Prequalification of Medicines Programme (PQP) | No Ionis products are on the WHO List at the time of reporting. |

Exhibit 20 to Decl. of Burton
1195

SER 1922

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 37 of 43   Page ID #:2841



2023 Corporate Responsibility Report // **36**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    **Appendix**

| Category | Code | Accounting Metric | Information |
|---|---|---|---|
| **Affordability and Pricing** | HC-BP-240b.1 | Number of settlements of Abbreviated New Drug Application (ANDA) litigation that involved payments and/or provisions to delay bringing an authorized generic product to market for a defined time period | Not applicable. |
| | HC-BP-240b.2 | Percentage change in 1) average list price and 2) average net price across U.S. product portfolio from previous year | Not applicable. |
| | HC-BP-240b.3 | Percentage change in 1) list price and 2) net price of product with largest increase compared to previous year | Not applicable. |
| **Drug Safety** | HC-BP-250a.1 | List of products listed in the FDA MedWatch Safety Alerts for Human Medical Products database | No products listed. Please visit the **U.S. FDA FAERS MedWatch website** for more information. |
| | HC-BP-250a.2 | Number of fatalities associated with products as reported in the FDA AERS | None. Please visit the **U.S. FDA FAERS MedWatch website** for more information. |
| | HC-BP-250a.3 | Number of recalls issued, total units recalled | Ionis did not issue any recalls in 2023. Akcea Therapeutics issued one voluntary recall for 450 cartons of Tegsedi in 2022. Akcea is a wholly owned subsidiary of Ionis. |
| | HC-BP-250a.4 | Total amount of product accepted for takeback, reuse, or disposal | Not reported. |
| | HC-BP-250a.5 | Number of FDA enforcement actions taken in response to violations of current Good Manufacturing Practices (cGMP), by type | No FDA enforcement actions taken in 2022 or 2023 in response to violations of current Good Manufacturing Practices (cGMP). |

Exhibit 20 to Decl. of Burton
1196

SER 1923

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 38 of 43   Page ID #:2842



Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    **Appendix**

2023 Corporate Responsibility Report // **37**

| Category | Code | Accounting Metric | Information |
|---|---|---|---|
| **Counterfeit Drugs** | HC-BP-260a.1 | Description of methods and technologies used to maintain traceability of products throughout the supply chain and prevent counterfeiting | For details, see **Product Quality and Patient Safety** section of this report. |
| | HC-BP-260a.2 | Discussion of process for alerting customers and business partners of potential or known risks associated with counterfeit products | For details, see **Product Quality and Patient Safety** section of this report. |
| | HC-BP-260a.3 | Number of actions that led to raids, seizure, arrests, and/or filing of criminal charges related to counterfeit products | None. |
| **Ethical Marketing** | HC-BP-270a.1 | Total amount of monetary losses as a result of legal proceedings associated with false marketing claims | No losses related to false marketing claims. |
| | HC-BP-270a.2 | Description of code of ethics governing promotion of off-label use of products | For details, see **Governance and Integrity** section of this report and our **Code of Ethics and Business Conduct**. |
| **Employee Recruitment, Development and Retention** | HC-BP-330a.1 | Discussion of talent recruitment and retention efforts for scientists and research and development personnel | For details, see **Talent Attraction, Development and Retention** section of this report. |
| | HC-BP-330a.2 | 1) Voluntary and<br>2) Involuntary turnover rate for<br>(a) executive/senior managers,<br>(b) midlevel managers,<br>(c) professionals, and<br>(d) all others | **(1) Voluntary turnover rate for 2023:**<br>(a) executives/senior managers 3.2%<br>(b) midlevel managers 2.8%<br>(c) professionals 6.3%<br>(d) all others 7.1%<br>**(2) Involuntary turnover rate for 2023:**<br>(a) executives/senior managers 1.6%<br>(b) midlevel managers 1.6%<br>(c) professionals 2.1%<br>(d) all others 1.4%<br><br>Average employee turnover rate in 2023 was 7% and the voluntary turnover rate was 5.2%. |

Exhibit 20 to Decl. of Burton
1197

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 39 of 43   Page ID #:2843



2023 Corporate Responsibility Report // **38**

Introduction        Innovate to Improve the Lives of People with Serious Diseases        Empower Our People and Communities        Operate Responsibly and Sustainably        **Appendix**

| Category | Code | Accounting Metric | Information |
|---|---|---|---|
| Supply Chain Management | HC-BP-430a.1 | Percentage of (1) entity's facilities and (2) Tier I suppliers' facilities participating in the Rx-360 International Pharmaceutical Supply Chain Consortium audit program or equivalent third-party audit program for integrity of supply chain and ingredients | Not reported. |
| Business Ethics | HC-BP-510a.1 | Total amount of monetary losses as a result of legal proceedings associated with corruption and bribery | To date, Ionis has incurred no monetary losses as a result of legal proceedings associated with corruption and bribery. |
| | HC-BP-510a.2 | Description of code of ethics governing interactions with health care professionals | For details, see Governance and Integrity section of this report and our Code of Ethics and Business Conduct. |
| Activity Metrics | HC-BP-000.A | Number of patients treated | To date, more than 14,000 patients have been treated with SPINRAZA® (nusinersen) for spinal muscular atrophy (SMA) globally. Our partner, Biogen, is responsible for commercializing SPINRAZA worldwide. |
| | HC-BP-000.B | Number of drugs in portfolio and research and development (Phase 1-3) | For details, see Innovation and Drug Discovery section of this report or visit the Ionis Pipeline at www.ionispharma.com. |

SER 1925

Exhibit 20 to Decl. of Burton
1198

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 40 of 43   Page ID #:2844

**SER 1926**



2023 Corporate Responsibility Report // **39**

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    **Appendix**

# Task Force on Climate-related Financial Disclosures (TCFD) Index

We recognize the importance of ESG and climate-related initiatives as they relate to our business strategy and risk assessment. We are committed to providing transparency on our climate-change risk management, governance and performance. The Task Force on Climate-related Financial Disclosures (TCFD) has developed voluntary, consistent climate-related financial risk disclosures for use by companies in providing information to stakeholders. A summary of our response to the TCFD-recommended disclosures is below.

| Metrics | Response |
|---|---|
| **Governance** | |
| Describe the board's oversight of climate-related risks and opportunities. | Our Board of Directors, specifically the Nominating, Governance and Review Committee as reflected in the Committee's charter, has oversight of our overall corporate responsibility strategy and material ESG risks and opportunities, including environmental and climate-related issues. They receive updates at least once annually and are engaged on specific topics as needed. |
| Describe management's role in assessing and managing climate-related risks and opportunities. | Our corporate responsibility initiatives, including climate-related initiatives, are driven by our Chief Executive Officer and executive-level Corporate Responsibility Steering Committee (CR Committee). The CR Committee, which includes the Senior Vice President (SVP) of Manufacturing and the SVP who oversees Facilities, regularly discusses risks and opportunities, including those related to environmental issues, as well as how to apply policies and strategies to address these issues in each area of our business. |

Exhibit 20 to Decl. of Burton
1199

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 41 of 43   Page ID #:2845



2023 Corporate Responsibility Report // 40

Introduction    Innovate to Improve the Lives of People with Serious Diseases    Empower Our People and Communities    Operate Responsibly and Sustainably    **Appendix**

**SER 1927**

| Metrics | Response |
|---|---|

**Strategy**

| | |
|---|---|
| **Describe the climate-related risks and opportunities the organization has identified over the short, medium, and long term.** | While we do not believe climate change poses a material business risk, we have identified potential climate change-related risks that may impact our business over the short-, medium- and long-term, which include the following:<br><br>**Physical Risks** — As a biopharmaceutical company, our products face few climate-related risks, with little potential for such risks to have a significant financial impact on our business. However, extreme weather events and changing weather patterns have become more common in recent years. As a result, we are potentially exposed to varying natural disaster or extreme weather risks such as hurricanes, tornadoes, earthquakes, fires, droughts, floods or other events that may result from the impact of climate change on the environment. The potential impacts of climate change might also include increased operating costs associated with additional regulatory requirements and investments in reducing energy, water use and greenhouse gas emissions. In addition, we manufacture most of our research and clinical supplies in a manufacturing facility located in Carlsbad, California. Currently, we manufacture drug substances and finished drug product for marketed products at third-party contract manufacturers. The facilities and the equipment we and our contract manufacturers use to research, develop and manufacture our medicines would be costly to replace and could require substantial lead time to repair or replace. Our facilities or those of our contract manufacturers might be harmed by natural disasters or other events outside our control and our development and commercialization efforts may be impacted.<br><br>**Regulatory Risks** — We do not currently view climate change as a significant business risk. However, climate change could pose regulatory risks due to potential future carbon disclosure and compliance requirements or reputational risks due to not proactively addressing climate change issues. Possible carbon tax or regulatory incentives to encourage the use of renewables could affect energy costs. We do not expect this would have a significant impact on our business and financial performance. |
| **Describe the impact of climate-related risks and opportunities on the organization's business, strategy, and financial planning.** | We plan to conduct our first scenario analysis in 2025 to evaluate how each identified material risk and opportunity might impact our business, strategy and financial planning and share the results of this process in a future report. |
| **Describe the resilience of the organization's strategy, taking into consideration different climate-related scenarios, including a 2°C or lower scenario.** | We plan to conduct our first scenario analysis in 2025 to evaluate the resilience of our strategy to different climate-related scenarios. We plan to share the results of this process in a future report. |

Exhibit 20 to Decl. of Burton
1200

Case 2:24-cv-00801-ODW-PVC   Document 53-20   Filed 07/24/24   Page 42 of 43   Page ID #:2846



2023 Corporate Responsibility Report // 41

Introduction     Innovate to Improve the Lives of People with Serious Diseases     Empower Our People and Communities     Operate Responsibly and Sustainably     **Appendix**

| Metrics | Response |
|---|---|
| **Risk Management** | |
| **Describe the organization's processes for identifying and assessing climate-related risks.** | In 2023, Ionis undertook our first CR materiality assessment that used a combination of internal and external insights to identify and prioritize material topics, including climate-related risks and opportunities. We leveraged the process explained in the **Materiality Assessment** section of this report. |
| **Describe the organization's processes for managing climate-related risks.** | This report discloses the methodology and outcomes of Ionis' first CR materiality assessment. Ionis is reviewing the identified material risks and opportunities and working on developing action plans to effectively manage these risks, include climate-related risks. In addition, climate-related risks are assessed as a component of the Ionis' enterprise risk management program. For more information, see the **Our Approach to Corporate Responsibility** and **Environmental Sustainability** sections of this report. |
| **Describe how processes for identifying, assessing, and managing climate-related risks are integrated into the organization's overall risk management.** | Our process for integrating risk management throughout the business includes identifying, evaluating and addressing ESG risks and opportunities on a regular basis. The risks and impacts associated with our business require effective collaboration among departments, business units and external stakeholders. Our senior management and Board are focused on ensuring business continuity and managing and mitigating various risks to our business and financial performance, including climate change-related risks. |
| **Metrics and Targets** | |
| **Disclose the metrics used by the organization to assess climate-related risks and opportunities in line with its strategy and risk management process.** | Ionis provides annual updates to metrics on climate-related risks associated with GHG emissions, energy, water and waste in our Corporate Responsibility Report (available on our website). These metrics include Scope 1 and 2 emissions (MTCO$_2$e), total energy use (MWh), renewable energy use (MWh) and electricity generated onsite (MWh). For more information, see the **Environmental Sustainability** section of this report. |
| **Disclose Scope 1, Scope 2, and if appropriate, Scope 3 greenhouse gas (GHG) emissions, and the related risks.** | Ionis provides annual updates on our Scope 1 and 2 GHG emissions in our Corporate Responsibility Report (available on our website). For more information, see the **Environmental Sustainability** section of this report. |
| **Describe the targets used by the organization to manage climate-related risks and opportunities and performance against targets.** | In 2023, Ionis established three corporate responsibility pillars and actionable goals, including managing environmental impact and climate-related risks and opportunities. These pillars guide our approach and provide a framework for reporting on our performance. For more information, see the **Our Approach to Corporate Responsibility** section of this report. |

Exhibit 20 to Decl. of Burton
1201

SER 1928

**SER 1929**

# IONIS

## FORWARD-LOOKING STATEMENTS

This report and the information incorporated herein by reference includes forward-looking statements regarding Ionis' business, and the therapeutic and commercial potential of Ionis' commercial medicines, additional medicines in development and technologies. Any statement describing Ionis' goals, expectations, financial or other projections, intentions, or beliefs is a forward-looking statement and should be considered an at-risk statement. Such statements are subject to certain risks and uncertainties, including but not limited to those related to our commercial products and the medicines in our pipeline, and particularly those inherent in the process of discovering, developing and commercializing medicines that are safe and effective for use as human therapeutics, and in the endeavor of building a business around such medicines. Ionis' forward-looking statements also involve assumptions that, if they never materialize or prove correct, could cause its results to differ materially from those expressed or implied by such forward-looking statements. Although Ionis' forward-looking statements reflect the good faith judgment of its management, these statements are based only on facts and factors currently known by Ionis. Except as required by law, we undertake no obligation to update any forward-looking statements for any reason. As a result, you are cautioned not to rely on these forward-looking statements. These and other risks concerning Ionis' programs are described in additional detail in Ionis' annual report on Form 10-K for the year ended Dec. 31, 2023, which is on file with the SEC. Copies of this and other documents are available at www.ionispharma.com.

## DEFINITION OF MATERIALITY IN THIS REPORT

The discussion of topics included in this report and our other corporate responsibility and sustainability disclosures should not be read as implying that such topics are "material" in the context of the U.S. federal securities laws, Delaware General Corporation Law or any other regulatory framework, even where we use words such as "material" or "materiality." Our approach to sustainability and other corporate responsibility disclosures is informed by sustainability reporting frameworks, that involve broader definitions of materiality than used in the context of our compliance with SEC disclosure obligations. As a result, "materiality" in the context of our corporate responsibility reporting includes impacts on communities, the environment and stakeholders such as employees, patients and suppliers, and the materiality of such reporting, even when described as "material," does not indicate [that such reporting is] material to the Company's business, operations or financial condition.

[...] their respective owners. All [...]

Exhibit 20 to Decl. of Burton
1202

# Exhibit 12

# to Declaration of James P. Burton

# Corrigan, Sarah and Lightle, Brian, *The increasingly vital role of ESG in M&A*, Deloitte, https://www2.deloitte.com/us/en/pages/mergers-and-acquisitions/articles/role-of-esg-in-deals.html

Exhibit 12 to Decl. of Burton
656
SER 1930

The Vital Role of ESG in M&A | Deloitte US

Services ⌄    Industries ⌄    Insights ⌄    Careers ⌄

Search    🔍    🔍    🌐 US-EN ⌄    📞    👤



**Article**

## The increasingly vital role of ESG in M&A
### Insights from our 2024 ESG in M&A trends survey

Across the deal life cycle, better data, improved measurement, and a deeper understanding of ESG are key factors shaping dealmaking for M&A leaders. The results of our 2024 ESG in M&A trends survey show a bold embrace of the role of ESG in M&A strategies that seize opportunity and create additional value.

### Tracking the (r)evolution of ESG across the M&A life cycle

Corporate and private equity (PE) leaders have a growing appreciation for the ways environmental, social, and governance (ESG) factors can drive value. With the availability of increased data and the assistance of more precise, consistent measurement tools, mergers and acquisitions (M&A) leaders are better positioned to understand the impact of ESG on valuations, targeting, portfolio management, and other areas across the M&A life cycle. Overall, ESG has grown from the occasional area of focus to a more influential and consistent M&A consideration over the past two years.

In 2022, Deloitte launched its inaugural survey, *ESG's evolving role in corporate M&A decisions*, analyzing ESG's influence on the M&A process across corporate organizations in the United States. The M&A market has continued to evolve, as evidenced in our broader 2024 M&A Trends Survey. To determine updated impacts of ESG in M&A, in 2024, we launched our second ESG in M&A trends survey involving 500 global M&A leaders. The survey was expanded to include respondents from Europe & Middle East and Asia Pacific (APAC) regions as well as various industries and a specific focus on impacts to PE.



The expanding role of ESG in M&A

**Get the full survey results**

Exhibit 12 to Decl. of Burton
657
**SER 1931**

Case 2:24-cv-00801-ODW-PVC  Document 53-12  Filed 07/24/24  Page 3 of 8  Page ID
#:2303
7/22/24, 2:59 PM                                    The Vital Role of ESG in M&A | Deloitte US

## Seizing M&A's ESG opportunity: 3 key trends

Organizations are on an ESG journey, learning how to understand, measure, and act on a set of variables that have emerged as increasingly significant to stakeholders in recent years. This affects M&A strategy and execution as much as it does any other area of strategy or operations, but its influence on M&A is distinct. The results of this survey illustrate the progress M&A leaders are making on this journey.

Observations from this latest ESG in M&A trends survey demonstrate several changes from 2022.

*1. As leaders in M&A are increasingly considering ESG and finding new ways to incorporate relevant factors into their M&A strategies, they are supported by advancements in tools and methodologies for measuring ESG commitments and accomplishments.*

When Deloitte last surveyed executives in 2022, there was a common disconnect between C-suite leaders and M&A deal teams on ESG. Executives and M&A leaders understood that ESG performance and the M&A process were linked, but they often lacked the processes, data, and tools to quantify or act upon that linkage. Today, thanks to the increased availability of data, improved measurement tools, and a more advanced understanding of the principles involved, dealmakers may find it easier to turn ESG awareness into action when factoring into risk assessments, valuations, and other key M&A processes.

The value that an M&A transaction adds to the buyer generally extends across many familiar areas for consideration, such as quality assets, talent, and reputation. However, now more than ever, ESG's impact on a potential acquisition or divestiture is becoming a standard consideration as well for dealmakers. More than half of the organizations surveyed (57%) are measuring ESG with clearly defined metrics, an increase from 39% two years ago.

Thinking about recent or current M&A transactions, does your organization measure the impact a potential acquisition or divestiture will have on your organization's ESG profile?
(Percent).



Being able to capture better, more relevant data and measure ESG value and metrics is providing organizations with more confidence in planning and executing transactions. More than three-quarters (78%) of organizations with clearly defined measurement metrics say they have a very high confidence in their ability to evaluate a target's ESG profile—which will soon be part of their own profile.

Thinking about recent or current M&A transactions, does your organization measure the impact a potential acquisition or divestiture will have on your organization's ESG profile?
(By confidence in evaluating ESG profile, percent)

- No, but plan to in the future
- Yes, with varying means depending on the situation
- Yes, with clearly defined standard metrics

Between 2022 and 2024, the survey results identified an increase in confidence to evaluate a target's ESG profile, while also being prepared to discuss the organization's own ESG profile. Respondents expressing a "very high" or "high" level of confidence increased 17 percentage points from 2022 to 91% in 2024. Similarly, 97% of respondents expressed being "very prepared" or "prepared" to discuss their own ESG

Exhibit 12 to Decl. of Burton
658
SER 1932

7/22/24, 2:59 PM                                                    The Vital Role of ESG in M&A | Deloitte US

profile as a value driver for their organization, an increase of 13 percentage points over 2022 results.



What is your organization's level of confidence to accurately evaluate a potential acquisition target's ESG profile?
(Percent)

● 2022  ● 2024

Due to rounding, responses may not add up to 100%.

2. *Many organizations highlighted that they do not yet have a defined approach for ESG in post-merger integration (PMI) where much of the value captured by a deal is often realized. Factoring ESG considerations alongside other PMI workstreams may help many organizations further realize value and mitigate risk over the long term.*

Only 12% of surveyed leaders said their organizations have a dedicated approach for managing ESG as part of PMI, and 19% said they see ESG as important only in a regulatory context. The rest exist somewhere between those two positions, either working to build ESG capabilities into their PMI, bringing a partial focus to it, or lacking an ESG capability or structure that would be part of a merger.

Among industries, financial services entities are most likely to report having a defined ESG approach for PMI (24%), and PE firms are most likely to say they are working to build one. However, at least some companies in every surveyed industry identified themselves in this "working to build capability" category.

Does your organization have an approach for managing ESG in PMI?
(By industry, percent)



Corporate respondents

● Do not view ESG in PMI as important outside of regulatory requirements.
● Working to build ESG in PMI capability
● Have limited focus on ESG in PMI
● Have focused on PMI efforts but target(s) did not have capability/structure to merge
● Organization has defined approach for ESG in PMI

Due to rounding, responses may not add up to 100%.

Based upon responses in 2022, the ESG component of PMI was predominantly a cross-functional team effort (58%). Two years later, this year's respondents say it is more likely to be the responsibility of a dedicated workstream (49%).

3. *While ESG factors can influence and even drive M&A processes, the reverse can also be true: M&A activity can help organizations better understand and achieve their own ESG goals.*

ESG in M&A strategy is more than just a factor in weighing each potential transaction. Improving a company's ESG profile has become a rationale that influences which deals to seek out in the first place.

Almost three-quarters (74%) of companies say they have evaluated their portfolios or investments from an ESG perspective when acquiring or searching for acquisition targets, and almost as many (67%) say the same about their divestiture strategies. These percentages are a notable increase over the results reported by respondents in 2022.

Exhibit 12 to Decl. of Burton
659
SER 1933

7/22/24, 2:59 PM                                    The Vital Role of ESG in M&A | Deloitte US

From an industry perspective, ESG's influence on corporate acquisitions is strongest in the financial services industry followed by TMT, while sell-side divestitures feel the influence of ESG more in energy, resources, and industrials and TMT. PE firms have historically been less

focused on buying or selling companies to improve their ESG profile, but 82% of PE respondents did state that they have a strategy or are in the process of improving their ESG profile through planned acquisitions and divestitures.

Emphasis on ESG tends to fluctuate based upon the size of the company. Companies with revenues under $1 billion, and between $5 billion and $10 billion, place a higher level of importance on the role of ESG in M&A strategy than companies with revenues greater than $10 billion and between $1 billion and $5 billion.

ESG and sustainable investing is becoming a cornerstone for PE organizations. Many PE respondents (72%) stated that ESG is a topic of consideration in 50% or more of their deals with 14% stating they consider ESG in all deals. In parallel, a growing percentage of limited partners (LPs) are requiring funds to report ESG metrics. PE respondents (44%) reported that more than half of their LPs require reporting of ESG metrics, while the remaining respondents reported that 25% to 50% of their LPs require ESG reporting.

How often is ESG a topic of discussion and consideration in ongoing M&A transactions your organization is engaged in or has recently been engaged in?
*(Percent)*



Every deal 14%

Some deals 28%

Most deals 10%

Many deals (50-80%) 48%

### This is only the beginning

ESG appears to be more deeply embedded in the M&A process than ever before, with a greater recognition among leaders that it is a lever for measuring, protecting, and creating value. One reason for this trend is that ESG data is now better defined, captured, and measured, thus, allowing metrics to be more precise and better understood than they were only a few years ago. Understanding ESG data starts with determining material ESG issues, which is another aspect of organizations' enhanced maturity and sophistication over recent years.

Because ESG is tied into so many other business facets and societal processes apart from M&A, it is easy to envision further progress along the trend lines we have highlighted. In the future, the ultimate measure of ESG's growth and impact on the M&A consciousness may be that no one considers its inclusion to be remarkable at all.

### Let's talk about the role of ESG in your M&A strategy

### Contacts



Sarah Corrigan
Managing Director - Mergers, Acquisitions, and Restructuring Services | Deloitte
scorrigan@deloitte.com



Brian Lightle
Partner - M&A Transaction Services
blightle@deloitte.com

Exhibit 12 to Decl. of Burton
660
**SER 1934**

7/22/24, 2:59 PM

The Vital Role of ESG in M&A | Deloitte US

+1 216 589 5083

+1 415 783 5448



Sarah is a managing director in the Mergers & Acquisitions/Restructuring practice at Deloitte Consulting LLP.

She leads Environmental, Social, and Governance (ESG) for M&A consulting and is an ESG spe… More

Brian is a Mergers & Acquisitions (M&A) partner with 29 years of professional experience with Deloitte (over 23 years dedicated to M&A). Brian is also the M&A Transaction Services Marketplace leader i… More

Did you find this useful?

Yes

No

### Recommendations



Four ways ESG is reshaping M&A

ESG considerations in M&A



2024 M&A Trends Survey: Mind the gap

Capturing value from a changed M&A market



Unlocking transformative M&A value with ESG

How ESG is shaping the M&A landscape



New era merger & acquisition strategies

Explore the changes to merger and acquisition (M&A) strategies post-pandemic and how activities in mergers and acquisitions have been affected globally.

Contact us

Search jobs

Submit RFP

Subscribe to Deloitte Insights

 Global office directory | US office locations   🌐 US-EN ⌄

About Deloitte

About Deloitte

Client stories

My Deloitte

Deloitte Insights

Exhibit 12 to Decl. of Burton
661
**SER 1935**

7/22/24, 2:59 PM
The Vital Role of ESG in M&A | Deloitte US

Email subscriptions

Press releases

Submit RFP

US office locations

Alumni

Global office directory

Newsroom

Dbriefs webcasts

Contact us

🐦      https://www.twitter.com/deloitteus

in      https://www.linkedin.com/company/deloitte/

▶      https://www.youtube.com/user/DeloitteLLP

D      http://www.glassdoor.com/Overview/Working-at-Deloitte-EI_IE2763.11,19.htm

📷      https://www.instagram.com/lifeatdeloitteus/

**Four ways ESG is reshaping M&A**
ESG considerations in M&A

**2024 M&A Trends Survey: Mind the gap**
Capturing value from a changed M&A market

**Leading through acquisition transition**
Perspectives on the people side of mergers & acquisitions

## Services

Tax

Consulting

Audit & Assurance

Deloitte Private

M&A and Restructuring

Risk & Financial Advisory

AI & Analytics

Cloud

Exhibit 12 to Decl. of Burton
662
SER 1936

7/22/24, 2:59 PM                                                        The Vital Role of ESG in M&A | Deloitte US

| Diversity, Equity & Inclusion

## Industries

Consumer

Energy, Resources & Industrials

Financial Services

Government & Public Services

Life Sciences & Health Care

Technology, Media & Telecommunications

## Careers

Careers

Students

Experienced Professionals

Job Search

Life at Deloitte

Alumni Relations

---

About Deloitte | Terms of Use | Privacy | Data Privacy Framework | Cookies | Cookie Settings
Legal Information for Job Seekers | Labor Condition Applications | Do Not Sell or Share My Personal Information

© 2024. See Terms of Use for more information.

Deloitte refers to one or more of Deloitte Touche Tohmatsu Limited, a UK private company limited by guarantee ("DTTL"), its network of member firms, and their related entities. DTTL and each of its member firms are legally separate and independent entities. DTTL (also referred to as "Deloitte Global") does not provide services to clients. In the United States, Deloitte refers to one or more of the US member firms of DTTL, their related entities that operate using the "Deloitte" name in the United States and their respective affiliates. Certain services may not be available to attest clients under the rules and regulations of public accounting. Please see www.deloitte.com/about to learn more about our global network of member firms.



Exhibit 12 to Decl. of Burton
663
**SER 1937**

# Exhibit 11

# to Declaration of James P. Burton

**Golnaraghi, Maryam, *Climate Change Risk Assessment for the Insurance Industry: A holistic decision-making framework and key considerations for both sides of the balance sheet*, The Geneva Association - Task Force on Climate Risk Assessment for the Insurance Industry (February 2021)**

Exhibit 11 to Decl. of Burton
615
**SER 1938**



# Climate Change Risk Assessment for the Insurance Industry

*A holistic decision-making framework and key considerations for both sides of the balance sheet*



February 2021

Exhibit 11 to Decl. of Burton
616
**SER 1939**



Exhibit 11 to Decl. of Burton
617
**SER 1940**

Case 2:24-cv-00801-ODW-PVC    Document 53-11    Filed 07/24/24    Page 4 of 41    Page ID #:2263



# Climate Change Risk Assessment for the Insurance Industry

*A holistic decision-making framework and key considerations for both sides of the balance sheet*

**The Geneva Association Task Force on Climate Change Risk Assessment for the Insurance Industry**

**Maryam Golnaraghi** (project leader and coordinating author), The Geneva Association

Drafting team:

**Ian Adamczyk, Moya Chew-Lai** (retired)**, Li Liu, Sean Collins**, Prudential Financial
**Hjörtur Thrainsson**, Munich Re
**Michèle Lacroix, Paul Nunn**, SCOR
**Martin Bertogg**, Swiss Re

Other team members:

**Gijs Kloek**, Achmea | **Pedro Nascimento de Oliveira**, Aegon
**Jennifer Waldner, David Buckle, Anthony L Zobl**, AIG
**Sebastian Fischer**, Allianz | **Ben Carr, Bianca Hanscombe, Jean-Francois Coppenolle**, Aviva **Dora Elamri, Olivier Poissonneau, Helene Chauvea**, AXA | **Gloria Jimenez, Alex Speers,** Chubb
**Hidenao Makiuchi, Kazumi Hayashi**, Dai-ichi Life | **Jörg Steffensen**, Hannover Re
**Brandon Blant, Mandy Dennison, Pierre Bernard, Laura Willett**, Intact Financial
**Cindy Forbes, Margaret Eve Childe, Maria McGowan, Herman Ko**, Manulife
**Diana Keegan, Anna Warm**, MetLife | **Eberhard Faust** (retired), Munich Re
**Junaid Seria, Yun Wai-Song**, SCOR | **Martin Weymann**, Swiss Re
**Z. Ming Li, John Campbell, Kei Kato**, Tokio Marine | **Dennis Noordhoek**, The Geneva Association

Exhibit 11 to Decl. of Burton
618
**SER 1941**

## The Geneva Association

The Geneva Association was created in 1973 and is the only global association of insurance companies; our members are insurance and reinsurance Chief Executive Officers (CEOs). Based on rigorous research conducted in collaboration with our members, academic institutions and multilateral organisations, our mission is to identify and investigate key trends that are likely to shape or impact the insurance industry in the future, highlighting what is at stake for the industry; develop recommendations for the industry and for policymakers; provide a platform to our members, policymakers, academics, multilateral and non-governmental organisations to discuss these trends and recommendations; reach out to global opinion leaders and influential organisations to highlight the positive contributions of insurance to better understanding risks and to building resilient and prosperous economies and societies, and thus a more sustainable world.

---

## Acknowledgements

The Task Force would like to thank the members of the Geneva Association Climate Change and Emerging Environmental Topics Working Group and the Public Policy and Regulation Working Group for their review and feedback. We extend our special thanks also to: Chris Boss and Maeve Sherry (Aviva); Liesbeth van der Kruit and Gijs Kloek (Achmea); Edward Barron (AIG); Simone Ruiz-Vergote and Andreas Funke (Allianz); Patricia Plas, Celine Soubranne and Madeleine-Sophie Deroche (AXA); Laura Willet (Intact Financial); Hidehiko Sogano and Jiro Kamiko (Dai-ichi Life); Diana Keegan (MetLife); Panos Charissiadis (Munich Re); Guillaume Ominetti (SCOR); Urs Halbeisen and Marion Lienhard, Stefan Roth, Tobias Wassmann, Lutz Wilhelmy (Swiss Re). Finally, we appreciate the helpful comments of Christophe Courbage and Kai-Uwe Schanz (The Geneva Association).

Photo credits:
Cover page— Elena11 and Fit Ztudio / Shutterstock.com

Geneva Association publications:
Pamela Corn, Director Communications
Hannah Dean, Editor and Content Manager
Petr Neugebauer, Digital Media Manager

Suggested citation:
The Geneva Association. 2021. *Climate Change Risk Assessment for the Insurance Industry*. February. Authors: Maryam Golnaraghi and the Geneva Association Task Force on Climate Change Risk Assessment for the Insurance Industry.

© The Geneva Association, 2021 All rights reserved
www.genevaassociation.org

2

Exhibit 11 to Decl. of Burton
619
SER 1942



# Contents

**Foreword**                                                                                              5

**1.  Executive summary**                                                                                 6

**2.  Context**                                                                                           10

**3.  Terminology**                                                                                       13

**4.  How does climate change impact the insurance industry?**                                            15

  4.1    Framing climate change risks and relevant time horizons for decision-making                      15

  4.2    Implications of climate change risk for P&C and life re/insurers – Liability side                18

         P&C re/insurers                                                                                  18

             Physical risk                                                                                19

             Transition risk                                                                              20

         Life re/insurers                                                                                 22

             Physical risk over the short term                                                            22

             Transition risk over the short term                                                          22

             Physical and transition risk over the long term                                              22

  4.3    Implications of climate change risk for P&C and life re/insurers – Asset side                    23

             Physical risk                                                                                23

             Transition risk                                                                              23

  4.4    Key questions re/insurers ask when embarking on climate change risk assessments                  24

**5.  Approaches to climate change risk assessment**                                                      25

  5.1    Quantitative tools                                                                               26

  5.2    Qualitative tools                                                                                27

**6.  Summary and conclusions**                                                                           28

**References**                                                                                            30

**Annexes**

  Annex 1: Climate change-related activities of regulatory authorities                                    33

  Annex 2: P&C and life insurance business models                                                         35

Exhibit 11 to Decl. of Burton
620

**SER 1943**

## Abstract

The Financial Stability Board's (FSB) Task Force on Climate-Related Financial Disclosure (TCFD) has raised the need for decision-relevant, clear, consistent and comparable climate information for stakeholder groups to inform investing. The insurance industry is well positioned to take the lead in advancing the forefront of methodologies and tools that produce meaningful and decision-useful information: risk is the raison d'être of the industry, and risk assessment is already deeply embedded in companies' risk management, underwriting and investment processes. Building on a history of physical climate risk modelling, and through the platform of The Geneva Association, the insurance industry is taking steps to strengthen further its global collaboration across P&C and life re/insurers to advance methodologies and tools for climate risk assessment and scenario analysis for both sides of the balance sheet. This report – the first in a series of three – offers a holistic decision-making framework for P&C and life re/insurers, for both the liability and asset sides of the balance sheet, taking into consideration all aspects of climate change risk (i.e. physical and transition risks) by line of business (LoB) and over distinct time horizons. This analysis offers a foundation for the Geneva Association Task Force's work to drive future developments in this space.

4

Exhibit 11 to Decl. of Burton
621
**SER 1944**

# Foreword



Tragically, the effects of climate change are becoming more palpable and harder to ignore. Persistently warming temperatures and sea-level rise. Compromised ocean ecosystems. Gigantic wildfires in Australia and California and a record hurricane season in the Atlantic. The societal impacts are worldwide, and individuals and institutions must fully commit now to confronting the climate crisis.

For their part, insurers are already contributing significantly to the transition to a low-carbon economy. On the liabilities side, more insurers are factoring climate risk into their underwriting decisions. On the asset side, many companies have investment strategies that support climate mitigation. An important next step is to develop and hone climate risk assessment methodologies and tools.

There are many calls for collaboration within and across industries to tackle this. And that is precisely the aim of the Geneva Association task force: to bring the global insurance industry to the same table to develop effective approaches to climate risk assessment.

However, working in industry silos is not enough. Cooperation with regulators, rating agencies, and the scientific community is critical to deciding the most viable ways forward. Our initiative is closely engaging those stakeholders as well.

This first report of the task force sets out a climate risk assessment framework for both P&C and life insurers, urging companies to start with a simplified approach. They should focus on two time horizons – short term (2020–2030) and long term (2030–2050) – and the potential implications of physical and transition risks for both sides of the balance sheet.

As underwriters, insurers are at the forefront of understanding and preventing risk. As asset managers, they can steer massive amounts of capital to climate-resilient investments. Insurers are obvious, strong leaders on global climate action, and our industry-led initiative reinforces that they are willing and eager to forge ahead.

**Jad Ariss**
Managing Director

Exhibit 11 to Decl. of Burton
622
SER 1945



# 1. Executive summary

There is now widespread global recognition of climate change science and the associated socio-economic impacts as set out by the United Nations Intergovernmental Panel on Climate Change (IPCC).[1] While governments have submitted their Nationally Determined Contributions (NDCs) to mitigate the impacts of climate change,[2] the development of public policies for an orderly transition to a low-carbon future has been stubbornly slow. Progress has however been made through the financial sector in developing a framework for disclosures of climate change risks, through the Financial Stability Board (FSB) Task Force for Climate Related Financial Disclosure (TCFD). With the aim to inform investing in a climate sensitive way, among other recommendations, the TCFD seeks clarity around how companies identify, assess and manage climate change risk.[3,4]

Risk is the raison d'être of the insurance industry, and risk assessment is already deeply embedded in organisations' risk management and underwriting processes. P&C re/insurers are well prepared for the catastrophic impact of weather-related extremes today and are robustly capitalised to 'weather the storms' and be there for policyholders when disasters strike. For the past 30 years, P&C re/insurers have provided leadership in modelling and pricing natural catastrophe (NatCat) risk; conducting research and promoting risk reduction and preventive measures. Furthermore, by understanding the risks, re/insurance fosters socio-economic resilience to natural catastrophe risk, amplified by climate change. By offering innovative risk transfer solutions, re/insurers enable the entrepreneurial pathways from startup to commercialisation of the clean and green technologies of the future and incentivise reduction in greenhouse gas (GHG) emissions (e.g. green building insurance). In order to better tackle the challenges of shifting the economy to a low-carbon model, re/insurers also participate in various alliances to promote science-based methodologies, share expertise and collaborate to ensure stronger impact on the real economy.[5] As institutional investors, many P&C and life re/insurers are taking steps to integrate climate change in their investment strategies and make investment decisions that support climate mitigation.[6] Re/insurers are also actively involved in initiatives to develop sustainable finance frameworks that aim to mobilise mainstream finance to invest at scale in transitioning to a resilient low-carbon economy.

---

1   IPCC 2014, 2018.
2   National NDCs have been submitted to the UN Framework Convention of Climate Change (UNFCCC).
3   The TCFD has called for voluntary climate-related financial disclosures that are 'consistent, comparable, reliable, clear and efficient and provide decision-useful information to lenders, insurers and investors'.
4   TCFD 2017, 2020.
5   For example Climate Action 100+ : https://climateaction100.wpcomstaging.com/companies/ and the Net-Zero Asset Owner Alliance: https://www.unepfi.org/net-zero-alliance/
6   The Geneva Association 2018a.

6

Exhibit 11 to Decl. of Burton
623
SER 1946



**Many P&C and life re/insurers are already taking steps to integrate climate change in their investment strategies and make investment decisions that support climate mitigation.**

To reach the climate change goals set out in the Paris Agreement,[7] and pivot away from carbon-intensive sectors, dramatic changes in business models and everyday life are needed to impact the core and essential sectors of the world economy. Transitioning to a lower-carbon economy will entail extensive public policy, legal, technology, market and consumer behaviour changes over time.[8] Policy measures may include limiting actions that contribute to climate change, promoting adaptation or driving business-model changes in economic sectors. Climate litigation cases take many forms, for example, some of those who suffer loss or expect to suffer loss as a result of climate change-related impacts are already pursuing judicial remedies to recover damages or fund abatement efforts, while others are using litigation as a tool to leverage more ambitious climate policy and actions or to oppose them.[9] Inevitable technological innovations and disruptions for the transitioning in many sectors in the years to come will have significant impacts on organisations and their competitiveness (e.g. energy, food production, transportation, materials).[10] Other uncertainties are linked to varied and complex effects on the markets (e.g. supply and demand, products and services).

**The uncertainties inherent to transition risk create challenges for re/insurers to conduct climate risk assessment across all aspects of the insurance business model.**

While re/insurers start from strong foundations, these inherent uncertainties associated with transition risk (i.e. policy, legal, technology and market risks) across future time horizons of climate change bring some additional challenges to conducting meaningful, decision-useful and holistic climate risk assessment across all aspects of the insurance business model (Annex 2).

Re/insurers are initiating and/or engaging in various intra- and inter-sectoral pilot projects to develop new methodologies,[11] publishing risk reports[12] and developing proposals for appropriate decision-relevant assessments and disclosure of climate change risks, including the TCFD. For P&C re/insurers, their deep knowledge in extreme weather risk modelling has been also instrumental to raising awareness on the asset side; for example, leveraging NatCat risk modelling and expertise has led to a better grasp of the potential impacts on real estate investments. However, much more work lies ahead to converge on robust methodologies.

## The Geneva Association Task Force

The Geneva Association Task Force on Climate Change Risk Assessment aims to advance and accelerate the development of holistic methodologies and tools for conducting climate risk assessment and scenario analysis. These efforts aim to shape future innovations and support re/insurers, regulators and other stakeholders in shaping innovations in this space.

Against this backdrop, in 2020, at the request of its Board of Directors, The Geneva Association (GA) established an industry-led 'Task Force on Climate Change Risk Assessment for the Insurance Industry', involving global P&C and life re/insurance companies.[13],[14] The GA Task Force's aim is to advance and accelerate the development of holistic methodologies and tools for conducting meaningful and decision-relevant climate risk assessment and scenario analysis. These efforts aim to shape future

---

7   United Nations 2015.
8   TCFD 2017.
9   Based on research by The Geneva Association (forthcoming).
10  RethinkX 2020.
11  UNEP-FI PSI 2021, 2020; UNEP-FI 2019; UNEP-FI and Oliver Wyman 2018; ClimateWise 2019a–d.
12  CRO Forum 2018.
13  The Geneva Association is an international think tank. Its members are CEOs of the largest re/insurance companies (P&C and life), which in total
    manage USD 17.1 trillion in assets; employ 2.4 million people; and protect 1.8 billion people globally.
14  The Board's decision followed two Geneva Association conferences on this topic: 1) How Will Risk Modelling Shape the Future of Risk Transfer?,
    hosted by SCOR (9 March 2017, Paris) https://www.genevaassociation.org/how-will-risk-modelling-shape-future-risk-transfer; and
    2) Advancements in the Modelling and Integration of Physical and Transition Climate Risk, hosted by Tokio Marie (11–12 July 2019, London) https://
    www.genevaassociation.org/climate-change-forum-2019

---

Exhibit 11 to Decl. of Burton
624
**SER 1947**

innovations and support re/insurers, regulators and other stakeholders in shaping innovations in this space.

This report offers a holistic decision-making framework for designing climate risk assessments for P&C and life re/insurers for both the liability and asset sides of the balance sheet. It takes into consideration all aspects of climate change risk by line of business (LoB) and for distinct time horizons.

*Key findings*

1.  **The development of climate risk assessment methodologies and tools, such as scenario analysis, that would produce meaningful and decision-useful information is a work in progress.** Despite some actions by stakeholder groups (e.g. re/insurers, financial institutions, regulatory and standard setting bodies, international organisations, commercial data providers, consulting firms and academia), initiatives remain fragmented and considerable work lies ahead because of the quickly evolving nature of climate science as well as other factors that will influence transition efforts. Achieving consensus will take time.

2.  **There are several sources of uncertainty associated with transitioning that need to be considered in a climate risk assessment.** Over the next decades, public policies, regulations, technological advancement, market conditions and other aspects of societal transition towards low-carbon economies will affect the level of climate change risk and the future risk landscape. These factors highlight some of the inherent uncertainties that must be considered and accounted for when assessing exposure to climate change risk.

3.  **Climate change poses varying levels of physical and transition risk to both sides of the balance sheet (liabilities and assets) for P&C and life re/insurers.** The time horizon over which the risk manifests itself is a key factor and varies across the different lines of business and investments, which adds to the complexity of assessing climate risk impacts.

i.   *P&C and life re/insurers have exposure to both physical and transition risks on the liability side.*

•   *Physical risk:* P&C insurers are already experiencing an evolution in risk exposures as a result of gradual climate change. Through extensive investments in NatCat-centric research, the industry has developed a robust natural catastrophe risk management system to understand the present amount of embedded climate change. Property catastrophe portfolios are in focus, but they benefit from a short-tail liability pattern. With the majority of affected property insurance cover offered on an annual basis, P&C re/insurers have the opportunity to monitor gradual changes to the climate risk landscape and consider adjustments to pricing and/or product offerings. While this is an instrumental protection layer for P&C re/insurers, they have to watch for insurability and work on the viability of their business model over longer time horizons (2030–2050).

For life re/insurers, the evolution in the physical risk exposure will be longer term in nature and through their underwriting. The long time horizon, over which these risks materialise, makes reliable and meaningful scenario analysis a challenging task.

•   *Transition risk:* For P&C and life re/insurers, transition risk may emerge as society transitions towards lower carbon emissions and the potential impacts of climate change become clearer. More broadly, physical and transition risks are interconnected, e.g. actions to address transition risk, if taken early enough, will positively influence the severity and frequency of physical risks.

ii.  *Re/insurers are exposed to both physical and transition risk on the asset side.*

Through their investment portfolios, re/insurers are exposed to both physical and transition risks. The increasing call for transparency alongside increasing regulation on sustainable finance are catalysts for increasing consideration of climate change risk and mitigation actions. When deciding on sectors and geographical allocation and investee selection, re/insurers are increasingly considering the resilience of their portfolio and mitigation actions such as divestment, best-in-class strategies and engagement.

8

Exhibit 11 to Decl. of Burton
625
SER 1948



4.  **Re/insurers should engage in robust dialogue on climate change risk across the organisation** to raise risk awareness, strengthen collaboration to leverage expertise across the company and ensure adequate actions are taken where and when necessary. This report presents key questions that re/insurers are asking to focus and facilitate their work and identify the decisions and actions needed today.

5.  **A combination of qualitative and quantitative approaches for assessing climate change risk over the various time horizons is required.** For example, near-term business considerations and risk management decisions for P&C re/insurance businesses require quantitative assessments, starting with physical risk. However, long-term projections (e.g. to 2050 or beyond) entail multi-dimensional uncertainty (e.g. physical, socio-economic conditions) and thus may be better assessed through qualitative approaches and serve to support raising risk awareness and the high-level, strategic steering of business and investments.

6.  **Re/insurers, as risk managers and investors, play an important role in understanding the risks associated with climate change and educating stakeholders** (e.g. customers, policymakers, regulators) on how climate change will impact society. The results of re/insurers' research, risk modelling, underwriting and investments, could not only complement but also inform the broader actions that are needed by governments, policymakers, regulators, corporations and society as a whole.

> Re/insurers, as risk managers and investors, play an important role in understanding the risks associated with climate change and educating stakeholders on how climate change will impact society.



Exhibit 11 to Decl. of Burton
626
**SER 1949**



# 2. Context

Over the last five years, actions for transitioning to a resilient low-carbon economy have been slowly gaining momentum within the public and private sectors. A pivotal point was the launch of the Financial Stability Board's Task Force on Climate-Related Financial Disclosure,[15] which raised the need for decision-relevant, clear, consistent and comparable climate information for stakeholder groups. The TCFD[16] provided principles-based guidance on climate-related financial disclosures based on climate-related risks, opportunities and scenario analysis. Growing adoption of TCFD recommendations by companies in various sectors points to the need to further develop and test industry-specific methodological approaches to climate risk assessment, including relevant scenario analysis and stress testing.[17]

> Sustainable finance initiatives around the world aim to mobilise mainstream finance towards environmentally sustainable investments in order to mitigate global warming and related risks.

Sustainable finance initiatives around the world (e.g. EU Action Plan on Sustainable Finance and the European Commission Renewed Sustainable Finance Strategy,[18] Canadian Expert Panel on Sustainable Finance,[19] and the Australian Sustainable Finance Initiative[20]) aim to mobilise mainstream finance towards environmentally sustainable investments through both the public and private sectors with the ultimate objective to limit global warming and related risks. Access to high-quality, reliable and comparable climate change risk information – as per the TCFD – would help facilitate these developments.

Climate risk assessment and related disclosures are gaining momentum among financial services and insurance regulators and standard setting bodies, such as the International Association of Insurance Supervisors (IAIS) together with the Sustainable Insurance Forum (SIF), the Network for Greening the Financial System (NGFS), the European Insurance and Occupational Pension Authorities (EIOPA), the Prudential Regulation Authority (PRA) at the Bank of England (BoE), the French supervisory authority (ACPR), the central bank and financial regulatory authority in Singapore (MAS), The Australian Prudential Regulation Authority (APRA),

---

15   TCFD 2016.
16   TCFD 2017.
17   TCFD 2018, 2019.
18   For more information: https://ec.europa.eu/info/consultations/finance-2020-sustainable-finance-strategy_en
19   For more information: https://www.canada.ca/en/department-finance/news/2019/06/expert-panel-on-sustainable-finance-delivers-final-report-finance-minister-joins-international-climate-coalition.html
20   For more information: https://www.sustainablefinance.org.au/

10

Exhibit 11 to Decl. of Burton
627
SER 1950



the National Association of Insurance Commissioners (NAIC) and various state insurance regulators and the Commodities Future Trading Commission (CFTC) in the U.S. and Canada's Office of the Superintendent of Financial Institutions (OSFI) and Bank of Canada (Annex 1).

In parallel, international rating agencies such as Moody's and Standard & Poor's are investing in building their in-house capacities in climate risk analytics and increasingly considering climate change risk in their company, municipal and sovereign credit rating practices.[21,22]

The insurance industry is already taking action to address the climate change challenge.[23] For over three decades, P&C re/insurers have invested in climate risk research, analysis and pricing, as part of their NatCat modelling(Box 1).[24] P&C re/insurers have been instrumental in raising climate risk awareness, promoting risk reduction and preventive measures and innovating risk transfer solutions to build socio-economic resilience to physical climate risks (e.g. extreme weather events) in a changing climate.[25] Through their product offerings, re/insurers are also incentivising reduction in greenhouse gas emissions and enabling entrepreneurial pathways for the commercialisation of clean, green and carbon capture and storage technologies. As institutional investors, P&C and life re/insurers are considering portfolio strategies that increasingly integrate climate change considerations, investing in bonds (e.g. green, resilient, transition and catastrophe bonds) and establishing alliances (e.g. Climate

## Box 1: Modelling the risk of extreme weather events in property insurance – Status quo

Since 1980 the insurance industry has been monitoring and maintaining databases of losses from natural disasters and how these have evolved with respect to frequency and severity, with an increase of insured losses from extreme weather by an order of magnitude over five decades, inflation adjusted. The largest drivers of the observed increase in NatCat losses are exposure-related, e.g. economic growth, property-value concentrations, migration to coast lines, urban sprawl in hazardous areas and damages to vulnerable infrastructure.

The success of property catastrophe insurance modelling also draws from the nearly universal one-year-coverage scope, allowing the industry to remain in lock-step with an evolving risk landscape, linked to changes to exposure, natural climate variability over decades or underlying impacts of anthropogenic climate change on physical risks. While explicit attribution of already-present physical climate change for most perils is still elusive with the current state of science, the industry models successfully track a rapid change in the risk landscape in aggregation of all trends, hazard and exposure alike.

Over the last few years, by using its quantitative exposure monitoring and NatCat risk modelling capabilities, the P&C re/insurance industry has managed to successfully address this rapid increase in insured loss potential, from changes to both hazard and exposure, and was able to withstand losses from several major events – Hurricanes Katrina, Rita and Wilma in 2005, the series of tropical cyclones in 2017, 2018 and 2019 in the U.S. and Japan – illustrating successful risk management practices on the back of probabilistic quantitative NatCat modelling.

The industry strives to evolve the forefront of NatCat modelling to derive decision-useful quantitative information to inform today's high-level portfolio strategy decisions, including stronger attribution to individual risk trends like climate change. Today's NatCat models are designed to provide decision-useful output for the blend of hazard, exposure, vulnerability and insurance-cover specifics that are present today. The latter three factors have been the dominant drivers for key natural perils exposure in the past five decades. While highly useful for today's and next year's portfolio management, catastrophe models are limited in providing decision-useful quantitative information over a longer term, impeding progress toward a forward-looking climate change and exposure/vulnerability landscape. Understanding and anticipating the dominant drivers next to climate change will be paramount for conditioning these models for more distant futures.[26]

---

21    For more information about S&P ratings and the latest report cards for companies from different sectors see: https://www.spglobal.com/ratings/en/products-benefits/products/esg-in-credit-ratings#sector=report-cards.
22    Moody's 2018, 2019; Standard & Poor's 2018, 2020.
23    The Geneva Association 2018a. Author: Maryam Golnaraghi.
24    The Geneva Association 2018b. Authors: Maryam Golnaraghi et al.
25    The Geneva Association 2016; The Geneva Association 2018a; The Geneva Association 2020a. Authors: Maryam Golnaraghi et al.; The Geneva Association 2020b. Authors: Carolyn Kousky and Maryam Golnaraghi; The Geneva Association 2020c. Author: Swenja Surminski et al.; The Geneva Association 2020d. Authors: Swenja Surminski et al.; The Geneva Association 2020e. Authors: Neil Duffy et al.; The Geneva Association 2020f. Authors: Maryam Golnaraghi et al.
26    Catastrophe modelling efforts are also underway to address insurance protection gaps in both developed and developing nations, through stronger private and public cooperation (The Geneva Association 2018b and 2020a-f and Insurance Development Forum 2020).

---

Exhibit 11 to Decl. of Burton
628
**SER 1951**

Action 100+, the Net-Zero Asset Manager Alliance) for investing at scale in resilient low-carbon business models.

> Through their product and service offerings, insurers are building socio-economic resilience to extreme weather events, incentivising reduction in greenhouse gas emissions and enabling entrepreneurial pathways for commercialising clean, green and carbon capture and storage technologies.

However, while quantitative and probabilistic NatCat risk modelling has become an industry best practice and a core part of property re/insurers' operations, developing methodologies and tools for holistic climate change risk modelling and scenario analysis, for both sides of the balance sheet, go significantly beyond these efforts and require further development.

While at different stages in the process, P&C and life re/insurers globally are undertaking activities across their organisations to assess their exposure to climate change risks. Insurer experiences have highlighted the many challenges related to conducting climate change risk assessments, for example:

•   How to holistically consider physical and transition risks and their linkages

•   Determining appropriate time horizons

•   Defining and executing meaningful and decision-relevant scenarios

•   Addressing gaps in data, methodologies and tools

•   Dealing with numerous other inherent uncertainties

> Strong industry-level collaboration and engagement with other stakeholders are needed for the cross-fertilisation of ideas to advance climate risk assessment for both sides of the balance sheet.

At this stage, re/insurers are gaining expertise, raising risk awareness through risk assessment exercises and facilitating intra- and inter-organisational dialogues. This expertise enables decision-useful analysis that results in industry actions today and avoids analysis paralysis. Over time, with scientific progress and increasing experience, the issues to consider and expectations of all stakeholders will evolve. As part of this journey, strong industry-level collaboration with other stakeholders is needed for cross-fertilisation of ideas and concepts to advance climate risk assessment for both sides of the balance sheet.

Against this backdrop, in 2020, The Geneva Association's industry-led 'Task Force on Climate Change Risk Assessment for the Insurance Industry' (hereafter referred to as 'the GA Task Force') was established to leverage stronger global collaboration and engagement with other stakeholders, to provide a more holistic, industry-level perspective for climate risk assessment, and forward-looking scenario analysis for P&C and life re/insurers for both sides of the balance sheet.

This report offers a holistic decision-making framework for designing climate risk assessments for P&C and life re/insurers, for both the liability and asset sides of the balance sheet, for all aspects of climate change risk (i.e. physical and transition risks), by LoB and for distinct time horizons.

In a second step, the Task Force will analyse the trends, approaches and challenges related to the regulatory landscape and explore opportunities for multi-stakeholder collaboration to advance methodologies and tools for climate risk assessment and scenario analysis.

The Task Force will then take a deep technical dive to push the forefront of scenario design and methodologies and tools for meaningful and decision-useful scenario analysis and stress testing.

Section 3 of this report provides an overview of key definitions. In section 4 we describe how climate change impacts re/insurers (P&C and life) on both sides of the balance sheet, with a focus on physical and transition risks, type of decisions and relevant time horizons. Section 5 offers an overview of tools and approaches to conduct climate risk assessment, which will be further expanded in future reports of this series. Recommendations are provided in section 6.

12

Exhibit 11 to Decl. of Burton
629
SER 1952





# 3. Terminology

In this report, the terms 'climate risk' and 'climate change risk' are not used interchangeably.

**Climate risk** refers to the (extreme) weather-related risk that P&C re/insurers underwrite at any given time.

**Climate change risk** is based on the TCFD's[27] definitions, broadly accepted and including transition risk and physical risk.

- **Physical risk** is defined as the potential negative financial impacts that could arise from direct physical effects, such as the destruction of property and infrastructure, and indirect impacts, such as business or supply chain interruptions, due to the increasing severity and frequency of extreme weather events (acute risks) and long-term shifts in climate patterns (chronic risks) caused by climate change.

- **Transition risk** is defined as the risks which could result from the process of transitioning towards a low-carbon economy. The TCFD notes that transitioning to a lower-carbon economy may entail extensive policy, legal, technology and market changes to address mitigation and adaptation requirements related to climate change.[28] Depending on the nature, speed, and focus of these changes, transition risks may pose varying levels of financial and reputational risk to organisations.

  According to the TCFD,[29] transition risk also includes climate litigation or legal risk, i.e. climate-related litigation claims brought before the courts by property owners, municipalities, states, insurers, shareholders and public-interest organisations. Reasons for such litigation include the failure to mitigate the impacts of climate change, failure to adapt to climate change and insufficient disclosure around material financial risks. As the value of loss and damage arising from climate change grows, litigation risk is also likely to increase.[30]

**Climate risk assessment** refers to assessing climate change risks and 'climate risk management', or managing climate change risks.

**Climate change** scenario analysis has been identified as one of the key priority areas for climate risk management.[31] Box 2 provides the definitions of scenario analysis, stress testing and sensitivity analysis that are used in this report.

---

27  TCFD 2017.
28  Ibid.
29  Ibid.
30  The Geneva Association is conducting a separate study looking at the evolving landscape of global climate litigation landscape and related sources of climate litigation and risks, using a broader definition than the TCFD's and covering more cases.
31  Carney 2019; TCFD 2017.

---

Exhibit 11 to Decl. of Burton
630
SER 1953

While these broad categories are helpful for contextualising climate change risk, a number of underlying facets must be considered when assessing the potential impacts over the short- to medium- and long-term time frames (e.g. next 5–10 years, next 30 years).

> **Box 2: Definitions of scenario analysis, stress test and sensitivity analysis**
>
> **Scenario analysis** has been a well-established tool in risk analysis for the forward-looking assessment of risks and opportunities. It is 'a process for identifying and assessing the potential implications of a range of plausible future states under conditions of uncertainty'. Scenario analysis can be quantitative, qualitative or a mix of both.
>
> **A stress test** is a projection of the financial condition of a firm or economy under a specific set of severely adverse conditions. This may be the result of several risk factors over multiple periods of time or one risk factor that is short in duration. Stress testing is always quantitative.
>
> **A sensitivity analysis** is the 'effect of a set of alternative assumptions regarding a future environment'. A scenario used for sensitivity testing usually represents a relatively small change in these risk factors or their likelihood of occurrence. Sensitivity analysis is predominantly quantitative but can also be qualitative.
>
> *Source: OECD 2020*

For example, while often discussed as distinct exposures, it is important to acknowledge the interconnection between transition and physical risks. Specifically, if society (e.g. policymakers, corporations in carbon-intensive sectors, investors, consumers, etc.) is able to accelerate the transition by taking actions to reduce carbon emissions and thereby global warming, it may reduce the extent to which acute and chronic physical risks materialise. Conversely, an absence of action by society is likely to lead to more severe global warming and physical risks. Unfortunately, it will take decades for the consequences of today's actions to become evident.

The use of forward-looking scenario analysis for climate risk assessment, an explicit recommendation of the TCFD, is being considered.[32] Scenario analysis is essential for assessing emerging risks, in this case related to climate change in the face of significant uncertainties, and employs the following approaches:

1. **Quantitative scenario analysis**, which focuses on understanding the potential impact of a pathway of action, or inaction, by society to address climate change risk from a dollar and/or percentage perspective; for example, by how much would asset values decline? By how much would liability values increase? However, quantifying the impacts of climate change can be challenging, particularly over the long term, given the inherent uncertainty of key drivers including the timing and breadth of policy action and technological developments, second-order impacts to economic variables and other relevant changes to economic and social conditions.

2. **Qualitative scenario analysis**, which also aims to understand the potential impact of a transition pathway; however, rather than measuring the impact from a dollar or percentage perspective, qualitative scenario analysis focuses on formulating the potential consequences of a transition pathway (e.g. assumed government mitigation/adaptation measures, technology and market developments), including the business implications and actions that may be needed.

> Forward-looking scenario analysis is essential for assessing emerging risks, such as for climate change in the face of significant uncertainties.

These will be further elaborated in section 5.

---

[32]  TCFD 2017.

14

Exhibit 11 to Decl. of Burton
631
SER 1954





# 4. How does climate change impact the insurance industry?

## 4.1 Framing climate change risks and relevant time horizons for decision-making

Many of the risks re/insurers shield their policyholders from have remained broadly the same over time; for example, the need for financial protection in the case of premature death and the need for protection against physical damage to assets. However, the ever-changing nature of the world introduces challenges, such as climate change, that must be accounted for when assessing the expected frequency and severity of the existing spectrum of risks.[33]

When assessing climate change risk, re/insurers need to consider a number of critical factors, namely physical and transition risks and relevant time horizons for their decision-making. Table 1 provides an overview of different types of risks that can be considered under physical risk (i.e. chronic and acute risks) and transition risk (i.e. policy risk, litigation or legal risk, market risk and technological risk) and their relation to re/insurers' risk landscape over two time horizons: 1) the short- to medium-term, or 'business-planning', time horizon (suggested as 2020–2030) and 2) the long-term, or 'strategic-planning', time horizon (suggested as 2030–2050). In order to target decision-useful analytics for action today, time horizons beyond 2050 have been purposely excluded. More details on these time horizons are provided in the sections on implications for P&C insurers and life insurers, on both the liability and investment sides of the balance sheet.

---

33    CRO Forum 2018; Lloyd's of London 2020a,b.

---

Exhibit 11 to Decl. of Burton
632
**SER 1955**

*Table 1: An overview of physical and transition risks and relevant time horizons for re/insurers' decision-making*

| | Physical risk | | |
|---|---|---|---|
| | • Can be driven by events or longer-term shifts in climate patterns.<br>• Currently a gradual change: small annual increments compounding over years with a low probability of a sudden change. | | |
| | Chronic risk | Acute risk | |
| Overview | • Progressive shifts in climate patterns, such as sea-level rise and droughts; cascading effects on food production, water security, migration. | • Changes in the nature of extreme weather events, such as wildfires, flooding, storms. | |
| Risk landscape over the business-planning horizon: 2020–2030 (short term) | • The impacts are already present though the rate of annual change is slow, e.g. mean global temperatures are elevated by 1-degree Celsius over pre-industrial levels, sea-level rise is adversely affecting low lying coasts today, etc. | • Attributing the role of climate change in current extreme events is a difficult, ongoing subject of scientific study.<br>• For major perils, such as hurricanes, a response to anthropogenic climate change can be implied, but evidence of signal is strongly masked by natural climate variability and other man-made changes to the risk landscape.<br>• For secondary perils like wildfire and local flooding, attribution is already much clearer.<br>• Due to slow gradual change, the climate state of 2030 will not differ significantly from today. | |
| Risk landscape over the strategic-planning horizon: 2030–2050 (long term) | • Unmitigated, the negative impacts are expected to increase significantly, including more and prolonged heat waves and droughts, inundation of coastal real estate, disrupted food production and water scarcity, disruption of ecosystems and loss of biodiversity, the spread of diseases and other health impacts, geopolitical consequences. | • The severity and frequency of perils will change, and in many areas of the world likely increase, e.g. sea-level rise will worsen storm surge risk and cyclone severity; increase in the number and extent of wildfires and local flooding. | |

*Source: The Geneva Association*

Over the coming decades, policy, regulatory and technological advancement, as well as market conditions and other aspects of societal transitioning towards low-carbon economies, are expected to affect the level of transition and physical climate change risks. The pace of these developments must be aligned with the time horizon of the offered insurance coverage and line of business, when considering how a climate change risk may impact re/insurers. For example, with climate change already upon us – e.g. mean global temperatures are elevated by 1-degree Celsius compared to pre-industrial times, and sea-level rise is already adversely impacting some low-lying coastal areas[35]

---

34   Using TCFD definition for litigation or legal risk.
35   IPCC 2018.

---

16

Exhibit 11 to Decl. of Burton
633
**SER 1956**



| Transition risk | | | |
|---|---|---|---|
| | • May entail policy, legal, technology and market changes to address mitigation and adaptation requirements related to climate change. | | |
| | Policy risk | Litigation or legal risk[34] | Market risk | Technological risk |
| | • Includes policy efforts to limit emissions or promote climate-friendly adaptation. | • May arise from insureds' causal contributions to climate change or failure to mitigate the impacts of or adapt to climate change.<br>• May challenge insureds' role in society (duty of care/ human rights cases) or force a review of their projects or technologies. | • Includes the impact a changing climate may have on the supply and demand of goods and services. | • Includes the potential for new technology to disrupt or displace existing systems. |
| | • Public perception supports meaningful near-term policy action; however, action may be inconsistent across the globe and benefits from action may take time to accrue but could have an acute impact on investment portfolios. | • Likely to increase due to increases in the value of losses and damages from climate change; the scrutiny of action, or inaction, to address climate change; cases that can be used as precedent; substantial policy change in this timeframe. | • Transportation and energy generation are among the markets that will likely experience near-term impacts.<br>• Valuation of assets in investment portfolios may become more volatile and/or experience pressure as carbon-intensive sectors become less productive and/or viable. | |
| | • The impact will be highly dependent on the extent of action taken in the short term.<br>• Actions taken in the long term would also take time to accrue but could have an acute impact on asset portfolios. | • The extent of policy action taken (or not) will likely guide how the risk emerges and evolves.<br>• Knock-on effects of climate litigation against governments could shift the dial in certain jurisdictions for corporate clients, directly affecting the corporate strategies, business models and operational decision-making of entire sectors. | • The impact will depend on the timing of transition for various sectors and asset classes, which will be informed by all aspects of transition risk (i.e. policy, legal, market, technological).<br>• In the absence of successful mitigation in the longer term, it is likely that geoengineering solutions will be pursued, with potentially unintended consequences. | |

– the insurance industry is monitoring where and by how much the underlying risk landscape has already changed, and to what extent these changes may affect their book of business over the short term (2020–2030) and long term (2030–2050).

When considering the potential effects of climate change on longer-duration lines of business (e.g. mortality protection, retirement savings), beyond understanding the direct impact of climate change on physical risks assumed through underwriting, it is important to

establish assumptions for societal progress in combating climate change and how climate change may impact other key drivers (e.g. economic growth, financial market performance). For example, climate change is not expected to have a material impact on mortality or life insurance coverage over the short term. However, it may become more relevant over longer-time horizons (e.g. beyond 2050), especially when considered in parallel with the effects it may have on health, economic growth, financial markets and certain asset classes. Furthermore, the potential impact of prolonged exposure to more severe

Exhibit 11 to Decl. of Burton

634

**SER 1957**

events on life re/insurers and certain longer duration lines of P&C re/insurance business must also be considered.

### 4.2 Implications of climate change risk for P&C and life re/ insurers – Liability side

From the insurance industry's perspective, climate change is not a distinct risk. It is changing the frequency and the severity of the risks that re/insurers have covered for more than a century (e.g. coverage for property damage, premature death) or have assumed as part of their ALM practices (e.g. the risk of credit defaults within their asset portfolios). In other words, climate change is not a new risk class in the risk assessment practices of re/insurers. It is a change factor, whilst an important one, amongst many others, affecting both the liability and investment sides of the balance sheet. This section looks at physical and transition risks for the liability side of P&C and life re/insurers, respectively.

> Climate change is not a new risk class in the risk assessment practices of re/insurers. It is an important change factor, amongst many others, affecting both the liability and investment side of the balance sheet.

### P&C re/insurers

Table 2 further details the implications of climate change risk (physical and transition risks) on P&C re/insurers' liability decision-making over the two time horizons: short to medium term (2020–2030) and long term (2030–2050). For physical risks, in addition to direct risks associated with changes in the frequency and severity of extreme events (e.g. hurricanes, wildfires, storms), considerations linked to a changing climate system's tipping points (e.g. changing climate zones, changing

*Table 2: Climate change risk and the decision landscape for P&C re/insurers – Liability side*

| | Physical risk | | |
|---|---|---|---|
| | Chronic risk | Acute risk | |
| **Risk landscape over the business-planning horizon: 2020–2030 (short term)** | • Climate change alone is not yet impacting the insurability of NatCat risk, except for certain wildfire zones.<br>• Climate change is an additional modifier of the well-known and successfully-managed natural catastrophe risk. Thus, climate change is implicitly embedded in current pricing, risk management and claims experience.<br>• Limited data makes it difficult to isolate what impact climate change will have versus other loss drivers, including natural variability, and increasing and more concentrated asset values in high-risk zones like cities and coastal areas.<br>• As the risk landscape is constantly evolving on multiple fronts, climate change included, a sustainable product offering needs to address today's risk versus an outdated assessment. | | |
| **Risk landscape over the strategic-planning horizon: 2030–2050 (long term)** | • Climate change effects will likely manifest in a worsening claims experience for weather-related perils, requiring the industry to adjust its risk assessment and pricing dynamically and in a forward-looking mode (e.g. what used to be a 1-in-200-years event might become a 1-in-100-years event).[36]<br>• Insuring some risks/geographies will gradually become less affordable (e.g. home coverage in exposed coastal areas) unless adaptation measures reduce risk levels and prevent new risks.<br>• The insurance business model will not be able to address risk with a certainty of loss, e.g. property on storm surge-exposed coastlines or close to rivers. Insurability will require adaptation measures so that insurance covers the random negative deviation from an expected outcome rather than the expected outcome.<br>• Secondary effects will be added; for example, a change or loss in biodiversity affects ecosystems and their natural protection levels, or changed temperature regimes and access to water affect urban settlements, production and supply chains, potentially leading to forced migration.<br>• While not the most likely outcome from a 2020 insights perspective, rapid intensification of climate change and/or exceeding tipping points[37] could have a dramatic impact on both chronic and acute risk, where risk adaptation and mitigation become cornerstones to maintain insurability. | | |

*Source: The Geneva Association*

36   But not necessarily a worsening of profitability, where premium goes at pace with the cost of risk.
37   For example this may result from a subsiding Gulf stream, linked to the changing ocean circulation caused by climate change.

18

Exhibit 11 to Decl. of Burton
635
SER 1958



ocean circulation, impacts on trade winds, jet stream and gulf stream) and a myriad of other indirect effects – such as biodiversity loss – are also reflected. On the transition risk side, the table highlights considerations for political, litigation, market and technological risks related to liability side.

### Physical risk

P&C re/insurers have been successfully dealing with extreme losses from natural catastrophes – specifically, weather-related risks – for decades, using well-established and proven risk management practices and governance.[38] While the link between anthropogenic climate change and its broad effects on the frequency and severity of weather-related perils (e.g. tropical cyclones, floods and wildfires) has been established for some time now,[39] as of today, despite ongoing progress with climate change attribution science, the level of confidence in scientific results to explicitly attribute anthropogenic climate change to specific changes in frequency and severity of weather-related extreme events remains low. In other words, further analysis, potentially over the next several decades, is needed to better differentiate specific impacts

of anthropogenic climate change from natural climate variability on characteristics of weather-related extremes, from period to period.[40]

Importantly, exposure and vulnerability factors, such as population growth, urbanisation, an increasing concentration of people and assets in high-risk zones (e.g. along coastlines and flood zones), development choices and supply-chain disruptions (caused by extreme events) distort and could mask any embedded climate change signal.[41]

In the interim, P&C re/insurers view climate change as a co-contributor in a rapidly changing risk landscape alongside other risk drivers highlighted above. In such a dynamically evolving risk landscape, the actuarial practice of averaging the past to anticipate the future is not valid. It is important to reiterate that the vast majority of P&C re/insurance contracts are re/underwritten on an annual basis. This makes it easy to adjust the pricing, terms and conditions, and product offerings to progressive climate change for the key portfolio on the liability side exposed to physical climate change.

| Transition risk | | | |
|---|---|---|---|
| | Policy risk | Litigation risk | Market risk | Technological risk |
| | • The impact would depend on the timing and scope of the policy to curb carbon emissions.<br>• Significant action could limit the viability of carbon-intensive industries, impacting associated Insurance lines of business. | • The evolving legal and regulatory environment and absence of court rulings that establish principles for climate change-related liability present a high degree of uncertainty, particularly for D&O coverage.<br>• Professionals' duties of care for some insureds could potentially lead to claims related to physical and transition risks, impacting professional indemnity/errors and omissions (E&O) coverage. | • Market forces could limit the viability of some industries, limiting associated insurance.<br>• Exposure through reputational risk (by association in providing coverage to certain companies and industries). | • Progress in carbon removal and renewable energy presents opportunities; however, prototypical technology is often subject to volatility in results. |
| | • Long-term impacts will align with those in the short term.<br>• Action will occur across all fronts – policy, legal, market and technological – but the potential impacts are difficult to assess given uncertainties regarding the timing, scope, etc. of change.<br>• Considering the inherent uncertainty and interconnection with physical risks, multiple pathways must be contemplated. | | | |

---

38   The Geneva Association 2018b.
39   IPCC 2014, 2018.
40   This remains a challenging question to quantify amongst all other changing human-driven socio-economic changes.
41   The Geneva Association 2018b, 2020a–f.

---

Exhibit 11 to Decl. of Burton
636
**SER 1959**

> With the majority of affected property insurance cover offered on an annual basis, P&C re/insurers have the opportunity to monitor gradual changes to the climate risk landscape and consider adjustments to pricing and/or product offerings.

in the face of market and public policy pressure, the opportunities to offer these businesses insurance protection will diminish. At the same time, re/insurers themselves are facing market pressure to take proactive action; for example, to no longer underwrite risks for carbon-intensive business (reducing insurance liability exposure) and to no longer invest in them (reduce insurance asset portfolio exposure). It is also important to note that as risk managers, underwriters and investors, the insurance industry is already contributing significantly to building socio-economic resilience to extreme events and climate change risks and the transition to a low-carbon economy.[45]

### Transition risk

For P&C re/insurers, the impact of transition risk will be driven by less predictable external forces such as public policies (policy risk), court rulings (litigation risk), consumer/societal pressures (market risk) and technological advances (technological risk) (Table 2). From a policy perspective, actions to reduce carbon emissions could change the scope of business re/insurers are willing or able to underwrite or the price at which they are willing to offer coverage.[42,43] For example, the ability to offer some lines of business such as surety (insurer guarantees performance of a contractual obligation) and credit (insurer guarantees payment of credit extended to a party) to carbon-intensive sectors could be significantly affected if public policies curb carbon emissions dramatically. While there is a clear trend towards policy action to reduce carbon emissions in a number of major economies, the implications from an insurance perspective will likely be more gradual. However, transition could be quick and therefore the potential risk of a 'cliff effect' cannot be completely discounted. Similarly, the evolving regulatory and legal environment and the absence of court rulings that establish principles for climate change-related liability create a high degree of uncertainty for how liability insurance (insurer provides protection against liabilities that arise from lawsuits) may be impacted.[44] Similar to policy risk, the impact is expected to be gradual; however, effects are already starting to materialise in certain jurisdictions.

The growing expectation that the private sector will take proactive actions to reduce its contributions to carbon emissions or to combat climate change risk (i.e. market risk) must also be accounted for. For example, as carbon-intensive sectors reduce or suspend their operations

> As carbon-intensive sectors reduce or suspend their operations in the face of market and public policy pressure, the opportunities to offer these businesses insurance protection will diminish.

While the shift away from carbon-intensive businesses may present some challenges, there are growing opportunities through technological innovations and commercialisation in areas such as carbon capture and storage, renewable energy generation and electrification of transportation, among others. Broadly speaking, businesses advancing these initiatives will require many of the same insurance coverages as carbon-intensive sectors and serve as potential underwriting and investment opportunities.

Re/insurers are also considering the expected long-term (2030–2050) impacts climate change will have for business strategy and growth purposes. Similar to the practices employed for other risks, re/insurers, in their climate risk assessment efforts, need to consider a wide range of pathways for how climate change risk may emerge. A key element within each pathway is how the magnitude and pace of action (or inaction) to address transition risk may influence the trajectory of physical risks.

From the transition risk perspective, the long-term implications for P&C re/insurers are consistent with the

---

42  Technically, insurance prices are based on risk (along with a number of other factors) and can provide governments, businesses and individuals with reasonably accurate signals as to the impacts and characteristics of the hazards they face. Prices commensurate with underlying risks tend to encourage re/insureds to adopt mitigation measures which reduce vulnerability across society (The Geneva Association 2016).
43  The Geneva Association 2016, 2018a.
44  The Geneva Association is undertaking a study to explore the evolving landscape of climate change litigation and implications for the insurance industry.
45  The Geneva Association 2018a.

Exhibit 11 to Decl. of Burton
637
SER 1960



short-term implications noted above. They consist of uncertainties associated with transition risk (i.e. policy, legal, market and technological risks), the interplay between transition efforts and physical risk, and the effect of climate change on broader factors such as economic growth, migration and geopolitical conflict, among other issues.

The interlinkages of transition and physical risk need to be considered. Broadly speaking and assuming that climate change mitigation actions are insufficient, climate change will introduce longer-term shifts in climate patterns and present chronic risks that impact the geographic locations and subsequently impact pricing and premiums at which P&C re/insurers can offer insurance protection. For example, coastal areas will increasingly experience consistent flooding as the sea level rises and agricultural regions will gradually experience changes (e.g. more

prolonged and severe droughts) that impact productivity. Thus, unless actions are taken by governments, businesses and people to reduce and/or prevent the risks, insurance coverage may become prohibitively expensive for the consumer and investments may be negatively impacted.[46] The willingness and ability of the market to accept the elevated premiums re/insurers may need to charge to cover increased risks is a factor that must be considered, as it negatively affects the economic resilience enabled by risk transfer through re/insurance.

There are very few segments, if any, of a P&C re/insurer's portfolio that would warrant immediate re-underwriting or re-strategising in view of a long-term outlook (2030–2050), given the short average duration of liabilities underwritten. This provides a high degree of flexibility for implementing adjustments when necessary.

*Table 3: Climate change risk and decision landscape for life re/insurers – Liability side*

| | Physical risk | | Transition risk | | | |
|---|---|---|---|---|---|---|
| | Chronic risk | Acute risk | Policy risk | Litigation risk | Market risk | Technological risk |
| **Risk landscape over the business-planning horizon: 2020–2030 (short term)** | • Limited data makes it difficult to isolate what impact climate change will have versus other drivers.<br>• While natural catastrophes may increase, the mortality impact has historically been small, owing to early warning and emergency preparedness measures.<br>• Diversification of the type and location of risks assumed also serves to reduce exposure to extreme events. | | • Transition risk is generally not expected to have an impact on underwriting but there is potential for assets within the investment portfolio to experience effects (see Table 4 for further details on implications for investments).<br>• From a market risk perspective, re/insurers may be directly exposed through reputational risk (e.g. stigmatised by the market for supporting carbon-intensive industries). | | | |
| **Risk landscape over the strategic-planning horizon: 2030–2050 (long term)** | • Prolonged exposure to a warming environment could cause increased cardiovascular and respiratory illnesses, agricultural impacts that adversely affect diet and nutrition, increased spread of infectious disease and more.<br>• While the impact on claims from policies already on the books may become more pronounced, it could take more time before it reaches a level of statistical significance relative to the overall size of an insurer's exposures.<br>• The potential impacts of second-order effects, such as potential declines in economic growth, population migration, geopolitical conflict, etc. should be considered and could increase materiality. | | • Long-term implications are like those in the short term.<br>• The interaction between transition and physical risks, which will be highly dependent upon the pace and degree of action to address the various aspects of transition risk, will become more relevant.<br>• Second order effects such as potential declines in economic growth, population migration and geopolitical conflict must also be considered. | | | |

*Source: The Geneva Association*

---

46   The Geneva Association 2020a–f.

---

Exhibit 11 to Decl. of Burton
638
**SER 1961**

### Life re/insurers

From a liability perspective, the climate change challenges for life re/insurers vary considerably from those of P&C re/insurers given different time horizons and the nature of the risks underwritten.[47] Table 3 highlights the implications of physical and transition risk for life re/insurers' decisions over different time horizons for the liability side.

#### Physical risk over the short term

Given the longer-time horizon of the risks assumed by life re/insurers, the physical risk of climate change is generally not expected to have a material or discernible impact over the short term (2020–2030). For example, to the extent climate change drives an increase in the frequency or severity of natural catastrophes over the short term, experience – in view of the impact climate change has already had over several decades – suggests that the related mortality impact is likely to be small relative to a re/insurer's overall book of business. Furthermore, existing risk management practices, such as promoting a diversification of the type and location of assumed risks, help reduce concentrated exposures and therefore limit the potential for outsized mortality losses from natural catastrophes.

> The physical risk of climate change is generally not expected to have a material or discernible impact on life re/insurers over the short term.

The impacts of increased physical risks from climate change could be more pronounced for the asset side of life insurance portfolios, depending on the extent to which they are invested in physical assets, such as real estate, in geographically-impacted areas. However, such losses may be tempered by the underlying asset's insurance coverage.

> The impacts of increased physical risks from climate change on the asset side of life insurance portfolios will depend on the extent to which they are invested in physical assets.

#### Transition risk over the short term

The expected implications of transition risk for life re/insurers in the short term is unlikely to be impacted significantly (e.g. the frequency of deaths is unlikely to increase). However, there is potential for assets within the investment portfolio to be impacted; for example, a mandate for use of renewable energy sources could result in a decline in the value of investment in fossil fuel companies.

> Assessments should also account for the potential impacts of second-order 'knock-on' effects, such as declines in economic growth, population migration, geopolitical conflict and shifts towards low-carbon business models.

#### Physical and transition risk over the long term

Over the long term (2030–2050), the impacts of both physical and transition climate change risks are more uncertain for life re/insurers. For example, they could cause a rise in mortality through increased cardiovascular and respiratory illnesses, agricultural impacts that adversely affect diet and nutrition and the increased spread of infectious and vector-born diseases,[48] or reduction in mortality linked to reduced air pollution from transitioning to a low-carbon economy, with some segments of society being more adversely impacted than others (e.g. wealthier populations are likely to be less severely impacted).[49] It is important, when considering climate change's potential effects on mortality rates and related claims – and an insurer's overall financial picture - to also account for changes in longevity trends and impacts on other lines of business. An assessment of how climate change may impact the life insurance industry should also account for the potential impacts of second-order effects, such as potential declines in economic growth, population migration, geopolitical conflict and shifts towards low-carbon business models, which will highly depend on the pace and degree of action to address the various aspects of transition risk (i.e. policy, legal, market and technological risks). However, research on the impacts of climate change on life exposures – and whether the impacts are statistically significant in light of the long-term nature of life re/insurers business – needs to be further developed.

---

47  IFoA 2019a,b
48  Campbell-Lendrum, et. al 2015.
49  IPCC 2018, 2019.

22

Exhibit 11 to Decl. of Burton
639
SER 1962



### 4.3 Implications of climate change risk for P&C and life re/insurers – Asset side

On the investment side for both P&C and life re/insurers, climate change is already having an impact in multiple ways. Table 4 highlights how physical and transition risks impact investment-related decisions over the short-term (2020-2030) and long-term (2030–2050) time horizons. From a valuation perspective, investors are beginning to account for the effects that transitioning to lower-carbon economies may have on the long-term earning potential of carbon-intensive sectors (e.g. energy sources and utilities, transportation, automotive, chemicals and manufacturing). Investors are also increasingly considering the impact of climate change when making investment acquisition and disposition decisions. Direct assets like real estate are being analysed through climate change adaptation and mitigation lenses. For example, P&C re/insurers can leverage their NatCat risk modelling expertise to gauge potential impacts on their investments.

#### Physical risk

Investments portfolios are exposed to physical risk, either directly for real assets (e.g. buildings, infrastructure) or indirectly through investments in companies (e.g. equity, debt) that are exposed to those risks. Assessing

the exposure is multi-faceted as it is impacted by a range of factors such as geographical location, potential for insurance to offset losses (e.g. property insurance covering real estate investments), time horizon and action or inaction from a transition risk perspective. To be comprehensive, a re/insurer would need to analyse the exposure of an asset by assessing its entire value chain, which would be subject to huge gaps in data availability and robust methodologies.

> Market pressure to reduce support for carbon-intensive sectors is expected to steadily increase and present a growing reputational risk for re/insurers and other investors.

#### Transition risk

The degree to which transition risk impacts a re/insurer's investment portfolios will be driven by the speed and magnitude of developments across the different facets of the transition risk spectrum. For example, significant, abrupt action by policymakers could impose constraining

*Table 4: Climate change risk and decision landscape for P&C and life re/insurers – Asset side*

| | Physical risk | | Transition risk | | | |
|---|---|---|---|---|---|---|
| | Chronic risk | Acute risk | Policy risk | Litigation risk | Market risk | Technological risk |
| **Risk landscape over the business-planning time horizon: 2020–2030 (short term)** | • Insurers are exposed directly through investments in real assets (e.g. buildings, infrastructure) and indirectly through investments in companies (e.g. equity, debt) which are exposed to those risks.<br>• While assets may be increasingly impacted by more frequent or severe natural catastrophes the losses may be offset by insurance protection (e.g. property insurance on real estate). | | • The degree to which transition risk impacts re/insurer investment portfolios will be driven by the speed and magnitude of developments across the different facets of this spectrum.<br>• Significant actions or developments could lead to abrupt losses in investment value and drive more expeditious action on the part of re/insurers. | | | |
| **Risk landscape over the strategic-planning horizon: 2030–2050 (long term)** | • As the effects of climate change accelerate, certain investments and sectors may become less attractive (stranded assets), e.g. real estate in coastal communities or stakes in fossil fuel companies if renewable fuels become viable on a mass scale.<br>• Renewable energy and greening of other key sectors along with investment in resilient and green infrastructure are anticipated to grow significantly.<br>• New technologies (clean, green and carbon capture and storage) will continue to emerge and bring new opportunities.<br>• Other considerations. | | | | | |

*Source: The Geneva Association*

---

Exhibit 11 to Decl. of Burton
640
**SER 1963**

regulations on carbon-intensive sectors.[50] Landmark court rulings against carbon-intensive sectors or major technological breakthroughs in the renewable fuel space are other examples of transitional developments that could have a material impact on the degree to which re/insurer investment portfolios may be impacted.[51] Meanwhile, market pressure to reduce support for carbon-intensive sectors is expected to steadily increase and present a growing reputational risk for re/insurers and other investors.

The asset class of the investment and time horizon are other factors that must be considered. For stock/equity investments, which do not have maturity dates, a permanent loss in investment value could arise. For debt/fixed-income investments, the investor may still be able to receive a significant portion, if not all, of the interest and principle payments due to them as long as the issuer (i.e. the carbon-intensive company) does not default before they come due.

In light of these risks, re/insurers are increasingly taking action to increase the resilience of their investment portfolios; for example, by identifying companies within carbon-intensive sectors that are best positioned to navigate the transition, establishing timelines to eliminate investments in carbon-intensive sectors and reassessing the geographic location of investments in real assets, among other considerations.

> Re/insurers are taking action to increase the resilience of their investment portfolios, such as identifying companies that are best positioned to navigate the transition, considering geographic location and setting timelines to eliminate investments in carbon-intensive sectors.

## 4.4 Key questions re/insurers ask when embarking on climate change risk assessments

As part of their climate risk assessment initiatives, re/insurers are engaging in robust dialogue on various dimensions of climate change risk and time horizons within their respective organisations. Key questions they are using to focus and facilitate this work include:

1. What are the impacts of climate change (physical and transition risks) across the company's lines of business? Are these impacts adequately embedded in pricing, reserving and capital allocation decisions?

   • Are there lines of business where the gradually-accumulating impact of physical climate change risk (e.g. changing frequency and severity of extreme events to sustained higher temperature and rising sea level) over future decades necessitates taking action today?

   • Which existing lines of business and operations are sensitive to transition risk? For those identified, which actions are needed today?

   • Is the accumulating impact of transition risk being accounted for in strategic business decisions?

2. What does climate change risk mean for the company's investment strategy and decisions? Which assets could be affected by climate-related risks both transition and physical risks?

3. How could the impacts (on both sides of the balance sheet) be mitigated by actions taken by the public and private sector as well as the company itself?

The relevance and prioritisation of the elements presented in Tables 2, 3 and 4 will vary across re/insurance companies, depending on their specific risk profiles. Similarly, the appropriateness of the approach will vary depending on factors such as the re/insurer's objective, business mix and level of experience and expertise with assessing climate change risk.

---

50  This may happen through climate litigation against governments with the goal to impact public policies for carbon-intensive sectors (The Geneva Association forthcoming).
51  The Geneva Association (forthcoming).

---

24

Exhibit 11 to Decl. of Burton
641
SER 1964





# 5. Approaches to climate change risk assessment

Re/insurers are exploring the range of methodologies and tools that could best support and enable their climate change risk assessment and scenario analysis efforts. Scenario analysis allows for a systematic process for making strategic decisions in the face of significant uncertainties. The analysis of climate risks requires a forward-looking approach and needs to be designed with concrete objectives in mind. Furthermore, the interpretation of the output needs to take into consideration the inherent uncertainties associated with how the transition will evolve.

> Re/insurers are exploring the range of methodologies and tools that would produce meaningful and decision-useful climate change risk assessment with a forward-looking approach.

At this stage, the aim is to promote increased awareness of the risk, the importance of investing in developing assessment capabilities and experimenting with different approaches and engaging in dialogue to promote cross-learning. It is important to leverage these experiences to further innovate and push the frontiers of methodologies and tools that could produce meaningful and decision-relevant risk information.

> Climate risk analysis needs to be designed with concrete, decision-based objectives and time horizons. The interpretation of the output should consider inherent uncertainties associated with the transition.

Except for a limited number of instances, a push for detailed quantitative exercises at this stage remains premature and unlikely to yield decision-useful information, particularly for long-term horizons. To the extent that quantitative approaches are being pursued by the industry or advanced by regulators, it is critical that the aforementioned uncertainties inherent in assessing climate change risk, particularly over longer-term horizons, be adequately recognised when interpreting the results.

Decisions on 'which tool is best to assess the unique exposures of a re/insurer' are typically a function of the time horizon of the assessment, which in turn is a function of the nature of the insurance coverage being provided (e.g. annual

Exhibit 11 to Decl. of Burton
642
SER 1965

renewable versus long-duration business). In addition to providing alignment with the nature of the insurance coverage provided, delineating an assessment of climate change's potential effects over the short term (2020–2030) and long term (2030–2050) is an effective way to recognise the role and uncertainty that policy, regulatory, technological advancement, and other aspects of transitioning towards low-carbon economies may have over the coming decades. For example, near-term business considerations and risk-management decisions for P&C re/insurers presuppose – at least partially – quantitative assessments (starting with risks of weather extreme). However, long-term projections (e.g. to 2050 or beyond) are subject to the aforementioned uncertainties (e.g. physical, transition including socio-economic and market conditions). Thus, these may be better assessed through qualitative approaches that aim to understand the change drivers of pathways, where each pathway is characterised by a set of plausible assumptions for key variables including those that are of the greatest uncertainty.

The purpose of the information must also be considered. For example, a quantitative assessment would likely be employed to aid in decision-making regarding price-setting and the allocation of capital over the short term, while qualitative assessment may be employed to facilitate discussion on longer-term strategic planning; for example, a property portfolio underwriting strategy, and raising risk awareness within the company about the angles to monitor for change.

Though a number of re/insurance companies have started conducting both qualitative and quantitative risk assessment exercises, the industry is still in the experimentation and innovation phase. However, initiatives are underway to foster industry-level collaboration and engagement, cross-learning and the development of robust approaches and ultimately, a set of decision-useful analysis tools to support a more holistic approach to climate risk assessment.

The following sections provide an overview of the two primary approaches for assessing climate change risk – quantitative and qualitative assessment tools – taking into consideration time horizons and inherent uncertainties.

## 5.1 Quantitative tools

Quantitative approaches are intended to deliver a measure of the financial condition of the re/insurer under a pre-determined set of assumptions. Generally, quantitative tools and outputs can only provide meaningful information to support near-term underwriting and

investment decisions when all key business and economic boundary conditions can be reflected and forecasted reasonably well. As discussed, this is rarely the case for climate change risk.

> Generally, quantitative approaches can only provide meaningful information to support near-term underwriting and investment decisions when all key business and economic boundary conditions can be reflected and forecasted reasonably well.

While it is difficult to isolate the near-term impacts of physical climate change (i.e. on the frequency and severity of natural catastrophes), an assessment should nonetheless aim to obtain insight into how much climate change has already materialised, and if it is adequately incorporated into the models and assumptions used for product pricing, risk governance and capital management. Extreme weather events are well captured by today's state-of-the-art NatCat models in frequency and severity in regions with mature insurance markets, but with limited explicit reflection of climate change impacts on event occurrence. These models could be leveraged to quantify the impacts of climate risk and its sensitivity to gradual changes for the short term (2020–2030), where not yet embedded in parametrisation.[52]

> A quantitative approach – for example, a stress test – could be used by P&C re/insurers to explore the effects of a quick transition on in-force liabilities, new business projections and investment holdings in the short term.

On the other hand, a quantitative approach, for example a stress test, could be used by P&C re/insurers to explore the effects of a quick transition to a low-carbon economy (e.g. sudden policy change that significantly increases carbon pricing, major court rulings, technological breakthroughs) on in-force liabilities, new business projections and/or investment holdings over the short

---

52    The Geneva Association 2018b.

Exhibit 11 to Decl. of Burton
643
SER 1966



term. However, these quantitative approaches need to be further developed to derive robust and meaningful outcomes over time.

For life re/insurers, quantitative assessments can be a useful tool for exploring the potential effects of transition risk to their investment portfolios (i.e. exploring the impact of developments similar to those noted above for P&C re/insurers) and informing actions that may be warranted. Depending on the asset mix of the portfolio, an assessment of the impact of physical risks in the short term may also be useful; for example, if the re/insurer has considerable real estate holdings in a storm-prone geography, there may be value in assessing the effects of more frequent and/or severe storms over the short term. For both P&C and life re/insurers, adding climate change risk into the investment credit risk assessment process is increasingly becoming a normal part of their risk management practices.

However, when looking at long-time horizons, the uncertainties inherent in climate change risk can present a challenge for establishing a sufficiently detailed and holistic scenario to guide the exercise. Marrying the results in a holistic manner across the different pillars of an enterprise (e.g. lines of business, liabilities versus investments) presents another challenge. As a result, while the challenges of such an endeavour may be beneficial for stimulating discussion on the subject, the decision-usefulness and meaningfulness of the results produced is likely to be highly limited and would need to be interpreted as such by the firm or other stakeholder groups (e.g. regulators).



## 5.2 Qualitative tools

As opposed to a quantitative assessment, such as a stress test, a qualitative assessment would focus on understanding what the future world may look like for the organisation, based on a set of assumptions that support a potential path for the emergence of climate change risk. With the less rigid nature of qualitative assessments, re/insurers could more readily consider a variety of transition pathways and implications of changes in the socio-economic environment on business strategy. They also allow greater flexibility for considering the potential correlations and interrelationships and understanding the key drivers of the risk. For example, the gradual but slow evolution of physical climate change risk presents heterogeneous and highly uncertain outcomes when considered over a long-term horizon (2030–2050). Qualitative scenario building and evaluation could reveal key change agents and feedback loops, supporting early strategic perspectives on the positioning of an insurance portfolio and related investment decisions. Similar benefits are realised when comparing the use of qualitative versus quantitative approaches for life re/insurance exposures where the effects of second-order variables (potential declines in economic growth, population migration, geopolitical conflict, etc.) may be more material than the expected impact to mortality rates.

> Qualitative assessments are less rigid in nature and a great starting point for re/insurers and other stakeholders to explore exposures to climate change risk on both short- and long-term horizons for both the sides of the balance sheet.

More broadly, qualitative assessments offer a great starting point for re/insurers and other stakeholders that are beginning to explore exposures to climate change risk on both short- and long-term horizons for both the liability and asset sides of the balance sheet. Such an exercise can be invaluable for facilitating dialogue and raising awareness of climate change risk across the enterprise, which is the most important first step. In time, as more experience and knowledge is acquired, these assessments can grow in complexity and their ability to generate decision useful insights.

Exhibit 11 to Decl. of Burton
644
**SER 1967**



# 6. Summary and conclusions

In this report, we have offered a holistic, decision-making framework for P&C and life re/insurers to design and carry out climate risk assessment. The framework addresses types of risk (physical and transition risk), short- and long-term time horizons and both sides of the balance sheet. Our findings also cover key challenges and uncertainties that need to be considered.

Our findings lead us to the following preliminary conclusions for re/insurance companies and other stakeholders (e.g. regulators, rating agencies):

1. The **development of methodologies and tools** that would produce meaningful and decision-useful information is a **work in progress**. These methodologies and tools need to be further developed, tested and evaluated to converge on robust solutions. Achieving consensus also takes time. Strengthened collaborations and proactive engagement across the insurance industry and between the industry and the regulatory community, rating agencies, the scientific community and other experts could significantly advance methodologies that produce meaningful and decision-relevant climate risk assessments and help shape future regulatory developments in this area.

2. The design of a climate risk assessment approach must consider the potential for the **inherent uncertainties** associated with the transitioning related to public policy, technology, markets, and consumer behaviour to undermine the credibility and decision usefulness of data.

3. A **combination of qualitative and quantitative approaches** for assessing climate change risk over the various time horizons is required. When considering the short term, a quantitative approach might lead to decision-relevant insights on certain elements of the balance sheet. Over longer-time horizons however, a qualitative approach, exploring changing boundary conditions beyond a climate change stress, will likely generate more decision-useful insights.

4. Climate change risks vary across the insurance industry and by line of business. Tables 1, 2, 3 and 4 in this report provide more details on how **physical and transition risks** impact P&C and life re/insurers on short- and long-term time horizons on both sides of the balance sheet. However, this will also depend on the company's objectives and its specific business and investment portfolio mix.

5. Climate risk assessment needs to be performed holistically across the company to ensure consistency, while recognising the different challenges in assessing climate change risks, taking into consideration the potential implications of

28

Exhibit 11 to Decl. of Burton
645
**SER 1968**



both physical and transition risks on both sides of the balance sheet. **Cross-company engagement** also allows for leveraging internal expertise and enhancing company-wide understanding of the potential severity, interlinkages and implications of climate change risk. Companies embarking on this journey should start from the two time horizons with a limited set of scenarios (mostly qualitative, particularly for the long-term horizon). As more experience and knowledge is acquired, these assessments can grow in complexity.

6.  Re/insurers, as risk managers and investors, play an important role in understanding the risks associated with climate change and **educating stakeholders** (e.g. customers, policymakers, regulators) on how

climate change will impact society. The results of re/insurers' research, risk modelling, underwriting and investments, could not only complement but also inform the broader actions that are needed by governments, policymakers, regulators, corporations and society as a whole.

The Task Force's next steps include analysing the approaches, trends and challenges related to the financial and insurance regulatory landscape. This will be followed by a technical 'deep dive' to develop methodologies and tools for scenario analysis and stress testing for the insurance industry, with the aim of galvanising multi-stakeholder collaboration to converge on solutions.



Exhibit 11 to Decl. of Burton
646
**SER 1969**

# References

Campbell-Lendrum, D., L. Manga, M. Bagayoko, and J. Sommerfeld. 2015. *Climate Change and Vector-Borne Diseases: What are the implications for public health research and policy?* Philos Trans R Soc Lond B Biol Sci. 2015 Apr 5; 370(1665): 20130552. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4342958/

Carney, M. 2019. *A New Horizon.* https://www.bankofengland.co.uk/speech/2019/mark-carney-speech-at-european-commission-high-level-conference-brussels

Climate Financial Risk Forum. 2020. *CFRF Guide.* https://www.fca.org.uk/transparency/climate-financial-risk-forum

ClimateWise. 2019a. *Physical Risk Framework: Understanding the Impacts of Climate Change on Real Estate Lending and Investment Portfolios - Summary for Decision Makers.* https://www.cisl.cam.ac.uk/resources/publication-pdfs/physical-risk-framework-report-summary.pdf

ClimateWise. 2019b. *Physical Risk Framework: Understanding the Impacts of Climate Change on Real Estate Lending and Investment Portfolios - Full Report.* https://www.cisl.cam.ac.uk/resources/publication-pdfs/cisl-climate-wise-physical-risk-framework-report.pdf.

ClimateWise. 2019c. *Transition Risk Framework: Managing the Impacts of the Low Carbon Transition on Infrastructure Investments Public Report.* https://www.cisl.cam.ac.uk/resources/publication-pdfs/cisl-climate-wise-transition-risk-framework-report.pdf.

ClimateWise. 2019d. *Transition Risk Framework: Managing the Impacts of the Low Carbon Transition on Infrastructure Investments Step-by-Step Guide.* https://www.cisl.cam.ac.uk/resources/publication-pdfs/transition-risk-framework-report-step-by-step.pdf.

CRO Forum. 2018. *The Heat Is On: Insurability and Resilience in a Changing Climate.* https://www.thecroforum.org/wp-content/uploads/2019/01/CROF-ERI-2019-The-heat-is-on-Position-paper-1.pdf

IFoA. 2019a. *A Practical Guide to Climate Change for Life Actuaries.* Authors: David Ford, Bradley Ashton, Kyle Audley, Marjan Qazvini, Yixuan Yuan and Yvonne McLintoc. https://www.actuaries.org.uk/system/files/field/document/A%20Practical%20Guide%20to%20Climate%20Change%20for%20Life%20actuaries%20-%20Oct%20v7a.pdf

IFoA. 2019b. *A User Guide to Climate-related Financial Disclosures.* https://www.actuaries.org.uk/system/files/field/document/J27006_IEMA_TCFD_Guide_V4.pdf

Insurance Development Forum. 2020. *The Development Impact of Risk Analytics.* https://microinsurancenetwork.org/groups/idf-report-development-impact-risk-analytics

30

Exhibit 11 to Decl. of Burton
647
**SER 1970**



IPCC. 2014. *IPCC Fifth Assessment Synthesis Report.* https://www.ipcc.ch/report/ar5/syr/

IPCC. 2018. *Global Warming of 1.5°C. An IPCC Special Report on the Impacts of Global Warming of 1.5°C Above Pre-industrial Levels and Related Global Greenhouse Gas Emission Pathways, in the Context of Strengthening the Global Response to the Threat of Climate Change, Sustainable Development, and Efforts to Eradicate Poverty.* V. Masson-Delmotte, P. Zhai, H.-O. Pörtner, D. Roberts, J. Skea, P.R. Shukla, A. Pirani, W. Moufouma-Okia, C. Péan, R. Pidcock, S. Connors, J.B.R. Matthews, Y. Chen, X. Zhou, M.I. Gomis, E. Lonnoy, T. Maycock, M. Tignor and T. Waterfield (eds.) https://www.ipcc.ch/site/assets/uploads/sites/2/2019/06/SR15_Full_Report_High_Res.pdf

IPCC. 2019. *Climate Change and Land: An IPCC Special Report on Climate Change, Desertification, Land Degradation, Sustainable Land Management, Food Security, and Greenhouse Gas Fluxes in Terrestrial Ecosystems.* P.R. Shukla, J. Skea, E. Calvo Buendia, V. Masson-Delmotte, H.-O. Pörtner, D. C. Roberts, P. Zhai, R. Slade, S. Connors, R. van Diemen, M. Ferrat, E. Haughey, S. Luz, S. Neogi, M. Pathak, J. Petzold, J. Portugal Pereira, P. Vyas, E. Huntley, K. Kissick, M. Belkacemi and J. Malley (eds.) https://www.ipcc.ch/site/assets/uploads/2019/11/SRCCL-Full-Report-Compiled-191128.pdf

Lloyd's of London and Vivid Economic. 2020a. *Below 2oC: Insurance for a Low Carbon Economy.* https://www.lloyds.com/news-and-risk-insight/risk-reports/library/society-and-security/below-2c

Lloyd's of London and Vivid Economics. 2020b. *Below 2oC: Insurance for a Low Carbon Economy: Sector Deep Dive.* https://www.lloyds.com/news-and-risk-insight/risk-reports/library/society-and-security/below-2c

Moody's Investor Service. 2019. *The Impact of Environmental, Social and Governance Risks on Insurance Ratings.* July.

Moody's Investor Service. 2018. *Climate Change Risks Outweigh Opportunities for P&C Re/insurers.* March.

OECD. 2020. Climate Change: *Assumptions, Uncertainties and Surprises: Draft Background Note. Prepared for the First of a New Series of OECD Workshops on Climate Science, Policy, Regulation and Practice.* August.

The Geneva Association. 2021 (forthcoming). *Climate Change Litigation – Part 1: The Evolving Global Landscape.* Authors: Maryam Golnaraghi, M. Setzer, J. N. Brook, W. Lawrence and L. Williams.

The Geneva Association. 2020a. *Building Flood Resilience in a Changing Climate: Insights from the United States, England and Germany.* Authors: Maryam Golnaraghi, Swenja Surminski and Carolyn Kousky. June. https://www.enevaassociation.org/research-topics/building-floodresilience

The Geneva Association. 2020b. *Flood Risk Management in the United States.* Authors: Carolyn Kousky and Maryam Golnaraghi. June. https://www.genevaassociation.org/researchtopics/flood-risk-management-united-states

The Geneva Association. 2020c. *Flood Risk Management in England.* Authors: Swenja Surminski, Sara Mehryar and Maryam Golnaraghi. June. https://www.genevaassociation.org/research-topics/flood-risk-management-england

The Geneva Association. 2020d. *Flood Risk Management in Germany.* Authors: Swenja Surminski, Viktor Roezer and Maryam Golnaraghi. June. https://www.genevaassociation.org/research-topics/flood-risk-management-germany

The Geneva Association. 2020e. *Flood Risk Management in Australia.* Authors: Neil Duffy, Andrew Dyer and Maryam Golnaraghi. December. https://www.genevaassociation.org/research-topics/climate-change-and-emerging-environmental-topics/flood-risk-management-australia

The Geneva Association. 2020f. *Flood Risk Management in Canada.* Authors: Maryam Golnaraghi, Jason Thistlethwaite, Daniel Henstra, Craig Stewart. December. https://www.genevaassociation.org/research-topics/climate-change-and-emerging-environmental-topics/flood-risk-management-canada

Exhibit 11 to Decl. of Burton

648

**SER 1971**

The Geneva Association. 2018a. *Climate Change and the Insurance Industry: Taking Actions as Risk Managers and Investors.* Author: Maryam Golnaraghi. January. https://www.genevaassociation.org/research-topics/extreme-eventsand-climate-risk/climate-change-and-insurance-industrytaking-action

The Geneva Association. 2018b. *Managing Physical Climate Risk: Leveraging Innovations in Catastrophe Risk Modelling.* Authors: Maryam Golnaraghi, Paul Nunn, Robert Muir-Wood, Jayanta Guin, Dickie Whitaker, Julia Slingo, Ghassem Asrar, Ian Branagan, Gerry Lemcke, Claire Souch, Michel Jean, Alexandre Allmann, Molly Jahn, David N. Bresch, Patrick Khalil and Michael Beck. November. https://www.genevaassociation.org/research-topics/extremeevents-and-climate-risk/managing-physical-climaterisk%E2%80%94leveraging

The Geneva Association. 2016. *The Nature and Role of Capital in Insurance.* November. https://www.genevaassociation.org/sites/default/files/research-topics-document-type/pdf_public/the-nature-and-role-of-capital-in-insurance_0.pdf

The Geneva Association. 2016. *An Integrated Approach to Managing Extreme Events and Climate Risks.* Authors: Maryam Golnaraghi, Swenja Surminski and Kai-Uwe Schanz. September. https://www.genevaassociation.org/media/952146/20160908_ecoben20_final.pdf

Standard & Poor's Global Ratings. 2020. *ESG Industry Report Card: EMEA Insurance.* February.

Standard & Poor's Global Ratings. 2018. *How Environmental, Social, And Governance Factors Help Shape The Ratings On Governments, Insurers, And Financial Institutions.* October.

TCFD. 2020. *Financial Stability Board, Bank of International Settlements.* https://www.fsb-tcfd.org/about/#

TCFD. 2019. *TCFD 2019 Status Report.* June https://www.fsb-tcfd.org/publications/tcfd-2019-status-report/

TCFD. 2018. *TCFD: 2018 Status Report.* September. https://www.fsb-tcfd.org/publications/tcfd-2018-status-report/

TCFD. 2017. *Final Report: Recommendations of the Task Force on Climate-related Financial Disclosures and Related Annexes.* June. https://www.fsb-tcfd.org/publications/final-recommendations-report/

TCFD. 2016. *Phase I Report of the Task Force on Climate-Related Financial Disclosure.* March. https://www.fsb-tcfd.org/wp-content/uploads/2016/03/Phase_I_Report_v15.pdf

UNEP-FI PSI. 2021. *Insuring the Climate Transition: Enhancing the insurance industry's assessment of climate change futures.* January. https://www.unepfi.org/psi/wp-content/uploads/2021/01/PSI-TCFD-final-report.pdf

UNEP-FI PSI. 2020. *Using Hindsight and foresight: Enhancing the Insurance Industry's Assessment of Climate Change Futures—A Progress Update.* September. https://www.unepfi.org/publications/psi-tcfd-pilot-progress-update/

UNEP-FI. 2019. *Changing Course: A comprehensive investor guide to scenario-based methods for climate risk assessment, in response to the TCFD.* https://www.unepfi.org/wordpress/wp-content/uploads/2019/05/TCFD-Changing-Course-Oct-19.pdf

UNEP-FI and Oliver Wyman. 2018. *Extending our Horizons.* https://www.unepfi.org/wordpress/wp-content/uploads/2018/04/EXTENDING-OUR-HORIZONS.pdf.

United Nations. 2015. *The Paris Agreement.* https://unfccc.int/sites/default/files/english_paris_agreement.pdf

32

Exhibit 11 to Decl. of Burton
649
SER 1972

# Annex 1: Climate change-related activities of regulatory authorities

| Stakeholder | Type | Action |
|---|---|---|
| International Association of Insurance Supervisors (IAIS) and Sustainable Insurance Forum (SIF) | International standard-setter | • (2020) Draft issues paper on the implementation of the TCFD recommendations: http://bit.ly/IAIS-2020<br>• (2018) Draft issues paper on climate change risks to the insurance sector: http://bit.ly/IAIS-2018<br>• (2020 – to be developed) Application paper on climate risk in the insurance sector, including practical examples and case studies on how to apply the ICPs from a climate risk perspective. Public roadmap: http://bit.ly/IAISroadmap |
| Network for Greening of the Financial System (NGFS) | Platform of central banks and supervisors | • About: https://www.ngfs.net/en/about-us/governance/origin-and-purpose<br>• The macroeconomic and financial stability impacts of climate change - research priorities: https://www.ngfs.net/en/macroeconomic-and-financial-stability-impacts-climate-change-research-priorities<br>• Guide to climate scenario analysis for central banks and supervisors: https://www.ngfs.net/en/guide-climate-scenario-analysis-central-banks-and-supervisors<br>• Status report on financial institutions' practices with respect to risk differential between green, non-green and brown financial assets and potential risk differential: https://www.ngfs.net/sites/default/files/medias/documents/ngfs_status_report.pdf<br>• Guide for supervisors: integrating climate-related and environmental risks into prudential supervision: https://www.ngfs.net/sites/default/files/medias/documents/ngfs_guide_for_supervisors.pdf |
| EIOPA | Supervisory authority | • Second discussion paper on methodological principles of insurance stress testing (including a stress test framework on climate change): https://www.eiopa.europa.eu/content/second-discussion-paper-methodological-principles-insurance-stress-testing_en<br>• EIOPA work in the area of sustainable finance: https://www.eiopa.europa.eu/browse/sustainable-finance_en<br>• Integration of climate change risk in Solvency II: https://www.eiopa.europa.eu/content/eiopa-launches-discussion-paper-methodology-integrating-climate-change-standard-formula_en |
| BaFin (Germany) | Financial supervisory authority | • Guidance on sustainability risks: https://www.bafin.de/SharedDocs/Downloads/EN/Merkblatt/dl_mb_Nachhaltigkeitsrisiken_en.pdf?__blob=publicationFile&v=5<br>• Article on how insurers measure climate risks: https://www.bafin.de/SharedDocs/Veroeffentlichungen/EN/Fachartikel/2019/fa_bj_1910_Nachhaltigkeitsrisiken_VA_en.html |
| ACPR (France) | Prudential supervision and resolution authority | • Scenarios and main assumptions of the ACPR pilot climate exercise: https://acpr.banque-france.fr/en/scenarios-and-main-assumptions-acpr-pilot-climate-exercise |
| PRA/Bank of England (U.K.) | Prudential regulation authority | • Overview of the Bank's work on climate change: https://www.bankofengland.co.uk/climate-change |

| Stakeholder | Type | Action |
|---|---|---|
| De Nederlandsche Bank (Netherlands) | Central bank, supervisory authority and resolution authority | • DNB has launched the sustainable finance platform; overview of work on climate change can be found here: https://www.dnb.nl/en/about-dnb/co-operation/platform-voor-duurzame-financiering/climate-risks/index.jsp<br>• Overview of expectations of the DNB towards insurers on taking into account climate risks: https://www.toezicht.dnb.nl/en/3/50-237997.jsp |
| FINMA (Switzerland) | Financial markets regulator | • Overview as to how FINMA addresses climate risks in the financial sector: https://www.finma.ch/en/news/2020/06/20200626-mm-sustainable-finance/ |
| APRA (Australia) | Financial supervisory authority | • APRA is developing a climate vulnerability assessment: https://www.apra.gov.au/news-and-publications/apra-outlines-plans-for-climate-risk-prudential-guidance-and-vulnerability |
| MAS (Singapore) | Central bank and financial regulatory authority | • No specific climate risk-related requirements on insurers yet<br>• MAS is consulting on environmental risk management guidelines for financial institutions: http://bit.ly/MASrelease |
| National Association of Insurance Commissioners (U.S.) | U.S. standard-setting and regulatory support organisation created and governed by the state insurance commissioners | • NAIC's climate risk and resilience working group: https://content.naic.org/cmte_c_climate.htm |
| Office of the Insurance Commissioner Washington State (U.S.) | State insurance regulator | • The Insurance Commissioner's work on climate risk and insurance: https://www.insurance.wa.gov/insurance-commissioners-work-climate-risk-and-insurance |
| Office of the Superintendent of Financial Institutions (Canada) | Independent federal government agency that regulates and supervises more than 400 federally-regulated financial institutions and 1,200 pension plans | • A prudential perspective on the risks of a changing climate: https://www.osfi-bsif.gc.ca/Eng/osfi-bsif/med/sp-ds/Pages/jr20200207.aspx |
| Japan Financial Services Agency | Integrated financial regulator | • Launching the TCFD consortium of Japan: https://www.fsa.go.jp/en/news/2019/20190521.html |
| Commodity Future Trading Commission (CFTC) (U.S.) | U.S. financial regulatory body | • Managing climate risk in the U.S. financial system: http://bit.ly/CFTC-report |

Exhibit 11 to Decl. of Burton
651

**SER 1974**



# Annex 2:
## P&C and life Insurance business models

Re/insurers help stakeholders manage their exposure to the financial consequences of a broad range of low-frequency and high-severity events (or risks), which is an essential pillar for sustaining the prosperity of the global economy and societies. In addition, the premiums re/insurers receive in exchange for providing risk protection are used to fund significant investments in financial markets that are equally vital for promoting economic advancements and can positively impact the transitioning to a low-carbon economy. For centuries, managing risk for adverse and extreme events has been a cornerstone of the industry's sustainability, along with its robust ability to react and adapt its business model as risks and societal needs evolve.

*2.1 Liability side*

The insurance industry can be broadly divided into three categories which are defined by the type of risks they assume:

**Life re/insurance companies** provide protection against the financial risks of dying early, sustaining disability or injury or, in the case of retirement, outliving one's savings. The risks assumed by life re/insurers are typically long term in nature and thus, the ability for re/insurers to fulfil their obligations to customers is predicated on having a deep understanding of how the risk exposure will manifest over time.

**P&C (also known as non-life or general) re/insurance companies** provide protection against the financial risks that various adverse events may have on the assets of a customer (e.g. households, businesses). The risks covered



*Flood in Germany, Dresden city*

Exhibit 11 to Decl. of Burton
652
**SER 1975**

by P&C re/insurers are broad and vary across customer groups. For example, individuals may obtain coverage to address risks related to their ownership or use of motor vehicles, homes or other assets. Businesses may obtain coverage to address risks related to their commercial property, potential business interruptions, industry-specific perils (e.g. marine, aviation, transport) or other exposures. The majority of this cover, in particular property catastrophe, is offered on an annual basis with an option to renew at the end of the coverage period. However, there are some lines of business that address risks that may manifest over a longer time horizon.

**Health re/insurance companies** provide support for medical expenses. Presented as a distinct category here, in some markets health insurance is classified as part of the life or P&C insurance industry. Furthermore, in many markets, health protection is provided to individuals through their employer.[53]

The ability to provide re/insurance coverage is founded on significant research by the industry to understand historical experience and trends of risks (e.g. mortality, morbidity, natural catastrophe, etc.) as well as emerging or future developments that may influence their frequency and severity. This allows re/insurers to confidently establish a cost for providing the coverage and the approach for managing the risks it has assumed for the duration of the contract. A re/insurer's risk management approach is often rooted in an ability:

- To pool risks to leverage diversification benefits

- To match cash flows received in the form of premiums and investment returns with the payments it must make to contract holders, if a covered risk materialises (a process known as Asset Liability Management or ALM)

- To withstand instances where actual experience deviates unfavourably from what was expected

- To refresh expectations for the future as new information and data becomes available

*2.2. Investment side*

The premiums re/insurers collect are used to purchase investments (such as corporate and government bonds or equity), which are a key element of the re/insurance business model. The return on the investments plays an important role in supporting the business' profitability, which is fundamental to the sustainability of the business and the ability to fulfil its obligations to policyholders.

The investment function of re/insurance companies is deeply linked to its liabilities, i.e. the risks that have been assumed. Re/insurers aim to acquire assets that mirror relevant characteristics of their liabilities to the largest extent possible, especially with respect to the timing of cash flows through ALM. In addition to liabilities, ALM strategies factor in the need to remain solvent, pay policyholders, and provide adequate financial return to investors.

**Life re/insurers** are typically 'buy-and-hold' investors seeking to generate predictable and stable cash flows to match the long-term and generally predictable liability cash flows that they must pay when claims occur. Given these preferences, the majority of investments within a life re/insurer's investment portfolio are typically allocated to high-quality fixed income investments (i.e. bonds). In sync with the asset-liability match, the duration of these investments is considerably longer than for general (non-life) re/insurers.[54]

**P&C re/insurers** are typically geared towards short-term and liquid investments in order to support quick and efficient payment to policyholders when a claim occurs. This is driven by the short-term nature of most business issued by P&C re/insurers.

---

53   While we have identified it as a distinct sector, this GA report series does not explore the potential impact climate change may have on the health insurance industry.
54   The Geneva Association 2016.

---

36

Exhibit 11 to Decl. of Burton
653
**SER 1976**



Exhibit 11 to Decl. of Burton
654

**SER 1977**



This report by the Geneva Association Task Force on Climate Change Risk Assessment for the Insurance Industry offers a holistic, decision-making framework for climate risk assessment and scenario analysis for P&C and life re/insurers. The analysis considers all physical and transition climate change risks for the liability and asset sides of the balance sheet, by line of business and over distinct time horizons and serves as a foundation for the Task Force's work to drive future developments in this space.

**The Geneva Association**

International Association for the Study of Insurance Economics
Talstrasse 70, Zurich, Switzerland
Tel: +41 44 200 49 00

www.genevaassociation.org

Exhibit 11 to Decl. of Burton
655
**SER 1978**