

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA CHAMBER OF COMMERCE; et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> LIANE M. RANDOLPH, in her official capacity as Chair of the California Air Resources Board; et al., <br><br> Defendants - Appellees. | No. 25-5327 <br><br> D.C. No. 2:24-cv-00801-ODW-PVC <br> Central District of California, Los Angeles <br><br> ORDER |

Before: BERZON and RAWLINSON, Circuit Judges.

The emergency motion (Docket Entry No. 37) seeking immediate assignment to a merits panel and a ruling on the motion for injunctive relief by November 3, 2025 is granted in part.

The clerk will immediately assign this case to a merits panel and place it on the calendar for January 2026. *See* 9th Cir. Gen. Ord. 3.3(g).