# GIBSON DUNN

Eugene Scalia
Partner
T: +1 202.955.8500
escalia@gibsondunn.com

November 18, 2025

Honorable Scott S. Harris
Clerk
Supreme Court of the United States
One First Street, N.E.
Washington, D.C. 20543

Re: *Chamber of Commerce of the United States* v. *Sanchez*, No. 25A561

Dear Mr. Harris:

     Earlier today, the Ninth Circuit Court of Appeals entered an Order addressing the motion Applicants had filed before that Court requesting an injunction of two California laws pending appeal. In view of the Ninth Circuit's decision to enjoin enforcement of S.B. 261 pending appeal and of the expedited oral argument date of January 9, Applicants respectfully withdraw their Emergency Application to this Court at the present time, without prejudice to renewing their request for relief if necessary at a later stage of the litigation.

Respectfully submitted,

*/s/ Eugene Scalia*

Eugene Scalia
GIBSON, DUNN & CRUTCHER LLP
Counsel for Applicants


cc: Caitlan McLoon, Counsel for Respondents