CALIFORNIA
DEPARTMENT OF JUSTICE

**Rob Bonta**
***Attorney General***

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013-1230

Public: (213) 269-6000
Telephone: (213) 269-6438
Facsimile: (213) 897-2802
E-Mail: Caitlan.McLoon@doj.ca.gov

June 26, 2026

**Via E-Filing**

Ms. Molly Dwyer
Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

RE: *U.S. Chamber of Commerce, et al. v. Sanchez, et al.*, Case No. 25-5327
Rule 28(j) Notice Re: CARB's Notice of Upcoming Rulemaking Update to Clarify Further Requirements and Deferring 2026 Reporting Deadline

(Argued and submitted January 9, 2026 before Judges Nguyen, Bennett, and Matsumoto)

Dear Ms. Dwyer:

Pursuant to Rule 28(j) of the Federal Rules of Appellate Procedure, Defendants-Appellees inform the Court of administrative developments occurring after submission of the briefs in this case.

On June 24, 2026, the California Air Resources Board (CARB) issued the attached "Notice of Upcoming Rulemaking Update to Further Clarify Requirements and Deferring 2026 Reporting Deadline." The Notice announces

that CARB will be proposing limited changes to certain requirements in its Proposed California Corporate Greenhouse Gas Reporting and Climate-Related Financial Risk Disclosure Initial Regulation ("Regulation"), *see* ECF No. 46.1 at Ex. 1, and will open a 15-day Notice and Comment period to allow comments on those proposed changes. Because reopening the administrative process may delay finalizing the Regulation, CARB is deferring the first reporting deadline for Scope 1 and 2 emissions under SB 253 from August 10 to November 10, 2026. This deferral "will help ensure reporting entities have additional clarity following approval of the final [R]egulation before reporting is due." Attachment at 2.

Sincerely,

/s/ Caitlan McLoon

CAITLAN MCLOON
Deputy Attorney General

For DEFENDANTS-APPELLEES

CC: All Counsel of Record (via ACMS)

# ATTACHMENT 1

# California Corporate Greenhouse Gas Reporting: Notice of Upcoming Rulemaking Update to Further Clarify Requirements and Deferring 2026 Reporting Deadline

California Air Resources Board sent this bulletin at 06/24/2026 12:44 PM PDT

Having trouble viewing this email? View it as a Web page.

CALIFORNIA AIR RESOURCES BOARD

June 24, 2026

# California Corporate Greenhouse Gas Reporting: Notice of Upcoming Rulemaking Update to Further Clarify Requirements and Deferring 2026 Reporting Deadline

## Overview

The California Air Resources Board (CARB) is updating its regulatory proposal to defer the reporting deadline for entities to report Scope 1 and Scope 2 greenhouse gas (GHG) emissions from August 10, 2026, to November 10, 2026. This three-month deferral will give reporting entities additional time following the formal adoption of *Proposed California Corporate Greenhouse Gas Reporting and Climate-Related Financial Risk Disclosure Initial Regulation,* if approved by the Office of Administrative Law (OAL), at Title 17, California Code of Regulations (CCR), Article 6, sections 96070-96077 (the “Initial Regulation”).

In addition, CARB will be proposing limited changes to the regulation to clarify certain requirements and will make these available for comment as part of a forthcoming 15-day public comment period.

Because this step may delay finalizing this regulatory package, as noted above CARB will propose, as part of this 15-day change, a three-month deferral in the

reporting deadline. A new proposed reporting deadline of November 10 will help ensure reporting entities have additional clarity following approval of the final regulation before reporting is due.

---

## Rulemaking Background

On February 26, 2026, the Board approved the Initial Regulation, which establishes a fee component and sets the first-year reporting deadline under Health and Safety Code (HSC) § 38532. The Initial Regulation and associated rulemaking documents submitted to OAL for final review and approval have been withdrawn by CARB to allow more time to make limited changes to clarify certain requirements. CARB will make these available for comment as part of a 15-day public comment period and will subsequently re-submit the regulation to OAL. Notice of this 15-day public comment period will be forthcoming. To view rulemaking documents, visit the program regulation webpage.

CARB has released several resources to assist entities in preparing and submitting 2026 Scope 1 and Scope 2 GHG emissions reports.

This GHG emissions reporting is required by Senate Bill (SB) 253 (HSC § 38532), and CARB's Initial Regulation (planned to go into effect once approved by OAL, at Title 17, CCR, Article 6, sections 96070-96077).

---

## Contact

For additional assistance, please contact climatedisclosure@arb.ca.gov. To ensure you receive future communications related to the CARB's Corporate GHG Reporting Program, please subscribe.

---

## Program Background

The California Corporate Greenhouse Gas Reporting Program, established by SB 253 (Wiener 2023, codified in HSC § 38532), requires U.S.-based companies, with total annual revenues in excess of one billion dollars ($1,000,000,000) that do business in California ("reporting entities") to annually disclose their Scope 1, Scope 2 and Scope 3 emissions for the prior fiscal year. SB 253 requires that the initial (first-year) annual emissions disclosures in 2026 address Scope 1 and Scope 2 emissions, and in subsequent years (beginning in 2027) must include Scope 3 emissions.

More Information

**Clearing California Skies for Over 50 Years**

CARB is the lead agency for California's fight against climate change, and oversees all air pollution control efforts in the state to attain and maintain health-based air quality standards.

More Information

Stay connected with the California Air Resources Board

Manage Subscriptions | Unsubscribe All | Help

## Subscribe to updates from California Air Resources Board

Email Address e.g. name@example.com

Subscribe

## Share Bulletin

Powered by

GOVDELIVERY

Privacy Policy | Cookie Statement | Help